**Attachment – Civil Cover Sheet**

**Plaintiffs' Names, Addresses, and Counties**

M.G.
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13021
Cayuga County

P.C.
Sullivan Correctional Facility
325 Riverside Drive, P.O. Box 116
Fallsburg, NY 12733-0116
Sullivan County

C.J.
Green Haven Correctional Facility
594 Rt. 216
P.O. Box 4000
Stormville, NY 12582-4000
Dutchess County

M.J.
Green Haven Correctional Facility
594 Rt. 216
P.O. Box 4000
Stormville, NY 12582-4000
Dutchess County

J.R.
Fishkill Correctional Facility
271 Matteawan Road, P.O. Box 1245
Beacon, NY 12508-0307
Dutchess County

D.R.
Fishkill Correctional Facility
271 Matteawan Road, P.O. Box 1245
Beacon, NY 12508-0307
Dutchess County

**Defendants' Names, Addresses, and Counties**

Andrew Cuomo
Governor of New York State

New York State Capitol Building
Albany, NY 12224
Albany County

The New York State Office of Mental Health
44 Holland Avenue
Albany, NY 12229
Albany County

Ann Marie T. Sullivan
Commissioner
New York State Office of Mental Health
44 Holland Avenue
Albany, NY 12229
Albany County

The New York State Department of Corrections and Community Supervision
1220 Washington Avenue, Building 2
Albany, NY 12226-2050
Albany County

Anthony J. Annucci
Commissioner
New York State Department of Corrections and Community Supervision
1220 Washington Avenue, Building 2
Albany, NY 12226-2050
Albany County

Anne Marie McGrath
Associate Commissioner
New York State Department of Corrections and Community Supervision
1220 Washington Avenue, Building 2
Albany, NY 12226-2050
Albany County