UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,<br><br>       Plaintiffs,<br><br> -against-<br><br>ANDREW CUOMO, in his official capacity as the Governor of the State of New York, et al.,<br><br>       Defendants. | 19-CV-0639 (CS)<br><br>**NOTICE OF APPEARANCE** |

TO: The Clerk of Court and all parties of record

 I am admitted to practice law in the United States District Court for the Southern District of New York. I hereby appear as co-counsel for the plaintiffs in this action.

Dated: New York, New York
    January 24, 2019

                Respectfully submitted,

              /s/
            By: _____
              The Legal Aid Society
              Janet E. Sabel, Attorney-in-Chief
              Robert M. Quackenbush, *Of Counsel*
              Prisoners' Rights Project
              199 Water Street, 6th Floor
              New York, New York 10038
              t: (212) 577-3530
              f: (646) 618-1329
              e: rquackenbush@legal-aid.org

cc: all counsel of record
   (*via ECF*)