AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| M.G., et al. *Plaintiff* <br> v. <br> Cuomo, et al. *Defendant* | ) ) ) ) ) ) Case No. 19-CV-0639 (CS) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated.

Date: 01/25/2019

*Elena Landriscina*
*Attorney's signature*

Elena Landriscina EL8586
*Printed name and bar number*

Disability Rights New York
25 Chapel Street, Suite 1005
Brooklyn, NY 11201
*Address*

elena.landriscina@drny.org
*E-mail address*

(518) 512-4873
*Telephone number*

(518) 427-6561
*FAX number*