AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| M.G., et al. <br> *Plaintiff* <br> v. <br> Cuomo, et al. <br> *Defendant* | Case No.  19-CV-0639 (CS) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated.

Date:    01/25/2019

*Attorney's signature*

Joshua Morris Rosenthal JR8252
*Printed name and bar number*

Disability Rights New York
25 Chapel Street, Suite 1005
Brooklyn, NY 11201
*Address*

joshua.rosenthal@drny.org
*E-mail address*

(518) 512-4950
*Telephone number*

(518) 427-6561
*FAX number*