AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| M.G., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-CV-0639 (CS) |
| Cuomo, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated.

Date: 01/25/2019

*Attorney's signature*

Betsy C. Sterling  BS1978
*Printed name and bar number*

Disability Rights New York
44 Exchange Blvd., Suite 110
Rochester, NY 14614
*Address*

betsy.sterling@drny.org
*E-mail address*

(518) 512-4842
*Telephone number*

(518) 427-6561
*FAX number*