UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                                          Plaintiffs,

            -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,

                                          Defendants.

7:19-cv-0639 (CS)

------------------------------------------------------------------------ x

## **PLAINTIFFS'** ***EX PARTE*** **MOTION TO PROCEED ANONYMOUSLY**

Plaintiffs M.G., P.C., C.J., M.J., J.R. and D.R. (collectively, "Plaintiffs") hereby move this Court *ex parte* to permit Plaintiffs to proceed anonymously in this case by means of the pseudonyms reflected in the caption of this motion. Plaintiffs' further move this Court to allow all other filings in this matter—to the extent they reveal the identities of the Plaintiffs—to be filed under seal. Finally, Plaintiffs request that this Court order Defendants not to publicly disclose the identity of the Plaintiffs unless and until, on motion by either party, Your Honor orders otherwise.

Dated: January 28, 2019
      New York, New York

| THE LEGAL AID SOCIETY PRISONERS' RIGHTS PROJECT | DISABILITY RIGHTS NEW YORK |
|---|---|
| By: /s/ *signature* | |
| Stefen R. Short | Elena Landriscina |
| Robert M. Quackenbush | Joshua Rosenthal |
| Veronica Vela | Betsy Sterling |
| Mary Lynne Werlwas | 25 Chapel Street, Suite 1005 |
| 199 Water Street, 6th Floor | Brooklyn, New York 11201 |
| New York, New York 10038 | (518) 432-7861 |
| (212) 577-3530 | elena.landriscina@drny.org |
| sshort@legal-aid.org | joshua.rosenthal@drny.org |
| rquackenbush@legal-aid.org | betsy.sterling@drny.org |
| vvela@legal-aid.org | |
| mlwerlwas@legal-aid.org | |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |