UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on
behalf of all similarly situated,

                                     Plaintiffs,

                 -against-

ANDREW CUOMO, in his official capacity as the Governor
of the State of New York, the NEW YORK STATE OFFICE
OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in
her official capacity as the Commissioner of the New York
State Office of Mental Health, the NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION, ANTHONY J.
ANNUCCI, in his official capacity as the Acting
Commissioner of the New York State Department of
Corrections and Community Supervision, ANNE MARIE
MCGRATH, in her official capacity as Associate
Commissioner of the New York State Department of
Corrections and Community Supervision,

                                     Defendants.
-------------------------------------------------------------------- x

7:19-cv-0639 (CS)

**DECLARATION IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION TO PROCEED ANONYMOUSLY**

I, Stefen R. Short, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the

following is true and correct.

1. I am an attorney admitted to practice before this Court.

2. I represent Plaintiffs M.G., P.C., C.J., M.J., J.R., and D.R., in the above-captioned action.

3. The Complaint in this action alleges, on behalf of a putative general class, that Plaintiffs

    have been held in New York State prison past their open dates for parole release,

    approved conditional release dates, or maximum expiration dates because Defendants

    have not made available the community-based mental health housing and supportive

services that Plaintiffs require upon release, in violation the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132, and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 ("Section 504").

4. The Complaint in this action also alleges, on behalf of a putative subclass, that Defendants have violated Plaintiffs' rights under the Eighth and Fourteenth Amendments to the United States Constitution.

5. Plaintiffs seek to proceed anonymously in this litigation to maintain the privacy of their statutorily protected mental health information and shield themselves against harassment, social stigmatization, humiliation, embarrassment, and further discrimination.

6. This action involves matters that are highly sensitive and of a personal nature, and requires Plaintiffs to share mental health information that is protected from disclosure pursuant to federal and state law.

7. Plaintiffs seek leave to proceed anonymously early in this litigation to ensure that this information remains protected from disclosure throughout the pendency of this litigation.

8. Plaintiffs' Memorandum of Law in Support of Plaintiffs' *Ex Parte* Motion to Proceed Anonymously ("Memorandum of Law"), annexed to Plaintiffs' motion, clearly and specifically shows good and sufficient reasons why Plaintiffs resort to the *ex parte* motion procedure rather than the notice of motion procedure.

9. All facts contained in the Memorandum of Law, annexed to Plaintiffs' motion, are true.

10. This is Plaintiffs' first application for this relief.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: January 28, 2019
      New York, New York

Respectfully submitted,

Stefen R. Short
THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT
199 Water Street, 6th Floor
New York, NY 10038
(212) 577-3530
sshort@legal-aid.org
*Attorney for Plaintiffs*