UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                Plaintiffs,

    -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,

                Defendants.

7:19-cv-0639 (CS)

------------------------------------------------------------------------ x

## **PROPOSED ORDER ON PLAINTIFFS' *EX PARTE* MOTION TO PROCEED ANONYMOUSLY**

      WHEREAS, on January 28, 2019, Plaintiffs in the above-captioned case moved *ex parte* for permission to proceed anonymously by means of the pseudonyms M.G., P.C., C.J., M.J., J.R., and D.R.; and

      WHEREAS, Plaintiffs have demonstrated a compelling interest in proceeding anonymously; and

      WHEREAS, permitting Plaintiffs to proceed anonymously will not prejudice Defendants; and

      WHEREAS, the public interest weighs in favor of granting Plaintiffs' motion;

1

2

IT IS HEREBY

ORDERED that Plaintiffs' motion to proceed anonymously by means of the pseudonyms reflected in the caption of this Order is GRANTED;

ORDERED that all public filings will proceed anonymously by means of the pseudonyms reflected in the caption of this Order, and that all other filings will be under seal to the extent they reveal the identities of the Plaintiffs;

ORDERED that Defendants and their legal counsel are prohibited from publicly disclosing the names of the Plaintiffs unless and until further ordered by this Court; and

ORDERED that if Defendants oppose this motion, they may be heard in opposition when they appear in the action. This Order does not prohibit Defendants from consulting their legal counsel concerning the allegations in the complaint or the identities of the Plaintiffs.

Dated: January 28, 2019
New York, New York

SO ORDERED

_____
Hon. Cathy Seibel, U.S.D.J.