UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                                 Plaintiffs,

-against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,

                                 Defendants.
-------------------------------------------------------------X

**NOTICE OF APPEARANCE**

19-cv-00639 (CS) (LMS)

PLEASE TAKE NOTICE that LETITIA JAMES, Attorney General of the State of New York, by Jane R. Goldberg, Assistant Attorney General, hereby appears as counsel of record for defendants in the above-captioned action, and requests that all pleadings, notices of applications and proceedings, and other papers in this action be served upon the undersigned. I certify that I am admitted to practice before this Court.

Dated:   New York, New York
            January 31, 2019

                                          LETITIA JAMES
                                          Attorney General of the State of New York
                                          Attorney for State Defendants
                                          By:
                                          */s/ Jane R. Goldberg*
                                          JANE R. GOLDBERG
                                          Assistant Attorney General
                                          28 Liberty St.
                                          New York, New York 10005
                                          (212) 416-6133
                                          Jane.Goldberg@ag.ny.gov

To:

Elena Landriscina
Joshua Rosenthal
Betsy Sterling
Disability Rights New York
25 Chapel Street, Suite 1005
Brooklyn, New York 11201

Stefen R. Short
Robert Quackenbush
Veronca Vela
Mary Lynne Werlwas
Prisoners' Rights Project
The Legal Aid society
199 Water St., 6th fl.
New York, NY  10038

Attorneys for Plaintiffs