

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6133

February 1, 2019

*Via ECF and Email*
Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *M.G., et al. v. Andrew Cuomo, et al.*
Docket No. 19-cv-00639 (CS) (LMS)

Dear Judge Seibel:

This Office represents all of the Defendants in this action. I write to request that Defendants' time to respond to the complaint be extended until April 19, 2019. The complaint was served on or about January 28 and responses currently are due February 19. There have been no previous requests for an extension, and Plaintiffs consent to this request.

This is a putative class action seeking state-wide declaratory and injunctive relief against Governor Cuomo and the New York State Office of Mental Health and Department of Corrections and Community Supervision. The complaint, which spans 380 paragraphs, asserts claims under Title II of the ADA, Section 504 of the Rehabilitation Act, the substantive due process clause of the Fourteenth Amendment, and the cruel and unusual punishment clause of the Eighth Amendment. The named Plaintiffs, on behalf of themselves and two proposed classes, allege that individuals with serious mental illness who are incarcerated in state correctional facilities are being held past their release dates rather than being provided with community-based mental-health housing and services. Defendants thus must investigate Plaintiffs' allegations and the procedures and practices of two state agencies concerning the assessment, treatment, and discharge of individuals with different mental illnesses and various needs at correctional facilities throughout the state. Accordingly, given the nature and scope of the complaint, Defendants respectfully request that the Court extend their time to respond until April 19.

Honorable Cathy Seibel  
Page 2

February 1, 2019

Thank you for your consideration of this request.

Respectfully submitted,

Jane R. Goldberg  
Assistant Attorney General

Cc: Counsel of Record  
(via ECF and email)

Application granted: Defendants time to respond is extended until April 19, 2019. Defendants are also directed to advise the Court no later than February 8, 2019, whether they oppose Plaintiffs' motion to proceed anonymously, (Doc. 22).

02/01/19

SO ORDERED.

CATHY SEIBEL, U.S.D.J.