UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., P.C., C.J., M.J., J.R., and D.R., individually
and on behalf of all similarly situated,

           Plaintiffs,

-against-

ANDREW CUOMO, in his official capacity as the
Governor of the State of New York, et al.,

           Defendants.

19-CV-0639 (CS)

**NOTICE OF APPEARANCE**

TO:    The Clerk of Court and all parties of record

I am admitted to practice law in the United States District Court for the Southern District of New York. I hereby appear as co-counsel for the plaintiffs in this action.

Dated: New York, New York
         February 6, 2019

Respectfully submitted,

By: _____
The Legal Aid Society
Veronica Vela, Esq.
Prisoners' Rights Project
199 Water Street, 6th Floor
New York, New York 10038
t: (212) 577-3530
vvela@legal-aid.org

cc:    all counsel of record
       (*via ECF*)