

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6133

February 7, 2019

*Via ECF and Email*
Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *M.G., et al. v. Andrew Cuomo, et al.*
      Docket No. 19-cv-00639 (CS) (LMS)

Dear Judge Seibel:

    This Office represents the Defendants in this action. I write pursuant to the Court's order dated February 1, 2019 directing Defendants to advise the Court whether they oppose Plaintiffs' motion to proceed anonymously (ECF No. 31). Defendants do not oppose Plaintiffs' motion to proceed anonymously as to public filings and filing other documents under seal to protect Plaintiffs' identities. However, since Defendants object to Plaintiff's proposed order (ECF No. 22-3) insofar as it prohibits only Defendants and their counsel from publicly disclosing Plaintiffs' names, Plaintiffs have consented to extending the order to apply to Plaintiffs' counsel and staff, and also prohibit them from publicly disclosing Plaintiffs' names.

    In addition, Defendants request that the Court direct Plaintiffs to immediately disclose their identities to Defendants so that they may adequately investigate and respond to the complaint. Plaintiffs have consented to disclose the identities of the six named plaintiffs within twenty-four hours of the Court's Order.

    Defendants' proposed order is attached reflecting the agreed-upon revisions to Plaintiffs' proposed order.

Honorable Cathy Seibel                                                                 Page 2
February 7, 2019

    Thank you for your consideration of these requests.

Respectfully submitted,

*Jane R. Goldberg*

Jane R. Goldberg<br>
Assistant Attorney General

Cc:    Counsel of Record<br>
        (Via ECF and email)

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov