UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
M.G., P.C., C.J., M.J., J.R., and D.R., individually :
and on behalf of all similarly situated, :
:
                                            Plaintiffs,:
:
           -against- :
:
ANDREW CUOMO, in his official capacity as the : 19-cv-00639 (CS) (LMS)
Governor of the State of New York, the NEW :
YORK STATE OFFICE OF MENTAL HEALTH, :
ANN MARIE T. SULLIVAN, in her official :
capacity as the Commissioner of the New York :
State Office of Mental Health, the NEW YORK :
STATE DEPARTMENT OF CORRECTIONS :
AND COMMUNITY SUPERVISION, ANTHONY :
J. ANNUCCI, in his official capacity as the Acting :
Commissioner of the New York State Department :
of Corrections and Community Supervision, ANNE :
MARIE MCGRATH, in her official capacity as :
Associate Commissioner of the New York State :
Department of Corrections and Community :
Supervision, :
:
                                       Defendants.:
-------------------------------------------------------------------X

## PROPOSED ORDER ON PLAINTIFFS' EX PARTE MOTION
## TO PROCEED ANONYMOUSLY

       WHEREAS, on January 28, 2019, Plaintiffs in the above-captioned case moved *ex parte* for permission to proceed anonymously by means of the pseudonyms M.G., P.C., C.J., M.J., J.R., and D.R.; and

       WHEREAS, Plaintiffs have demonstrated a compelling interest in proceeding anonymously; and

       WHEREAS, permitting Plaintiffs to proceed anonymously will not prejudice Defendants; and

       WHEREAS, the public interest weighs in favor of granting Plaintiffs' motion;

IT IS HEREBY

ORDERED that Plaintiffs' motion to proceed anonymously by means of the pseudonyms reflected in the caption of this Order is GRANTED; and it is further

ORDERED that all public filings will proceed anonymously by means of the pseudonyms reflected in the caption of this Order, and that all other filings will be under seal to the extent they reveal the identities of the Plaintiffs; and it is further

ORDERED that Defendants, their legal counsel and staff, and Plaintiffs' legal counsel and staff are prohibited from publicly disclosing the names of the Plaintiffs unless and until further ordered by this Court; and it is further

ORDERED that within one business day of the date of this Order, Plaintiffs shall disclose to Defendants' legal counsel the identity of each of the named Plaintiffs.

Dated: February __, 2019
       New York, New York

                                                SO ORDERED

                                                _____
                                                Cathy Seibel
                                                USDJ