UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>             Plaintiffs,<br><br>    - against -<br><br>ANDREW CUOMO, *et al.*,<br><br>             Defendants. | No. 19-CV-0639 (CS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated.

Dated:   New York, New York
         March 19, 2019

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                          GARRISON LLP

                                        By:   /s/ Walter G. Ricciardi
                                                    Walter G. Ricciardi

                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Tel.:  (212) 373-3350
                                        Fax:   (212) 492-0350
                                        wricciardi@paulweiss.com

                                        *Attorney for Plaintiffs*