UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

M.G., et al.

                              Plaintiffs,

- against -

New York State Department of Corrections and
Community Supervision, et al.

                              Defendants.
---------------------------------------------------------------X

19 Civ. 639 (CS)(LMS)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned attorney, duly admitted to practice in this court, represents defendants in this action.

Dated: New York, New York
       May 13, 2019

                                              LETITIA JAMES
                                              Attorney General of the
                                             State of New York
                                             <u>Attorney for Defendants</u>
                                             By:
                                                */s/ Jeb Harben*
                                             _____
                                             JEB HARBEN
                                             Assistant Attorney General
                                             28 Liberty Street
                                             New York, NY 10005
                                             Tel: (212) 416-6185
                                             Fax: (212) 416-6075
                                             Email: jeb.harben@ag.ny.gov