**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| M.G., *et al.*,<br><br>      Plaintiffs,<br><br>  - against -<br><br>ANDREW CUOMO, *et al.*,<br><br>      Defendants. | No. 19-CV-0639 (CS) |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated.

Dated: New York, New York
    May 28, 2019

               PAUL, WEISS, RIFKIND, WHARTON &
                 GARRISON LLP

               By: /s/ Emily A. Vance
                    Emily A. Vance

               1285 Avenue of the Americas
               New York, New York 10019-6064
               Tel.:  (212) 373-3559
               Fax:  (212) 492-0559
               evance@paulweiss.com

               *Attorney for Plaintiffs*