**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

M.G., *et al.*,

                    Plaintiffs,

            -  against -                                    No. 19-CV-0639 (CS)

ANDREW CUOMO, *et al.*,

                    Defendants.

<u>**NOTICE OF APPEARANCE**</u>

            PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss,

Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter

as counsel of record for plaintiffs M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf

of all similarly situated.

Dated:  New York, New York
            July 9, 2019

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                            GARRISON LLP

                                        By:   /s/ Jamie Witte
                                                        Jamie Witte

                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Tel.:  (212) 373-3384
                                        Fax:  (212) 492-0384
                                        jwitte@paulweiss.com

                                        *Attorney for Plaintiffs*