

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

July 26, 2019

**By ECF and Email (Courtesy Copy)**
The Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *M.G., et al. v. Cuomo, et al.,* 19 CV 00639 (CS) (LMS)

Dear Judge Seibel:

This Office represents the Defendants in this action. The parties appeared before Your Honor on May 13, 2019 for a pre-motion conference in anticipation of Defendants' proposed Motion to Dismiss the Complaint. At that conference, the Court set a briefing schedule and offered the option of bundling the motion papers. Plaintiffs subsequently filed a First Amended Complaint (ECF No. 47). I write to advise the Court that the parties have agreed to bundle the motion papers. Accordingly, Defendants have served their moving papers today as directed by the Court, and have mailed courtesy copies to Your Honor.

Respectfully submitted,

Jane R. Goldberg
Assistant Attorney General
(212) 416-6133
Jane.Goldberg@ag.ny.gov

Cc: Counsel of Record (By ECF)