UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

M.G., et al.,

                  Plaintiff(s),

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

v.

7:19-CV-00639 (CS)

Cuomo, et al.,

                  Defendant(s).
----------------------------------------------------------X

The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate Judge, for the following purposes(s):

_X_  GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositve pre-trial motions and settlement)

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ SOCIAL SECURITY

____ DISPOSITIVE MOTION (i.e., a motion Requiring a Report & Recommendation)

____ SETTLEMENT

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)*
_____
Discovery Disputes

____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR ALL PURPOSES (including trial)

____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR LIMITED PURPOSE OF
_____

____ JURY SELECTION

____ HABEAS CORPUS
_____

Dated:  August 2, 2019
        White Plains, New York

SO ORDERED.

*signature*
CATHY SEIBEL, U.S.D.J.

*Do not check if already referred for General Pre-Trial.