# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
United States Magistrate Judge

August 5, 2019

## SCHEDULING NOTICE

The matter of <u>M.G., et al. v. Cuomo, et al.</u>, 19-cv-639 (CS) (LMS), has been scheduled for an in-person status conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Friday, August 9, 2019, at 2:30 p.m.**, in **Courtroom 520.**

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED: _____  
Hon. Lisa Margaret Smith  
U.S.M.J.