

# DISABILITY RIGHTS NEW YORK

🌐 www.drny.org   ✉ mail@drny.org

September 9, 2019

**VIA ECF and Email**
Hon. Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS), September 10, 2019 Conference

Your Honor,

    I write to update the Court on the status of Plaintiffs' priority discovery requests in advance of the conference tomorrow. Since the conference on August 20, 2019, Defendants have neither produced any additional discovery responsive to Plaintiffs' priority discovery requests nor provided even an estimated timeframe in which they will. There are three categories of priority discovery still in dispute:

- **Requests for Production 7 and 12 (Named Plaintiff Records):** Plaintiffs received documents partially responsive to these requests on August 5 and August 16, 2019. Defendants have been unable to confirm what records remain outstanding. Plaintiffs understand that DOCCS and OMH are continuing to generate new records for certain Named Plaintiffs. Plaintiffs' counsel therefore proposed that, as a priority matter, Defendants provide a date certain by which they will produce all records generated on or before July 26, 2019. Defendants have thus far been unable to do so.

- **Requests for Production 14, 21-23 (Communications):** At the conference on August 20, 2019, Defendants' counsel noted that there were approximately 7,000 emails for

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614

Voice: **518-432-7861**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**

production. Defendants have not yet produced any responsive communications or provided an update on when that production will come.

- **Annucci Interrogatories 3 & 4 / Sullivan Interrogatory 4 (General Class Data):** At the conference on August 20, 2019, Defendants' counsel estimated that it could take at least two weeks to finalize the data responsive to these requests. On a call on September 5, 2019, Defendants' counsel noted that it could take weeks more to produce the data, but did not otherwise offer a date certain by which they would.

These discovery items are highly relevant to Plaintiffs' opposition to Defendants' jurisdictional arguments in their motion to dismiss. But, by failing to propose a timeframe by which they can complete this discovery, Defendants have in essence indefinitely stayed the motion-to-dismiss briefing. Plaintiffs propose the following schedule:

- Defendants produce the remaining discovery responsive to RFPs 7 and 12, generated on or before July 26, 2019, by 9/17/2019;
- Defendants produce discovery responsive to RFPs 14, 21-23 by 9/24/2019;
- Defendants produce data responsive to the above interrogatories by 10/2/2019;
- Assuming adherence to these deadlines, Plaintiffs serve their opposition to Defendants' motion to dismiss by 10/22/2019; and
- Defendants serve their reply by 11/5/2019.

Respectfully submitted,

/s/
Elena Landriscina

CC:   Counsel of Record (Via ECF)