

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 10, 2019

By ECF and Email
Honorable Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    RE:    *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS)

Dear Judge Smith:

    This Office represents the Defendants in this action. We write in response to Plaintiffs' status report dated September 9, 2019 (ECF No. 59) in advance of today's telephone conference. Plaintiffs propose certain deadlines for the completion of their priority discovery requests, but fails to report several disputes concerning Plaintiff's responses to Defendants' discovery demands. These disputes were the primary subject of a telephone conference between the parties on September 5, 2019.

    In particular, Defendants' Interrogatory 11 sought clarification regarding which individuals disclosed in Plaintiffs' Rule 26 disclosures relate to which Named Plaintiffs. In their initial response, Plaintiffs simply referred Defendants to their Rule 26 disclosures, but have since supplemented their response. Defendants are in the process of reviewing the additional information to determine whether the supplemental response is adequate. Defendants also sought, via an interrogatory and two document requests, discovery concerning prior litigation and testimony by the Named Plaintiffs. This is a standard discovery request, yet the response was inadequate. Plaintiffs' counsel has agreed to provide information only related to litigation concerning mental health issues.

Hon. Lisa M. Smith
Sept. 10, 2019
Page 2

With respect to the items set forth in Plaintiffs' letter, Defendants respond as follows:

**Request for Production 7 and 12 (Named Plaintiffs' Records):** Plaintiffs have received over 4,000 pages of documents in two productions, much of which is responses to Requests 7 and 12. During the Sept. 5th telephone conference, we explained the difficulty in making any representation that all relevant documents in Defendants' possession as of July 26, 2019 had been produced. Specifically, DOCCS's documents concerning the Named Plaintiffs are being collected from numerous facilities state-wide. We have made and continue to make efforts to find out whether we have collected all responsive documents but cannot represent at this time that the collection is complete. In any event, it is Defendant' position that Plaintiffs' proposed deadline of September 17, 2019 for the production of documents in DOCCS's possession prior to July 26, 2019 is unrealistic, as documents from DOCCS are still being collected. However, the OAG is currently in possession of several additional responsive documents, which we have not yet reviewed and produced, and anticipate being able to produce those documents by Sept. 30, 2019. We will also endeavor to confirm whether there are additional responsive documents in DOCCS's possession by Sept. 30, 2019. As to OMH documents, we are advised that the documents responsive to Request No. 12 concerning the Named Plaintiffs have been produced.

**Requests 14, 21-23 (Communications):** The universe of documents to be reviewed is as large as it is because the only search terms provided by Plaintiffs' counsel are the names of the Named Plaintiffs, together with a large number of custodians. Only after we received DOCCS's production did Plaintiffs' counsel offer to provide additional search terms as Defendants had requested. As a result, the review of these documents is taking longer than anticipated. We continue to review the DOCCS emails and attachments produced in response to these requests, and expect to receive additional documents from DOCCS because we expanded the list of custodians who are likely to have communications responsive to these requests. OMH will be sending additional documents this week for review once it completes its internal review. Defendants believe that it will take until late October to complete the production of documents responsive to these requests.

Hon. Lisa M. Smith
Sept. 10, 2019
Page 2

**Annucci Interrogatories 3 & 4/ Sullivan Interrogatory 4 (General Class Data):** Defendants objected on numerous grounds to these Interrogatories, but have agreed to provide responses once information was gathered. As previously explained, this information had to be created by DOCCS and OMH and was done at considerable time and expense. The information now requires further cross-checking. We anticipate providing supplemental responses to these Interrogatories by October 2, 2019, the deadline proposed by Plaintiffs.

Respectfully submitted,

Jane R. Goldberg
Assistant Attorney General
(212) 416-6133
Jane.goldberg@ag.ny.gov

Cc: Counsel of Record (via ECF)