

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 17, 2019

By ECF and Email
Honorable Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

RE: *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS)

Dear Judge Smith:

This Office represents the Defendants in this action. We write pursuant to the Court's Order dated August 5, 2019 (ECF No. 53) to request an extension of time until October 18, 2019 in which to provide Plaintiffs' counsel with a final privilege log concerning the production of documents that Defendants are currently producing on a rolling basis in response to Plaintiffs' Requests for Production ## 14, and 21-23. The deadline for this production is October 15, 2019. Plaintiffs have consented to this request for an extension of time. Defendants' initial privilege and redaction logs will be produced by 4:00 p.m. on September 18, 2019, also with Plaintiffs' consent. The reason for this request is to facilitate the ongoing, rolling review and production of documents, as directed by the Court.

Hon. Lisa M. Smith
September 17, 2019
Page 2

        Thank you for your consideration of this request.

        Respectfully submitted,

        _____/s/_____
        Jane R. Goldberg
        Jeb Harben
        Assistant Attorneys General
        (212) 416-6133
        Jane.goldberg@ag.ny.gov
        Jeb.harben@ag.ny.gov

Cc:    Counsel of record
       (via ECF)