

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 30, 2019

By ECF and Email
Honorable Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      RE:    *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS)

Dear Magistrate Judge Smith:

    This Office represents the Defendants in this action. We write pursuant to the Court's Order dated August 5, 2019 (ECF No. 53) to advise the Court of the status of production of the materials regarding the individual named Plaintiffs in this action as ordered by the Court at the August 10, 2019 conference in this action. While defendants have produced thousands of pages of documents since the August10 conference, there are certain documents that have just recently been located and cannot be produced electronically to Plaintiffs today. Specifically, DOCCS was previously unable to locate plaintiff D.R.'s medical records, but they have just been found, and my office expects to receive them today or tomorrow, once they have been scanned by staff at Fishkill Correctional Facility. In addition, Auburn Correctional Facility was unable to scan a portion of the voluminous documents in M.G.'s guidance file and is overnighting the file to my office today, but the package will not arrive until tomorrow, at which time it will be scanned. Other portions of the guidance file (specifically documents concerning disciplinary proceedings) have either already been produced or will be produced today.

    We expect the documents discussed above to be produced via an electronic production by October 7, 2019, or earlier. These issues were raised with Plaintiff's counsel (Josh Rosenthal) on September 27, 2019. Plaintiff's counsel consented to an extension of until October 7, 2019 to

produce these documents.[1] Accordingly, it is respectfully requested that the Court allow Defendants until October 7, 2019 to produce the documents described above.

Thank you for your consideration of this request.

                                          Respectfully submitted,

                                              */s/Jeb Harben*

                                        Jeb Harben
                                        Jane Goldberg
                                        Assistant Attorneys General
                                        (212) 416-6185
                                        Jane.goldberg@ag.ny.gov
                                        Jeb.harben@ag.ny.gov

Cc: Counsel of record
     (via ECF)

---

[1] These documents are, of course, available for review today by Plaintiff's counsel at Auburn and Fishkill, but an electronic production of scanned images is more practical.