

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

October 10, 2019

<u>By ECF and Email</u>  
Honorable Lisa Margaret Smith  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601-4150

      RE:    *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS)

Dear Magistrate Judge Smith:

      This Office represents the Defendants in this action. We write pursuant to the Court's Order dated August 5, 2019 (ECF No. 53) to request an extension of time until October 22, 2019 to finalize Defendants' production of documents in response to Plaintiffs' Requests for Production ## 14, and 21-23. Defendants further request an extension of time until October 25 to provide Plaintiffs' counsel with final privilege logs concerning the documents that Defendants are currently producing on a rolling basis. The current deadlines for the production and privilege logs are October 15, 2019 and October 18, 2019 respectively. The reason for this request is to facilitate the ongoing, rolling review and production of documents, as directed by the Court. Defendants have increased the staffing of this document review and have made thirteen productions of documents to date totaling over 20,000 pages of documents. However, even with increased staffing, Defendants anticipate needing an additional week to complete the review.

      We conferred with Plaintiffs' counsel on October 9, 2019. Plaintiffs have consented to this request, provided that Defendants continue to produce documents on a rolling basis, and that their time to file their

Hon. Lisa M. Smith
October 10, 2019
Page 2

opposition to Defendants' motion to dismiss is extended to November 18, 2019 and Defendants' reply is extended to December 2, 2019. Defendants have no objection to Plaintiffs' requests.

Thank you for your consideration of this request.

Respectfully submitted,

_____/s/_____
Jane R. Goldberg
Jeb Harben
Assistant Attorneys General
(212) 416-6133
Jane.goldberg@ag.ny.gov
Jeb.Harben@ag.ny.gov

Cc:   Counsel of record