

# DISABILITY RIGHTS NEW YORK

 www.drny.org     mail@drny.org    518-432-7861

November 7, 2019

**<u>VIA EMAIL AND ECF</u>**
Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS)
              Request to File Memorandum of Law with Five Additional Pages

Your Honor:

      Along with The Legal Aid Society's Prisoners' Rights Project, and Paul, Weiss, Rifkind, Wharton and Garrison LLP, Disability Rights New York represents the Plaintiffs in the above-referenced action. Pursuant to Part 2(B)(i) of Your Honor's Individual Practices, Plaintiffs request permission to file a memorandum of law in opposition to Defendants' motion to dismiss that is in excess of the 25-page limit. Plaintiffs' deadline for their memorandum is November 18, 2019.

      Plaintiffs request five additional pages (for a total of 30) to fully respond to the various arguments Defendants advance in their memorandum of law in support of their motion to dismiss, served on July 26, 2019. Defendants assert seven grounds for dismissal, including arguments not previously raised in their pre-motion letter (ECF No. 37) concerning the Prison Litigation Reform Act's administrative exhaustion requirement and Plaintiffs' constitutional claims.

      Plaintiffs request waiver of a pre-motion conference. Defendants consent to Plaintiffs' request for five additional pages provided they receive the same number of additional pages for their Reply Brief. Plaintiffs consent to Defendants' request for five additional pages.

                                        Respectfully submitted,
                                        /s/
                                        Elena Landriscina
                                        Staff Attorney

CC: Counsel of Record (via ECF)

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207-5001

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614


TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**