

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

November 8, 2019

By ECF and Email
Honorable Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

RE:   *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS)

Dear Magistrate Judge Smith:

This Office represents the Defendants in this action. We write pursuant to the Court's Order dated August 5, 2019 (ECF No. 53) to request an extension of time until November 15, 2019 in which to discuss with Plaintiffs possible resolution of the issues raised in their letter dated November 5, 2019 concerning Defendants' production of documents and privilege log. Due to scheduling issues, the parties have been unable to meet and confer within the three-day period set forth in the August 5, 2019 Order. Because of the holiday and scheduling, the earliest possible date on which the Defendants are available to meet and confer with Plaintiffs is Wednesday, November 13, 2019. We have reached out to Plaintiffs to seek their consent but they have not yet responded.

Hon. Lisa M. Smith
November 8, 2019
Page 2

      Thank you for your consideration of this request.

                        Respectfully submitted,

                        _____/s/_____
                        Jane R. Goldberg
                        Jeb Harben
                        Assistant Attorneys General
                        (212) 416-6133
                        Jane.goldberg@ag.ny.gov
                        Jeb.Harben@ag.ny.gov

Cc:    Counsel of record

SO ORDERED: _____/s/ Lisa Margaret Smith_____
              Hon. Lisa Margaret Smith
              U.S.M.J.
11/12/2019