STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

November 20, 2019

*Via ECF and Email*
Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    *M.G., et al. v. Andrew Cuomo, et al.*
Docket No. 19-cv-00639 (CS) (LMS)

Dear Judge Seibel:

This Office represents the Defendants in this action. For the reasons set forth below, we write to request an extension of time until December 23, 2019, in which to serve Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss. Defendants' reply memorandum is currently scheduled to be served and all motion papers filed on December 2, 2019. Plaintiffs consent to an extension to December 9, 2019, but oppose a longer extension, stating that they want to proceed as expeditiously as possible given the claims at issue. This is Defendants' first request to extend time to reply to Plaintiffs' Opposition.[1]

Defendants served their motion to dismiss on July 26, 2019 as scheduled by the Court during a conference on May 13, 2019. Plaintiffs' Opposition was initially scheduled to be served on August 16, 2019 but was stayed by Judge Smith because of ongoing discovery production in response to Plaintiffs' priority document requests. By Order dated October 10, 2019 (ECF No. 66), Judge Smith ordered Plaintiffs to serve their Opposition on November 18, 2019, with the Reply due December 2, 2019, a two-week period that includes Thanksgiving, which limits the time in which to prepare a reply and to have it reviewed both internally and by Defendants, as a number of people will be out for the holiday. Moreover, Plaintiffs have had more than three months in which to prepare their Opposition to the motion to dismiss. The Opposition is comprised not only of a 30-page memorandum of law, but two attorney declarations with 102 exhibits totaling hundreds of pages, and declarations with exhibits from five of the named plaintiffs. Indeed, many of the factual arguments and documents cited appear to seek to amend the allegations of the pleadings. It will take considerable time to review these documents in conjunction with the memorandum or law in order to prepare a reply.

---

[1] The Court granted two extensions of time in which to complete the priority discovery requested by Plaintiffs. See ECF. Nos. 66 and 70.

Honorable Cathy Seibel
November 20, 2019
Page 2

Finally, the additional time requested takes into account Defendants' ongoing discovery obligations, as the Court has not stayed paper discovery during the time in which Defendants are preparing their reply, as well as counsel's obligations and work on other cases for which they are responsible.

Thank you for your consideration of this request.

Respectfully submitted,

_____/s/_____
Jane R. Goldberg
Jeb Harben
Assistant Attorneys General
(212) 416-6133
Jane.goldberg@ag.ny.gov
Jeb.harben@ag.ny.gov

Cc:    Counsel of Record
       (Via ECF and email)