

# DISABILITY RIGHTS NEW YORK

 www.drny.org     mail@drny.org    📞 518-432-7861

<u>**VIA EMAIL AND ECF**</u>

November 20, 2019

Hon. Cathy Seibel
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *M.G. v. Cuomo*, No. 19-CV-639 (CS) (LMS)
              Plaintiffs' Response to ECF No. 71

Your Honor:

      Along with The Legal Aid Society's Prisoners' Rights Project, and Paul, Weiss, Rifkind, Wharton and Garrison LLP, Disability Rights New York represents Plaintiffs in the above-referenced action. We write to respond to Defendants' request for an additional three weeks (for a total of five) to file their reply brief for their motion to dismiss. In an effort to resolve this matter between the parties, Plaintiffs consented to a one-week extension, to December 9, 2019, for Defendants' reply brief. But Plaintiffs oppose any further extension.

      Defendants' concern about the volume of Plaintiffs' opposition papers does not warrant the long extension they seek. Much of the volume that Defendants reference concerns Plaintiffs' opposition to Defendants' arguments regarding the mootness of five named plaintiffs' claims and Plaintiffs' purported failure to exhaust administrative remedies pursuant to the Prison Litigation Reform Act (PLRA).[1]  Defendants have long been on notice that Plaintiffs would provide evidentiary support for both arguments. In their pre-motion letter, filed May 6, 2019, Plaintiffs explained their intent to argue three mootness exceptions and to use discovery to support those arguments. (Dkt. 39.) Plaintiffs' need for, and intent to use, priority discovery has since been the subject of numerous calls between the parties and of conferences before Judge Smith. Moreover, Defendants placed PLRA exhaustion, and any underlying factual disputes, at issue in their motion to dismiss.

      Motion briefing should proceed expeditiously. Defendants' motion to dismiss has been pending since July 26, 2019, an extended deadline for that motion that Defendants had requested due to Defendants' counsels' vacation plans. Plaintiffs previously consented to several

---

[1] Contrary to Defendants' bald assertion, Plaintiffs' opposition brief does not amend the pleadings in this case.

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207-5001

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614

 TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**

Page **2** of **2**

extensions of the Court's deadlines for Defendants to respond to a select set of the discovery requests, which Plaintiffs had served on June 20 and 21, 2019. (*See* Dkts. 63, 65.) In consenting to Defendants' latest request for extension on this priority discovery, Plaintiffs advised opposing counsel that they could not consent to any further extensions that would affect the briefing schedule. Defendants state in their letter that Judge Smith ordered that the deadline for the reply be extended to December 2, 2019, and as such their time to reply falls over Thanksgiving. Defendants omit, however, that the deadline was extended due to Defendants' failure to meet deadlines for the production of discovery relevant to Plaintiffs' opposition and that Defendants had agreed to the December 2, 2019 deadline. (Dkt. 65.)

Plaintiffs should not be penalized with further delay due to Defendants' decision to wait to prepare their response to arguments they have known about for months. The claims, allegations, and ongoing harms at issue in this case for prospective relief are too pressing. Plaintiffs therefore oppose Defendants' request.

Respectfully submitted,

/s/

Joshua Rosenthal

CC: Counsel of Record (Via ECF)

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614

TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**