UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                             Plaintiffs,

- against -

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,

                             Defendants.

7:19-cv-0639 (CS)

---

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, I hereby withdraw as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. My colleagues Walter Ricciardi and Emily Vance – both from Paul, Weiss, Rifkind, Wharton & Garrison LLP – will continue to represent Plaintiffs in this proceeding.

2

Dated: New York, New York  
November 21, 2019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____  
Lane B. Zuraw

1285 Avenue of the Americas  
New York, New York 10019  
212 373 3076  
lzuraw@paulweiss.com

*Attorney for Plaintiffs*

SO ORDERED:

_____

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,<br><br>                                        Plaintiffs,<br><br>                - against -<br><br>ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,<br><br>                                        Defendants. | 7:19-cv-0639 (CS) |

I, LANE B. ZURAW, declare as follows:

I am an associate at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Walter Ricciardi and Emily Vance, both of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Plaintiffs in this proceeding.

My withdrawal will not delay the matter or prejudice any party.

I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 21, 2019

By: _____
Lane B. Zuraw

2

## CERTIFICATE OF SERVICE

     I, Lane B. Zuraw, hereby certify that on November 21, 2019, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

Dated:   New York, New York
            November 21, 2019

                                        By: _____
                                                       Lane B. Zuraw