UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,<br><br>                     Plaintiffs,<br><br>                  - against -<br><br>ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,<br><br>                     Defendants. | 7:19-cv-0639 (CS) |

## **NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

       PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, I hereby withdraw as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. My colleagues Walter Ricciardi and Emily Vance – both from Paul, Weiss, Rifkind, Wharton & Garrison LLP – will continue to represent Plaintiffs in this proceeding.

Dated: New York, New York
       November 21, 2019

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
           Lane B. Zuraw

1285 Avenue of the Americas
New York, New York 10019
212 373 3076
lzuraw@paulweiss.com

*Attorney for Plaintiffs*

SO ORDERED:

_____ 11/21/19

Hon. Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York