UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,<br><br>                Plaintiffs,<br><br>       -against-<br><br>ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,<br><br>              Defendants. | 19-cv-00639 (CS) (LMS) |

## <u>NOTICE OF MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the supporting Declaration of Rachel Seguin, and all prior proceedings and papers filed herein, Defendants Andrew Cuomo, in his official capacity as the Governor of the State of New York, the New York State Office of Mental Health, Ann Marie T. Sullivan, in her official capacity as the Commissioner of the New York State Office of Mental Health, the New York State Department of Corrections and Community Supervision, Anthony J. Annucci, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, and Anne Marie McGrath, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision, by their attorney, LETITIA JAMES, the Attorney General of the State of New York, will move this Court before the Honorable Cathy Seibel, United States District Judge, Southern District of New York, at 300

Quarropas Street, White Plains, New York 10601, at a time and date to be set by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the First Amended Class Action Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, and granting such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's May 15, 2019 scheduling order and the parties' agreement to bundle the motion papers, a response shall be served no later than August 16, 2019 upon undersigned counsel, and Defendants' Reply shall be served no later than August 30, 2019, at which time the motion papers shall be filed.

Dated: New York, New York
      July 26, 2019

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants

By: _____
    Jane R. Goldberg
    Jeb Harben
    Assistant Attorneys General
    Litigation Bureau
    New York State Office of the Attorney General
    28 Liberty StreetNew York, New York 10005
    jane.goldberg@ag.ny.gov
    jeb.harben@ag.ny.gov
    (212) 416-6133
    (212) 416-6185

TO:

Counsel of Record
(Via electronic mail)