# EXHIBIT A

Department of Corrections and Community Supervision                                    Rachael A. Seguin ▾  ✿  ?

NEW YORK STATE   |Inmate Grievance|  |Search Page|  |Custom Search|        Search this site        🔎
Active Cases ▸ Redact:

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |
|---|---|---|---|---|---|---|---|
| Count = 1 | | | | | | | |
| GH-90586-18 | Need Housing Plan/Release | C.J. | Redact | 10/16/2018 | 2/12/2019 | 1/1/2099 | 06 - Guidance Unit/Counseling |

Department of Corrections and Community Supervision                Rachael A. Seguin ▾ | ✿ | ?

NEW YORK STATE

| Inmate Grievance | Search Page | Custom Search |            Search this site    | 🔍 |

Closed Cases · Redact  | C.J.

Case Number   Title   Grievant Last Name   Grievant DIN Number   Date Filed   Received Date   Schd Date   Case Code

There are no items to show in this view of the "Closed Cases" list. To add a new item, click "New".



Department of Corrections and Community Supervision

Rachael A. Seguin ⋆ ☼ ?

NEW YORK STATE

Inmate Grievance | Search Page | Custom Search

Active Cases · *Redact*

Search this site [🔍]

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |
|---|---|---|---|---|---|---|---|
| Count = 1 | | | | | | | |
| FCF-38508-18 | Held Past Release Date | D. R. | *Redact* | 10/15/2018 | 11/27/2018 | 1/1/2099 | 06 - Guidance Unit/Counseling |

Department of Corrections and Community Supervision    Rachael A. Seguin ▾  ⚙  ?



| Inmate Grievance | Search Page | Custom Search |

Closed Cases · Redact  D.R.

Search this site  🔍

Case Number    Title    Grievant Last Name    Grievant DIN Number    Date Filed    Received Date    Schd Date    Case Code

There are no items to show in this view of the "Closed Cases" list. To add a new item, click "New".

Department of Corrections and Community Supervision

Rachael A. Seguin ▾ | ✱ | ?

NEW YORK STATE

Inmate Grievance | Search Page | Custom Search

Search this site [ 🔍 ]

Active Cases · Redact

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |
|---|---|---|---|---|---|---|---|
| Count = 1 | | | | | | | |
| FCF-38518-18 | No RTF/Housing Assistance | J.R. | Redact | 10/22/2018 | 11/27/2018 | 1/1/2099 | 06 - Guidance Unit/Counseling |

Department of Corrections and Community Supervision                      Rachael A. Seguin ▾   ⚙   ?

NEW YORK STATE

Inmate Grievance    Search Page    Custom Search              Search this site        🔍

Closed Cases ·  Redact : J.R.

Case Number   Title   Grievant Last Name   Grievant DIN Number   Date Filed   Received Date   Schd Date   Case Code

There are no items to show in this view of the "Closed Cases" list. To add a new item, click "New".

Department of Corrections and Community Supervision                    Rachael A. Seguin ▾  ⚙  ?

NEW YORK STATE    [Inmate Grievance]  [Search Page]  [Custom Search]    Search this site  🔍

Active Cases · *Redact*    M.J.

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |
|---|---|---|---|---|---|---|---|

There are no items to show in this view of the "Active Cases" list. To add a new item, click "New".

Department of Corrections and Community Supervision                   Rachael A. Seguin ▾  ⚙  ?

 Inmate Grievance    Search Page    Custom Search          Search this site   🔍

Closed Cases · Redact   M.J.

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |

There are no items to show in this view of the "Closed Cases" list. To add a new item, click "New".

Active Cases

Page 1 of 1

Department of Corrections and Community Supervision

Rachael A. Seguin ▼ | ⚙ | ?



Inmate Grievance   Search Page   Custom Search

Search this site 🔍

Active Cases · Redact M.G.

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |

There are no items to show in this view of the "Active Cases" list. To add a new item, click "New".

Department of Corrections and Community Supervision                    Rachael A. Seguin ▾  ⚙  ?

 **Inmate Grievance**  **Search Page**  **Custom Search**        Search this site    🔍

Closed Cases · Redact M.G.

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |

There are no items to show in this view of the "Closed Cases" list. To add a new item, click "New".

Department of Corrections and Community Supervision                  Rachael A. Seguin ▾ | ✿ | ?



Inmate Grievance    Search Page    Custom Search          Search this site         🔍

Active Cases · Redact    P.C.

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |

There are no items to show in this view of the "Active Cases" list. To add a new item, click "New".

Department of Corrections and Community Supervision                Rachael A. Seguin ▾  ⚙  ?

  Inmate Grievance   Search Page   Custom Search        Search this site    🔍

Closed Cases · Redact   P.C.

| Case Number | Title | Grievant Last Name | Grievant DIN Number | Date Filed | Received Date | Schd Date | Case Code |

There are no items to show in this view of the "Closed Cases" list. To add a new item, click "New".