UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

          Plaintiffs,

  -against-

                  7:19-CV-639 (CS) (LMS)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

          Defendants.
------------------------------------------------------------------------ x

## DECLARATION OF JOSHUA M. ROSENTHAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

  I, Joshua M. Rosenthal, pursuant to 28 U.S.C. § 1746 and under penalties of perjury, do hereby state and declare the following to be true and accurate:

1. I am a staff attorney at Disability Rights New York, and I am among counsel for Plaintiffs in the above-referenced action.

2. I make this declaration in opposition to Defendants' motion to dismiss.

3. Attached hereto are true and correct copies of the following exhibits:

  a. <u>Exhibit 1</u>: Email from Naomi Freeman, OMH, to Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, and Donna Hall, Associate Commissioner, Division of Forensic Services, OMH, re "Plaintiffs" (Jan. 23, 2019) (OMH-00015891).

b. Exhibit 2: Email from Pamela Stowater, OMH, to Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, re "Call me when you can please" (Jan. 24, 2019) (OMH-00014499).

c. Exhibit 3: Email from Heidi Wiedemann, OMH, to Leta Luguri, OMH, re "Add On RTF Cases" (Jan. 28, 2019) (OMH-00015129).

d. Exhibit 4: Email from Julie Burton, Director, Adult State Operations, OMH, to Christopher Somelofske and Veneilya Goodwin-Harden, Child and Adult State Operations, OMH, re "residential beds needed" (Jan. 29, 2019) (OMH-00036209).

e. Exhibit 5: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Mitchel Lake, Director of Bureau of Mental Health, DOCCS, re "RTF cases" (Jan. 24, 2019) (OMH-00015631-32).

f. Exhibit 6: Email from Ashley Bartlett, Coordinator of Inmate Movement, DOCCS, to Mitchel Lake, Director of Bureau of Mental Health, DOCCS, re "4 OMH NON SARA Requests" (Jan. 24, 2019) (DOCCS-00024113).

g. Exhibit 7: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Li-Wen Lee, OMH, re "Please Advise ASAP – RTF Cases" (Jan. 31, 2019) (OMH-00015439).

h. Exhibit 8: Email from MaryEllen McGowan-Brown, OMH, to Moira Tashjian, Associate Commissioner, Division of Adult Community Care Group, OMH, re "TLR Cases" (Jan. 31, 2019) (OMH-00046724-31).

i. Exhibit 9: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Donna Hall, Associate Commissioner, Division of Forensic Services, OMH, re "OMH.xlsx" (Feb. 1, 2019) (OMH-00013233).

j. <u>Exhibit 10</u>: Email from Karin Rohs, Forensic Unit Chief, OMH, to Julie Burton, Director, Adult State Operations, and Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, re "Update: 6 RTF Cases" (Feb. 13, 2019) (OMH-00013670-77).

k. <u>Exhibit 11</u>: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Donna Hall, Associate Commissioner, Division of Forensic Services, OMH, re "Housing Lawsuit. Privileged and Confidential Attorney-Client Communication/Attorney Work Product" (Feb. 27, 2019) (OMH-00062267-68).

l. <u>Exhibit 12</u>: Email from Ann Sullivan, Commissioner, OMH, to Donna Hall, Associate Commissioner, Division of Forensic Services, Mark Noordsy, Deputy Commissioner, Office of Counsel, and Moira Tashjian, Associate Commissioner, Division of Adult Community Care Group, OMH, re "Housing Lawsuit. Privileged and Confidential Attorney-Client Communication/Attorney Work Product" (Jan. 24, 2019) (OMH-00062404).

m. <u>Exhibit 13</u>: Email from Julie Burton, Director, Adult State Operations, OMH, to Patricia Bowes, OMH, re "TLR Summaries" (Feb. 6, 2019) (OMH-00062003-05).

n. <u>Exhibit 14</u>: Email from Ana Enright, DOCCS, to AnneMarie McGrath, Deputy Commissioner, DOCCS, re "[redacted] Special Residency" (Sept. 19, 2017) (DOCCS-00023252-53).

o. <u>Exhibit 15</u>: Email from Lisa Kancyr, OMH, to Theresa Conboy, Pre-Release Coordinator, OMH, re "RTF" (May 31, 2018) (OMH-00038230-34).

p. <u>Exhibit 16</u>: Email from Leta Luguri, OMH, to Karin Rohs, Forensic Unit Chief, and Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, re "RTF Releases" (Jan. 25, 2019) (OMH-00015633-35).

