# Exhibit 34

# NY Connects

Tel: 1-800-342-9871 | Find Local Offices

Log In  Register

# Crisis Residence

**KNOW WHAT YOU NEED?**
Click here for a keyword search

**NEED HELP FINDING THE RIGHT SERVICES?**
Click here for a self-guided search

**WANT TO EXPLORE OPTIONS?**
Click here to browse by category

Home    Resource Type Detail

Add to Favorites    Request Information    Print Page

Email Page    Export Selected

Crisis Residence



### Description:

A non-licensed 24/7 residential program, or dedicated beds in a licensed program, which provide consumers room and board in a supervised homelike environment. The program is intended for individuals who have a mental health diagnosis and are experiencing challenges in daily life that create risk for an escalation of symptoms that cannot be managed in the person's home and community environment without onsite supports. Crisis/respite can be used as part of a discharge plan from an inpatient/CPEP setting. Crisis Respite is not intended as a substitute for housing.

**Provider:** Pilgrim Psychiatric Center

**Provider Address:** 998 Crooked Hill Road, West Brentwood, NY, 11717-1087

**Areas Served:** Suffolk

**Website:** http://www.omh.ny.gov/omhweb/f...

**Last Update:** 5/8/2019 8:16 PM

**Target Population:** All Ages

**Program Location:** On site



## Eligibility Requirements

**Female Age From:** 18

**Female Age To:** 100

**Male Age From:** 18

**Male Age To:** 100

# NY Connects

| **PORTAL LINKS** | **CONTACT US** | **LANGUAGE ASSISTANCE** |
|---|---|---|
| About Us | Address: New York State Office for the Aging | English |
| Frequently Asked Questions | 2 Empire State Plaza Albany, New York 12223-1251 | 中文 - Chinese |
| Find Local Offices | Telephone: 1-800-342-9871 | Español - Spanish |
| Site Map | | Kreyòl Ayisyen - Haitian Creole |
| Accessibility | | Italiano - Italian |
| Disclaimer | | 한국의 - Korean |
| Helpful Links | | Русский - Russian |
| Glossary | | |



POWERED BY
caredirector
the flexible health and human service solution