Case 7:19-cv-00639-CS-AEK    Document 83-46    Filed 12/16/19    Page 1 of 1

Exhibit 46 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss

FILED UNDER SEAL