# Exhibit 56

# Prison Rape Elimination Act (PREA) Audit Report
## Community Confinement Facilities

☐ Interim    ☒ Final

**Date of Report**   01/14/2019

## Auditor Information

| | | | |
|---|---|---|---|
| **Name:** Chris Sweney | | **Email:** csweney.prea@gmail.com | |
| **Company Name:** Sweney Group LLC. | | | |
| **Mailing Address:** P.O. Box 8840 | | **City, State, Zip:** Omaha, NE, 68108 | |
| **Telephone:** (402) 658-0344 | | **Date of Facility Visit:** 06/11/2018 – 06/12/2018 | |

## Agency Information

| | |
|---|---|
| **Name of Agency:** Hudson River Housing, Inc. | **Governing Authority or Parent Agency** (If Applicable): Click or tap here to enter text. |
| **Physical Address:** ███████████ | **City, State, Zip:** Poughkeepsie, NY, 12601 |
| **Mailing Address:** Click or tap here to enter text. | **City, State, Zip:** Click or tap here to enter text. |
| **Telephone:** (845) 452-5197 | **Is Agency accredited by any organization?** ☐ Yes  ☐ No |

| The Agency Is: | ☐ Military | ☐ Private for Profit | ☒ Private not for Profit |
|---|---|---|---|
| ☐ Municipal | ☐ County | ☐ State | ☐ Federal |

**Agency mission:** Click or tap here to enter text.

**Agency Website with PREA Information:** Hudsonriverhousing.org

### Agency Chief Executive Officer

| | | | |
|---|---|---|---|
| **Name:** Christa Hines | | **Title:** Executive Director | |
| **Email:** chines@hudsonriverhousing.org | | **Telephone:** 845-454-5176 e ███████ | |

### Agency-Wide PREA Coordinator

| | | | |
|---|---|---|---|
| **Name:** Vincent Darrow | | **Title:** Supervising Care Manager/CBRP Care Mgr. | |

MG-Class00014416

| Email: | vdarrow@hudsonriverhousing.org | Telephone: | 845-452-5197 ███ |
|---|---|---|---|
| PREA Coordinator Reports to:<br><br>Marsha Eldridge, Resident Services Manager/Hillcrest House | | Number of Compliance Managers who report to the PREA Coordinator    0 | |

## Facility Information

| Name of Facility: | Hillcrest House |
|---|---|
| Physical Address: | ███ Poughkeepsie, NY, 12601 |
| Mailing Address (if different than above): | Click or tap here to enter text. |
| Telephone Number: | 845-452-5197 |

| The Facility Is: | ☐ Military | ☐ Private for Profit | ☒ Private not for Profit |
|---|---|---|---|
| ☐ Municipal | ☐ County | ☐ State | ☐ Federal |

| Facility Type: | ☐ Community treatment center | ☒ Halfway house | ☐ Restitution center |
|---|---|---|---|
| | ☐ Mental health facility | ☐ Alcohol or drug rehabilitation center | |
| | ☐ Other community correctional facility | | |

| Facility Mission: | Click or tap here to enter text. |
|---|---|
| Facility Website with PREA Information: | http://hudsonriverhousing.org/programs.html |

**Have there been any internal or external audits of and/or accreditations by any other organization?**
☐ Yes  ☒ No

### Director

| Name: | Christa Hines | Title: | Executive Director |
|---|---|---|---|
| Email: | chines@hudsonriverhousing.org | Telephone: | 845-454-5176 |

### Facility PREA Compliance Manager

| Name: | Vincent Darrow | Title: | Supervising Care Manager/CBRP Care Mgr. |
|---|---|---|---|
| Email: | vdarrow@hudsonriverhousing.org | Telephone: | 845-452-5197 ███ |

### Facility Health Service Administrator

| Name: | N/A | Title: | Click or tap here to enter text. |
|---|---|---|---|
| Email: | Click or tap here to enter text. | Telephone: | Click or tap here to enter text. |

### Facility Characteristics

MG-Class00014417

| | |
|---|---|
| **Designated Facility Capacity:** 60 | **Current Population of Facility:** 51 |

| | |
|---|---|
| **Number of residents admitted to facility during the past 12 months** | Click or tap here to enter text. |
| **Number of residents admitted to facility during the past 12 months who were transferred from a different community confinement facility:** | Click or tap here to enter text. |
| **Number of residents admitted to facility during the past 12 months whose length of stay in the facility was for 30 days or more:** | Click or tap here to enter text. |
| **Number of residents admitted to facility during the past 12 months whose length of stay in the facility was for 72 hours or more:** | Click or tap here to enter text. |
| **Number of residents on date of audit who were admitted to facility prior to August 20, 2012:** | 0 |

| **Age Range of Population:** | ☒ Adults | ☐ Juveniles | ☐ Youthful residents |
|---|---|---|---|
| | 18 to | Click or tap here to enter text. | Click or tap here to enter text. |

| | |
|---|---|
| **Average length of stay or time under supervision:** | 120 days |
| **Facility Security Level:** | N/A |
| **Resident Custody Levels:** | N/A |
| **Number of staff currently employed by the facility who may have contact with residents:** | 7 |
| **Number of staff hired by the facility during the past 12 months who may have contact with residents:** | 2 |
| **Number of contracts in the past 12 months for services with contractors who may have contact with residents:** | 0 |

### Physical Plant

| | |
|---|---|
| **Number of Buildings:** 1 | **Number of Single Cell Housing Units:** 60 |

| | |
|---|---|
| **Number of Multiple Occupancy Cell Housing Units:** | 0 |
| **Number of Open Bay/Dorm Housing Units:** | 0 |

**Description of any video or electronic monitoring technology (including any relevant information about where cameras are placed, where the control room is, retention of video, etc.):**

The entire facility has monitoring technology. Additional cameras were recently placed in the hallways and stairs.

### Medical

| | |
|---|---|
| **Type of Medical Facility:** | Mid-Hudson Regional Hospital |
| **Forensic sexual assault medical exams are conducted at:** | Mid-Hudson Regional Hospital |

### Other

| | |
|---|---|
| **Number of volunteers and individual contractors, who may have contact with residents, currently authorized to enter the facility:** | 5 |

MG-Class00014418

| Number of investigators the agency currently employs to investigate allegations of sexual abuse: | 0 |
|---|---|

MG-Class00014419

# Audit Findings

## Audit Narrative

A PREA audit of the Hudson River Housing Inc. Hillcrest House was conducted June 11th – 12th, 2018 by Chris Sweney, Certified PREA auditor. As part of the audit a full tour of the facility was conducted along with document reviews and staff and resident interviews. The tour included all area of the facility including housing, laundry, program areas, and administrative offices. Pre Audit posters where observed in all housing and common areas. The auditor did not receive any written correspondence from residents or staff prior to the onsite visit.

Following the tour the PREA Coordinator provided the auditor with a roster of staff assigned to each shift. A total of four (6) random staff interviews were conducted. Random staff interviews also included questions about PREA information provided to residents upon intake and initial screening of residents when arriving at the facility. Facility staff from first and second shift was interviewed including questions about unannounced rounds and first responder duties. Other targeted staff interviews included the Supervising Care Manager/PREA Coordinator, New York State Assistant Reentry Operations Manager, front desk staff and administrative staff responsible for completing employee background checks. A total of twelve (10) formal interviews where completed.

Following staff interviews the PREA Coordinator provided the auditor with a roster of all (51) residents at the facility including five parolees. Except for the parolees, residents were randomly selected by the auditor. At least one resident from each housing areas was interviewed. The facility reported on residents which where hearing or visual impaired or that identified as lesbian, gay or transgender. In the twelve months prior to the onsite visit the facility reported no allegation of harassment or abuse.  This was verified with New York State which has oversite of the Hillcrest House contract.  A total of ten (10) formal resident interviews were completed.

## Facility Characteristics

The Hillcrest House is a transitional living facility with sixty individual living units for adults transitioning out of homelessness. Five units are reserved for parolees released from the New York State Department of Corrections and Community Supervision.  Residents on parole remain at Hillcrest House up to one-hundred and twenty days.  All other residents may stay at Hillcrest House for up to two years. Each resident is assigned a Case Manager to assist them in obtaining community services/resources and in pursuing their goals of achieving greater self-sufficiency as they move toward more permanent housing. Interested applicants must complete an application and participate in a screening process and an interview in order to be accepted at Hillcrest House.

## Summary of Audit Findings

**Number of Standards Exceeded:**        0

**Number of Standards Met:**        41

MG-Class00014420

**Number of Standards Not Met:**                0

**Summary of Corrective Action (if any)**

**115.217**

At the time of the onsite visit Hudson River Housing Inc. did not have a process in place to preform criminal background records checks every five years for current employees and contractors who may have contact with residents.  As of January 2, 2019 Hudson River Housing Inc. has developed a process and provided documentation that these background checks are being completed.

At the time of the onsite visit Hudson River Housing Inc. did not have a process in place to ask all applicants and employees who may have contact with residents directly about previous misconduct in written applications or interviews for hiring or promotions. As of September 11, 2018 Hudson River Housing Inc. has developed a process and provided documentation that applicants and employees who may have contact with residents are asked directly about previous misconduct in  written applications or interviews for hiring or promotions.

**115.267**

Although, Hudson River policy requires Hillcrest House staff to monitor for retaliation, it was discovered during the on-site visit that no clear mechanism was in place to complete this process.  After discussions with the PREA Coordinator, examples where provided and a form has been developed to aid with monitoring.  As of September 11, 2018 Hudson River Housing Inc. has a process in place which addresses this standard.

**115.286**

Although, Hudson River policy requires Hillcrest House staff to conduct after action reviews, it was discovered during the on-site visit that no clear mechanism was in place to complete this process.  After discussions with the PREA Coordinator, examples where provided and a form has been developed to aid in this process.  As of September 11, 2018 Hudson River Housing Inc. has a process in place which addresses this standard.

---

# PREVENTION PLANNING

---

## Standard 115.211: Zero tolerance of sexual abuse and sexual harassment; PREA coordinator

**All Yes/No Questions Must Be Answered by The Auditor to Complete the Report**

**115.211 (a)**

- Does the agency have a written policy mandating zero tolerance toward all forms of sexual abuse and sexual harassment?  ☒ Yes   ☐ No

MG-Class00014421

- Does the written policy outline the agency's approach to preventing, detecting, and responding to sexual abuse and sexual harassment?   ☒ Yes   ☐ No

**115.211 (b)**

- Has the agency employed or designated an agency-wide PREA Coordinator?   ☒ Yes   ☐ No

- Is the PREA Coordinator position in the upper-level of the agency hierarchy?   ☒ Yes   ☐ No

- Does the PREA Coordinator have sufficient time and authority to develop, implement, and oversee agency efforts to comply with the PREA standards in all of its facilities?
  ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. has a zero tolerance toward all forms of sexual abuse and sexual harassment. Hudson River's policy outlines their approach to preventing, detecting, and responding to sexual abuse and harassment.

Hudson River Housing's designated PREA coordinator is the Supervising Care Manager at the Hillcrest House. His contact information readily available to all residents.

**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
PREA Coordinator Interview

**Corrective Action**
None Needed

# Standard 115.212: Contracting with other entities for the confinement of residents

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.212 (a)**

- If this agency is public and it contracts for the confinement of its residents with private agencies

MG-Class00014422

or other entities including other government agencies, has the agency included the entity's obligation to comply with the PREA standards in any new contract or contract renewal signed on or after August 20, 2012? (N/A if the agency does not contract with private agencies or other entities for the confinement of residents.)  ☐ Yes  ☐ No  ☒ NA

**115.212 (b)**

- Does any new contract or contract renewal signed on or after August 20, 2012 provide for agency contract monitoring to ensure that the contractor is complying with the PREA standards? (N/A if the agency does not contract with private agencies or other entities for the confinement of residents OR the response to 115.212(a)-1 is "NO".)  ☐ Yes  ☐ No  ☒ NA

**115.212 (c)**

- If the agency has entered into a contract with an entity that fails to comply with the PREA standards, did the agency do so only in emergency circumstances after making all reasonable attempts to find a PREA compliant private agency or other entity to confine residents? (N/A if the agency has not entered into a contract with an entity that fails to comply with the PREA standards.) ☐ Yes  ☐ No  ☒ NA

- In such a case, does the agency document its unsuccessful attempts to find an entity in compliance with the standards? (N/A if the agency has not entered into a contract with an entity that fails to comply with the PREA standards.) ☐ Yes  ☐ No  ☒ NA

**Auditor Overall Compliance Determination**

☐     **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒     **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐     **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. is a private non-profit agency and does not contract with any outside entities at this time.  Policy language is in place to ensure that components of this standard are included in any future contracts.

