Exhibit 60 to the Declaration of Joshua
M. Rosenthal in Support of
Plaintiffs' Opposition to Defendants'
Motion to Dismiss

FILED UNDER SEAL