Exhibit 68 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss

FILED UNDER SEAL