# Exhibit 93

**Keyser, William F (DOCCS)**

| | |
|---|---|
| From: | Berrioswebbe, Vilma R (DOCCS) |
| Sent: | Wednesday, October 31, 2018 3:41 PM |
| To: | Keyser, William F (DOCCS) |
| Cc: | Garber, Elizabeth A (DOCCS) |
| Subject: | Emailing: FW%20Release%20of%20OMH%201%201S%202S%20Cases |

| | |
|---|---|
| From: | Pomeroy, Tanya L (DOCCS) |
| Sent: | Wednesday, August 20, 2014 3:21 PM |
| To: | Berrioswebbe, Vilma R (DOCCS) |
| Subject: | FW: Release of OMH 1, 1S, 2S Cases |
| Attachments: | FW: SMI Releases; Mandatory Release Checklist.pdf |

**From:** Mcgrath, Annemarie M (DOCCS)
**Sent:** Friday, July 18, 2014 11:32 AM
**To:** Doccs.dl.CentralOffice.All.IRCs
**Cc:** Herzog, Thomas J (DOCCS); Vanburen, Diane L (DOCCS); Mckoy, Jeff (DOCCS); Obrien, Timothy D (DOCCS); Evans, Andrea W (DOCCS); Claudio, Steven A (DOCCS); Jacobsen, Catherine M (DOCCS); Catalfu, Diane M (DOCCS)
**Subject:** Release of OMH 1, 1S, 2S Cases

Please see below direction sent to Community Supervision field staff yesterday. It is imperative that IRC staff verify with Guidance that the release address for OMH Level 1, 1S, and 2S inmates is NOT a shelter.

A reminder has been added to the Mandatory Release Checklist (see attached).

Additionally, this office will continue to notify IRC offices of Central Office OMH approval of the release of these inmates. Per my email of 6/25, facility OMH staff are not authorized to finalize such releases.

Thank you, as always, for your cooperation.


Anne Marie

**From:** Herzog, Thomas J (DOCCS)
**Sent:** Thursday, July 17, 2014 7:21 PM
**To:** Doccs.dl.RegionalDirectors
**Cc:** Rotchfordosborne, Mary H (DOCCS); Obrien, Timothy D (DOCCS); Claudio, Steven A (DOCCS); Evans, Andrea W (DOCCS); Mckoy, Jeff (DOCCS); Vanburen, Diane L (DOCCS); Mcgrath, Annemarie M (DOCCS)
**Subject:** OMH 1, 1s, 2s Cases

Releases to Shelters
Effective this date, No OMH Level 1, 1s, or 2s case is to be approved for placement in a DHS (NY City) or DSS (Upstate) shelter, until further notice. Please instruct your Bureau Chiefs accordingly.

Regional Directors will need to ensure that you have protocols in place so that you are aware of any Community Prep for OMH Level 1, 1s and 2s cases that are proposed to your region.

I have looped DC Jeff McKoy in this email so that he can update his staff that the field has been so instructed.

DOCCS-00002551

DOCCS Facility staff, Community Supervision staff, and Central Office staff will continue to work with OMH to ensure that 1, 1s, and 2s cases that are being released to community programs have discharge plans that are consistent with public safety.

Releases to Interstate:
Effective immediately, No OMH Level 1, 1s or 2s case is to be approved for release to an Interstate program unless my office has signed off on both the discharge plan, and the transportation plan. We will be working with OMH and DOCCS Facility staff to ensure that all cases for which an Interstate plan is proposed, will have both a discharge plan and a transportation plan that is consistent with public safety, in place prior to allowing the case to be released.

Director Tim O'Brien will work with the Interstate staff to begin to identify cases currently under consideration.

Thank you all for your cooperation as we continue to strengthen our processes and practices around these cases that require significant planning and preparation on all of our parts. Please also thank you staff for their cooperation and patience as we work to make these changes that we believe will help ensure public safety, and provide the best opportunity for the parolees to succeed in the community.

Thanks
Tom

DOCCS-00002552