# Exhibit 94

DOCCS-00007021

DOCCS-00007022

DOCCS-00007023