# Exhibit 95



# REQUEST FOR APPLICATION (RFA 2017-07)
## Community Based Residential Programs (CBRP)

## January 2018

The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 I <u>www.doccs.ny.gov</u>

MG-Class00026010

RFA 2017-07                                    Community Based Residential Program

## Contents

I.      Purpose ................................................................................................. 2

II.     Background and Demographic Profile .......................................... 6

III.    Work Plan ........................................................................................... 7

IV.     Requirements ................................................................................... 7

V.      Financial Requirements ................................................................ 12

VI.     Legal Forms (Attachment G)......................................................... 14

VII.    Program Forms ................................................................................ 17

VIII.   Stipulations ..................................................................................... 17

IX.     Application Submission ................................................................. 22

X.      Evaluation  Process ........................................................................ 23

XI.     RFA Questions/Important Dates ................................................. 24

## Attachments

A.  Work Plan

B.  Budget (sample Expenditure Budget & Attachment E-1)

C.  Program Specific Questions (uploaded document)

D.  PREA

E.  Insurance Requirements

F.  M/WBE

G.  Legal Forms

H.  Program Forms

I.  Diversity Practices

J.  ADA Requirements

K.  Mandatory Budget Worksheet

RFA 2017-07

MG-Class00026011

## I.    PURPOSE

The New York State Department of Corrections and Community Supervision (DOCCS) invites applications from not-for-profit and for-profit providers for the development and operation of Community Based Residential Programs (CBRP) for individuals under Community Supervision. The CBRP is a housing initiative to assist parolees under the jurisdiction of DOCCS to attain stability in the community while providing for individual case needs and community safety. CBRPs provide food, counseling, and other services such as substance abuse treatment, educational/vocational training, mental health and social services to residents either directly or through referral to credentialed providers. (Note: a CBRP is not to be confused with Substance Use Residential Treatment Programs).

To be eligible for an award, DOCCS must receive a current and valid Certificate of Occupancy (COO). In instances where a COO was never required for the property, the vendor must provide a letter from the building department with jurisdiction over property land use confirming that no COO has ever been issued for the property, that the building conforms with local building codes and is safe to be used in the manner intended. Please ensure that the letter specifies the proposed maximum occupancy of the premises.

If the Certificate of Occupancy is not dated within the last five (5) years, the vendor must provide a letter from the municipality in which the residence is located and with jurisdiction over property land use. The letter must include the maximum number of residents that will be allowed to reside at the program site, that the municipality is aware of the proposed use as detailed in your application, that the use is acceptable for the proposed program site and that the building is safe for the use and number of residents.

Finally, if a COO expires during the term of any contract resulting from this solicitation, the vendor must present an updated COO to DOCCS immediately. Lack of proper documentation may result in immediate termination of the contract.

For the initial award, applicants must have the demonstrated ability to start the program on May 1, 2018, or upon approval by the Office of the State Comptroller (OSC). For subsequent awards, applicants must have the demonstrated ability to start the program within 120 days of submitting an application. An approved site visit may be required by DOCCS within 10-days of a tentative contract award notification by the Commissioner.

The initial contract term will be effective May 1, 2018, through September 30, 2022. Subsequent contracts will be termed through September 30, 2022.  The components of this RFA are as follows:

A CBRP provides a structured setting and services for a period of up to 120-days, with extensions available upon approval of DOCCS' Re-Entry Contract Manager, to the following client groups:

MG-Class00026012

**Client Group A**     Newly released parolees from state or local correctional facilities who do not have an acceptable residence.

**Client Group B**     Parolees who require increased supervision and structure in order to change behavior patterns which, given case circumstances, may otherwise lead to re-incarceration; and/or require removal from their current living environment due to crisis situations or need for temporary housing.

**Client Group C**     Parolees with mental health, physical and/or medical concerns.

**Client Group D**     Parolees who have a history of sex offense(s) and/or arson.

Many of the parolees have histories of chemical dependency, mental illness, unemployment, health concerns, and substandard housing. They are released from state or local incarceration after convictions for offenses for which they continue to serve a sentence that was imposed by a local County Court. They generally are returning to the communities where they were residing at the time of their arrest.

DOCCS reserves the right to award more than one contract for a Catchment Area based on the need for residential programs that include Client Group D.

DOCCS seeks to establish Community Based Residential Programs throughout New York State under the following general provisions and designated Catchment areas:

| Catchment Area | Bed # | Male / Female | County | RFA 2017-07 |
|---|---|---|---|---|
| 1 | 30 | M | Kings | |
| 1 | 30 | M | Queens | |
| 1 | 30 | M | Bronx | |
| 1 | 30 | M | New York | |
| 1A | 10 | M | Kings | |
| 1A | 10 | M | Queens | |
| 1A | 10 | M | Bronx | |
| 1A | 10 | M | New York | |
| | | | | |
| 2 | 15 | M | Nassau | Awards Will Only be Made to Organizations that Can Also Include Client Group D in Their Bid Application |
| | | | | |
| 3 | 10 | M | Albany | |

MG-Class00026013

| Catchment Area | Bed # | Male / Female | County | RFA 2017-07 |
|---|---|---|---|---|
| 3 | 15 | M | Albany | |
| 3A | 5 | M | Albany | |
| | | | | |
| 4 | 10 | M | Onondaga | |
| | | | | |
| 5 | 15 | M | Monroe | |
| 5 | 20 | M | Monroe | Awards Will Only be Made to Organizations that Can Also Include Client Group D in Their Bid Application |
| | | | | |
| 6 | 5 | F | Kings | |
| 6 | 5 | F | Queens | |
| 6 | 5 | F | Bronx | |
| 6 | 5 | F | New York | |
| 6 | 10 | F | Kings, Queens, Bronx or NY | |
| | | | | |
| 7 | 15 | M | Suffolk | Awards Will Only be Made to Organizations that Can Also Include Client Group D in Their Bid Application |
| 7A | 10 | M | Suffolk | |
| | | | | |
| 8 | 12 | M | Schenectady | |
| | | | | |
| 9 | 10 | M | Rensselaer | |
| 9 | 5 | M | Rensselaer | |
| 9 | 5 | M | Columbia | |
| | | | | |
| 10 | 20 | M | Erie | Awards Will Only be Made to Organizations that Can Also Include Client Group D in Their Bid Application |
| | | | | |
| 11 | 5 | F | Suffolk | |
| | | | | |
| 12 | 5 | M | Dutchess | |
| | | | | |
| 13 | 5 | M | Warren | |
| 13 | 5 | M | Washington | |
| 13 | 5 | M | Saratoga | |

