UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                                  Plaintiffs,

-against-

                                                           7:19-CV-639 (CS) (LMS)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                  Defendants.

----------------------------------------------------------------------- x

## DECLARATION OF ROBERT M. QUACKENBUSH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Robert M. Quackenbush, pursuant to 28 U.S.C. § 1746 and under penalties of perjury, do hereby state and declare the following to be true and accurate:

1. I am a staff attorney with The Legal Aid Society, and I am among counsel for Plaintiffs in the above-referenced action.

2. I make this declaration in opposition to Defendants' motion to dismiss related to the Plaintiffs' purported failure to exhaust available administrative remedies with the Department of Corrections and Community Supervision ("DOCCS") before commencing this lawsuit.

3. Attached as Exhibit 96 is a true and accurate copy of a DOCCS Memorandum, dated November 3, 2014. It is marked with Bates numbers MG-Class00003063 through MG-Class0003068. It was authored by four Deputy Commissioners of DOCCS and is addressed to "All Superintendents" and "All Regional Directors." It contains "responses to frequently asked questions" regarding "policies and procedures for the RTF population." *Id.* at 1. The first listed question is: "How do we identify an RTF Participant?" The answer reads, in part: "RTF participants are serving their parole supervision time in an RTF pending an approved residence . . . A bi-weekly report entitled 'RTF Releasees' has been developed and is nearing implementation." *Id.*

4. Attached as Exhibit 97 is a true and accurate copy of an email between DOCCS officials, dated January 30, 2019. It is marked with Bates numbers DOCCS-00012243 through DOCCS-00012244. It concerns the pay scale applicable to prison jobs held by persons confined in RTFs. In part, the email reads: "Below is a list of Non SARA RTF releasees located at your facility." *Id.* at 1.

5. Attached as Exhibit 98 is a sampling of true and accurate copy of emails from DOCCS Offender Rehabilitation Coordinators to other DOCCS officials in October and November of 2018. They are marked with Bates numbers DOCCS-00001741, DOCCS-00001772, DOCCS-00001787, and DOCCS-00001815. They refer to a person confined in an RTF past his or her lawful release date as an "RTF parolee." *Id.* at 1-4.

6. Attached as Exhibit 99 is a true and accurate copy of a DOCCS Memorandum, dated August 14, 2019, authored by the DOCCS Assistant Commissioner for Program Services. It is marked with Bates number DOCCS-00008378 through DOCCS-00008379. It is titled "Non-SARA Residential Treatment Facility (RTF) KIPY Payroll Assignments." In part, it reads:

"It has been determined all releasees in RTF status will be paid RTF wages from the date released to a Residential Treatment Facility." *Id.* at 1.

7. In 2009, CORC dispositions were transmitted back to grievants within an average of 26.3 calendar days from the date that CORC received a grievance appeal. *See* DOCCS Inmate Grievance Program, Annual Report, 5 (2009), available online at http://www.doccs.ny.gov/research/reports/2010/inmategrievanceannualreport2009.pdf (last visited November 15, 2019).

8. In 2010, CORC dispositions were transmitted back to grievants within an average of 55 days. *See* DOCCS Inmate Grievance Program, Annual Report, 6 (2010), available online at http://www.doccs.ny.gov/research/reports/2011/inmategrievanceannualreport2010.pdf (last visited November 15, 2019).

9. In 2011, CORC dispositions were transmitted back to grievants within an average of 74 days, while in 2012, CORC dispositions were transmitted back to grievants within an average of 119 days. *See* DOCCS Inmate Grievance Program, Annual Report, 5 (2011), available online at http://www.doccs.ny.gov/research/reports/2012/inmategrievanceannualreport2011.pdf (last visited November 15, 2019); DOCCS Inmate Grievance Program, Annual Report, 4 (2013) (hereinafter 2013 IGP Annual Report), available online at http://www.doccs.ny.gov/research/reports/2015/inmategrievanceannualreport2013.pdf (last visited November 15, 2019).

10. In 2013, CORC dispositions were transmitted back to grievants within an average of 150 days. *See* 2013 IGP Annual Report, 4.

11. After 2013, DOCCS stopped preparing and publishing Annual Reports relating to the Inmate Grievance Program. *See* Attached as Exhibit 100 is a true and accurate copy of DOCCS'

3

response to Prisoners Legal Services of New York's Freedom of Information Law Request for IGP annual reports prepared after 2013. It is marked with Bates numbers MG-Class00026683.

12. Attached as Exhibit 101 is a true and accurate copy of a letter from Disability Rights New York Staff Attorney Lauren Henry to Auburn Correctional Facility Superintendent Timothy McCarthy, dated November 20, 2018. It is marked with Bates numbers MG-Class00025504 through MG-Class00025506.

13. Attached as Exhibit 102 is a true and accurate copy of the Auburn Correctional Facility superintendent's response to M.G.'s grievance, dated November 20, 2018. It is marked with Bates numbers MG-Class00020134 through MG-Class00020135.

14. I declare under penalties of perjury that the foregoing is true and accurate.

Dated:    November 18, 2019
         New York, New York

/s/ Robert M. Quackenbush
Robert M. Quackenbush
199 Water Street, 6th Floor
New York, New York 10038
Telephone:   (212) 577-3530
Facsimile:   (212) 509-8433
E-mail:      rquackenbush@legal-aid.org

CC:   Counsel of Record (via email)