# Exhibit 96



STATE OF NEW YORK
**DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION**

THE HARRIMAN STATE CAMPUS – BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

**ANTHONY J. ANNUCCI**
ACTING COMMISSIONER

**JEFF MCKOY**
DEPUTY COMMISSIONER
PROGRAM SERVICES

## MEMORANDUM

**TO:** All Superintendents
All Regional Directors

**FROM:** Jeff McKoy, Deputy Commissioner, Program Services
Joseph Bellnier, Deputy Commissioner, Correctional Facilities
Daniel F. Martuscello III, Deputy Commissioner, Administrative Services
Thomas Herzog, Deputy Commissioner, Community Supervision

**SUBJECT:** Residential Treatment Facility (RTF)
Policies and Procedures – Frequently Asked Questions

**DATE:** November 3, 2014

---

The following responses to frequently asked questions are to be applied as policies and procedures for the RTF population.

### How do we identify an RTF Participant?

RTF participants are serving their parole supervision time in an RTF pending an approved residence. There will be a "Y" in the "Warrants- Pending Charges" field, and "RTF" as the first 3 characters in the warrants description (FPMS Detail 02).

A bi-weekly report entitled "RTF Releasees," has been developed and is nearing implementation. The report will print in your facility's Guidance Unit, if there are RTF-placed sex offender parolees at your facility. The report will identify when a bi-weekly contact and subsequent notation in CMS is past due (column entitled "FI 2 weeks past?"). It is essential that staff review the report and provide corrective action when necessary in order to promote identification of a SARA compliant address.

### How will the RTF Participants questions be answered?

The assigned ORC and field Parole Officer is responsible for responding to RTF Participant questions. "FAQs and Responses from RTF-Placed Parolees" (attached) may be distributed.



1

**How do we document RTF participants' efforts to secure an approved residence?**

Assigned ORC staff is to minimally meet bi-weekly with all RTF Participants to review proposed residences. A chrono entry is to be made in CMS summarizing this contact. Assigned SORC staff is to minimally meet with all RTF Participants to review proposed residences every 3 months. A chrono entry is to be made in CMS summarizing this contact. As RTF Participants are releasees, OITS is working an excluding Quarterly Reviews from scheduling. The ability for both RTF and field staff to make entries into CMS is currently being developed.

## PROGRAMMING AND PAY

**Who is responsible for facilitating the RTF Program curriculum (Fishkill, Hudson, Mid-State, and Woodbourne only)?**

An Offender Rehabilitation Coordinator who is not assigned to the SOCTP. Facilities are to manage ORC caseloads in such a manner as to ensure adequate time for facilitation of the curriculum component, bi-weekly contacts, CMS documentation, and RTF Participant Workbook review, when applicable.

**How do we structure the RTF Program curriculum component (Fishkill, Hudson, Mid-State, and Woodbourne only)?**

The RTF Program is a 28 day comprehensive program of treatment and counseling for residents of the Residential Treatment Facilities. It consists of nine (9) modules of programming dedicated to providing therapeutic treatment information while aiding residents in their goal of community placement. RTF Participants will have a viable portfolio upon their completion of the RTF Program curriculum component.

The program is delivered in an open-ended modular group setting, facilitated by Offender Rehabilitation Coordinators (ORCs), and consists of lesson activities designed to enhance residents' pro-social skills and provide insight into their behavior.

RTF participants are to be programmed to Shop Code 093 (Residential Treatment Facility), Title Code 11845 (RTF Therapeutic Participant), AM/PM during their participation in the RTF curriculum component. RTF Participants are to attend the curriculum component one (1) module per day, 4 days/week. They are to be assigned (unpaid) to an additional program dependent on their needs. RTF Therapeutic Participants are to be paid at a rate of 0.3333/hour, 6 hours per day, 5 days/week, including holidays. Automated payroll is currently being developed to override payroll calculations to ensure $5/day:$25/week for all individuals assigned to the RTF Therapeutic Participant title code.

All RTF Participants are expected to participate in the RTF Program curriculum component (excluding those currently assigned to a community crew). In addition, select participants will be offered the opportunity to be assigned to a RTF Community Project. All non-RTF Community Project participants were to be assigned to a RTF Therapeutic Participant item effective October 27, 2014, unless classroom capacity prohibited. As participants matriculate out of the RTF Community Project assignments (release to the community, program removal, etc.), positions will be back-filled with existing RTF-placed participants regardless of where they are with respect to completion of the RTF Program assignment. In such cases, they are to complete unmet modules via the RTF Participant Workbook (see below).

