# Exhibit 98

**To:** Lockwood, Beverly Y (DOCCS) [DOCCS]; Alexander, Dawn M (DOCCS); Bartlett, Ashley A (DOCCS); Bowers, Theresa M (DOCCS); Campbell, Laurie A (DOCCS); Dublin, Stacey T (DOCCS ONLY); Fiechter, Kristen (DOCCS); Fields, Leroy (DOCCS); Gonzalez, Christina M (DOCCS); Gonzalez, Luis (DOCCS); Heady, Mark (DOCCS); Hernandez, Christina (DOCCS); Hinsch, Cathy M (DOCCS); Iccari, Anna M (DOCCS); Larson, Melanie (DOCCS); Lenardhorne, Jill R (DOCCS); Mcallister, Brian N (DOCCS); Milone, Ralph F (OMH); Palmer, Jacqueline M (DOCCS); Penney, Randilee (DOCCS ONLY); Rhoades, Laura M (DOCCS); Sorriento, Lisa D (DOCCS); Swain, Katherine (DOCCS); Tompkins, Karen A (DOCCS); Urbanski, Stephen (DOCCS); Vasquez-Rojas, Iris (OMH); Wallace, Cheryl A (DOCCS); Washington, Pauline (DOCCS); Wilbur, Francine C (DOCCS); Wood, John F (DOCCS); Vicentyberrios, Yamil G (DOCCS)[Yamil.Vicentyberrios@doccs.ny.gov]

**From:** Vicentyberrios, Yamil G (DOCCS)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP

**Sent:** Tue 11/20/2018 2:42:54 PM (UTC-05:00)
**Subject:** RTF List
11-20-18.docx

Good afternoon,

The total RTF's owned by Fishkill: 115 (9 have not yet arrived).

RTF at other facilities: 10
RTF currently at Fishkill: 105
 Of Which:   91 are in GP
   5 are in SHU/KL
   8 are in the RMU
   1 are in ICP

There are 4 pending releases for 11/21/2018.

There is 1 RTF parolee at Fishkill currently in Detainee status.

Best regards,

**Yamil G Vicenty Berríos**
Offender Rehabilitation Coordinator – Spanish Language

**Department of Corrections and Community Supervision**
Fishkill Correctional Facility
18 Strack Drive, P. O. Box 307
Beacon, New York 12508-0307

www.doccs.ny.gov



**To:** Alexander, Dawn M (DOCCS); Bartlett, Ashley A (DOCCS); Bowers, Theresa M (DOCCS); Campbell, Laurie A (DOCCS); Dublin, Stacey T (DOCCS ONLY); Fiechter, Kristen (DOCCS); Fields, Leroy (DOCCS); Gonzalez, Christina M (DOCCS); Gonzalez, Luis (DOCCS); Heady, Mark (DOCCS); Hernandez, Christina (DOCCS); Hinsch, Cathy M (DOCCS); Iccari, Anna M (DOCCS); Larson, Melanie (DOCCS); Lenardhorne, Jill R (DOCCS); Lockwood, Beverly Y (DOCCS); Martin, Debra R (DOCCS); Mcallister, Brian N (DOCCS); Milone, Ralph F (OMH); Palmer, Jacqueline M (DOCCS); Penney, Randilee (DOCCS ONLY); Rhoades, Laura M (DOCCS); Sorriento, Lisa D (DOCCS); Swain, Katherine (DOCCS); Tompkins, Karen A (DOCCS); Urbanski, Stephen (DOCCS); Vasquez-Rojas, Iris (OMH); Wilbur, Francine C (DOCCS); Wood, John F (DOCCS)[John.Wood@doccs.ny.gov]
**From:** Gonzalez, Christina M (DOCCS)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP

**Sent:** Tue 11/6/2018 10:40:09 AM (UTC-05:00)
**Subject:** RTF list
11-6-18.docx

Good Morning,

Total RTF's owned by Fishkill: 112 (2 have not yet arrived)

RTF at other facilities: 3
RTF currently at Fishkill: 109
　　　　Of Which:　　90 are in GP
　　　　　　　　　　5 are in SHU/KL
　　　　　　　　　　9 are in the RMU
　　　　　　　　　　3 are in ICP

There are 6 pending releases for tomorrow 11/7/18.

There is 1 RTF parolee at Fishkill currently in Detainee status. 2 additional pending VOP warrants to be served.


