# Exhibit 100



ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

April 9, 2019

Prisoners' Legal Services of New York
Attn: Michael Cassidy
24 Margaret Street, Suite 9
Plattsburgh, New York  12901

Re:  FOIL Log No. 19-04-058
     DOCCS IGP Annual Reports &
     DOCCSS IGP Semi-Annual Reports

Dear Mr. Cassidy:

This is in response to your New York State Freedom of Information Law request seeking DOCCS' IGP Annual Reports from 2014 through the present, and DOCCS' IGP Semi-Annual Reports from 2013 through the present.

A diligent search was conducted, and the Department does not have any records responsive to your request.  The most recent IGP Annual Report is dated 2013, and IGP Semi-Annual Report dated January-June 2012 and can be found on our website at www.doccs.ny.us.gov.

If you do not agree with this decision, you may appeal by contacting the Office of Counsel, Department of Corrections and Community Supervision, State Campus, Building #9, 1220 Washington Avenue, Albany, New York 12226, in writing.

Sincerely,

*Donna Charbonneau*

Donna Charbonneau
Administrative Specialist 1

cc:  Freedom of Information

The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 | (518) 457-8126 | www.doccs.ny.gov

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                    MG-Class00026683