# Exhibit 101 to the Declaration of Robert M. Quackenbush in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss

# FILED UNDER SEAL