Exhibit 102 to the Declaration of Robert M. Quackenbush in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss

FILED UNDER SEAL