# Exhibit 2 to the Declaration of D.R. in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss

# FILED UNDER SEAL