Exhibit 2 to the Declaration of C.J. in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss

FILED UNDER SEAL