UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                                                                           Plaintiffs,

                 -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,

                                                                           Defendants.

------------------------------------------------------------------------ x

7:19-cv-0639 (CS)

**DECLARATION OF M.J.**

I, M.J., being competent to make this declaration and having personal knowledge of the matters stated herein, hereby declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.      I am a named plaintiff in the above-captioned action. I respectfully submit this declaration in opposition to Defendants' Motion to Dismiss the First Amended Class Action Complaint.

      2.      My maximum expiration date was June 18, 2018.

      3.      Before my maximum expiration date, I had one meeting with an OMH discharge planner where we discussed benefits such as Social Security Income and Medicaid.

4. On June 18, 2018, I was not released from custody.

5. Between approximately June 18, 2018 and February 19, 2019, I was held in Fishkill Correctional Facility and then Green Haven Correctional Facility.

6. I had no idea when, if ever, I was going to be released. Nobody ever told me how long it would be until I was released.

7. I told my Fishkill OMH discharge planner that I wanted to be released. She could not tell me anything about my pending release or housing options. She said that nothing else needed to be done.

8. I was never informed of different housing options.

9. Marc Heady, my DOCCS discharge planner, told me that finding housing for me was going to take a while because there was little available housing in Orange County.

10. About a week after the Complaint was filed, I was called down for an unexpected video interview with Middletown Transitional Residence staff. Around this time, it was clear to me that prison staff had read or heard about this lawsuit in the *New York Times* and were aware that I was a plaintiff.

11. On October 18, 2018, inside of Fishkill, I filed my initial grievance by placing it in the prison mail system for delivery to the grievance clerk.

12. On about November 8, 2018, before receiving a response to my grievance, I was transferred to Green Haven Correctional Facility.

13. Due to my transfer, I was extremely confused about how to exhaust my grievance. The Department's policy about appealing an unanswered grievance after a transfer is very confusing. I did not understand it.

14. Even though I was very confused, I still tried to make use of the process for appealing an unanswered grievance after a transfer.

15. On November 17, 2018, while inside of Green Haven, I wrote a letter to the grievance clerk at Fishkill stating that I wanted to appeal the constructive denial of my October 18 grievance. I placed the letter in a sealed envelope addressed to the grievance clerk at Fishkill, ensured that it had enough postage to reach its destination, and delivered the envelope to the prison's outgoing mail system for delivery to Fishkill.

16. Since Fishkill had never responded to my grievance, I did not have an appeal form and had to submit my appeal via letter.

17. On or about December 2, 2018, I received a letter from Fishkill Correctional Facility indicating that the Fishkill Superintendent denied my appeal.

18. On December 3, 2018, while inside of Green Haven Correctional Facility, I wrote a letter to the grievance clerk at Fishkill stating that I wished to appeal the Superintendent's denial to the Central Office Review Committee ("CORC"). After signing my CORC appeal, I placed the letter in a sealed envelope addressed to the grievance clerk at Fishkill, ensured that it had enough postage to reach its destination, and delivered the envelope to the prison's outgoing mail system for delivery to Fishkill.

19. Grievance staff never requested from me, and I never granted to them (in writing or otherwise), an extension of time for them to respond to my CORC appeal.

20. On January 18, 2019, after far more than 30 days had elapsed since I submitted my CORC appeal, I submitted a letter to the grievance clerk at Fishkill asking for confirmation that my appeal was transmitted to CORC. *See* Exhibit 1, Letter from M.J. to Fishkill Grievance Clerk dated January 18, 2019. After signing my letter and having it notarized

by my lawyer, I put the letter in a sealed envelope addressed to the grievance clerk at Fishkill, ensured that it had enough postage to reach its destination, and delivered the envelope to the prison's outgoing mail system for delivery to Fishkill. I have not received a response.

21. I believe that CORC has not yet adjudicated my appeal. But if they have, they have not sent the disposition to me.

22. On February 19, 2019, I was released from custody to Middletown.

23. Middletown was really a place for mental health patients who were low functioning. On at least one occasion, a fellow resident was so heavily medicated that he barged in on me when I was in the bathroom.

24. At Middletown, residents are supervised at all times. For example, I was not allowed to take food and drinks that I purchased outside of the dining area.

25. I was told that it was uncommon for someone like me to be housed at Middletown because I am kind of advanced for placement there.

26. I was told that I am on a waiting list for housing in a studio or one-bedroom apartment. I was told that it could take two to three years before I could be placed in an apartment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29 of August, 2019.

_____
M.J.