**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**TO:** All Superintendents and Community Supervision Bureau Chiefs

**FROM:** Ana Enright, Deputy Commissioner of Community Supervision
Bryan Hilton, Associate Commissioner of Mental Health

**DATE:** December 16, 2019

**SUBJECT:** Release of Non-SARA SMI incarcerated individuals

---

This memorandum provides guidance with regards to the release of incarcerated individuals diagnosed with serious mental illness (SMI) and not subject to Sexual Assault Reform Act (SARA) housing requirements.

The Office of Mental Health (OMH) is responsible for diagnosing incarcerated individuals with SMI and assessing if those individuals require mental health housing or otherwise appropriate residential housing upon release. If OMH has made the clinical determination that any such incarcerated individual may be released from DOCCS custody to a shelter setting, DOCCS will allow such release on their scheduled release date.

This policy does not impact incarcerated individuals at risk for homelessness that require nursing home placement or other appropriate housing due to their medical conditions or intellectual disability.

This memorandum should be shared with all affected staff.

Please do not hesitate to contact my office if you have any questions.