STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

December 16, 2019

**By ECF and Email (Courtesy Copy)**
The Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *M.G., et al. v. Cuomo, et al.,* 19 CV 00639 (CS) (LMS)

Dear Judge Seibel:

This Office represents the Defendants in the above-titled action. Enclosed please find courtesy copies of the following documents, which were filed today:

Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the First Amended Class Action Complaint
Declaration of Wendy Vogel
Declaration of Ana Enright

In addition, we are enclosing courtesy copies of Defendant's Notice of Motion, opening Memorandum of Law and the Declaration of Rachael Seguin, as filed today. Courtesy copies of these documents were previously submitted to Your Honor on July 26, 2019.

Respectfully submitted,

Jane R. Goldberg
Assistant Attorney General
(212) 416-6133
Jane.Goldberg@ag.ny.gov

Cc:    Counsel of Record
(via electronic mail)