UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                              Plaintiffs,

    -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,

                              Defendants.

7:19-cv-00639 (CS)(LMS)

------------------------------------------------------------------------ x

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

       PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, I hereby withdraw as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. My colleagues Joshua Rosenthal and Elena Landriscina, attorneys at Disability Rights New York, will continue to represent Plaintiffs in this proceeding.

Dated: Rochester, New York
December 20, 2019

DISABILITY RIGHTS NEW YORK

By: _____
Betsy C. Sterling

44 Exchange Boulevard
Suite 100
Rochester, New York 14614

*Attorney for Plaintiffs*

SO ORDERED.

_____  12/23/19
CATHY SEIBEL, U.S.D.J.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                                                Plaintiffs,

                -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,

                                               Defendants.
------------------------------------------------------------------------ x

7:19-cv-00639 (CS)(LMS)

    I, BETSY C. STERLING, declare as follows:

    I am an attorney at Disability Rights New York, counsel for Plaintiffs. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving my employment at Disability Rights New York.

    Joshua Rosenthal and Elena Landriscina, attorneys at Disability Rights New York, will continue to represent Plaintiffs in this proceeding.

    My withdrawal will not delay the matter or prejudice any party.

    I am not retaining or charging a lien.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Rochester, New York
December 20, 2019

By: _____
Betsy C. Sterling

2

## CERTIFICATE OF SERVICE

I, Betsy C. Sterling, hereby certify that on December 20, 2019, I caused a true and correct copy of the foregoing to be served upon counsel for all parties to this litigation via the CM/ECF system.

Dated: Rochester, New York
December 20, 2019

By: _____
Betsy C. Sterling