

# DISABILITY RIGHTS NEW YORK

 www.drny.org   ✉ mail@drny.org   📞 518-432-7861

February 4, 2020

**VIA ECF and Email**

Hon. Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS), Meet and Confer Deadline

Your Honor,

      Plaintiffs write, pursuant to this Court's order (ECF No. 53), to request an extension of time until February 14, 2020 to meet and confer with Defendants regarding outstanding discovery requests. On January 31, 2020, the undersigned emailed Defendants' counsel to request that the parties meet and confer regarding Plaintiffs' requests for production and interrogatories that Plaintiffs served on June 20 and 21, 2019, the majority of which remain outstanding. Defendants' counsel informed us today that they are unable to speak this week and the parties are in the process of scheduling a time next week. It is Plaintiffs' hope that, after conferring, the parties will be able to resolve this matter without the Court's involvement.

      Respectfully submitted,

      /s/

      Joshua Rosenthal

CC:    Counsel of Record (Via ECF)

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207-5001

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614


TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**