**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                                                           February 19, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## RE-SCHEDULING NOTICE

The matter of <u>M.G., et al. v. Cuomo, et al.</u>, 19-cv-639 (CS) (LMS), has been ***re-scheduled*** from a telephonic status conference on Friday, February 21, 2020, at 3:00 PM, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to a telephonic status conference on **Thursday, February 27, 2020, at 11:30 AM.** Plaintiff's counsel is to have defense counsel on the line when contacting Chambers.

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.