

# DISABILITY RIGHTS NEW YORK

 www.drny.org    mail@drny.org   518-432-7861

February 26, 2020

**VIA EMAIL AND ECF**
Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS)
              Request for Extension of Time on Sur-Reply

Dear Judge Seibel:

      Plaintiffs write to request an extension of time to serve their Sur-Reply to Defendants' Reply in further support of their Motion to Dismiss Plaintiffs' First Amended Class Action Complaint. Plaintiffs' Sur-Reply is due on March 2, 2020. This is Plaintiffs' first request for an extension of time.

      On February 3, 2020, Your Honor granted Plaintiffs' motion seeking leave to file a Sur-Reply to address issues raised for the first time in Defendants' Reply. (ECF. No. 104). As noted in Plaintiffs' request for leave, Judge Smith permitted Plaintiffs to serve interrogatories directed to Defendants' new one-page policy memorandum, issued on December 16, 2019, which Defendants argue moots Plaintiffs' claims. Plaintiffs served interrogatories on January 17, 2020, seeking information on the scope, development, implementation, and impact that Defendants' policy has had, if any, on Plaintiffs' claims and the putative class. In particular, this discovery is relevant to Plaintiffs' argument that exceptions to the mootness doctrine apply to their claims.

      Although Defendants served responses to Plaintiffs' interrogatories on February 18, 2020, Plaintiffs advised Defendants of deficiencies in their responses. The parties have conferred about these deficiencies. While some disputes remain, Defendants have agreed to supplement a number of their interrogatory responses by March 6, 2020.

      Therefore, Plaintiffs respectfully request permission to file their Sur-Reply on March 13, 2020. Defendants consent provided they have an extension to file their response on March 27, 2020. Plaintiffs consent to Defendants' request.

                                                      Respectfully submitted,
                                                      /s/
                                                      Elena Landriscina

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207-5001

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614


TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**

Staff Attorney

CC: Counsel of Record (via ECF)

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614

TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**