

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
www.legal-aid.org

John K. Carroll
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Mary Lynne Werlwas
*Director*
Prisoners' Rights Project

<u>**VIA ECF, EMAIL AND U.S. POSTAL SERVICE**</u>

March 6, 2020

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS)
      Corrected URLs for DOCCS Annual Reports in the Declaration of Robert M. Quakenbush in Opposition to Defendants' Motion to Dismiss

Your Honor:

      On behalf of the Plaintiffs in the above-referenced action, I write to alert the Court about changes to the URLs of materials cited in the Declaration of Robert M. Quackenbush (ECF No. 84), which was submitted in support of Plaintiffs' opposition to the Defendants' motion to dismiss. We discovered that the URLs to the Department of Corrections and Community Supervision's (DOCCS) Annual Reports have been changed following a recent update to its website. As a result, the URLs cited in the Quackenbush Declaration are no longer operative. The annual reports, however, remain accessible through different URLs. For the Court's convenience, I have included the annual reports as exhibits to this letter, along with the current URLs, and am sending a courtesy copy of this letter and the exhibits to Chambers.

**1.   Quackenbush Declaration, ¶ 7:**

The DOCCS Inmate Grievance Program, Annual Report (2009) is attached as <u>Exhibit A</u> and is available at <u>doccs.ny.gov/system/files/documents/2019/09/InmateGrievanceAnnualReport2009.pdf</u>.

**2.   Quackenbush Declaration, ¶ 8:**

The Annual Report (2010) is attached as <u>Exhibit B</u> and is available at <u>doccs.ny.gov/system/files/documents/2019/09/InmateGrievanceAnnualReport2010.pdf</u>

**3.   Quackenbush Declaration, ¶¶ 9 and 10:**

The Annual Report (2011) is attached as <u>Exhibit C</u> and is available at <u>doccs.ny.gov/system/files/documents/2019/09/InmateGrievanceAnnualReport2011.pdf</u>

**Justice in Every Borough.**

2

The Annual Report (2013), which contains the relevant data for 2012, is attached as Exhibit D and is available at doccs.ny.gov/system/files/documents/2019/09/InmateGrievanceAnnualReport2013.pdf.

In addition, now available on DOCCS' website are Annual Reports for 2014 through 2018, contrary to DOCCS's representation, which we relied upon, that no such documents exist. *See* Quackenbush Declaration at ¶ 11 and Exhibit 100. However, those later reports do not include data on processing delays at the Central Office Review Committee, which were described in the Quackenbush Declaration.

We thank the Court for its consideration.

Respectfully submitted,

Robert M. Quackenbush

cc:   Counsel of Record (via ECF)

**Justice in Every Borough.**