# Exhibit 105 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss

CONFIDENTIAL – FILED WITH REDACTIONS

| NAME | NYSID | DIN | OMH_LEVEL | RELEASE_DT | RELEASE_TYPE | Orig_ERD (if different) | RELEASE_TYPE | New_ERD (if different) | WHY_CHANGED | SARA | HELD? | WHY_HELD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P.C. | REDACTED | | 1S | 12/5/2016 | ME to PRS | N/A | N/A | N/A | N/A | Y | Y | SARA - RTF |
| | | | 1S | 1/10/2017 | CR | N/A | N/A | N/A | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 2/15/2017 | Open Date | N/A | N/A | N/A | N/A | N | Y | Nursing Home Req. |
| | | | 1S | 3/29/2017 | ME to PRS | N/A | ME to PRS | N/A | N/A | Y | Y | SARA - RTF |
| | | | 1S | 6/7/2017 | ME to PRS | N/A | N/A | N/A | N/A | Y | Y | SARA - RTF; released 8/19/19 |
| | | | 1S | 7/13/2017 | ME to PRS | N/A | N/A | N/A | N/A | Y | Y | SARA - RTF |
| | | | 1S | 12/19/2017 | Open Date | N/A | N/A | N/A | N/A | N | Y | Needs OPWDD /Refusing MH housing |
| | | | 1S | 12/19/2017 | | N/A | | N/A | N/A | N | Y | Nursing Home Req. |
| | | | 1S | 5/1/2018 | Open Date | N/A | N/A | 2/17/19 (CR) | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 5/2/2018 | Open Date | N/A | N/A | 10/14/18 (CR) | N/A | N | Y | CS imposed Residency Conditions- NO housing |
| | | | 1S | 5/28/2018 | AE | N/A | N/A | 9/27/19 (ME) | N/A | N | Y | CS imposed Residency Conditions- NO Housing |
| | | | 2S | 7/9/2018 | Open Date | N/A | N/A | 1/25/19 (CR) | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 7/28/2018 | CR | N/A | N/A | N/A | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 8/2/2018 | Open Date | N/A | N/A | N/A | N/A | N | Y | OMH / Pending 2PC |
| | | | 1S | 8/4/2018 | ME | N/A | N/A | N/A | N/A | N | Y | Nursing Home Req. |
| | | | 1S | 8/7/2018 | AE | N/A | N/A | 5/15/2023 | Rec'd Add'l Sent | Pending | N | N/A |
| | | | 1S | 9/4/2018 | CR | N/A | N/A | N/A | N/A | N | N | Inmate Waived Rel, does not want to be |
| | | | 2S | 9/17/2018 | CR | N/A | N/A | N/A | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 10/2/2018 | CR | N/A | N/A | 10/2/19 (ME) | N/A | N | N | Inmate Waived Rel, does not want to be |
| | | | 1S | 11/5/2018 | CR | N/A | N/A | N/A | N/A | N | N | Inmate Waived Rel, doesnot want to go to |
| | | | 1S | 11/8/2018 | ME | N/A | N/A | N/A | N/A | N | N | Released but remained at CNYPC on 730 Order |
| | | | 1S | 11/10/2018 | CR | N/A | N/A | N/A | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 11/15/2018 | Open Date | N/A | N/A | N/A | N/A | N | Y | Nursing Home Req. |
| | | | 1S | 11/27/2018 | Open Date | N/A | N/A | N/A | N/A | N | N | Inmate Waived Rel |
| | | | 1S | 12/10/2018 | Open Date | N/A | N/A | 12/9/19 (CR) | N/A | N | Y | CS Imposed Conditions pending MH Housing |
| | | | 1S | 12/30/2018 | AE | N/A | N/A | N/A | N/A | N | N | Inmate Waived Rel |
| | | | 1S | 1/3/2019 | Open Date | N/A | N/A | N/A | N/A | N | Y | Nursing Home Req. |
| | | | 1S | 1/27/2019 | AE | N/A | N/A | N/A | N/A | Y | Y | SARA - RTF; released 8/22/19 |
| | | | 1S | 2/4/2019 | ME to PRS | N/A | N/A | N/A | N/A | Y | Y | Article 10 |
| | | | 1S | 2/5/2019 | Open Date | N/A | N/A | N/A | N/A | N | Y | Nursing Home Req. |
| | | | 1S | 4/2/2019 | CR | N/A | N/A | N/A | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 4/30/2019 | CR | N/A | N/A | 10/14/19 (ME) | N/A | N | Y | Needs OPWDD |
| | | | 1S | 5/13/2019 | Open Date | N/A | N/A | N/A | N/A | Y | Y | Article 10 |
| | | | 1S | 5/14/2019 | CR | N/A | N/A | N/A | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 5/18/2019 | AE | N/A | N/A | N/A | N/A | Y | Y | SARA - RTF; released 8/28/19 |
| | | | 1S | 5/26/2019 | CR | N/A | N/A | N/A | N/A | N | Y | CS Imposed Conditions pending MH Housing |
| | | | 1S | 5/26/2019 | CR | N/A | N/A | 9/10/19 (ME) | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 5/28/2019 | Open Date | N/A | N/A | N/A | N/A | N | Y | CS imposed conditions pending MH housing |
| | | | 1S | 6/17/2019 | CR | N/A | N/A | N/A | N/A | N | Y | CS Imposed Conditions pending MH Housing |
