Exhibit 106 to the
Declaration of Joshua M. Rosenthal
in Support of Plaintiffs' Sur-Reply in
Opposition to Defendants'
Motion to Dismiss

FILED UNDER SEAL