# Exhibit 107 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss

CONFIDENTIAL – FILED WITH REDACTIONS

**To:** Vogel, Wendy M (OMH) **REDACTED**
**Cc:** Rohs, Karin E (OMH) **REDACTED**, Niemeyer, Timothy (OPWDD) **REDACTED**; Macnaughton, James M (OPWDD) **REDACTED**
**From:** Chardwierschem, Deborah J (OPWDD)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DF377C6212784EF494B47624F92D8149-CHARDWIERSC]
**Sent:** Wed 7/17/2019 1:19:28 PM (UTC-04:00)
**Subject:** RE: Prison Referral - PC
**P.C.** Eligibility determination.pdf

Our Regional Office staff just informed me that **P.C.** has not been found eligible for OPWDD Services. I've attached a copy of the determination letter for your records.

**Deborah J. Chard-Wierschem, Ph.D.**
Director, Bureau of Intensive Treatment Services

Division of Service Delivery
State Operations & Statewide Services
NYS Office for People With Developmental Disabilities
44 Holland Avenue, Albany, NY 12229

Secretary:
Direct:
Fax:           (518) 474-3599
E-mail:                **REDACTED**
Bureau E-mail:         **REDACTED**



IMPORTANT NOTICE:
This e-mail is meant only for the use of the intended recipient. It may contain confidential information which is legally privileged or otherwise protected by law. If you received this e-mail in error or from someone who was not authorized to send it to you, you are strictly prohibited from reviewing, using, disseminating, distributing or copying the e-mail. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND DELETE THIS MESSAGE FROM YOUR SYSTEM. Thank you for your cooperation.

---

**From:** Chardwierschem, Deborah J (OPWDD)
**Sent:** Wednesday, July 17, 2019 11:42 AM
**To:** Vogel, Wendy M (OMH) **REDACTED**
**Cc:** Rohs, Karin E (OMH) **REDACTED**
**Subject:** RE: Prison Referral - PC

I will check and get back to you.

**Deborah J. Chard-Wierschem, Ph.D.**
Director, Bureau of Intensive Treatment Services

Division of Service Delivery
State Operations & Statewide Services
NYS Office for People With Developmental Disabilities
44 Holland Avenue, Albany, NY 12229

Secretary:
Direct:
Fax:           (518) 474-3599
E-mail:                **REDACTED**



**IMPORTANT NOTICE:**
This e-mail is meant only for the use of the intended recipient. It may contain confidential information which is legally privileged or otherwise protected by law. If you received this e-mail in error or from someone who was not authorized to send it to you, you are strictly prohibited from reviewing, using, disseminating, distributing or copying the e-mail. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND DELETE THIS MESSAGE FROM YOUR SYSTEM. Thank you for your cooperation.

---

**From:** Vogel, Wendy M (OMH)
**Sent:** Wednesday, July 17, 2019 8:33 AM
**To:** Chardwierschem, Deborah J (OPWDD)    **REDACTED**
**Cc:** Rohs, Karin E (OMH)   **REDACTED**
**Subject:** Prison Referral - PC

Good morning Deb,

Can we get a status update on this case? Seems like we have been in pending status for some time.

Thanks,
Wendy

**Wendy Vogel, MPA**
Director, CNYPC Pre-Release Services

**Office of Mental Health**
Attn: CDPC Unit B – Pre-Release and Reentry Services
44 Holland Avenue, Albany, New York 12229
**REDACTED** | 518.956.9450 (F) | **REDACTED**

**IMPORTANT NOTICE:**
This e-mail is meant only for the use of the intended recipient. It may contain confidential information which is legally privileged or otherwise protected by law. If you received this e-mail in error or from someone who was not authorized to send it to you, you are strictly prohibited from reviewing, using, disseminating, distributing or copying the e-mail. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND DELETE THIS MESSAGE FROM YOUR SYSTEM. Thank you for your cooperation.

---

**From:** O'Connor, Natasha X (OPWDD)
**Sent:** Monday, July 08, 2019 8:22 AM
**To:** Genovese, Shannon M (DOCCS)    **REDACTED**
**Cc:** Simmons, Eve M (DOCCS)    **REDACTED**
**Subject:** RE: P.C. **REDACTED**

Good morning,
I believe that the Eligibility unit will contact you directly with the outcome or if more information is needed. I am in the Forensic unit but is following the case. If I hear anything then I will certainly inform you.

Have a great day!!

Natasha O'Connor, Ph.D., BCBA LBA
Licensed Psychologist
Director of Forensic Services, Long Island, Regional Office 5
NYS Office for People With Developmental Disabilities
415-A Oser Ave, Hauppauge, NY 11788

REDACTED      www.opwdd.ny.gov

**From:** Genovese, Shannon M (DOCCS)
**Sent:** Monday, July 08, 2019 8:19 AM
**To:** O'Connor, Natasha X (OPWDD)      REDACTED
**Cc:** Simmons, Eve M (DOCCS)            REDACTED
**Subject:** P.C. REDACTED

Good morning,

When a determination has been made regarding inmate P.C. or if more information is needed, can you please contact me so that DOCCS may move forward with the next steps? Thank you.

Shannon Genovese, LMSW II
Department of Corrections and Community Supervision
Sullivan Correctional Facility, 325 Riverside Drive, P.O. Box 116
Fallsburg, NY 12733-0116

IMPORTANT NOTICE : This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail and any attachments.