Exhibit 108 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss

CONFIDENTIAL – FILED UNDER SEAL, SUBJECT TO COURT ORDER