Exhibit 111 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss

| Central New York Psychiatric Center<br>**Corrections-Based Operations Manual**<br><br>**PRE-RELEASE COORDINATION** | Date: 6/28/16 | Policy #8.13 |
|---|---|---|
| | Supersedes:  7/9/09 | Page(s):  1 of 2 |
| Prepared By:  Wendy Vogel, Director, Pre-Release Services | Policy:<br><br>**Housing Referrals - SMI** ||
| Approved By:  Lori Schatzel, Director, CBO |||

**POLICY:**

Inmate-patients who are seriously mentally ill (SMI) should be assessed for an appropriate housing plan upon release.  If an inmate-patient with SMI is expected to be homeless, is at risk of homelessness, or when otherwise clinically indicated, an application for mental health housing should be completed.   CNYPC staff should work in collaboration with Offender Rehabilitation Counselors (ORC) if the inmate-patient will be under community supervision upon release.

**PROCEDURES:**

1. CNYPC staff should meet with inmate-patients who are SMI at least 6 months prior to discharge to determine expected housing status at time of release.  If the inmate-patient expects to be homeless or is at risk of homelessness (for example, submits a relative's address which may be denied by Field Parole, etc.), or requires mental health supportive housing, the PRC should complete appropriate housing applications with patient consent, according to county of release.

**NYC Housing Application Process**

1. Pre-Release staff should complete the HRA2010e application at least 90 days prior to release.  The HRA2010e application and determination letter should be forwarded to the Reentry Coordination System (RCS), along with the RCS application for mental health housing.

2. PRCs are responsible for working with RCS to arrange for Video Teleconference (VTC) interviews or telephone interviews between the inmate-patient and potential housing providers as soon as possible.  PRCs should prepare inmate-patients for housing interviews and attend the interview, when possible.  If the PRC is unavailable, the primary therapist should attend.

3. If the inmate-patient is expected to be homeless at the time of release, the PRC should alert the NYC Department of Homeless Services (with patient consent).

| **Corrections-Based Operations Manual** <br><br> PRE-RELEASE COORDINATION <br> *-Continuation Page-* | Date: 6/28/16 | Policy #8.13 | Page: 2 of 2 |
|---|---|---|---|
| | Policy: <br><br> **Housing Referrals - SMI** | | |

### Non-NYC Housing Application Process

1. Pre-Release staff should submit the Single Point of Access (SPOA) application for mental health housing to the SPOA Coordinator in the County of Release at least 90 days prior to release.

2. Pre-Release staff is responsible for following-up with the County SPOA Coordinator to facilitate access to housing.  This may include VTC or telephone interviews, as requested.

3. If the inmate-patient is expected to be homeless at the time of release, CNYPC staff should work with the County SPOA Coordinator, care coordination team, ORC and Field Parole staff to develop appropriate plans.