# Exhibit 113 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss

CONFIDENTIAL – FILED WITH REDACTIONS

**To:** Conboy, Theresa M (OMH) **REDACTED**
**From:** Kancyr, Lisa (OMH)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0AA1A31665D441D2979E62DF70066FFF-KANCYR, LIS]
**Sent:** Thur 5/31/2018 10:34:16 AM (UTC-04:00)
**Subject:** RE: RTF

When a patient is held by DOCCS on residency conditions, they are no longer on the Pre-Release caseload. We defer to DOCCS on these cases to alert OMH when housing is found/approved.

**From:** Conboy, Theresa M (OMH)
**Sent:** Thursday, May 31, 2018 9:19 AM
**To:** Kancyr, Lisa (OMH)
**Subject:** RE: RTF

Hi Lisa,
It's not just the RTF inmates, it's for those held past for mental health housing as well. **C.J.** **C.J.** for instance, the ORC wouldn't update SPOA right? Since they're both SMI despite RTF wouldn't they still fall on my caseload?
I am absolutely okay deferring completely to DOCCs, just trying to figure out where the line is.

**From:** Kancyr, Lisa (OMH)
**Sent:** Thursday, May 31, 2018 9:03 AM
**To:** Conboy, Theresa M (OMH) **REDACTED**
**Subject:** FW: RTF

Hi – we don't follow up with referrals for RTF inmates. We wait until DOCCS finds placement and proposes a release date. Let me know if you have any questions.
Thanks
Lisa

**From:** Rohs, Karin E (OMH)
**Sent:** Thursday, May 31, 2018 8:46 AM
**To:** Conboy, Theresa M (OMH)  **REDACTED** ; omh.sm.co.DFS_Research **REDACTED**
**Cc:** Luguri, Leta B (OMH) **REDACTED** ; Farrell, Paul D (OMH) **REDACTED** ; Kancyr, Lisa (OMH) **REDACTED**
**Subject:** RE: RTF

Theresa,
Lisa or I will follow up with you about below concerns in regards to RTF individuals.
Thanks so much!

# Karin Rohs, LCSW
Forensic Unit Chief, Pre-Release Services
Office of Mental Health
Attn: CDPC Unit B- Pre-Release Services
44 Holland Ave., Albany, NY 12229
(REDACTED) | **REDACTED**
www.omh.ny.gov

**From:** Conboy, Theresa M (OMH)
**Sent:** Thursday, May 31, 2018 8:45 AM
**To:** omh.sm.co.DFS_Research **REDACTED**
**Cc:** Luguri, Leta B (OMH) **REDACTED** ; Rohs, Karin E (OMH) **REDACTED** ; Farrell, Paul D (OMH) **REDACTED**
**Subject:** RE: RTF

Okay, thanks for attempting. I'm unsure how this will work moving forward. I just happened to run into **REDACTED** for instance and he asked that I follow up on his referrals, all of which had been expired so it was fortunate that he stopped me. Same deal with Mr. **C.J.** who just came in from Fishkill and had an expired SPOA.
Thanks again.
Theresa

**From:** omh.sm.co.DFS_Research
**Sent:** Thursday, May 31, 2018 8:35 AM
**To:** Conboy, Theresa M (OMH) **REDACTED**
**Cc:** Luguri, Leta B (OMH) **REDACTED** ; Rohs, Karin E (OMH) **REDACTED** ; Farrell, Paul D (OMH) **REDACTED**
**Subject:** RE: RTF

Hi,
The problem is that some Facilities change the Earliest Release Date to "NONE" for RTFs. If the DOCCS ORC does that, then DOCCS refuses to send us those inmates via our weekly data feed.

**DOCCS Facility**

| | | | |
|---|---|---|---|
| Rec'd at Owning Facility Date | 10/05/2017 | Owning | Marcy Res Mntl Hlth Unit | Current | Marcy Res Mntl Hlth Unit |
| Last Admit Date | 08/10/2016 | Last Admit Type | Return From Omh No New Term | Custodial Care Status | |
| Initial Incarceration Date | 06/27/2011 | Discharge/Enhanced ICP | | | |

**Release**

| | | | | | |
|---|---|---|---|---|---|
| Earliest Release Date | 01/04/2018 | Release Type | Maximum Expiration | Graduation Date | |
| Anticipated Release Date | 01/04/2018 | Actual Release Date | | Review Release Date | |
| Anticipated (CS) | 01/04/2018 | Anticipated (No CS) | 01/04/2018 | Immediate Release | |

We've asked DOCCS to include "Blank" and "NONE" Earliest Release Dates as well, but we've been denied.
Sorry I couldn't be of more help.
Thanks,

**Andrew Havlik**
Psychologist 2, Forensic Research
**Office of Mental Health**
44 Holland Avenue, Albany, New York 12229
REDACTED
www.omh.ny.gov

**From:** Conboy, Theresa M (OMH)
**Sent:** Thursday, May 31, 2018 8:23 AM
**To:** omh.sm.co.DFS_Research  REDACTED
**Cc:** Luguri, Leta B (OMH)  REDACTED ; Rohs, Karin E (OMH)  REDACTED
**Subject:** RE: RTF

Sure, I know [REDACTED] is being held for mental health housing. Mr. **C.J.** (DIN: REDACTED, [REDACTED], and [REDACTED] are some on her list. A lot of these cases have been coming up on emergency callouts and RCTP admissions as well so the PT are looking to me to fix the stressor.

