Exhibit 115 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss

| NAME | DIN | RELEASE_ACTUAL_DT | OWNING_FACILITY | HOUSING_LOCATION | SMI_CLASSIFICATION | HOUSING_REF_TYPE | HOUSING_REF_SUBMISSION_DT | NO SUBMISSION RATIONALE |
|---|---|---|---|---|---|---|---|---|
| | | 1/23/2019 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 10/23/2018 | |
| | | 1/23/2019 | Midstate | DSS | SMI-V | County SPOA/SPA | 11/29/2018 | |
| | | 1/24/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 12/31/2018 | |
| | | 1/25/2019 | Downstate Reception | Shelter | SMI-V | RCS | 1/30/2018 | |
| | | 1/25/2019 | Green Haven General | DSS | SMI-Non V | County SPOA/SPA | 11/28/2018 | |
| | | 1/28/2019 | Fishkill General | DSS | SMI-V | County SPOA/SPA | | RF |
| | | 1/28/2019 | Groveland | Shelter | SMI-Non V | RCS | 12/6/2018 | |
| | | 1/29/2019 | Elmira General | Bronx MH Shelter/Ana's Place | SMI-Non V | RCS | 1/4/2019 | |
| | | 1/29/2019 | Clinton Icp | Shelter | SMI-V | County SPOA/SPA | 1/7/2019 | |
| | | 2/1/2019 | Downstate Reception | Shelter | SMI-V | | | No Time |
| | | 2/6/2019 | Fishkill Icp | DSS | SMI-Non V | County SPOA/SPA | 12/12/2018 | |
| | | 2/7/2019 | Sing Sing Icp | Shelter | SMI-V | RCS | 10/31/2018 | |
| | | 2/8/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 1/23/2019 | |
| | | 2/8/2019 | Elmira Icp | Shelter | SMI-V | RCS | 1/15/2019 | |
| | | 2/11/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 1/3/2019 | |
| | | 2/12/2019 | Green Haven General | Bronx MH Shelter/Ana's Place | SMI-V | RCS | 12/10/2018 | |
| | | 2/14/2019 | Fishkill General | Hotel/Motel | SMI-Non V | County SPOA/SPA | 12/7/2018 | |
| | | 2/14/2019 | Downstate Reception | Shelter | SMI-Non V | RCS | 2/12/2019 | |
| | | 2/15/2019 | Green Haven General | DSS | SMI-V | County SPOA/SPA | 12/17/2018 | |
| | | 2/15/2019 | Auburn General | Shelter | SMI-V | RCS | 2/1/2019 | |
| | | 2/19/2019 | Fishkill Icp | Shelter | SMI-V | County SPOA/SPA | 10/29/2018 | |
| | | 2/20/2019 | Downstate Reception | Shelter | SMI-V | County SPOA/SPA | 2/6/2019 | |
| | | 2/22/2019 | Bedford Hills | Shelter | SMI-V | RCS | 1/24/2019 | |
| | | 2/22/2019 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 10/22/2018 | |
| | | 2/22/2019 | Clinton General | DSS | SMI-V | County SPOA/SPA | 12/3/2018 | |
| | | 2/25/2019 | Green Haven Icp | DSS | SMI-V | County SPOA/SPA | 12/31/2018 | |
| | | 2/26/2019 | Midstate | DSS | SMI-V | County SPOA/SPA | 1/31/2019 | |
| | | 2/27/2019 | Bedford Hills Tbu | Shelter | SMI-V | RCS | 1/16/2019 | |
| | | 2/27/2019 | Marcy Res Mntl Hlth Unit | Shelter | SMI-V | RCS | 12/21/2018 | |
| | | 2/27/2019 | Great Meadow General | DSS | SMI-V | County SPOA/SPA | 1/16/2019 | |
| | | 2/28/2019 | Fishkill General | DSS | SMI-Non V | County SPOA/SPA | 12/19/2018 | |
| | | 2/28/2019 | Mohawk | Shelter | SMI-Non V | County SPOA/SPA | 1/31/2019 | |
| | | 2/28/2019 | Mohawk | DSS | SMI-V | County SPOA/SPA | 1/25/2019 | |
| | | 2/28/2019 | Groveland | Shelter | SMI-V | County SPOA/SPA | 2/1/2019 | |
| | | 3/1/2019 | Collins | DSS | SMI-Non V | County SPOA/SPA | 2/6/2020 | |
| | | 3/1/2019 | Midstate | Hotel/Motel | SMI-V | County SPOA/SPA | 2/1/2019 | |
| | | 3/1/2019 | Elmira General | Shelter | SMI-V | RCS | 1/30/2019 | |
| | | 3/1/2019 | Groveland | DSS | SMI-Non V | County SPOA/SPA | 4/4/2018 | |
| | | 3/1/2019 | Attica General | Hotel/Motel | SMI-V | County SPOA/SPA | 1/16/2019 | |
| | | 3/4/2019 | Bedford Hills Reception | DSS | SMI-Non V | County SPOA/SPA | 2/5/2019 | |
| | | 3/5/2019 | Midstate | DSS | SMI-V | County SPOA/SPA | 2/4/2019 | |
| | | 3/5/2019 | Downstate Reception | Shelter | SMI-V | RCS | 2/6/2019 | |
| | | 3/7/2019 | Midstate | Shelter | SMI-Non V | RCS | 3/4/2019 | |
| | | 3/8/2019 | Downstate Reception | DSS | SMI-V | County SPOA/SPA | 2/7/2019 | |
