UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on
behalf of all similarly situated,

Plaintiffs,

-against-

ANDREW CUOMO, in his official capacity as the Governor
of the State of New York, the NEW YORK STATE OFFICE
OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in
her official capacity as the Commissioner of the New York
State Office of Mental Health, the NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION, ANTHONY J.
ANNUCCI, in his official capacity as the Acting
Commissioner of the New York State Department of
Corrections and Community Supervision, and ANNE
MARIE MCGRATH, in her official capacity as Deputy
Commissioner of the New York State Department of
Corrections and Community Supervision,

Defendants.

------------------------------------------------------------------------ x

7:19-CV-639 (CS) (LMS)

### DECLARATION OF JOSHUA M. ROSENTHAL IN SUPPORT OF PLAINTIFFS' SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Joshua M. Rosenthal, pursuant to 28 U.S.C. § 1746 and under penalties of perjury, do hereby state and declare the following to be true and accurate:

1. I am a staff attorney at Disability Rights New York, and I am among counsel for Plaintiffs in the above-referenced action.

2. I make this declaration in opposition to Defendants' motion to dismiss.

3. Attached hereto are true and correct copies of the following exhibits:

   a. Exhibit 103: Defendant Anthony J. Annucci's Responses to Plaintiffs' Second Set of Interrogatories.

   b. Exhibit 104: Defendant Ann Marie T. Sullivan's Responses to Plaintiffs' Second Set

of Interrogatories.

c.  Exhibit 105: Exhibit C to Defendant Anthony J. Annucci's Supplemental Response to Plaintiffs' First Set of Interrogatories Nos. 3 and 4.

d.  Exhibit 106: Certification of Victor Krawec, OMH Unit Chief, Sullivan Correctional Facility, attaching clinical and psychiatric records of P.C. (August 27, 2019) (OMH-00010056).

e.  Exhibit 107: Email from Deborah Chardwierschem, Director, Bureau of Intensive Treatment Services, OPWDD, to Wendy Vogel, Director, CNYPC Pre-Release Services, OMH re "Prison Referral - PC" (July 17, 2019) (OMH-00018913).

f.  Exhibit 108: Email from Defendant Anne Marie McGrath, then-Associate Commissioner, DOCCS, to Bryan Hilton, then-Assistant Commissioner, DOCCS, re "[J.R.] . . . - Request for Board-imposed SC #37 to RTF" (June 5, 2018) (DOCCS-00002680).

g.  Exhibit 109: Email from Defendant Anne Marie McGrath, then-Associate Commissioner, DOCCS, to Ana Enright, Assistant Commissioner, DOCCS, and Steven Claudio, Assistant Commissioner, DOCCS re "Non-SARA RTF Cases" (September 18, 2017) (DOCCS-00023255).

h.  Exhibit 110: DOCCS Directive No. 0001, "Introduction to the Policy and Procedure Manual" (February 7, 2017) (MG-Class00009921).

i.  Exhibit 111: CNYPC Policy #8.13, "Housing Referrals – SMI" (June 28, 2016) (OMH-00062563).

j.  Exhibit 112: Email from Daniel Martuscello, Acting Executive Deputy Commissioner, DOCCS to Anne Marie McGrath, Deputy Commissioner, DOCCS re:

"incarcerated offenders past earliest release date" (January 26, 2019) (DOCCS-00004171).

k.  Exhibit 113: Email from Lisa Kancyr, Regional Pre-Release Supervisor and CORP Clinical Coordinator, OMH to Theresa Conboy, Social Worker II/PRC, CNYPC, OMH re: "RTF" (May 31, 2018) (OMH-00022125).

l.  Exhibit 114: Defendant Ann Marie T. Sullivan's Supplemental Responses to Plaintiffs' Second Set of Interrogatories.

m.  Exhibit 115: Printed PDF version of Exhibit to Defendant Ann Marie T. Sullivan's Supplemental Responses to Plaintiffs' Second Set of Interrogatories (OMH-00072563), originally produced in native Excel format.

n.  Exhibit 116: Defendant Anthony J. Annucci's Supplemental Responses to Plaintiffs' Second Set of Interrogatories.

o.  Exhibit 117: Email from Leta B. Luguri, Psychologist 2, CNYC Pre-Release Services, OMH, to Rebecca Hartless, OMH, re: "Housing & Care Coordination Referrals" and attachments (May 17, 2019) (OMH-00011131, OMH-00011132,[1] and OMH-00011157).

4.  I declare under penalties of perjury that the foregoing is true and accurate.

---

[1] With the exception of clearly-marked redactions, this document, including blank pages, is provided in the same form in which it was produced by OMH.

Dated:      March 13, 2020
            New York, New York

                                        **DISABILITY RIGHTS NEW YORK**

                                        Joshua Rosenthal
                                        25 Chapel Street, Suite 1005
                                        Brooklyn, New York 11201
                                        Telephone:    (518) 432-7861
                                        Facsimile:    (718) 797-1161
                                        E-mail:       joshua.rosenthal@drny.org


CC:     Counsel of Record (via email)