# Exhibit 108 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss

CONFIDENTIAL - FILED WITH REDACTIONS

| | |
|---|---|
| **To:** | Hilton, Bryan G (DOCCS) **REDACTED** |
| **From:** | Mcgrath, Annemarie M (DOCCS)[O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C90D4EAEEA82438EA11A241BA943E59E-MCGRATH, AN] |
| **Sent:** | Tue 6/5/2018 11:55:29 AM (UTC-04:00) |
| **Subject:** | FW: J.R. ( **REDACTED** ) - Request for Board-imposed SC #37 to RTF |

J.R. SC 37 **REDACTED** 6.4.18.docx
J.R. DC Summ.doc

RTF for MH reasons is getting out of hand.

---

**From:** Mcgrath, Annemarie M (DOCCS)
**Sent:** Tuesday, June 05, 2018 11:52 AM
**To:** Annucci, Anthony J (DOCCS) **REDACTED**
**Cc:** Enright, Ana M (DOCCS) **REDACTED** ; Hilton, Bryan G (DOCCS) **REDACTED**
**Subject:** J.R. ( **REDACTED** ) - Request for Board-imposed SC #37 to RTF

Community Supervision is requesting placement in RTF for this OMH Level 2S inmate whose ME to PRS date is 06/07/2018.

Please advise.

Confidential