# Exhibit 109 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss

CONFIDENTIAL - FILED WITH REDACTIONS

**To:** Enright, Ana M (DOCCS) **REDACTED** ; Claudio, Steven A (DOCCS) **REDACTED**
**Cc:** Hogan, William (DOCCS) **REDACTED** ; Ricci, Marco (DOCCS) **REDACTED**
**From:** Mcgrath, Annemarie M (DOCCS)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C90D4EAEEA82438EA11A241BA943E59E-MCGRATH, AN]
**Sent:** Mon 9/18/2017 4:25:12 PM (UTC-04:00)
**Subject:** RE: Non-SARA RTF Cases
**FW:** C.J. **REDACTED**

Please see attached. Perhaps I am reading too much into the exchange, but I got the impression there was an assumption of OMH responsibility.

I do appreciate everything that is being done.

---

**From:** Enright, Ana M (DOCCS)
**Sent:** Monday, September 18, 2017 8:43 AM
**To:** Claudio, Steven A (DOCCS) **REDACTED**
**Cc:** Hogan, William (DOCCS) **REDACTED** ; Ricci, Marco (DOCCS) **REDACTED** ; Mcgrath, Annemarie M (DOCCS) **REDACTED**
**Subject:** Re: Non-SARA RTF Cases

Absolutely. Can we get the information regarding the BC who wrote that it is not our responsibility?

**Ana Nieves Enright**
Assistant Commissioner

**Department of Corrections and Community Supervision**
1220 Washington Avenue, Albany, NY 12226
**REDACTED** | **REDACTED**

www.doccs.ny.gov


On Sep 18, 2017, at 8:41 AM, Claudio, Steven A (DOCCS) **REDACTED** wrote:

> AC Enright,
>
> Please take the lead in this but involve the other two AC's as needed.
>
> **From:** Mcgrath, Annemarie M (DOCCS)
> **Sent:** Friday, September 15, 2017 5:00 PM
> **To:** Claudio, Steven A (DOCCS) **REDACTED** ; Hilton, Bryan G (DOCCS) **REDACTED**
> **Subject:** Non-SARA RTF Cases
>
> I am becoming increasingly concerned about the number of parolees being held in RTF pending housing due to their mental health status.
>
> The attached report of the 9 non-SARA RTF cases includes 5 OMH cases and 3 OPWDD cases (1 is medical). Just today, I received another (which the Commissioner approved) OMH case, which brings us to 6.
>
> My concern is how long they are remaining in RTF status (longest waiting is over 1 year). And if anyone is actually monitoring the potential for OMH housing. And if staff are clear they do NOT require SARA compliant residences. (Some CMS comments reference SARA. And a recent email from a bureau chief indicates that is believed to be OMH's responsibility to monitor waiting lists.)
>
> Please review the attached and let me know what can be done to find appropriate residences.

Confidential

DOCCS-00023256