# Exhibit 112 to the Declaration of Joshua M. Rosenthal in Support of Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss

CONFIDENTIAL - FILED WITH REDACTIONS

**To:** Mcgrath, Annemarie M (DOCCS) **REDACTED**
**From:** Martuscello, Daniel F (DOCCS)[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5fa06c145294440db8097e9156197bd9-Martuscello]
**Sent:** Sat 1/26/2019 10:47:27 AM (UTC-05:00)
**Subject:** Fwd: incarcerated offenders past earliest release date
Community Prep Cases Past Release Date - 1-25-19 (002) (002).xlsx
ATT00001.htm
ATT00001.htm
ATT00002.htm

Translation?
Aren't we also concerned with the non-SARA residency restrictions?

DFM3

Begin forwarded message:

# REDACTED FOR PRIVILEGE

From: "Arras, Donald M (DOCCS)"     **REDACTED**
Date: January 25, 2019 at 6:53:22 PM EST
To: "Enright, Ana M (DOCCS)"     **REDACTED**
Subject: **FW: incarcerated offenders past earliest release date**

Attached you will find an updated list of individuals who are being held past their release date.
After removing all the names of those offenders who have any special residency conditions imposed, the number of cases being held past release is 121.
Of these cases, 20 are SMI: Past CR 4
Past Open Date 16
As to the explanation for why the 121 cases are being held past their release date,

the following main reasons apply:
- 29 – Loss Good Time (LGT)
- 14 – Recission Hearing
- 11 – Refusal by Inmate
- 7 – Out to Court (OTC)
- 7 Medical

Other reasons include detainers, commutation, and new convictions (awaiting new release date calculation), and SARA.

In reviewing the attached list of cases, one issue noted that is causing several cases with Open Dates to not appear on the Priority Releases List is that facility staff are failing to enter the Board special conditions in GES. To explain, cases that are being held past their Open Date will continue to go back before the Parole Board every 6 months for review. The facility is supposed to reenter the Board conditions in GES every time such inmates go back before the Board. Instead, some facilities are taking a short cut and entering, in substance, "same conditions as the last appearance." When they take this short cut, the special conditions no longer carry over to CMS, which is what ITS utilizes to create the Priority Releases List. Thus, the cases do not then appear on the Priority Releases List.

**Don Arras**
Assistant Commissioner
**Department of Corrections and Community Supervision**
97 Central Avenue, Albany, NY 12206

**REDACTED**

www.doccs.ny.gov

Confidential                                                                                                          DOCCS-00004172