UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                               Plaintiffs,

      -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                               Defendants.

7:19-CV-639 (CS) (LMS)

------------------------------------------------------------------------ x

## DECLARATION OF JEB HARBEN

**JEB HARBEN**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows based upon his personal knowledge and his investigation of the matters described:

    1.    I am an Assistant Attorney General in the Office of LETITIA JAMES, Attorney General of the State of New York, attorney for the Defendants herein. I submit this declaration and the exhibits annexed hereto in support of Defendants' Motion to Dismiss the Amended Complaint.

    2.    Plaintiffs' Sur-Reply makes reference to a spreadsheet provided in connection with responses to interrogatories directed to Defendant Annucci, which contains numerous entries regarding inmates as of August 2019. Six of those entries indicate that the inmates had waived their release. Because the spreadsheet contains names of non-party inmates who have been

1

diagnosed with mental health issues, individual identifying information has been redacted.

3. Plaintiffs have argued in their Sur-Reply that DOCCS may be mischaracterizing inmates as having "waived" release and claimed that this may be a basis for the Court to deem the December 16, 2019 Memorandum insufficient to show that DOCCS has ceased the practice Plaintiffs have complained about in this lawsuit.

4. There is no basis for these arguments. In response to Plaintiffs' arguments, counsel requested that DOCCS provide the parole chronology reports for these inmates so that they can be submitted, with identifying information redacted, to show the Court, and Plaintiffs, that the waivers (either oral or written) described are genuine and/or that the situations of these inmates are not relevant to this action.

5. Unfortunately, due to the present public health crisis, many DOCCS administrative personnel are unavailable to assist in retrieving these documents, which I have been advised must be printed out and then scanned into PDF form. I have been advised that these documents cannot be provided by March 27, 2020, when Defendants' submission is due.

6. My office currently has relevant chronology entries for two of the inmates in question, which are being submitted herein (in redacted form to remove identifying information) and attached hereto as Exhibits A and B, respectively.

7. The chronology entries in Exhibit A show that the inmate in question waived his release because he did not want to be deported and placed in the custody of another agency.

8. The chronology entries in Exhibit B show that the inmate in question waived his release because he did not wish to be subject to civil commitment upon his release.

9. Attached as Exhibit C is a copy of the waiver form signed by a third inmate (redacted to remove identifying information), which was previously provided to Plaintiffs. My

3

office has not yet received the chronological entries regarding this inmate.

Executed on   March 27, 2020
              New York, New York

                                                                        */s/Jeb Harben*
                                                                         Jeb Harben