# EXHIBIT "A"

```
CMSCHRON* * *        NEW YORK STATE - DOCCS         * * *      DATE: 12/03/2019
                     COMMUNITY SUPERVISION                     PAGE:     1
                     PAROLEE CHRONO REPORT
                  FROM 01/01/1984 THRU 11/27/2019

    NAME:  REDACTED                              AREA: MANHATTAN VI
    NYSID: REDACTED                              SPO NAME: RAMIREZ,ANGIE
    DIN:   REDACTED                              PO NAME: RODRIGUEZ,REBECCA

DATE        TIME    TYPE                         ACTIVITY        LOCATION
```

ENTERED BY: RAMIREZ,ANGIE
11/26/2019 10:00AM SUPV STANDARDS CONFERENCE
CASE DISCUSSED WITH PO RODRIGUEZ. SUBJ REMAINS INCARCERATED AFTER HE REFUSED TO
 BE RELEASED TO IMMIGRATION. PO TO MONITOR CASE.
SPO REVIEW: 11/27/2019
------------------------------------------------------------------------------
ENTERED BY: RODRIGUEZ,REBECCA
11/25/2019 09:06AM TELEPHONE TO OTHER
PO CALLED ATTICA CORRECTIONAL FACILITY SPOKE WITH ANNETTE CLARK, WHO INFORMED
 SUB CONTINUES TO REFUSE TO BE RELEASED TO IMMGRATION, SUB WILL CONTINUE TO GO
TO THE BOARD EVERY SIX MONTHS
SPO REVIEW: 11/26/2019
------------------------------------------------------------------------------
ENTERED BY: BABB,SHENIKA L
AREA: MANHATTAN VI    SPO NAME: BRYANT,MARCUS      PO NAME: RODRIGUEZ,REBECCA
11/08/2019 03:25PM RE-ENTRY SERVICES UNIT    RSU-MENTAL HEALT
MENTAL HEALTH CASE REPORT REVIEW.
PER PO CMS ENTRIES, SUBJECT REMAINS INCARCERATED BECAUSE HE REFUSE TO SIGN PAPE
RS TO BE RELEASED INTO ICE CUSTODY.
SPO REVIEW: NONE
------------------------------------------------------------------------------
ENTERED BY: BRYANT,MARCUS
AREA: MANHATTAN VI    SPO NAME: BRYANT,MARCUS      PO NAME: RODRIGUEZ,REBECCA
10/21/2019 12:43PM SUPV STANDARDS CONFERENCE
 CASE REVIEWED WITH PO. PO REPORTS PAROLEE REMAINS INCACERATED AND IS REFUSING
TO SIGN OUT TO BE RELEASED TO ICE. PO WILL F/U WITH FACILITY CONCERNING PAROLE
BD DATE.
SPO REVIEW: 10/21/2019
------------------------------------------------------------------------------
ENTERED BY: RODRIGUEZ,REBECCA
AREA: MANHATTAN VI    SPO NAME: BRYANT,MARCUS      PO NAME: RODRIGUEZ,REBECCA
10/10/2019 01:51PM TELEPHONE FROM OTHER
PO CALLED SUB CURRENT FACILITY SPOKE WITH MS. CIKORSKI WHO INFORMED SUB  IS
REFUSING TO GO WITH ICE AND IS SCHEDULED FOR THE PAROLE BOARD IN OCTOBER.
SPO REVIEW: 10/21/2019
------------------------------------------------------------------------------
ENTERED BY: STRINGHAM,EMILY KM
AREA: MANHATTAN VI    SPO NAME: BRYANT,MARCUS      PO NAME: RODRIGUEZ,REBECCA
10/08/2019 09:32AM OTHER WORK                                  PRISON/JAIL
CONTACT ADDRESS: ATTICA C.F.
INMATE'S COPY OF COMPAS SENT TO INMATE.
SPO REVIEW: NONE
------------------------------------------------------------------------------