# EXHIBIT "B"

```
CMSCHRON* * *        NEW YORK STATE - DOCCS        * * *       DATE: 02/28/2020
                     COMMUNITY SUPERVISION                     PAGE:     1
                       PAROLEE CHRONO REPORT
                    FROM 10/01/2018 THRU 02/24/2020


  NAME:  REDACTED                             AREA: SCHENECTADY
  NYSID: REDACTED                             SPO NAME: HOTALING,RONALD
   DIN:  REDACTED                             PO NAME:  HIGGINS,SASHA


 DATE       TIME     TYPE                      ACTIVITY        LOCATION


ENTERED BY: FREW,DANIEL R
02/01/2019 01:15PM RELEASE INTERVIEW        INTERVIEW/REL CO  PRISON/JAIL
CONTACT ADDRESS: ELMIRA C.F.
INMATE REDACTED REFUSED TO SIGN PVAE WAIVER FOR RELEASE DATE THE ON DUTY CO AND
ORC L'AMOREAUX WERE PRESENT AND SIGNED AS WITNESS'S TO HIS REFUSAL TO SIGN.
SPO REVIEW: NONE
---------------------------------------------------------------------------
ENTERED BY: MOOTZ,TIMOTHY G
02/01/2019 08:05AM RELEASE INTERVIEW        INTERVIEW/FOLLOW  PRISON/JAIL
                                            WITH SUPERVISOR
CONTACT ADDRESS: ELMIRA CF
SUBJECT HAS REFUSED TO SIGN AND REVIEW RELEASE PAPERWORK. INMATE REDACTED
STATED THAT HE WANTS TO STAY AT ELMIRA TO HIS MAXIMUN EXPIRATION DATE.
SPO REVIEW: NONE
---------------------------------------------------------------------------
ENTERED BY: HOTALING,RONALD J
01/28/2019 03:18PM LETTER TO OTHER
EMAIL TO FACILITY FOR UPDATE ON SUBJECT BEING HELD
SPO REVIEW: 01/28/2019
---------------------------------------------------------------------------
ENTERED BY: HOTALING,RONALD J
01/25/2019 11:05AM SUPV STANDARDS CONFERENCE
REFUSING TO SIGN OUT AND WILL BE KEPT IN LOOKS LIKE HE WILL BE 2PC'D
SPO REVIEW: 01/25/2019
---------------------------------------------------------------------------
ENTERED BY: WENZ,FRANCIS M
AREA: ALBANY         SPO NAME: STASZAK,SCOTT      PO NAME: HIGGINS,SASHA
12/27/2018 02:45PM RELEASE INTERVIEW                           PRISON/JAIL
CONTACT ADDRESS: MIDSTATE/CNYPC
SECOND ATTEMPT TO SEE IF SUBJECT WOULD SIGN HIS RELEASE PAPERS. SUBJECT REFUSED
 AGAIN DESPITE EXPLANATION AND ENCOURAGEMENT FROM THE CNYPC TREATMENT TEAM. SUB
JECT ALSO REFUSED TO SIGN PV REFUSAL FORM.
SPO REVIEW: NONE
---------------------------------------------------------------------------
ENTERED BY: WENZ,FRANCIS M
AREA: ALBANY         SPO NAME: STASZAK,SCOTT      PO NAME: HIGGINS,SASHA
12/26/2018 02:30PM RELEASE INTERVIEW                           PRISON/JAIL
CONTACT ADDRESS: MIDSTATE/CNYPC
SUBJECT REFUSED TO SIGN RELEASE PAPERWORK. DESPITE EXPLANATION AND HELP FROM TH
E CNYPC TREATMENT TEAM.
SPO REVIEW: NONE
---------------------------------------------------------------------------
ENTERED BY: STASZAK,SCOTT
AREA: ALBANY         SPO NAME: STASZAK,SCOTT      PO NAME: HIGGINS,SASHA
12/24/2018 10:40AM REPORTING INSTRUCTIONS
 SUBJECT WILL BE 2PC ROCKLAND PSYCH CENTER.
