# EXHIBIT "C"

Department of Corrections and Community Supervision

# WITHDRAWL OF REQUEST FOR CONDITIONAL RELEASE

(Penal Law 70.40 (1b) and Executive Law 259-g)

I, ███████████████  DIN: ███████████████

Hereby withdraw my request for conditional release under Penal law 70.40 (1b) and Executive Law 259-g, which was submitted by me on _____.

_____  _____
Inmate's Signature                Witness Signature

_____  _____
Date                              Date

Cc: Inmate
    Area Office
    Facility Folder



**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## WAIVER OF PVAE RELEASE DATE

I, ▮▮▮▮▮▮▮▮▮▮▮▮ DIN# ▮▮▮▮▮▮ NYSID ▮▮▮▮▮▮ voluntarily waive my PVAE release scheduled for ▮▮▮▮▮▮. I understand that I may rescind this waiver at any time and arrangements will be made for my release as soon as possible.

Should I choose not to be released by PVAE Release, my maximum expiration date is ▮▮▮▮▮▮.

Signed: _____ Date: _____

Witnessed ▮▮▮▮▮▮_____ Date: ▮▮▮▮▮▮_____

---

Elmira Correctional Facility, 1879 Davis Street, P.O. Box 500, Elmira, NY 14901-0500 | (607) 734-3901 | www.doccs.ny.gov

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**SPECIAL CONDITIONS OF RELEASE TO PAROLE SUPERVISION**

Name: ███████████████  NYSID: ████████

Date of Release: ███████████  Supervision Maximum: <u>LIFE</u>

I, ███████████ s, acknowledge that under the provisions of my Conditions of Release that the following Special Conditions have been imposed upon me and that these Special Conditions will remain in effect until the termination of my legal period of supervision, <u>LIFE</u> unless otherwise amended, in writing by the Department.

13A. I understand that I am being released to a detainer(s) on ███████. I am being released to the custody of another jurisdiction(s) with a detainer from the New York State Department of Corrections and Community Supervision (DOCCS) which both enables and requires my return to a N.Y. State DOCCS facility in the event I am released from the other jurisdiction(s) prior to my maximum expiration date of <u>LIFE.</u> If I am released from the custody of this or another jurisdiction without being returned to a N.Y. State DOCCS facility, I will immediately contact the DOCCS Community Supervision Operations Center or DOCCS Command Center at 1-800-660-9890 or 212-239-6159 or (518) 457-5902. I understand my failure to contact the Community Supervision Operations Center may result in a violation of my release and I may be subject to a revocation of post release supervision.

I hereby certify that I have read and understand the above Special Conditions of my release and that I have received a copy of these Special Conditions.

Signed this ████ day of ███████████, █████████
Parolee ███████████████  Witness: ███████████████

3020A