UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                Plaintiffs,

- against -

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,

                Defendants.

7:19-cv-0639 (CS)

---

## **NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

        PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, I hereby withdraw as counsel for plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. My colleague Walter Ricciardi is a partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP and will continue to represent Plaintiffs in this proceeding.

Dated: New York, New York
April 9, 2020

                                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Jamie Noonan Witte
Jamie Noonan Witte

1285 Avenue of the Americas
New York, New York 10019
212 373 3384
jwitte@paulweiss.com

*Attorneys for Plaintiffs*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

                Plaintiffs,

- against -

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,

                Defendants.

7:19-cv-0639 (CS)

---

I, JAMIE NOONAN WITTE, declare as follows:

I am an associate at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Walter Ricciardi of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Plaintiffs in this proceeding.

My withdrawal will not delay the matter or prejudice any party.

I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         April 9, 2020

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP

                                        By: *Jamie Noonan Witte* (signature)
                                            Jamie Noonan Witte

                                        1285 Avenue of the Americas
                                        New York, New York 10019
                                        212 373 3384
                                        jwitte@paulweiss.com

                                        *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Jamie Noonan Witte, hereby certify that on April 9, 2020, I caused a true and correct copy of the foregoing to be served on Jane R. Goldberg, Jane.Goldberg@ag.ny.gov, via electronic mail.

Dated: New York, New York
April 9, 2020

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *Jamie Noonan Witte*
Jamie Noonan Witte

1285 Avenue of the Americas
New York, New York 10019
212 373 3384
jwitte@paulweiss.com

*Attorneys for Plaintiffs*