STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

May 8, 2020

**By ECF and Email**
Hon. Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    *M.G. v. Cuomo*, 19-cv-0639 (CS) (LMS)

Dear Judge Seibel:

      This Office represents the Defendants in the above-titled action. As the Court is aware, this action was brought by six individuals with serious mental illness who allege that their rights under the Americans with Disabilities Act, 42 U.S.C. § 1218 ("ADA"), the Rehabilitation Act, 29 U.S.C. § 701 *et seq.* ("Rehab Act"), and the Eighth and Fourteenth Amendments of the United States Constitution were violated when they were held in prison beyond their release dates. They brought this action on their own behalf and on behalf of a putative class and subclass of similarly situated individuals.

      As set forth in Defendants' Motion to Dismiss the First Amended Class Action Complaint, five of the six named plaintiffs were released to the community in 2019. We write to apprise the Court that on April 28, 2020, the sixth named Plaintiff, P.C., was released from prison and currently resides in a community-based residence.

      Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ *Jane R. Goldberg*

_____
Jane R. Goldberg
Assistant Attorney General
Jane.goldberg@ag.ny.gov
(212) 416-6133