UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>    Plaintiffs,<br><br> - against -<br><br>ANDREW CUOMO, *et al.*,<br><br>    Defendants. | No. 19-CV-0639 (CS) |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated.

Dated: New York, New York
    August 12, 2020

              PAUL, WEISS, RIFKIND, WHARTON &
                GARRISON LLP

              By: /s/ Crystal L. Parker
                 Crystal L. Parker

              1285 Avenue of the Americas
              New York, New York 10019-6064
              Tel.:  (212) 373-3069
              Fax:  (212) 492-0069
              cparker@paulweiss.com

              *Attorney for Plaintiffs*