UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　- against -<br><br>ANDREW CUOMO, *et al.*,<br><br>　　　　　　Defendants. | No. 19-CV-0639 (CS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated.

Dated:　New York, New York
　　　　August 12, 2020

　　　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　　　　　　GARRISON LLP

　　　　　　　　　　　　　　　　　　　　　By:　/s/ Samuel C. Margolis
　　　　　　　　　　　　　　　　　　　　　　　　　Samuel C. Margolis

　　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York 10019-6064
　　　　　　　　　　　　　　　　　　　　　Tel.:  (212) 373-3357
　　　　　　　　　　　　　　　　　　　　　Fax:  (212) 492-0357
　　　　　　　　　　　　　　　　　　　　　smargolis@paulweiss.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*