STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

August 12, 2020

8/12/2020

By ECF and Email
Honorable Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Plaintiffs' letter DE 125 is deemed to be a motion to amend the Complaint. Defendants may submit opposition to the motion, limited to five single spaced pages, no later than 5 pm on August 21, 2020. Plaintiffs may submit a reply, limited to two single spaced pages, no later than 9 am on August 24, 2020. The telephone conference currently scheduled for August 14, 2020, at 10:30, is hereby adjourned to August 25, 2020, at 12:15 pm.

SO ORDERED:
*/s/ Lisa Margaret Smith*
Hon. Lisa Margaret Smith
U.S.M.J.

RE: *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS)

Dear Magistrate Judge Smith:

This Office represents the Defendants in this action. We are in receipt of Plaintiffs' request for a pre-motion conference filed yesterday in connection with the proposed filing of a Second Amended Complaint in this action. The proposed Second Amended Complaint seeks to dramatically alter and vastly expand the claims in this lawsuit, which are the subject of a pending motion to dismiss before Judge Seibel that has been fully briefed for months, including a sur-reply memorandum and materials filed by Plaintiffs and a response by Defendants to the sur-reply. It should also be noted that it appears that none of the current named Plaintiffs in this action could be class representatives in connection with the newly proposed claims. Defendants anticipate opposing Plaintiffs' motion and respectfully request until August 24, 2020 to submit a letter responding to Plaintiffs' letter.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/Jeb Harben*
_____
Jeb Harben
Jane Goldberg
Assistant Attorneys General
(212) 416-6185
Jane.goldberg@ag.ny.gov
Jeb.harben@ag.ny.gov

Cc: Counsel of record
 (via ECF)