# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

August 27, 2020

## SCHEDULING NOTICE

The matter of <u>M. G., et al. v. Cuomo, et al.</u>, 19-cv-639 (CS) (LMS), has been scheduled from a telephonic status conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Thursday, September 3, 2020, at 12:15 PM**. All persons participating in the next status conference may do so by accessing the AT&T Teleconference Information previously published to the docket sheet.

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.