

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 4, 2020

By ECF and Email
Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601-4150

RE:   *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (LMS)

Dear Judge Seibel:

This Office represents the Defendants in this action.

We write to request an extension, from September 10, 2020, to October 2, 2020, of Defendants' deadline to respond to Plaintiffs' Second Amended Complaint ("SAC"). It is anticipated that Defendants will submit a request for a pre-motion conference at that time in connection with their anticipated motion to dismiss, but as the SAC raises a number of new claims and factual allegations, while also citing numerous sources, Defendants need sufficient time to investigate these matters. Indeed, at this time Defendants have not been provided with the identities of the new named Plaintiffs. Plaintiffs have consented to this request. This is the first request for a revision of the above deadline. In addition, at the September 3, 2020 conference before Judge Smith, we were advised to write to Your Honor to seek clarification as to whether briefing needs to be done again as it relates to the original claims in the SAC given that the SAC was filed after Defendants' motion to dismiss was fully briefed, but before a decision was rendered.

Finally, it is respectfully requested that discovery be stayed as to the new claims in the SAC while Defendants' anticipated motion to dismiss as to any new claims is briefed. Judge Smith advised Defendants to make such a request to Your Honor. Discovery is still proceeding on Plaintiffs' original claims, with extensive additional productions requiring extensive attorney resources anticipated in the coming months.

Thank you for your consideration of these requests.

                                                 Respectfully submitted,
                                                 */s/Jeb Harben*
                                                 Jeb Harben
                                                 Jane R. Goldberg
                                                 Assistant Attorneys General
                                                 (212) 416-6185
                                                 Jane.goldberg@ag.ny.gov
                                                 Jeb.harben@ag.ny.gov

Cc: Counsel of record
    (via ECF)