UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
M.G., et al.,

                        Plaintiff(s)

    -against-

Cuomo, et al.,

                        Defendant(s).
----------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

7:19-CV-00639 (CS)

A Bench Ruling on the pending motion(s) is scheduled for **September 25, 2020 at 2:00 p.m. (via telephone)** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

**Person(s) appearing via telephone are reminded of the general prohibition against any forms of recording and rebroadcasting of Court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.**

Pursuant to Judge Seibel's Emergency Individual Rules and Practices in light of COVID-19, last revised on March 19, 2020, the parties are directed to attend by phone using the following information:

Toll-Free Tele-conference number: **(877) 336 – 1839** to call in and enter access code: **1047966#**.

The parties should call in from a landline phone (if possible), announce their last name(s) before addressing the Court at any time during the call, and mute their lines (pressing *6 on phone) when not speaking.

                                                      /s/ Walter Clark, Courtroom Deputy

Dated: September 9, 2020
       White Plains, New York