UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

M.G., et al.,

                Plaintiffs,        **SCHEDULING ORDER**

    -against-                    19 Civ. 639 (CS)(AEK)

Cuomo, et al.,

                Defendants.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        This matter has been reassigned to Magistrate Judge Andrew E. Krause for general pretrial supervision. A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Wednesday, November 4, 2020, at 4:00 p.m.**

        To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  October 27, 2020
          White Plains, New York

                                      **SO ORDERED.**

                                    _____
                                    ANDREW E. KRAUSE
                                    United States Magistrate Judge