AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| M.G., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-CV-0639 (CS) (AEK) |
| Cuomo, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated.

Date:   11/24/2020

/s/ Elizabeth S. Woods
*Attorney's signature*

Elizabeth S. Woods EW1981
*Printed name and bar number*

Disability Rights New York
725 Broadway, #450
Albany NY 12207

*Address*

elizabeth.woods@drny.org
*E-mail address*

(518) 512-4857
*Telephone number*

(518) 427-6561
*FAX number*