UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                  Plaintiffs,

          -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                  Defendants.
------------------------------------------------------------------------ x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

7:19-cv-0639 (CS) (AEK)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs S.D., W.P., and D.H. individually and on behalf of all similarly situated and their counsel hereby give notice that the Fifth and Sixth causes of action in the above captioned action are voluntarily dismissed, without prejudice, against Governor Andrew Cuomo in his official capacity as the Governor of the State of New York.

Date: December 07, 2020

                                        /s/ Elizabeth S Woods
                                        Elizabeth S. Woods
                                        Disability Rights New York
                                        725 Broadway Suite 450
                                        Albany, NY 12207
                                        Elizabeth.Woods@drny.org
                                        (518) 512-4857