**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

M.G., *et al.*,

                Plaintiffs,

      - against -

ANDREW CUOMO, *et al.*,

                Defendants.

No. 19-CV-0639 (CS)

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs M.G., P.C., C.J., M.J., J.R., D.R., D.H., and W.P. individually and on behalf of all similarly situated.

Dated: New York, New York
          December 16, 2020

                              PAUL, WEISS, RIFKIND, WHARTON &
                                GARRISON LLP

                              By:  /s/ Chantalle Hanna
                                        Chantalle Hanna

                              1285 Avenue of the Americas
                              New York, New York 10019-6064
                              Tel.: (212) 373-3944
                              Fax: (347) 287-6708
                              channa@paulweiss.com

                              *Attorney for Plaintiffs*