**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3350

WRITER'S DIRECT FACSIMILE
(212) 492-0350

WRITER'S DIRECT E-MAIL ADDRESS
wricciardi@paulweiss.com

MATTHEW W. ABBOTT, EDWARD T. ACKERMAN, JACOB A. ADLERSTEIN, JUSTIN ANDERSON, ALLAN J. ARFFA, JONATHAN H. ASHTOR, ROBERT A. ATKINS, DAVID J. BALL, SCOTT A. BARSHAY, PAUL M. BASTA, J. STEVEN BAUGHMAN, LYNN B. BAYARD, CRAIG A. BENSON, MARK S. BERGMAN, DAVID M. BERNICK, JOSEPH J. BIAL, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, ANGELO BONVINO, ROBERT BRITTON, DAVID W. BROWN, SUSANNA M. BUERGEL, JESSICA S. CAREY, DAVID CARMONA, GEOFFREY R. CHEPIGA, ELLEN N. CHING, WILLIAM A. CLAREMAN, LEWIS R. CLAYTON, YAHONNES CLEARY, RACHAEL G. COFFEY, JAY COHEN, KELLEY A. CORNISH, CHRISTOPHER J. CUMMINGS, THOMAS V. DE LA BASTIDE III, MEREDITH DEARBORN**, ARIEL J. DECKELBAUM, KAREN L. DUNN, ALICE BELISLE EATON, ANDREW J. EHRLICH, GREGORY A. EZRING, ROSS A. FIELDSTON, ANDREW C. FINCH, BRAD J. FINKELSTEIN, BRIAN P. FINNEGAN, ROBERTO FINZI, PETER E. FISCH, HARRIS FISCHMAN, ANDREW J. FOLEY, ANDREW J. FORMAN*, HARRIS B. FREIDUS, CHRISTOPHER D. FREY, MANUEL S. FREY, ANDREW L. GAINES, KENNETH A. GALLO, MICHAEL E. GERTZMAN, ADAM M. GIVERTZ, SALVATORE GOGLIORMELLA, NEIL GOLDMAN, MATTHEW B. GOLDSTEIN, ROBERTO J. GONZALEZ*, CATHERINE L. GOODALL, ERIC GOODISON, CHARLES H. GOOGE, JR., ANDREW G. GORDON, BRIAN S. GRIEVE, UDI GROFMAN, NICHOLAS GROOMBRIDGE, BRUCE A. GUTENPLAN, ALAN S. HALPERIN, CLAUDIA HAMMERMAN, BRIAN S. HERMANN, MICHELE HIRSHMAN, ROBERT E. HOLO, DAVID S. HUNTINGTON, AMRAN HUSSEIN, LORETTA A. IPPOLITO, WILLIAM A. ISAACSON*, JAREN JANGHORBANI, BRIAN M. JANSON, JEH C. JOHNSON, MEREDITH J. KANE, BRAD S. KARP, PATRICK N. KARSNITZ, JOHN C. KENNEDY

