UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
M.G., P.C., C.J., M.J., J.R., and D.R., individually :
and on behalf of all similarly situated, :
  :
                                         Plaintiffs,:
  :
            -against- :
  :  7:19-cv-00639 (CS) (AEK)
ANDREW CUOMO, in his official capacity as the :
Governor of the State of New York, the NEW :
YORK STATE OFFICE OF MENTAL HEALTH, :
ANN MARIE T. SULLIVAN, in her official capacity :
as the Commissioner of the New York State Office of:
Mental Health, the NEW YORK STATE :
DEPARTMENT OF CORRECTIONS AND :
COMMUNITY SUPERVISION, ANTHONY  J. :
ANNUCCI, in his official capacity as the Acting :
Commissioner of the New York State Department of :
Corrections and Community Supervision, ANNE :
MARIE MCGRATH, in her official capacity as :
Deputy Commissioner of the New York State :
Department of Corrections and Community :
Supervision, :
  :
                                        Defendants.:
------------------------------------------------------------- X

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the supporting Declaration of Jeb Harben, and all prior proceedings and papers filed herein, Defendants, the New York State Office of Mental Health, Ann Marie T. Sullivan, in her official capacity as the Commissioner of the New York State Office of Mental Health, the New York State Department of Corrections and Community Supervision, Anthony J. Annucci, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, and Anne Marie McGrath, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision, by their attorney, LETITIA JAMES, the

Attorney General of the State of New York, will move this Court before the Honorable Cathy Seibel, United States District Judge, Southern District of New York, at 300 Quarropas Street, White Plains, New York 10601, at a time and date to be set by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure partially dismissing the Second Amended Class Action Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, including but not limited to the claims asserted on behalf of S.D., W.P., D.H. and the proposed Discharge Class, and granting such other and further relief as this Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's November 12, 2020 order, Plaintiffs' response shall be filed no later than February 5, 2021, and Defendants' Reply shall be filed no later than February 26, 2021.

Dated: New York, New York  
         January 8, 2021

                                            LETITIA JAMES  
                                            Attorney General of the State of New York  
                                            <u>Attorney for Defendants</u>

By:       */s/ Jane R. Goldberg*  
      Jane R. Goldberg  
      Jeb Harben  
      Assistant Attorneys General  
      New York State Office of the Attorney General  
      28 Liberty Street  
      New York, New York 10005  
      jane.goldberg@ag.ny.gov  
      jeb.harben@ag.ny.gov  
      (212) 416-6133  
      (212) 416-6185

TO:

Counsel of Record  
(Via electronic mail)