UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
M.G., P.C., C.J., M.J., J.R., and D.R., individually :
and on behalf of all similarly situated, :
: 
                                          Plaintiffs,:
:
         -against-             :
                              :  7:19-cv-00639 (CS) (AEK)
ANDREW CUOMO, in his official capacity as the :
Governor of the State of New York, the NEW :
YORK STATE OFFICE OF MENTAL HEALTH, :
ANN MARIE T. SULLIVAN, in her official capacity :
as the Commissioner of the New York State Office of:
Mental Health, the NEW YORK STATE :
DEPARTMENT OF CORRECTIONS AND :
COMMUNITY SUPERVISION, ANTHONY J. :
ANNUCCI, in his official capacity as the Acting :
Commissioner of the New York State Department of :
Corrections and Community Supervision, ANNE :
MARIE MCGRATH, in her official capacity as :
Deputy Commissioner of the New York State :
Department of Corrections and Community :
Supervision, :
:
                                          Defendants.:
------------------------------------------------------------ X

## DECLARATION OF JEB HARBEN

**JEB HARBEN**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows based upon his personal knowledge and his investigation of the matters described:

1. I am an Assistant Attorney General in the Office of LETITIA JAMES, Attorney General of the State of New York, attorney for the Defendants herein. I submit this declaration and the exhibits annexed hereto in support of Defendants' Partial Motion to Dismiss the Second Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of a summary of Assertive Community Treatment ("ACT") data, which is also publicly available at

1

https://omh.ny.gov/omhweb/tableau/act.html.

3. Attached hereto as Exhibit B is a true and correct copy of the New York State Office of Mental Health's ("OMH") Statewide Summary of Residential Program Indicators, which is also publicly available at https://omh.ny.gov/omhweb/statistics/index.html.

4. Attached hereto as Exhibit C is a true and correct copy of the Interrogatory Responses of Defendant Sullivan served in this action.

5. Attached hereto as Exhibit D is a true and correct copy of New York State Department of Corrections and Community Supervision ("DOCCS") Directive 9000, which is publicly available at https://doccs.ny.gov/system/files/documents/2020/11/9000.pdf.

6. Attached hereto as Exhibit E is a true and correct copy of DOCCS Directive 9230, which is publicly available at https://doccs.ny.gov/system/files/documents/2020/11/9230.pdf.

Executed on   January 8, 2021
              New York, New York

                                                    */s/ Jeb Harben*
                                                    Jeb Harben