# EXHIBIT B

**Residential Program Indicators - Statewide Summary**
Program Type: (All Column Values), for the period from 12/01/2019 to 11/30/2020 for All Units

| Program Type | Program Subtype | # of Beds | Occupancy % During Timeframe | Median LOS | % LOS > 2 Years | Total Admits | Priority Admits | PC Long Stay | PC Non-Long Stay | Art 28 Hosp | RTFs | Adult Homes | State Oper Res | Street or Shelter Homeless | State Prison | Discharges During Timeframe | Art 28 Discharge | State PC Discharge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Apartment/Treatment** | | 5,233 | 87.8% | 881 | 56.7% | 1,164 | 34.5% | 0.9% | 3.7% | 3.9% | 1.5% | 0.2% | 2.9% | 20.8% | 0.7% | 1,167 | 1.5% | 0.6% |
| Apartment/Treatment | Voluntary Apartment | 5,233 | 87.8% | 881 | 56.7% | 1,164 | 34.5% | 0.9% | 3.7% | 3.9% | 1.5% | 0.2% | 2.9% | 20.8% | 0.7% | 1,167 | 1.5% | 0.6% |
| **Congregate/Support** | | 167 | 54.2% | 811 | 51.6% | 77 | 77.9% | 6.5% | 15.6% | 2.6% | 0.0% | 0.0% | 13.0% | 39.0% | 1.3% | 77 | 0.0% | 7.8% |
| Congregate/Support | State Operated Congregate | 97 | 84.0% | 897 | 58.3% | 37 | 81.1% | 13.5% | 32.4% | 5.4% | 0.0% | 0.0% | 27.0% | 0.0% | 2.7% | 39 | 0.0% | 15.4% |
| | Voluntary Operated Congregate | 70 | 12.9% | 32 | 0.0% | 40 | 75.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 75.0% | 0.0% | 38 | 0.0% | 0.0% |
| **Congregate/Treatment** | | 5,111 | 86.8% | 735 | 50.2% | 1,910 | 61.2% | 5.4% | 23.3% | 9.4% | 0.3% | 0.6% | 12.3% | 8.4% | 1.4% | 1,936 | 4.0% | 6.3% |
| Congregate/Treatment | SOCR MICA Congregate | 14 | 70.8% | 449 | 0.0% | 3 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 33.3% | 0.0% | 66.7% | 8 | 0.0% | 12.5% |
| | SOCR Non-specialty Congregate | 580 | 77.6% | 496 | 34.4% | 243 | 85.2% | 17.3% | 25.5% | 3.3% | 0.4% | 0.0% | 33.7% | 2.9% | 2.1% | 233 | 1.7% | 10.7% |
| | SOCR Transitional Congregate | 580 | 94.4% | 636 | 45.5% | 456 | 94.1% | 5.0% | 60.1% | 3.9% | 0.0% | 0.0% | 23.7% | 0.0% | 1.3% | 440 | 7.7% | 15.0% |
| | Voluntary Geriatric Congregate | 181 | 97.3% | 1,349 | 73.7% | 30 | 26.7% | 0.0% | 10.0% | 0.0% | 0.0% | 3.3% | 13.3% | 0.0% | 0.0% | 39 | 10.3% | 2.6% |
| | Voluntary MI/MR Congregate | 160 | 93.2% | 2,077 | 75.3% | 24 | 45.8% | 0.0% | 16.7% | 12.5% | 0.0% | 4.2% | 8.3% | 4.2% | 0.0% | 28 | 3.6% | 7.1% |
| | Voluntary MICA Congregate | 547 | 84.7% | 658 | 46.1% | 207 | 51.7% | 1.4% | 3.4% | 16.4% | 1.0% | 0.0% | 1.4% | 25.6% | 2.4% | 226 | 4.0% | 0.0% |
| | Voluntary Non-Specialty Congregate | 3,049 | 86.6% | 763 | 51.7% | 947 | 42.6% | 3.8% | 10.0% | 12.4% | 0.3% | 1.0% | 3.7% | 10.5% | 1.0% | 962 | 2.7% | 2.8% |
| **SRO Community Residence** | | 3,180 | 94.3% | 1,656 | 75.9% | 345 | 61.2% | 2.9% | 11.9% | 9.0% | 4.1% | 0.3% | 3.2% | 28.7% | 1.2% | 410 | 2.9% | 5.9% |
| SRO Community Residence | Voluntary Operated Congregate | 3,180 | 94.3% | 1,656 | 75.9% | 345 | 61.2% | 2.9% | 11.9% | 9.0% | 4.1% | 0.3% | 3.2% | 28.7% | 1.2% | 410 | 2.9% | 5.9% |
| **Supported Housing Community Services** | | 20,113 | 85.6% | 1,996 | 80.4% | 1,724 | 44.2% | 1.7% | 1.3% | 1.1% | 0.3% | 4.5% | 2.8% | 26.2% | 6.2% | 1,578 | 1.1% | 2.3% |
| Supported Housing Community Services | Supported Housing | 20,113 | 85.6% | 1,996 | 80.4% | 1,724 | 44.2% | 1.7% | 1.3% | 1.1% | 0.3% | 4.5% | 2.8% | 26.2% | 6.2% | 1,578 | 1.1% | 2.3% |
| **Supported/Single Room Occupancy (SRO)** | | 6,452 | 85.8% | 1,800 | 80.3% | 432 | 71.3% | 0.9% | 1.2% | 0.2% | 3.9% | 0.0% | 0.5% | 64.6% | 0.0% | 235 | 1.7% | 1.3% |
| Supported/Single Room Occupancy (SRO) | Supported Housing | 6,452 | 85.8% | 1,800 | 80.3% | 432 | 71.3% | 0.9% | 1.2% | 0.2% | 3.9% | 0.0% | 0.5% | 64.6% | 0.0% | 235 | 1.7% | 1.3% |