AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., & D.H., individually and on behalf of all similarly situated, ) <br> *Plaintiff* ) <br> v. ) <br> Cuomo et al., ) <br> *Defendant* ) | Case No. 19 Civ. 639 (CS) (AEK) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
the United States of America.

Date: 02/12/2021

s/ Anthony J. Sun
*Attorney's signature*

Anthony J. Sun (SDNY No. AS2782)
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

anthony.sun@usdoj.gov
*E-mail address*

(212) 637-2810
*Telephone number*

(212) 637-2786
*FAX number*