

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6133

February 12, 2021

***Via ECF and Email***
Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re: *M.G., et al. v. Andrew Cuomo, et al.*
        Docket No. 19-cv-00639 (CS) (AEK)

Dear Judge Seibel:

  This Office represents the Defendants in this action. I write to request that Defendants' time to file their Reply Memorandum to Plaintiffs' Memorandum in Opposition to Defendants' Partial Motion to Dismiss the Second Amended Class Action Complaint be extended until March 5, 2021. Defendants' Reply Memorandum is currently due February 26, 2021. Defendants make this request because Assistant Attorney General Jeb Harben has been out of the office due to a recent death in his immediate family. There have been no previous requests for an extension of this deadline, and Plaintiffs consent to this request.

  Thank you for your consideration of this request.

              Respectfully submitted,

              */s/ Jane R. Goldberg*
              Jane R. Goldberg
              Assistant Attorney General

Cc. Counsel of Record
  (via ECF and email)