UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
M.G., P.C., C.J., M.J., J.R., D.R., D.H., S.D., and W.P., individually and on behalf of all similarly situated,

                           Plaintiffs,

             -against-                     7:19-cv-00639 (CS) (AEK)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                           Defendants.
--------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Letitia James, Attorney General of the State of New York, by Adam Sansolo, Assistant Attorney General, shall appear as counsel of record for Defendants in this action. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated:  New York, New York
        February 17, 2021

                                                LETITIA JAMES
                                                Attorney General of the State of New York
                                                *Attorney for Defendants*
                                                By: _____

2

Adam Sansolo
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Tel.: (212) 416-6165
Adam.Sansolo@ag.ny.gov