

# DISABILITY RIGHTS NEW YORK

 www.drny.org    mail@drny.org   📞 518-432-7861

March 17, 2021

**VIA ECF**

Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

       Re: *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)

Dear Judge Krause,

      The parties submit this joint letter in response to the Court's invitation at the February 18, 2021 status conference to revisit discovery deadlines. At that conference, Defendants had requested a stay of discovery for the parties to engage in mediation. Having agreed to engage in mediated settlement discussions regarding Plaintiffs' First, Second, Third, and Fourth Causes of Action in the Second Amended Complaint, and for counsel to secure authority for the same, the parties jointly propose a time-limited stay of discovery as follows:

- The pending discovery deadlines as ordered in ECF No. 154 will be stayed for a three-month period, beginning April 1, 2021 and ending July 1, 2021.

    - Either party may propose extensions of the stay. Any extensions of the stay beyond July 1, 2021 must be agreed to in writing by both parties.

    - Either party may seek to terminate the stay at any point and reinstate discovery deadlines upon prior notice to the parties and application to the Court.

- Within the first 30 days of this stay, and no later than May 3, 2021, Defendants will produce documents and information responsive to Requests for Production 3, 8, 51, 52, 54-56 (but not including requests for Communications), 67, Sullivan Interrogatories 3-5, Annucci Interrogatories 2-10, and the requests for information included in an email to Defendants' counsel from Elena Landriscina, Esq., dated January 11, 2021.

    - Documents and information produced during the stay period, whether in response to the above discovery requests or otherwise, shall be identified with bates stamping that is distinct from bates stamps used for purposes of the litigation.

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207-5001

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614


TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**

- o Should the stay be lifted, Defendants shall within two weeks of the end of the stay re-produce to Plaintiffs any documents and information exchanged during the course of settlement discussions that would otherwise be responsive to Plaintiffs' discovery requests.

- o Any extension of settlement-related information requests must be agreed to in writing by both parties.

- Defendants agree to waive any arguments in opposing a motion for class certification that arise from any delay or other effect on the timing of said motion that results from this stay and any extensions thereto.

The parties respectfully request Your Honor's assistance in mediating settlement talks regarding Plaintiffs' claims asserted on behalf of M.G., P.C., C.J., M.J., J.R., and D.R. and the putative General Class and RTF Subclass. The undersigned will be prepared to discuss scheduling at the conference on March 24, 2021.

Respectfully submitted,

DISABILITY RIGHTS NEW YORK

/s/ Joshua Rosenthal
Joshua Rosenthal (joshua.rosenthal@drny.org)
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

The LEGAL AID SOCIETY
Janet E. Sabel, Attorney-in-Charge
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Walter Ricciardi (wricciardi@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207-5001

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614



TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**

Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*

LETITIA JAMES
Attorney General
State of New York

/s/ Jane R. Goldberg
Jane R. Goldberg (Jane.Goldberg@ag.ny.gov)
Jeb Harben (Jeb.Harben@ag.ny.gov)
Adam Sansolo (Adam.Sansolo@ag.ny.gov)
(212) 416-6133

*Attorneys for Defendants*

cc: Counsel of Record (via ECF)

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207-5001

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614

TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**