UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

M.G., et al.,

                Plaintiffs,            **SCHEDULING ORDER**

    -against-                        19 Civ. 639 (CS)(AEK)

Cuomo, et al.,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In accordance with the parties' joint letter, which was e-mailed to Chambers on June 28, 2021, a third settlement conference is hereby scheduled before Magistrate Judge Andrew E. Krause on **Thursday, July 29, 2021, at 10:00 a.m.**

      By Monday, July 26, 2021, the parties are directed to submit via e-mail *ex parte* letters of no more than five pages setting forth any progress that has been made in settlement negotiations since the June 21, 2021 conference, and describing the topics that each side believes should be the focus of the upcoming conference.

      The conference will be conducted by video, using Microsoft Teams. A link will be provided to the parties by e-mail prior to the conference. Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: June 30, 2021
       White Plains, New York

                                               **SO ORDERED.**

                                               ANDREW E. KRAUSE
                                               United States Magistrate Judge