

# DISABILITY RIGHTS NEW YORK

 www.drny.org     mail@drny.org    📞 518-432-7861

September 9, 2021

**VIA ECF**

Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re: *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)

Dear Judge Krause,

        The undersigned write to address discovery deadlines in the above-captioned matter. On March 23, 2021, the Court granted the parties' proposal for a time-limited stay of certain discovery deadlines having agreed to engage in mediated settlement discussions regarding Plaintiffs' First, Second, Third, and Fourth Causes of Action in the Second Amended Complaint. ECF No. 167. Specifically, the order provided that the discovery deadlines in ECF No. 154 would be stayed until July 1, 2021 and that "[a]ny extensions of the stay beyond July 1, 2021 must be agreed to in writing by both parties."

        The parties conferred and jointly propose the following extension to the stay ordered in ECF No. 167:

- The pending discovery deadlines as ordered in ECF No. 154 will be stayed until October 29, 2021.

    o Either party may propose further extensions of the stay. Any extensions of the stay beyond October 29, 2021 must be agreed to in writing by both parties.

    o Either party may seek to terminate the stay at any point and reinstate discovery deadlines upon prior notice to the parties and application to the Court.

- During the course of this stay and any extensions thereto, Plaintiffs reserve the right to seek further production of documents and information responsive to Requests for Production 3, 8, 51, 52, 54-56 (but not including requests for Communications), 67, Sullivan Interrogatories 3-5, Annucci Interrogatories 2-10, and the requests for information included in an email to Defendants' counsel from Elena Landriscina, Esq., dated January 11, 2021.

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207-5001

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614

TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**

- o Documents and information produced during the stay period, whether in response to the above discovery requests or otherwise, shall be identified with bates stamping that is distinct from bates stamps used for purposes of the litigation.

- o Should the stay be lifted, Defendants shall within two weeks of the end of the stay re-produce to Plaintiffs any documents and information exchanged during the course of settlement discussions that would otherwise be responsive to Plaintiffs' discovery requests.

- o Any extension of settlement-related information requests must be agreed to in writing by both parties.

- Defendants agree to waive any arguments in opposing a motion for class certification that arise from any delay or effect on the timing of said motion that results from the stay ordered in ECF No. 167, this extension, and any further extensions thereto.

Respectfully submitted,

DISABILITY RIGHTS NEW YORK

/s/ Joshua Rosenthal
Joshua Rosenthal (joshua.rosenthal@drny.org)
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

The LEGAL AID SOCIETY
Janet E. Sabel, Attorney-in-Charge
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Walter Ricciardi (wricciardi@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)

ALBANY
725 Broadway, Suite 450
Albany, NY 12207-5001

BROOKLYN
25 Chapel St, Suite 1005
Brooklyn, NY 11201

ROCHESTER
44 Exchange Blvd, Suite 110
Rochester, NY 14614

TTY: 518-512-3448
Fax: 518-427-6561
Toll Free: 1-800-993-8982

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*

LETITIA JAMES
Attorney General
State of New York

/s/ Jane R. Goldberg
Jane R. Goldberg (Jane.Goldberg@ag.ny.gov)
Jeb Harben (Jeb.Harben@ag.ny.gov)
Adam Sansolo (Adam.Sansolo@ag.ny.gov)
(212) 416-6133

*Attorneys for Defendants*

cc: Counsel of Record (via ECF)

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

September 13, 2021

ALBANY
725 Broadway, Suite 450
Albany, NY 12207-5001

BROOKLYN
25 Chapel St, Suite 1005
Brooklyn, NY 11201

ROCHESTER
44 Exchange Blvd, Suite 110
Rochester, NY 14614

TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**