UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

          *Plaintiffs*,

-against-

KATHY HOCHUL, in her official capacity as the Governor of the State of New York,[1] the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

          *Defendants*.

7:19-CV-00639 (CS) (AEK)

**NOTICE OF APPEARANCE**

---

    PLEASE TAKE NOTICE that LETITIA JAMES, Attorney General of the State of New York, by Owen T. Conroy, Assistant Attorney General, hereby appears as counsel of record in the above referenced action on behalf of all defendants. I certify that I am admitted to practice in this Court.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), upon the resignation of Governor Andrew M. Cuomo on August 24, 2021, Governor Hochul was automatically substituted as a defendant in this action in her official capacity as Governor of the State of New York.

Dated:  New York, New York
        September 29, 2021

                                                   Respectfully submitted,

                                                   LETITIA JAMES
                                                 Attorney General of the
                                                  State of New York

                                                By: /s/ Owen T. Conroy
                                                Owen T. Conroy
                                                Assistant Attorney General
                                                28 Liberty Street
                                                New York, New York 10005
                                                (212) 416-6382
                                                Owen.Conroy@ag.ny.gov