

# DISABILITY RIGHTS NEW YORK

 www.drny.org    mail@drny.org    518-432-7861

October 5, 2021

**VIA EMAIL AND ECF**
Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Application granted.  Defendants' answer due 11/8/21.

SO ORDERED.

*[signature: Cathy Seibel]*          10/5/21

CATHY SEIBEL, U.S.D.J.

     Re:    *M.G. v. Cuomo*, No. 19-CV-0639 (CS) (AEK)

Your Honor,

    I write to address Defendants' request for an extension of time to file pleadings responsive to Plaintiffs' Second Amended Complaint (ECF No. 134) in the above-captioned matter. Following the bench ruling on September 29, 2021, Defendants' counsel requested an extension of time to file responsive pleadings. Your Honor directed Plaintiffs to submit a letter by today with respect to the parties' positions.

    The parties have conferred and agreed that Defendants shall serve their answer within 40 days of the Court's order denying Defendants' Second Motion to Dismiss. Therefore, the parties respectfully propose that the Court issue a deadline of November 8, 2021 for Defendants to serve their responsive pleading.

            Respectfully submitted,

            /s/

            Joshua Rosenthal

CC: Counsel of Record (via ECF)

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207-5001

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614

TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**