

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 21, 2021

**BY ECF AND ELECTRONIC MAIL (chambersnysdseibel@nysd.uscourts.gov)**

The Honorable Cathy Seibel
United States District Judge
300 Quarropas Street, Chambers 633
White Plains, NY  10601-4150

   Re: *M.G. v. Cuomo*, No. 19 Civ. 639 (CS) (AEK)

Dear Judge Seibel:

  This Office represents the United States of America (the "Government") in the above-referenced action. We write respectfully to request that the Court exercise its discretion and issue a written decision memorializing the Court's bench ruling on September 29, 2021, concerning the defendants' motion to dismiss the second amended complaint.

  The Government previously submitted a statement of interest in this matter in accordance with 28 U.S.C. § 517 to provide its views regarding the applicable pleading requirements for a violation of Title II of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132, as applied to a public entity's alleged failure to accommodate the needs of indigent individuals with serious mental illness upon their release from prison. Congress intended the Government to have a "central role" in enforcing the standards established in the ADA. *See* 42 U.S.C. § 12101(b)(3).

  Although the Government understands that the Court opted to issue a bench ruling denying the motion to dismiss in lieu of a written order, the Government believes that the Court's decision in this case is a ruling of special interest. A written opinion available in legal databases and which may be published in the Federal Supplement would provide guidance to future litigants and help ensure the correct and consistent interpretation and application of Title II in subsequent cases. In particular, both the Court's application of the legal principles in *Davis v. Shah*, 821 F.3d 231 (2d Cir. 2016), to the specific facts of this matter, and the Court's rejection of the reasoning of *E.B. ex rel. M.B. v. Cuomo*, No. 16 Civ. 735, 2020 WL 3893928 (W.D.N.Y. July 11, 2020), are important additions to the body of Title II case law. A written opinion would further Congress's intent to create "clear, strong, consistent, enforceable standards addressing discrimination against individuals with disabilities." 42 U.S.C. § 12101(b)(2).

  Accordingly, the Government respectfully requests that the Court consider issuing a written opinion memorializing its September 29, 2021, bench ruling.

Honorable Cathy Seibel
Page 2

    We thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                      United States Attorney

                        By:  s/ Anthony J. Sun
                              ANTHONY J. SUN
                              Assistant United States Attorney
                              86 Chambers St., 3rd Floor
                              New York, New York  10007
                              (212) 637-2810

cc:     All counsel of record (by ECF)