

199 Water Street
New York, NY 10038
(212) 577-3300
www.legal-aid.org

John K. Carroll
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Attorney-in-Charge*
Criminal Practice

Mary Lynne Werlwas
*Director*
Prisoners' Rights Project

**VIA ECF**

October 21, 2021

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *M.G. et al. v. Cuomo et al.*, 19-cv-639 (CS)(AEK)

Dear Judge Seibel:

With my colleagues at The Legal Aid Society and attorneys from Disability Rights New York and Paul, Weiss, Rifkind, Wharton & Garrison LLP, I represent Plaintiffs and the putative plaintiff classes and subclass in the above-referenced matter. Plaintiffs write to respectfully request that Your Honor convert the bench ruling issued on September 29, 2021, denying Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. # 155), to a written decision. Defendants do not take a position on this request.

While Plaintiffs understand that it is Your Honor's general practice not to issue a written decision memorializing a bench ruling, Counsel submits that the public would benefit from greater access to the reasoning articulated in Your Honor's decision. Your Honor's ruling addresses several issues of national importance and clarifies the law in important areas. *See* Statement of Interest of the United States, Dkt. # 161, at 5 ("The United States has a strong interest in ensuring the correct and consistent interpretation and application of Title II and its implementing regulation, in accordance with the Congress's intent to create 'clear, strong, consistent, enforceable standards addressing discrimination against individuals with disabilities[.]'"). Therefore, Plaintiffs respectfully urge Your Honor to issue a written opinion in this matter. Thank you for your consideration.

Sincerely,

Stefen R. Short
*Supervising Attorney*

cc:   Counsel of record (via ECF)

**Justice in Every Borough.**