

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 29, 2021

**By ECF and Email**
The Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *M.G., et al. v. Cuomo, et al.,* 19 CV 00639 (CS) (LMS)

Dear Judge Seibel:

The Office of the New York State Attorney General represents the Defendants in the above-titled action. For the reasons set forth below, Defendants write to request an extension of time until November 19, 2021 to file an Answer to the Second Amended Complaint. By agreement between the parties, the Answer is presently due by November 8, 2021. This is Defendants' second request for an extension of this deadline. Plaintiffs take no position on this request.

The primary reason Defendants request a further extension is the length and prolixity of the Second Amended Complaint, which is comprised of 774 paragraphs and requires responses from multiple defendants. Defendants have endeavored to respond to each allegation as specifically as possible, and as such, require a short extension to prepare responses to several allegations that require additional investigation. Furthermore, Plaintiffs would not be prejudiced by granting Defendants' request for an additional two weeks in which to file an Answer to the Second Amended Complaint. Magistrate Judge Krause has directed the parties to meet and confer concerning the scope of discovery on the claims made in the Second Amended Complaint and has scheduled a discovery conference. Thus, the case is already moving forward.

Honorable Cathy Seibel
October 29, 2021
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jane R. Goldberg
Jane R. Goldberg
Assistant Attorney General
(212) 416-6133
Jane.Goldberg@ag.ny.gov

Cc:    Counsel of Record
       (via ECF)