STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

No SO ORDERED. 2021

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

**By ECF**
Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

*Application granted. The Clerk of Court is respectfully directed to strike ECF No. 186. Defendants shall file a corrected version of their Answer to the Second Amended Complaint no later than ~~11/25/21~~ 11/26/21.* SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

*11/22/21*

Re:    *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)

Dear Judge Seibel:

The New York State Office of the Attorney General represents the Defendants in the above matter. On Friday, November 19, 2021, the Defendants filed their Answer to the Second Amended Complaint. ECF No. 186. Plaintiffs have notified Defendants that they object to the disclosure of birthdate information regarding the anonymously identified Plaintiffs at paragraphs 28, 66, 91, 127, 156, 185, 216, 278, and 323. In response to Plaintiffs' request, Defendants have made a temporary sealing request to the ECF Help Desk. Defendants respectfully request that the Court strike ECF No. 186 from the docket and permit them to file a corrected version of the Answer that discloses only birth year information for the anonymously identified Plaintiffs. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Owen T. Conroy
Owen T. Conroy
Assistant Attorney General
*Attorney for Defendants*

cc:    All counsel of record (via ECF)

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8610 ● WWW.AG.NY.GOV