PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS     (1927-1950)
JOHN F. WHARTON    (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3350

WRITER'S DIRECT FACSIMILE

(212) 492-0350

WRITER'S DIRECT E-MAIL ADDRESS

wricciardi@paulweiss.com

December 6, 2021

**VIA ECF**

Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-415

Re: *M.G. v. Cuomo*, 19-cv-639 (CS) (AEK)

Dear Judge Krause:

The parties in the above-captioned matter submit this joint letter in accordance with the Court's October 26, 2021 request for a proposed schedule for discovery related to the Fifth and Sixth Causes of Actions set forth in Plaintiffs' Second Amended Complaint ("Discharge Class Claims").  ECF 134.

The parties met on November 22 and December 6 and have largely agreed on a scheduling plan—which entails supplementing previously served requests, serving and responding to additional discovery requests specific to the Discharge Class Claims, and preparing custodian lists and search protocols—which the parties believe will allow discovery to proceed more efficiently and reduce disputes.

The parties have been unable to reach agreement on a few discrete issues, namely:

- The date by which Defendants shall supplement their Rule 26 initial disclosures;

- Whether, and by when, Defendants shall serve supplemental responses and objections to Plaintiffs' First and Second Sets of Interrogatories on Defendants Annucci and Sullivan; and

- The date by which Defendants shall produce documents responsive to RFPs specific to the Discharge Class Named Plaintiffs (RFPs 7 and 12), and supplement their substantive responses (e.g., produce censuses) to interrogatories related to discharge from prison to homeless shelters (Sullivan Interrogatories 5 and 25; Annucci Interrogatories 27 and 28).

The parties separate proposals are set forth in Appendix A (Plaintiffs' proposal) and Appendix B (Defendants' proposal), and a redline comparing the two proposals is set forth in Appendix C. The parties respectfully request to address these issues at the upcoming conference on December 9, 2021, and their respective positions are laid out below.

**Plaintiffs' Position**

Plaintiffs have largely accommodated Defendants with respect to discovery on the Discharge Class Claims. The last points in dispute, however, will lead to unnecessary delays in the negotiation of ESI custodians and search terms, as well as initial productions that will enable Plaintiffs to begin reviewing documents while negotiating further discovery terms. Additionally, Defendants have had ample time to begin supplementing their initial disclosures and previous responses and objections, aware that discovery was being opened on the Discharge Class Claims over a month ago. For those reasons, Plaintiffs respectfully request that the Court adopt their proposed schedule.

**Defendants' Position**

The deadlines proposed by Defendants are based on the best estimate of how long each item will take to complete, given the exceedingly broad scope and vagueness of Plaintiffs' Discharge Class discovery demands. Defendants' schedule also takes into consideration deadlines in other matters and planned holiday vacation schedules. Plaintiffs have not articulated to Defendants any basis for their more accelerated deadlines, apart from a general desire to accelerate the pace of discovery. For those reasons, Defendants respectfully request that the Court adopt their proposed schedule.

Respectfully,

DISABILITY RIGHTS NEW YORK
Joshua Rosenthal (joshua.rosenthal@drny.org)
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

The LEGAL AID SOCIETY
Janet E. Sabel, Attorney-in-Charge
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ Walter Ricciardi
Walter Ricciardi (wricciardi@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*


/s/ Owen Conroy
Owen Conroy (Owen.Conroy@ag.ny.gov)
Jane R. Goldberg (Jane.Goldberg@ag.ny.gov)
Jeb Harben (Jeb.Harben@ag.ny.gov)
Adam Sansolo (Adam.Sansolo@ag.ny.gov)
(212) 416-6133

*Attorneys for Defendants*


cc: Counsel of Record (via ECF)

## Appendix A
(Plaintiffs' Proposal)

- By December 31, 2021:
    - Plaintiffs will issue initial supplemental Requests for Production (RFPs) relating to the Discharge Class Claims.
    - Defendants shall supplement their Rule 26 initial disclosures.
- By January 13, 2022:
    - Defendants shall serve supplemental RFPs and interrogatories with respect to the Discharge Class Claims.
    - Defendants shall supplement their production in response to RFP 1 to provide any updates to DOCCS and OMH organization charts that were previously produced to Plaintiffs.
- By January 31, 2022:
    - Defendants shall serve supplemental responses and objections to Plaintiffs' June 21, 2019 RFPs and Plaintiffs' First and Second Sets of Interrogatories on Defendants Annucci and Sullivan.
    - Defendants shall serve responses and objections to the initial supplemental RFPs regarding the Discharge Class Claims.
    - Defendants shall produce documents responsive to the Named Plaintiff-specific RFPs 7 and 12 with respect to the Discharge Class Plaintiffs, and shall supplement their responses to Sullivan Interrogatories 5 and 25 and Annucci Interrogatories 27 and 38.
- By February 7, 2022:
    - Plaintiffs shall provide Defendants with proposed custodians, search terms, and date ranges for RFPs related to the Discharge Class Claims served by this date.
- By February 21, 2022:
    - The parties shall meet and confer regarding custodians and search terms for all RFPs served by this date, and any other disputes regarding the scope of Discharge Class discovery.
- By February 28, 2022
    - The parties shall either submit a joint status letter to the Court providing an update on the volume of discovery related to the Discharge Class Claims and a proposed timeframe for production deadlines, or file separate letters setting forth their respective positions as to the scope and timing of such discovery.

# Appendix B
(Defendants' Proposal)

- By December 31, 2021:
    - Plaintiffs will issue initial supplemental Requests for Production (RFPs) relating to the Discharge Class Claims.
- By January 13, 2022:
    - Defendants shall serve supplemental RFPs and interrogatories with respect to the Discharge Class Claims.
    - Defendants shall supplement their Rule 26 initial disclosures.
    - Defendants shall supplement their production in response to RFP 1 to provide any updates to DOCCS and OMH organization charts that were previously produced to Plaintiffs.
- By January 31, 2022:
    - Defendants shall serve supplemental responses and objections to Plaintiffs' June 21, 2019 RFPs.
    - Defendants shall serve responses and objections to the initial supplemental RFPs regarding the Discharge Class Claims.
- By February 7, 2022
    - Defendants shall produce documents responsive to the Named Plaintiff-specific RFPs 7 and 12 with respect to the Discharge Class Plaintiffs, and shall supplement their responses to Sullivan Interrogatories 5 and 25 and Annucci Interrogatories 27 and 38.
    - Plaintiffs shall provide Defendants with proposed custodians, search terms, and date ranges for RFPs related to the Discharge Class Claims served by this date.
- By February 21, 2022:
    - The parties shall meet and confer regarding custodians and search terms for all RFPs served by this date, and any other disputes regarding the scope of Discharge Class discovery.
- By February 28, 2022
    - The parties shall either submit a joint status letter to the Court providing an update on the volume of discovery related to the Discharge Class Claims and a proposed timeframe for production deadlines, or file separate letters setting forth their respective positions as to the scope and timing of such discovery.

**Appendix C**
(Defendants' Proposal as original with Plaintiffs' Proposal in redline)

- By December 31, 2021:
    - Plaintiffs will issue initial supplemental Requests for Production (RFPs) relating to the Discharge Class Claims.
    - Defendants shall supplement their Rule 26 initial disclosures.

- By January 13, 2022:
    - Defendants shall serve supplemental RFPs and interrogatories with respect to the Discharge Class Claims.
    - ~~Defendants shall supplement their Rule 26 initial disclosures.~~
    - Defendants shall supplement their production in response to RFP 1 to provide any updates to DOCCS and OMH organization charts that were previously produced to Plaintiffs.

- By January 31, 2022:
    - Defendants shall serve supplemental responses and objections to Plaintiffs' June 21, 2019 RFPs and Plaintiffs' First and Second Sets of Interrogatories on Defendants Annucci and Sullivan.
    - Defendants shall serve responses and objections to the initial supplemental RFPs regarding the Discharge Class Claims.

- ~~By February 7, 2022~~
    - Defendants shall produce documents responsive to the Named Plaintiff-specific RFPs 7 and 12 with respect to the Discharge Class Plaintiffs, and shall supplement their responses to Sullivan Interrogatories 5 and 25 and Annucci Interrogatories 27 and 38.

- By February 7, 2022:
    - Plaintiffs shall provide Defendants with proposed custodians, search terms, and date ranges for RFPs related to the Discharge Class Claims served by this date.

- By February 21, 2022:
    - The parties shall meet and confer regarding custodians and search terms for all RFPs served by this date, and any other disputes regarding the scope of Discharge Class discovery.

- By February 28, 2022
    - The parties shall either submit a joint status letter to the Court providing an update on the volume of discovery related to the Discharge Class Claims and a proposed timeframe for production deadlines, or file separate letters setting forth their respective positions as to the scope and timing of such discovery.