STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

December 8, 2021

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:    *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
       **Update on Settlement Discussions**

Dear Judge Krause:

We write on behalf of Defendants in this matter to provide the Court with a brief update on Defendants' position regarding settlement negotiations in advance of tomorrow's discovery conference. As ordered by the Court, on December 1, 2021, Plaintiffs provided Defendants with their revised 'best offer' settlement proposals as to the General Class and RTF Subclass claims. Defendants appreciate Plaintiffs' willingness to provide these proposals and for their participation in the settlement negotiations. Unfortunately, after reviewing the proposals, Defendants have concluded that the parties are so far apart in their respective positions that further settlement negotiations with the Court are not likely to be productive at this time. Defendants have been willing to discuss settlement of the General Class and RTF Subclass claims in a way that addresses Plaintiffs' concerns about further codifying Defendants' stated commitment that the New York State Department of Corrections and Community Supervision will not hold inmates within the definitions of the putative classes past their respective release dates because of unavailable mental health housing. However, Defendants have regretfully concluded that Plaintiffs' proposals contain too many extraneous provisions beyond the scope of that issue to which Defendants cannot agree. As the case proceeds, Defendants of course would be willing to consider revised settlement demands from Plaintiffs at any time.

Defendants are grateful for the substantial amount of time Your Honor has spent with the parties in an attempt to resolve these claims and regret to provide this update.

This development also affects the planned discussion about discovery on the Discharge Class claims, since the parties will likely need to proceed with discovery on all claims going forward. We would welcome a discussion with the Court about whether it would make sense for the parties to further modify the Discharge Class discovery proposals submitted on Monday,

Hon. Andrew E. Krause
December 8, 2021
Page 2

December 6, 2021, (ECF No. 191), in order to develop one global plan for discovery on all claims moving forward.

Respectfully submitted,

/s/ Owen T. Conroy
Adam Sansolo
Jane R. Goldberg
Jeb Harben
Owen T. Conroy

Assistant Attorneys General
*Counsel for Defendants*

cc:    All counsel of record