UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,<br><br>              Plaintiffs,<br><br>            -against-<br><br>ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,<br><br>              Defendants. | **NOTICE OF APPEARANCE**<br><br>19-cv-00639 (CS) (LMS) |

**PLEASE TAKE NOTICE** that LETITIA JAMES, Attorney General of the State of New York, by Erin Kandel, Assistant Attorney General, hereby appears as counsel of record for defendants in the above-captioned action, and requests that all pleadings, notices of applications and proceedings, and other papers in this action be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
        December 9, 2021

                                              LETITIA JAMES
                                              Attorney General of the
                                               State of New York
                                              Attorney for Defendants

                                              By:

                                                 _/s/ Erin Kandel_____
                                               Erin Kandel

                                    Assistant Attorney General
                                    28 Liberty Street
                                    New York, New York 10005
                                    Tel: (212) 416-6536
                                    Erin.Kandel@ag.ny.gov

To: All Counsel of Record (By ECF)