UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                              Plaintiffs,

    -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                              Defendants.

7:19-cv-00639 (CS) (AEK)

------------------------------------------------------------------------ X

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

      PLEASE TAKE NOTICE that upon the annexed affirmation and subject to the Court's approval, I am withdrawing from the above-captioned matter and shall be removed from the Case Management Electronic Case Files (CM/ECF) notification list in the above-captioned matter. As of close of business on December 30, 2021, I will no longer be employed by the New York State Office of the Attorney General. Assistant Attorneys General Jeb Harben, Adam Sansolo, Owen Conroy and Erin Kandel from this Office will continue to represent the Defendants in this matter.

Dated: New York, New York
      December 14, 2021

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
<u>Attorney for Defendants</u>

By: /s/ *Jane R. Goldberg*
Jane R. Goldberg
Assistant Attorney General
28 Liberty St.
New York, New York 10005
Tel.: (212) 416-6133
Fax: (212) 416-6009
Email: jane.goldberg@ag.ny.gov

SO ORDERED

_____
CATHY SEIBEL, U.S.D.J.