UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                     Plaintiffs,

-against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                     Defendants.

7:19-cv-00639 (CS) (AEK)

> The Clerk of Court is respectfully directed to terminate Ms. Goldberg as counsel for Defendants.
>
> SO ORDERED.
>
> *Cathy Seibel*    12/14/21
> CATHY SEIBEL, U.S.D.J.

------------------------------------------------------------------------ X

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that upon the annexed affirmation and subject to the Court's approval, I am withdrawing from the above-captioned matter and shall be removed from the Case Management Electronic Case Files (CM/ECF) notification list in the above-captioned matter. As of close of business on December 30, 2021, I will no longer be employed by the New York State Office of the Attorney General. Assistant Attorneys General Jeb Harben, Adam Sansolo, Owen Conroy and Erin Kandel from this Office will continue to represent the Defendants in this matter.

Dated: New York, New York
      December 14, 2021

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
<u>Attorney for Defendants</u>

By: /s/ *Jane R. Goldberg*
Jane R. Goldberg
Assistant Attorney General
28 Liberty St.
New York, New York 10005
Tel.: (212) 416-6133
Fax: (212) 416-6009
Email: jane.goldberg@ag.ny.gov

SO ORDERED

_____
CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                             Plaintiffs,

-against-

KATHY HOCHUL, in her official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                               Defendants.
------------------------------------------------------------------- X

7:19-cv-00639 (CS) (AEK)

**AFFIRMATION PURSUANT TO LOCAL RULE 1.4**

      JANE R. GOLDBERG, an attorney admitted to practice before the courts of the State of New York and this Court, affirms under penalty of perjury that the following is true and correct:

      1.      I am currently an Assistant Attorney General in the Office of LETITIA JAMES, Attorney General of the State of New York, attorney for the Defendants in the above-captioned action. I submit this Affirmation in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel in the above-captioned matter.

      2.      On February 1, 2019, I filed my Notice of appearance on behalf of Defendants.

      3.      As of the close of business on December 30, 2021, I will no longer be employed by the New York State office of the Attorney General. My last day in the Office will be December 16, 2021.

4. Assistant Attorneys General Jeb Harben, Adam Sansolo, Owen Conroy and Erin Kandel from this Office will continue to represent the Defendants in this matter going forward.

I respectfully request that my name be removed as an attorney in this action.

Dated: New York, New York
December 14, 2021

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
<u>Attorney for Defendants</u>

By: <u>/s/ *Jane R. Goldberg*</u>
Jane R. Goldberg
Assistant Attorney General
28 Liberty St.
New York, New York 10005
Tel.: (212) 416-6133
Fax: (212) 416-6009
Email: jane.goldberg@ag.ny.gov