**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3350

WRITER'S DIRECT FACSIMILE

(212) 492-0350

WRITER'S DIRECT E-MAIL ADDRESS

wricciardi@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN*†
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY

BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
CAITH KUSHNER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
CHARLES J. PESANT
JESSICA E. PHILLIPS*
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
†ADMITTED TO THE CALIFORNIA BAR

January 3, 2022

**VIA ECF**

Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-415

Re: *M.G. v. Cuomo*, 19-cv-639 (CS) (AEK)

Dear Judge Krause:

    The parties in the above-captioned matter submit this joint letter in accordance with the Court's December 9, 2021 request for a proposed schedule for global discovery. The parties have reached an agreement on the initial global discovery deadlines below:

- By **December 31, 2022**, Plaintiffs shall issue supplemental Requests for Production (RFPs) relating to the Discharge Class Claims.

- By **January 6, 2022**, Defendants shall supplement their Rule 26 initial disclosures.

- By **January 13, 2022**:

    o Defendants shall serve supplemental RFPs and interrogatories with respect to the Discharge Class Claims.

    o Defendants shall supplement their production in response to RFP 1 to provide any updates to DOCCS and OMH organization charts that were previously produced to Plaintiffs.

- By **January 31, 2022**:

    o Defendants shall serve supplemental written responses and objections to Plaintiffs' June 21, 2019 RFPs.

    o Defendants shall serve responses and objections to the initial supplemental RFPs regarding the Discharge Class Claims.

- By **February 9, 2022**:

    o Defendants shall produce documents responsive to the Named Plaintiff-specific RFPs 7 and 12 with respect to the Discharge Class Plaintiffs, and shall supplement their responses to Sullivan Interrogatories 5 and 25 and Annucci Interrogatories 27 and 38; for all other previously served interrogatories, Defendants shall provide supplemental responses and objections indicating whether they are revising any previously served objections and will be substantively responding at a later date.

    o Plaintiffs shall provide Defendants with proposed custodians, search terms, and date ranges for all outstanding discovery (Plaintiffs' Proposal).

- By **February 23, 2022**:

    o Defendants shall provide Plaintiffs a written counterproposal with proposed custodians, search terms, date ranges, and production deadlines for all outstanding discovery (Defendants' Proposal).

    o Defendants shall provide hit reports (including unique hits) for both Plaintiffs' Proposal and Defendants' Proposal.

- By **February 28, 2022**, the parties shall meet and confer regarding custodians, search terms, date ranges, production deadlines for all RFPs served by this date, and any other disputes regarding the scope of all outstanding discovery.

- From **March 1 through March 7, 2022**, the parties shall continue to exchange proposals and meet and confer, as needed, on custodians, search terms, date ranges, and production deadlines for all RFPs served by this date, and any other disputes regarding the scope of all outstanding discovery.

- By **March 8, 2022**, the parties shall either submit a joint status letter to the Court providing an update on the volume of discovery and a proposed timeframe for production deadlines, or file separate letters setting forth their respective positions as to the scope and timing of discovery. If the parties mutually agree that the issues regarding discovery could be resolved or substantially limited with the benefit of further discussion between the parties, this deadline may be adjourned for two weeks until March 22, 2022.

In light of the Court's comments at the December 9, 2021 status conference that there would be no need for the Court and the parties to convene for another conference on January 13, 2022, absent outstanding discovery issues between the parties (of which there are none), the parties respectfully request that the Court adjourn *sine die* the status conference currently scheduled for January 13, 2022 at 11:00 A.M.

Respectfully,

DISABILITY RIGHTS NEW YORK
Joshua Rosenthal (joshua.rosenthal@drny.org)
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

The LEGAL AID SOCIETY
Janet E. Sabel, Attorney-in-Charge
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ Walter Ricciardi
Walter Ricciardi (wricciardi@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*


/s/ Erin Kandel
Owen Conroy (Owen.Conroy@ag.ny.gov)
Jeb Harben (Jeb.Harben@ag.ny.gov)
Adam Sansolo (Adam.Sansolo@ag.ny.gov)

4

>Erin Kandel (Erin.Kandel@ag.ny.gov)
>(212) 416-6133
>
>*Attorneys for Defendants*

cc: Counsel of Record (via ECF)