UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., P.C., C.J., M.J., J.R., and D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,<br><br>         Plaintiffs,<br><br>-against-<br><br>ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Associate Commissioner of the New York State Department of Corrections and Community Supervision,<br><br>         Defendants. | **NOTICE OF APPEARANCE**<br><br>19-cv-00639 (CS) (LMS) |

**PLEASE TAKE NOTICE** that LETITIA JAMES, Attorney General of the State of New York, by Gee Won Cha, Assistant Attorney General, hereby appears as counsel of record for defendants in the above-captioned action, and requests that all pleadings, notices of applications and proceedings, and other papers in this action be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   January 7, 2022

                LETITIA JAMES
                Attorney General of the
                 State of New York
                <u>Attorney for Defendants</u>
                By:
                <u>/s/ *Gee Won Cha*   </u>
                Gee Won Cha
                Assistant Attorney General
                28 Liberty Street

New York, New York 10005<br>
Tel: (212) 416-8373<br>
Geewon.Cha@ag.ny.gov

To: All Counsel of Record (By ECF)