**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS     (1927-1950)
JOHN F. WHARTON    (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3350

WRITER'S DIRECT FACSIMILE
(212) 492-0350

WRITER'S DIRECT E-MAIL ADDRESS

February 09, 2022

**VIA ECF**
Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-415

Re: *M.G. v. Cuomo*, 19-cv-639 (CS) (AEK)

Dear Judge Krause:

The parties in the above-captioned matter submit this revised joint letter as a request to amend the January 4, 2022 schedule for global discovery. The parties have reached a revised agreement on the upcoming initial global discovery deadlines below:

- By **February 9, 2022**:

    o Defendants shall produce documents responsive to the Named Plaintiff-specific RFPs 7 and 12 with respect to the Discharge Class Plaintiffs, and shall supplement their responses to Sullivan Interrogatories 5 and 25 and Annucci Interrogatories 27 and 38; for all other previously served interrogatories, Defendants shall provide supplemental responses and objections indicating whether they are revising any previously served objections and will be substantively responding at a later date.

- By **February 16, 2022**:

    o Plaintiffs shall provide Defendants with proposed custodians, search terms, and date ranges for all outstanding discovery (Plaintiffs' Proposal).

- By **March 9, 2022**:

- o Defendants shall provide Plaintiffs a written counterproposal with proposed custodians, search terms, date ranges, and production deadlines for all outstanding discovery (Defendants' Proposal).

- o Defendants shall provide hit reports (including unique hits) for both Plaintiffs' Proposal and Defendants' Proposal.

- By **March 14, 2022**, the parties shall meet and confer regarding custodians, search terms, date ranges, production deadlines for all RFPs served by this date, and any other disputes regarding the scope of all outstanding discovery.

- From **March 15 through March 22, 2022**, the parties shall continue to exchange proposals and meet and confer, as needed, on custodians, search terms, date ranges, and production deadlines for all RFPs served by this date, and any other disputes regarding the scope of all outstanding discovery.

- By **March 22, 2022**, the parties shall either submit a joint status letter to the Court providing an update on the volume of discovery and a proposed timeframe for production deadlines, or file separate letters setting forth their respective positions as to the scope and timing of discovery.  If the parties mutually agree that the issues regarding discovery could be resolved or substantially limited with the benefit of further discussion between the parties, this deadline may be adjourned until March 29, 2022.

In light of the above amendments to the discovery schedule, the parties request a brief adjournment of the next status conference, scheduled for March 21, 2022.

Respectfully,

DISABILITY RIGHTS NEW YORK
Joshua Rosenthal (joshua.rosenthal@drny.org)
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

The LEGAL AID SOCIETY
Janet E. Sabel, Attorney-in-Charge
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

      PAUL, WEISS, RIFKIND, WHARTON
      & GARRISON LLP

      /s/ *Walter Ricciardi*
      Walter Ricciardi (wricciardi@paulweiss.com)
      Crystal L. Parker (cparker@paulweiss.com)
      Emily Vance (evance@paulweiss.com)
      Chantalle Hanna (channa@paulweiss.com)
      Samuel Margolis (smargolis@paulweiss.com)
      1285 Avenue of the Americas
      New York, New York 10019-6064
      (212) 373-3000

      *Attorneys for Plaintiffs*


      /s/ *Owen Conroy*
      Owen Conroy (Owen.Conroy@ag.ny.gov)
      Gee Won Cha (GeeWon.Cha@ag.ny.gov)
      Adam Sansolo (Adam.Sansolo@ag.ny.gov)
      Erin Kandel (Erin.Kandel@ag.ny.gov)
      (212) 416-6133

      *Attorneys for Defendants*

cc: Counsel of Record (via ECF)