STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

March 8, 2022

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

> Re:  *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
> **Second Joint Request for Extension of Discovery Schedule**

Dear Judge Krause:

      The parties in the above-captioned matter submit this joint letter to respectfully request a further modification of the schedule for global discovery. The parties have completed the scheduled discovery tasks through the present date, as contemplated in the discovery schedule. (ECF Nos. 202 & 203).[1] Most recently, on February 16, 2022, Plaintiffs provided Defendants with an ESI search proposal. The parties met and conferred about this proposal on February 23, 2022, and have subsequently begun to exchange additional information in an effort to come to an agreed-upon set of custodians and search terms. The next deadline, scheduled for March 9, 2022, calls for Defendants to respond with an ESI search counterproposal and hit reports (including unique hits) for both Plaintiffs' proposal and Defendants' counterproposal. However, given the parties' ongoing discussions regarding custodians and search terms, the parties have jointly agreed to request a modification of the current deadline.

      Accordingly, the parties jointly request to modify the discovery deadlines, as follows:

- By March 18, 2022 – Plaintiffs will provide a revised search term proposal, and Defendants will provide a counter-proposal to Plaintiffs' proposed list of ESI custodians.

- By April 1, 2022 – The parties will exchange further counterproposals on the list of custodians as necessary and shall meet and confer. Defendants shall advise

---

[1] All parties continue to review the discovery responses and materials provided to date pursuant to the schedule, and reserve the right to raise objections to those responses, to the extent they have not done so already.

Hon. Andrew E. Krause
March 8, 2022
Page 2

Plaintiffs of the date by which they propose providing hit reports (including unique hits) for both Plaintiffs' revised search term proposal and Defendants' counter-proposal, or else notify Plaintiffs, in writing, of the reason why they cannot provide a date for hit reports based on Plaintiffs' revised search term proposal.

- By April 5, 2022 – The parties will submit letters, or a joint letter if possible, to the Court stating their positions as to the status of discovery and the date by which Defendants shall provide hit reports (including unique hits) for both Plaintiffs' revised search term proposal and Defendants' counter-proposal.

The parties propose to keep the date and time of the discovery conference currently scheduled for April 8, 2022 at 10:30 AM, which may be necessary to the extent there are any outstanding disputes at that time that the parties are unable to resolve without the Court's assistance.

This is the parties' second joint request for an extension of the global discovery deadlines. The Court granted the first request. (ECF Nos. 202 & 203). Thank you for your consideration of this request.

Respectfully submitted,

/s/ Owen T. Conroy
Adam Sansolo
Owen T. Conroy
Erin Kandel
Gee Won Cha

Assistant Attorneys General
*Attorneys for Defendants*

/s/ Elizabeth Woods
DISABILITY RIGHTS NEW YORK
Joshua Rosenthal (joshua.rosenthal@drny.org)
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

The LEGAL AID SOCIETY
Janet E. Sabel, Attorney-in-Charge
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)

Hon. Andrew E. Krause
March 8, 2022
Page 3

199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

Walter Ricciardi (wricciardi@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)