UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

M.G., et al.,

                Plaintiffs,        **RESCHEDULING ORDER**

    -against-                           19 Civ. 639 (CS) (AEK)

Cuomo, et al.,

                Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The telephonic status conference scheduled for Friday, April 8, 2022, at 10:30 a.m. before Magistrate Judge Krause is hereby rescheduled to **Friday, April 8, 2022, at 10:00 a.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  March 18, 2022
           White Plains, New York

                                                    **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge