STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

April 6, 2022

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
        **Joint Discovery Status Report**

Dear Judge Krause:

The parties in the above-captioned matter submit this joint letter to provide an update on the status of discovery of electronically stored information ("ESI") and to propose a schedule for next steps in the discovery process.

**A.   ESI Custodians**

The parties have been engaged in discussions about the scope of discovery of Defendants' electronic communications. After exchanging proposals, the parties have reached substantial agreement on a proposed list of 78 ESI custodians. As to those proposed custodians, Defendants will collect electronic communications and report hit counts based on the parties' respective search term proposals.[1]

The parties agree that the proposed custodian list represents a reasonable upper limit on the number of ESI custodians for all outstanding discovery in this matter. The parties further agree that after Defendants run initial hit reports across the proposed set of custodians, the parties will negotiate a final set of custodians within the bounds of this reasonable upper limit. Depending on the results of the search term hit reports, the parties agree to discuss in good faith whether to substitute any different proposed custodians. Defendants will, in good faith, endeavor to respond to reasonable information requests from Plaintiffs regarding proposed substitute custodians during

---

[1] At this time, some custodians have been identified only by way of titles. For those individuals, Defendants have agreed to attempt to identify the individuals who held those titles during the time period encompassed by Plaintiffs' March 18, 2022 date range proposal. Defendants agree to promptly report to Plaintiffs if there are any issues identifying these individuals.

Hon. Andrew E. Krause
April 6, 2022
Page 2

this time. The parties further agree that information could come to light during discovery that may necessarily lead to a targeted additional search across some small handful of additional custodians on a specific topic. Should that circumstance occur, the parties agree to revisit the matter in good faith at that time. The parties therefore reserve all rights to propose the omission or addition of custodians, as appropriate, consistent with the above agreements.

### B. ESI Search Terms

The parties are continuing to negotiate ESI search terms. Plaintiffs have provided a proposed set of search term strings. After the parties agree on a proposed custodian list, Defense counsel will collect each proposed custodian's electronic communications in full across the widest time-period requested in Plaintiffs' search term proposal and run searches from within their litigation review platform. After conducting this process, Defendants will report to Plaintiffs hit reports (including unique hits) for Plaintiffs' search term proposal, and for Defendants' search term counter-proposal. These hit reports will be de-duplicated and exclude previously produced documents.

### C. Proposed Schedule

The parties jointly propose the following deadlines:

- By April 13, 2022 – Defendants will confirm to Plaintiffs the identities of the proposed custodians currently listed by way of titles, or report any issues identifying those individuals.

- By April 27, 2022 – Defendants will provide Plaintiffs with an update on the status of the custodian data collection process.

- By May 20, 2022 – Defendants will provide Plaintiffs with a hit count report (including unique hits) for Plaintiffs' search term proposal. The hit count report will be de-duplicated and will exclude previously produced documents.

- By June 1, 2022 – Defendants will provide Plaintiffs with a search term counter-proposal with a hit count report (including unique hits). The hit count report will be de-duplicated and will exclude previously produced documents.

- By June 15, 2022 – the parties will exchange further counterproposals on the search term proposals as necessary and shall meet and confer.

- By June 22, 2022 – the parties will submit letters, or a joint letter if possible, to the Court stating their positions as to proposed search terms for review of Defendants' electronic communications.

Hon. Andrew E. Krause
April 6, 2022
Page 3

                Respectfully submitted,

                /s/ Owen T. Conroy
                Adam Sansolo
                Owen T. Conroy
                Erin Kandel
                Gee Won Cha

                Assistant Attorneys General
                *Attorneys for Defendants*


DISABILITY RIGHTS NEW YORK
Joshua Rosenthal (joshua.rosenthal@drny.org)
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

The LEGAL AID SOCIETY
Janet E. Sabel, Attorney-in-Charge
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

/s/ Walter Ricciardi
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Walter Ricciardi (wricciardi@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)