202093mgc

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

M.G., et al.,

              Plaintiffs,

        v.                         19 CV 639(CS)(LMS)

                                   TELEPHONE CONFERENCE

ANDREW CUOMO, et al.,

              Defendants.

------------------------------------x
                                   United States Courthouse
                                   White Plains, New York
                                   September 3, 2020




Before:  THE HONORABLE LISA MARGARET SMITH, Magistrate Judge




                          APPEARANCES

DISABILITY RIGHTS ADVOCATES NEW YORK
     Attorney for Plaintiffs
JOSHUA MORRIS ROSENTHAL


LETITIA JAMES
     Attorney General for the State of New York
JEB HARBEN
     Assistant Attorney General


*Proceeding recorded via digital recording device.
```

1          THE DEPUTY CLERK:  In the matter of M.G., et
2    al. v. Cuomo, et al.
3          Counsel, please note your appearance for the record.
4          MR. ROSENTHAL:  Joshua Rosenthal, DRNY, for the
5    plaintiffs.
6          MR. HARBEN:  Jeb Harben, New York Attorney General's
7    Office, for defendants.
8          THE COURT:  Good afternoon, counsel.
9          I have conferred with Judge Seibel and she has
10   instructed that document discovery should go forward
11   notwithstanding the motion.  Whether she's going to direct new
12   briefing, I'm not sure.  I assume she will.  I'm not sure.
13         So issues, concerns, anything else I can do for you
14   today?
15         Mr. Rosenthal?
16         MR. ROSENTHAL:  One housekeeping matter, your Honor.
17   Plaintiffs intend to file a motion to proceed using pseudonyms
18   for S.D., D.H. and W.P.  Early in the case, the Court had
19   granted plaintiffs' motion to proceed using pseudonyms for the
20   original six named plaintiffs.  Reviewing that order, it
21   appears that it would only apply to those original named
22   plaintiffs and that a subsequent order would be needed for the
23   three new named plaintiffs.  So we will be contacting
24   defendants to request consent and will plan to file by next
25   week.  As plaintiffs then did before, we would then propose

1    providing a list of the true identities of the three named
2    plaintiff representatives for the discharge class within one
3    business day of the order on proceeding to use pseudonyms, but
4    we will discuss that further with defendants.
5            THE COURT:  All right.
6            Mr. Harben, are you able to respond to that right now
7    or do you want to have an opportunity to discuss it?
8            MR. HARBEN:  Well, the pseudonym issue I assume is
9    the same issue as before.  We didn't have an issue with that.
10   You know, we didn't object to that, so that shouldn't be an
11   issue.
12           THE COURT:  Yes.  I see no reason why a proposed
13   order -- prepare a proposed order.  Send it to Mr. Harben.  If
14   he approves the proposed order, just send it to me for my
15   signature.  Okay?
16           MR. ROSENTHAL:  We will, your Honor.  Thank you.
17           MR. HARBEN:  So, your Honor, I'm just trying to
18   figure out how we're proceeding here.  We have this amended
19   complaint.  You know, normally, in many circumstances I've
20   seen, an amended complaint makes all the briefing that we've
21   done a nullity and we have to redo it all again, or whatever,
22   and --
23           THE COURT:  I think you have to address that question
24   to Judge Seibel.
25           MR. HARBEN:  Right.

|   |   |
|---|---|
| 1 | THE COURT:  She told me that I should direct the |
| 2 | parties to continue with paper discovery. |
| 3 | MR. HARBEN:  Okay.  So we would like -- I guess we're |
| 4 | going to do another premotion letter, your Honor, I mean, I |
| 5 | guess with the new claims.  And since these things usually |
| 6 | entail multiple people looking at them and now we have a whole |
| 7 | bunch of vacations, I'm wondering, should I seek a deadline |
| 8 | here on that?  I mean, as far as we know, the order indicated |
| 9 | service.  I don't know if this second amended complaint is |
| 10 | getting physically served on the defendants or not.  So is that |
| 11 | something I can do -- we can address here, you know, when our |
| 12 | premotion letter should be due, or is that something you want |
| 13 | to me to take to Judge Seibel? |
| 14 | THE COURT:  Yes.  You have to take it to Judge |
| 15 | Seibel. |
| 16 | MR. HARBEN:  Okay. |
| 17 | THE COURT:  I don't have any control over her |
| 18 | calendar.  I don't know what her desire is in that regard. |
| 19 | Mr. Rosenthal, are you going to be properly serving? |
| 20 | Well, let me ask this, Mr. Harben.  Are you accepting |
| 21 | service for the defendants of the amended complaint, second |
| 22 | amended complaint? |
| 23 | MR. HARBEN:  Well, your Honor, I mean, your order |
| 24 | indicated that it should be served and filed and I'm not sure |
| 25 | what that meant, if your intent was that they -- you know, this |

1    is like practically a new lawsuit, at least half of it is, you
2    know, that you felt that this should require proper physical
3    service again or if that was just a phrase you were using.  I
4    don't know what your intent was there.
5            THE COURT:  If you're willing to accept service on
6    their behalf, I see no reason why service can't be affected
7    simultaneously with the actual filing with the Court in that
8    you would be receiving it on ECF.
9            MR. HARBEN:  Okay.  Normally, a more routine
10   amendment, the filing on ECF would be service, but I thought
11   maybe that your Honor was differentiating that here because
12   it's like a new lawsuit.  I don't think there are any new
13   defendants in the case.
14           THE COURT:  I was not intending -- I was not
15   intending to require anything beyond service -- electronic
16   service and filing of the documents separate from the motion.
17           MR. HARBEN:  Right.  Okay.
18           Well, I don't think it's a matter of even me being
19   willing to accept that.  If the rules say that ECF filing is
20   considered service, then it's service.
21           THE COURT:  I think that's right since there are no
22   new defendants.  If there were new defendants, the new
23   defendants would have to be served unless --
24           MR. HARBEN:  Right.
25           THE COURT:  -- again, you were willing to accept

1 service, but I think you're correct.

2 MR. HARBEN:  But on another issue, understanding that
3 the Court has indicated that paper discovery should continue,
4 we still -- you know, discovery on these new claims, we would
5 request that it be stayed, understanding we're already
6 undertaking discovery on all this other stuff and that's an
7 ongoing process, continuing --

8 THE COURT:  I suggest that you raise that issue with
9 Judge Seibel.  Her instructions --

10 MR. HARBEN:  Okay.

11 THE COURT:  -- to me was to have paper discovery go
12 forward without distinction between the existing claims and the
13 new claims.  So if you're seeking a stay for discovery limited
14 to the new claims, then you should include that in your letter
15 to her.

16 MR. HARBEN:  Right.  Okay.

17 THE COURT:  Anything else today?

18 Mr. Rosenthal?

19 MR. ROSENTHAL:  Nothing from plaintiffs' side, your
20 Honor.

21 THE COURT:  Mr. Harben, anything else?

22 MR. HARBEN:  No.  I guess we'll be to writing Judge
23 Seibel.

24 THE COURT:  Yes.

25 MR. HARBEN:  No, your Honor.

1          THE COURT:  Very good.  The matter will be adjourned.
2  It will be reassigned to my successor, and I'm sure he will
3  schedule a conference with you promptly.
4          Thank you very much, everyone.  Stay safe and
5  healthy.
6          MR. ROSENTHAL:  Thank you.  You too, your Honor.
7          MR. HARBEN:  Thank you, your Honor.
8          THE COURT:  Thank you.
9
10                              ----
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25