STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

June 1, 2022

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
**Defendants' Request for Extension of Discovery Deadline**

Dear Judge Krause:

The New York State Office of the Attorney General represents Defendants in the above matter. Defendants write to respectfully request an extension of the June 1, 2022 deadline for Defendants to provide Plaintiffs with a search term counter-proposal and hit count report. Defendants request that the deadline be extended to June 13, 2022 at noon. The requested extension would not affect any other discovery deadlines, including the June 22, 2022 letters to the Court or June 29, 2022 discovery conference. This is the first request for an extension of this deadline.

At the most recent discovery conference held on April 8, 2022, the Court approved the parties' joint proposal for negotiating the scope of discovery of Defendants' electronic communications. *See* ECF No. 211. As discussed at the conference, Plaintiffs have proposed ESI search term strings, and Defendants agreed to run those searches for the purpose of reporting hit counts. However, given the voluminous nature of Plaintiffs' proposed searches (69 pages of proposed search term strings, including thousands of proposed terms), it was not technically feasible for Defendants to run Plaintiffs' proposed searches using the tools available on the client agency servers. As a result, Defense counsel agreed to collect 78 proposed custodians' electronic communications in full across the widest time-period requested in Plaintiffs' search term proposal, and to run Plaintiffs' proposed searches from within their litigation review platform.

Defendants have been transferring data constantly since the conference. However, Defendants' good faith effort to provide Plaintiffs with hit counts for their proposed searches has proven to be more challenging than anticipated. The process of moving the data from the agency servers to the litigation review platform has taken longer than expected, given the substantial amount of data involved—over 13 million documents, totaling close to 6.7 terabytes. As of today, nearly all of the data has been uploaded, with the exception of one custodian whose data became corrupted during the upload. Defendants' Practice Technologies Group team is working to fix that final issue, and expects to complete the data transfer within the next day or two.

Hon. Andrew E. Krause
June 1, 2022
Page 2

   During the April 8 discovery conference, the Court advised the parties that they could agree among themselves to extensions of the interim deadlines in the schedule if needed, but that the deadlines for the June 22 letters to the Court and June 29 conference should not be adjourned. Pursuant to those instructions, the parties agreed to an extension of some of the interim deadlines. Rather than provide a final hit count report for Plaintiffs' search term proposal on May 20, Defendants have by agreement been providing regular preliminary hit count reports to Plaintiffs as more data has been uploaded. Even without all of the data in place, the preliminary hit count reports clearly show that Plaintiffs' proposed search terms are unworkable. As of the most recent report, Plaintiffs' proposed terms hit on close to 8 million documents, or 69% of all data collected from the custodians' mailboxes as of that report.

   Defendants also asked Plaintiffs for their agreement to extend the June 1 deadline for Defendants to provide their search term counter-proposal and accompanying hit count report. As soon as the data upload completes, Defendants will be able to begin testing their own counterproposal searches. Defendants expect that it will take several days to complete the process of testing counterproposal searches. Defendants proposed to provide a final counterproposal to Plaintiffs as soon as it is available, and no later than noon on Monday, June 13. This would give the parties the full week of June 13, at the least, to confer about each side's proposals in advance of the letters to the Court.

   Plaintiffs declined to an agreement among the parties for an extension of this deadline alone. Plaintiffs' position is that Defendants should seek the Court's permission to extend the June 1 counterproposal deadline, and also request that the subsequent deadlines and the court conference be adjourned. In an email to Defendants on June 1, 2022, Plaintiffs stated that their position is as follows:

> Although Judge Krause indicated at the last conference that we could agree to let the schedule slip by a couple of days, Defendants are proposing a nearly two-week extension of the June 1 counterproposal deadline to June 13. That would leave 9 days (only 6 of which are business days) for Plaintiffs to review and comment on Defendants' counterproposal, for the parties to exchange further proposals as contemplated by the scheduling order, and for the parties to prepare letter(s) for filing by June 22. That schedule frankly is not realistic. Because we think the parties would benefit from more time to discuss their respective proposals and any further suggested changes, we ask that Defendants seek the Court's permission for an extension of the June 1 counterproposal deadline and further request that the other deadlines and the court conference be adjourned accordingly. Defendants can, of course, represent that Plaintiffs consent to the request.

   Defendants do not believe that there is a need to adjourn the June 22 letter deadline or the June 29 conference. For that reason, Defendants' request is only that the Court extend the June 1, 2022 deadline for Defendants to provide Plaintiffs with a search term counter-proposal and hit count report, but leave all other deadlines in place.

Hon. Andrew E. Krause
June 1, 2022
Page 3

      Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          /s/ Owen T. Conroy
                                          Adam Sansolo
                                          Erin Kandel
                                          Gee Won Cha
                                          Owen T. Conroy

                                          Assistant Attorneys General
                                          *Counsel for Defendants*

cc:      All counsel of record (by ECF)