Case 7:19-cv-00639-CS-AEK    Document 222-1    Filed 06/24/22    Page 1 of 4

# EXHIBIT A

# EXHIBIT A

M.G. v. Cuomo, 19-cv-0639 (CS) (AEK)
Defendants' Proposed Search Terms

| | Proposed Search Term String | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|---|
| 1 | ((("▮" OR "▮") OR ("▮" OR "▮") OR ("▮" OR "▮") OR ("▮" OR "▮") OR ("▮" OR "▮") OR ("▮" OR "▮")) w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 1,582 | 49,451 | 945 |
| 2 | (("waiting list" OR "waitlist") w/5 ((hous*) AND (SMI or "Level I" OR "Level 1" OR "Level 2"))) | 32 | 51 | 15 |
| 3 | ((▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮) w/5 (service* OR Plan* OR IMT OR "Intensive Mobile Treatment" OR "Care Coordination" OR "PROS" or "forensic cm") | 449 | 1,455 | 383 |
| 4 | ("correction law 73" OR "73(10)" OR "73.10") w/5 (interp* OR understand* OR pursuant OR requir*) | 7,592 | 17,399 | 7,326 |
| 5 | (transition* OR discharg* OR "post-release") w/5 (manual OR policy OR directive OR handbook) | 7,982 | 43,802 | 7,587 |
| 6 | (SMI OR "S-designat*" OR "OMH 1" OR "OMH 2" OR 1S OR 2S) w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR (Correction Law w/3 73) OR "73(10)" OR "73.10") | 4,445 | 11,442 | 3,836 |
| 7 | ("▮" OR "▮" OR "▮" OR "▮" OR "▮" OR "▮" OR "▮" OR ▮ w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 867 | 39,446 | 300 |
| 8 | ("▮" OR ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮ OR ▮ w/2 ▮) w/5 (meet* or discharge or planning or housing) | 962 | 42,398 | 144 |
| 9 | (Rule* or polic* or procedure* or train* or practice* or CBO or directive*) w/5 ("Single Point of Access" or SPOA or HRA* or *2010e or "Reentry Coordination System" or RCS or (housing w/5 application)) | 3,836 | 11,817 | 3,483 |
| 10 | (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/5 ("life skill" OR "self care" OR "basic skill" OR curfew*) | 2,238 | 12,448 | 2,209 |
| 11 | (homeless or shelter* or "homeless services" or mission* or rescue* or *otel* or Inn*) w/5 (SMI OR "OMH 1" OR "OMH 2" OR 1S OR 2S) | 5,413 | 22,046 | 2,673 |

*Named Plaintiff identifying terms have been redacted.

| # | Term | | | |
|---|---|---|---|---|
| 12 | ((assess* or survey or stud* or analys*) w/5 (utilization or "occupancy rates" or "lengths of utiliation and stay" or turnover)) AND ("supportive housing" or "mental health housing" or "supportive services" or ACT or FACT or SPACT or "health homes" or intensive care or AOT or "Assisted Outpatient Treatment") | 2,185 | 11,411 | 1,802 |
| 13 | (SMI AND ((held OR hold*) w/3 (past OR beyond OR after OR later OR over)) w/5 ("release date" OR "Open Dates for Parole Release" OR "open parole date" OR "open release date" OR "Approved Conditional Release Date*" OR "conditional release date")) | 1,588 | 47,203 | 1,335 |
| 14 | "special condition 37" | 710 | 1,388 | 598 |
| 15 | "Under Custody Report" OR "Profile of Under Custody Population" | 696 | 2,139 | 664 |
| 16 | (SMI or "OMH 1" or "OMH 2" or 1S* or 2S*) w/3 (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") | 3,006 | 46,702 | 521 |
| 17 | "70.45" w/5 (interp* OR understand* OR pursuant OR requir*) | 617 | 2,239 | 530 |
| 18 | ((admi* OR Criteria OR eligibil*) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) w/5 hous* | 1,537 | 6,746 | 1,028 |
| 19 | (Correction OR "Corr." OR NYCL OR "N.Y.C.L.") w/5 404* | 542 | 2,798 | 468 |
| 20 | (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/5 ("living condition*" or "daily living" or "daily life" or ADL* or "skills training" or "daily activities" or "personal function" or DLS) | 417 | 3,191 | 319 |
| 21 | (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/5 (vocation*) | 431 | 2,204 | 372 |
| 22 | ("Pre-Release Service" or "Pre-Release Services") w/5 Report | 153 | 452 | 146 |
| 23 | ((capacity OR occup* OR insufficient) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) w/5 hous* | 122 | 541 | 87 |
| 24 | (■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ ) w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 686 | 38,587 | 131 |
| 25 | (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/5 ("Assertive Community Treatment" or "code enforcement") | 857 | 2,058 | 792 |
| 26 | (■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ ) w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 329 | 630 | 130 |
| 27 | ((admi* OR Criteria OR eligibil*) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) w/5 ("Transitional Residence" or TLR) | 13 | 31 | 8 |

M.G. v. Cuomo, 19-cv-0639 (CS) (AEK)
**Defendants' Proposed Search Terms**

| # | Term | | | |
|---|---|---|---|---|
| 28 | (suitab* OR appropriate*) w/5 (support* or "mental health") w/3 hous* w/3 (SMI or "Level I" OR "Level 1" OR "Level 2") | 3 | 3 | 3 |
| 29 | ( [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] ) w/5 (AOT OR "Assisted Outpatient Treatment" OR Kendra* OR 9.60) | 216 | 37,859 | 70 |
| 30 | ( [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR 1 OR [REDACTED] ) w/5 (meet* or discharge or planning or housing) | 352 | 39,551 | 4 |
| 31 | ( [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] OR [REDACTED] ) w/5 (service* OR Plan* OR IMT OR "Intensive Mobile Treatment" OR "Care Coordination" OR "PROS" or "forensic cm") | 57 | 126 | 25 |
| 32 | ("Transitional Residence" or TLR) w/5 (SMI or (discharge w/3 DOCCS)) | 467 | 902 | 90 |
| 33 | (("Correction" OR "Corr." OR "NYCL" OR "N.Y.C.L.") w/3 "70") w/5 ("RTF" OR "residential treatment") | 20 | 93 | 0 |
| 34 | (report OR memorand* OR assess*) w/5 (effective* AND hous* AND (SMI or "Level I" OR "Level 1" OR "Level 2")) | 0 | 0 | 0 |
| 35 | (report OR memorand* OR assess*) w/5 (effective* AND ("assertive community treatment" OR ACT) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) | 0 | 0 | 0 |
| 36 | ((("request for proposal" or RFP* or RFA* or "Request for Application" or "request for funding") AND (shelter* or hotel* or motel* or inn* mission*)) w/5 ("intensive case management" or *ACT or "Assertive Community Treatment" or *FACT or *SPACT or "assisted outpatient treatment" or AOT or "health home" or "care management") | 54 | 90 | 51 |
| 37 | ((SMI or "OMH 1" or "OMH 2" or 1S* or 2S*) w/5 (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing")) AND (assess* or survey* or stud* or analys*) | 1,757 | 44,109 | 122 |