# EXHIBIT B

| # | Defendants' Counterproposal 6/10/2022 | Plaintiffs' Counterproposal 6/21/2022 |
|---|---|---|
| 1 | ((" ▓ " OR " ▓ ") OR (" ▓ " OR " ▓ ") OR (" ▓ " OR " ▓ ") OR (" ▓ " OR " ▓ ")) w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | ((" ▓ " OR " ▓ ") OR (" ▓ " OR " ▓ ") OR (" ▓ " OR " ▓ ")) w/5 (RTF OR "Residential Treatment Facility" OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) |
| 2 | | ((" ▓ " OR " ▓ ") OR (" ▓ " OR " ▓ ") OR (" ▓ " OR " ▓ " OR " ▓ ")) w/5 (RTF OR "Residential Treatment Facility" OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) |
| 3 | (("waiting list" OR "waitlist") w/5 ((hous*) AND (SMI or "Level I" OR "Level 1" OR "Level 2"))) | (("waiting list" OR "waitlist") w/25 ((hous*) AND (SMI or mental* or "Level I" OR "Level 1" OR "Level 2"))) |
| 4 | (▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓) w/5 (service* OR Plan* OR IMT OR "Intensive Mobile Treatment" OR "Care Coordination" OR "PROS" or "forensic cm") | (▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓) w/15 (service* OR Plan* OR IMT OR "Intensive Mobile Treatment" OR "Care Coordination" OR "PROS" or "forensic cm") |
| 5 | ("correction law 73" OR "73(10)" OR "73.10") w/5 (interp* OR understand* OR pursuant OR requir*) | ("correction law 73" OR "73(10)" OR "73.10") w/5 (interp* OR understand* OR pursuant OR requir* OR guid*) |
| 6 | (transition* OR discharg* OR "post-release") w/5 (manual OR policy OR directive OR handbook) | (transition* OR discharg* OR "post-release") w/5 (manual OR policy OR directive OR handbook OR guid*) |
| 7 | (SMI OR "S-designat*" OR "OMH 1" OR "OMH 2" OR 1S OR 2S) w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR (Correction Law w/3 73) OR "73(10)" OR "73.10") | (SMI OR "S-designat*" OR "OMH 1" OR "OMH 2" OR 1S OR 2S) w/5 (RTF OR "Residential Treatment Facility" OR ~~"Special Condition 37" OR "SC 37" OR SC37~~ OR "70.45" OR (Correction Law w/3 73) OR "73(10)" OR "73.10") |
| 8 | (" ▓ " OR " ▓ " OR " ▓ " OR " ▓ " OR " ▓ " OR " ▓ ") w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | (" ▓ " OR " ▓ " OR " ▓ " OR " ▓ " OR " ▓ " OR " ▓ " OR " ▓ ") w/5 (RTF OR "Residential Treatment Facility" ~~OR "Special Condition 37" OR "SC 37" OR SC37~~ OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) |
| 9 | (" ▓ " OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓) w/5 (meet* or discharge or planning or housing) | (" ▓ " OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓ OR ▓ w/2 ▓) w/5 (meet* or discharge or planning or housing) |
| 10 | (Rule* or polic* or procedure* or train* or practice* or CBO or directive*) w/5 ("Single Point of Access" or SPOA or HRA* or *2010e or "Reentry Coordination System" or RCS or (housing w/5 application)) | (Rule* or polic* or procedure* or train* or practice* or CBO or directive* or guid*) w/5 ("Single Point of Access" or SPOA or HRA* or *2010e or "Reentry Coordination System" or RCS or (housing w/5 application)) |
| 11 | (shelter* or hotel* or motel* or "transitional residence" or TLR or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/5 ("life skill" OR "self care" OR "basic skill" OR curfew*) | (shelter* or hotel* or motel* or "transitional residence" or TLR or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/25 ("life skill" OR "self care" OR "basic skill" OR curfew*) |
| 12 | (homeless or shelter* or "homeless services" or mission* or rescue* or *otel* or Inn*) w/5 (SMI OR "OMH 1" OR "OMH 2" OR 1S OR 2S) | (homeless or shelter* or "homeless services" or mission* or rescue* or *otel* or Inn*) w/25 (SMI OR "OMH 1" OR "OMH 2" OR 1S OR 2S) |
| 13 | ((assess* or survey or stud* or analys*) w/5 (utilization or "occupancy rates" or "lengths of utilization and stay" or turnover)) AND ("supportive housing" or "mental health housing" or "supportive services" or ACT or FACT or SPACT or "health homes" or intensive care or AOT or "Assisted Outpatient Treatment") | ((assess* or survey or stud* or analys*) w/5 (utilization or "occupancy rates" or "lengths of utilization and stay" or turnover)) AND ("supportive housing" or "mental health housing" or "supportive services" or ACT or FACT or SPACT or "health homes" or intensive care or AOT or "Assisted Outpatient Treatment") |
| 14 | (SMI AND ((held OR hold*) w/3 (past OR beyond OR after OR later OR over)) w/5 ("release date" OR "Open Dates for Parole Release" OR "open parole date" OR "open release date" OR "Approved Conditional Release Date*" OR "conditional release date")) | ((SMI OR "Serious Mental Illness") AND ((held OR hold*) w/3 (past OR beyond OR after OR later OR over)) w/5 ("release date" OR "Open Dates for Parole Release" OR "open parole date" OR "open release date" OR "Approved Conditional Release Date*" OR "conditional release date")) |
| 15 | "special condition 37" | "special condition 37" OR "SC 37" OR SC37 |
| 16 | "Under Custody Report" OR "Profile of Under Custody Population" | "Under Custody Report" OR "Profile of Under Custody Population" |
| 17 | (SMI or "OMH 1" or "OMH 2" or 1S* or 2S*) w/3 (shelter* or hotel* or motel* or "transitional residence" or TLR or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") | (SMI or "OMH 1" or "OMH 2" or 1S* or 2S*) w/25 (shelter* or hotel* or motel* or "transitional residence" or TLR or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") |
| 18 | "70.45" w/5 (interp* OR understand* OR pursuant OR requir*) | "70.45" w/5 (interp* OR understand* OR pursuant OR requir*) |
| 19 | ((admi* OR Criteria OR eligibil*) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) w/5 hous* | ((admi* OR Criteria OR eligibil*) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) w/25 hous* |
| 20 | (Correction OR "Corr." OR NYCL OR "N.Y.C.L.") w/5 404* | (Correction OR "Corr." OR NYCL OR "N.Y.C.L.") w/5 404* |

*Named Plaintiff identifying terms have been redacted.



| | | |
|---|---|---|
| 39 | | (("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮" OR ("▮▮▮▮" OR "▮▮▮▮"))) w/15 ("Assertive Care Treatment" OR "ACT Team" OR "FACT Team" OR "SPACT" OR "Health Homes" OR "mobile crisis" OR "care management" OR "Assisted Outpatient Treatment" OR AOT) |
| 40 | | (("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮" OR ("▮▮▮▮" OR "▮▮▮▮"))) w/15 ("Assertive Care Treatment" OR "ACT Team" OR "FACT Team" OR "SPACT" OR "Health Homes" OR "mobile crisis" OR "care management" OR "Assisted Outpatient Treatment" OR AOT) |
| 41 | | (▮▮▮▮ OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮") w/15 ("Assertive Care Treatment" OR "ACT Team" OR FACT Team" OR "SPACT" OR "Health Homes" OR "mobile crisis" OR "care management" OR "Assisted Outpatient Treatment" OR AOT) |
| 42 | | (("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮") OR ("▮▮▮▮" OR "▮▮▮▮")) AND (("special condition" OR "S.C." OR SC) w/2 (29 OR 30) OR SPOA OR "Single Point of Access") |
| 43 | | (▮▮▮▮ OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮" OR "▮▮▮▮") w/15 (("special condition" OR "S.C." OR SC) w/2 (29 OR 30)) |
| 44 | | (TLR* OR TPP OR CI OR ICR OR (Crisis w/3 residenc* OR hous*) Or "Transitional Living Unit") w/5 (admi* or aprov* OR eligib* OR criteri* OR requirement*) |
| 45 | | (fund* OR budget* OR financ* OR audit OR account OR grant* OR contract* OR grant*) w/10 (community treatment OR clinical support OR interdisciplinary team OR forensic OR "Intensive Mobile Treatment" OR IMT OR "Non-Medicaid Care Coordination" OR referral* OR evaluation OR CARES OR social service OR diversion OR daily functioning OR treatment plan OR (criminogenic w/2 (risk*OR needs*))) |
| 46 | | ("Mentally Ill Prisoners Are Held Past Release Dates, Lawsuit Claims" OR "Class Action Lawsuits Hits Post-Release Date" OR Arbetter or "Inmates With Mental Illness Forced to Stay in Prison Beyond Release Date" OR "Class Action Alleges NY Prisons Keep Mentally Ill Past Release Dates") |
| 47 | | ((((incarcer* OR held OR hold* OR imprison* OR custod*) AND (past OR beyond OR contin* OR after OR later OR over)) AND ((release date OR "Open Dates for Parole Release") OR (open w/3 (parole* OR release OR date)) OR "Approved Conditional Release Date*" OR (conditional w/3 (release OR date*)))) w/25 (lawsuit* OR class action OR litigation) AND ("residential treatment facility" OR held OR hold OR "Date of release") |
| 48 | | (MOU OR "Memorandum of Understanding") w/25 ((Supportive Services OR ((community based w/3 mental health) AND hous*) OR "support* housing" OR "scattered site" OR "single site" OR *SRO OR "single room*" OR "apartment treatment" OR "community residence" OR CR OR *ACT OR "Assertive Community Treatment" OR "508.4") |
| 49 | | (((Predictor* AND Recidiv*) w/10 "SMI Prisoners") OR "Communities in New York State" OR "Predictors of General and Violent Recidivism" OR "American Academy of Psychiatry") AND (Miraglia OR Lee OR Chard-Wierschem OR Sawyer OR "Journal of the American Academy of Psychiatry") |
| 50 | | ("Prison Rape Elimination Act" OR PREA) w/30 ((Parole w/3 hous*) "community based residen*" OR CBRP OR "halfway hous*" OR ((threequarter* OR "three quarter*" OR "3/4") w/5 hous*) OR "reentry center*" RRC) |