# EXHIBIT C

M.G. v. Cuomo, 19-cv-0639 (CS) (AEK)
Plaintiffs' Proposed Search Terms - Hit Counts

| | Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|---|
| 1 | "70.45" w/5 (interp* OR understand* OR pursuant OR requir*) | 617 | 2,238 | 363 |
| 2 | "special condition 37" OR "SC 37" OR SC37 | 5,648 | 14,384 | 4,070 |
| 3 | "Under Custody Report" OR "Profile of Under Custody Population" | 696 | 2,139 | 592 |
| 4 | ("▬" OR ▬ OR (▬ w/2 ▬) OR (▬ w/2 ▬) OR (▬ w/2 ▬) OR (▬ w/2 ▬) OR (▬ w/2 ▬) OR (▬ w/2 ▬) OR (▬ w/2 ▬) OR (▬ w/2 ▬)) w/5 (meet* or discharge or planning or housing) | 997 | 47,599 | 108 |
| 5 | ("correction law 73" OR "73(10)" OR "73.10") w/5 (interp* OR understand* OR pursuant OR requir* OR guid*) | 7,598 | 17,411 | 7,270 |
| 6 | ("Mentally Ill Prisoners Are Held Past Release Dates, Lawsuit Claims" OR "Class Action Lawsuits Hits Post-Release Date" OR Arbetter or "Inmates With Mental Illness Forced to Stay in Prison Beyond Release Date" OR "Class Action Alleges NY Prisons Keep Mentally Ill Past Release Dates") | 4,456 | 4,602 | 4,417 |
| 7 | ("▬" OR "▬" OR "▬" OR "▬" OR "▬" OR "▬" OR "▬" OR "▬" OR ▬) w/5 (RTF OR "Residential Treatment Facility" OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 916 | 44,280 | 10 |
| 8 | ("Pre-Release Service" or "Pre-Release Services") w/5 Report | 157 | 458 | 140 |

*Named Plaintiff identifying terms have been redacted.

| # | Term | | | |
|---|---|---|---|---|
| 9 | ("Prison Rape Elimination Act" OR PREA) w/30 ((Parole w/3 hous*) "community based residen*" OR CBRP OR "halfway hous*" OR ((threequarter* OR "three quarter*" OR "3/4") w/5 hous*) OR "reentry center*" RRC) | 3,114 | 8,102 | 1,574 |
| 10 | ("Transitional Residence" or TLR) w/15 (SMI or (discharge w/3 DOCCS)) | 1,305 | 2,715 | 22 |
| 11 | (("Correction" OR "Corr." OR "NYCL" OR "N.Y.C.L.") w/3 "70") w/15 ("RTF" OR "residential treatment") | 86 | 302 | 15 |
| 12 | ((("▇" OR "▇") OR ("▇" OR "▇") OR ("▇" OR "▇") OR ("▇" OR "▇") OR ("▇" OR "▇") OR ("▇" OR "▇") OR ("▇" OR "▇") OR ("▇")) AND (("special condition" OR "S.C." OR SC) w/2 (29 OR 30) OR SPOA OR "Single Point of Access") | 98 | 354 | 9 |
| 13 | (("▇" OR "▇") OR ("▇" OR "▇") OR ("▇" OR "▇") OR ("▇" OR "▇")) w/15 ("Assertive Care Treatment" OR "ACT Team" OR "FACT Team" OR "SPACT" OR "Health Homes" OR "mobile crisis" OR "care management" OR "Assisted Outpatient Treatment" OR AOT) | 184 | 2,495 | 59 |
| 14 | (("▇" OR "▇") OR ("▇" OR "▇") OR ("▇" OR "▇") OR ("▇" OR "▇")) w/5 (RTF OR "Residential Treatment Facility" OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 495 | 3,147 | 126 |

| # | Term | | | |
|---|---|---|---|---|
| 15 | (("request for proposal" or RFP* or RFA* or "Request for Application" or "request for funding") AND (shelter* or hotel* or motel* or inn* mission*)) w/25 ("intensive case management" or *ACT or "Assertive Community Treatment" or *FACT or *SPACT or "assisted outpatient treatment" or AOT or "health home" or "care management") | 404 | 1,163 | 297 |
| 16 | (("waiting list" OR "waitlist") w/25 ((hous*) AND (SMI or mental* or "Level I" OR "Level 1" OR "Level 2"))) | 1,164 | 4,192 | 563 |
| 17 | ((("▓" OR "▓") OR ("▓" OR "▓") OR ("▓" OR "▓") OR ("▓" OR "▓") OR "▓")) w/15 ("Assertive Care Treatment" OR "ACT Team" OR "FACT Team" OR "SPACT" OR "Health Homes" OR "mobile crisis" OR "care management" OR "Assisted Outpatient Treatment" OR AOT) | 933 | 87,970 | 270 |
| 18 | ((("▓" OR "▓") OR ("▓" OR "▓") OR ("▓" OR "▓") OR ("▓" OR "▓") OR "▓")) w/5 (RTF OR "Residential Treatment Facility" OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 1,899 | 90,414 | 440 |
| 19 | (((incarcer* OR held OR hold* OR imprison* OR custod*) AND (past OR beyond OR contin* OR after OR later OR over)) AND ((release date OR "Open Dates for Parole Release") OR (open w/3 (parole* OR release OR date)) OR "Approved Conditional Release Date*" OR (conditional w/3 (release OR date*)))) w/25 (lawsuit* OR class action OR litigation) AND ("residential treatment facility" OR held OR hold OR "Date of release") | 82 | 168 | 57 |

| | | | | |
|---|---|---|---|---|
| 20 | (((Predictor* AND Recidiv*) w/10 "SMI Prisoners") OR "Communities in New York State" OR "Predictors of General and Violent Recidivism" OR "American Academy of Psychiatry") AND (Miraglia OR Lee OR Chard-Wierschem OR Sawyer OR "Journal of the American Academy of Psychiatry") | 1,564 | 4,016 | 1,280 |
| 21 | ((admi* OR Criteria OR eligibil*) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) w/25 ("Transitional Residence" or TLR) | 331 | 912 | 93 |
| 22 | ((admi* OR Criteria OR eligibil*) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) w/25 hous* | 17,197 | 109,476 | 11,873 |
| 23 | ((assess* or survey or stud* or analys*) w/5 (utilization or "occupancy rates" or "lengths of utiliation and stay" or turnover)) AND ("supportive housing" or "mental health housing" or "supportive services" or ACT or FACT or SPACT or "health homes" or intensive care or AOT or "Assisted Outpatient Treatment") | 2,182 | 11,405 | 911 |
| 24 | ((capacity OR occup* OR insufficient) AND (SMI or "Level I" OR "Level 1" OR "Level 2" OR L1 OR L2)) w/10 hous* | 2,075 | 7,854 | 334 |
| 25 | ((MOU OR "Memorandum of Understanding") w/25 (("Supportive Services" OR ((community based w/3 mental health) AND hous*))) OR "support* housing" OR "scattered site" OR "single site" OR *SRO OR "single room*" OR "apartment treatment" OR "community residence" OR CR OR *ACT OR "Assertive Community Treatment" OR "508.4") | 6,284 | 15,998 | 4,562 |

| # | Term | | | |
|---|---|---|---|---|
| 26 | ((■ w/2 ■ OR ■ w/2 ■ OR ■ w/2 ■ OR ■ w/2 ■ OR ■ w/2 ■ OR ■ w/2 ■ OR ■ w/2 ■ OR ■ w/2 ■ OR ■ w/2 ■) w/15 (service* OR Plan* OR IMT OR "Intensive Mobile Treatment" OR "Care Coordination" OR "PROS" or "forensic cm") | 1,956 | 90,610 | 944 |
| 27 | ((SMI or "OMH 1" or "OMH 2" or 1S* or 2S*) w/5 (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing")) AND (assess* or survey* or stud* or analys*) | 1,768 | 48,895 | 0 |
| 28 | ((SMI OR "Serious Mental Illness") AND ((held OR hold*) w/3 (past OR beyond OR after OR later OR over)) w/5 ("release date" OR "Open Dates for Parole Release" OR "open parole date" OR "open release date" OR "Approved Conditional Release Date*" OR "conditional release date")) | 1,652 | 47,369 | 606 |
| 29 | (■ OR "■" OR ■ OR "■" OR ■ OR "■" OR ■ OR ■) AND (RTF OR "Residential Treatment Facility" OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 4,563 | 9,848 | 289 |
| 30 | (■ OR "■" OR ■ OR "■" OR ■ OR ■ OR ■ OR ■ OR ■ OR "■" OR ■ OR "■" OR ■ OR "■" OR ■ OR "■" OR ■) AND (AOT OR "Assisted Outpatient Treatment" OR Kendra* OR 9.60) | 3,725 | 50,991 | 7 |

5

| | | | | |
|---|---|---|---|---|
| 31 | (■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■) AND (service* OR Plan* OR IMT OR "Intensive Mobile Treatment" OR "Care Coordination" OR "PROS" or "forensic cm") | 5,582 | 54,250 | 76 |
| 32 | (■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■) AND (meet* or discharge or planning or housing) | 5,549 | 54,617 | 7 |
| 33 | (■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■) w/15 ("Assertive Care Treatment" OR "ACT Team" OR "FACT Team" OR "SPACT" OR "Health Homes" OR "mobile crisis" OR "care management" OR "Assisted Outpatient Treatment" OR AOT) | 582 | 42,967 | 0 |
| 34 | (■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■ OR ■) w/15 (("special condition" OR "S.C." OR SC) w/2 (29 OR 30)) | 18 | 23 | 0 |

| # | Term | | | |
|---|---|---|---|---|
| 35 | (■ OR "■" OR ■ OR ■ OR "■" OR ■ OR ■ OR ■ OR ■) AND (RTF OR "Residential Treatment Facility" OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 4,928 | 51,997 | 223 |
| 36 | (Correction OR "Corr." OR NYCL OR "N.Y.C.L.") w/5 404* | 538 | 2,789 | 408 |
| 37 | (fund* OR budget* OR financ* OR audit OR account OR grant* OR contract* OR grant*) w/10 (community treatment OR clinical support OR interdisciplinary team OR forensic OR "Intensive Mobile Treatment" OR IMT OR "Non-Medicaid Care Coordination" OR referral* OR evaluation OR CARES OR social service OR diversion OR daily functioning OR treatment plan OR (criminogenic w/2 (risk*OR needs*))) | 49,352 | 162,921 | 39,913 |
| 38 | (homeless or shelter* or "homeless services" or mission* or rescue* or *otel* or Inn*) w/25 (SMI OR "OMH 1" OR "OMH 2" OR 1S OR 2S) | 18,761 | 147,020 | 5,833 |
| 39 | (report OR memorand* OR assess*) w/25 (effective* AND ("assertive community treatment" OR ACT) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) | 7 | 14 | 4 |
| 40 | (report OR memorand* OR assess*) w/25 (effective* AND hous* AND (SMI or "Level I" OR "Level 1" OR "Level 2")) | 87 | 597 | 26 |
| 41 | (Rule* or polic* or procedure* or train* or practice* or CBO or directive* or guid*) w/5 ("Single Point of Access" or SPOA or HRA* or *2010e or "Reentry Coordination System" or RCS or (housing w/5 application)) | 4,584 | 14,400 | 3,749 |

| # | Search Term | | | |
|---|---|---|---|---|
| 42 | (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/10 ("living condition*" or "daily living" or "daily life" or ADL* or "skills training" or "daily activities" or "personal function" or DLS) | 986 | 5,159 | 625 |
| 43 | (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/25 ("Assertive Community Treatment" or "code enforcement") | 2,186 | 10,151 | 1,144 |
| 44 | (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/25 ("life skill" OR "self care" OR "basic skill" OR curfew*) | 6,065 | 39,080 | 5,338 |
| 45 | (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/25 (vocation*) | 2,271 | 12,449 | 1,224 |
| 46 | (SMI or "OMH 1" or "OMH 2" or 1S* or 2S*) w/25 (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") | 16,886 | 132,507 | 4,076 |
| 47 | (SMI OR "S-designat*" OR "OMH 1" OR "OMH 2" OR 1S OR 2S) w/5 (RTF OR "Residential Treatment Facility" OR "70.45" OR (Correction Law w/3 73) OR "73(10)" OR "73.10") | 4,468 | 11,474 | 3,390 |

8

| | | | | |
|---|---|---|---|---|
| 48 | (suitab* OR appropriate*) w/15 (support* or "mental health") w/10 hous* w/25 (SMI or "Level I" OR "Level 1" OR "Level 2") | 2,079 | 8,803 | 736 |
| 49 | (TLR* OR TPP OR CI OR ICR OR (Crisis w/3 residenc* OR hous*) Or "Transitional Living Unit") w/5 (admi* or aprov* OR eligib* OR criteri* OR requirement*) | 7,782 | 88,511 | 6,046 |
| 50 | (transition* OR discharg* OR "post-release") w/5 (manual OR policy OR directive OR handbook OR guid*) | 15,406 | 65,467 | 12,863 |