# EXHIBIT D

*M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
**Parties' Proposed Discovery Schedules**

|  | **Defendants' Proposal** | **Plaintiffs' Proposal** |
|---|---|---|
| Plaintiffs' Motion for Class Certification | September 30, 2022 | September 30, 2022 |
| Completion of document productions and interrogatory responses to all previously served discovery requests | December 29, 2022<br><br>Defendants are willing to meet and confer in good faith regarding prioritizing discovery relevant to class certification. However, without knowing more about which terms Plaintiffs believe fall into this category, they cannot commit to a certain deadline for completion. | October 7, 2022<br><br>Between June and October 2022, Defendants shall make rolling productions. The parties shall, in good faith, meet and confer in an effort to ensure that Defendants' discovery responses relevant to class certification are produced on a prioritized and rolling basis, with such productions to be completed by September 16, 2022. |
| Fact depositions completed | May 11, 2023 | February 17, 2023 |
| Any further interrogatories and requests for production must be served | May 11, 2023, and in any event no later than 30 days before the fact discovery deadline. | February 17, 2023, and in any event no later than 30 days before the fact discovery deadline. |
| Requests to admit must be served | May 11, 2023, and in any event no later than 30 days before the fact discovery deadline. | February 17, 2023, and in any event no later than 30 days before the fact discovery deadline. |
| Plaintiffs' expert disclosures | June 12, 2023 | March 17, 2023 |
| All fact discovery must be completed | June 20, 2023 | March 24, 2023 |
| Defendants' expert disclosures | July 12, 2023 | April 17, 2023 |
| All expert discovery, including expert depositions | September 12, 2023 | June 16, 2023 |
| All discovery must be completed | September 12, 2023 | June 16, 2023 |
| Should either party wish to file a summary judgment motion, the parties must submit a joint letter that either sets forth a joint proposed briefing schedule or sets forth the parties' respective proposals for summary judgment briefing schedules. | No later than 14 days after the close of all discovery. | No later than 14 days after the close of all discovery. |

1