**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3350

WRITER'S DIRECT FACSIMILE

(212) 492-0350

WRITER'S DIRECT E-MAIL ADDRESS

wricciardi@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
GERALD BRANT
ROBERT A. BRITTON
DAVID W. BROWN
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS P. GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MATTHEW B. JORDAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
JEFFREY L. KOCHIAN
ALEXIA D. KORBERG
ALAN W. KORNBERG

DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
KAISA KUUSK
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
SUHAN SHIM
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
SARAH STASNY
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
KEN ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

June 24, 2022

**Via ECF**

Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *M.G. v. Cuomo*, 19-cv-639 (CS) (AEK)

Dear Judge Krause:

  I write on behalf of Plaintiffs to update the Court on the status of discovery and other case management issues in advance of the June 29, 2022 conference and in accordance with the Court's June 3, 2022 Order (ECF No. 219).

  **A. ESI Negotiations**

  Plaintiffs believe that the parties are nearing an agreement on ESI search terms. However, as of the filing of this letter, Defendants have declined to consider moving from their first and only proposal, and have not addressed significant concerns raised by Plaintiffs. Plaintiffs request that the Court approve Plaintiffs' latest proposal, which is both reasonable and proportional to the needs of the case and more likely to efficiently yield responsive documents than Defendants' proposal, or alternatively order Defendants to provide a reasonable counterproposal.

  On February 16, Plaintiffs provided their initial search term proposal. This proposal yielded a total review population of over 11 million documents, which Plaintiffs acknowledged was significantly higher than intended. To continue negotiations, and with the understanding that

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Andrew E. Krause  2

Defendants' access to the relevant data makes them uniquely well-positioned to know which terms and connectors were responsible for the excessive number of hits, Plaintiffs invited Defendants' feedback on the search terms. As an example, Plaintiffs noted that a cursory review of documents could reveal that a search term was hitting on a common signature block or on routinely distributed mass emails, or attachments from internal or external senders that are clearly not relevant. Defendants were not willing to entertain Plaintiffs' request.

Instead, on June 10, Defendants made their first and only proposal, which generated a total review population of around 210,000 documents. *See* Ex. A.[1] Plaintiffs identified two major issues with this proposal. First, Defendants' proposal does not address a number of Plaintiffs' requests for production of custodial documents. Second, this proposal only had around 44,000 documents that hit on Defendants' actual search terms, with the remaining 167,000 documents being family members. More strikingly, Plaintiffs noted that the hit count including families for some search strings was often was as much as 40-45 times (and in a few cases, over 100 times) the number of documents that hit on the search terms. Defendants have since explained that 341 of the over 37,000 families in this hit report contained over 100 family members, which appear to be a combination of zip file attachments and meeting invitations with many attachments. However, Plaintiffs remain concerned that agreeing to these terms will produce an inflated hit count full of unresponsive documents and fail to capture or review other important, responsive documents.

On June 17, Plaintiffs provided a counterproposal that modified some of Defendants' proposed search terms and added search terms to address the specific requests for production unaddressed by Defendants' proposal. After minor revisions due to certain formatting issues, Plaintiffs' revised counterproposal yielded a total review population of around 500,000 documents. *See* Ex. B. Plaintiffs' proposal provides a reasonable and proportional set of documents for Defendants to review. This is a significant class action with three classes and subclasses and thousands of class members. As Defendants have acknowledged, the addition of the discharge class "vastly expand[s] the claims in this lawsuit," ECF No. 130 at 1, and "significantly expand[s] the scope of discovery," *id.* at 5. Defendants' proposed review, which includes only 44,000 documents that hit on their proposed search terms, is not be proportional to the substantial needs of this case. By contrast, Plaintiffs' proposal—which includes 160,000 documents that hit on the search terms and under 500,000 total documents—is appropriate for a case such as this. Though Plaintiffs invited Defendants to return a counterproposal, they have chosen to insist on their first and only search term proposal. We therefore ask that the Court order Plaintiffs' proposal, or alternatively order Defendants to provide a reasonable counterproposal.

### B. Proposed Deadlines

Plaintiffs request that the Court order the proposed deadlines set forth in Ex. C, which establishes deadlines for the completion of discovery and class certification through motions for summary judgment. Plaintiffs believe these deadlines will help move the case toward resolution.

---

[1] Plaintiffs have redacted identifying information of the individual Named Plaintiffs from the hit reports attached as Exhibits A and B.

On June 8, Plaintiffs sent Defendants a copy of the proposed deadlines and stated our intention to ask the Court to enter a scheduling order. Defendants did not substantively respond until a meet and confer the parties conducted on June 21, in which they stated that they were generally amenable to the framework Plaintiffs' proposed. However, Defendants said they could not negotiate an appropriate schedule until the parties reached agreement on search terms, as this allows Defendants to estimate the time needed to complete review of the agreed upon documents.

Defendants also stated that they expect to need six months to complete review and production of approximately 210,000 documents (the number of hits in their proposal). In Plaintiffs' experience, this is an extremely slow rate of review and production as well as a purported incentive for Plaintiffs to decrease the number of documents in the total review population. Plaintiffs maintain that the over three months set forth in their proposed deadlines provides sufficient time for Defendants to review and produce documents and enables class certification, depositions, and expert disclosures to proceed expeditiously. Accordingly, Plaintiffs request that the Court order Plaintiffs' proposed deadlines.

### C. Census Data

As explained in their June 8 letter (ECF No. 220), Plaintiffs request the production of a discrete set of unredacted censuses of putative class members, which is necessary for Plaintiffs' class certification arguments. Plaintiffs look forward to discussing this issue at the June 29 conference or at a future conference.

Respectfully,

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ Walter Ricciardi
Walter Ricciardi (wricciardi@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

DISABILITY RIGHTS NEW YORK
Joshua Rosenthal (joshua.rosenthal@drny.org)
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Andrew E. Krause                                                                 4

                                  The LEGAL AID SOCIETY
                                  Elena Landriscina (elandriscina@legal-aid.org)
                                  Stefen R. Short (sshort@legal-aid.org)
                                  Robert M. Quackenbush (rquackenbush@legal-aid.org)
                                  Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
                                  199 Water Street, 6th Floor
                                  New York, New York 10038
                                  (212) 577-3530

                                  *Attorneys for Plaintiffs*

cc: counsel of record (via ECF)