# Exhibit A



# MG et al v. Cuomo et al
## Search Terms Report

**REPORT Name:** Def Counter 1 Threadedv5     **Searchable Set:** Def Counter 1v5+F by list - threaded



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---:|---:|---:|---:|
| 242,913 | 56,750 | 242,913 | 0 |

Report Name: Def Counter 1 Threadedv5       Searchable Set: Def Counter 1v5+F by list - threaded

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| "70.45" w/5 (interp* OR understand* OR pursuant OR requir*) | 741 | 2,546 | 605 |
| "special condition 37" | 965 | 1,852 | 778 |
| "Under Custody Report" OR "Profile of Under Custody Population" | 851 | 2,880 | 812 |
| REDACTED w/5 (meet* or discharge or planning or housing) | 1,193 | 43,182 | 204 |
| ("correction law 73" OR "73(10)" OR "73.10") w/5 (interp* OR understand* OR pursuant OR requir*) | 11,252 | 25,066 | 10,825 |
| REDACTED w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 1,240 | 40,374 | 379 |

# MG et al v. Cuomo et al
## Search Terms Report

**Report Name:** Def Counter 1 Threadedv5   **Searchable Set:** Def Counter 1v5+F by list - threaded

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| ("Pre-Release Service" or "Pre-Release Services") w/5 Report | 299 | 1,205 | 287 |
| ("Transitional Residence" or TLR) w/5 (SMI or (discharge w/3 DOCCS)) | 608 | 1,297 | 132 |
| (("Correction" OR "Corr." OR "NYCL" OR "N.Y.C.L.") w/3 "70") w/5 ("RTF" OR "residential treatment") | 29 | 114 | 0 |
| REDACTED REDACTED w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 1,979 | 50,446 | 1,139 |
| ((("request for proposal" or RFP* or RFA* or "Request for Application" or "request for funding") AND (shelter* or hotel* or motel* or inn* mission*)) w/5 ("intensive case management" or *ACT or "Assertive Community Treatment" or *FACT or *SPACT or "assisted outpatient treatment" or AOT or "health home" or "care management") | 54 | 90 | 51 |

**Report Generated:** 6/10/2022 1:55:52 PM                                              Page 3 of 9

# MG et al v. Cuomo et al
## Search Terms Report

| | |
|---|---|
| **Report Name:** Def Counter 1 Threadedv5 | **Searchable Set:** Def Counter 1v5+F by list - threaded |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| (("waiting list" OR "waitlist") w/5 ((hous*) AND (SMI or "Level I" OR "Level 1" OR "Level 2"))) | 37 | 61 | 16 |
| ((admi* OR Criteria OR eligibil*) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) w/5 ("Transitional Residence" or TLR) | 18 | 41 | 11 |
| ((admi* OR Criteria OR eligibil*) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) w/5 hous* | 1,829 | 7,766 | 1,104 |
| ((assess* or survey or stud* or analys*) w/5 (utilization or "occupancy rates" or "lengths of utiliation and stay" or turnover)) AND ("supportive housing" or "mental health housing" or "supportive services" or ACT or FACT or SPACT or "health homes" or intensive care or AOT or "Assisted Outpatient Treatment") | 3,072 | 14,119 | 2,414 |
| ((capacity OR occup* OR insufficient) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) w/5 hous* | 146 | 659 | 105 |

# MG et al v. Cuomo et al
## Search Terms Report

| | | | |
|---|---|---|---|
| **Report Name:** | Def Counter 1 Threadedv5 | **Searchable Set:** | Def Counter 1v5+F by list - threaded |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| REDACTED w/5 (service* OR Plan* OR IMT OR "Intensive Mobile Treatment" OR "Care Coordination" OR "PROS" or "forensic cm") | 588 | 1,820 | 445 |
| ((SMI or "OMH 1" or "OMH 2" or 1S* or 2S*) w/5 (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing")) AND (assess* or survey* or stud* or analys*) | 2,085 | 45,160 | 198 |
| REDACTED w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 728 | 1,635 | 247 |

| | | | |
|---|---|---|---|
| Report Name: | Def Counter 1 Threadedv5 | Searchable Set: | Def Counter 1v5+F by list - threaded |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| REDACTED w/5 (AOT OR "Assisted Outpatient Treatment" OR Kendra* OR 9.60) | 341 | 38,231 | 112 |
| REDACTED w/5 (service* OR Plan* OR IMT OR "Intensive Mobile Treatment" OR "Care Coordination" OR "PROS" or "forensic cm") | 178 | 445 | 49 |
| REDACTED REDACTED w/5 (meet* or discharge or planning or housing) | 517 | 39,988 | 8 |

# MG et al v. Cuomo et al
## Search Terms Report

**REPORT Name:** Def Counter 1 Threadedv5    **Searchable Set:** Def Counter 1v5+F by list - threaded

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| REDACTED w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR ("Correction Law" w/3 73) OR "73(10)" OR 73.10 OR release OR discharge* OR Parole OR hous*) | 1,101 | 39,770 | 235 |
| (Correction OR "Corr." OR NYCL OR "N.Y.C.L.") w/5 404* | 770 | 3,451 | 650 |
| (homeless or shelter* or "homeless services" or mission* or rescue* or *otel* or Inn*) w/5 (SMI OR "OMH 1" OR "OMH 2" OR 1S OR 2S) | 6,511 | 25,241 | 3,184 |
| (report OR memorand* OR assess*) w/5 (effective* AND ("assertive community treatment" OR ACT) AND (SMI or "Level I" OR "Level 1" OR "Level 2")) | 0 | 0 | 0 |
| (report OR memorand* OR assess*) w/5 (effective* AND hous* AND (SMI or "Level I" OR "Level 1" OR "Level 2")) | 0 | 0 | 0 |
| (Rule* or polic* or procedure* or train* or practice* or CBO or directive*) w/5 ("Single Point of Access" or SPOA or HRA* or *2010e or "Reentry Coordination System" or RCS or (housing w/5 application)) | 4,309 | 13,854 | 3,845 |

**Report Generated:** 6/10/2022 1:55:52 PM    Page 7 of 9

# MG et al v. Cuomo et al
## Search Terms Report

**REPORT Name:** Def Counter 1 Threadedv5        **Searchable Set:** Def Counter 1v5+F by list - threaded

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
| --- | --- | --- | --- |
| (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/5 ("Assertive Community Treatment" or "code enforcement") | 1,176 | 2,916 | 1,099 |
| (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/5 ("life skill" OR "self care" OR "basic skill" OR curfew*) | 2,327 | 13,399 | 2,288 |
| (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/5 ("living condition*" or "daily living" or "daily life" or ADL* or "skills training" or "daily activities" or "personal function" or DLS) | 477 | 3,570 | 352 |
| (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") w/5 (vocation*) | 501 | 2,486 | 430 |

# MG et al v. Cuomo et al
## Search Terms Report

**REPORT Name:** Def Counter 1 Threadedv5  **Searchable Set:** Def Counter 1v5+F by list - threaded

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
| --- | --- | --- | --- |
| (SMI AND ((held OR hold*) w/3 (past OR beyond OR after OR later OR over)) w/5 ("release date" OR "Open Dates for Parole Release" OR "open parole date" OR "open release date" OR "Approved Conditional Release Date*" OR "conditional release date")) | 1,832 | 48,282 | 1,545 |
| (SMI or "OMH 1" or "OMH 2" or 1S* or 2S*) w/3 (shelter* or hotel* or motel* or "transitional residence" or TLR* or "crisis residence" or "transitional placement program" or TPP* or SOCR* or "transitional housing program" or "parole housing") | 3,612 | 48,362 | 692 |
| (SMI OR "S-designat*" OR "OMH 1" OR "OMH 2" OR 1S OR 2S) w/5 (RTF OR "Residential Treatment Facility" OR "Special Condition 37" OR "SC 37" OR SC37 OR "70.45" OR (Correction Law w/3 73) OR "73(10)" OR "73.10") | 6,668 | 16,294 | 5,814 |
| (suitab* OR appropriate*) w/5 (support* or "mental health") w/3 hous* w/3 (SMI or "Level I" OR "Level 1" OR "Level 2") | 3 | 3 | 3 |
| (transition* OR discharg* OR "post-release") w/5 (manual OR policy OR directive OR handbook) | 9,604 | 51,134 | 8,972 |