# Exhibit C

### *M.G.* v. *Cuomo*, No. 19-cv-639 (S.D.N.Y.) (CS) (AEK)

### Plaintiffs' Proposed Deadlines

- Plaintiffs' Motion for Class Certification due September 30, 2022.

- Completion of document productions and interrogatory responses to all previously served discovery requests by October 7, 2022.

    o Between June and October 2022, Defendants shall make rolling productions. The parties shall, in good faith, meet and confer in an effort to ensure that Defendants' discovery responses relevant to class certification are produced on a prioritized and rolling basis, with such productions to be completed by September 16, 2022.

- Fact depositions must be completed by February 17, 2023.

- Any further interrogatories and requests for production must be served by February 17, 2023, and in any event no later than 30 days before the fact discovery deadline.

- Requests to admit must be served by February 17, 2023, and in any event no later than 30 days before the fact discovery deadline.

- Plaintiffs' expert disclosures must be made by March 17, 2023.

- All fact discovery must be completed by March 24, 2023.

- Defendants' expert disclosures must be made by April 17, 2023.

- All expert discovery, including expert depositions, must be completed by June 16, 2023.

- All discovery must be completed by June 16, 2023.

- Should either party wish to file a summary judgment motion, the parties must submit a joint letter that either sets forth a joint proposed briefing schedule or sets forth the parties' respective proposals for summary judgment briefing schedules. Joint letters in anticipation of summary judgment must be filed no later than 14 days of the close of all discovery.