UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                              Plaintiffs,

        -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                               Defendants.
------------------------------------------------------------------------ x

7:19-cv-0639 (CS) (AEK)

**NOTICE OF MOTION TO COMPEL DISCOVERY**

      PLEASE TAKE NOTICE that upon the Affirmation of Elizabeth S. Woods with accompanying exhibits, Plaintiffs' Memorandum of Law in Support of Motion to Compel Discovery, Declaration of Leighann Starkey, PhD. and upon all prior proceedings, Plaintiffs will make a motion at the United States District Court, Southern District of New York, White Plains, New York, on August 5, 2022 at 10 a.m. or as soon thereafter as counsel can be heard, for an order pursuant to Federal Rule of Civil Procedure § 37(a)(3)(B) compelling Defendants to produce certain unredacted census documents in this case as set forth in the accompanying Memorandum of Law, together with such other or further relief as may be just.

      PLEASE TAKE FURTHER NOTICE that pursuant to this Court's Minute Entry dated June 29, 2022, all responsive papers shall be filed no later than **July 22, 2022**.

Dated: July 8, 2022
Rensselaer, New York

By: \_\_\_/s/ Elizabeth S. Woods_____

DISABILITY RIGHTS NEW YORK
*Attorney for Plaintiffs*
Elizabeth S. Woods
279 Troy Road, Suite 9 PMB 236
Rensselaer, NY 12144
Ph: (518) 512-4857
Fax: (518) 427-6561   (not for service)
Elizabeth.Woods@DRNY.org