UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                                Plaintiffs,

         -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                               Defendants.
------------------------------------------------------------------- x

7:19-cv-0639 (CS) (AEK)

**DECLARATION OF ELIZABETH S. WOODS**

**Under 28 U.S.C. §1746, Elizabeth S. Woods, Esq., declares:**

1. I am a staff attorney with Disability Rights New York, attorneys for the Plaintiffs.

2. This Declaration is submitted in support of Plaintiffs' motion to compel discovery pursuant to Federal Rule of Civil Procedure (FRCP) 37.

3. Attached hereto is a true and accurate copy of the following exhibits:

    a. Exhibit A, List of Censuses Provided to Defendants by Plaintiffs on April 26, 2022.

**WHEREFORE**, the Plaintiffs respectfully request an order compelling Defendants to produce the requested unredacted census documents, along with any updated versions to be produced, as well as any additional relief deemed just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: July 8, 2022
Rensselaer, New York

By: /s/ Elizabeth S. Woods_____

DISABILITY RIGHTS NEW YORK
*Attorney for Plaintiffs*
Elizabeth S. Woods
279 Troy Road, Suite 9, PMB 236
Rensselaer, NY 12144
Ph: (518) 512-4857
Fax: (518) 427-6561
Elizabeth.Woods@DRNY.org