# EXHIBIT A

| Control Number | File Name |
|---|---|
| D-00004173 | Request-2020_02_28-SMI_SPOAs.xlsx |
| D-00004174 | Request-2021_03_04-SMI_SPOAs.xlsx |
| D-00004579 | 01102019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004581 | 01132020 Priority Release for Individuals Held Past Release Date.xlsx |
| D-00004582 | 01242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004583 | 01292019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004584 | 01292019 Priority Releases Monthly Efforts - for monthly report.xlsx |
| D-00004585 | 01292019 Priority Releases Monthly Efforts.xlsx |
| D-00004586 | 01312018 Priority Releases for Sex Offenders Held Past Release Date.xlsx |
| D-00004587 | 02112019 Priority Releases for Individuals Held Past Release Date revised.xlsx |
| D-00004588 | 02112019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004589 | 02112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004590 | 02232018 Priority Releases for Sex Offenders Held Past Release Date.xlsx |
| D-00004591 | 02242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004592 | 03012019 Priority Releases.xlsx |
| D-00004593 | 03112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004594 | 03142018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004595 | 03242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004596 | 03252019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004597 | 03282018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004598 | 04122018 Priority Releases For Individuals Held Past Release Date.xlsx |
| D-00004599 | 04132020 PRIORITY RELEASE FOR INDIVIAUAL THAT ARE HELD PAST THERE RELASE DATE.xlsx |
| D-00004600 | 04242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004601 | 04292019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004602 | 05012018 Priority Releases for Individuals Held Past Release Date.xlsx |

| | |
|---|---|
| D-00004603 | 05112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004604 | 05162018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004605 | 05232019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004606 | 05262020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004607 | 06062018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004608 | 06122020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004609 | 06192019 Priority Releases.xlsx |
| D-00004610 | 06242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004611 | 06252018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004612 | 06262020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004613 | 07112019 Priority Releases.xlsx |
| D-00004614 | 07132018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004615 | 07132020 Priority Releases for Individuals Held Past Release Date .xlsx |
| D-00004616 | 07132020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004617 | 07242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004618 | 07262018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004619 | 07312019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004620 | 08112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004621 | 08122019 Priority Releases for Individuals Held Past Releae Date.xlsx |
| D-00004622 | 08122019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004623 | 08142018 Priority Releases for individuals held past release date.xlsx |
| D-00004624 | 08232020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004625 | 08242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004626 | 08262019 Priority Releases.xlsx |
| D-00004627 | 08282018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004628 | 09112019 Priority Releases.xlsx |

3

| | |
|---|---|
| D-00004629 | 09112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004630 | 09122018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004631 | 09242019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004632 | 09242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004633 | 0926218 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004634 | 1.12.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004635 | 1.25.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004636 | 10112019 Priority Releases for Individuals Held Past Releases Date .xlsx |
| D-00004637 | 10112019 Priority Releases for Individuals Held Past Releases Date.xlsx |
| D-00004638 | 10132020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004639 | 10152018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004640 | 10242019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004641 | 10262020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004642 | 11022018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004643 | 11122019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004644 | 11122020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004645 | 11152018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004646 | 11202019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004647 | 11242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004648 | 11252019 Priority Releases for Individuals Held Past Releases.xlsx |
| D-00004649 | 12072018 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004650 | 12112019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004651 | 12112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004652 | 12202018 Priority Releases for Individuals Held Past Release Date.xlsx |

| | |
|---|---|
| D-00004653 | 12242019 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004654 | 12242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004655 | 2.11.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004656 | 2.24.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004657 | 3.11.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004658 | 3.24.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004659 | 4.12.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| D-00004660 | Active RTF Spreadsheet 4 19 21.xlsx |
| D-00004661 | Homeless Release Tracker 2019 - 2021.xlsx |
| D-00004662 | OMH Inmates on RTF.xlsx |
| D-00004699 | RTF Cases - Non SARA OMH 11s2s.xlsx |
| D-00004736 | SMI Releases 2019, 2020.xlsx |
| D-00010678 | Request-2022_01_20-SMI_Homeless_Releases.xlsx |
| DOCCS-00002625 | 01-24-2019 Past Earliest Release Date.xlsx |
| DOCCS-00002635 | 01-24-2019 Past Earliest Release Date.xlsx |
| DOCCS-00002804 | 01-24-2019 Past Earliest Release Date.xlsx |
| DOCCS-00004023 | Community Prep Cases Past Release Date - 1-25-19 (002) (002).xlsx |
| DOCCS-00004173 | Community Prep Cases Past Release Date - 1-25-19 (002) (002).xlsx |
| DOCCS-00008380 | Copy of Non SARA RTF Spreadsheet.xlsx |
| DOCCS-00012438 | Chart.xlsx |
| DOCCS-00019413 | Non-SARA RTF Foil Request.xlsx |
| DOCCS-00026534 | Non-SARA RTF Foil Request.xlsx |
| DOCCS-00027659 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027669 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027708 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027747 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027778 | SPEC RESID CONDITIONS REPORT.xlsx |

| | |
|---|---|
| DOCCS-00027811 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027841 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027856 | 01-24-2019 Past Earliest Release Date.xlsx |
| DOCCS-00027866 | 01-24-2019 Past Earliest Release Date.xlsx |
| DOCCS-00027876 | 01-24-2019 Past Earliest Release Date.xlsx |
| DOCCS-00027886 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027898 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027909 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027923 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027934 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027945 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027955 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027970 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027977 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027984 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00027995 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00028006 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00028017 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00028023 | SPEC RESID CONDITIONS REPORT.xlsx |
| DOCCS-00029191 | 09242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| DOCCS-00030014 | SMI Releases from RTF and Priority Releases Lists 2018 and 2019.xlsx |
| DOCCS-00030229 | SMI Releases from RTF and Priority Releases Lists 2018 and 2019.xlsx |
| DOCCS-00030232 | SMI Releases from RTF and Priority Releases Lists 2018 and 2019.xlsx |
| DOCCS-00030255 | Community Prep Cases Past Release Date 01242019.xlsx |
| DOCCS-00038236 | OMH Inmates on RTF.xlsx |
| OMH-00010761 | SMI_Releases_Report-2019.06.17.xlsx |

| | |
|---|---|
| OMH-00010772 | Care Coord Referral Report through 8.2.2019.xls |
| OMH-00010784 | Care Coord Referral Report through 8.8.2019.xls |
| OMH-00010819 | Care Coordination Report 9.21.19.xls |
| OMH-00011102 | Housing Referral Report through 7.12.2019.xls |
| OMH-00011132 | Housing Referral Report through 7.5.2019.xls |
| OMH-00011157 | Care Coord Referral Report through 7.5.2019.xls |
| OMH-00012633 | SMI_Releases_Report-2019.02.11.xlsx |
| OMH-00014838 | 2019.01.30-SMI_and_AOT_Data.xlsx |
| OMH-00015064 | RTF.xlsx |
| OMH-00015216 | REMS_Held_Cases.xlsx |
| OMH-00015373 | RTF.xlsx |
| OMH-00017388 | RTF.XLSX |
| OMH-00019168 | 2019.08.15-Past_Release_Date_SMIs.xlsx |
| OMH-00019233 | 2019.08.15-Past_Release_Date_SMIs.xlsx |
| OMH-00019658 | Care Coordination Report 10.25.19.xls |
| OMH-00019680 | Care Coordination Report 10.09.19.xls |
| OMH-00019702 | 2019.08.13-Past_Release_Date_SMIs_▆▆▆.xlsx |
| OMH-00019801 | 2019.08.13-Past_Release_Date_SMIs_▆▆▆.xlsx |
| OMH-00019867 | 2019.08.13-Past_Release_Date_SMIs.xlsx |
| OMH-00019901 | 2019.08.13-Past_Release_Date_SMIs.xlsx |
| OMH-00019996 | 2019.08.16-Past_Release_Date_SPOA_RTF.xlsx |
| OMH-00020026 | 2019.08.16-Past_Release_Date_SPOA_RTF.xlsx |
| OMH-00020681 | MGfile1_197_Copy of 2019.08.15-Past_Release_Date_SMIs.xlsx |
| OMH-00020748 | 2019.08.15-Past_Release_Date_SPOA.xlsx |
| OMH-00020763 | 2019.08.15-Past_Release_Date_SPOA.xlsx |
| OMH-00020777 | 2019.08.15-Past_Release_Date_SPOA.xlsx |
| OMH-00020793 | 2019.08.15-Past_Release_Date_SMIs.xlsx |
| OMH-00021224 | 2019.08.15-Past_Release_Date_SMIs.xlsx |
| OMH-00022633 | SMI_Releases_Report-2017.10.10.xlsx |
| OMH-00022638 | SMI_Releases_Report-2017.10.23.xlsx |
| OMH-00022645 | SMI_Releases_Report-2017.11.20.xlsx |
| OMH-00022652 | SMI_Releases_Report-2017.12.18.xlsx |
| OMH-00022657 | SMI_Releases_Report-2017.12.04.xlsx |
| OMH-00029910 | SMI_Releases_Report-2017.11.20.xlsx |
| OMH-00031826 | SMI_Releases_Report-2017.12.04.xlsx |
| OMH-00032645 | HOUSING_REF_REPORT.xls |
| OMH-00046679 | RTF.XLSX |
| OMH-00047263 | RTF.XLSX |
| OMH-00049683 | SMI_Releases_Report-2018.05.21.xlsx |

| | |
|---|---|
| OMH-00049690 | SMI_Releases_Report-2018.06.18.xlsx |
| OMH-00049697 | SMI_Releases_Report-2018.06.05.xlsx |
| OMH-00062295 | RTF Cases.xlsx |
| OMH-00072563 | Final Interrogatory #25-2020_02_28-SMI_SPOAs.xlsx |
| OMH-00073970 | OMH priority list through 2.2.20 due 11-25-19 (RCS Updates).xlsx |
| OMH-00076698 | 2019.09.20-Data_Request_SPOA.xlsx |
| OMH-00076764 | 2019.08.15-Past_Release_Date_SPOA.xlsx |
| OMH-00076768 | 2019.08.15-Past_Release_Date_SPOA.xlsx |
| OMH-00076775 | 2019.08.15-Past_Release_Date_SPOA.xlsx |
| OMH-00076917 | RTF.xlsx |
| OMH-00076970 | RTF.xlsx |
| OMH-00076987 | RTF Cases LOS 1.24.19.xlsx |