

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

July 13, 2022

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
         Joint Status Report on Search Terms and Discovery Schedule

Dear Judge Krause:

The parties in the above-captioned matter submit this joint letter to update the Court on the status of their negotiations regarding proposed search terms for the review of Defendants' electronic communications. After further discussions, the parties have reached an agreement on a list of search terms. The searches cumulatively hit on 86,178 documents, yielding a total review universe of 320,493 documents, inclusive of family members.

The parties were unable to reach agreement on a proposed discovery schedule moving forward. The parties have revised their previously submitted proposed schedules to reflect the agreed-upon review universe of 320,493 documents. A comparison of the parties' revised proposed schedules is attached as **Exhibit A**. Defendants are continuing to seek authority to use State funds to procure several contract attorneys for this matter to assist in the review, but that authority has not yet been granted at this time.

Respectfully submitted,

/s/ Owen T. Conroy
Adam Sansolo
Owen T. Conroy
Erin Kandel
Gee Won Cha

Assistant Attorneys General
*Counsel for Defendants*

Hon. Andrew E. Krause
July 13, 2022
Page 2

DISABILITY RIGHTS NEW YORK
Joshua Rosenthal (joshua.rosenthal@drny.org)
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

The LEGAL AID SOCIETY
Janet E. Sabel, Attorney-in-Charge
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ Walter Ricciardi
Walter Ricciardi (wricciardi@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)