# EXHIBIT A

*M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
**Parties' Proposed Discovery Schedules**

| Event | Defendants' Proposal | Plaintiffs' Proposal |
|---|---|---|
| Completion of document production for prioritized ESI search strings for class certification and updated noncustodial census documents* | Defendants are willing to continue to meet and confer in good faith regarding prioritizing discovery relevant to class certification and producing documents on a rolling basis.<br><br>Earlier today, Plaintiffs sent Defendants a list of search term strings they wish to designate for priority review. 21 out of the 51 agreed search strings have been so designated. Having just received Plaintiffs' proposed list of priority search terms, Defendants have not had the opportunity to assess the total number of documents in the "priority" review universe, and so they cannot reasonably commit to a certain deadline for completion. | Thursday, October 13, 2022<br><br>*Defendants shall make rolling productions, and this deadline and the deadlines for Plaintiffs' Motion for Class Certification are contingent on sufficient, substantial document productions ahead of this completion deadline. |
| Plaintiffs' Motion for Class Certification | Thursday, November 17, 2022 | Thursday, November 17, 2022 |
| Defendants' brief in opposition to Plaintiffs' Motion for Class Certification | Thursday, December 22, 2022 | Thursday, December 22, 2022 |
| Plaintiffs' reply brief in support of their Motion for Class Certification | Thursday, January 12, 2023 | Thursday, January 12, 2023 |
| Completion of document productions and interrogatory responses to all previously served discovery requests | March 13, 2023 | Friday, January 13, 2023 |
| Fact depositions completed | July 24, 2023 | Thursday, May 25, 2023 |
| Any further interrogatories and requests for production must be served | July 24, 2023, and in any event no later than 30 days before the fact discovery deadline. | Thursday, May 25, 2023, and in any event no later than 30 days before the fact discovery deadline |
| Requests to admit must be served | July 24, 2023, and in any event no later than 30 days before the fact discovery deadline. | Thursday, May 25, 2023, and in any event no later than 30 days before the fact discovery deadline |
| Plaintiffs' expert disclosures | August 24, 2023 | Thursday, June 22, 2023 |

*M.G. v. Cuomo*, **19-cv-0639 (CS) (AEK)**
**Parties' Proposed Discovery Schedules**

| All fact discovery must be completed | August 31, 2023 | Thursday, June 29, 2023 |
|---|---|---|
| Defendants' expert disclosures | September 25, 2023 | Thursday, July 20, 2023 |
| All expert discovery, including expert depositions | November 27, 2023 | Thursday, September 21, 2023 |
| All discovery must be completed | November 27, 2023 | Thursday, September 21, 2023 |
| Should either party wish to file a summary judgment motion, the parties must submit a joint letter that either sets forth a joint proposed briefing schedule or sets forth the parties' respective proposals for summary judgment briefing schedules. | No later than 14 days after the close of all discovery. | No later than 14 days after the close of all discovery. |