UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

M.G., *et al.*,

                            Plaintiffs,                    **ORDER**

           -against-                               19 Civ. 639 (CS) (AEK)

ANDREW CUOMO, *et al.*,

                            Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court commends the parties on their continued efforts to work collaboratively to resolve discovery issues while still vigorously representing their respective clients in this matter. The Court has reviewed the parties' scheduling proposals, which are not dramatically different. *See* ECF No. 228-1.  As set forth below, the schedule adopted by the Court is a combination of the two proposals.  The Court's schedule maintains the Defendants' proposed deadline for completion of document productions and interrogatory responses, based on the Court's understanding of the volume of materials to be reviewed and processed.  That said, the Court's schedule also approximately maintains the Plaintiffs' proposed deadline for completion of all discovery by shortening from four months to three months the proposed period for completion of fact depositions, and by shortening the proposed schedule for expert discovery in various respects.  In addition, the schedule below indicates the appropriate procedures for summary judgment in accordance with Judge Seibel's Individual Practices, and sets **October 5, 2022 at 10:00 a.m.** as the date for the next telephonic status conference with the undersigned.

1. Completion of document production for prioritized ESI search strings for class certification and updated noncustodial census documents:  October 13, 2022[1]

2. Plaintiffs' motion for class certification:  November 17, 2022

3. Defendants' opposition to Plaintiffs' motion for class certification:  December 22, 2022

4. Plaintiffs' reply in further support of their motion for class certification:  January 12, 2023

5. Completion of document productions and interrogatory responses to all previously served discovery requests:  March 13, 2023

6. Fact depositions completed:  June 23, 2023

7. Any further interrogatories and requests for production must be served:  June 23, 2023

8. Requests to admit must be served:  June 23, 2023

9. Plaintiffs' expert disclosures:  July 14, 2023

10. All fact discovery must be completed:  July 24, 2023

11. Defendants' expert disclosures:  August 11, 2023

12. All expert discovery, including expert depositions:  September 29, 2023

13. All discovery must be completed:  September 29, 2023

14. Should either party wish to file a summary judgment motion, that party must submit a pre-motion conference letter in accordance with Judge Seibel's Individual Practices no later than 14 days after the close of all discovery.

15. Next conference with the undersigned:  October 5, 2022 at 10:00 a.m.  To access the teleconference: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

Dated: July 15, 2022
      White Plains, New York         SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

---

[1] Defendants must make rolling productions of documents.  This deadline, and the deadlines for Plaintiffs' motion for class certification, are contingent on sufficient, substantial document productions ahead of this deadline.  The parties are hereby directed to provide a joint status letter on the progress of these productions on or before September 28, 2022.