UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                              Plaintiffs,

      -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                              Defendants.

------------------------------------------------------------------------ x

7:19-cv-0639 (CS) (AEK)

## **NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, I hereby withdraw as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. My colleague Elizabeth Woods will continue to represent Plaintiffs in this case.

2

Date:   Brooklyn, New York
       August 15, 2022

Respectfully submitted,

*/s/ Joshua M. Rosenthal*
Joshua M. Rosenthal
DISABILITY RIGHTS NEW YORK
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
Telephone: 518-432-7861
Fax: 518-427-6561
*Attorney for Plaintiffs*

SO ORDERED

_____
Cathy Seibel, U.S.D.J.

2