UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                              Plaintiffs,

      -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                              Defendants.

------------------------------------------------------------------------ x

7:19-cv-0639 (CS) (AEK)

## DECLARATION OF JOSHUA M. ROSENTHAL IN SUPPORT OF MOTION FOR WITHDRAWAL OF COUNSEL

I, Joshua M. Rosenthal, hereby declare:

1. I am an attorney at Disability Rights New York, counsel for Plaintiffs. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving my employment at Disability Rights New York as of August 19, 2022.

2. Elizabeth Woods, an attorney at Disability Rights New York, will continue to represent Plaintiffs in this matter.

3. My withdrawal will not delay the matter or prejudice any party and will not otherwise affect any dates or deadlines in this action.

4. I am not asserting a retaining or charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:   Brooklyn, New York
        August 15, 2022

Respectfully submitted,

*/s/ Joshua M. Rosenthal*
Joshua M. Rosenthal
DISABILITY RIGHTS NEW YORK
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
Telephone: 518-432-7861
Fax: 518-427-6561
*Attorney for Plaintiffs*