UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H.,
individually and on behalf of all similarly situated,

                                Plaintiffs,

            -against-

ANDREW CUOMO, in his official capacity as the Governor
of the State of New York, the NEW YORK STATE OFFICE
OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in
her official capacity as the Commissioner of the New York
State Office of Mental Health, the NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION, ANTHONY J.
ANNUCCI, in his official capacity as the Acting
Commissioner of the New York State Department of
Corrections and Community Supervision, ANNE MARIE
MCGRATH, in her official capacity as Deputy
Commissioner of the New York State Department of
Corrections and Community Supervision,

                                Defendants.
------------------------------------------------------------------------ x

                    7:19-cv-0639 (CS) (AEK)

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

    PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval

of the Court, I hereby withdraw as counsel for Plaintiffs and shall be removed from the Case

Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. My

colleague Elizabeth Woods will continue to represent Plaintiffs in this case.

Date:   Brooklyn, New York
        August 15, 2022

Respectfully submitted,

*/s/ Joshua M. Rosenthal*
Joshua M. Rosenthal
DISABILITY RIGHTS NEW YORK
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
Telephone: 518-432-7861
Fax: 518-427-6561
*Attorney for Plaintiffs*

SO ORDERED

_____  08/16/22
Cathy Seibel, U.S.D.J.