**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 16, 2022

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
               **Joint Letter Seeking the Court's Guidance on Discovery Issue**

Dear Judge Krause:

While the parties' joint discovery status letter in the above-captioned matter is not due until September 28, 2022, the parties submit this early letter to seek the Court's guidance on an issue that has arisen during the Defendants' review of electronic communications pursuant to the Court-ordered search terms and discovery schedule. *See* Order, ECF No. 229.

**Defendants' Position**

Defendants are in the process of reviewing electronic data and have completed most of the initial responsiveness review for the prioritized ESI search strings, which are due to be produced by October 13, 2022. During the review, it has become apparent that there is a great deal of HIPAA-protected information about third parties within this data. While Defendants are in the process of preparing the first rolling production from this data set, redacting this content is extremely time intensive work. Defendants currently estimate that entering third party HIPAA redactions might delay completion of the prioritized ESI search string productions beyond the October 13, 2022 deadline.

This issue, however, may be affected by the Court's pending decision regarding Plaintiffs' motion to compel certain third-party HIPAA-protected information in unredacted form. ECF No. 224. While Defendants continue to oppose Plaintiffs' motion for the reasons stated in their opposition papers, ECF No. 231, Defendants acknowledge that if the Court were to grant Plaintiffs' motion, that might make it unnecessary to enter redactions on much of this data set. Given this situation, Defendants respectfully request the Court's guidance on how best to proceed.

Hon. Andrew E. Krause
September 16, 2022
Page 2

**Plaintiffs' Position**

Defendants consulted Plaintiffs about the status of their discovery review and this request earlier this week. Plaintiffs agree the Court's guidance would be helpful in determining how best to proceed. Plaintiffs further note that the Court ordered productions on a rolling basis and that the October 13, 2022 deadline, and the deadline for Plaintiffs' motion for class certification, "are contingent on sufficient, substantial document production ahead of [the October 13] deadline." ECF No. 229 at 2 n.1. As Defendants note, no productions have yet been made with respect to the prioritized ESI search strings. Plaintiffs reserve the right to seek an amended discovery schedule in the event this condition is not met.

The parties are available for a conference at the Court's convenience to discuss this issue. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Owen T. Conroy
Adam Sansolo
Owen T. Conroy
Erin Kandel
Gee Won Cha

Assistant Attorneys General
*Counsel for Defendants*


DISABILITY RIGHTS NEW YORK
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

The LEGAL AID SOCIETY
Twyla Carter, Attorney-in-Charge
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

Hon. Andrew E. Krause
September 16, 2022
Page 3

                     PAUL, WEISS, RIFKIND, WHARTON
                     & GARRISON LLP

                     /s/ Walter Ricciardi
                     Walter Ricciardi (wricciardi@paulweiss.com)
                     Crystal L. Parker (cparker@paulweiss.com)
                     Emily Vance (evance@paulweiss.com)
                     Chantalle Hanna (channa@paulweiss.com)
                     Samuel Margolis (smargolis@paulweiss.com)
                     1285 Avenue of the Americas
                     New York, New York 10019-6064
                     (212) 373-3000

                     *Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)