

Prisoners' Rights Project
199 Water Street
New York, NY 10038
(212) 577-3300
www.legalaidnyc.org

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Mary Lynne Werlwas
*Director*
Prisoners' Rights Project

September 27, 2022

**Via ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

  Re: ***M.G. v. Cuomo***, 19-cv-0639 (CS) (AEK)
     **Joint Status Letter**

Dear Judge Krause:

  The parties write to update the Court about the status of document productions, as ordered by the Court on July 15, 2022 (ECF 229 at 2 n.1), and to respectfully request a short stay of the current deadlines for document production and briefing related to Plaintiffs' anticipated motion for class certification.

  The parties appreciate the Court's recent guidance regarding redaction of third-party HIPAA-protected information. Concerning the status of document productions, Defendants have largely completed their review of the prioritized ESI search strings. Pursuant to the Court's guidance, Defendants are preparing a first production of responsive materials from the prioritized review that can be produced while sidestepping the redaction issue for the time being. Defendants expect to produce this first tranche of documents by Friday, September 30, 2022. The remaining documents from the prioritized review contain third-party HIPAA-protected information that may fall within the relief sought by Plaintiffs' motion to compel.

  Regarding the parties' request for a short stay of deadlines related to class certification, the parties believe that recent developments have made the current deadlines for document production and briefing unattainable.

  *First*, as previewed in the parties' joint letter dated September 16, 2022, Defendants have identified a great deal of documents that are responsive to the prioritized ESI search strings that contain HIPAA-protected information about third parties. (ECF 236.) Consistent with the Court's order dated September 22, 2022 (ECF 237), Defendants await the Court's forthcoming decision on Plaintiffs' motion to compel before finalizing and producing such documents, which makes "sufficient, substantial document productions ahead of [October 13, 2022]" (ECF 229 at 2 n.1) impracticable. How much additional time Defendants will need to produce the remainder of the prioritized search term documents depends upon whether they will ultimately be entering redactions or producing the information without redactions and pursuant to a protective order.

**Justice in Every Borough.**

*Second*, on September 13, 2022, Defendants advised Plaintiffs of their intention to schedule depositions of named plaintiffs S.D., D.H., and W.P. in late October or early November 2022. On September 22, 2022, the parties met and conferred about the timing of the depositions and the potential need for reasonable accommodations for the named plaintiffs. Plaintiffs' counsel explained that they need adequate time to review Defendants' forthcoming discovery related to the named plaintiffs and to prepare the named plaintiffs for their depositions. Plaintiffs' counsel raised their concerns regarding managing these tasks in the midst of reviewing Defendants' forthcoming productions for class certification and finalizing class certification briefing.

Accordingly, the parties agree that a revised schedule is necessary in light of these considerations. The Court's forthcoming order on Plaintiffs' motion to compel will enable the parties to assess how much additional time is reasonably required and develop revised deadlines for class certification discovery and briefing. The parties therefore respectfully request that the Court (i) stay the deadlines related to class certification discovery and briefing, and (ii) permit the parties to submit a proposed revised schedule within seven days of the Court's decision on Plaintiffs' motion to compel.

Respectfully submitted,

DISABILITY RIGHTS NEW YORK
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

THE LEGAL AID SOCIETY
Twyla Carter, Attorney-in-Charge

/s/ Elena Landriscina
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Walter Ricciardi (wricciardi@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)

Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*


/s/ Owen T. Conroy
Adam Sansolo
Owen T. Conroy
Erin Kandel
Gee Won Cha
Assistant Attorneys General

*Counsel for Defendants*


cc: All counsel of record (via ECF)

---

APPLICATION GRANTED. The parties must submit their proposed revised schedule no later than one week after the Court issues a decision on the motion to compel. The requested extension should be as short as practicable. In addition, the status conference currently scheduled for October 3, 2022 is hereby ADJOURNED to October 14, 2022 at 10:00 a.m.

Dated: September 28, 2022

---

SO ORDERED.

*[signature]*

_____
ANDREW E. KRAUSE
United States Magistrate Judge