

October 21, 2022

**Via ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    ***M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)**
            **Joint Status Letter**

Dear Judge Krause:

The parties write to provide the Court with their proposed revised schedule (ECF 239). Following the Court's October 14, 2022 decision on Plaintiffs' motion to compel (ECF 224), the parties have conferred and agreed to the following revised schedule:

1. Defendants to provide unredacted reproduction of 179 previously produced censuses in accordance with the Court's decision: October 21, 2022

2. Completion of document production for prioritized ESI search strings for class certification and updated noncustodial census documents: November 2, 2022

3. Plaintiffs' motion for class certification: January 18, 2023[1]

4. Defendants' brief in opposition to Plaintiffs' motion for class certification: February 22, 2023

5. Plaintiffs' reply brief in support of their motion for class certification: March 15, 2023

6. Completion of document productions and interrogatory responses to all previously served discovery requests: March 13, 2023

7. Fact depositions completed: June 23, 2023

8. Any further interrogatories and requests for production must be served: June 23, 2023

9. Requests to admit must be served: June 23, 2023

---

[1] The parties have agreed that Defendants will depose Named Plaintiffs W.P., D.H., and S.D. before Plaintiffs move for class certification. Those depositions are scheduled to occur on November 10, 2022, November 17, 2022, and December 5, 2022, respectively.

10. Plaintiffs' expert disclosures: <u>July 14, 2023</u>

11. All fact discovery must be completed: <u>July 24, 2023</u>

12. Defendants' expert disclosures: <u>August 11, 2023</u>

13. All expert discovery, including expert depositions: <u>September 29, 2023</u>

14. All discovery must be completed: <u>September 29, 2023</u>

15. Should either party wish to file a summary judgment motion, that party must submit a pre-motion conference letter in accordance with Judge Seibel's Individual Practices <u>no later than 14 days after the close of all discovery</u>.

Respectfully submitted,

<u>/s/ Elizabeth S. Woods</u>
DISABILITY RIGHTS NEW YORK
Elizabeth Woods (elizabeth.woods@drny.org)
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 432-7861

THE LEGAL AID SOCIETY
Twyla Carter, Attorney-in-Charge

_____
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Walter Ricciardi (wricciardi@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*

/s/ Owen T. Conroy
Adam Sansolo
Owen T. Conroy
Erin Kandel
Gee Won Cha
Assistant Attorneys General

*Counsel for Defendants*

> The proposed schedule is ADOPTED as an order of the Court, and supersedes the schedule at ECF No. 229.
>
> As discussed on the record during the October 24, 2022 conference, the papers in support of, and in opposition to, Plaintiffs' motion for class certification are to be served, but not filed, on the dates set forth above in items 3 and 4. All class certification papers (items 3-5) should be filed on the deadline for Plaintiffs' reply, March 15, 2023.
>
> Dated: October 24, 2022

SO ORDERED.

ANDREW E. KRAUSE
United States Magistrate Judge


279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144


DRNY has office locations in
Albany | Brooklyn | Rochester

Phone
518-432-7861

TTY
518-512-3448

Fax
518-427-6561