

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 27, 2022

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

   Re: *M.G. v. Cuomo*, **19-cv-0639 (CS) (AEK)**
      **Defendants' Request for Leave to Take Deposition in Prison**

Dear Judge Krause:

  As noted in the parties' recent joint status letter, the parties have agreed that Defendants will depose three of the Named Plaintiffs prior to the upcoming motion for class certification. *See* ECF No. 243 at n.1. One of those plaintiffs, S.D., is currently incarcerated at a correctional facility maintained by the New York State Department of Corrections and Community Supervision. Defendants therefore respectfully request the Court's leave to take S.D.'s deposition in prison pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). Plaintiffs consent to this request. A proposed order is attached hereto.

           Respectfully submitted,

           /s/ Owen T. Conroy
           Adam Sansolo
           Owen T. Conroy
           Erin Kandel
           Gee Won Cha

           Assistant Attorneys General
           *Counsel for Defendants*

cc: All counsel of record (via ECF)