

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

December 16, 2022

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

> Re:   *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
> **Joint Status Report**

Dear Judge Krause:

The parties in the above-captioned matter submit this joint letter to provide the Court with an update on the status of discovery in advance of the status conference scheduled for Wednesday, December 21, 2022 at 10:00 a.m.

Since the last status conference, Defendants have taken depositions of the three Discharge Class Named Plaintiffs. Discovery continues to proceed according to the schedule set by the Court, and the parties have no issues to raise with the Court at this time.

The parties remain available to attend the December 21, 2022 conference as scheduled, but are amenable to adjourning the conference to a subsequent control date.

Respectfully submitted,

/s/ Owen T. Conroy
Adam Sansolo
Owen T. Conroy
Erin Kandel
Gee Won Cha

Assistant Attorneys General
*Counsel for Defendants*

Hon. Andrew E. Krause
December 16, 2022
Page 2

           DISABILITY RIGHTS NEW YORK

           _____
           Elizabeth Woods (elizabeth.woods@drny.org)
           25 Chapel Street, Suite 1005
           Brooklyn, New York 11201
           (518) 432-7861

           THE LEGAL AID SOCIETY
           Twyla Carter, Attorney-in-Charge

           _____
           Elena Landriscina (elandriscina@legal-aid.org)
           Stefen R. Short (sshort@legal-aid.org)
           Robert M. Quackenbush (rquackenbush@legal-aid.org)
           Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
           Veronica Vela (vvela@legal-aid.org)
           199 Water Street, 6th Floor
           New York, New York 10038
           (212) 577-3530

           PAUL, WEISS, RIFKIND, WHARTON
           & GARRISON LLP

           /s/ Crystal L. Parker
           Walter Ricciardi (wricciardi@paulweiss.com)
           Crystal L. Parker (cparker@paulweiss.com)
           Emily Vance (evance@paulweiss.com)
           Chantalle Hanna (channa@paulweiss.com)
           Samuel Margolis (smargolis@paulweiss.com)
           1285 Avenue of the Americas
           New York, New York 10019-6064
           (212) 373-3000

           *Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)