AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| M.G., et al <br> *Plaintiff* <br> v. <br> Cuomo et al <br> *Defendant* | ) <br> ) <br> ) Case No. 19-cv-0639 (CS) (AEK) <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs M.G., P.C., C.J., M.J., J.R., and D.R. individually and on behalf of all similarly situatied.

Date: 12/22/2022

/s/ Sabina Khan
*Attorney's signature*

Sabina Khan 5294228
*Printed name and bar number*
279 Troy Road, Ste 9 PMB 236
Rensselaer, NY 12144

*Address*

Sabina.Khan@drny.org
*E-mail address*

(929) 699-3578
*Telephone number*

(518) 427-6561
*FAX number*