**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 10, 2023

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:    *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
            **Joint Discovery Status Report**

Dear Judge Krause:

    Pursuant to the Court's Order dated December 19, 2022 (ECF No. 249), the parties in the above-captioned matter submit this joint letter to provide a discovery status update.

    Discovery continues to proceed according to the schedule set by the Court. (ECF No. 243). On November 2, 2022, Defendants produced responsive documents for the prioritized ESI search strings for class certification, as well as updated noncustodial census documents. On February 8, 2023, Plaintiffs served their motion for class certification. Defendants are continuing to review documents for the non-prioritized ESI search strings and expect to complete document productions by the March 13, 2023 deadline. Defendants will serve their opposition to the motion for class certification by March 15, 2023. The parties have no issues to raise with the Court at this time.

                      Respectfully submitted,

                      /s/ Owen T. Conroy
                      Adam Sansolo
                      Owen T. Conroy
                      Erin Kandel
                      Gee Won Cha

                      Assistant Attorneys General
                      *Counsel for Defendants*

Hon. Andrew E. Krause
February 10, 2023
Page 2

DISABILITY RIGHTS NEW YORK

_____
Elizabeth Woods (elizabeth.woods@drny.org)
Sabina Khan (sabina.khan@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861


THE LEGAL AID SOCIETY
Twyla Carter, Attorney-in-Charge

_____
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ Crystal L. Parker
Walter Ricciardi (wricciardi@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)