**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

March 7, 2023

**By ECF**
Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

*I have conferred with Magistrate Judge Krause, and we jointly approve the discovery and briefing deadlines set forth in this letter.*

SO ORDERED.
3/8/2023
CATHY SEIBEL, U.S.D.J.

Re: *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
**Joint Proposed Revised Case Schedule**

Dear Judge Seibel:

Pursuant to the Court's instruction at the February 28, 2023 pre-motion conference, the parties have conferred and jointly propose the following revised schedule for this matter:

1. Completion of document productions and interrogatory responses to all previously served discovery requests: March 13, 2023

2. Defendants' rebuttal class certification expert disclosures, including service of expert reports: May 23, 2023

3. All class certification expert discovery complete, including class certification expert depositions: June 22, 2023

4. Defendants serve but not file brief in opposition to Plaintiffs' motion for class certification (40 pages) and cross-motion to exclude Plaintiffs' class certification experts (20 pages); Plaintiffs serve but not file motion to exclude Defendants' class certification experts (20 pages): July 21, 2023

5. Plaintiffs serve but not file reply brief in support of their motion for class certification (20 pages) and opposition to cross-motion to exclude Plaintiffs' class certification experts (20 pages); Defendants serve but not file brief in opposition to motion to exclude Defendants' class certification experts (20 pages): August 18, 2023

6. Defendants' serve reply in support of cross-motion to exclude Plaintiffs' class certification experts (10 pages); Plaintiffs serve reply in support of motion to exclude Defendants' class

Hon. Cathy Seibel
March 7, 2023
Page 2

      certification experts (10 pages); and all parties file bundled class certification briefing: <u>September 8, 2023</u>

7. Fact depositions completed: <u>November 22, 2023</u>

8. Any further interrogatories and requests for production must be served: <u>November 22, 2023</u>

9. Requests to admit must be served: <u>November 22, 2023</u>

10. Plaintiffs' merits expert disclosures, including service of expert reports: <u>December 14, 2023</u>

11. All fact discovery must be completed: <u>December 22, 2023</u>

12. Defendants' merits expert disclosures, including service of expert reports: <u>January 15, 2024</u>

13. All expert discovery, including expert depositions: <u>March 4, 2024</u>

14. All discovery must be completed: <u>March 4, 2024</u>

15. Should either party wish to file a summary judgment motion, that party must submit a premotion conference letter in accordance with Judge Seibel's Individual Practices <u>no later than 14 days after the close of all discovery</u>.

                                         \*     \*     \*

      The parties jointly request that the Court adopt this schedule as an order of the Court. Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      <u>/s/ Owen T. Conroy</u>
                                      Adam Sansolo
                                      Owen T. Conroy
                                      Erin Kandel
                                      Gee Won Cha

                                      Assistant Attorneys General
                                      *Counsel for Defendants*

DISABILITY RIGHTS NEW YORK

_____
Elizabeth Woods (elizabeth.woods@drny.org)
Sabina Khan (sabina.khan@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861


THE LEGAL AID SOCIETY
Twyla Carter, Attorney-in-Charge

/s/ Stefen R. Short
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

_____
Walter Ricciardi (wricciardi@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)