UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., *et al.*,

                Plaintiffs,

      - against -

ANDREW CUOMO, *et al.*,

                Defendants.

No. 19-CV-639 (CS-AEK)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs P.C., C.J., M.J., J.R., D.R., S.D., D.H., and W.P. individually and on behalf of all similarly situated.

Dated:  New York, New York
          June 7, 2023

                              PAUL, WEISS, RIFKIND, WHARTON &
                                GARRISON LLP

                              By:  /s/ *Marina Masterson*
                                      Marina Masterson

                              1285 Avenue of the Americas
                              New York, New York 10019-6064
                              Tel.:  (212) 373-3859
                              Fax:  (212) 492-0859
                              mmasterson@paulweiss.com

                              *Attorney for Plaintiffs*