UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., *et al.*,

Plaintiffs,

- against -

No. 19-cv-639 (CS-AEK)

ANDREW CUOMO, *et al.*,

Defendants.

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Marina Masterson, and subject to the approval of the Court, Marina Masterson hereby withdraws as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. My colleague Crystal Parker is a partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP and will continue to represent Plaintiffs in this proceeding.

DATED: New York, New York
August 7, 2023

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
*/s/ Marina Masterson*

Marina Masterson
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3859
mmasterson@paulweiss.com

SO ORDERED:

_____
Honorable Cathy Seibel
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., *et al.*,

                          Plaintiffs,

                 - against -

ANDREW CUOMO, *et al.*,

                         Defendants.

No. 19-cv-639 (CS-AEK)

**<u>DECLARATION OF MARINA MASTERSON</u>**

      Marina Masterson, pursuant to 28 U.S.C. § 1746, declares as follows:

      1.      I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Plaintiffs in the above-captioned case.  I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

      2.      Crystal Parker of Paul, Weiss will continue to represent Plaintiffs in this matter.

      3.      My withdrawal will not delay the matter or prejudice any party and will not otherwise affect any dates or deadlines in this action.

      4.      I am not retaining or charging a lien.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2023
New York, New York

                                    */s/ Marina Masterson*
                                    Marina Masterson

## <u>CERTIFICATE OF SERVICE</u>

I, Marina Masterson, hereby certify that on August 7, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

August 7, 2023
New York, New York

_/s/ Marina Masterson_
Marina Masterson