UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
M.G., et al.,

|  |  |
|---|---|
|  | **19-CV-0639 (CS) (AEK)** |
| Plaintiffs, |  |
|  | **NOTICE OF CHANGE** |
| -against – | **OF ADDRESS** |

ANDREW CUOMO, et al.,

Defendants.
-----------------------------------------------------------------------x

**TO:    THE ATTORNEY SERVICES CLERK AND ALL PARTIES**

*PLEASE TAKE NOTICE*, under Local Rule 1.3 of this Court, that the address for the

undersigned co-counsel for the Plaintiffs has changed. The new address is:

The Legal Aid Society
Prisoners' Rights Project
49 Thomas Street, 10th Floor
New York, New York 10013

The undersigned will continue to act as co-counsel for the Plaintiffs in this matter.

Dated:      New York, New York
            August 28, 2023

_____
Robert M. Quackenbush
The Legal Aid Society, Criminal Defense Practice
Prisoners' Rights Project
49 Thomas Street, 10th Floor
New York, New York 10013
202-210-3476 (cell, preferred)
212-577-7980 (office)
646-619-4119 (fax)
e: rquackenbush@legal-aid.org