UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
M.G., et al.,

                                                                     **19-CV-0639 (CS) (AEK)**

                                           Plaintiffs,

                                                                     **NOTICE OF CHANGE**
            -against –                                   **OF ADDRESS**

ANDREW CUOMO, et al.,

                                           Defendants.
-------------------------------------------------------------------x

**TO:   THE ATTORNEY SERVICES CLERK AND ALL PARTIES**

*PLEASE TAKE NOTICE*, under Local Rule 1.3 of this Court, that the address for the undersigned co-counsel for the Plaintiffs has changed. The new address is:

The Legal Aid Society
Special Litigation Unit
49 Thomas Street, 10th Floor
New York, New York 10013

The undersigned will continue to act as co-counsel for the Plaintiffs in this matter.

Dated:        New York, New York
                 August 28, 2023

                                                                   _____
                                                                   Elena Landriscina
                                                                   The Legal Aid Society, Criminal Defense Practice
                                                                   Special Litigation Unit
                                                                   49 Thomas Street, 10th Floor
                                                                   New York, New York 10013
                                                                   212-577-3398 (office)
                                                                   646-596-5834 (cell, preferred)
                                                                   646-616-9341 (fax)
                                                                   e: elandriscina@legal-aid.org