UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H.,
individually and on behalf of all similarly situated,

                                        Plaintiffs,

            -against-

ANDREW CUOMO, in his official capacity as the Governor
of the State of New York, the NEW YORK STATE OFFICE
OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in
her official capacity as the Commissioner of the New York
State Office of Mental Health, the NEW YORK STATE
DEPARTMENT    OF    CORRECTIONS    AND
COMMUNITY    SUPERVISION,    ANTHONY    J.
ANNUCCI, in his official capacity as the Acting
Commissioner of the New York State Department of
Corrections and Community Supervision, ANNE MARIE
MCGRATH, in her official capacity as Deputy
Commissioner of the New York State Department of
Corrections and Community Supervision,

                                        Defendants.
------------------------------------------------------------------------ x

7:19-cv-639 (CS) (AEK)

## <u>PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION</u>

PLEASE TAKE NOTICE that, upon the Declaration of Crystal Parker and the exhibits attached thereto; the Declaration of Melodie J. Peet, M.P.H. and the exhibit attached thereto; the Declaration of Robert Factor and the exhibit attached thereto; the Declaration of Deborah B. Diamant and the exhibit attached thereto; the Declarations of M.G., P.C., C.J., M.J., D.R., S.D., W.P., D.H., Elizabeth S. Woods, Stefen R. Short, Seth Crider, and David Condliffe; and the accompanying Memorandum of Law, Plaintiffs, by and through their undersigned counsel, hereby move this Court, before the Honorable Cathy Seibel, pursuant to Rules 23(a), 23(b)(2), and 23(g) of the Federal Rules of Civil Procedure for the entry of an Order certifying two classes and a subclass for Plaintiffs' claims for injunctive and declaratory relief, and appointing Disability

Rights New York, The Legal Aid Society, and Paul, Weiss, Wharton, Rifkind & Garrison LLP as class counsel to the classes and subclass.

Dated: February 8, 2023
      New York, New York

DISABILITY RIGHTS NEW YORK
Elizabeth Woods (elizabeth.woods@drny.org)
Sabina Khan (sabina.khan@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861

The LEGAL AID SOCIETY
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

*/s/ Crystal Parker*
Crystal Parker (cparker@paulweiss.com)
Walter G. Ricciardi (wricciardi@paulweiss.com)
Emily A. Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Named Plaintiffs and the Proposed*
*General Class, RTF Subclass, and Discharge Class*