q. <u>Exhibit 17</u>: Email from Lisa Kancyr, OMH, to Karin Rohs, Forensic Unit Chief, Leta Luguri, and Lisa Valazquez-DeNapoli, Pre-Release Coordinator, OMH, re "REMS" (May 3, 2018) (OMH-00038991-93).

r. <u>Exhibit 18</u>: Email from Theresa Conboy, Pre-Release Coordinator, OMH, to Colleen Gleason, OMH, re "RTF" (Dec. 20, 2018) (OMH-00022124).

s. <u>Exhibit 19</u>: Excerpt from ▬▬▬▬▬ Parolee Chrono Report from August 29, 2017 to August 9, 2019 (DOCCS-00003892).

t. <u>Exhibit 20</u>: Excerpt from email chain, including email from Cheryl Barbosa Dedes, OMH, to Theresa Conboy, Pre-Release Coordinator, and Annie Hennessey, Unit Chief, OMH, re "TLR Accepted – Documents Needed: CJ – Green Haven – TBD" (Feb. 6, 2019) (OMH-00037881-82).

u. <u>Exhibit 21</u>: Email from Cheryl Barbosa Dedes, OMH, to Theresa Conboy, Pre-Release Coordinator, OMH, and Annie Hennessey, Unit Chief, OMH, re "TLR Accepted * Documents Needed: MJ * Green Haven * TBD" (Feb. 15, 2019) (OMH-00037884-86).

v. <u>Exhibit 22</u>: Email from Patricia Bowes, OMH, to Veneilya Goodwin-Harden, Child and Adult State Operations, OMH, re "RPC Residential Review" (Jan. 30, 2019) (OMH-00061966-67).

w. <u>Exhibit 23</u>: Email from Bridget Sullivan, Program Supervisor, Middletown Transitional Residence, OMH, to Lisa Falbo, Rockland Psychiatric Center, OMH, re "various" (Feb. 6, 2019) (OMH-00047427).

x. <u>Exhibit 24</u>: OMH Discharge Summary for ▬▬▬▬▬ dated January 30, 2019 (OMH-00014427-31).

y.  Exhibit 25: Email from Karin Rohs, Forensic Unit Chief, OMH, to Lisa Falbo, Rockland Psychiatric Center, and Bridget Sullivan, Program Supervisor, Middletown Transitional Residence, OMH, re "CNYPC Prison Releases" (Feb. 1, 2019) (OMH-00014084-85).

z.  Exhibit 26: Email from Natasha Sinclair-Buckham, OMH, to Theresa Conboy, Pre-Release Coordinator, Jessica Martin, and Salina Rosenthal, OMH, re "VTC" (Feb. 5, 2019) (OMH-00014459).

aa. Exhibit 27: Email from Anthony Annucci, Acting Commissioner, DOCCS, to Bryan Hilton, Assistant Comissioner, DOCCS, re '█████████████████████ █████████' (Feb. 8, 2019) (DOCCS-00002594-96).

bb. Exhibit 28: OMH Discharge Summary for ██████████████ dated February 14, 2019 (DOCCS-00003289-93).

cc. Exhibit 29: Email from Bryan Hilton, Assistant Comissioner, DOCCS, to Ashley Bartlett, Coordinator of Inmate Movement, DOCCS, re "OMH Release – MJ 2/19/19" (Feb. 14, 2019) (DOCCS-00003315-16).

dd. Exhibit 30: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Sheryll Brown, Assistant Re-Entry Manager, DOCCS, re '████████ █████████████' (Feb. 7, 2019) (DOCCS-00001538-40).

ee. Exhibit 31: Email from Karin Rohs, Forensic Unit Chief, OMH, to Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, re "JR Referral ASAP" (Feb. 4, 2019) (OMH-00013533-37).

ff. Exhibit 32: Email from Veneilya Goodwin-Harden, Child and Adult State Operations, OMH, to Karin Rohs, Forensic Unit Chief, and Cheryl Barbosa Dedes, OMH, re

"Priority placement follow up" (Feb. 6, 2019) (OMH-00012224).

gg. Exhibit 33: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Lisa Velazquez-DeNapoli, Pre-Release Coordinator, OMH, re "URGENT TLR Referral Requested for DR" (Feb. 6, 2019) (OMH-00014494-95).

hh. Exhibit 34: NY Connects, Pilgrim Crisis Residence Description, available at https://www.nyconnects.ny.gov/services/crisis-residence-omh-pr-901200013611 (accessed on May 27, 2019) (MG-Class00024639-41).

ii. Exhibit 35: Email from Linda Jennings-Lowe, OMH, to Kevin Kaleita, Director, Pilgrim Crisis Residence, OMH, re "Residential placement needed" (Jan. 31, 2019) (OMH-00014553-54).

jj. Exhibit 36: Email from Lisa Velazquez-DeNapoli, Pre-Release Coordinator, OMH, to Alexandra Manderson, Senior Parole Officer, DOCCS, re "Inmate releasing Monday 2.12.19" (Feb. 8, 2019) (OMH-00034310-11).

kk. Exhibit 37: Email from Pamela Stowater, OMH, to Ashley Bartlett, Coordinator of Inmate Movement, DOCCS, re "DIN [REDACTED]" (May 31, 2018) (DOCCS-00002995-98).

ll. Exhibit 38: Email from Lisa Kancyr, OMH, to Ralph Milone, Pre-Release Coordinator, OMH, re "housing suggestion for JR" (June 19, 2018) (OMH-00038956-57).

mm. Exhibit 39: Excerpts from [REDACTED] Parolee Chrono Report from August 15, 2017 to August 20, 2019 (DOCCS-00005028, 31).

nn. Exhibit 40: Email from Patricia Bowes, OMH, to Karin Rohs, Forensic Unit Chief, and Veneilya Goodwin-Harden, Child and Adult State Operations, OMH, re "JR

6

Referral ASAP" (Feb. 6, 2019) (OMH-00012459-62).

oo. Exhibit 41: Email from Lisa Falbo, Rockland Psychiatric Center, OMH, to Sue Schopen, OMH, re "JR DC Summary" (Mar. 6, 2019) (OMH-00033942).

pp. Exhibit 42: Email from Ashley Bartlett, Coordinator of Inmate Movement, DOCCS, to Bryan Hilton, Assistant Comissioner, DOCCS, re "RTF Release" (Mar. 12, 2019) (DOCCS-00002623).

qq. Exhibit 43: NY Connects, Alliance House Description, available at https://www.nyconnects.ny.gov/services/alliance-house-omh-pr-901500016850 (accessed on May 27, 2019) (MG-Class00024636-38).

rr. Exhibit 44: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Donna Hall, Associate Commissioner, Division of Forensic Services, OMH, re "MG v. Cuomo" (Mar. 4, 2019) (OMH-00062382-83).

ss. Exhibit 45: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Patricia Bowes, OMH, re "URGENT: New Priority Releases – MG and PC" (Mar. 22, 2019) (OMH-00047396-99).

tt. Exhibit 46: Email from Veneilya Goodwin-Harden, Child and Adult State Operations, OMH, to Patricia Bowes, OMH, re "DFS priority placements" (Mar. 26, 2019) (OMH-00047575).

uu. Exhibit 47: Email from Ashley Bartlett, Coordinator of Inmate Movement, DOCCS, to DOCCS.sm.Auburn.Guidance and Patrick Kennedy, DOCCS, re "DIN███ NAME ███████████ NYSID ███████" (May 2, 2017) (DOCCS-00004313).

vv. Exhibit 48: Email from Karin Rohs, Forensic Unit Chief, OMH, to Ashley Bartlett,

7

Coordinator of Inmate Movement, DOCCS, re "5/10 MH release info" (May 4, 2017) (DOCCS-00004296-98).

ww. <u>Exhibit 49</u>: Letter from ▮▮▮▮▮▮ to NYS Division of Parole, dated August 2, 2017 (DOCCS-00000057-60).

xx. <u>Exhibit 50</u>: Email from Ashley Bartlett, Coordinator of Inmate Movement, DOCCS, to Patrick Kennedy, DOCCS, re "▮▮▮▮▮▮" (Dec. 19, 2017) (DOCCS-00004282-84).

yy. <u>Exhibit 51</u>: Primary Therapist Progress Note for ▮▮▮▮▮▮, dated May 24, 2018 (OMH-00000340-41).

zz. <u>Exhibit 52</u>: Email from Tracie Strabel, Pre-Release Supervisor, OMH, to Virginia Harris, OMH, re "Waiting List" (Nov. 6, 2018) (OMH-00021796-99).

aaa. <u>Exhibit 53</u>: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Tracie Strabel, Pre-Release Supervisor, and Meghan Hill, OMH, re "Auburn ICP RTF inquiry from facility DSP" (Dec. 18, 2017) (OMH-00033362-66).

bbb. <u>Exhibit 54</u>: Email from Karin Rohs, Forensic Unit Chief, OMH, to Tracie Strabel, Pre-Release Supervisor, OMH, re "▮▮▮▮▮▮" (Dec. 24, 2018) (OMH-00022225-26).

ccc. <u>Exhibit 55</u>: Excerpt from ▮▮▮▮▮▮ Parolee Chrono Report from September 9, 2011 to August 19, 2019 (DOCCS-00004652).

ddd. <u>Exhibit 56</u>: Prison Rape Elimination Act Audit Report for Hillcrest House, dated January 14, 2019 (MG-Class00014416-90).

eee. <u>Exhibit 57</u>: Draft OMH Discharge Summary for ▮▮▮▮▮▮, dated March 12, 2019 (OMH-00011652-55).

fff. Exhibit 58: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Karin Rohs, Forensic Unit Chief, OMH, re "NYSID: ▓▓▓ DIN: ▓▓▓ Parolee Name: ▓▓▓" (June 5, 2019) (OMH-00011086-87).

ggg. Exhibit 59: Excerpt from email chain, including email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Julie Burton, Director, Adult State Operations, and Moira Tashjian, Associate Commissioner, Division of Adult Community Care Group, OMH, re "NYSID: ▓▓▓ DIN: ▓▓▓ Parolee Name: ▓▓▓" (June 6, 2019) (OMH-00011853-54).

hhh. Exhibit 60: Email from Karin Rohs, Forensic Unit Chief, OMH, to Michelle Cayo, Assistant Reentry Operations Manager, DOCCS, re "NYSID: ▓▓▓ DIN: ▓▓▓" (June 13, 2019) (DOCCS-00004210-13).

iii. Exhibit 61: Legal Date Computation for ▓▓▓, dated January 8, 2016 (DOCCS-00000894).

jjj. Exhibit 62: Legal Date Computation for ▓▓▓, dated June 4, 2018 (DOCCS-00000968).

kkk. Exhibit 63: Legal Date Computation for ▓▓▓, dated June 7, 2018 (DOCCS-00001240).

lll. Exhibit 64: Parole Board Release Decision Notice for ▓▓▓, dated July 30, 2018 (DOCCS-00001289-91).

mmm. Exhibit 65: Parole Board Release Decision Notice for ▓▓▓, dated December 3, 2018 (DOCCS-00000009-11)

nnn. Exhibit 66: DOCCS Inmate Information Entry for ▓▓▓, as of

February 13, 2019 (MG-Class00005300-02).

ooo.   Exhibit 67: DOCCS Inmate Information Entry for ▇▇▇▇▇, as of February 13, 2019 (MG-Class00005297-99).

ppp.   Exhibit 68: DOCCS Inmate Information Entry for ▇▇▇▇▇, as of February 19, 2019 (MG-Class00005315-17).

qqq.   Exhibit 69: DOCCS Inmate Information Entry for ▇▇▇▇▇, as of March 18, 2019 (MG-Class00005325-27).

rrr. Exhibit 70: DOCCS Inmate Information Entry for ▇▇▇▇▇, as of July 16, 2019 (MG-Class00025973-76).

sss. Exhibit 71: Defendant Anthony J. Annucci's Supplemental Response to Plaintiffs' First Set of Interrogatories Nos. 3 and 4, dated October 2, 2019.

ttt. Exhibit 72: List of People Placed on RTF Status from January 1, 2016 to August 26, 2019, Limited to "OMH-Inmate Patients," Produced in Response to Annucci Interrogatories 3 and 4 (DOCCS-00028990-94).

uuu.   Exhibit 73: Central New York Psychiatric Center Policy 8.0, Discharge Planning for Levels of Mental Illness (MG-Class00000219-20).

vvv.   Exhibit 74: Central New York Psychiatric Center Policy 8.13, Housing Referrals – SMI (MG-Class00000241-42).

www.   Exhibit 75: Central New York Psychiatric Center Policy 8.4, Pre-Release Planning with DOCCS-Community Supervision (MG-Class00000226-27).

xxx.   Exhibit 76: Excerpts from DOCCS Community Supervision Handbook: Questions and Answers Concerning Release and Community Supervision (MG-Class00003731, 3744-49).

yyy. Exhibit 77: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Julie Burton, Director, Adult State Operations, OMH, re "New Priority Releases – MG and PC" (Apr. 5, 2019) (OMH-00017327).

zzz. Exhibit 78: Email from Lisa Punzone, Program Manager, Rockland Psychiatric Center, OMH, to Lisa Thorn and Benjamin Levine, OMH, re "DSS 639 Form" (Feb. 14, 2019) (OMH-00014150).

aaaa. Exhibit 79: Email from Clarise Hunter, Rockland Psychiatric Center, OMH, to Lisa Punzone, Program Manager, Rockland Psychiatric Center, and Abraham Thengampallil, OMH, re "C.J." (Feb. 26, 2019) (OMH-00014097-98).

bbbb. Exhibit 80: Email from Nicole Signorelli, OMH, to Kevin Kaleita, Director, Pilgrim Crisis Residence, OMH, re "need form 639" (Feb. 27, 2019) (OMH-00014300-02).

cccc. Exhibit 81: Email from Lisa Punzone, Program Manager, Rockland Psychiatric Center, OMH, to Randy Blose, OMH, re "MJ" (Mar. 6, 2019) (OMH-00016145).

dddd. Exhibit 82: Email from Victoria DeSimone, OMH, to Barbara Porzio, OMH, re "TLR Cases JR and [Redacted]" (Mar. 8, 2019) (OMH-00046788-90).

eeee. Exhibit 83: Memorandum from OMH Division of Forensic Services, CNYPC, to Cherie Seidewand and Meghan Keener, Orange County AOT Coordinators, re "Referral for Assisted Outpatient Treatment (AOT)" (Feb. 8, 2019) (OMH-00010044).

ffff. Exhibit 84: Email from Carolee Maurice, Orange County Department of Mental Health, to Rebecca Hartless, Psychologist, CNYPC Pre-Release Services, OMH, re "CJ" (Feb. 11, 2019) (OMH-00047517-22).

gggg. Exhibit 85: Email from Jennifer Hulihan, AOT Coordinator, OMH, to Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, re "AOT Referral-MJ-2.19.19." (Feb. 14, 2019) (OMH-00012288).

hhhh. Exhibit 86: Email from Lisa Chorost, AOT Coordinator, to Leta Luguri, OMH, re "Add on Cases from DOCCS feed" (July 8, 2019) (OMH-00019600-01).

iiii. Exhibit 87: Transcript of Discovery Conference before Judge Lisa M. Smith, November 6, 2019.

jjjj. Exhibit 88: Email from AnneMarie McGrath, Deputy Commissioner, DOCCS, to Mary Adams, DOCCS, re "incarcerated offenders past earliest release date" (Jan. 25, 2019) (DOCCS-00002624).

kkkk. Exhibit 89: Email from Wendy Vogel, Director, CNYPC Pre-Release Services, OMH, to Donna Hall, Associate Commissioner, Division of Forensic Services, OMH, re "12 non-SARA RTF" (Feb. 1, 2019) (OMH-00012624).

llll. Exhibit 90: List of Priority Releases for Individuals Held Past Release Date, as of August 12, 2019, Produced in Response to Annucci Interrogatories 3 and 4 (DOCCS-00028983-89).

mmmm. Exhibit 91: Defendant Ann Marie T. Sullivan's Supplemental Response to Plaintiffs' Interrogatory No. 4, dated October 2, 2019.

nnnn. Exhibit 92: OMH Upcoming Release Report for April 26, 2019 to August 24, 2019, dated April 26, 2019 (OMH-00017485-517).

oooo. Exhibit 93: Email from AnneMarie McGrath, Deputy Commissioner, DOCCS, to Doccs.dl.CentralOffice.All.IRCs, re "Release of OMH 1, 1S, 2S Cases" (July 18, 2014) (DOCCS-00002551-52).

pppp. <u>Exhibit 94</u>: DOCCS Directive 8306, Parole Board Imposed Special Conditions of Release Regarding Residency (DOCCS-00007021-23).

qqqq. <u>Exhibit 95</u>: Excerpt from DOCCS Request for Application (RFA 2017-07) Community Based Residential Programs, January 2018 (MG-Class00026010-37, 54).

4. I declare under penalties of perjury that the foregoing is true and accurate.

Dated: November 18, 2019
New York, New York

**DISABILITY RIGHTS NEW YORK**

*/s/ Joshua Rosenthal*
Joshua Rosenthal
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
Telephone:  (518) 432-7861
Facsimile:  (718) 797-1161
E-mail:  joshua.rosenthal@drny.org

CC: Counsel of Record (via email)