**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
PREA Coordinator Interview

**Corrective Action**
None Needed

# Standard 115.213: Supervision and monitoring

MG-Class00014423

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.213 (a)**

- Does the agency develop for each facility a staffing plan that provides for adequate levels of staffing and, where applicable, video monitoring, to protect residents against sexual abuse?
  ☒ Yes  ☐ No

- Does the agency document for each facility a staffing plan that provides for adequate levels of staffing and, where applicable, video monitoring, to protect residents against sexual abuse?
  ☒ Yes  ☐ No

- Does the agency ensure that each facility's staffing plan takes into consideration the physical layout of each facility in calculating adequate staffing levels and determining the need for video monitoring? ☒ Yes  ☐ No

- Does the agency ensure that each facility's staffing plan takes into consideration the composition of the resident population in calculating adequate staffing levels and determining the need for video monitoring? ☒ Yes  ☐ No

- Does the agency ensure that each facility's staffing plan takes into consideration the prevalence of substantiated and unsubstantiated incidents of sexual abuse in calculating adequate staffing levels and determining the need for video monitoring? ☒ Yes  ☐ No

- Does the agency ensure that each facility's staffing plan takes into consideration any other relevant factors in calculating adequate staffing levels and determining the need for video monitoring? ☒ Yes  ☐ No

**115.213 (b)**

- In circumstances where the staffing plan is not complied with, does the facility document and justify all deviations from the plan? (N/A if no deviations from staffing plan.)
  ☐ Yes  ☐ No  ☒ NA

**115.213 (c)**

- In the past 12 months, has the facility assessed, determined, and documented whether adjustments are needed to the staffing plan established pursuant to paragraph (a) of this section? ☒ Yes  ☐ No

- In the past 12 months, has the facility assessed, determined, and documented whether adjustments are needed to prevailing staffing patterns? ☒ Yes  ☐ No

- In the past 12 months, has the facility assessed, determined, and documented whether adjustments are needed to the facility's deployment of video monitoring systems and other monitoring technologies? ☒ Yes  ☐ No

MG-Class00014424

- In the past 12 months, has the facility assessed, determined, and documented whether adjustments are needed to the resources the facility has available to commit to ensure adequate staffing levels? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. has a staffing plan that provides for adequate levels of staffing, and video monitoring, to protect residents against sexual abuse.  In circumstances where the staffing plan is not complied with, Hudson River Housing shall document and justify reasons for deviating from the plan. Whenever necessary, but no less frequently than once each year, Hillcrest House assesses, determines, and documents whether adjustments in staffing are needed.

Hillcrest House has resources available to ensure adequate male and female staffing levels. Staff is on site at all times. If a scheduled staff member calls out or has scheduled time off, there are three per diems available to provide coverage; this also includes sick calls and vacation for regular scheduled staff. If no staff is available to cover, the site manager is then responsible to cover the shift.

Residents only enter the facility through the front entrance which is monitored 24/7 by facility staff.

**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
Hillcrest House Staffing Plan
PREA Coordinator Interview
Resident Interviews

**Corrective Action**
None Needed

# Standard 115.215: Limits to cross-gender viewing and searches

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.215 (a)**

- Does the facility always refrain from conducting any cross-gender strip or cross-gender visual body cavity searches, except in exigent circumstances or by medical practitioners? ☒ Yes   ☐ No

MG-Class00014425

**115.215 (b)**

- Does the facility always refrain from conducting cross-gender pat-down searches of female residents, except in exigent circumstances? (N/A if less than 50 residents)  ☐
  Yes  ☐ No  ☒ NA

- Does the facility always refrain from restricting female residents' access to regularly available programming or other outside opportunities in order to comply with this provision? (N/A if less than 50 residents) ☐ Yes  ☐ No  ☒ NA

**115.215 (c)**

- Does the facility document all cross-gender strip searches and cross-gender visual body cavity searches? ☐ Yes  ☒ No

- Does the facility document all cross-gender pat-down searches of female residents?
  ☐ Yes  ☒ No

**115.215 (d)**

- Does the facility implement policies and procedures that enable residents to shower, perform bodily functions, and change clothing without nonmedical staff of the opposite gender viewing their breasts, buttocks, or genitalia, except in exigent circumstances or when such viewing is incidental to routine cell checks? ☒ Yes  ☐ No

- Does the facility require staff of the opposite gender to announce their presence when entering an area where residents are likely to be showering, performing bodily functions, or changing clothing? ☒ Yes  ☐ No

**115.215 (e)**

- Does the facility always refrain from searching or physically examining transgender or intersex residents for the sole purpose of determining the resident's genital status? ☒ Yes  ☐ No

- If a resident's genital status is unknown, does the facility determine genital status during conversations with the resident, by reviewing medical records, or, if necessary, by learning that information as part of a broader medical examination conducted in private by a medical practitioner? ☒ Yes  ☐ No

**115.215 (f)**

- Does the facility/agency train security staff in how to conduct cross-gender pat down searches in a professional and respectful manner, and in the least intrusive manner possible, consistent with security needs? ☐ Yes  ☒ No

MG-Class00014426

- ▪ Does the facility/agency train security staff in how to conduct searches of transgender and intersex residents in a professional and respectful manner, and in the least intrusive manner possible, consistent with security needs? ☐ Yes  ☒ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hillcrest House is a residential halfway house. Their staff does not conduct strip searches or pat searches of any kind.

Hillcrest House staff does not enter areas in which residents shower, perform bodily functions, and change their clothing while a resident is utilizing those areas. If a staff member must enter such an area, it is standard procedure to first knock and announce before entering.

Hillcrest House staff does not search or physically examine transgender or intersex resident for the sole purpose of determining the resident's genital status. If the resident's genital status is unknown, it may be determined during conversations with the resident, by reviewing medical records, or contacting the resident's parole officer.

Hillcrest House does not have staff that conducts pat searches, strip searches or searches of any residents. A search of a resident would only be conducted by local law enforcement during the course of an investigation.

**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
PREA Coordinator Interview
Resident Interviews

**Corrective Action**
None Needed


# Standard 115.216: Residents with disabilities and residents who are limited English proficient

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.216 (a)**

MG-Class00014427

- Does the agency take appropriate steps to ensure that residents with disabilities have an equal opportunity to participate in or benefit from all aspects of the agency's efforts to prevent, detect, and respond to sexual abuse and sexual harassment, including: Residents who are deaf or hard of hearing? ☒ Yes   ☐ No

- Does the agency take appropriate steps to ensure that residents with disabilities have an equal opportunity to participate in or benefit from all aspects of the agency's efforts to prevent, detect, and respond to sexual abuse and sexual harassment, including: Residents who are blind or have low vision? ☒ Yes   ☐ No

- Does the agency take appropriate steps to ensure that residents with disabilities have an equal opportunity to participate in or benefit from all aspects of the agency's efforts to prevent, detect, and respond to sexual abuse and sexual harassment, including: Residents who have intellectual disabilities? ☒ Yes   ☐ No

- Does the agency take appropriate steps to ensure that residents with disabilities have an equal opportunity to participate in or benefit from all aspects of the agency's efforts to prevent, detect, and respond to sexual abuse and sexual harassment, including: Residents who have psychiatric disabilities? ☒ Yes   ☐ No

- Does the agency take appropriate steps to ensure that residents with disabilities have an equal opportunity to participate in or benefit from all aspects of the agency's efforts to prevent, detect, and respond to sexual abuse and sexual harassment, including: Residents who have speech disabilities? ☒ Yes   ☐ No

- Does the agency take appropriate steps to ensure that residents with disabilities have an equal opportunity to participate in or benefit from all aspects of the agency's efforts to prevent, detect, and respond to sexual abuse and sexual harassment, including: Other? (if "other," please explain in overall determination notes.) ☒ Yes   ☐ No

- Do such steps include, when necessary, ensuring effective communication with residents who are deaf or hard of hearing? ☒ Yes   ☐ No

- Do such steps include, when necessary, providing access to interpreters who can interpret effectively, accurately, and impartially, both receptively and expressively, using any necessary specialized vocabulary? ☒ Yes   ☐ No

- Does the agency ensure that written materials are provided in formats or through methods that ensure effective communication with residents with disabilities including residents who: Have intellectual disabilities? ☒ Yes   ☐ No

- Does the agency ensure that written materials are provided in formats or through methods that ensure effective communication with residents with disabilities including residents who: Have limited reading skills? ☒ Yes   ☐ No

- Does the agency ensure that written materials are provided in formats or through methods that ensure effective communication with residents with disabilities including residents who: Are blind or have low vision? ☒ Yes   ☐ No

MG-Class00014428

**115.216 (b)**

- Does the agency take reasonable steps to ensure meaningful access to all aspects of the agency's efforts to prevent, detect, and respond to sexual abuse and sexual harassment to residents who are limited English proficient? ☒ Yes   ☐ No

- Do these steps include providing interpreters who can interpret effectively, accurately, and impartially, both receptively and expressively, using any necessary specialized vocabulary? ☒ Yes   ☐ No

**115.216 (c)**

- Does the agency always refrain from relying on resident interpreters, resident readers, or other types of resident assistants except in limited circumstances where an extended delay in obtaining an effective interpreter could compromise the resident's safety, the performance of first-response duties under §115.264, or the investigation of the resident's allegations? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. takes appropriate steps to ensure that residents with disabilities have an equal opportunity to participate in and benefit from all aspects of the agency's efforts to prevent, detect, and respond to sexual abuse and sexual harassment.

Hudson River Housing Inc. does not discriminate and identifies the needs of each resident. Local services are available  in the event sign language services are needed.

Hudson River Housing Inc. takes reasonable steps to ensure meaningful access to all aspects of the agency's efforts to prevent, detect, and respond to sexual abuse and sexual harassment to residents who are limited English proficient, including steps to provide interpreters who can interpret effectively, accurately, and impartially, both receptively and expressively, using any necessary specialized vocabulary.

Hudson River Housing Inc. does not rely on resident interpreters, resident readers, or other types of resident assistants except in limited circumstances where an extended delay in obtaining an effective interpreter could compromise the resident's safety, the performance of first-response duties under § 115.264, or the investigation of the resident's allegations.

MG-Class00014429

Bilingual (Spanish) staff members are available. Language interpretation services have also been identified through other agencies in the event staff is unavailable.

**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
PREA Coordinator Interview
Resident Interviews

**Corrective Action**
None Needed

# Standard 115.217: Hiring and promotion decisions

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.217 (a)**

- Does the agency prohibit the hiring or promotion of anyone who may have contact with residents who: Has engaged in sexual abuse in a prison, jail, lockup, community confinement facility, juvenile facility, or other institution (as defined in 42 U.S.C. 1997)? ☒ Yes   ☐ No

- Does the agency prohibit the hiring or promotion of anyone who may have contact with residents who: Has been convicted of engaging or attempting to engage in sexual activity in the community facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse? ☒ Yes   ☐ No

- Does the agency prohibit the hiring or promotion of anyone who may have contact with residents who: Has been civilly or administratively adjudicated to have engaged in the activity described in the question immediately above? ☒ Yes   ☐ No

- Does the agency prohibit the enlistment of services of any contractor who may have contact with residents who: Has engaged in sexual abuse in a prison, jail, lockup, community confinement facility, juvenile facility, or other institution (as defined in 42 U.S.C. 1997)? ☒ Yes   ☐ No

- Does the agency prohibit the enlistment of services of any contractor who may have contact with residents who: Has been convicted of engaging or attempting to engage in sexual activity in the community facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse? ☒ Yes   ☐ No

- Does the agency prohibit the enlistment of services of any contractor who may have contact with residents who: Has been civilly or administratively adjudicated to have engaged in the activity described in the question immediately above? ☒ Yes   ☐ No

**115.217 (b)**

MG-Class00014430

- Does the agency consider any incidents of sexual harassment in determining whether to hire or promote anyone, or to enlist the services of any contractor, who may have contact with residents?  ☒ Yes   ☐ No

**115.217 (c)**

- Before hiring new employees, who may have contact with residents, does the agency: Perform a criminal background records check? ☒ Yes   ☐ No

- Before hiring new employees, who may have contact with residents, does the agency: Consistent with Federal, State, and local law, make its best efforts to contact all prior institutional employers for information on substantiated allegations of sexual abuse or any resignation during a pending investigation of an allegation of sexual abuse? ☒ Yes   ☐ No

**115.217 (d)**

- Does the agency perform a criminal background records check before enlisting the services of any contractor who may have contact with residents? ☒ Yes   ☐ No

**115.217 (e)**

- Does the agency either conduct criminal background records checks at least every five years of current employees and contractors who may have contact with residents or have in place a system for otherwise capturing such information for current employees? ☐ Yes   ☐ No

**115.217 (f)**

- Does the agency ask all applicants and employees who may have contact with residents directly about previous misconduct described in paragraph (a) of this section in written applications or interviews for hiring or promotions? ☐ Yes   ☐ No

- Does the agency ask all applicants and employees who may have contact with residents directly about previous misconduct described in paragraph (a) of this section in any interviews or written self-evaluations conducted as part of reviews of current employees? ☐ Yes   ☐ No

- Does the agency impose upon employees a continuing affirmative duty to disclose any such misconduct? ☒ Yes   ☐ No

**115.217 (g)**

- Does the agency consider material omissions regarding such misconduct, or the provision of materially false information, grounds for termination? ☒ Yes   ☐ No

**115.217 (h)**

- Unless prohibited by law, does the agency provide information on substantiated allegations of sexual abuse or sexual harassment involving a former employee upon receiving a request from an institutional employer for whom such employee has applied to work? (N/A if providing

MG-Class00014431

information on substantiated allegations of sexual abuse or sexual harassment involving a former employee is prohibited by law.) ☒ Yes    ☐ No    ☐ NA

**Auditor Overall Compliance Determination**

☐    **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. does not hire or promote anyone who may have contact with residents, and does not enlist the services of any contractor who may have contact with residents, who has engaged in sexual abuse in a prison, jail, lockup, community confinement facility, juvenile facility, or other institution or has been convicted of engaging or attempting to engage in sexual activity in the community facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse; or has been civilly or administratively adjudicated to have engaged in this activity

Hudson River Housing Inc. considers any incidents of sexual harassment in determining whether to hire or promote anyone, or to enlist the services of any contractor, who may have contact with residents.

Before hiring new employees who may have contact with residents, Hudson River Housing Inc. Performs a criminal background records check; and consistent with Federal, State, and local law, make its best efforts to contact all prior institutional employers for information on substantiated allegations of sexual abuse or any resignation during a pending investigation of an allegation of sexual abuse.

Hudson River Housing Inc. also perform a criminal background records check before enlisting the services of any contractor who may have contact with residents.

At the time of the onsite visit Hudson River Housing Inc. did not have a process in place to preform criminal background records checks every five years for current employees and contractors who may have contact with residents.

At the time of the onsite visit Hudson River Housing Inc. did not have a process in place to ask all applicants and employees who may have contact with residents directly about previous misconduct in written applications or interviews for hiring or promotions and in any interviews or written self-evaluations conducted as part of reviews of current employees.

Hudson River Housing Inc. policy imposes upon employees a continuing affirmative duty to disclose any such misconduct.  Intentional omission of such misconduct, or the provision of materially false information, is grounds for termination.

MG-Class00014432

Hudson River Housing Inc. policy allows them to provide information on substantiated allegations of sexual abuse or sexual harassment involving a former employee upon receiving a request from an institutional employer for whom such employee has applied to work.

**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
PREA Coordinator Interview
Resident Interviews

**Corrective Action**

At the time of the onsite visit Hudson River Housing Inc. did not have a process in place to preform criminal background records checks every five years for current employees and contractors who may have contact with residents.  As of January 2, 2019 Hudson River Housing Inc. has developed a process and provided documentation that these background checks are being completed.

At the time of the onsite visit Hudson River Housing Inc. did not have a process in place to ask all applicants and employees who may have contact with residents directly about previous misconduct in written applications or interviews for hiring or promotions. As of September 11, 2018 Hudson River Housing Inc. has developed a process and provided documentation that applicants and employees who may have contact with residents are asked directly about previous misconduct as part of the application process.

## Standard 115.218: Upgrades to facilities and technologies

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.218 (a)**

- If the agency designed or acquired any new facility or planned any substantial expansion or modification of existing facilities, did the agency consider the effect of the design, acquisition, expansion, or modification upon the agency's ability to protect residents from sexual abuse? (N/A if agency/facility has not acquired a new facility or made a substantial expansion to existing facilities since August 20, 2012, or since the last PREA audit, whichever is later.)
  ☐ Yes   ☐ No   ☒ NA

**115.218 (b)**

- If the agency installed or updated a video monitoring system, electronic surveillance system, or other monitoring technology, did the agency consider how such technology may enhance the agency's ability to protect residents from sexual abuse? (N/A if agency/facility has not installed or updated a video monitoring system, electronic surveillance system, or other monitoring technology since August 20, 2012, or since the last PREA audit, whichever is later.)
  ☒ Yes   ☐ No   ☐ NA

**Auditor Overall Compliance Determination**

MG-Class00014433

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. has not designed or acquired any new facility or had any substantial expansion or modification of their existing facility. Hudson River Housing Inc. does however, have policies which consider the effect of facility design, acquisition, expansion, or modification upon the agency's ability to protect residents from sexual abuse.

The Hillcrest House video monitoring system enhances the agency's ability to protect residents from sexual abuse. A total of thirty-eight cameras have been in installed in vulnerable areas throughout the facility, such as the staircases and blind hallways.

**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
Facility Tour/Camera Placement
PREA Coordinator Interview
Resident Interviews

**Corrective Action**
None Needed

---

# RESPONSIVE PLANNING

## Standard 115.221: Evidence protocol and forensic medical examinations

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.221 (a)**

- If the agency is responsible for investigating allegations of sexual abuse, does the agency follow a uniform evidence protocol that maximizes the potential for obtaining usable physical evidence for administrative proceedings and criminal prosecutions? (N/A if the agency/facility is not responsible for conducting any form of criminal OR administrative sexual abuse investigations.)
  ☐ Yes   ☐ No   ☒ NA

**115.221 (b)**

MG-Class00014434

- Is this protocol developmentally appropriate for youth where applicable? (N/A if the agency/facility is not responsible for conducting any form of criminal OR administrative sexual abuse investigations.) ☐ Yes  ☐ No  ☒ NA

- Is this protocol, as appropriate, adapted from or otherwise based on the most recent edition of the U.S. Department of Justice's Office on Violence Against Women publication, "A National Protocol for Sexual Assault Medical Forensic Examinations, Adults/Adolescents," or similarly comprehensive and authoritative protocols developed after 2011? (N/A if the agency/facility is not responsible for conducting any form of criminal OR administrative sexual abuse investigations.) ☐ Yes  ☐ No  ☒ NA

## 115.221 (c)

- Does the agency offer all residents who experience sexual abuse access to forensic medical examinations, whether on-site or at an outside facility, without financial cost, where evidentiary or medically appropriate? ☒ Yes  ☐ No

- Are such examinations performed by Sexual Assault Forensic Examiners (SAFEs) or Sexual Assault Nurse Examiners (SANEs) where possible? ☒ Yes  ☐ No

- If SAFEs or SANEs cannot be made available, is the examination performed by other qualified medical practitioners (they must have been specifically trained to conduct sexual assault forensic exams)? ☒ Yes  ☐ No

- Has the agency documented its efforts to provide SAFEs or SANEs? ☒ Yes  ☐ No

## 115.221 (d)

- Does the agency attempt to make available to the victim a victim advocate from a rape crisis center? ☒ Yes  ☐ No

- If a rape crisis center is not available to provide victim advocate services, does the agency make available to provide these services a qualified staff member from a community-based organization, or a qualified agency staff member? ☒ Yes  ☐ No

- Has the agency documented its efforts to secure services from rape crisis centers? ☒ Yes  ☐ No

## 115.221 (e)

- As requested by the victim, does the victim advocate, qualified agency staff member, or qualified community-based organization staff member accompany and support the victim through the forensic medical examination process and investigatory interviews? ☒ Yes  ☐ No

- As requested by the victim, does this person provide emotional support, crisis intervention, information, and referrals? ☒ Yes  ☐ No

## 115.221 (f)

MG-Class00014435

- If the agency itself is not responsible for investigating allegations of sexual abuse, has the agency requested that the investigating entity follow the requirements of paragraphs (a) through (e) of this section? (N/A if the agency/facility is responsible for conducting criminal AND administrative sexual abuse investigations.) ☐ Yes   ☐ No   ☒ NA

## 115.221 (g)

- Auditor is not required to audit this provision.

## 115.221 (h)

- If the agency uses a qualified agency staff member or a qualified community-based staff member for the purposes of this section, has the individual been screened for appropriateness to serve in this role and received education concerning sexual assault and forensic examination issues in general? (Check N/A if agency attempts to make a victim advocate from a rape crisis center available to victims per 115.221(d) above.) ☐ Yes   ☐ No   ☒ NA

**Auditor Overall Compliance Determination**

☐    **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc does not investigate allegations of sexual abuse. The Town of Poughkeepsie Police (local police department), Parole, and Office of Special Investigations (OSI) are contacted for all incidents involving Parolees.  The Town of Poughkeepsie Police Department is contacted for all other residents.

Hudson River Housing shall offer all victims of sexual abuse access to forensic medical examinations whether on-site or at an outside facility, without financial cost, where evidentiary or medically appropriate. Such examinations shall be performed by Sexual Assault Forensic Examiners (SAFEs) or Sexual Assault Nurse Examiners (SANEs) where possible. Local SAFE and SANE hospitals are Mid-Hudson Regional Hospital and Vassar Brothers Medical Hospital.

Mid-Hudson Regional Hospital is 2.5 miles and an 8 minute drive away from the site.

Vassar Brothers Medical Hospital is 4.6 miles and a fourteen minute drive away from the site. Both sites are easily accessible.

Hudson River Housing shall attempt to make available to the victim a victim advocate from a rape crisis center. If a rape crisis center is not available to provide victim advocate services, Hudson River Housing shall make available to provide these services a qualified staff member

MG-Class00014436

from a community-based organization or a qualified agency staff member. Hudson River Housing shall document efforts to secure services from rape crisis centers. For the purpose of this standard, a rape crisis center refers to an entity that provides intervention and related assistance, such as the services specified in 42 U.S.C. 14043g(b)(2)(C), to victims of sexual assault of all ages. Hudson River Housing may utilize a rape crisis center that is part of a governmental unit as long as the center is not part of the criminal justice system (such as a law enforcement agency) and offers a comparable level of confidentiality as a nongovernmental entity that provides similar victim services.

As requested by the victim, the victim advocate, qualified agency staff member, or qualified community-based organization staff member shall accompany and support the victim through the forensic medical examination process and investigatory interviews and shall provide emotional support, crisis intervention, information, and referrals.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
Hudson River Housing Inc. Website (http://hudsonriverhousing.org/pdf/PREA%20Policy.pdf)
PREA Coordinator Interview
Resident Interviews

**Corrective Action**
None Needed

# Standard 115.222: Policies to ensure referrals of allegations for investigations

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.222 (a)**

- Does the agency ensure an administrative or criminal investigation is completed for all allegations of sexual abuse? ☒ Yes   ☐ No

- Does the agency ensure an administrative or criminal investigation is completed for all allegations of sexual harassment? ☒ Yes   ☐ No

**115.222 (b)**

- Does the agency have a policy and practice in place to ensure that allegations of sexual abuse or sexual harassment are referred for investigation to an agency with the legal authority to conduct criminal investigations, unless the allegation does not involve potentially criminal behavior?  ☒ Yes   ☐ No

- Has the agency published such policy on its website or, if it does not have one, made the policy available through other means? ☒ Yes   ☐ No

- Does the agency document all such referrals? ☒ Yes   ☐ No

MG-Class00014437

**115.222 (c)**

- ▪ If a separate entity is responsible for conducting criminal investigations, does such publication describe the responsibilities of both the agency and the investigating entity? [N/A if the agency/facility is responsible for conducting criminal investigations. See 115.221(a).]
  ☒ Yes   ☐ No   ☐ NA

**115.222 (d)**

- ▪ Auditor is not required to audit this provision.

**115.222 (e)**

- ▪ Auditor is not required to audit this provision.

**Auditor Overall Compliance Determination**

    ☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

    ☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

    ☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hillcrest House staff are not responsible for conducting administrative or criminal investigations.  Staff is required to contact the Town of Poughkeepsie Police Department and/or Parole, and Office of Special Investigations (OSI) to ensure that an administrative or criminal investigation is completed for all allegations of sexual abuse and sexual harassment.

Hillcrest House staff is required to ensure that all allegations of sexual abuse or sexual harassment are referred for investigation to the Town of Poughkeepsie Police Department and/or Parole, and Office of Special Investigations (OSI). Hillcrest House staff is required to document all such referrals.

Hudson River Housing Inc. has published such policy on its website.

**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
Hudson River Housing Inc. Website (http://hudsonriverhousing.org/pdf/PREA%20Policy.pdf)
PREA Coordinator Interview
Resident Interviews

**Corrective Action**
None Needed

MG-Class00014438

# TRAINING AND EDUCATION

## Standard 115.231: Employee training

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.231 (a)**

- Does the agency train all employees who may have contact with residents on: Its zero-tolerance policy for sexual abuse and sexual harassment? ☒ Yes    ☐ No

- Does the agency train all employees who may have contact with residents on: How to fulfill their responsibilities under agency sexual abuse and sexual harassment prevention, detection, reporting, and response policies and procedures? ☒ Yes    ☐ No

- Does the agency train all employees who may have contact with residents on: Residents' right to be free from sexual abuse and sexual harassment ☒ Yes    ☐ No

- Does the agency train all employees who may have contact with residents on: The right of residents and employees to be free from retaliation for reporting sexual abuse and sexual harassment? ☒ Yes    ☐ No

- Does the agency train all employees who may have contact with residents on: The dynamics of sexual abuse and sexual harassment in confinement? ☒ Yes    ☐ No

- Does the agency train all employees who may have contact with residents on: The common reactions of sexual abuse and sexual harassment victims? ☒ Yes    ☐ No

- Does the agency train all employees who may have contact with residents on: How to detect and respond to signs of threatened and actual sexual abuse? ☒ Yes    ☐ No

- Does the agency train all employees who may have contact with residents on: How to avoid inappropriate relationships with residents? ☒ Yes    ☐ No

- Does the agency train all employees who may have contact with residents on: How to communicate effectively and professionally with residents, including lesbian, gay, bisexual, transgender, intersex, or gender nonconforming residents? ☒ Yes    ☐ No

- Does the agency train all employees who may have contact with residents on: How to comply with relevant laws related to mandatory reporting of sexual abuse to outside authorities? ☒ Yes    ☐ No

**115.231 (b)**

- Is such training tailored to the gender of the residents at the employee's facility?  ☒ Yes    ☐ No

MG-Class00014439

- Have employees received additional training if reassigned from a facility that houses only male residents to a facility that houses only female residents, or vice versa? ☒ Yes    ☐ No

**115.231 (c)**

- Have all current employees who may have contact with residents received such training? ☒ Yes    ☐ No

- Does the agency provide each employee with refresher training every two years to ensure that all employees know the agency's current sexual abuse and sexual harassment policies and procedures? ☒ Yes    ☐ No

- In years in which an employee does not receive refresher training, does the agency provide refresher information on current sexual abuse and sexual harassment policies? ☒ Yes    ☐ No

**115.231 (d)**

- Does the agency document, through employee signature or electronic verification, that employees understand the training they have received? ☒ Yes    ☐ No

**Auditor Overall Compliance Determination**

☐    **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. trains all employees who may have contact with residents on their zero-tolerance policy for sexual abuse and sexual harassment, how to fulfill their responsibilities under their sexual abuse and sexual harassment prevention, detection, reporting, and response policies and procedures. resident's' rights to be free from sexual abuse and sexual harassment, their right to be free from retaliation for reporting sexual abuse and sexual harassment; dynamics of sexual abuse and sexual harassment, common reactions of sexual abuse and sexual harassment by victims, how to detect and respond to signs of threatened and actual sexual abuse, how to avoid inappropriate relationships with residents, how to communicate effectively and professionally with residents, including lesbian, gay, bisexual, transgender, intersex, or gender nonconforming residents and how to comply with relevant laws related to mandatory reporting of sexual abuse to outside authorities.

Training is tailored to both male and female residents.

Employee's receive refresher training every two years to ensure that all employees know the agency's current sexual abuse and sexual harassment policies and procedures.

MG-Class00014440

Hudson River Housing Inc. documents by signature, that employees understand the training they have received.  Employee training records are maintained at Hudson River Housing's corporate office.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
Hudson River Housing Inc. – Employee Training Curriculum
Hudson River Housing Inc. – PREA Acknowledgment Form
PREA Coordinator Interview
Staff Interviews

**Corrective Action**
None Needed

## Standard 115.232: Volunteer and contractor training

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.232 (a)**

- Has the agency ensured that all volunteers and contractors who have contact with residents have been trained on their responsibilities under the agency's sexual abuse and sexual harassment prevention, detection, and response policies and procedures? ☒ Yes   ☐ No

**115.232 (b)**

- Have all volunteers and contractors who have contact with residents been notified of the agency's zero-tolerance policy regarding sexual abuse and sexual harassment and informed how to report such incidents (the level and type of training provided to volunteers and contractors shall be based on the services they provide and level of contact they have with residents)? ☒ Yes   ☐ No

**115.232 (c)**

- Does the agency maintain documentation confirming that volunteers and contractors understand the training they have received? ☐ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

MG-Class00014441

Hillcrest House staff  ensure that all volunteers and contractors who have contact with residents are provided training on their responsibilities regarding sexual abuse and sexual harassment prevention, detection, and response policies and procedures.

All volunteers and contractors who have contact with residents are notified of the agency's zero-tolerance policy regarding sexual abuse and sexual harassment and informed how to report such incidents.

Hudson River Housing Inc. maintains documentation showing that volunteers and contractors understand the training they have received.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
Hudson River Housing Inc. – Volunteer PREA Brochure
Hudson River Housing Inc. – PREA Acknowledgment Form
PREA Coordinator Interview
Volunteer Interview

**Corrective Action**
None Needed

## Standard 115.233: Resident education

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.233 (a)**

- During intake, do residents receive information explaining: The agency's zero-tolerance policy regarding sexual abuse and sexual harassment? ☒ Yes   ☐ No

- During intake, do residents receive information explaining: How to report incidents or suspicions of sexual abuse or sexual harassment? ☒ Yes   ☐ No

- During intake, do residents receive information explaining: Their rights to be free from sexual abuse and sexual harassment? ☒ Yes   ☐ No

- During intake, do residents receive information explaining: Their rights to be free from retaliation for reporting such incidents? ☒ Yes   ☐ No

- During intake, do residents receive information regarding agency policies and procedures for responding to such incidents? ☒ Yes   ☐ No

**115.233 (b)**

- Does the agency provide refresher information whenever a resident is transferred to a different facility? ☒ Yes   ☐ No

**115.233 (c)**

MG-Class00014442

- Does the agency provide resident education in formats accessible to all residents, including those who: Are limited English proficient? ☒ Yes   ☐ No

- Does the agency provide resident education in formats accessible to all residents, including those who: Are deaf? ☒ Yes   ☐ No

- Does the agency provide resident education in formats accessible to all residents, including those who: Are visually impaired? ☒ Yes   ☐ No

- Does the agency provide resident education in formats accessible to all residents, including those who: Are otherwise disabled? ☒ Yes   ☐ No

- Does the agency provide resident education in formats accessible to all residents, including those who: Have limited reading skills? ☒ Yes   ☐ No

**115.233 (d)**

- Does the agency maintain documentation of resident participation in these education sessions? ☒ Yes   ☐ No

**115.233 (e)**

- In addition to providing such education, does the agency ensure that key information is continuously and readily available or visible to residents through posters, resident handbooks, or other written formats? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

During the intake process, all residents receive information explaining Hudson River Housing's zero-tolerance policy regarding sexual abuse and sexual harassment including how to report incidents or suspicions of sexual abuse or sexual harassment, their rights to be free from sexual abuse and sexual harassment and to be free from retaliation for reporting such incidents, and Hudson River Housing's policies and procedures for responding to such incidents.   The PREA pamphlet is explained and given to all new residents.

The Hillcrest House provides resident education in formats accessible to all residents, including those

MG-Class00014443

who are limited English proficient, deaf, visually impaired, or otherwise disabled as well as residents who have limited reading skills.

The Hillcrest House maintains documentation of resident participation in these education sessions.

In addition to providing such education, the Hillcrest House ensures that key information is continuously and readily available or visible to residents through posters, resident handbooks, or other written formats.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
Hudson River Housing Inc. – Resident PREA Brochure
Hudson River Housing Inc. – PREA Acknowledgment Form
PREA Coordinator Interview
Resident Interviews

**Corrective Action**
None Needed

# Standard 115.234: Specialized training: Investigations

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.234 (a)**

- In addition to the general training provided to all employees pursuant to §115.231, does the agency ensure that, to the extent the agency itself conducts sexual abuse investigations, its investigators have received training in conducting such investigations in confinement settings? [N/A if the agency does not conduct any form of administrative or criminal sexual abuse investigations. See 115.221(a).] ☐ Yes ☐ No ☒ NA

**115.234 (b)**

- Does this specialized training include: Techniques for interviewing sexual abuse victims? [N/A if the agency does not conduct any form of administrative or criminal sexual abuse investigations. See 115.221(a).] ☐ Yes ☐ No ☒ NA

- Does this specialized training include: Proper use of Miranda and Garrity warnings? [N/A if the agency does not conduct any form of administrative or criminal sexual abuse investigations. See 115.221(a).] ☐ Yes ☐ No ☒ NA

- Does this specialized training include: Sexual abuse evidence collection in confinement settings? [N/A if the agency does not conduct any form of administrative or criminal sexual abuse investigations. See 115.221(a).] ☐ Yes ☐ No ☒ NA

- Does this specialized training include: The criteria and evidence required to substantiate a case for administrative action or prosecution referral? [N/A if the agency does not conduct any form of

MG-Class00014444

administrative or criminal sexual abuse investigations. See 115.221(a).]
☐ Yes  ☐ No  ☒ NA

**115.234 (c)**

▪ Does the agency maintain documentation that agency investigators have completed the required specialized training in conducting sexual abuse investigations? [N/A if the agency does not conduct any form of administrative or criminal sexual abuse investigations. See 115.221(a).]
☐ Yes  ☐ No  ☒ NA

**115.234 (d)**

▪ Auditor is not required to audit this provision.

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. does not conduct any type of investigations. Any incident of sexual abuse or sexual harassment is turned over to the Town of Poughkeepsie Police Department.  An incident involving residents on parole would also require notification to parole and the Office of Special Investigations

**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
PREA Coordinator Interview

**Corrective Action**
None Needed

## Standard 115.235: Specialized training: Medical and mental health care

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.235 (a)**

▪ Does the agency ensure that all full- and part-time medical and mental health care practitioners who work regularly in its facilities have been trained in: How to detect and assess signs of sexual abuse and sexual harassment? ☐ Yes  ☒ No

MG-Class00014445

- Does the agency ensure that all full- and part-time medical and mental health care practitioners who work regularly in its facilities have been trained in: How to preserve physical evidence of sexual abuse? ☐ Yes  ☒ No

- Does the agency ensure that all full- and part-time medical and mental health care practitioners who work regularly in its facilities have been trained in: How to respond effectively and professionally to victims of sexual abuse and sexual harassment? ☐ Yes  ☒ No

- Does the agency ensure that all full- and part-time medical and mental health care practitioners who work regularly in its facilities have been trained in: How and to whom to report allegations or suspicions of sexual abuse and sexual harassment? ☐ Yes  ☒ No

**115.235 (b)**

- If medical staff employed by the agency conduct forensic examinations, do such medical staff receive appropriate training to conduct such examinations? N/A if agency medical staff at the facility do not conduct forensic exams.) ☐ Yes  ☐ No  ☒ NA

**115.235 (c)**

- Does the agency maintain documentation that medical and mental health practitioners have received the training referenced in this standard either from the agency or elsewhere?
☐ Yes  ☒ No

**115.235 (d)**

- Do medical and mental health care practitioners employed by the agency also receive training mandated for employees by §115.231? ☐ Yes  ☒ No

- Do medical and mental health care practitioners contracted by and volunteering for the agency also receive training mandated for contractors and volunteers by §115.232?  [N/A for circumstances in which a particular status (employee or contractor/volunteer) does not apply.]
☐ Yes  ☐ No  ☒ NA

**Auditor Overall Compliance Determination**

☐  **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒  **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐  **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing does not have medical or mental health care practitioners at their facilities. Residents are allowed to use available community resources.

MG-Class00014446

**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
PREA Coordinator Interview

**Corrective Action**
None Needed

---

# SCREENING FOR RISK OF SEXUAL VICTIMIZATION AND ABUSIVENESS

---

## Standard 115.241: Screening for risk of victimization and abusiveness

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.241 (a)**

- Are all residents assessed during an intake screening for their risk of being sexually abused by other residents or sexually abusive toward other residents? ☒ Yes ☐ No

- Are all residents assessed upon transfer to another facility for their risk of being sexually abused by other residents or sexually abusive toward other residents? ☒ Yes ☐ No

**115.241 (b)**

- Do intake screenings ordinarily take place within 72 hours of arrival at the facility?
  ☒ Yes ☐ No

**115.241 (c)**

- Are all PREA screening assessments conducted using an objective screening instrument?
  ☒ Yes ☐ No

**115.241 (d)**

- Does the intake screening consider, at a minimum, the following criteria to assess residents for risk of sexual victimization: Whether the resident has a mental, physical, or developmental disability? ☒ Yes ☐ No

- Does the intake screening consider, at a minimum, the following criteria to assess residents for risk of sexual victimization: The age of the resident? ☒ Yes ☐ No

- Does the intake screening consider, at a minimum, the following criteria to assess residents for risk of sexual victimization: The physical build of the resident? ☒ Yes ☐ No

MG-Class00014447

- Does the intake screening consider, at a minimum, the following criteria to assess residents for risk of sexual victimization: Whether the resident has previously been incarcerated? ☒ Yes  ☐ No

- Does the intake screening consider, at a minimum, the following criteria to assess residents for risk of sexual victimization: Whether the resident's criminal history is exclusively nonviolent? ☒ Yes  ☐ No

- Does the intake screening consider, at a minimum, the following criteria to assess residents for risk of sexual victimization: Whether the resident has prior convictions for sex offenses against an adult or child? ☒ Yes  ☐ No

- Does the intake screening consider, at a minimum, the following criteria to assess residents for risk of sexual victimization: Whether the resident is or is perceived to be gay, lesbian, bisexual, transgender, intersex, or gender nonconforming (the facility affirmatively asks the resident about his/her sexual orientation and gender identity AND makes a subjective determination based on the screener's perception whether the resident is gender non-conforming or otherwise may be perceived to be LGBTI)? ☒ Yes  ☐ No

- Does the intake screening consider, at a minimum, the following criteria to assess residents for risk of sexual victimization: Whether the resident has previously experienced sexual victimization? ☒ Yes  ☐ No

- Does the intake screening consider, at a minimum, the following criteria to assess residents for risk of sexual victimization: The resident's own perception of vulnerability? ☒ Yes  ☐ No

## 115.241 (e)

- In assessing residents for risk of being sexually abusive, does the initial PREA risk screening consider, when known to the agency: prior acts of sexual abuse? ☒ Yes  ☐ No

- In assessing residents for risk of being sexually abusive, does the initial PREA risk screening consider, when known to the agency: prior convictions for violent offenses? ☒ Yes  ☐ No

- In assessing residents for risk of being sexually abusive, does the initial PREA risk screening consider, when known to the agency: history of prior institutional violence or sexual abuse? ☒ Yes  ☐ No

## 115.241 (f)

- Within a set time period not more than 30 days from the resident's arrival at the facility, does the facility reassess the resident's risk of victimization or abusiveness based upon any additional, relevant information received by the facility since the intake screening? ☒ Yes  ☐ No

## 115.241 (g)

- Does the facility reassess a resident's risk level when warranted due to a: Referral? ☒ Yes  ☐ No

MG-Class00014448

- Does the facility reassess a resident's risk level when warranted due to a: Request? ☒ Yes ☐ No

- Does the facility reassess a resident's risk level when warranted due to a: Incident of sexual abuse? ☒ Yes ☐ No

- Does the facility reassess a resident's risk level when warranted due to a: Receipt of additional information that bears on the resident's risk of sexual victimization or abusiveness? ☒ Yes ☐ No

## 115.241 (h)

- Is it the case that residents are not ever disciplined for refusing to answer, or for not disclosing complete information in response to, questions asked pursuant to paragraphs (d)(1), (d)(7), (d)(8), or (d)(9) of this section? ☒ Yes ☐ No

## 115.241 (i)

- Has the agency implemented appropriate controls on the dissemination within the facility of responses to questions asked pursuant to this standard in order to ensure that sensitive information is not exploited to the resident's detriment by staff or other residents? ☒ Yes ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. completes an intake screening on all residents upon arrival at their facility. The screening assesses their risk of being sexually abused by other residents or sexually abusive toward other residents.

The risk screening is completed within 72 hours of arrival at the facility by their designated case manager or other qualified staff.

The intake screening considers whether the resident has a mental, physical, or developmental disability, the age of the resident, the physical build of the resident, whether the resident has previously been incarcerated, whether the resident's criminal history is exclusively nonviolent, whether the resident has prior convictions for sex offenses against an adult or child, whether the resident is or is perceived to be gay, lesbian, bisexual, transgender, intersex, or gender nonconforming, whether the

MG-Class00014449

resident has previously experienced sexual victimization; and the resident's own perception of vulnerability.

The intake screening considers prior acts of sexual abuse, prior convictions for violent offenses, and history of prior institutional violence or sexual abuse, as known to the agency, in assessing residents for risk of being sexually abusive. Within 30 days, the facility reassesses the resident's risk of victimization or abusiveness based upon any additional, relevant information received by the facility since the intake screening.

A resident's risk level is reassessed when warranted due to a referral, request, incident of sexual abuse, or receipt of additional information that bears on the resident's risk of sexual victimization or abusiveness. Residents are not disciplined for refusing to answer, or for not disclosing complete information in response to assessment questions.

Hudson River Housing Inc. implements appropriate controls on the dissemination within the facility of responses to questions asked pursuant to this standard in order to ensure that sensitive information is not exploited to the resident's detriment by staff or other residents. Only care managers and directors have access to screening information.

All five parolee files were reviewed and found to be complete.


**Policy, Materials, Interviews and Other Evidence Reviewed**

Hudson River Housing PREA Policy
PREA Intake Screenings
PREA Coordinator Interview
Parolee Resident Files
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

## Standard 115.242: Use of screening information

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**


**115.242 (a)**

- Does the agency use information from the risk screening required by § 115.241, with the goal of keeping separate those residents at high risk of being sexually victimized from those at high risk of being sexually abusive, to inform: Housing Assignments? ☒ Yes    ☐ No

- Does the agency use information from the risk screening required by § 115.241, with the goal of keeping separate those residents at high risk of being sexually victimized from those at high risk of being sexually abusive, to inform: Bed assignments? ☒ Yes    ☐ No

MG-Class00014450

- Does the agency use information from the risk screening required by § 115.241, with the goal of keeping separate those residents at high risk of being sexually victimized from those at high risk of being sexually abusive, to inform: Work Assignments? ☒ Yes    ☐ No

- Does the agency use information from the risk screening required by § 115.241, with the goal of keeping separate those residents at high risk of being sexually victimized from those at high risk of being sexually abusive, to inform: Education Assignments? ☒ Yes    ☐ No

- Does the agency use information from the risk screening required by § 115.241, with the goal of keeping separate those residents at high risk of being sexually victimized from those at high risk of being sexually abusive, to inform: Program Assignments? ☒ Yes    ☐ No

## 115.242 (b)

- Does the agency make individualized determinations about how to ensure the safety of each resident? ☒ Yes    ☐ No

## 115.242 (c)

- When deciding whether to assign a transgender or intersex resident to a facility for male or female residents, does the agency consider on a case-by-case basis whether a placement would ensure the resident's health and safety, and whether a placement would present management or security problems (NOTE: if an agency by policy or practice assigns residents to a male or female facility on the basis of anatomy alone, that agency is not in compliance with this standard)? ☒ Yes    ☐ No

- When making housing or other program assignments for transgender or intersex residents, does the agency consider on a case-by-case basis whether a placement would ensure the resident's health and safety, and whether a placement would present management or security problems? ☒ Yes    ☐ No

## 115.242 (d)

- Are each transgender or intersex resident's own views with respect to his or her own safety given serious consideration when making facility and housing placement decisions and programming assignments? ☒ Yes    ☐ No

## 115.242 (e)

- Are transgender and intersex residents given the opportunity to shower separately from other residents? ☒ Yes    ☐ No

## 115.242 (f)

- Unless placement is in a dedicated facility, unit, or wing established in connection with a consent decree, legal settlement, or legal judgment for the purpose of protecting lesbian, gay, bisexual, transgender, or intersex residents, does the agency always refrain from placing:

MG-Class00014451

lesbian, gay, and bisexual residents in dedicated facilities, units, or wings solely on the basis of such identification or status? ☒ Yes   ☐ No

- Unless placement is in a dedicated facility, unit, or wing established in connection with a consent decree, legal settlement, or legal judgment for the purpose of protecting lesbian, gay, bisexual, transgender, or intersex residents, does the agency always refrain from placing: transgender residents in dedicated facilities, units, or wings solely on the basis of such identification or status? ☒ Yes   ☐ No

- Unless placement is in a dedicated facility, unit, or wing established in connection with a consent decree, legal settlement, or legal judgment for the purpose of protecting lesbian, gay, bisexual, transgender, or intersex residents, does the agency always refrain from placing: intersex residents in dedicated facilities, units, or wings solely on the basis of such identification or status? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐   **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒   **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐   **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. uses information from the risk screening to inform housing, bed, work, education, and program assignments with the goal of keeping separate those residents at high risk of being sexually victimized from those at high risk of being sexually abusive.

Hillcrest House makes individualized determinations about how to ensure the safety of each resident.

In deciding whether to assign a transgender or intersex resident to a facility for male or female residents, and in making other housing and programming assignments, Hudson River Housing considers on a case-by-case basis whether a placement would ensure the resident's health and safety, and whether the placement would present management or security problems.

Transgender or intersex resident's own views with respect to his or her own safety are given serious consideration.

Transgender and intersex residents are given the opportunity to shower separately from other residents.

Hillcrest House does not place lesbian, gay, bisexual, transgender, or intersex residents in dedicated rooms based solely on the basis of such identification or status.

**Policy, Materials, Interviews and Other Evidence Reviewed**

MG-Class00014452

Hudson River Housing PREA Policy
PREA Intake Screenings
PREA Coordinator Interview
Parolee Resident Files
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

---

# REPORTING

## Standard 115.251: Resident reporting

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.251 (a)**

- Does the agency provide multiple internal ways for residents to privately report: Sexual abuse and sexual harassment? ☒ Yes   ☐ No

- Does the agency provide multiple internal ways for residents to privately report: Retaliation by other residents or staff for reporting sexual abuse and sexual harassment? ☒ Yes   ☐ No

- Does the agency provide multiple internal ways for residents to privately report: Staff neglect or violation of responsibilities that may have contributed to such incidents? ☒ Yes   ☐ No

**115.251 (b)**

- Does the agency also provide at least one way for residents to report sexual abuse or sexual harassment to a public or private entity or office that is not part of the agency? ☒ Yes   ☐ No

- Is that private entity or office able to receive and immediately forward resident reports of sexual abuse and sexual harassment to agency officials? ☒ Yes   ☐ No

- Does that private entity or office allow the resident to remain anonymous upon request? ☒ Yes   ☐ No

**115.251 (c)**

- Do staff members accept reports of sexual abuse and sexual harassment made verbally, in writing, anonymously, and from third parties? ☒ Yes   ☐ No

- Do staff members promptly document any verbal reports of sexual abuse and sexual harassment? ☒ Yes   ☐ No

**115.251 (d)**

MG-Class00014453

- Does the agency provide a method for staff to privately report sexual abuse and sexual harassment of residents? ☒ Yes ☐ No

**Auditor Overall Compliance Determination**

☐     **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒     **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐     **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. provides multiple internal ways for residents to privately report sexual abuse and sexual harassment, retaliation by other residents or staff for reporting sexual abuse and sexual harassment, and staff neglect or violation of responsibilities that may have contributed to such incidents. Residents are notified that they are able to confide in any care manager at the facility.

Hudson River Housing Inc. informs residents of ways to report abuse or harassment to a public and/or private entity.   Staff accepts reports made verbally, in writing, anonymously, and from third parties and promptly documents any reports.

Hudson River Housing Inc. also provides methods for staff to privately report sexual abuse and sexual harassment of residents.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Brochure
PREA Coordinator Interview
Parolee Resident Files
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

# Standard 115.252: Exhaustion of administrative remedies

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.252 (a)**

- Is the agency exempt from this standard? NOTE: The agency is exempt ONLY if it does not have administrative procedures to address resident grievances regarding sexual abuse. This does not mean the agency is exempt simply because a resident does not have to or is not

MG-Class00014454

ordinarily expected to submit a grievance to report sexual abuse. This means that as a matter of explicit policy, the agency does not have an administrative remedies process to address sexual abuse. ☐ Yes  ☐ No  ☒ NA

**115.252 (b)**

- Does the agency permit residents to submit a grievance regarding an allegation of sexual abuse without any type of time limits? (The agency may apply otherwise-applicable time limits to any portion of a grievance that does not allege an incident of sexual abuse.) (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

- Does the agency always refrain from requiring a resident to use any informal grievance process, or to otherwise attempt to resolve with staff, an alleged incident of sexual abuse? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

**115.252 (c)**

- Does the agency ensure that: A resident who alleges sexual abuse may submit a grievance without submitting it to a staff member who is the subject of the complaint? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

- Does the agency ensure that: Such grievance is not referred to a staff member who is the subject of the complaint? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

**115.252 (d)**

- Does the agency issue a final agency decision on the merits of any portion of a grievance alleging sexual abuse within 90 days of the initial filing of the grievance? (Computation of the 90-day time period does not include time consumed by residents in preparing any administrative appeal.) (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

- If the agency determines that the 90-day timeframe is insufficient to make an appropriate decision and claims an extension of time [the maximum allowable extension of time to respond is 70 days per 115.252(d)(3)] , does the agency notify the resident in writing of any such extension and provide a date by which a decision will be made? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

- At any level of the administrative process, including the final level, if the resident does not receive a response within the time allotted for reply, including any properly noticed extension, may a resident consider the absence of a response to be a denial at that level? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

**115.252 (e)**

- Are third parties, including fellow residents, staff members, family members, attorneys, and outside advocates, permitted to assist residents in filing requests for administrative remedies relating to allegations of sexual abuse? (N/A if agency is exempt from this standard.)
☐ Yes  ☐ No  ☒ NA

MG-Class00014455

- Are those third parties also permitted to file such requests on behalf of residents? (If a third-party files such a request on behalf of a resident, the facility may require as a condition of processing the request that the alleged victim agree to have the request filed on his or her behalf, and may also require the alleged victim to personally pursue any subsequent steps in the administrative remedy process.) (N/A if agency is exempt from this standard.)
  ☐ Yes  ☐ No  ☒ NA

- If the resident declines to have the request processed on his or her behalf, does the agency document the resident's decision? (N/A if agency is exempt from this standard.)
  ☐ Yes  ☐ No  ☒ NA

## 115.252 (f)

- Has the agency established procedures for the filing of an emergency grievance alleging that a resident is subject to a substantial risk of imminent sexual abuse? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

- After receiving an emergency grievance alleging a resident is subject to a substantial risk of imminent sexual abuse, does the agency immediately forward the grievance (or any portion thereof that alleges the substantial risk of imminent sexual abuse) to a level of review at which immediate corrective action may be taken? (N/A if agency is exempt from this standard.).
  ☐ Yes  ☐ No  ☒ NA

- After receiving an emergency grievance described above, does the agency provide an initial response within 48 hours? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

- After receiving an emergency grievance described above, does the agency issue a final agency decision within 5 calendar days? (N/A if agency is exempt from this standard.)
  ☐ Yes  ☐ No  ☒ NA

- Does the initial response and final agency decision document the agency's determination whether the resident is in substantial risk of imminent sexual abuse? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

- Does the initial response document the agency's action(s) taken in response to the emergency grievance? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

- Does the agency's final decision document the agency's action(s) taken in response to the emergency grievance? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

## 115.252 (g)

- If the agency disciplines a resident for filing a grievance related to alleged sexual abuse, does it do so ONLY where the agency demonstrates that the resident filed the grievance in bad faith? (N/A if agency is exempt from this standard.) ☐ Yes  ☐ No  ☒ NA

**Auditor Overall Compliance Determination**

MG-Class00014456

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. is exempt from this standard.  The Hillcrest House does not utilize a grievances process to address sexual abuse.  All incidents of sexual abuse are referred to local law enforcement for investigation.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy

**Corrective Action**
None Needed

## Standard 115.253: Resident access to outside confidential support services

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.253 (a)**

- Does the facility provide residents with access to outside victim advocates for emotional support services related to sexual abuse by giving residents mailing addresses and telephone numbers, including toll-free hotline numbers where available, of local, State, or national victim advocacy or rape crisis organizations? ☒ Yes   ☐ No

- Does the facility enable reasonable communication between residents and these organizations and agencies, in as confidential a manner as possible? ☒ Yes   ☐ No

**115.253 (b)**

- Does the facility inform residents, prior to giving them access, of the extent to which such communications will be monitored and the extent to which reports of abuse will be forwarded to authorities in accordance with mandatory reporting laws? ☒ Yes   ☐ No

**115.253 (c)**

- Does the agency maintain or attempt to enter into memoranda of understanding or other agreements with community service providers that are able to provide residents with confidential emotional support services related to sexual abuse? ☒ Yes   ☐ No

MG-Class00014457

▪ Does the agency maintain copies of agreements or documentation showing attempts to enter into such agreements? ☒ Yes ☐ No

**Auditor Overall Compliance Determination**

☐    **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

The Hillcrest House provides residents with access to outside victim advocates for emotional support services related to sexual abuse.   Hillcrest House provides residents with mailing addresses and telephone numbers, including toll-free hotline numbers for  local, State, or national victim advocacy and rape crisis organizations.

The Hillcrest House informs residents, prior to giving them access, of the extent to which such communications will be monitored and the extent to which reports of abuse will be forwarded to authorities in accordance with mandatory reporting laws.

The Hillcrest House works with community service providers that are able to provide residents with confidential emotional support services related to sexual abuse.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Brochure
PREA Coordinator Interview
Family Services Center for Victim Safety and Support
Rape Crisis 24-Hour Hotline
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

## Standard 115.254: Third-party reporting

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.254 (a)**

▪ Has the agency established a method to receive third-party reports of sexual abuse and sexual harassment? ☒ Yes ☐ No

MG-Class00014458

- Has the agency distributed publicly information on how to report sexual abuse and sexual harassment on behalf of a resident? ☒ Yes ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing has a method to receive third-party reports of sexual abuse and sexual harassment and distributes information publicly on how to report sexual abuse and sexual harassment on behalf of a resident.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
Hudson River Housing Inc Website - http://hudsonriverhousing.org/afservices_emerg.html
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

## OFFICIAL RESPONSE FOLLOWING A RESIDENT REPORT

## Standard 115.261: Staff and agency reporting duties

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.261 (a)**

- Does the agency require all staff to report immediately and according to agency policy any knowledge, suspicion, or information regarding an incident of sexual abuse or sexual harassment that occurred in a facility, whether or not it is part of the agency? ☒ Yes ☐ No

- Does the agency require all staff to report immediately and according to agency policy any knowledge, suspicion, or information regarding retaliation against residents or staff who reported an incident of sexual abuse or sexual harassment? ☒ Yes ☐ No

- Does the agency require all staff to report immediately and according to agency policy any knowledge, suspicion, or information regarding any staff neglect or violation of responsibilities

MG-Class00014459

that may have contributed to an incident of sexual abuse or sexual harassment or retaliation? ☒ Yes  ☐ No

**115.261 (b)**

- Apart from reporting to designated supervisors or officials, do staff always refrain from revealing any information related to a sexual abuse report to anyone other than to the extent necessary, as specified in agency policy, to make treatment, investigation, and other security and management decisions? ☒ Yes  ☐ No

**115.261 (c)**

- Unless otherwise precluded by Federal, State, or local law, are medical and mental health practitioners required to report sexual abuse pursuant to paragraph (a) of this section? ☒ Yes  ☐ No

- Are medical and mental health practitioners required to inform residents of the practitioner's duty to report, and the limitations of confidentiality, at the initiation of services? ☒ Yes  ☐ No

**115.261 (d)**

- If the alleged victim is under the age of 18 or considered a vulnerable adult under a State or local vulnerable persons statute, does the agency report the allegation to the designated State or local services agency under applicable mandatory reporting laws? ☒ Yes  ☐ No

**115.261 (e)**

- Does the facility report all allegations of sexual abuse and sexual harassment, including third-party and anonymous reports, to the facility's designated investigators? ☒ Yes  ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
All Hillcrest House staff is required to immediately report any knowledge, suspicion, or information regarding an incident of sexual abuse or sexual harassment that occurred in the facility.  Staff will not reveal any information related to a sexual abuse report to anyone other than to the extent necessary, as
specified in agency policy, to make treatment, investigation, and other security and management decisions.

MG-Class00014460

Staff are required to report all allegations of sexual abuse and sexual harassment, including third-party and anonymous reports, to investigating authorities.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
Hudson River Housing Inc. Website - http://hudsonriverhousing.org/afservices_emerg.html
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

# Standard 115.262: Agency protection duties

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.262 (a)**

- When the agency learns that a resident is subject to a substantial risk of imminent sexual abuse, does it take immediate action to protect the resident? ☒ Yes    ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
If Hillcrest House staff learns that a resident is subject to a substantial risk of imminent sexual abuse, it takes immediate action to protect the resident. The resident is immediately placed at another facility while the PREA Coordinator and site manager investigates the report. Local police are immediately contacted to perform a proper investigation. If the local police find there is a substantial risk, the resident may be permanently placed at the other facility. The police will conduct their investigation and follow their procedure. This incident will be documented. If the resident is under supervision, their parole officer will be contacted.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

MG-Class00014461

**Corrective Action**
None Needed

# Standard 115.263: Reporting to other confinement facilities

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.263 (a)**

- Upon receiving an allegation that a resident was sexually abused while confined at another facility, does the head of the facility that received the allegation notify the head of the facility or appropriate office of the agency where the alleged abuse occurred? ☒ Yes   ☐ No

**115.263 (b)**

- Is such notification provided as soon as possible, but no later than 72 hours after receiving the allegation? ☒ Yes   ☐ No

**115.263 (c)**

- Does the agency document that it has provided such notification? ☒ Yes   ☐ No

**115.263 (d)**

- Does the facility head or agency office that receives such notification ensure that the allegation is investigated in accordance with these standards? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Upon receiving an allegation that a resident was sexually abused while confined at another facility, Hudson River Housing notifies the head of the facility or appropriate office of the agency where the alleged abuse occurred.  Notifications are provided as soon as possible, but no later than 72 hours after receiving the allegation.  Hudson River Housing documents that it has provided such notification.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

MG-Class00014462

**Corrective Action**
None Needed

# Standard 115.264: Staff first responder duties

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.264 (a)**

- ▪ Upon learning of an allegation that a resident was sexually abused, is the first security staff member to respond to the report required to: Separate the alleged victim and abuser? ☒ Yes ☐ No

- ▪ Upon learning of an allegation that a resident was sexually abused, is the first security staff member to respond to the report required to: Preserve and protect any crime scene until appropriate steps can be taken to collect any evidence? ☒ Yes ☐ No

- ▪ Upon learning of an allegation that a resident was sexually abused, is the first security staff member to respond to the report required to: Request that the alleged victim not take any actions that could destroy physical evidence, including, as appropriate, washing, brushing teeth, changing clothes, urinating, defecating, smoking, drinking, or eating, if the abuse occurred within a time period that still allows for the collection of physical evidence? ☒ Yes ☐ No

- ▪ Upon learning of an allegation that a resident was sexually abused, is the first security staff member to respond to the report required to: Ensure that the alleged abuser does not take any actions that could destroy physical evidence, including, as appropriate, washing, brushing teeth, changing clothes, urinating, defecating, smoking, drinking, or eating, if the abuse occurred within a time period that still allows for the collection of physical evidence? ☒ Yes ☐ No

**115.264 (b)**

- ▪ If the first staff responder is not a security staff member, is the responder required to request that the alleged victim not take any actions that could destroy physical evidence, and then notify security staff? ☒ Yes ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

MG-Class00014463

Upon learning of an allegation that a resident has been sexually abused, Hillcrest House staff is required to separate the alleged victim and abuser and take steps to preserve and protect any crime scene until appropriate steps can be taken by law enforcement to collect evidence.

If the abuse occurred within a time period that still allows for the collection of physical evidence, staff shall request that the alleged victim not take any actions that could destroy physical evidence.

Hillcrest House does not employ security staff, Hillcrest staff is required to request that the alleged victim not take any actions that could destroy physical evidence and supervisory staff immediately.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed


## Standard 115.265: Coordinated response

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**


**115.265 (a)**

- Has the facility developed a written institutional plan to coordinate actions among staff first responders, medical and mental health practitioners, investigators, and facility leadership taken in response to an incident of sexual abuse? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing has a written institutional plan to coordinate actions taken in response to an incident of sexual abuse, among staff first responders, medical and mental health practitioners, investigators, and facility leadership.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy

MG-Class00014464

PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

# Standard 115.266: Preservation of ability to protect residents from contact with abusers

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.266 (a)**

- Are both the agency and any other governmental entities responsible for collective bargaining on the agency's behalf prohibited from entering into or renewing any collective bargaining agreement or other agreement that limits the agency's ability to remove alleged staff sexual abusers from contact with any residents pending the outcome of an investigation or of a determination of whether and to what extent discipline is warranted? ☒ Yes   ☐ No

**115.266 (b)**

- Auditor is not required to audit this provision.

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing is a private non-profit organization. Nothing in their policy prohibits the removal of staff accused of sexual abuse or harassment.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

MG-Class00014465

# Standard 115.267: Agency protection against retaliation

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.267 (a)**

- Has the agency established a policy to protect all residents and staff who report sexual abuse or sexual harassment or cooperate with sexual abuse or sexual harassment investigations from retaliation by other residents or staff? ☒ Yes    ☐ No

- Has the agency designated which staff members or departments are charged with monitoring retaliation? ☒ Yes    ☐ No

**115.267 (b)**

- Does the agency employ multiple protection measures, such as housing changes or transfers for resident victims or abusers, removal of alleged staff or resident abusers from contact with victims, and emotional support services for residents or staff who fear retaliation for reporting sexual abuse or sexual harassment or for cooperating with investigations? ☒ Yes    ☐ No

**115.267 (c)**

- Except in instances where the agency determines that a report of sexual abuse is unfounded, for at least 90 days following a report of sexual abuse, does the agency: Monitor the conduct and treatment of residents or staff who reported the sexual abuse to see if there are changes that may suggest possible retaliation by residents or staff? ☒ Yes    ☐ No

- Except in instances where the agency determines that a report of sexual abuse is unfounded, for at least 90 days following a report of sexual abuse, does the agency: Monitor the conduct and treatment of residents who were reported to have suffered sexual abuse to see if there are changes that may suggest possible retaliation by residents or staff? ☒ Yes    ☐ No

- Except in instances where the agency determines that a report of sexual abuse is unfounded, for at least 90 days following a report of sexual abuse, does the agency: Act promptly to remedy any such retaliation? ☒ Yes    ☐ No

- Except in instances where the agency determines that a report of sexual abuse is unfounded, for at least 90 days following a report of sexual abuse, does the agency: Monitor any resident disciplinary reports? ☒ Yes    ☐ No

- Except in instances where the agency determines that a report of sexual abuse is unfounded, for at least 90 days following a report of sexual abuse, does the agency: Monitor resident housing changes? ☒ Yes    ☐ No

- Except in instances where the agency determines that a report of sexual abuse is unfounded, for at least 90 days following a report of sexual abuse, does the agency: Monitor resident program changes? ☒ Yes    ☐ No

MG-Class00014466

- ▪ Except in instances where the agency determines that a report of sexual abuse is unfounded, for at least 90 days following a report of sexual abuse, does the agency: Monitor negative performance reviews of staff? ☒ Yes   ☐ No

- ▪ Except in instances where the agency determines that a report of sexual abuse is unfounded, for at least 90 days following a report of sexual abuse, does the agency: Monitor reassignments of staff? ☒ Yes   ☐ No

- ▪ Does the agency continue such monitoring beyond 90 days if the initial monitoring indicates a continuing need? ☒ Yes   ☐ No

**115.267 (d)**

- ▪ In the case of residents, does such monitoring also include periodic status checks? ☒ Yes   ☐ No

**115.267 (e)**

- ▪ If any other individual who cooperates with an investigation expresses a fear of retaliation, does the agency take appropriate measures to protect that individual against retaliation? ☒ Yes   ☐ No

**115.267 (f)**

- ▪ Auditor is not required to audit this provision.

**Auditor Overall Compliance Determination**

☐　**Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒　**Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐　**Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing Inc. protects all residents and staff who report sexual abuse or sexual harassment and those who cooperate with sexual abuse or sexual harassment investigations from retaliation by other residents or staff. The site manager and PREA Coordinator are responsible for monitoring for retaliation.

Hudson River Housing Inc. employs multiple protection measures. Such measures are housing changes or transfers if needed for resident victims or abusers, removal of alleged staff or resident abusers from contact with victims, and emotional support services for residents or staff who fear retaliation for reporting sexual abuse or sexual harassment or for cooperating with investigations.

For a minimum of 90 days following a report of sexual abuse, Hudson River Housing monitors the conduct and treatment of residents and/or staff who report sexual abuse and of residents who were

MG-Class00014467

reported to have suffered sexual abuse to see if there are changes that may suggest possible retaliation by residents or staff, and shall act promptly to remedy any such retaliation. Hillcrest House staff monitor resident reports, housing, or program changes, or negative performance reviews or reassignments of

If individuals who cooperated with an investigation express fear of retaliation, Hudson River Housing shall take appropriate measures to protect that individual against retaliation.

During the past 12 months Hillcrest House has not reported any incidents which required monitoring for retaliation.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
Although, Hudson River policy requires Hillcrest House staff to monitor for retaliation, it was discovered during the on-site visit that no clear mechanism was in place to complete this process. After discussions with the PREA Coordinator, examples where provided and a form has been developed to aid with monitoring. As of September 11, 2018 Hudson River Housing Inc. has a process in place which addresses this standard.

## INVESTIGATIONS

## Standard 115.271: Criminal and administrative agency investigations

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.271 (a)**

- When the agency conducts its own investigations into allegations of sexual abuse and sexual harassment, does it do so promptly, thoroughly, and objectively? [N/A if the agency/facility is not responsible for conducting any form of criminal OR administrative sexual abuse investigations. See 115.221(a).] ☐ Yes  ☐ No  ☒ NA

- Does the agency conduct such investigations for all allegations, including third party and anonymous reports? [N/A if the agency/facility is not responsible for conducting any form of criminal OR administrative sexual abuse investigations. See 115.221(a).]
  ☐ Yes  ☐ No  ☒ NA

**115.271 (b)**

- Where sexual abuse is alleged, does the agency use investigators who have received specialized training in sexual abuse investigations as required by 115.234? ☒ Yes  ☐ No

MG-Class00014468

**115.271 (c)**

- Do investigators gather and preserve direct and circumstantial evidence, including any available physical and DNA evidence and any available electronic monitoring data? ☒ Yes ☐ No

- Do investigators interview alleged victims, suspected perpetrators, and witnesses? ☒ Yes ☐ No

- Do investigators review prior reports and complaints of sexual abuse involving the suspected perpetrator? ☒ Yes ☐ No

**115.271 (d)**

- When the quality of evidence appears to support criminal prosecution, does the agency conduct compelled interviews only after consulting with prosecutors as to whether compelled interviews may be an obstacle for subsequent criminal prosecution? ☐ Yes ☒ No

**115.271 (e)**

- Do agency investigators assess the credibility of an alleged victim, suspect, or witness on an individual basis and not on the basis of that individual's status as resident or staff? ☐ Yes ☒ No

- Does the agency investigate allegations of sexual abuse without requiring a resident who alleges sexual abuse to submit to a polygraph examination or other truth-telling device as a condition for proceeding? ☐ Yes ☒ No

**115.271 (f)**

- Do administrative investigations include an effort to determine whether staff actions or failures to act contributed to the abuse? ☒ Yes ☐ No

- Are administrative investigations documented in written reports that include a description of the physical evidence and testimonial evidence, the reasoning behind credibility assessments, and investigative facts and findings? ☒ Yes ☐ No

**115.271 (g)**

- Are criminal investigations documented in a written report that contains a thorough description of the physical, testimonial, and documentary evidence and attaches copies of all documentary evidence where feasible? ☒ Yes ☐ No

**115.271 (h)**

- Are all substantiated allegations of conduct that appears to be criminal referred for prosecution? ☒ Yes ☐ No

MG-Class00014469

**115.271 (i)**

- Does the agency retain all written reports referenced in 115.271(f) and (g) for as long as the alleged abuser is incarcerated or employed by the agency, plus five years? ☒ Yes   ☐ No

**115.271 (j)**

- Does the agency ensure that the departure of an alleged abuser or victim from the employment or control of the agency does not provide a basis for terminating an investigation? ☒ Yes   ☐ No

**115.271 (k)**

- Auditor is not required to audit this provision.

**115.271 (l)**

- When an outside entity investigates sexual abuse, does the facility cooperate with outside investigators and endeavor to remain informed about the progress of the investigation? [N/A if an outside agency does not conduct administrative or criminal sexual abuse investigations. See 115.221(a).] ☒ Yes   ☐ No   ☐ NA

**Auditor Overall Compliance Determination**

☐   **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒   **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐   **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing Inc. does not investigate allegations of sexual abuse. The Town of Poughkeepsie Police (local police department), Parole, and Office of Special Investigations (OSI) are contacted for all incidents involving Parolees.  The Town of Poughkeepsie Police Department is contacted for all other residents.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

MG-Class00014470

## Standard 115.272: Evidentiary standard for administrative investigations

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.272 (a)**

- Is it true that the agency does not impose a standard higher than a preponderance of the evidence in determining whether allegations of sexual abuse or sexual harassment are substantiated? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing does not impose a standard higher than a preponderance of the evidence in determining whether allegations of sexual abuse or sexual harassment are substantiated.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

## Standard 115.273: Reporting to residents

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.273 (a)**

- Following an investigation into a resident's allegation that he or she suffered sexual abuse in an agency facility, does the agency inform the resident as to whether the allegation has been determined to be substantiated, unsubstantiated, or unfounded? ☒ Yes   ☐ No

**115.273 (b)**

MG-Class00014471

- If the agency did not conduct the investigation into a resident's allegation of sexual abuse in an agency facility, does the agency request the relevant information from the investigative agency in order to inform the resident? (N/A if the agency/facility is responsible for conducting administrative and criminal investigations.) ☒ Yes   ☐ No   ☐ NA

**115.273 (c)**

- Following a resident's allegation that a staff member has committed sexual abuse against the resident, unless the agency has determined that the allegation is unfounded, or unless the resident has been released from custody, does the agency subsequently inform the resident whenever: The staff member is no longer posted within the resident's unit? ☒ Yes   ☐ No

- Following a resident's allegation that a staff member has committed sexual abuse against the resident, unless the agency has determined that the allegation is unfounded, or unless the resident has been released from custody, does the agency subsequently inform the resident whenever: The staff member is no longer employed at the facility? ☒ Yes   ☐ No

- Following a resident's allegation that a staff member has committed sexual abuse against the resident, unless the agency has determined that the allegation is unfounded, or unless the resident has been released from custody, does the agency subsequently inform the resident whenever: The agency learns that the staff member has been indicted on a charge related to sexual abuse in the facility? ☒ Yes   ☐ No

- Following a resident's allegation that a staff member has committed sexual abuse against the resident, unless the agency has determined that the allegation is unfounded, or unless the resident has been released from custody, does the agency subsequently inform the resident whenever: The agency learns that the staff member has been convicted on a charge related to sexual abuse within the facility? ☒ Yes   ☐ No

**115.273 (d)**

- Following a resident's allegation that he or she has been sexually abused by another resident, does the agency subsequently inform the alleged victim whenever: The agency learns that the alleged abuser has been indicted on a charge related to sexual abuse within the facility? ☒ Yes   ☐ No

- Following a resident's allegation that he or she has been sexually abused by another resident, does the agency subsequently inform the alleged victim whenever: The agency learns that the alleged abuser has been convicted on a charge related to sexual abuse within the facility? ☒ Yes   ☐ No

**115.273 (e)**

- Does the agency document all such notifications or attempted notifications? ☒ Yes   ☐ No

**115.273 (f)**

- Auditor is not required to audit this provision.

MG-Class00014472

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Following an investigation into a resident's allegation of sexual abuse, the PREA Coordinator informs the resident as to whether the allegation has been determined to be substantiated, unsubstantiated, or unfounded.   Hudson River Housing informs the alleged victim whenever the alleged abuser has been indicted on a charge related to sexual abuse within the facility and when the alleged abuser has been convicted on a charge related to sexual abuse within the facility.  All notifications and/or attempted notifications are documented.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

---

# DISCIPLINE

## Standard 115.276: Disciplinary sanctions for staff

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.276 (a)**

- Are staff subject to disciplinary sanctions up to and including termination for violating agency sexual abuse or sexual harassment policies? ☒ Yes   ☐ No

**115.276 (b)**

- Is termination the presumptive disciplinary sanction for staff who have engaged in sexual abuse?   ☒ Yes   ☐ No

**115.276 (c)**

MG-Class00014473

- Are disciplinary sanctions for violations of agency policies relating to sexual abuse or sexual harassment (other than actually engaging in sexual abuse) commensurate with the nature and circumstances of the acts committed, the staff member's disciplinary history, and the sanctions imposed for comparable offenses by other staff with similar histories? ☒ Yes    ☐ No

**115.276 (d)**

- Are all terminations for violations of agency sexual abuse or sexual harassment policies, or resignations by staff who would have been terminated if not for their resignation, reported to: Law enforcement agencies unless the activity was clearly not criminal? ☒ Yes    ☐ No

- Are all terminations for violations of agency sexual abuse or sexual harassment policies, or resignations by staff who would have been terminated if not for their resignation, reported to: Relevant licensing bodies? ☒ Yes    ☐ No

**Auditor Overall Compliance Determination**

☐    **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hillcrest House staff are subject to disciplinary sanctions up to and including termination for violating Hudson River Housing's sexual abuse or sexual harassment policies.  Termination is the presumptive disciplinary sanction for staff who engages in sexual abuse.

Disciplinary sanctions for violations of agency policies relating to sexual abuse or sexual harassment (other than actually engaging in sexual abuse) are commensurate with the nature and circumstances of the acts committed, the staff member's disciplinary history, and the sanctions imposed for comparable offenses by other staff with similar histories.

Terminations for violations of agency sexual abuse or sexual harassment policies, or resignations by staff that would have been terminated if not for their resignation, are reported to law enforcement agencies and to any relevant licensing bodies.

During the past twelve months Hudson River Housing reported no incidents in which staff was disciplined for violations of their sexual abuse or harassment policy.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**

MG-Class00014474

None Needed

## Standard 115.277: Corrective action for contractors and volunteers

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.277 (a)**

- Is any contractor or volunteer who engages in sexual abuse prohibited from contact with residents? ☒ Yes   ☐ No

- Is any contractor or volunteer who engages in sexual abuse reported to: Law enforcement agencies unless the activity was clearly not criminal? ☒ Yes   ☐ No

- Is any contractor or volunteer who engages in sexual abuse reported to: Relevant licensing bodies? ☒ Yes   ☐ No

**115.277 (b)**

- In the case of any other violation of agency sexual abuse or sexual harassment policies by a contractor or volunteer, does the facility take appropriate remedial measures, and consider whether to prohibit further contact with residents? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing policy states that any contractor or volunteer who engages in sexual abuse shall be prohibited from contact with residents and shall be reported to law enforcement agencies and to relevant licensing bodies.

Hudson River Housing takes appropriate remedial measures, and considers whether to prohibit further contact with residents, in the case of any other violation of agency sexual abuse or sexual harassment policies by a contractor or volunteer.

During the past twelve months Hudson River Housing reported no incidents in which a volunteer or contractor was prohibited from contact with residents for violations of their sexual abuse or harassment policy.

**Policy, Materials, Interviews and Other Evidence Reviewed**

MG-Class00014475

Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

# Standard 115.278: Interventions and disciplinary sanctions for residents

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.278 (a)**

- Following an administrative finding that a resident engaged in resident-on-resident sexual abuse, or following a criminal finding of guilt for resident-on-resident sexual abuse, are residents subject to disciplinary sanctions pursuant to a formal disciplinary process? ☒ Yes  ☐ No

**115.278 (b)**

- Are sanctions commensurate with the nature and circumstances of the abuse committed, the resident's disciplinary history, and the sanctions imposed for comparable offenses by other residents with similar histories? ☒ Yes  ☐ No

**115.278 (c)**

- When determining what types of sanction, if any, should be imposed, does the disciplinary process consider whether a resident's mental disabilities or mental illness contributed to his or her behavior? ☒ Yes  ☐ No

**115.278 (d)**

- If the facility offers therapy, counseling, or other interventions designed to address and correct underlying reasons or motivations for the abuse, does the facility consider whether to require the offending resident to participate in such interventions as a condition of access to programming and other benefits? ☒ Yes  ☐ No

**115.278 (e)**

- Does the agency discipline a resident for sexual contact with staff only upon a finding that the staff member did not consent to such contact? ☒ Yes  ☐ No

**115.278 (f)**

- For the purpose of disciplinary action does a report of sexual abuse made in good faith based upon a reasonable belief that the alleged conduct occurred NOT constitute falsely reporting an incident or lying, even if an investigation does not establish evidence sufficient to substantiate the allegation? ☒ Yes  ☐ No

MG-Class00014476

**115.278 (g)**

- Does the agency always refrain from considering non-coercive sexual activity between residents to be sexual abuse? (N/A if the agency does not prohibit all sexual activity between residents.)
  ☒ Yes  ☐ No  ☐ NA

**Auditor Overall Compliance Determination**

☐  **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒  **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐  **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

Hudson River Housing policy states that residents are subject to disciplinary sanctions pursuant to a formal disciplinary process following an administrative finding that the resident engaged in resident-on-resident sexual abuse or following a criminal finding of guilt for resident-on-resident sexual abuse.

Sanctions are commensurate with the nature and circumstances of the abuse committed, the resident's disciplinary history, and the sanctions imposed for comparable offenses by other residents with similar histories.

The disciplinary process shall considers whether a resident's mental disabilities or mental illness contributed to his or her behavior when determining what type of sanction, if any, should be imposed.

Hudson River Housing may discipline a resident for sexual contact with staff only upon a finding that the staff member did not consent to such contact.

For the purpose of disciplinary action, a report of sexual abuse made in good faith based upon a reasonable belief that the alleged conduct occurred shall not constitute falsely reporting an incident or lying, even if an investigation does not establish evidence sufficient to substantiate the allegation.

Hudson River Housing may, at its discretion, prohibit all sexual activity between residents and may discipline residents for such activity.

During the past twelve months Hudson River Housing reported no incidents in which a resident was disciplined for violations of their sexual abuse or harassment policy.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview

MG-Class00014477

Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

---

# MEDICAL AND MENTAL CARE

## Standard 115.282: Access to emergency medical and mental health services

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.282 (a)**

- Do resident victims of sexual abuse receive timely, unimpeded access to emergency medical treatment and crisis intervention services, the nature and scope of which are determined by medical and mental health practitioners according to their professional judgment?
  ☒ Yes  ☐ No

**115.282 (b)**

- If no qualified medical or mental health practitioners are on duty at the time a report of recent sexual abuse is made, do security staff first responders take preliminary steps to protect the victim pursuant to § 115.262? ☐ Yes  ☒ No

- Do security staff first responders immediately notify the appropriate medical and mental health practitioners? ☒ Yes  ☐ No

**115.282 (c)**

- Are resident victims of sexual abuse offered timely information about and timely access to emergency contraception and sexually transmitted infections prophylaxis, in accordance with professionally accepted standards of care, where medically appropriate? ☒ Yes  ☐ No

**115.282 (d)**

- Are treatment services provided to the victim without financial cost and regardless of whether the victim names the abuser or cooperates with any investigation arising out of the incident?
  ☒ Yes  ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

MG-Class00014478

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing provides resident victims of sexual abuse timely, unimpeded access to emergency medical treatment and crisis intervention services.

Resident victims of sexual abuse while incarcerated are offered timely information and timely access to emergency contraception and sexually transmitted infections prophylaxis, in accordance with professionally accepted standards of care, where medically appropriate.

Treatment services are provided to the victim without financial cost and regardless of whether the victim names the abuser or cooperates with any investigation arising out of the incident.

During the past twelve months Hudson River Housing reported no incidents in which a resident was referred for offsite medical services for sexual abuse.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

## Standard 115.283: Ongoing medical and mental health care for sexual abuse victims and abusers

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.283 (a)**

- Does the facility offer medical and mental health evaluation and, as appropriate, treatment to all residents who have been victimized by sexual abuse in any prison, jail, lockup, or juvenile facility? ☒ Yes   ☐ No

**115.283 (b)**

- Does the evaluation and treatment of such victims include, as appropriate, follow-up services, treatment plans, and, when necessary, referrals for continued care following their transfer to, or placement in, other facilities, or their release from custody? ☒ Yes   ☐ No

**115.283 (c)**

MG-Class00014479

- Does the facility provide such victims with medical and mental health services consistent with the community level of care? ☒ Yes    ☐ No

**115.283 (d)**

- Are resident victims of sexually abusive vaginal penetration while incarcerated offered pregnancy tests? (N/A if all-male facility.) ☒ Yes    ☐ No    ☐ NA

**115.283 (e)**

- If pregnancy results from the conduct described in paragraph § 115.283(d), do such victims receive timely and comprehensive information about and timely access to all lawful pregnancy-related medical services? (N/A if all-male facility.) ☒ Yes    ☐ No    ☐ NA

**115.283 (f)**

- Are resident victims of sexual abuse while incarcerated offered tests for sexually transmitted infections as medically appropriate? ☒ Yes    ☐ No

**115.283 (g)**

- Are treatment services provided to the victim without financial cost and regardless of whether the victim names the abuser or cooperates with any investigation arising out of the incident? ☒ Yes    ☐ No

**115.283 (h)**

- Does the facility attempt to conduct a mental health evaluation of all known resident-on-resident abusers within 60 days of learning of such abuse history and offer treatment when deemed appropriate by mental health practitioners? ☒ Yes    ☐ No

**Auditor Overall Compliance Determination**

☐  **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒  **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐  **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing staff provides referrals to agencies that offer medical and mental health evaluation and, as appropriate, treatment to all residents who have been victimized by sexual abuse in any prison, jail, lockup, or juvenile facility.

**Policy, Materials, Interviews and Other Evidence Reviewed**

MG-Class00014480

Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

# DATA COLLECTION AND REVIEW

## Standard 115.286: Sexual abuse incident reviews

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.286 (a)**

- Does the facility conduct a sexual abuse incident review at the conclusion of every sexual abuse investigation, including where the allegation has not been substantiated, unless the allegation has been determined to be unfounded? ☒ Yes   ☐ No

**115.286 (b)**

- Does such review ordinarily occur within 30 days of the conclusion of the investigation? ☒ Yes   ☐ No

**115.286 (c)**

- Does the review team include upper-level management officials, with input from line supervisors, investigators, and medical or mental health practitioners? ☒ Yes   ☐ No

**115.286 (d)**

- Does the review team: Consider whether the allegation or investigation indicates a need to change policy or practice to better prevent, detect, or respond to sexual abuse? ☒ Yes   ☐ No

- Does the review team: Consider whether the incident or allegation was motivated by race; ethnicity; gender identity; lesbian, gay, bisexual, transgender, or intersex identification, status, or perceived status; gang affiliation; or other group dynamics at the facility? ☒ Yes   ☐ No

- Does the review team: Examine the area in the facility where the incident allegedly occurred to assess whether physical barriers in the area may enable abuse? ☒ Yes   ☐ No

- Does the review team: Assess the adequacy of staffing levels in that area during different shifts?   ☒ Yes   ☐ No

MG-Class00014481

- Does the review team: Assess whether monitoring technology should be deployed or augmented to supplement supervision by staff? ☒ Yes   ☐ No

- Does the review team: Prepare a report of its findings, including but not necessarily limited to determinations made pursuant to §§ 115.286(d)(1) - (d)(5), and any recommendations for improvement and submit such report to the facility head and PREA compliance manager? ☒ Yes   ☐ No

**115.286 (e)**

- Does the facility implement the recommendations for improvement, or document its reasons for not doing so? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐   **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒   **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐   **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing policy requires a sexual abuse incident review at the conclusion of every sexual abuse investigation, including where the allegation has not been substantiated, unless the allegation has been determined to be unfounded.  Such review is completed within 30 days of the conclusion of the investigation.

The review team includes upper-level management, with input from line supervisors, investigators, and medical or mental health practitioners.  The review team considers whether the allegation or investigation indicates a need to change policy or practice to better prevent, detect, or respond to sexual abuse; whether the incident or allegation was motivated by race; ethnicity; gender identity; lesbian, gay, bisexual, transgender, or intersex identification, status, or perceived status; or gang affiliation; or was motivated or otherwise caused by other group dynamics at the facility; the area in the facility where the incident allegedly occurred to assess whether physical barriers in the area may enable abuse; staffing levels in that area during different shifts and monitoring technology.

A report is prepared and submitted to the facility head and PREA compliance manager and changes will be made as needed.

During the previous twelve months no incidents have occurred that required an incident review.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

MG-Class00014482

**Corrective Action**

Although, Hudson River policy requires Hillcrest House staff to conduct after action reviews, it was discovered during the on-site visit that no clear mechanism was in place to complete this process.  After discussions with the PREA Coordinator, examples where provided and a form has been developed to aid in this process.  As of September 11[h] 2018 Hudson River Housing Inc. has a process in place which addresses this standard.

## Standard 115.287: Data collection

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.287 (a)**

- Does the agency collect accurate, uniform data for every allegation of sexual abuse at facilities under its direct control using a standardized instrument and set of definitions? ☒ Yes   ☐ No

**115.287 (b)**

- Does the agency aggregate the incident-based sexual abuse data at least annually?
  ☒ Yes   ☐ No

**115.287 (c)**

- Does the incident-based data include, at a minimum, the data necessary to answer all questions from the most recent version of the Survey of Sexual Violence conducted by the Department of Justice? ☒ Yes   ☐ No

**115.287 (d)**

- Does the agency maintain, review, and collect data as needed from all available incident-based documents, including reports, investigation files, and sexual abuse incident reviews?
  ☒ Yes   ☐ No

**115.287 (e)**

- Does the agency also obtain incident-based and aggregated data from every private facility with which it contracts for the confinement of its residents? (N/A if agency does not contract for the confinement of its residents.) ☐ Yes   ☐ No   ☒ NA

**115.287 (f)**

- Does the agency, upon request, provide all such data from the previous calendar year to the Department of Justice no later than June 30? (N/A if DOJ has not requested agency data.)
  ☐ Yes   ☐ No   ☒ NA

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

MG-Class00014483

☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing collects accurate, uniform data for every allegation of sexual abuse at facilities under its direct control using a standardized instrument and set of definitions.

Hudson River Housing aggregates the incident-based sexual abuse data at least annually.  Incident-based data collected includes, at a minimum, the data necessary to answer all questions from the most recent version of the Survey of Sexual Violence conducted by the Department of Justice.

Hudson River Housing maintains, reviews, and collects data as needed from all available incident-based documents including reports, investigation files, and sexual abuse incident reviews.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

## Standard 115.288: Data review for corrective action

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.288 (a)**

- Does the agency review data collected and aggregated pursuant to § 115.287 in order to assess and improve the effectiveness of its sexual abuse prevention, detection, and response policies, practices, and training, including by: Identifying problem areas? ☒ Yes    ☐ No

- Does the agency review data collected and aggregated pursuant to § 115.287 in order to assess and improve the effectiveness of its sexual abuse prevention, detection, and response policies, practices, and training, including by: Taking corrective action on an ongoing basis? ☒ Yes    ☐ No

- Does the agency review data collected and aggregated pursuant to § 115.287 in order to assess and improve the effectiveness of its sexual abuse prevention, detection, and response policies, practices, and training, including by: Preparing an annual report of its findings and corrective actions for each facility, as well as the agency as a whole? ☒ Yes    ☐ No

**115.288 (b)**

MG-Class00014484

- Does the agency's annual report include a comparison of the current year's data and corrective actions with those from prior years and provide an assessment of the agency's progress in addressing sexual abuse ☒ Yes   ☐ No

**115.288 (c)**

- Is the agency's annual report approved by the agency head and made readily available to the public through its website or, if it does not have one, through other means? ☒ Yes   ☐ No

**115.288 (d)**

- Does the agency indicate the nature of the material redacted where it redacts specific material from the reports when publication would present a clear and specific threat to the safety and security of a facility? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing reviews data collected and aggregated pursuant to § 115.287 in order to assess and improve the effectiveness of its sexual abuse prevention, detection, and response policies, practices, and training.  Hudson River identifies problem areas and takes corrective action on an ongoing basis.

Hudson River Housing prepares an annual report of its findings and lists any corrective actions taken for Hillcrest House and posts it on their website.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

# Standard 115.289: Data storage, publication, and destruction

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

MG-Class00014485

**115.289 (a)**

- Does the agency ensure that data collected pursuant to § 115.287 are securely retained?
  ☒ Yes   ☐ No

**115.289 (b)**

- Does the agency make all aggregated sexual abuse data, from facilities under its direct control and private facilities with which it contracts, readily available to the public at least annually through its website or, if it does not have one, through other means? ☒ Yes   ☐ No

**115.289 (c)**

- Does the agency remove all personal identifiers before making aggregated sexual abuse data publicly available? ☒ Yes   ☐ No

**115.289 (d)**

- Does the agency maintain sexual abuse data collected pursuant to § 115.287 for at least 10 years after the date of the initial collection, unless Federal, State, or local law requires otherwise? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐   **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒   **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐   **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing makes all aggregated sexual abuse data readily available to the public at least annually through its website.

Before making aggregated sexual abuse data publicly available, Hudson River Housing shall remove all personal identifiers.

Hudson River Housing maintains sexual abuse data collected pursuant to § 115.287 for at least 10 years after the date of the initial collection unless Federal, State, or local law requires otherwise.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews

MG-Class00014486

Resident Interviews

**Corrective Action**
None Needed

---

# AUDITING AND CORRECTIVE ACTION

## Standard 115.401: Frequency and scope of audits

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.401 (a)**

- During the prior three-year audit period, did the agency ensure that each facility operated by the agency, or by a private organization on behalf of the agency, was audited at least once? (*Note: The response here is purely informational. A "no" response does not impact overall compliance with this standard.*) ☐ Yes  ☒ No

**115.401 (b)**

- Is this the first year of the current audit cycle? (*Note: a "no" response does not impact overall compliance with this standard.*) ☐ Yes  ☒ No

- If this is the second year of the current audit cycle, did the agency ensure that at least one-third of each facility type operated by the agency, or by a private organization on behalf of the agency, was audited during the first year of the current audit cycle? (N/A if this is **not** the *second* year of the current audit cycle.) ☐ Yes  ☐ No  ☒ NA

- If this is the third year of the current audit cycle, did the agency ensure that at least two-thirds of each facility type operated by the agency, or by a private organization on behalf of the agency, were audited during the first two years of the current audit cycle? (N/A if this is **not** the *third* year of the current audit cycle.) ☐ Yes  ☐ No  ☒ NA

**115.401 (h)**

- Did the auditor have access to, and the ability to observe, all areas of the audited facility? ☒ Yes  ☐ No

**115.401 (i)**

- Was the auditor permitted to request and receive copies of any relevant documents (including electronically stored information)? ☒ Yes  ☐ No

**115.401 (m)**

MG-Class00014487

- Was the auditor permitted to conduct private interviews with inmates, residents, and detainees?
  ☒ Yes   ☐ No

**115.401 (n)**

- Were residents permitted to send confidential information or correspondence to the auditor in the same manner as if they were communicating with legal counsel? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐    **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
Hudson River Housing allowed the auditor access to all areas of the Hillcrest House facility. The auditor was permitted to request and did receive copies of all relevant documents and was provided space to conduct private interviews with their residents.

Residents were permitted to send confidential correspondence to the auditor but none was received.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

## Standard 115.403: Audit contents and findings

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.403 (f)**

- The agency has published on its agency website, if it has one, or has otherwise made publicly available, all Final Audit Reports within 90 days of issuance by auditor. The review period is for prior audits completed during the past three years PRECEDING THIS AGENCY AUDIT. In the case of single facility agencies, the auditor shall ensure that the facility's last audit report was published. The pendency of any agency appeal pursuant to 28 C.F.R. § 115.405 does not excuse noncompliance with this provision. (N/A if there have been no Final Audit Reports issued

MG-Class00014488

in the past three years, or in the case of single facility agencies that there has never been a Final Audit Report issued.)   ☐ Yes   ☐ No   ☒ NA

**Auditor Overall Compliance Determination**

☐      **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒      **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐      **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**
The Hillcrest House it Hudson River Housing's only facility that is required to comply with PREA.

**Policy, Materials, Interviews and Other Evidence Reviewed**
Hudson River Housing PREA Policy
PREA Coordinator Interview
Care Manager Interviews
Resident Interviews

**Corrective Action**
None Needed

MG-Class00014489

## AUDITOR CERTIFICATION

I certify that:

☒　　The contents of this report are accurate to the best of my knowledge.

☒　　No conflict of interest exists with respect to my ability to conduct an audit of the agency under  review, and

☒　　I have not included in the final report any personally identifiable information (PII) about any resident or staff member, except where the names of administrative personnel are specifically requested in the report template.

## Auditor Instructions:

Type your full name in the text box below for Auditor Signature.  This will function as your official electronic signature.  Auditors must deliver their final report to the PREA Resource Center as a searchable PDF format to ensure accessibility to people with disabilities.  Save this report document into a PDF format prior to submission.[1]  Auditors are not permitted to submit audit reports that have been scanned.[2]  See the PREA Auditor Handbook for a full discussion of audit report formatting requirements.

Chris Sweney _____　　　　　January 14, 2019 _____

**Auditor Signature**　　　　　　　　　　　　　　**Date**

---

[1] See additional instructions here: https://support.office.com/en-us/article/Save-or-convert-to-PDF-d85416c5-7d77-4fd6-a216-6f4bf7c7c110 .

[2] See *PREA Auditor Handbook*, Version 1.0, August 2017; Pages 68-69.

MG-Class00014490