MG-Class00026014

| Catchment Area | Bed # | Male / Female | County | RFA 2017-07 |
|---|---|---|---|---|
| 14 | 15 | M | Broome | Awards Will Only be Made to Organizations that Can Also Include Client Group D in Their Bid Application |
| 15 | 5 | F | Nassau | |
| 15A | 5 | M | Nassau | |
| 16 | 10 | M | Westchester | |
| 16 | 12 | M | Westchester | |
| 16A | 5 | M | Westchester | Awards Will Only be Made to Organizations that Can Also Include Client Group D in Their Bid Application |
| 17 | 5 | M | Oneida | Awards Will Only be Made to Organizations that Can Also Include Client Group D in Their Bid Application |
| 17 | 5 | M | Madison | |
| 18 | 5 | M | Chemung | Awards Will Only be Made to Organizations that Can Also Include Client Group D in Their Bid Application |
| 18 | 5 | M | Steuben | |
| 18 | 5 | M | Yates | |
| 18 | 5 | M | Schuyler | |
| 19 | 10 | M | Orange | Awards Will Only be Made to Organizations that Can Also Include Client Group D in Their Bid Application |
| 20 | 5 | M | Oswego | |
| 20 | 5 | M | St. Lawrence | |
| 20 | 5 | M | Jefferson | |
| 21 | 5 | M | Niagara | Awards Will Only be Made to Organizations that Can Also Include Client Group D in Their Bid Application |
| 22 | 5 | M | Rockland | |
| 23 | 5 | M | Chautauqua | |
| 23 | 5 | M | Cattaraugus | |

MG-Class00026015

| Catchment Area | Bed # | Male / Female | County | RFA 2017-07 |
|---|---|---|---|---|
| 23 | 5 | M | Allegany | |
| | | | | |
| 24 | 5 | M | Ulster | |
| | | | | |
| 25 | 5 | M | Wayne | |
| 25 | 5 | M | Ontario | |
| 25 | 5 | M | Livingston | |
| 25 | 5 | M | Genesee | |
| 25 | 5 | M | Wyoming | |
| | | | | |
| 26 | 5 | M | Sullivan | |

Use the Catchment Area designations above to respond to Question 1a in the Application Program Specific Questions. The application evaluation criteria are detailed in Section X, *Evaluation Process*:

- **Only one program site is allowed per application**.
- Separate applications must be submitted for each location within a Catchment Area, or for a location in another Catchment Area.
- Applications must be submitted for the number of specified beds, no more or no less. **Specify number of beds in Catchment Area.**
- Beds cannot be divided between two or more sites.
- Provider must be able to serve any one client group, any combinations of client groups, or all Client Groups A through D. **Specify client group(s) by letter(s).**

**Please note** that a provider can submit more than one application for any Catchment Area; however, said application **must** be for different physical locations. In addition, the same physical location cannot be submitted for more than one Catchment Area. For example, if bidder submits an application for a specific location for Catchment Area 1 (NYC-Males), bidder cannot use the same physical address for Catchment Area 6 (NYC- Females).

## II.   BACKGROUND AND DEMOGRAPHIC PROFILE

DOCCS is a criminal justice agency responsible for continuum of care from the moment an offender enters the correctional system until he or she successfully completes the required period of community supervision. Release from incarceration may occur by discretionary action of the Parole Board, by statutory release based on "good time" credit (conditional release), or, in the case of determinate sentences, release to post-release supervision.

MG-Class00026016

The Mission of DOCCS is

> **"To improve public safety by providing a continuity of appropriate treatment services in safe and secure facilities where all inmates' needs are addressed and they are prepared for release, followed by supportive services for all parolees under community supervision to facilitate a successful completion of their sentence."**

On January 1, 2016, there were approximately 35,500 offenders under active supervision within New York State. Of these, 93% are male, 48% Black, 23% Hispanic and 26% White.  Twenty-seven percent are between 16 and 29 years of age, 28% between 30 and 39 years of age, 21% between 40 and 49, and the remaining 22% are 50 years of age or older.  Six out of ten have a drug abuse history, 60% have earned their high school diploma or equivalency, and 57% of those able to work are unemployed.  The crimes of conviction for 53% of this population involve crimes against persons/violent crimes, 18% involve property/non-violent crimes, 21% involve drug related offenses, and 2% are adjudications as Youthful Offenders or are Juvenile Offenders.

## III.    WORK PLAN

The required Work Plan is included as *Attachment A* to the RFA **and** included in the *Attachment A-1* on the Grants Gateway.

Please review *Attachment C* carefully and address all corresponding questions in the *Program-Specific Questions*, in the Grants Gateway. Responses should reflect an understanding of the terms and conditions in *Attachment A, Work Plan*.

## IV.    REQUIREMENTS

Applications must demonstrate the following:

1. To be eligible for an award, DOCCS must receive a current and valid Certificate of Occupancy (COO). In instances where a COO was never required for the property, the vendor must provide a letter from the building department with jurisdiction over property land use confirming that no COO has ever been issued for the property, that the building conforms with local building codes and is safe to be used in the manner intended. Please ensure that the letter specifies the proposed maximum occupancy of the premises.

   If the Certificate of Occupancy is not dated within the last five (5) years, the vendor must provide a letter from the municipality in which the residence is located and with jurisdiction over property land use. The letter must include the maximum number of residents that will be allowed to reside at the program site, that the municipality is aware of the proposed use as detailed in your application, that the use is acceptable for the proposed program site and that the building is safe for the use and number of residents.

MG-Class00026017

Finally, if a COO expires during the term of any contract resulting from this solicitation, the vendor must present an updated COO to DOCCS immediately. Lack of proper documentation may result in immediate termination of the contract.

2. The applicant is licensed in New York State, if applicable, to provide the services (e.g. substance use treatment etc.).  Copies of licenses must be provided by uploading applicable licenses to the Pre-Submission Uploads page.

3. The bidder can provide the services to parolees as described in Section III, *Work Plan*, and *Attachment A, Work Plan*, in a manner that best meets the needs and operation of DOCCS.

4. The initial program will start on May 1, 2018, contingent on OSC approval of the resulting contract.  Subsequent programs will start as noted in Section XI. RFA Questions/Important Dates.

5. The bidder's background and experience qualifies them to provide these services and that they have the fiscal integrity and organizational structure to support this undertaking.

6. The bidder will comply with all standards and appropriate regulations governing contracts with the State of New York.

7. M/WBE Compliance: *(Attachment F)* The contractor is willing to make good faith efforts to promote the use of M/WBEs and work with DOCCS to achieve M/WBE goals established by this agency - M/WBE Program relative to subcontracting or purchasing of supplies from Minority and Women-Owned Business and as a condition of this procurement, the Grantee and DOCCS agree to be bound by the provisions of §316 of Article 15-A of the New York State Executive Law regarding enforcement as stated below:

Subject to the requirements of Article 15-A of the Executive Law, DOCCS has established MBE (minority-business enterprises) goals of twenty (20) percent, and ten (10) percent participation for WBE (women-owned business enterprises) of the dollar value of this agreement by certified M/WBEs as subcontractors and suppliers on this project for the provisions of services and materials. Note that percentages may vary according to M/WBE availability and the type of service or commodity DOCCS contracts in certain areas of the state.

In accordance with Section 312 of Executive Law: Article 15-A, EEO (Equal Employment Opportunity) regulations mandate that all contractors and/or subcontractors as a precondition to entering into a valid and binding State contract shall agree: not to discriminate against any employee or bidder for employment because of race, creed, color, national origin, sex, age, disability

MG-Class00026018

or marital status, and will undertake or continue existing programs of affirmative action.  The contractor and/or subcontractor shall also submit Form EEO-100, *Staffing Plan*, *(Attachment F)* illustrating the anticipated workforce to be utilized on the contract, and an *EEO Policy Statement (Attachment F)*. After the contract is awarded, quarterly compliance reports will be requested from the contractor.  Quarterly report forms will be supplied to the Grantee by DOCCS' M/WBE liaison. Applicants can download the *EEO Policy Statement* and the *Staffing Plan* from the *Pre-Submission Uploads* page in the Gateway. Complete the forms, and upload the completed forms to the same location of the *Pre-Submission Uploads* page.

Selected bidders should be prepared to submit Form M/WBE 100, *Utilization Plan,* which meets the goal requirements above within seven (7) business days after date of notification by DOCCS.  DOCCS' M/WBE liaison can assist the bidders in identifying certified M/WBE firms within the bidders' geographic areas.  For more information on M/WBE, or to locate New York State Certified M/WBEs, access the directory at: www.esd.ny.gov/MWBE.html

## 8.  DIVERSITY PRACTICES

DOCCS has determined, pursuant to New York State Executive Law Article 15-A, that the assessment of the diversity practices of respondents to this procurement is practical, feasible, and appropriate. Diversity practices are the efforts of contractors to include New York State-certified Minority and Women-owned Business Enterprises ("M/WBEs") in their business practices.  Diversity practices may include past, present, or future actions and policies, and include activities of contractors on contracts with private entities and governmental units other than the State of New York.  Assessing the diversity practices of contractors enables contractors to engage in meaningful, capacity-building collaborations with M/WBEs.

Applicants for this Grant Opportunity are required to include as part of the technical application response to this procurement, as described in this RFA herein, the completed *Diversity Practices Questionnaire* as provided by the Division of Minority and Women's Business Development. Refer to the instructions on the *Pre-Submission Uploads* page in the Grants Gateway by downloading the *Diversity Practices Questionnaire*, completing the questionnaire, signing, having the signature notarized.  Upload the completed, signed and notarized document to the corresponding area on the *Pre-Submission Uploads* page. In addition, applicants must complete the questions in the Grants Gateway included in the *Program-Specific Questions*.

MG-Class00026019

9.  **SERVICE-DISABLED VETERAN-OWNED BUSINESS (SDVOB)**

Article 17-B of the Executive Law enacted in 2014 acknowledges that Service-Disabled Veteran-Owned Businesses (SDVOBs) strongly contribute to the economies of the State and the nation.  As defenders of our nation and in recognition of their economic activity in doing business in New York State, bidders/proposers for this contract for commodities, services or technology are strongly encouraged and expected to consider SDVOBs in the fulfillment of the requirements of the contract.  Such partnering may be as subcontractors, suppliers, protégés or other supporting roles.  SDVOBs can be readily identified on the directory of certified businesses at http://ogs.ny.gov/Core/docs/CertifiedNYS_SDVOB.pdf.

For purposes of this procurement, the DOCCS hereby establishes an overall goal of six (6) percent for SDVOB participation based on the current availability of qualified SDVOBs. Bidders/proposers need to be aware that all authorized users of this contract will be strongly encouraged to the maximum extent practical and consistent with legal requirements of the State Finance Law and the Executive Law to use responsible and responsive SDVOBs in purchasing and utilizing commodities, services and technology that are of equal quality and functionality to those that may be obtained from non-SDVOBs.  Furthermore, bidders/proposers are reminded that they must continue to utilize small, minority and women-owned businesses consistent with current State law. Utilizing SDVOBs in State contracts will help create more private sector jobs, rebuild New York State's infrastructure, and maximize economic activity to the mutual benefit of the contractor and its SDVOB partners.  SDVOBs will promote the contractor's optimal performance under the contract, thereby fully benefiting the public sector programs that are supported by associated public procurements.

Public procurements can drive and improve the State's economic engine through promotion of the use of SDVOBs by its contractors.  The State, therefore, expects bidders/proposers to provide maximum assistance to SDVOBs in their contract performance.  The potential participation by all kinds of SDVOBs will deliver great value to the State and its taxpayers.

10. **PRISON RAPE ELIMINATION ACT (PREA)**

In accordance with the national Prison Rape Elimination Act (PREA) standards, any contract for the confinement of inmates or parolees with any private agency or other entity, including another government agency, any community treatment center, halfway house, restitution center, mental health facility, alcohol or drug rehabilitation center, or other community correctional facility (including residential re-entry centers), in which individuals reside as part of a term of imprisonment or as a condition of release or post-release supervision, while participating in gainful employment, employment search efforts,

MG-Class00026020

community service, vocational training, treatment, educational programs, or similar facility-approved programs during nonresidential hours. Pursuant to 28 C.F.R. § 115.212, any new contract or contract renewal resulting from this Request for Applications shall include the CBRP's obligation to adopt and comply with the PREA standards 28 C.F.R. Part 115, specifically General Provisions (28 C.F.R. §§ 115.5-6), and Subpart C - Standards for Community Confinement Facilities (28 C.F.R. §§ 115.211-293). You may access the applicable federal regulations using the following link: <u>Community Confinement Standards</u>. Please note that these federal regulations are subject to amendment. The Contractor agrees to comply with the standards and any subsequent amendments.

Further, The Grantee shall develop a written policy mandating zero tolerance toward all forms of Sexual Abuse, and Sexual Harassment. The Grantee's policy shall address and meet all requirements of the National Prison Rape Elimination Act Standards for Community Confinement Facilities adopted by the United States Department of Justice (please refer to the link above) including scheduling the requisite third-party audits.

Any contract or contract renewal resulting from this Request for Applications shall permit agency contract monitoring to ensure that the grantee is complying with the PREA standards, and shall require the contractor to comply with PREA audit requirements set forth at 28 C.F.R. § 115. 401-405, including coordinating with the Agency PREA Coordinator regarding the dates of all scheduled audits, and providing the Agency PREA Coordinator with the name and contact information of the auditor, a copy of the interim audit report, a copy of any audit corrective action plan, and a copy of the final audit report.

Note that each facility must be audited every three years and one third of all facilities under this contract must be audited each year. The audits will be scheduled after award in conjunction with DOCCS.

If your facility has been certified as PREA compliant, please upload a copy of the certification in the Grants Gateway on *Pre-Submission Upload* screen in the applicable location. Indicate the date of the certification in your response to Question 3i, in the Program-Specific Questions. Should your facility be awarded a contract, you will be required to provide a copy of the audit granting such certification.

Failure to comply with the PREA standards may result in termination of any contract awarded.

MG-Class00026021

11. **AMERICAN DISABILITIES ACT PRACTICES (ADA)**

Title II of the ADA prohibits public entities (i.e., "any State [or] local government," or any "instrumentality of a State or…local government") from discriminating against persons with disabilities.  42 U.S.C. §§ 12131(1) (A)-(B), 12132.  The ADA Regulations explicitly state that, "[a] public entity, in providing any . . . service, may not, directly *or through contractual . . . arrangements*, [discriminate] on the basis of disability, and therefore, a public entity is obligated to ensure compliance with its Title II obligations, even if a private entity provides the services on behalf of the state.

Where public and private entities act jointly, the public entity must ensure that the relevant requirements of Title II are met; and the private entity must ensure their compliance with Title III. (Attachment J)

12. **EXECUTIVE ORDER 26 STATEWIDE LANUAGE ACCESS (EO 26)**

Applicants should review this executive order prior to responding. You may access the executive order on the Governor's Web site: No.26 STATEWIDE LANGUAGE ACCESS POLICY .
In the event that translation/interpretation services are required for languages other than the Spanish language, the selected Contractor must agree to comply with any requests by DOCCS to provide documents or other assistance to allow for translation or interpretation to be conducted.

13. **EXECUTIVE ORDER 38**

Effective July 1, 2013, limitations on administrative expenses and executive compensation contained within Governor Cuomo's Executive Order #38 and related regulations published by the Department (Part 513 of 7 NYCRR – Limits on Administrative Expenses and Executive Compensation) went into effect.  Applicants agree that all state funds dispersed under this procurement will, if applicable to them, be bound by the terms, conditions, obligations and regulations promulgated by the Department.

To provide assistance with compliance regarding Executive Order #38 and the related regulations, please refer to the Executive Order #38 website at: http://executiveorder38.ny.gov. This website may also be accessed from the DOCCS Web site at http://www.doccs.ny.gov/.

V. **FINANCIAL REQUIREMENTS**

In the New York State Grants Gateway, please complete *Attachment B-1 Expenditure Based Budget and the Budget Narrative Justification* sections so that the completed budget provides the detailed funding required to support your proposed program annually. **Narrative justifications should properly reflect each line item of the expenditure**

MG-Class00026022

**budget detail sheets.** Please include any formulas used to calculate salaries, fringe benefits, non-personal service numbers, third-party revenue, indirect costs and all other funds. **DOCCS will not consider any application with an annual cost per bed that exceeds $23,000.** If you propose annual costs per bed in excess of this level, your application will be disqualified.

Programs failing to submit a comprehensive budget proposal (including budget detail sheets, coinciding budget narratives and indirect cost calculation) will be disqualified. If bidder does not have indirect costs, clearly indicate **not applicable** on Attachment E1. Failure to do so will result in disqualification. *(See Attachment B, Exhibit E1* for sample document). The fillable *E-1, Indirect Costs,* is located on the *Pre-Submissions Upload* page. Download the Excel document, complete the document as applicable or enter **not applicable** on the document. Upload the completed document to the same location on the *Pre-Submission Uploads* page.

Grantee will bill DOCCS monthly for reimbursement of actual and necessary expenses for the previous 30-day period. All reimbursement claims should be submitted by the tenth (10th) calendar day of the following month and will be subject to future audit. DOCCS reserves the right to disallow any requests for reimbursement if it is determined that said costs are not either actual or necessary.

Not-for-profit providers can receive fifteen percent (15%) of the annual budget as a cash advance; this cash advance is not considered "start-up costs." All cash advances will be recouped between the 9th through the 11th month of the contract term, or at any time in the event that the contract is terminated. Vouchers will attest to accuracy of reimbursement claims and include all information described in *Attachment A, Scope of Services/Work Plan,* in the RFA and in *Attachment A-1* on the Gateway. At the end of each 12-month contract period, Contractors will be required to submit a Budget Modification for the previous year that includes all required budget line item adjustments.

Payment for invoices submitted by the Grantee shall only be rendered electronically unless payment by paper check is expressly authorized by the Commissioner, in the Commissioner's sole discretion, due to extenuating circumstances. Such electronic payment shall be made in accordance with ordinary State procedures and practices. The Grantee shall comply with the OSC's procedures to authorize electronic payments. Authorization forms are available at the OSC's website at www.osc.state.ny.us/epay/index.htm, by email at epunit@osc.state.ny.us or by telephone 518-474-4032. **Grantee acknowledges that it will not receive payment on any invoices submitted under this contract if it does not comply with the OSC's electronic payment procedures, except where the Commissioner has expressly authorized by paper check as set forth above.**

MG-Class00026023

## VI.    LEGAL FORMS (ATTACHMENT G)

### A.  <u>ALL providers should complete the following forms:</u>

**1.** Vendor Responsibility Questionnaire

DOCCS recommends that vendors file the required Vendor Responsibility Questionnaire online via the New York State VendRep System.  To enroll in and use the New York State VendRep System, see the VendRep System Instructions available at <u>www.osc.state.ny.us/vendrep/vendor_index.htm</u> or go directly to the VendRep System online at <u>https://portal.osc.state.ny.us</u>.

Vendors must provide their New York State Vendor Identification Number when enrolling.  To request assignment of a Vendor ID or for VendRep System assistance, contact the Office of the OSC's Help Desk at 866-370-4672 or 518-408-4672 or by email at <u>ITServiceDesk@osc.state.ny.us</u>.

Vendors opting to complete and submit a paper questionnaire can obtain the appropriate questionnaire from the VendRep website <u>http://osc.state.ny.us/vendrep/forms_vendor.htm</u> or may contact DOCCS for a copy of the paper form.

**2.** Non-Disclosure Agreement

DOCCS requires providers to review and sign the Non-Disclosure Agreement.  This Agreement sets forth the terms and conditions under which provider will treat NYS DOCCS information *(Attachment G)*.  Applicants should upload the completed and signed agreement to the *Pre-Submission Uploads* page.

**3.** Grants Gateway Prequalification

All applicants must be registered in the Grants Gateway and not-for-profit organizations **must be prequalified at the time and date that the application is due.**  DOCCS will not consider applications received from not-for-profit applicants that are not prequalified in the Grants Gateway by the application due date and time listed in Section XI cannot be considered.

For more information about Grants Gateway and Prequalification, please visit the Grants Gateway Web site at: <u>http://www.grantsreform.ny.gov/Grantees</u> or contact the Grants Reform Team at: <u>grantsreform@its.ny.gov</u>.  The Grants Reform help desk/hotline can be reached at (518) 474-5595.

MG-Class00026024

**B.** <u>**For-profit Providers ONLY should complete the following forms:**</u>

Compliance with State Finance Law §139j and §139k* New York State Finance Law §139-k(5) requires that every Procurement Contract award subject to the provisions of State Finance Law §§139-k or 139-j shall contain a certification by the Contractor that all information provided to the DOCCS with respect to State Finance Law §139-k is complete, true and accurate. State Finance Law §§139-j and 139-k, also imposes certain restrictions on communications between the DOCCS and Contractors during the procurement process. Potential Contractors are restricted from making contacts from the earliest notice of intent to solicit offers pursuant to the "Request for Application (RFA)" through final award and approval of the Procurement Contract by DOCCS and, if applicable, Office of the OSC ("restricted period") to other than designated staff unless it is a contact that is included among certain statutory exceptions set forth in State Finance Law §139-j(3)(a).

Please note that during the RFA process DOCCS is required to determine the responsibility of "the proposed Contractors/Providers." Certain findings of non-responsibility can result in rejection for contract award and in the event of two such findings within a four-year period during which the Contractor will be debarred from obtaining governmental Procurement Contracts.

In addition, New York State Finance Law §139-k(2) obligates DOCCS to obtain specific information regarding prior non-responsibility determinations with respect to State Finance Law §139-j. This information must be collected in addition to the information that is separately obtained pursuant to State Finance Law §163(9). In accordance with State Finance Law §139-k, potential Contractor must be asked to disclose if there has been a finding of non-responsibility made within the previous four (4) years by the Department due to: (a) a violation of State Finance to DOCCS. The terms "Offerer" and "Governmental Entity" are defined in State Finance Law § 139-k(1). State Finance Law §139-j sets forth detailed requirements about the restrictions on contacts during the procurement process. A violation of State Finance Law §139-j includes, but is not limited to, an impermissible contact during the restricted period (for example, contacting a person or entity other than the designated contact person, when such contact does not fall within one of the exemptions).

As part of its responsibility determination, State Finance Law §139-k(3) mandates consideration of whether a Contractor fails to timely disclose accurate or complete information regarding the above non-responsibility determination. In accordance with law, no Procurement Contract shall be awarded to any Contractor that fails to timely disclose accurate or complete information under this section, unless a finding is made that the award of the Procurement Contract to the Contractor is necessary to protect public property

MG-Class00026025

or public health safety, and that the Contractor is the only source capable of supplying the required Article of Procurement within the necessary timeframe.

DOCCS must obtain the required certifications that the information in your application is complete, true and accurate and if any prior findings of non-responsibility, such as non-responsibility pursuant to State Finance Law §139-j exist.

> **\*All For-Profit providers submitting an application pursuant to this RFA must upload the completed *Procurement Lobbying Certification* with their applications. Please download the form from the *Pre-Submission Upload* page in the Gateway application. Upload the completed form to the same location.**

C. **Other legal forms that <u>all applicants</u> should complete and upload to the application or at the time of tentative award.**

1. All Insurance Requirements including Workers' Compensation NYS Disability Insurance are detailed in RFA 2017-07, *Attachment G, Legal Forms*, and in *Attachment E, Insurance Requirements*.

    Applicants who receive awards will be required to upload proof of any required insurance coverage including liability insurance coverage as provided in *Attachment E.*

2. **Sales and Compensating Use Tax Certification Requirements**
    New York State Tax Law § 5-a, as amended on April 26, 2006, requires certain contractors who are awarded state contracts for commodities and/or services valued at more than $100,000 (over the full term of the contract, excluding renewals) to certify to the Department of Taxation and Finance (DTF) they are registered to collect New York State (NYS) and local sales and compensating use taxes. The law applies to contracts where the total amount of the contractor's sales delivered into NYS exceed $300,000 for the four quarterly periods immediately preceding the quarterly period when the certification is made; and with respect to any affiliates and subcontractors whose sales delivered into NYS also exceed $300,000 in the same manner as noted above for the contractor.

    Complete *Form ST-220-CA Contractor Certification*. The Contractor must file *Form ST-220-CA* to certify that it has filed *Form ST-220-TD* with the Tax Department and that the information contained on *Form ST-220-TD* is correct and complete as of the date that the Contractor files *Form ST-220-CA*. Access and complete *Form ST-220-CA* by using the following link: http://www.tax.ny.gov/pdf/current_forms/st/st220ca_fill_in.pdf   Upload the signed, notarized, and completed form to the *Pre-Submissions Upload* page

MG-Class00026026

Please note that *Form ST-220-TD* must be filed with the NYS Tax Department at the address on the front page of the form. You can access *Form ST-220-TD* using the following link: http://www.tax.ny.gov/pdf/current_forms/st/st220td_fill_in.pdf
For *Questions and Answers Concerning Tax Law Section 5-a*, go to NYS Department of Tax and Finance at http://www.tax.ny.gov/pdf/publications/sales/pub223.pdf .

**3. Encouraging the Use of NYS Business**

In an ongoing effort to use New York State (NYS) businesses, DOCCS encourages bidders to partner with NYS subcontractors and/or suppliers. For this solicitation, bidders should identify the NYS businesses that they plan to use if awarded the contract resulting from this solicitation by completing the form entitled *Encouraging Use of New York State Businesses in Contract Performance*. If known, please identify the businesses and attach the requested information. Upload the completed form as part of your application on the *Pre-Submissions Upload* page. If you do not plan to partner with a NYS business, please indicate this on the form and return it with your proposal.

## VII. PROGRAM FORMS

Please review the forms included in *Attachment H, Program Forms*. The forms are referenced in *Attachment A, Work Plan,* and will be used for the resulting contracted programs. Please note that the forms are subject to updates.

## VIII. STIPULATIONS

1. Issuance of this RFA does not commit DOCCS to award a contract or to pay any costs involved in preparation of applications. All applications are submitted at the sole responsibility of the bidder.

2. Regarding this RFA process you may only contact the designated staff in the Contract Procurement Unit during the restricted period. Please submit queries to Linda Mitchell linda.mitchell@doccs.ny.gov or Frank Arpey at frank.arpey@doccs.ny.gov. Include *RFA 2017-07* in the subject line.

3. As stated on Page 7, IV, *Requirements*, A., to be eligible for an award, DOCCS must receive a current and valid Certificate of Occupancy (COO). In instances where a COO was never required for the property, the vendor must provide a letter from the building department with jurisdiction over property land use confirming that no COO has ever been issued for the property, that the building conforms with local building codes and is safe to be used in the manner intended. Please ensure that the letter specifies the proposed maximum occupancy of the premises.

MG-Class00026027

If the Certificate of Occupancy is not dated within the last five (5) years, the vendor must provide a letter from the municipality in which the residence is located and with jurisdiction over property land use. The letter must include the maximum number of residents that will be allowed to reside at the program site, that the municipality is aware of the proposed use as detailed in your application, that the use is acceptable for the proposed program site and that the building is safe for the use and number of residents.

Finally, if a COO expires during the term of any contract resulting from this solicitation, the vendor must present an updated COO to DOCCS immediately. Lack of proper documentation may result in immediate termination of the contract.

If awarded, and grantee is not able to start the initial program on May 1, 2018, DOCCS has the right to withdraw its award. The application with the second highest point allocation for said Catchment Area will then be awarded a contract. If there is not a second application to award in that Catchment Area, DOCCS has the right to either make an award to the highest scoring application in the Catchment Area county with the greatest need (as determined by DOCCS), or not make another award. For subsequent awards, applicants must have the demonstrated ability to start the program within 120 days of submitting an application.

4. DOCCS reserves the right to the following:
   1. At any time, amend RFA specifications to correct errors or oversights, and to supply additional information as it becomes available. All bidders should monitor the Grants Gateway, the NYS Contract Reporter and/or the NYS DOCCS/Parole Web site for any amendments, clarifications or additional information issued if applicable.
   2. Seek clarifications and revisions of applications.
   3. Change any of the scheduled dates stated herein.
   4. Disqualify applications that fail to meet mandatory requirements.
   5. Request any non-mandatory documents from bidder.
   6. Amend, modify, or withdraw this RFA at any time and without notice or liability to any bidder or other parties for expenses incurred in preparation of an application.
   7. Not to proceed with an award or withdraw any tentative awards made as a result of this Solicitation.
   8. Reject any and all applications received in response to the RFA.
   9. Make an award under the RFA in whole, or in part.
   10. Use application information obtained through site visits, management interviews and the State's investigation of a bidder's qualifications, experience, ability or financial standing, and any material or information submitted by the bidder in response to the agency's request for clarifying information in the course of evaluation and/or selection under the RFA.

MG-Class00026028

11. Prior to the bid opening, direct bidders to submit application modifications addressing subsequent RFA amendments.
12. Eliminate any mandatory, non-material specifications that cannot be complied with by all of the prospective bidders.
13. Waive any requirements that are not material.
14. Award more than one contract for any Catchment Area if Client Group D is included in the application.
15. Negotiate with a successful bidder within the scope of the RFA in the best interests of the State.
16. Conduct contract negotiations with the next responsible bidder, should the agency be unsuccessful in negotiating with the selected bidder.
17. Utilize any and all ideas submitted in the applications received.
18. Unless otherwise specified in the solicitation, every offer is firm and not revocable for a period of 180 days from the bid opening.
19. Require clarification at any time during the procurement process and/or require correction of arithmetic or other apparent errors for the purpose of assuring a full and complete understanding of an offerer's application and/or to determine an offerer's compliance with the requirements of the solicitation.

D. The application must be signed by the individual designated as the signatory by the Chief Executive Officer of the agency and shall constitute a firm offer by the bidder for a minimum period of 180-days after application submission. The application shall serve as the basis for the contract with the successful bidder.

E. Bidders may propose to partner or subcontract with other entities to meet the terms of this RFA. For purposes of this RFA, DOCCS allows subcontracting; however, both the primary and the not-for-profit subcontracting entities must be prequalified in the NYS Grants Gateway at the time of application submission. In such a case, however, DOCCS will only communicate with the bidder, not the partner or sub-contractor. If bidder proposing such a relationship is awarded, the partner or subcontractor will be required to complete a *Vendor Responsibility Questionnaire*, if applicable.

F. Successful applicants will be required to assure compliance with certain provisions required by both state and federal Law. These include, but are not limited to, assurance of non-discrimination, affirmative action in hiring and provision of services, and the protection of client records as required by law and regulation. Applications from Minority and Women-Owned Enterprises are encouraged.

G. Applicants must represent that the services provided are secular and provided without regard to religious, ethnic, or gender factor, and do not directly or indirectly favor or foster a single sectarian view or religion. Faith-based applicants must ensure that parolees will not be mandated to participate in religious functions.

MG-Class00026029

H. Unsuccessful applicants will be notified in writing and will be offered an opportunity to be debriefed. A debriefing, if any, will be scheduled for all unsuccessful bidders upon request, at a date, time and location convenient to both DOCCS and the bidder concerned.

I. Information regarding current contracts may be requested under the Freedom of Information Law (FOIL). FOIL requests should be submitted to DOCCS Records Access Officer.   Specific filing information can be obtained at http://www.doccs.ny.gov/DOCCSwebfoilform.aspx.     Information may be provided once the entire procurement process has been completed and formally approved by the appropriate state agencies.

J. Any negotiated contract must conform to the laws of New York State and will be subject to approval by the Department of Law and the Office of the OSC. The contract will not be effective until approval has been granted by the Department of Law and the Office of the OSC.

K. Information regarding the procurement procedure may be found on the webpage of the New York State Procurement Guidelines of the State Procurement Counsel at: http://www.ogs.ny.gov/bu/pc/spc.asp  and Office of General Services Procurement Services webpage at: http://ogs.ny.gov/BU/PC/ .

L. AGENCY TERMINATION

Convenience of DOCCS: The contract resulting from this RFP may be terminated at any time upon receipt of thirty (30) days prior written notice given by DOCCS for whatever reason.

Event of default: The contract resulting from this RFP may be terminated in the event of breach of any of its provisions by the Contractor, or if the Contractor's Services are deemed unsatisfactory in DOCCS's sole discretion, due to Contractor's fault or negligence, or that of its officers, employees, subcontractors, agents, licensees, licensors, or affiliates. In such event, DOCCS will send a written cure notice in accordance with the Notice provisions of the contract, and Contractor shall have thirty (30) days to correct the deficiencies noted. If the deficiencies are not corrected, DOCCS may terminate this contract immediately upon written notice.

Deficient Certifications: If the awarded contract has a value greater than $15,000, DOCCS shall have the right to terminate in the event the State Finance Law sections 139-j and 139-k certifications executed by the Contractor are found to be false or incomplete. If the contract has a value of greater than $100,000 and Contractor's sales for the immediately preceding four quarters were greater than $300,000, or if the contract has a value of

MG-Class00026030

$125,000 or greater, DOCCS shall have the right to terminate in the event the successful bidder's Department of Taxation and Finance Contractor Certification Form, ST 220-CA, statements are found to be false or incomplete.

Lack of Funds: If for any reason the State of New York terminates or reduces its appropriations to DOCCS, the awarded contract may be terminated or reduced at DOCCS's discretion, provided that no such reduction or termination shall apply to allowable costs already incurred by the Contractor where funds are available to the DOCCS for payment of such costs. In any event, no liability shall be incurred by the State (including DOCCS) beyond monies available for the purposes of the awarded contract.

DOCCS may terminate the awarded contract, upon written notice, in the event of any of the following: (1) Contractor makes an assignment for the benefit of creditors; (ii) a petition in bankruptcy or any insolvency proceeding is filed by or against Contractor and is not dismissed within thirty (30) days from the date of filing; or (iii) all or substantially all of Contractor's property is levied upon or sold in any judicial proceeding.

DOCCS reserves the right to terminate immediately for cause.

The resulting AGREEMENT may be terminated at any time upon mutual written consent of DOCCS and the CONTRACTOR.

DOCCS reserves the right to terminate the resulting AGREEMENT in the event it is found that the certification filed by the CONTRACTOR in accordance with NYS Finance Law Sections 139-j and 139-k was intentionally false or intentionally incomplete. Upon such finding, DOCCS may exercise its termination right by providing written notification to the CONTRACTOR/GRANTEE in accordance with the written notification terms of this AGREEMENT.

In the event of the termination of the resulting AGREEMENT by either party, DOCCS shall be liable for the actual and necessary expenses for services provided by CONTRACTOR up to and including the effective date of termination.

M. Procurement Lobbying Termination: DOCCS reserves the right to terminate the resulting contract in the event it is found that the certification filed by the Offerer in accordance with New York State Finance Law §139-k was intentionally false or intentionally incomplete. Upon such finding, DOCCS may exercise its termination right by providing written notification to the Offerer in accordance with the written notification terms of the resulting contract.

MG-Class00026031

## IX.  APPLICATION SUBMISSION

Applications must be submitted in accordance with the following format:

**A.** Applications must address all Program-Specific Questions based on the details in Section III and in *Attachment A, Work Plan,* of this RFA. Accordingly, responses to all questions in the *Program-Specific Questions* are to be completed in the Grants Gateway application.

**B.** Submitted applications must include the documentation identified in the following pass/fail checklist as mandatory (★). Failure to submit any mandatory requirements in the application will result in rejection.

**Pass/Fail Checklist - ★Mandatory Requirements**
- ★ **Indirect Cost Calculation Form *(Attachment E-1)***
- ★ **Applications must be submitted for the number of specified beds, no more or no less.**
- ★ **Applicant must complete a narrative/justification for each line item in the budget.**
- ★ **Applicant must complete budget summary worksheet detailing that application does not exceed $23,000.00 cost per bed/per year *(Attachment K)***
- ★ **Valid and current Certificate of Occupancy, as specified in Section IV.1.**
- ★ **The demonstrated ability to start the program on May 1, 2018, for initial award and for subsequent awards, applicants must have the demonstrated ability to start the program within 120 days of submitting an application**
- ★ **Not-for-Profit applicants must be prequalified in the Grants Gateway by the due date of the application. A prequalification status is also requisite for contract approval.**

**C.** Submitted applications should include the non-mandatory documentation identified below if applicable.
- ✓ Copy of your organization's by-laws, list of Board of Directors and Certificate of Incorporation; if applicable (For-Profit only)
- ✓ Copy of any applicable licenses, if applicable, uploaded to the *Pre-Submission Uploads* page.
- ✓ Résumés of staff to provide services (scanned as one document)
- ✓ Proof of extermination services performed within the previous six (6) months uploaded to the applicable *Program Specific Question.*
- ✓ Copies of any written agreements which demonstrate and support formal linkages for *Program Specific Question # 4c* in the Gateway.
- ✓ Three professional letters of reference (scanned as one document) as part of the response to *Program-Specific Question # 4d* in the Gateway.

MG-Class00026032

✓ *Vendor Responsibility Questionnaire* (completed and certified online within six months)
✓ FOR-PROFIT PROVIDERS ONLY – Download, complete, and sign the *Procurement Lobbying Certification* for State Finance Law §139j and §139k. Upload the completed and signed document to the application in the applicable location on the *Pre-Submission Uploads* page.

## X.   EVALUATION PROCESS

DOCCS will award contracts based upon evaluation of all aspects of the program according to the needs of the agency and the best interests of the State of New York. Awards will go to providers whose application provides the **best value** as determined by DOCCS, pursuant to NYS Finance Law §103 1j.  This is defined as the most beneficial **combination of quality and costs** for the services being requested.  If two offers are found to be equal, price shall be the basis for determining the award recipient.  The basis for determining the award shall be documented in the procurement record.

A committee of DOCCS personnel, consisting of approximately three to ten DOCCS' staff members from various DOCCS' offices, will evaluate applications independently to determine which applications are most capable of implementing DOCCS' requirements based on the following criteria:

### Eligibility Review
Phase I will consist of a review of each application to ensure that all mandatory requirements are met. Failure to meet any mandatory requirement in the application will result in the application being considered non-responsive, and it will be eliminated from further evaluation.  All applications that meet the mandatory requirements will move to the Program Review.

### Program Review
The Program Review will consist of an evaluation of your detailed application *Program-Specific Questions* in the Grants Gateway (also see *Attachment C, Program-Specific Questions)*:

| | |
|---|---|
| I. | **Catchment Area (0 points)** |
| II. | **Agency Summary (10 points)** |
| III. | **Program Information (42 points)** |
| IV. | **Experience/References (14 points)** |
| V. | **Program Performance (14 points)** |
| VI. | **Diversity Practices Questionnaire (2 points)** |

Points will be awarded for responses in each category as listed above using predetermined rating scales. The resulting Program Review scores will be calculated by adding the Total points from each reviewer and dividing that number by the total number of reviewers. This will create an average score for all reviewers' totals.  The highest possible score is 82 points.

MG-Class00026033

## Cost Review

The Cost Review will consist of an evaluation of your program budget as detailed below:

### Budget/Fiscal (20 points)

Programs failing to clearly line out and complete a comprehensive budget proposal (including expenditure based budget, coinciding budget narratives, indirect cost calculations and all other funds) may be disqualified.

The evaluation of the overall cost of each application, including the application of third-party revenue and all other funds will be performed, as follows:

1. The lowest cost/slot proposal in a Catchment area (factoring in any proposed third-party revenue, and all other funds) will receive 20 points. Other proposals in that area will receive points in direct proportion to the lowest cost/slot proposal in that area.

2. The cost of each proposal is determined by dividing the total proposed program cost (including any projected third-party revenue and all other funds) to DOCCS by the number of proposed residential slots on any given day. For instance, if a program's total annual cost is $100,000 for 5 beds it is factored out to be $20,000 per bed.

## Contract Award

Awards will be made to applications with the highest total point allocation, contingent upon a successful site visit. The total point allocation is calculated by adding the sum of an application's score for the Program Review and its Cost Score Review.

DOCCS may not have sufficient funding to make an award in all Catchment areas, and DOCCS reserves the right to award more than one contract in any Catchment Area based on availability of services for Client Group D.

## XI.    RFA QUESTIONS/IMPORTANT DATES

- Applicants can submit questions pertaining to this Grant Opportunity by emailing linda.mitchell@doccs.ny.gov or frank.arpey@doccs.ny.gov.  Please include *RFA 2017-07* in the subject line of the email.

- The designated contact for this procurement is Linda Mitchell and the alternate contact is Frank Arpey.

MG-Class00026034

- DOCCS reserves the right to modify the dates below and discontinue accepting applications if it is determined funds are no longer available for award or this methodology no longer serves the purpose for DOCCS.

|  | Award Round #1 | Award Round #2 | Award Round #3 | Award Round #4 | Award Round #5 |
|---|---|---|---|---|---|
| Questions/Answers Deadline | 1/25/2018 | 6/1/2018 | 1/9/2019 | 6/3/2019 | 1/9/2020 |
| Answers to Questions Available | 2/1/2018 | 6/15/2018 | 1/16/2019 | 6/10/2019 | 1/16/2020 |
| Applications Due | **2/13/2018** | **7/9/2018** | **2/1/2019** | **6/28/2019** | **1/30/2020** |
| **Contract Start Date** | **05/01/18** | **TBD** | **TBD** | **TBD** | **TBD** |

- All questions must be submitted by in writing via e-mail.

- Answers to all questions will be will be available on the NYS Contract Reporter and on the DOCCS' Web site in the following location: <u>DOCCS' Procurement Opportunities</u>.

- Applications must be completed on the Grants Gateway by **4:00 PM on the due dates specified above.**

- Tentative award announcements will be made on or before **Friday, March 16, 2018 for Award Round #1.**

- All tentative awards are contingent on successful results of the preliminary site visit.

MG-Class00026035

# ATTACHMENT A

# WORK PLAN

MG-Class00026036

**Attachment A**

# ATTACHMENT A

# WORK PLAN

Contents

A.  ADMINISTRATION.................................................................................................. 2

B.  PERSONNEL ...................................................................................................... 5

C. FACILITY................................................................................................................ 7

D.  REFERRALS....................................................................................................... 10

E.  INTAKE / RESIDENT CASE RECORDS........................................................... 11

F.  RESOURCES...................................................................................................... 14

G.  CASE MANAGEMENT SERVICES ................................................................... 16

H.  COMMUNITY SUPERVISION............................................................................ 18

I.   REPORTING AND PERFORMANCE MEASURES........................................... 19

J.  DIVERSITY PRACTICES ................................................................................... 23

K.  ADA REQUIREMENTS ...................................................................................... 23

MG-Class00026037

# Attachment A

1. All residents will be subject to substance use testing a minimum of once within the first 24 hours of program admission and minimally, once per month thereafter, on an unscheduled basis.

2. Grantee substance use testing policies and procedures must be in writing and are subject to DOCCS' approval.

3. Substance Use Results – All substance use test results (positive and negative) will be documented in the resident's case file and reported to DOCCS on a monthly basis on required reporting forms. Grantee staff shall thoroughly investigate each positive substance use test result to validate the positive finding. The Grantee shall immediately verbally report all positive test results to the PO/SPO, to be followed up in writing within one (1) business day.

4. Residence Development

   a. The process for development of permanent housing should be initiated by the Case Manager within the first 30 days of admission.

   b. **Shelter placement shall not be considered a desirable placement.**

   c. Permanent Housing placement is subject to final approval of the assigned PO/SPO.

5. Resident Activities
   a. The Grantee shall develop a mechanism whereby residents who are not engaged in full-time treatment, employment, training, educational or other approved programming complete and submit a *Daily Activity Sheet*.

## H. COMMUNITY SUPERVISION

1. Each resident is also, as required by State law, under the supervision of a Parole Officer at all times. Parole Officers will provide supervision as required by DOCCS.

2. The PO/SPO has the right to visit the facility and interview residents at any reasonable time and at other times when necessary and shall have immediate access to all records pertaining to each resident's participation in the program.

3. The PO/SPO has the authority to, and may, search the resident and his/her belongings.

MG-Class00026054