2

**Do RTF Participants attend facility orientation?**

Yes, as an unpaid assignment. Upon arrival at the RTF, participants should immediately begin assignment in Shop Code 093 (Residential Treatment Facility), Title Code 11845 (RTF Therapeutic Participant) (Fishkill, Hudson, Mid-State, and Woodbourne only) for participation following the completion of facility orientation. If the individual will not be able to immediately participate in the RTF Therapeutic Participant curriculum component due to contraindications to their participation, or program capacity, then they are to be assigned to Shop Code 093 (Residential Treatment Facility), Title Code 11846 (RTF Transition Participant) upon arrival at the RTF (all RTFs).

**What if we cannot accommodate all RTF Participants in an RTF Therapeutic Participant curriculum component or RTF Community Project?**

Prioritize placement into the RTF Therapeutic Participant curriculum component via their arrival date at the RTF (Fishkill, Hudson, Mid-State, and Woodbourne only). The most recently received participants should be placed on a manually maintained Required Program List (RPL) for immediate placement into the RTF Therapeutic Participant curriculum component upon vacancy. In the interim, all individuals on the manual RPL are to be programmed to shop code 093 (Residential Treatment Facility), title code 11846 (RTF Transition Participant), paid at a rate of 0.3333/hour, 6 hours per day, 5 days/week, including holidays. Automated payroll is currently being developed to override payroll calculations to ensure $5/day:$25/week for all individuals assigned to the RTF Transition Participant title code.

**When should an RTF Participant be programmed to Shop Code 093 (Residential Treatment Facility), Title Code 11846 (RTF Transition Participant), paid at a rate of 0.3333/hour, 6 hours/day, 5 days per week, including holidays (with automated payroll override)?**

- the RTF Participant is housed at an RTF other than Fishkill, Hudson, Mid-State, or Woodbourne, or on a non-disciplinary specialized unit (PC, SNU, SDU, etc.)

- the RTF Participant has medical or mental health contraindications, or special needs, which prohibit their participation in the curriculum component at Fishkill, Hudson, Mid-State, or Woodbourne (RTF Workbook should be utilized)

- the RTF Participant has completed the RTF Therapeutic Participant curriculum component, or workbook, is not assigned to an RTF Community Project, and is assigned to two (2) unpaid alternate programs/assignments

- the RTF Participant is removed from an RTF Community Project through no fault of their own and has already satisfactorily completed the RTF curriculum component

- classroom capacity prohibits their immediate placement into the curriculum component upon arrival at the RTF (Fishkill, Hudson, Mid-State, and Woodbourne only).

3

### What if an RTF Community Project participant is subsequently removed through no fault of their own and has not satisfactorily completed the RTF Program curriculum component?

RTF participants are to be programmed to Shop Code 093 (Residential Treatment Facility), Title Code 11845 (RTF Therapeutic Participant), AM/PM during their participation in the RTF curriculum component (Fishkill, Hudson, Mid-State, or Woodbourne only). RTF Participants are to attend the curriculum component one (1) module per day, 4 days/week. They are to be assigned (unpaid) to an additional program dependent on their needs.

If housed at an RTF other than Fishkill, Hudson, Mid-State, or Woodbourne, participants are to be assigned to shop code 093 (Residential Treatment Facility), title code 11846 (RTF Transition Participant), and provided the RTF Participant Workbook (see below). They are to be assigned (unpaid) to 2 additional programs dependent on their needs.

RTF Therapeutic Participants and RTF Transition Participants are to be paid at a rate of 0.3333/hour, 6 hours per day, 5 days/week, including holidays. Automated payroll is currently being developed to override payroll calculations to ensure $5/day:$25/week for all individuals assigned to the RTF Therapeutic Participant title code.

### If an RTF Participant has not satisfied their SOCTP program need, should they be assigned, if available, to such programming at the RTF?

No. Upon RTF placement, the individual is to participate as a RTF Therapeutic Participant.

### How do we program/pay an RTF Participant who is in out to court status?

RTF Participants in out to court status are to be assigned to Shop Code 093 (Residential Treatment Facility), Title Code 11846 (RTF Transition Participant), in order to ensure continued pay at a rate of $5/day. Assignment to an unpaid out to court item is to be used to show program history/participation.

### Will encumbrances be applied to the RTF Participant's account?

An 80% housing encumbrance (code #51) will be applied on the earnings of an RTF Participant. Some RTF inmates have acquired disciplinary tickets or postage encumbrances after the RTF begin date. Repayment for these encumbrances will come out of their 20% spendable funds.

### What is the RTF Program Workbook?

Effective November 10, 2014, an RTF Program Workbook will be available on the DOCCS Training icon -> Program Services -> Guidance and Counseling -> RTF, for use with those RTF participants contraindicated for participation in the RTF Therapeutic Participant curriculum component, housed at a non-disciplinary specialized unit (PC, SNU, SDU, etc.), or facility other than Woodbourne, Fishkill, Mid-State, or Hudson. RTF Participants are to be assigned to shop code 093 (Residential Treatment Facility), title code 11846 (RTF Transition Participant), paid at a rate of 0.3333/hour, 6 hours per day, 5 days/week, including holidays. Automated payroll is currently being developed to override payroll calculations to ensure $5/day:$25/week for all individuals assigned to the RTF Transition Participant title code. (Future availability at print shops is under review).

4

## REFUSALS AND DISCIPLINARY

**What if an RTF participant refuses to participate in any phase of RTF Programming (curriculum component, community project), or there are indications that the RTF releasee may be in violation of one or more of the conditions of Parole or Post-Release Supervision?**

Any occurrences of noncompliance with the requirements of the RTF program or any behavior exhibited that may form the basis of a violation of the terms and conditions of release are to be addressed in accordance with the memorandum issued by DC Bellnier and DC Herzog dated November 3, 2014, entitled "Misbehavior of RTF-Placed Parolees" (attached).

While the investigation is being conducted to determine if a violation in an important respect has occurred, program assignment and pay is to be managed as a refusal.

**How do we address Tier misbehavior dispositions?**

Refer to memorandum issued by DC Bellnier and DC Herzog dated November 3, 2014, entitled "Misbehavior of RTF-Placed Parolees" (attached).

**How do we program/pay an RTF Participant who is serving disciplinary confinement sanctions?**

Any violation of the "Standards of Inmate Behavior" will be addressed in accordance with the above referenced memorandum. While the investigation is being conducted to determine if a violation in an important respect has occurred, program assignment and pay is to be managed as disciplinary confinement. This will also assist DOCCS in reestablishing the case back to the RTF if the investigation indicates that there is insufficient evidence of a violation of release.

## RTF COMMUNITY PROJECTS

**Who determines when an RTF Participant is eligible for a RTF Community Project assignment?**

RTF Community Project assignments are determined by RTF Facility Superintendents in consultation with respective Assistant Commissioners for Correctional Facilities and Community Supervision.

As participants matriculate out of the RTF Community Project assignments (release to the community, program removal, etc.), positions will be back-filled with existing RTF-placed participants regardless of where they are with respect to completion of the RTF Program assignment.

Upon identification, the RTF Participant is to be assigned to shop code 093 (Residential Treatment Facility), title code 11847 (RTF Community Project Participant), paid at a rate of 0.3333/hour, 6 hours per day, 5 days/week, including holidays. Automated payroll is currently being developed to override payroll calculations to ensure $10/day:$50/week for all individuals assigned to the RTF Community Project Participant title code.

All efforts are to be made to provide community project activity 5 days/week for all identified crew members.

MG-Class00003067

**Will RTF Community Project Participants meet with field Community Supervision staff? Will non-RTF Community Project Participants meet with field Community Supervision staff?**

All efforts will be made for RTF Community Project Participants to meet with assigned field Parole Officers (Regional Directors may reference AC Claudio's "RTF Work crews" email dated September 28, 2014) (attached). Availability and options for field contact with those RTF Participants not assigned to a community project are being explored.

**How do we document and report RTF Community Project participation?**

The "RTF Inmates Approved for Outside Clearance Weekly Supervisors Report" (attached) is to be completed to report RTF work crews. This form is to be completed every Monday by 3:00 p.m. for the previous week and should be sent to the following Assistant Commissioners for Correctional Facilities: Patricia LeConey, Patrick Griffin, and James O'Gorman, with a copy to Deputy Commissioner Bellnier, Deputy Commissioner Herzog, Assistant Commissioners Andrea Evans and Steven Claudio. The eform for community service crews also needs to be completed monthly.

If any removal or addition to the assigned inmates on the RTF work crew needs to be made, send an email to your respective Assistant Commissioner for Correctional Facilities for approval. Once approved, the facility needs to notify the Bureau Chief.

Attachments
cc: Kevin P. Bruen, Deputy Commissioner, Counsel's Office
Catherine M. Jacobsen, Assistant Commissioner, Program Services
Anne Marie McGrath, Assistant Commissioner, Population Management
Patricia Leconey, Assistant Commissioner, Correctional Facilities
James O'Gorman, Assistant Commissioner, Correctional Facilities
Patrick Griffin, Assistant Commissioner, Correctional Facilities
Andrea Evans, Assistant Commissioner, Community Supervision
Steven Claudio, Assistant Commissioner, Community Supervision
Kevin C. Kortright, Associate Counsel, Counsel's Office
Rachel A. Young, Acting Director, Guidance & Counseling