Thank you,

## Christina Gonzalez
Offender Rehabilitation Coordinator

**Department of Corrections and Community Supervision**
Fishkill Correctional Facility
18 Strack Dr.
Beacon, NY 12508

www.doccs.ny.gov



**To:** Alexander, Dawn M (DOCCS)[]; Bartlett, Ashley A (DOCCS)[]; Bowers, Theresa M (DOCCS)[]; Campbell, Laurie A (DOCCS)[]; Dublin, Stacey T (DOCCS ONLY)[]; Fiechter, Kristen (DOCCS)[]; Fields, Leroy (DOCCS)[]; Gonzalez, Christina M (DOCCS)[]; Gonzalez, Luis (DOCCS)[]; Heady, Mark (DOCCS)[]; Hernandez, Christina (DOCCS)[]; Hinsch, Cathy M (DOCCS)[]; Iccari, Anna M (DOCCS)[]; Larson, Melanie (DOCCS)[]; Lenardhorne, Jill R (DOCCS)[]; Lockwood, Beverly Y (DOCCS)[]; Martin, Debra R (DOCCS)[]; Mcallister, Brian N (DOCCS)[]; Milone, Ralph F (OMH)[]; Palmer, Jacqueline M (DOCCS)[]; Penney, Randilee (DOCCS ONLY)[]; Rhoades, Laura M (DOCCS)[]; Sorriento, Lisa D (DOCCS)[]; Swain, Katherine (DOCCS)[]; Tompkins, Karen A (DOCCS)[]; Urbanski, Stephen (DOCCS)[]; Vasquez-Rojas, Iris (OMH)[]; Wilbur, Francine C (DOCCS)[]; Wood, John F (DOCCS)[John.Wood@doccs.ny.gov]
**From:** Gonzalez, Christina M (DOCCS)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
**Sent:** Tue 10/30/2018 10:43:59 AM (UTC-04:00)
**Subject:** rtf list
10-30-18.docx

Good Morning,

Total RTF's owned by Fishkill: 108 (1 has not yet arrived)

RTF at other facilities: 2
RTF currently at Fishkill: 106
        Of Which:    90 are in GP
                          4 are in SHU/KL
                          9 are in the RMU
                          3 are in ICP


There are 4 pending releases at this time.

There are 2 RTF parolee at Fishkill currently in Detainee status.


Thank you,

## Christina Gonzalez
Offender Rehabilitation Coordinator

**Department of Corrections and Community Supervision**
Fishkill Correctional Facility
18 Strack Dr.
Beacon, NY 12508


www.doccs.ny.gov

**To:** Garretto, Brittany N (DOCCS)▮; Alexander, Dawn M (DOCCS)▮; Bartlett, Ashley A (DOCCS)▮; Bowers, Theresa M (DOCCS)▮; Campbell, Laurie A (DOCCS)▮; Dublin, Stacey T (DOCCS ONLY)▮; Fiechter, Kristen (DOCCS)▮; Fields, Leroy (DOCCS)▮; Gonzalez, Christina M (DOCCS)▮; Gonzalez, Luis (DOCCS)▮; Heady, Mark (DOCCS▮; Hernandez, Christina (DOCCS)▮; Hinsch, Cathy M (DOCCS)▮; Iccari, Anna M (DOCCS)▮; Larson, Melanie (DOCCS)▮]; Lenardhorne, Jill R (DOCCS)▮; Lockwood, Beverly Y (DOCCS)▮; Martin, Debra R (DOCCS)▮; Mcallister, Brian N (DOCCS)▮; Milone, Ralph F (OMH)▮; Palmer, Jacqueline M (DOCCS)▮; Penney, Randilee (DOCCS ONLY)▮; Rhoades, Laura M (DOCCS)▮; Sorriento, Lisa D (DOCCS)▮; Swain, Katherine (DOCCS)▮]; Tompkins, Karen A (DOCCS)▮; Urbanski, Stephen (DOCCS)▮; Vasquez-Rojas, Iris (OMH)▮; Wilbur, Francine C (DOCCS)▮; Wood, John F (DOCCS)▮

**From:** Gonzalez, Christina M (DOCCS)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP

**Sent:** Wed 10/17/2018 9:24:37 AM (UTC-04:00)
**Subject:** RTF list
10-17-18.docx

Good Morning,

Total RTF's owned by Fishkill: 108 (3 have not yet arrived)

RTF at other facilities: 4
RTF currently at Fishkill: 104
    Of Which:     88 are in GP
                      3 are in SHU/KL
                      9 are in the RMU
                      4 are in ICP

There are 2 pending releases at this time.

There is 1 RTF parolee at Fishkill currently in Detainee status.

Thank you,

## Christina Gonzalez
Offender Rehabilitation Coordinator

Department of Corrections and Community Supervision
Fishkill Correctional Facility
18 Strack Dr.
Beacon, NY 12508

www.doccs.ny.gov