| | | | 1S | 6/18/2019 | AE | N/A | N/A | N/A | N/A | N | N | Inmate Waived Rel; released 8/14/19 |
| | | | 1S | 6/23/2019 | AE | N/A | N/A | N/A | N/A | Y | Y | SARA - RTF |
| | | | 1S | 6/26/2019 | Open Date | N/A | N/A | N/A | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 6/26/2019 | Open Date | N/A | N/A | N/A | N/A | Y | Y | Pending OMH D/C planning; released 8/20/19 |
| | | | 1S | 6/27/2019 | ME to PRS | N/A | N/A | N/A | N/A | Y | Y | SARA - RTF; released 9/10/19 |
| | | | 1S | 7/2/2019 | Open Date | N/A | N/A | N/A | N/A | N | Y | Nursing Home Req. |
| | | | 1S | 7/8/2019 | CR | N/A | N/A | N/A | N/A | N | Y | CS imposed Residency Conditions- NO Housing |
| | | | 1S | 7/8/2019 | Open Date | N/A | N/A | N/A | N/A | N | Y | OMH / Pending 2PC; released 9/3/19 |
| | | | 1S | 7/23/2019 | CR | N/A | N/A | N/A | N/A | Y | Y | SARA - SOH220 |
| | | | 1S | 7/26/2019 | CR | N/A | N/A | N/A | N/A | Y | Y | SARA - SOH220 |
| | | | 2S | 7/29/2019 | AE | N/A | N/A | N/A | N/A | Y | Y | SARA - RTF |
| | | | 1S | 7/29/2019 | Open Date | N/A | N/A | N/A | N/A | N | Y | Nursing Home Req. |
| | | | 1S | 8/5/2019 | ME to PRS | 3/1/2019 | CR | N/A | Lost Good Time | N | Y | OMH Pending CPL 330.20; released |
| | | | 1S | 8/6/2019 | Open Date | 4/24/2019 | CR | N/A | Lost Good Time | Y | Y | SARA - SOH220 |
| | | | 1S | 8/8/2019 | Open Date | 2/10/2019 | CR | N/A | Lost Good Time | N | Y | OMH / Pending AOT |
| | | | 1S | 8/9/2019 | Graduation | N/A | N/A | N/A | N/A | N | Y | RTF - OMH / Pending 2PC; released |
| | | | 1S | 8/14/2019 | ME to PRS | 4/30/2019 | CR | N/A | Lost Good Time | N | N | N/A; released 8/14/19 |
| | | | 1S | 8/19/2019 | ME to PRS | 3/13/2019 | CR | N/A | Lost Good Time | N | N | N/A; released 8/19/19 |
| | | | 1S | 8/30/2019 | AE | N/A | N/A | N/A | N/A | N | N | N/A; 8/30/19 |
| | | | 1S | 9/8/2019 | ME to PRS | 5/24/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| | | | 1S | 9/17/2019 | ME to PRS | 2/19/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| | | | 1S | 9/17/2019 | ME to PRS | 4/11/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| | | | 1S | 9/18/2019 | AE | N/A | N/A | N/A | N/A | N | N | N/A; released 9/18/19 |
| | | | 1S | 9/26/2019 | ME to PRS | 11/14/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| | | | 1S | 10/5/2019 | ME | 2/5/2018 | CR | N/A | Lost Good Time | N | N | N/A |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1S | 10/28/2019 | CR | 5/22/2019 | Merit | N/A | Merit Denied (Disc) | N | N | N/A |
| 1S | 11/14/2019 | PRSME | 6/15/2018 | Graduation | N/A | Violated RTF | Y | Y | SARA RTF - Violated and Readmited as PV |
| 1S | 12/28/2019 | PRSME | 4/28/2018 | AE | N/A | In RTF - PRSME upcoming | Y | Y | SARA - RTF |
| 1S | 1/6/2020 | ME to PRS | 4/16/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 2/13/2020 | AE | 9/20/2017 | ME to PRS | N/A | Violated RTF | Y | Y | SARA RTF - Violated and Readmited as PV |
| 1S | 2/25/2020 | AE | 2/21/2019 | ME to PRS | N/A | Violated RTF | Y | Y | SARA RTF - Violated and Readmited as PV |
| 1S | 5/19/2021 | ME to PRS | 3/27/2019 | CR | 3/27/2020 | Lost Good Time | N | N | N/A |
| 1S | 6/7/2021 | ME | 6/7/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 7/22/2021 | ME to PRS | 7/24/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 9/22/2021 | PRSME | 9/22/2016 | ME to PRS | N/A | In RTF - PRSME upcoming | Y | Y | SARA - RTF |
| 1S | 9/7/2026 | CR | 1/18/2019 | AE | 1/2020* | PB denied 1 YR - disciplinary | N | N | N/A |
| 1S | 8/23/2019 | AE | 7/2/2019 | Graduation | N/A | Violated Willard | N | N | N/A |
| 1S | 8/31/2019 | CR | 11/9/2018 | CR | N/A | Jail Time Adj | N | N | N/A |
| 1S | 9/3/2019 | ME | 9/3/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 9/10/2019 | ME to PRS | 1/10/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 9/28/2019 | ME | 9/28/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 11/9/2019 | ME to PRS | 4/11/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 1/31/2020 | ME | 10/1/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 5/6/2020 | AE | 4/2/2019 | ME to PRS | N/A | Violated RTF | Y | Y | SARA RTF - Violated and Readmited as PV |
| 1S | 9/27/2019 | ME to PRS | 4/21/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 8/28/2019 | ME to PRS | 1/31/2019 | CR | N/A | Lost Good Time | Y | N | N/A |
| 1S | 9/5/2019 | ME to PRS | 5/21/2019 | CR | N/A | Lost Good Time | Y | Y | SARA - Going to RTF 9/5 |
| 1S | 9/10/2019 | CR | 11/20/2018 | CR | N/A | Lost Good Time | Y | Y | Article 10 hold for 9/10 |
| 1S | 9/15/2019 | CR | 7/15/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 9/16/2019 | ME | 1/21/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 9/26/2019 | CR | 5/24/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 9/27/2019 | ME to PRS | 3/1/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 9/28/2019 | ME | 9/28/2018 | CR | N/A | Lost Good Time | Y | N | N/A |
| 1S | 10/1/2019 | ME to PRS | 6/17/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 10/6/2019 | ME | N/A | N/A | 8/26/2019 | PJT Adjustment | N | N | N/A |
| 1S | 10/7/2019 | ME to PRS | 5/1/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 10/8/2019 | ME | 3/23/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 10/10/2019 | ME to PRS | 10/10/2018 | CR | N/A | Lost Good Time | Y | N | N/A |
| 1S | 10/19/2019 | ME to PRS | 7/5/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 10/29/2019 | ME | 6/29/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 10/29/2019 | ME to PRS | 6/19/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 11/6/2019 | CR | 5/6/2019 | CR | N/A | Lost Good Time | Y | N | N/A |
| 1S | 11/9/2019 | AE | 8/14/2018 | ME to PRS | N/A | Violated RTF | Y | Y | SARA RTF - Violated and Readmited as PV |
| 1S | 11/10/2019 | CR | 11/29/2018 | ME | N/A | Rec'd Add'l Sent | N | N | N/A |
| 2S | 11/15/2019 | ME | 11/15/2018 | CR | N/A | Lost Good Time | Y | N | N/A |
| 1S | 11/15/2019 | ME | 11/15/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 2S | 11/18/2019 | ME | 3/28/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 11/22/2019 | ME to PRS | 3/2/2018 | CR | N/A | Lost Good Time | Y | N | N/A |
| 1S | 11/23/2019 | ME to PRS | 1/11/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 12/2/2019 | ME | 1/22/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 2S | 12/2/2019 | Merit | 9/3/2018 | Merit | N/A | Rec'd Add'l Sent | N | N | N/A |
| 1S | 12/3/2019 | CR | 12/3/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 12/7/2019 | AE | 10/23/2018 | Graduation | N/A | Refused Willard | N | N | N/A |
| 1S | 12/15/2019 | CR | 3/14/2019 | Merit | 3/15/2020 | Merit Denied (Disc) | N | N | N/A |
| 1S | 12/20/2019 | AE | 7/16/2018 | ME to PRS | N/A | Violated RTF | Y | Y | SARA RTF - Violated and Readmited as PV |
| 1S | 12/20/2019 | ME to PRS | 6/18/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 12/22/2019 | ME to PRS | 7/16/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 1/5/2020 | CR | 1/29/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 1/6/2020 | ME to PRS | 7/31/2019 | CR | N/A | Lost Good Time | Y | N | N/A |
| 1S | 1/13/2020 | ME to PRS | 1/13/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 1/13/2020 | ME to PRS | 12/17/2019 | CR | N/A | Lost Good Time | Y | N | N/A |
| 1S | 1/16/2020 | ME | 7/16/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 1/25/2020 | ME | 9/25/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 1/25/2020 | CR | 12/3/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 1/28/2020 | ME to PRS | 12/6/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 1/28/2020 | ME | 7/28/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 2/12/2020 | ME | 2/12/2019 | CR | 1/30/2021 | LGT / Rec'd Add'l Sentence | N | N | N/A |
| 1S | 2/16/2020 | ME | 2/16/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 2/17/2020 | ME to PRS | 5/27/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 2/25/2020 | ME | 2/25/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 3/2/2020 | ME | 11/2/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 3/9/2020 | CR | 2/9/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 3/11/2020 | ME | 11/11/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 3/12/2020 | CR | 7/11/2019 | CR | N/A | Jail Time Adj | N | N | N/A |
| 1S | 3/17/2020 | ME to PRS | 6/1/2019 | CR | N/A | Lost Good Time | N | N | N/A |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1S | 3/21/2020 | ME to PRS | 1/29/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 4/9/2020 | CR | 7/9/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 4/10/2020 | ME to PRS | 4/10/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 4/23/2020 | ME | 4/23/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 4/27/2020 | ME | 12/27/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 5/2/2020 | ME | 1/2/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 5/6/2020 | ME to PRS | 11/30/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 2S | 5/16/2020 | ME | 1/16/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 5/26/2020 | ME | 1/26/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 6/3/2020 | ME | 10/3/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 7/14/2020 | ME | 3/14/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 7/17/2020 | ME | 9/5/2017 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 7/27/2020 | ME to PRS | 7/27/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 7/31/2020 | ME to PRS | 6/9/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 8/10/2020 | ME | 3/4/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 2S | 8/12/2020 | CR | 8/12/2018 | CR | N/A | Rec'd Add'l Sent | N | N | N/A |
| 1S | 8/15/2020 | ME to PRS | 9/9/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 8/18/2020 | ME to PRS | 4/6/2018 | CR | N/A | LGT / Rec'd Add'l Sentence | N | N | N/A |
| 1S | 8/23/2020 | ME | 4/23/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 8/25/2020 | CR | 2/25/2019 | CR | N/A | Rec'd Add'l Sent | N | N | N/A |
| 1S | 9/22/2020 | ME to PRS | 7/31/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 9/25/2020 | ME to PRS | 4/19/2019 | CR | N/A | Lost Good Time | Y | N | N/A |
| 1S | 10/5/2020 | ME | 6/5/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 10/11/2020 | CR | 4/27/2018 | CR | N/A | LGT / Rec'd Add'l Sentence | N | N | N/A |
| 1S | 10/12/2020 | ME | 6/12/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 11/12/2020 | ME to PRS | 2/22/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 12/7/2020 | CR | 6/7/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 12/23/2020 | ME to PRS | 2/11/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 1/17/2021 | CR | 2/15/2018 | Merit | N/A | Merit Denied (Programs) | N | N | N/A |
| 1S | 1/25/2021 | ME | 5/25/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 2/2/2021 | ME | 6/18/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 3/13/2021 | ME to PRS | 6/23/2019 | CR | N/A | Lost Good Time | Y | N | N/A |
| 1S | 3/25/2021 | ME | 8/20/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 3/27/2021 | ME | 9/24/2017 | CR | Oct-19 | Lost Good Time | N | N | N/A |
| 1S | 3/28/2021 | ME | 3/28/2019 | CR | 1/28/2020 | Updated to reflect CS Sent | N | N | N/A |
| 1S | 5/10/2021 | ME | 4/28/2019 | CR | N/A | LGT / Rec'd Add'l Sentence | N | N | N/A |
| 1S | 5/16/2021 | CR | 1/2/2019 | CR | N/A | Rec'd Add'l Sent | N | N | N/A |
| 1S | 6/5/2021 | ME | 6/5/2019 | CR | 9/20/2019 | Lost Good Time | N | N | N/A |
| 1S | 6/13/2021 | ME to PRS | 11/15/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 6/16/2021 | CR | 6/16/2016 | ME | N/A | Updated to reflect CS sent | N | N | N/A |
| 1S | 6/28/2021 | ME to PRS | 11/30/2018 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 8/9/2021 | CR | 4/29/2018 | CR | N/A | Rec'd Add'l Sent | N | N | N/A |
| 1S | 9/12/2021 | ME | 2/14/2019 | CR | N/A | Lost Good Time | N | N | N/A |
| 1S | 3/14/2022 | CR | 11/14/2018 | CR | 11/14/2020 | Rec'd Add'l Sent | N | N | N/A |
| 1S | 12/31/9999 | ME | 10/11/2016 | CPDO | Sep-20 | Pending ICE | N | N | N/A |

Confidential