**From:** omh.sm.co.DFS_Research
**Sent:** Thursday, May 31, 2018 8:17 AM
**To:** Conboy, Theresa M (OMH)  REDACTED
**Cc:** Luguri, Leta B (OMH)  REDACTED ; Rohs, Karin E (OMH)  REDACTED
**Subject:** RE: RTF

Hi,
Since I don't really have much to go on and there really isn't clear logic for "Who is in RTF" I'm not sure this will be helpful...but, here are the inmates in REMS, with their most current Admission = "Admission to RTF" at a Green Haven facility. Unfortunately if their Last Admission was "Return from Court" or something like that, then we wouldn't be able to tell them apart from a typical inmate returning from court, they'd appear the same according to REMS. Can you give me an example of someone not on my list but on the DOCCS ORC list so I can do a little research into why I can't get them on my list?

Confidential                                                                                                                    OMH-00022126

| NAME | NYSID | DIN | RELEASE_DATE | OWNING_FACILITY_DESC | ADMISSION_TYPE_DESC |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Thanks,

**Andrew Havlik**
Psychologist 2, Forensic Research
**Office of Mental Health**
44 Holland Avenue, Albany, New York 12229
REDACTED
www.omh.ny.gov

**From:** Conboy, Theresa M (OMH)
**Sent:** Thursday, May 31, 2018 8:11 AM
**To:** omh.sm.co.DFS_Research  REDACTED
**Cc:** Luguri, Leta B (OMH)  REDACTED  ; Rohs, Karin E (OMH)  REDACTED
**Subject:** RE: RTF

Hi Andrew,
Thanks, I would really appreciate it! Since they come to us after they become RTF it's hard to track. I've asked the RTF ORC, but her list doesn't necessarily have everyone, only those waiting for SARA housing not being held for mental health housing. I've had a few come in with expired HRA/SPOAs who are waiting without being on lists anymore. I'm hoping to clean up the cases a bit.
Thanks again.

**From:** omh.sm.co.DFS_Research
**Sent:** Thursday, May 31, 2018 8:05 AM
**To:** Conboy, Theresa M (OMH)  REDACTED
**Cc:** Luguri, Leta B (OMH)  REDACTED  ; Rohs, Karin E (OMH)  REDACTED
**Subject:** RE: RTF

Hi Theresa,
We don't have an "In RTF" Indicator so there really isn't a way for you to get that listing on your own through a REMS report. Leta/Karin, are you keeping track of RTFs in some way or simply waiting for DOCCS to notify Pre-Release that an RTF has housing?
It's possible that I could use "Last Admit Type" to grab RTFs. Will all RTFs have "Admission to Res Treatment" as their Last Admit Type in FPMS? I can get you a listing off all Admission to Res Treatment at Green Haven that are 7818 eligible (had MH services within last 3 years). If they are level 6 (and not 7818 eligible), DOCCS won't send us data for those inmates.



Confidential                                                                                                                OMH-00022127

I'll see what I can come up with, it may work but not sure as RTF data is very limited.
Thanks,

**Andrew Havlik**
Psychologist 2, Forensic Research
**Office of Mental Health**
44 Holland Avenue, Albany, New York 12229
▮ **REDACTED**
www.omh.ny.gov

---

**From:** Conboy, Theresa M (OMH)
**Sent:** Thursday, May 31, 2018 7:38 AM
**To:** omh.sm.co.DFS_Research    **REDACTED**
**Subject:** RTF

Good morning,
Is there a way through REMs that I can run a report of the RTF inmates at my facility?

**Theresa Conboy, LMSW**
Social Worker II/ PRC
Central New York Psychiatric Center
Green Haven Correctional Facility Psychiatric Satellite Unit
594 Route 216, Stormville, NY 12582
▮ **REDACTED**

IMPORTANT NOTICE:
This e-mail is meant only for the use of the intended recipient. It may contain confidential information which is legally privileged or otherwise protected by law. If you received this e-mail in error or from someone who was not authorized to send it to you, you are strictly prohibited from reviewing, using, disseminating, distributing or copying the e-mail. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND DELETE THIS MESSAGE FROM YOUR SYSTEM. Thank you for your cooperation.