| | | 3/8/2019 | Great Meadow General | Shelter | SMI-V | RCS | 2/26/2019 | |
| | | 3/12/2019 | Fishkill General | Bronx MH Shelter/Ana's Place | SMI-V | RCS | 1/30/2019 | |
| | | 3/13/2019 | Five Pt Res Mhu | DSS | SMI-V | | | RF |
| | | 3/14/2019 | Fishkill General | Shelter | SMI-V | RCS | 2/22/2019 | |
| | | 3/15/2019 | Downstate Reception | Shelter | SMI-V | | | RF |
| | | 3/19/2019 | Attica General | Hotel/Motel | SMI-Non V | County SPOA/SPA | 1/31/2019 | |
| | | 3/20/2019 | Auburn Icp | Shelter | SMI-V | RCS | 1/24/2019 | |
| | | 3/22/2019 | Auburn Icp | Shelter | SMI-V | County SPOA/SPA | 1/16/2019 | |
| | | 3/26/2019 | Bedford Hills Icp | Shelter | SMI-V | RCS | 1/31/2019 | |
| | | 3/27/2019 | Elmira General | DSS | SMI-Non V | County SPOA/SPA | 1/23/2019 | |
| | | 3/27/2019 | Great Meadow General | Shelter | SMI-V | | | RF |
| | | 3/27/2019 | Elmira Icp | Shelter | SMI-V | County SPOA/SPA | 1/31/2019 | |

| NAME | DIN | RELEASE_ACTUAL_DT | OWNING_FACILITY | HOUSING_LOCATION | SMI_CLASSIFICATION | HOUSING_REF_TYPE | HOUSING_REF_SUBMISSION_DT | NO SUBMISSION RATIONALE |
|---|---|---|---|---|---|---|---|---|
| | | 3/28/2019 | Midstate | Shelter | SMI-V | RCS | 3/4/2019 | |
| | | 4/1/2019 | Midstate Icp | DSS | SMI-V | County SPOA/SPA | 3/5/2019 | |
| | | 4/1/2019 | Fishkill General | Shelter | SMI-V | RCS | | No Time |
| | | 4/2/2019 | Midstate | Shelter | SMI-Non V | RCS | 3/20/2019 | |
| | | 4/4/2019 | Sing Sing Icp | DSS | SMI-V | County SPOA/SPA | 1/31/2019 | |
| | | 4/4/2019 | Clinton General | Shelter | SMI-V | County SPOA/SPA | 2/11/2019 | |
| | | 4/5/2019 | Downstate Reception | Shelter | SMI-V | RCS | 3/7/2019 | |
| | | 4/5/2019 | Elmira General | DSS | SMI-V | County SPOA/SPA | 2/20/2019 | |
| | | 4/5/2019 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 1/31/2019 | |
| | | 4/5/2019 | Midstate Icp | Shelter | SMI-V | RCS | 2/28/2019 | |
| | | 4/5/2019 | Bedford Hills | Shelter | SMI-V | RCS | 2/7/2019 | |
| | | 4/5/2019 | Bedford Hills | Shelter | SMI-V | County SPOA/SPA | 2/28/2019 | |
| | | 4/9/2019 | Green Haven Icp | Shelter | SMI-V | RCS | 12/21/2018 | |
| | | 4/9/2019 | Green Haven Icp | Bronx MH Shelter/Ana's Place | SMI-V | RCS | 3/19/2019 | |
| | | 4/11/2019 | Fishkill General | DSS | SMI-Non V | County SPOA/SPA | 3/5/2019 | |
| | | 4/11/2019 | Willard Dtc Female | Shelter | SMI-Non V | RCS | 2/25/2019 | |
| | | 4/12/2019 | Downstate Reception | Shelter | SMI-V | RCS | 3/7/2019 | |
| | | 4/12/2019 | Elmira General | Shelter | SMI-V | RCS | 3/7/2019 | |
| | | 4/12/2019 | Collins | DSS | SMI-Non V | County SPOA/SPA | 2/7/2019 | |
| | | 4/15/2019 | Downstate Reception | DSS | SMI-V | County SPOA/SPA | | RF |
| | | 4/24/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 3/21/2019 | |
| | | 4/24/2019 | Attica General | Shelter | SMI-V | County SPOA/SPA | 3/13/2019 | |
| | | 4/26/2019 | Bedford Hills Icp | Shelter | SMI-V | RCS | 3/15/2019 | |
| | | 4/30/2019 | Midstate | Shelter | SMI-Non V | RCS | 4/26/2019 | |
| | | 4/30/2019 | Willard Dtc Male | Shelter | SMI-Non V | RCS | 3/6/2019 | |
| | | 5/1/2019 | Fishkill General | Shelter | SMI-V | RCS | 3/21/2019 | |
| | | 5/1/2019 | Downstate Reception | Shelter | SMI-Non V | RCS | | No Time |
| | | 5/1/2019 | Downstate Reception | Shelter | SMI-V | | | RF |
| | | 5/1/2019 | Sing Sing Corp | Shelter | SMI-Non V | County SPOA/SPA | 1/22/2019 | |
| | | 5/2/2019 | Fishkill General | Bronx MH Shelter/Ana's Place | SMI-Non V | RCS | 3/19/2019 | |
| | | 5/2/2019 | Attica General | Shelter | SMI-V | County SPOA/SPA | 2/26/2019 | |
| | | 5/6/2019 | Midstate | Shelter | SMI-Non V | RCS | 4/10/2019 | |
| | | 5/7/2019 | Fishkill Icp | Bronx MH Shelter/Ana's Place | SMI-V | RCS | 12/7/2018 | |
| | | 5/7/2019 | Great Meadow General | Hotel/Motel | SMI-V | County SPOA/SPA | 3/27/2019 | |
| | | 5/7/2019 | Downstate Reception | DSS | SMI-V | County SPOA/SPA | 4/9/2019 | |
| | | 5/7/2019 | Midstate | DSS | SMI-Non V | | | RF |
| | | 5/8/2019 | Midstate | DSS | SMI-V | County SPOA/SPA | 3/16/2019 | |
| | | 5/8/2019 | Midstate | Shelter | SMI-V | RCS | 3/4/2019 | |
| | | 5/8/2019 | Bedford Hills Icp | Shelter | SMI-V | RCS | 3/20/2019 | |
| | | 5/8/2019 | Fishkill General | DSS | SMI-V | County SPOA/SPA | 3/29/2019 | |
| | | 5/8/2019 | Clinton General | Shelter | SMI-V | RCS | 2/25/2019 | |
| | | 5/10/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 3/19/2019 | |
| | | 5/10/2019 | Albion Female | DSS | SMI-Non V | County SPOA/SPA | 1/10/2019 | |
| | | 5/10/2019 | Downstate Reception | Shelter | SMI-Non V | RCS | 4/8/2019 | |
| | | 5/14/2019 | Auburn General | Hotel/Motel | SMI-V | County SPOA/SPA | 5/13/2019 | |
| | | 5/14/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 3/13/2019 | |
| | | 5/14/2019 | Fishkill Icp | Shelter | SMI-V | | | RF |
| | | 5/14/2019 | Five Points | Shelter | SMI-V | RCS | 4/2/2019 | |
| | | 5/17/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 4/3/2019 | |
| | | 5/17/2019 | Sing Sing Icp | Shelter | SMI-V | RCS | 1/11/2019 | |
| | | 5/17/2019 | Downstate Reception | DSS | SMI-V | County SPOA/SPA | 4/12/2019 | |
| | | 5/17/2019 | Auburn Icp | Shelter | SMI-V | RCS | 3/7/2019 | |
| | | 5/17/2019 | Great Meadow General | DSS | SMI-V | County SPOA/SPA | 5/14/2019 | |
| | | 5/20/2019 | Green Haven General | Hotel/Motel | SMI-V | County SPOA/SPA | 4/29/2019 | |
| | | 5/21/2019 | Green Haven Icp | Hotel/Motel | SMI-V | County SPOA/SPA | 4/23/2019 | |
| | | 5/21/2019 | Wende | Shelter | SMI-V | RCS | 3/25/2019 | |

| NAME | DIN | RELEASE_ACTUAL_DT | OWNING_FACILITY | HOUSING_LOCATION | SMI_CLASSIFICATION | HOUSING_REF_TYPE | HOUSING_REF_SUBMISSION_DT | NO SUBMISSION RATIONALE |
|---|---|---|---|---|---|---|---|---|
| | | 5/23/2019 | Great Meadow General | Shelter | SMI-V | RCS | 5/13/2019 | |
| | | 5/24/2019 | Wende | Shelter | SMI-V | RCS | 4/4/2019 | |
| | | 5/24/2019 | Fishkill General | Shelter | SMI-V | RCS | 4/10/2019 | |
| | | 5/24/2019 | Great Meadow General | Shelter | SMI-Non V | RCS | 1/30/2019 | |
| | | 5/24/2019 | Collins | DSS | SMI-V | County SPOA/SPA | 3/8/2019 | |
| | | 5/28/2019 | Midstate | DSS | SMI-V | County SPOA/SPA | 4/1/2019 | |
| | | 5/28/2019 | Downstate Reception | Shelter | SMI-Non V | RCS | | No Time |
| | | 5/29/2019 | Great Meadow General | Shelter | SMI-V | County SPOA/SPA | 5/15/2019 | |
| | | 5/29/2019 | Great Meadow General | Shelter | SMI-V | RCS | | No Time |
| | | 5/29/2019 | Downstate Reception | DSS | SMI-V | County SPOA/SPA | 5/2/2019 | |
| | | 5/31/2019 | Downstate Reception | DSS | SMI-V | County SPOA/SPA | 4/10/2019 | |
| | | 6/3/2019 | Fishkill General | Shelter | SMI-V | RCS | 5/16/2019 | |
| | | 6/3/2019 | Groveland | DSS | SMI-V | County SPOA/SPA | 4/11/2019 | |
| | | 6/3/2019 | Midstate | Shelter | SMI-V | RCS | 4/19/2019 | |
| | | 6/5/2019 | Auburn Icp | DSS | SMI-V | County SPOA/SPA | 5/13/2019 | |
| | | 6/6/2019 | Midstate | Hotel/Motel | SMI-V | County SPOA/SPA | | RF |
| | | 6/6/2019 | Walsh Reg Medical Unit | DSS | SMI-Non V | County SPOA/SPA | 5/6/2019 | |
| | | 6/7/2019 | Fishkill General | Shelter | SMI-Non V | RCS | 3/5/2019 | |
| | | 6/11/2019 | Green Haven Icp | Bronx MH Shelter/Ana's Place | SMI-V | RCS | 4/4/2019 | |
| | | 6/11/2019 | Fishkill General | DSS | SMI-V | County SPOA/SPA | 3/22/2019 | |
| | | 6/11/2019 | Great Meadow General | DSS | SMI-V | County SPOA/SPA | 5/29/2019 | |
| | | 6/12/2019 | Downstate Reception | Shelter | SMI-V | RCS | 5/2/2019 | |
| | | 6/12/2019 | Sullivan | DSS | SMI-V | County SPOA/SPA | 5/8/2019 | |
| | | 6/14/2019 | Fishkill General | DSS | SMI-V | County SPOA/SPA | 2/22/2019 | |
| | | 6/14/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 4/24/2019 | |
| | | 6/14/2019 | Auburn General | DSS | SMI-Non V | County SPOA/SPA | 3/19/2019 | |
| | | 6/14/2019 | Fishkill General | DSS | SMI-Non V | County SPOA/SPA | 5/15/2019 | |
| | | 6/17/2019 | Downstate Reception | Shelter | SMI-Non V | RCS | 5/13/2019 | |
| | | 6/18/2019 | Midstate | DSS | SMI-V | County SPOA/SPA | 5/21/2019 | |
| | | 6/18/2019 | Fishkill General | DSS | SMI-V | County SPOA/SPA | 4/19/2019 | |
| | | 6/18/2019 | Sullivan Spec Needs Unit | Shelter | SMI-V | RCS | 4/25/2019 | |
| | | 6/19/2019 | Albion Icp | DSS | SMI-Non V | County SPOA/SPA | 5/20/2019 | |
| | | 6/20/2019 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 4/4/2019 | |
| | | 6/20/2019 | Fishkill General | Shelter | SMI-V | County SPOA/SPA | 5/14/2019 | |
| | | 6/21/2019 | Sullivan Spec Needs Unit | Shelter | SMI-V | RCS | 4/4/2019 | |
| | | 6/21/2019 | Downstate Reception | Shelter | SMI-Non V | RCS | 5/29/2019 | |
| | | 6/21/2019 | Auburn General | Hotel/Motel | SMI-Non V | County SPOA/SPA | 4/23/2019 | |
| | | 6/24/2019 | Midstate | DSS | SMI-V | County SPOA/SPA | 5/22/2019 | |
| | | 6/25/2019 | Downstate Reception | Shelter | SMI-V | RCS | | No Time |
| | | 6/25/2019 | Midstate Icp | DSS | SMI-V | County SPOA/SPA | 6/6/2019 | |
| | | 6/28/2019 | Fishkill General | Shelter | SMI-Non V | County SPOA/SPA | 2/22/2019 | |
| | | 6/28/2019 | Midstate ASAT | Shelter | SMI-Non V | County SPOA/SPA | 5/22/2019 | |
| | | 6/28/2019 | Downstate Reception | Shelter | SMI-Non V | | | No Time |
| | | 6/28/2019 | Midstate | Shelter | SMI-V | County SPOA/SPA | 5/20/2019 | |
| | | 7/1/2019 | Bedford Hills | Shelter | SMI-V | County SPOA/SPA | 5/8/2019 | |
| | | 7/1/2019 | Sing Sing Icp | Hotel/Motel | SMI-V | County SPOA/SPA | 4/23/2019 | |
| | | 7/2/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 6/14/2019 | |
| | | 7/2/2019 | Sing Sing Icp | DSS | SMI-V | County SPOA/SPA | 2/19/2019 | |
| | | 7/2/2019 | Attica General | DSS | SMI-Non V | County SPOA/SPA | 5/29/2019 | |
| | | 7/3/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 4/24/2019 | |
| | | 7/5/2019 | Midstate ASAT | DSS | SMI-V | County SPOA/SPA | 6/5/2019 | |
| | | 7/5/2019 | Clinton General | DSS | SMI-V | County SPOA/SPA | 4/15/2019 | |
| | | 7/8/2019 | Auburn General | DSS | SMI-V | County SPOA/SPA | 6/5/2019 | |
| | | 7/8/2019 | Five Pt Res Mhu | Shelter | SMI-Non V | RCS | 6/21/2019 | |
| | | 7/8/2019 | Elmira General | Shelter | SMI-V | RCS | 7/2/2019 | |
| | | 7/9/2019 | Midstate ASAT | Shelter | SMI-V | RCS | 6/18/2019 | |

| NAME | DIN | RELEASE_ACTUAL_DT | OWNING_FACILITY | HOUSING_LOCATION | SMI_CLASSIFICATION | HOUSING_REF_TYPE | HOUSING_REF_SUBMISSION_DT | NO SUBMISSION RATIONALE |
|---|---|---|---|---|---|---|---|---|
| | | 7/9/2019 | Attica General | Hotel/Motel | SMI-V | County SPOA/SPA | 4/22/2019 | |
| | | 7/9/2019 | Fishkill General | Bronx MH Shelter/Ana's Place | SMI-Non V | RCS | 7/18/2018 | |
| | | 7/10/2019 | Fishkill General | Shelter | SMI-V | RCS | 6/26/2019 | |
| | | 7/10/2019 | Wende Special Needs Unit | Shelter | SMI-Non V | RCS | 7/3/2019 | |
| | | 7/12/2019 | Fishkill General | DSS | SMI-Non V | County SPOA/SPA | 5/20/2019 | |
| | | 7/12/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 6/19/2019 | |
| | | 7/15/2019 | Elmira General | Shelter | SMI-V | County SPOA/SPA | 5/17/2019 | |
| | | 7/15/2019 | Five Points | Shelter | SMI-V | RCS | 5/23/2019 | |
| | | 7/16/2019 | Bedford Hills Reception | DSS | SMI-Non V | County SPOA/SPA | 6/19/2019 | |
| | | 7/16/2019 | Wende | DSS | SMI-V | County SPOA/SPA | 6/20/2019 | |
| | | 7/17/2019 | Midstate | Hotel/Motel | SMI-V | County SPOA/SPA | 6/10/2019 | |
| | | 7/17/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 6/24/2019 | |
| | | 7/18/2019 | Attica General | Shelter | SMI-Non V | County SPOA/SPA | 7/9/2019 | |
| | | 7/18/2019 | Downstate Reception | Shelter | SMI-V | RCS | 6/21/2019 | |
| | | 7/22/2019 | Fishkill General | Shelter | SMI-V | RCS | 4/12/2019 | |
| | | 7/22/2019 | Collins | Hotel/Motel | SMI-V | County SPOA/SPA | 5/16/2019 | |
| | | 7/23/2019 | Fishkill General | DSS | SMI-Non V | County SPOA/SPA | 7/3/2019 | |
| | | 7/25/2019 | Green Haven General | DSS | SMI-V | County SPOA/SPA | 7/23/2019 | |
| | | 7/26/2019 | Bedford Hills | DSS | SMI-V | County SPOA/SPA | 6/4/2019 | |
| | | 7/26/2019 | Fishkill General | Shelter | SMI-V | RCS | 6/28/2019 | |
| | | 7/26/2019 | Midstate | DSS | SMI-V | County SPOA/SPA | 5/30/2019 | |
| | | 7/26/2019 | Fishkill Icp | Hotel/Motel | SMI-Non V | County SPOA/SPA | 6/20/2019 | |
| | | 7/26/2019 | Mohawk | Shelter | SMI-V | RCS | 7/23/2019 | |
| | | 7/29/2019 | Fishkill General | Shelter | SMI-V | RCS | 7/23/2019 | |
| | | 7/29/2019 | Marcy Res Mntl Hlth Unit | Shelter | SMI-V | RCS | 7/10/2019 | |
| | | 7/30/2019 | Midstate | Shelter | SMI-V | RCS | 7/17/2019 | |
| | | 7/31/2019 | Fishkill General | DSS | SMI-Non V | County SPOA/SPA | 6/17/2019 | |
| | | 7/31/2019 | Midstate | Hotel/Motel | SMI-V | | | RF |
| | | 7/31/2019 | Great Meadow Icp | Shelter | SMI-V | RCS | 7/29/2019 | |
| | | 7/31/2019 | Great Meadow Icp | Shelter | SMI-V | County SPOA/SPA | 7/19/2019 | |
| | | 8/1/2019 | Fishkill General | Shelter | SMI-V | RCS | 6/3/2019 | |
| | | 8/6/2019 | Auburn General | Shelter | SMI-V | RCS | 7/9/2019 | |
| | | 8/6/2019 | Elmira Icp | Shelter | SMI-V | County SPOA/SPA | 7/22/2019 | |
| | | 8/7/2019 | Green Haven General | Shelter | SMI-V | RCS | 7/15/2019 | |
| | | 8/9/2019 | Attica Icp | Hotel/Motel | SMI-Non V | County SPOA/SPA | 7/24/2019 | |
| | | 8/9/2019 | Willard Dtc Male | Shelter | SMI-V | RCS | 6/28/2019 | |
| | | 8/12/2019 | Downstate Reception | Shelter | SMI-V | RCS | 8/16/2019 | |
| | | 8/12/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 6/20/2019 | |
| | | 8/13/2019 | Elmira General | DSS | SMI-V | County SPOA/SPA | 6/28/2019 | |
| | | 8/16/2019 | Elmira Icp | DSS | SMI-Non V | County SPOA/SPA | 6/28/2019 | |
| | | 8/19/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 6/19/2019 | |
| | | 8/19/2019 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 6/27/2019 | |
| | | 8/19/2019 | Bedford Hills Icp | Shelter | SMI-V | RCS | 6/13/2019 | |
| | | 8/23/2019 | Mohawk | DSS | SMI-V | County SPOA/SPA | 6/21/2019 | |
| | | 8/23/2019 | Auburn Icp | Shelter | SMI-Non V | RCS | 7/18/2019 | |
| | | 8/26/2019 | Clinton General | Shelter | SMI-V | RCS | 7/26/2019 | |
| | | 8/26/2019 | Bedford Hills Reception | Shelter | SMI-V | RCS | 7/29/2019 | |
| | | 8/27/2019 | Willard Dtc Male | DSS | SMI-Non V | County SPOA/SPA | 7/16/2019 | |
| | | 8/27/2019 | Downstate Reception | Shelter | SMI-V | RCS | 8/21/2019 | |
| | | 8/28/2019 | Green Haven Icp | Shelter | SMI-Non V | County SPOA/SPA | 3/13/2019 | |
| | | 8/28/2019 | Fishkill General | Bronx MH Shelter/Ana's Place | SMI-Non V | RCS | 7/15/2019 | |
| | | 8/28/2019 | Albion Icp | DSS | SMI-Non V | County SPOA/SPA | 7/22/2019 | |
| | | 8/30/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 6/21/2019 | |
| | | 8/30/2019 | Albion Female | DSS | SMI-Non V | County SPOA/SPA | 7/12/2019 | |
| | | 8/30/2019 | Bedford Hills | Shelter | SMI-V | RCS | 7/12/2019 | |
| | | 8/30/2019 | Midstate | Shelter | SMI-V | RCS | 7/18/2019 | |

| NAME | DIN | RELEASE_ACTUAL_DT | OWNING_FACILITY | HOUSING_LOCATION | SMI_CLASSIFICATION | HOUSING_REF_TYPE | HOUSING_REF_SUBMISSION_DT | NO SUBMISSION RATIONALE |
|---|---|---|---|---|---|---|---|---|
| | | 9/3/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 8/2/2019 | |
| | | 9/3/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 6/25/2019 | |
| | | 9/3/2019 | Fishkill General | Shelter | SMI-Non V | | | RF |
| | | 9/3/2019 | Fishkill General | Shelter | SMI-V | RCS | 7/25/2019 | |
| | | 9/3/2019 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 7/10/2019 | |
| | | 9/4/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 7/10/2019 | |
| | | 9/4/2019 | Albion Female | Shelter | SMI-Non V | RCS | | Pending Interstate Transfer |
| | | 9/6/2019 | Auburn General | Shelter | | County SPOA/SPA | 7/11/2019 | |
| | | 9/10/2019 | Green Haven General | Bronx MH Shelter/Ana's Place | SMI-V | RCS | 7/23/2019 | |
| | | 9/10/2019 | Fishkill Icp | Bronx MH Shelter/Ana's Place | SMI-V | RCS | 2/14/2019 | |
| | | 9/12/2019 | Great Meadow General | DSS | SMI-Non V | County SPOA/SPA | 8/1/2019 | |
| | | 9/13/2019 | Fishkill General | Shelter | SMI-V | RCS | 8/12/2019 | |
| | | 9/16/2019 | Auburn Icp | Hotel/Motel | SMI-V | County SPOA/SPA | 7/16/2019 | |
| | | 9/16/2019 | Marcy | Hotel/Motel | SMI-Non V | County SPOA/SPA | 6/19/2019 | |
| | | 9/17/2019 | Sing Sing Icp | DSS | SMI-V | County SPOA/SPA | 6/26/2019 | |
| | | 9/18/2019 | Fishkill General | DSS | SMI-Non V | County SPOA/SPA | 7/24/2019 | |
| | | 9/18/2019 | Bedford Hills Reception | DSS | SMI-V | County SPOA/SPA | 8/1/2019 | |
| | | 9/19/2019 | Downstate Reception | Shelter | SMI-V | RCS | | RF |
| | | 9/20/2019 | Bedford Hills Reception | DSS | SMI-Non V | County SPOA/SPA | | RF |
| | | 9/20/2019 | Fishkill General | Shelter | SMI-V | RCS | 7/29/2019 | |
| | | 9/23/2019 | Mohawk | Shelter | SMI-Non V | RCS | 9/9/2019 | |
| | | 9/23/2019 | Downstate Reception | DSS | SMI-Non V | County SPOA/SPA | 8/29/2019 | |
| | | 9/23/2019 | Downstate Reception | Shelter | SMI-V | RCS | 9/9/2019 | |
| | | 9/24/2019 | Bedford Hills | DSS | SMI-V | County SPOA/SPA | 7/31/2019 | |
| | | 9/25/2019 | Elmira General | Shelter | SMI-V | County SPOA/SPA | 8/22/2019 | |
| | | 9/27/2019 | Fishkill General | Shelter | SMI-V | RCS | 8/7/2019 | |
| | | 9/27/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 4/17/2018 | |
| | | 9/27/2019 | Great Meadow Icp | Hotel/Motel | SMI-Non V | County SPOA/SPA | 8/23/2019 | |
| | | 9/27/2019 | Attica General | Shelter | SMI-Non V | RCS | 7/12/2019 | |
| | | 10/1/2019 | Midstate | Shelter | SMI-V | RCS | 8/29/2019 | |
| | | 10/1/2019 | Midstate | Shelter | SMI-V | County SPOA/SPA | 8/13/2019 | |
| | | 10/2/2019 | Sing Sing Icp | DSS | SMI-V | County SPOA/SPA | 7/8/2019 | |
| | | 10/3/2019 | Marcy | DSS | SMI-V | County SPOA/SPA | 7/18/2019 | |
| | | 10/4/2019 | Downstate Reception | Shelter | SMI-V | RCS | | No Time |
| | | 10/4/2019 | Sing Sing Corp | DSS | SMI-V | County SPOA/SPA | 8/21/2019 | |
| | | 10/7/2019 | Bedford Hills | DSS | SMI-V | County SPOA/SPA | 9/30/2019 | |
| | | 10/7/2019 | Fishkill General | DSS | SMI-V | County SPOA/SPA | 2/19/2019 | |
| | | 10/7/2019 | Midstate | Shelter | SMI-V | RCS | 8/26/2019 | |
| | | 10/8/2019 | Green Haven General | Bronx MH Shelter/Ana's Place | SMI-V | RCS | 8/16/2019 | |
| | | 10/9/2019 | Bedford Hills Reception | DSS | SMI-Non V | County SPOA/SPA | 8/22/2019 | |
| | | 10/10/2019 | Downstate Reception | Shelter | SMI-V | RCS | 9/11/2019 | |
| | | 10/10/2019 | Five Points Icp | Hotel/Motel | SMI-Non V | County SPOA/SPA | 8/20/2019 | |
| | | 10/11/2019 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 6/13/2019 | |
| | | 10/11/2019 | Downstate Reception | Shelter | SMI-V | RCS | 9/24/2019 | |
| | | 10/15/2019 | Fishkill General | Shelter | SMI-V | RCS | | RF |
| | | 10/18/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 8/23/2019 | |
| | | 10/22/2019 | Fishkill General | DSS | SMI-Non V | County SPOA/SPA | 9/16/2019 | |
| | | 10/22/2019 | Fishkill General | Shelter | SMI-V | RCS | 7/17/2019 | |
| | | 10/28/2019 | Clinton General | DSS | SMI-Non V | | | RF |
| | | 10/29/2019 | Green Haven General | Bronx MH Shelter/Ana's Place | SMI-Non V | RCS | 9/12/2019 | |
| | | 10/29/2019 | Bedford Hills | DSS | SMI-V | County SPOA/SPA | 9/4/2019 | |
| | | 10/31/2019 | Mohawk | DSS | SMI-V | County SPOA/SPA | 9/26/2019 | |
| | | 11/1/2019 | Wende Icp | Shelter | SMI-V | RCS | 9/18/2019 | |
| | | 11/1/2019 | Attica General | Shelter | SMI-V | RCS | 9/18/2019 | |
| | | 11/1/2019 | Midstate | Shelter | SMI-Non V | County SPOA/SPA | 9/12/2019 | |
| | | 11/4/2019 | Fishkill General | Shelter | SMI-V | RCS | 10/21/2019 | |

| NAME | DIN | RELEASE_ACTUAL_DT | OWNING_FACILITY | HOUSING_LOCATION | SMI_CLASSIFICATION | HOUSING_REF_TYPE | HOUSING_REF_SUBMISSION_DT | NO SUBMISSION RATIONALE |
|---|---|---|---|---|---|---|---|---|
| | | 11/5/2019 | Wende Special Needs Unit | Shelter | SMI-V | RCS | 8/23/2019 | |
| | | 11/7/2019 | Auburn Icp | Shelter | SMI-V | RCS | 10/11/2019 | |
| | | 11/8/2019 | Downstate Reception | Shelter | SMI-Non V | RCS | 11/4/2019 | |
| | | 11/8/2019 | Albion Female | Hotel/Motel | SMI-V | County SPOA/SPA | 8/21/2019 | |
| | | 11/8/2019 | Albion Icp | Shelter | SMI-V | RCS | 8/23/2019 | |
| | | 11/8/2019 | Auburn Icp | DSS | SMI-V | County SPOA/SPA | 9/6/2019 | |
| | | 11/8/2019 | Fishkill General | DSS | SMI-V | County SPOA/SPA | 9/16/2019 | |
| | | 11/8/2019 | Midstate ASAT | DSS | SMI-Non V | County SPOA/SPA | 9/27/2019 | |
| | | 11/12/2019 | Elmira General | Shelter | SMI-V | RCS | 11/1/2019 | |
| | | 11/12/2019 | Fishkill Icp | Bronx MH Shelter/Ana's Place | SMI-V | RCS | 7/31/2019 | |
| | | 11/15/2019 | Fishkill General | DSS | SMI-Non V | County SPOA/SPA | 10/8/2019 | |
| | | 11/15/2019 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 8/20/2019 | |
| | | 11/19/2019 | Auburn General | Shelter | SMI-V | County SPOA/SPA | 9/19/2019 | |
| | | 11/20/2019 | Downstate Reception | DSS | SMI-Non V | County SPOA/SPA | 11/8/2019 | |
| | | 11/20/2019 | Fishkill General | Shelter | SMI-V | County SPOA/SPA | 4/22/2019 | |
| | | 11/20/2019 | Midstate | Shelter | SMI-V | RCS | 10/22/2019 | |
| | | 11/21/2019 | Fishkill General | Shelter | SMI-V | RCS | 11/4/2019 | |
| | | 11/22/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 9/27/2019 | |
| | | 11/22/2019 | Auburn Icp | Shelter | SMI-V | RCS | 10/28/2019 | |
| | | 11/22/2019 | Fishkill General | DSS | SMI-Non V | County SPOA/SPA | 7/19/2019 | |
| | | 11/22/2019 | Downstate Reception | Shelter | SMI-V | RCS | 10/28/2019 | |
| | | 11/22/2019 | Fishkill General | Shelter | SMI-V | RCS | 10/1/2019 | |
| | | 11/25/2019 | Elmira Icp | Hotel/Motel | SMI-V | County SPOA/SPA | 11/1/2019 | |
| | | 11/25/2019 | Clinton General | DSS | SMI-Non V | County SPOA/SPA | 8/23/2019 | |
| | | 11/26/2019 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 9/6/2019 | |
| | | 11/29/2019 | Sing Sing Icp | Shelter | SMI-V | RCS | 8/22/2019 | |
| | | 11/29/2019 | Fishkill Icp | Shelter | SMI-V | RCS | 10/22/2019 | |
| | | 11/29/2019 | Auburn Icp | Hotel/Motel | SMI-V | County SPOA/SPA | 9/6/2019 | |
| | | 11/29/2019 | Sing Sing Icp | Shelter | SMI-V | RCS | 7/3/2019 | |
| | | 12/2/2019 | Midstate | DSS | SMI-Non V | County SPOA/SPA | 10/21/2019 | |
| | | 12/3/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 8/7/2019 | |
| | | 12/4/2019 | Fishkill General | Shelter | SMI-Non V | RCS | 11/4/2019 | |
| | | 12/4/2019 | Midstate ASAT | Shelter | SMI-V | RCS | 12/11/2019 | |
| | | 12/9/2019 | Elmira Reception | DSS | SMI-Non V | County SPOA/SPA | 11/12/2019 | |
| | | 12/10/2019 | Downstate Reception | Bronx MH Shelter/Ana's Place | SMI-V | | | No Time |
| | | 12/13/2019 | Bedford Hills Icp | Shelter | SMI-Non V | RCS | 10/21/2019 | |
| | | 12/13/2019 | Midstate | Hotel/Motel | SMI-V | County SPOA/SPA | 10/25/2019 | |
| | | 12/13/2019 | Woodbourne | Shelter | SMI-Non V | County SPOA/SPA | 11/6/2019 | |
| | | 12/13/2019 | Sing Sing Icp | DSS | SMI-V | County SPOA/SPA | 7/8/2019 | |
| | | 12/17/2019 | Albion Female | Hotel/Motel | SMI-Non V | County SPOA/SPA | 8/29/2019 | |
| | | 12/17/2019 | Downstate Reception | Shelter | SMI-V | RCS | 11/15/2019 | |
| | | 12/17/2019 | Attica General | Shelter | SMI-V | RCS | 11/14/2019 | |
| | | 12/18/2019 | Downstate Reception | Shelter | SMI-V | RCS | 12/6/2019 | |
| | | 12/18/2019 | Great Meadow General | DSS | SMI-Non V | County SPOA/SPA | 10/24/2019 | |
| | | 12/19/2019 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 10/16/2019 | |
| | | 12/20/2019 | Bedford Hills Reception | Shelter | SMI-V | RCS | | No Time |
| | | 12/20/2019 | Sing Sing Icp | DSS | SMI-V | County SPOA/SPA | 10/24/2019 | |
| | | 12/23/2019 | Elmira General | Shelter | SMI-V | RCS | 11/21/2019 | |
| | | 12/23/2019 | Collins | Shelter | SMI-V | RCS | 10/3/2019 | |
| | | 12/24/2019 | Bedford Hills | Shelter | SMI-V | RCS | 10/8/2019 | |
| | | 12/26/2019 | Sing Sing Corp | Shelter | SMI-V | RCS | 12/10/2019 | |
| | | 12/26/2019 | Fishkill General | Shelter | SMI-V | RCS | 9/19/2019 | |
| | | 12/27/2019 | Elmira General | Shelter | SMI-V | RCS | 12/9/2019 | |
| | | 12/27/2019 | Green Haven General | DSS | SMI-V | County SPOA/SPA | 4/23/2019 | |
| | | 12/30/2019 | Fishkill General | Shelter | SMI-V | RCS | 9/16/2019 | |
| | | 12/31/2019 | Downstate Reception | Shelter | SMI-Non V | County SPOA/SPA | 11/12/2019 | |

| NAME | DIN | RELEASE_ACTUAL_DT | OWNING_FACILITY | HOUSING_LOCATION | SMI_CLASSIFICATION | HOUSING_REF_TYPE | HOUSING_REF_SUBMISSION_DT | NO SUBMISSION RATIONALE |
|---|---|---|---|---|---|---|---|---|
| | | 1/2/2020 | Wende | Shelter | SMI-Non V | RCS | 12/23/2019 | |
| | | 1/2/2020 | Great Meadow Icp | DSS | SMI-Non V | County SPOA/SPA | 11/5/2019 | |
| | | 1/6/2020 | Walsh Reg Medical Unit | DSS | SMI-Non V | County SPOA/SPA | 5/21/2018 | |
| | | 1/7/2020 | Midstate | Shelter | SMI-V | RCS | 12/12/2019 | |
| | | 1/8/2020 | Fishkill General | Shelter | SMI-V | RCS | 12/24/2019 | |
| | | 1/8/2020 | Downstate Reception | DSS | SMI-Non V | County SPOA/SPA | 11/25/2019 | |
| | | 1/8/2020 | Bedford Hills Reception | Shelter | SMI-Non V | RCS | 12/9/2019 | |
| | | 1/10/2020 | Albion Female | Hotel/Motel | SMI-Non V | County SPOA/SPA | 10/16/2019 | |
| | | 1/10/2020 | Downstate Reception | DSS | SMI-V | County SPOA/SPA | | RF |
| | | 1/13/2020 | Green Haven Icp | Hotel/Motel | SMI-Non V | County SPOA/SPA | 11/13/2019 | |
| | | 1/15/2020 | Fishkill General | DSS | SMI-V | County SPOA/SPA | 10/21/2019 | |
| | | 1/15/2020 | Downstate Reception | Shelter | SMI-V | RCS | 1/7/2020 | |
| | | 1/17/2020 | Green Haven Icp | Shelter | SMI-V | RCS | 12/17/2019 | |
| | | 1/17/2020 | Fishkill General | DSS | SMI-V | County SPOA/SPA | 12/10/2019 | |
| | | 1/17/2020 | Bedford Hills Reception | Shelter | SMI-Non V | RCS | 12/9/2019 | |
| | | 1/17/2020 | Albion Female | Shelter | SMI-V | County SPOA/SPA | 10/25/2019 | |
| | | 1/21/2020 | Elmira Reception | Shelter | SMI-V | | | No Time |
| | | 1/21/2020 | Sing Sing Corp | Shelter | SMI-V | RCS | 11/14/2019 | |
| | | 1/22/2020 | Sing Sing Corp | Shelter | SMI-Non V | RCS | 12/10/2019 | |
| | | 1/24/2020 | Midstate | Hotel/Motel | SMI-V | County SPOA/SPA | 12/11/2019 | |
| | | 1/28/2020 | Midstate | Shelter | SMI-Non V | RCS | 2/3/2020 | |
| | | 1/28/2020 | Clinton Icp | Shelter | SMI-V | RCS | 1/10/2020 | |
| | | 1/28/2020 | Five Points | DSS | SMI-V | County SPOA/SPA | 12/17/2019 | |
| | | 1/28/2020 | Bedford Hills Reception | DSS | SMI-Non V | County SPOA/SPA | 12/27/2019 | |
| | | 1/29/2020 | Elmira Reception | Shelter | SMI-V | | | No Time |
| | | 1/31/2020 | Midstate ASAT | DSS | SMI-V | County SPOA/SPA | 12/11/2019 | |
| | | 1/31/2020 | Downstate Reception | DSS | SMI-V | County SPOA/SPA | 12/6/2019 | |
| | | 1/31/2020 | Albion Female | Shelter | SMI-V | County SPOA/SPA | 11/20/2019 | |