SPO REVIEW: 12/24/2018
---------------------------------------------------------------------------
```

```
CMSCHRON* * *          NEW YORK STATE - DOCCS         * * *      DATE: 02/28/2020
                       COMMUNITY SUPERVISION                     PAGE:     2
                       PAROLEE CHRONO REPORT
                    FROM 10/01/2018 THRU 02/24/2020

 NAME: REDACTED                                         AREA: SCHENECTADY
 NYSID: REDACTED                                        SPO NAME: HOTALING,RONALD
 DIN:REDACTED                                           PO NAME: HIGGINS,SASHA


 DATE       TIME    TYPE                     ACTIVITY              LOCATION


 ENTERED BY: STASZAK,SCOTT
 AREA: ALBANY          SPO NAME: STASZAK,SCOTT       PO NAME: HIGGINS,SASHA
 12/24/2018 10:40AM SUPERVISION PLAN
  SUBJECT WILL BE DIRECT RELEASE TO ROCKLAND PSYCH CENTER.
 SPO REVIEW: 12/24/2018
 ------------------------------------------------------------------------------
 ENTERED BY: HIGGINS,SASHA M
 AREA: ALBANY          SPO NAME: STASZAK,SCOTT       PO NAME: HIGGINS,SASHA
 12/20/2018 03:46PM LETTER FROM OTHER
 EMAIL RESPONSE RECEIVED FROM KARIN ROHS AT OMH
 "HE WAS APPROVED FOR CIVIL COMMITMENT.  HE IS CURRENTLY AT CNYPC INPATIENT IN M
 ARCY. HE WILL TRANSFER TO ROCKLAND ITU ON HIS RELEASE DATE, 12/28."
 SPO REVIEW: NONE
 ------------------------------------------------------------------------------
 ENTERED BY: HIGGINS,SASHA M
 AREA: ALBANY          SPO NAME: STASZAK,SCOTT       PO NAME: HIGGINS,SASHA
 12/20/2018 03:46PM LETTER TO OTHER
 EMAIL SENT TO KARIN ROHS AT OMH
 "GOOD AFTERNOON, DO YOU KNOW THE OUTCOME OF THE COURT HEARING ON 12/18/18?"
 SPO REVIEW: NONE
 ------------------------------------------------------------------------------
 ENTERED BY: HIGGINS,SASHA M
 AREA: ALBANY          SPO NAME: STASZAK,SCOTT       PO NAME: HIGGINS,SASHA
 12/20/2018 08:00AM SUPV STANDARDS CONFERENCE
 *REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
 DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
 OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
 ------------------------------------------------------------------------------
 ENTERED BY: HIGGINS,SASHA M
 AREA: ALBANY          SPO NAME: STASZAK,SCOTT       PO NAME: HIGGINS,SASHA
 12/10/2018 03:27PM LETTER FROM OTHER
 EMAIL RESPONSE RECEIVED FROM KARIN ROHS AT OMH
 "HELLO, WE ARE CURRENTLY PURSUING CIVIL COMMITMENT FOR MR. REDACTED UPON RELEASE
 PENDING A COURT HEARING ON 12/18."
 SPO REVIEW: NONE
 ------------------------------------------------------------------------------
 ENTERED BY: HIGGINS,SASHA M
 AREA: ALBANY          SPO NAME: STASZAK,SCOTT       PO NAME: HIGGINS,SASHA
 12/10/2018 02:23PM LETTER TO OTHER
 EMAIL SENT TO OMH
 "GOOD AFTERNOON, THE ABOVE NAMED INDIVIDUAL IS SCHEDULED TO BE RELEASED ON 12/2
 7/18. HE IS AN OMH LEVEL 1S. HE IS PROPOSING TO RESIDE WITH HIS MOTHER IN ALBAN
 Y. I DID A HOME VISIT TO HER RESIDENCE, BUT STILL HAVE TO RUN CRIMINAL HISTORY
 FOR THE ADULTS LIVING IN THE HOME. IS THERE A PRELIMINARY OMH DISCHARGE PLAN FO
 R REDACTED? HE WAS LAST RELEASED TO PAROLE IN OCTOBER 2014 AND WAS SENT TO CAP
 ITAL DISTRICT PSYCHIATRIC CENTER. HE WAS VIOLATED AFTER ASSAULTING TWO STAFF ME
 MBERS AT CDPC AND WAS ALSO CHARGED CRIMINALLY. ANY INFORMATION YOU MAY BE ABLE
 TO PROVIDE REGARDING PLANS FOR HIS RELEASE WOULD BE GREATLY APPRECIATED."
 SPO REVIEW: NONE
 ------------------------------------------------------------------------------
```

```
CMSCHRON* * *         NEW YORK STATE - DOCCS        * * *      DATE: 02/28/2020
                       COMMUNITY SUPERVISION                   PAGE:    3
                        PAROLEE CHRONO REPORT
                   FROM 10/01/2018 THRU 02/24/2020

 NAME: REDACTED                                     AREA: SCHENECTADY
NYSID: REDACTED                                SPO NAME: HOTALING,RONALD
  DIN: REDACTED                                 PO NAME: HIGGINS,SASHA

DATE      TIME    TYPE                      ACTIVITY         LOCATION
```

ENTERED BY: HIGGINS,SASHA M
AREA: ALBANY         SPO NAME: STASZAK,SCOTT      PO NAME: HIGGINS,SASHA
12/10/2018 12:15PM OTHER VISIT W/OTHER
PO HIGGINS CONDUCTED A VISIT TO PRPOSED RESIDENCE -REDACTED WITH SUBJECT'S M
OTHER REDACTED. MOTHER RUNS A DAYCARE OUT OF THE FIRST FLOOR APARTMENT. PR
OPOSED RESIDENCE IS ON THE SECOND FLOOR OF APARTMENT. RESIDING ON THE SECOND FL OOR IS
MOTHER'S SON, REDACTED AND REDACTED. MOTHER DENIED ANY WEAPONS/DRUGS/ALCOHOL IN THE
HOME. MOTHER REPORTED HER NEPHEW, REDACTED WHO IS ON PAROLE WAS RESIDING WITH HER UP
UNTIL RECENTLY.
MOTHER REPORTS THAT HER SON/SUBJECT IS SCHIZOPHRENIC. HE HAS NOT MENTIONED BEIN
G RELEASED THIS MONTH AND HIS COUNSELOR HAS NOT REPORTED HE WILL BE RELEASED TH
IS MONTH. SUBJECT WAS PREVIOUSLY RELEASED TO CDPC AND WAS VIOLATED DUE TO AN AS
SAULT CHARGE AFTER HE ASSAULTED STAFF AT CDPC.
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: HIGGINS,SASHA M
AREA: ALBANY         SPO NAME: STASZAK,SCOTT      PO NAME: HIGGINS,SASHA
12/04/2018 11:10AM TELEPHONE TO OTHER
TCT SUBJECT'S MOTHER REGARDING PROPOSED RESIDENCE. HOME VISIT SCHEDULED FOR MON
DAY 12/10 BEFORE 12PM
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: HIGGINS,SASHA M
AREA: ALBANY         SPO NAME: STASZAK,SCOTT      PO NAME: HIGGINS,SASHA
11/15/2018 09:00AM SUPV STANDARDS CONFERENCE
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
--------------------------------------------------------------------------
ENTERED BY: MCKIBBIN,JOAN M
AREA: ALBANY         SPO NAME: STASZAK,SCOTT      PO NAME: HIGGINS,SASHA
10/25/2018 01:19PM PACKET SENT TO A/O                          PRISON/JAIL
COMMUNITY PREP TO A/O VIA USPS
SPO REVIEW: NONE
--------------------------------------------------------------------------
ENTERED BY: HIGGINS,SASHA M
AREA: ALBANY         SPO NAME: STASZAK,SCOTT      PO NAME: HIGGINS,SASHA
10/23/2018 11:30AM SUPV STANDARDS CONFERENCE
*REDACTED - THIS INFORMATION HAS BEEN REDACTED AS IT IS EXEMPT FROM PUBLIC
DISCLOSURE PURSUANT TO SECTION 87(2)(A), (B), (F), AND (G) OF THE PUBLIC
OFFICERS LAW AND 9 NYCRR SECTION 8000.5(C)(2)
--------------------------------------------------------------------------

                         * * * END OF REPORT * * *