BRIAN KIM, KYLE J. KIMPLER, ALEXIA D. KORBERG, ALAN W. KORNBERG, DANIEL J. KRAMER, CAITH KUSHNER, DAVID K. LAKHDHIR, JOHN E. LANGE, GREGORY F. LAUFER, BRIAN C. LAVIN, XIAOYU GREG LIU, LORETTA E. LYNCH, JEFFREY D. MARELL, MARCO V. MASOTTI, DAVID W. MAYO, ELIZABETH R. MCCOLM, JEAN M. MCLOUGHLIN, ALVARO MEMBRILLERA, MARK F. MENDELSOHN, CLAUDINE MEREDITH-GOUJON, WILLIAM B. MICHAEL, JUDIE NG SHORTELL*, CATHERINE NYARADY, JANE B. O'BRIEN, ALEX YOUNG K. OH, BRAD R. OKUN, KELLEY D. PARKER, LINDSAY B. PARKS, ANDREW M. PARLEN, CHARLES J. PESANT, JESSICA E. PHILLIPS*, VALERIE E. RADWANER, JEFFREY J. RECHER, CARL L. REISNER, LORIN L. REISNER, JEANNIE S. RHEE*, WALTER G. RICCIARDI, WALTER RIEMAN, RICHARD A. ROSEN, ANDREW N. ROSENBERG, JUSTIN ROSENBERG, JACQUELINE P. RUBIN, CHARLES F. "RICK" RULE*, RAPHAEL M. RUSSO, ELIZABETH M. SACKSTEDER, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JOHN M. SCOTT, BRIAN SCRIVANI, KYLE T. SEIFRIED, KANNON K. SHANMUGAM*, AUDRA J. SOLOWAY, SCOTT M. SONTAG, SARAH STASNY, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, BRETTE TANNENBAUM, RICHARD C. TARLOWE, MONICA K. THURMOND, DANIEL J. TOAL, LAURA C. TURANO, CONRAD VAN LOGGERENBERG, LIZA M. VELAZQUEZ, MICHAEL VOGEL, RAMY J. WAHBEH, LAWRENCE G. WEE, THEODORE V. WELLS, JR., LINDSEY L. WIERSMA, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, AUSTIN WITT, MARK B. WLAZLO, JULIA TARVER MASON WOOD, JENNIFER H. WU, BETTY YAP*, JORDAN E. YARETT, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, TAURIE N. ZEITZER, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
**ADMITTED TO THE CALIFORNIA BAR

December 30, 2020

**VIA ECF**
Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-415

Re: *M.G. v. Cuomo*, 19-cv-639 (CS) (AEK)

Dear Judge Krause:

   The parties submit this joint letter in accordance with the Court's December 16, 2020 request that the parties submit a letter setting forth a proposed schedule for the completion of priority discovery. The parties have come to an agreement for deadlines for Defendants to fully respond to a select set of Plaintiffs' outstanding discovery requests, as previously limited by Plaintiffs for priority purposes to the following: Requests for Production ("RFP") 3, 7, 8, 10, 12, 24, 28, 29, 31–33, 35, 37, 38, 41, 47, 51, 52, 54–57, 60, 61, 63, 66, and 67; Sullivan Interrogatories 3–5; and Annucci Interrogatories 2–10.

   With the understanding that Defendants' document productions will be rolling, the parties jointly propose the following deadlines for Defendants' responses to Plaintiffs' priority discovery requests:

- **February 15, 2021**: RFPs 7 and 12.

- **March 15, 2021**: RFPs 3, 24 (with continued rolling production as necessary), 28–29 (documents), 37, 47, 51, 52, 61, 63, Sullivan Interrogatories 3–5, and Annucci Interrogatories 2–10.

- **April 15, 2021**: RFPs 8 (to be supplemented again by May 15, 2021), 10, 28–29 (communications), 31–33, 35, 38, 41, 54–57, and 67.

- **May 15, 2021**: RFPs 60 and 66.

Having reached an agreement on a proposed schedule for Defendants' responses to Plaintiffs' priority discovery requests, the parties request that the Court adjourn the conference currently scheduled for January 14th at 3:00 p.m. to a date in February. At the Court's convenience, the parties respectfully request the conference be adjourned to the week of February 16th–19th.

Respectfully,

DISABILITY RIGHTS NEW YORK
Joshua Rosenthal (joshua.rosenthal@drny.org)
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

The LEGAL AID SOCIETY
Janet E. Sabel, Attorney-in-Charge
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ Walter Ricciardi
Walter Ricciardi (wricciardi@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*

/s/ Jane R. Goldberg
Jane R. Goldberg (Jane.Goldberg@ag.ny.gov)
Jeb Harben (Jeb.Harben@ag.ny.gov)
(212) 416-6133

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

*Attorneys for Defendants*

cc: Counsel of Record (via ECF)

---

The Court accepts the parties' proposed schedule for the completion of priority discovery, as set forth in the December 30, 2020 joint letter.  The telephonic status conference currently scheduled for January 14, 2021 at 3:00 p.m. is hereby ADJOURNED to Thursday, February 18, 2021 at 11:30 a.m. To access the status conference, the parties should use the teleconference information set forth in ECF No. 143 and at https://nysd.uscourts.gov/hon-andrew-e-krause.

Dated: December 30, 2020

---

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge