UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                        Plaintiffs,

        -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                        Defendants.

7:19-cv-0639 (CS) (AEK)

------------------------------------------------------------------- x

## DECLARATION OF CRYSTAL PARKER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Crystal Parker, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, do hereby state and declare the following to be true and correct:

      1.      I am a partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), and I am among counsel for Plaintiffs in the above-referenced action.

      2.      I submit this declaration in support of Plaintiffs' Motion for Class Certification, including the appointment of Disability Rights New York, The Legal Aid Society, and Paul, Weiss as counsel to the classes. This declaration is based on my personal knowledge.

**EXHIBITS**

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: Memorandum of Understanding between the New York State Office of Mental Health ("OMH") and the New York State Department of Corrections and Community Supervision ("DOCCS") (September 14, 2016) (DOCCS-00006975).

Exhibit 2: Central New York Psychiatric Center ("CNYPC") Corrections-Based Operations ("CBO") Manual, Policy #8.4: Pre-Release Planning with DOCCS Community Supervision (June 28, 2016) (OMH-00068108).

Exhibit 3: Spreadsheet titled "2018 Data by CF" (D-00122122).

Exhibit 4: Spreadsheet titled "SMI releases 2019, 2020" (D-00004736-UNREDACTED).

Exhibit 5: Email from L. Luguri to W. Vogel et al. (June 27, 2019) (D-00122121).

Exhibit 6: DOCCS Community Supervision Handbook (DOCCS-00007085).

Exhibit 7: Defendant Ann Marie T. Sullivan's Responses to Plaintiffs' Second Set of Interrogatories (February 17, 2020).

Exhibit 8: Defendant Ann Marie T. Sullivan's Supplemental Response to Plaintiffs' Second Set of Interrogatories (March 6, 2020).

Exhibit 9: CNYPC CBO Manual, Policy #8.0: Discharge Planning for Levels of Mental Illness (June 28, 2016) (OMH-00062554).

Exhibit 10: CNYPC CBO Manual, Policy #8.13: Housing Referrals - SMI (June 28, 2016) (OMH-00062563).

Exhibit 11: Excerpt from DOCCS Community Supervision Training (August 7, 2018) (D-00002682 at D-00002714).

Exhibit 12: CNYPC Pre-Release Coordinator Discharge Workflow (July 1, 2019) (OMH-00068147).

Exhibit 13: DOCCS Directive No. 9000: Community Supervision (October 16, 2015) (MG-Class00004000).

Exhibit 14: Email chain from L. Luguri to R. Milone et al. (September 6, 2018) (OMH-00079838).

Exhibit 15: Email chain from A. Bartlett to B. Lockwood et al. (November 26, 2018) (D-00075825).

Exhibit 16:   CNYPC Discharge Summary for D.R. (December 18, 2017) (DOCCS-00002251).

Exhibit 17:   Excerpt from New York Request for Qualifications for Adult Behavioral Health Benefit Administration: Managed Care Organizations and Health and Recovery Plans (July 3, 2015) (MG-Class00034814 at MG-Class00034822-24).

Exhibit 18:   Fiscal Year 2023 Executive Budget, Agency Appropriations for OMH (D-00630748).

Exhibit 19:   OMH Adult Housing, Housing Unit Presentation (D-00062592).

Exhibit 20:   OMH 2015 Supported Housing Guidelines (OMH-00018465).

Exhibit 21:   Excerpt from 2016-2020 OMH Statewide Comprehensive Plan (D-00042009 at D-00042075-76).

Exhibit 22:   Calendar Invitation from C. Jornov to M. Tashjian et al. (May 20, 2019) (R-OMH-00010633).

Exhibit 23:   Supportive Housing: Program Type and Eligibility Criteria (D-00640193).

Exhibit 24:   Residential Program Descriptions (D-00640144).

Exhibit 25:   NYC Housing 101 – OMH Housing Models (OMH-00070083).

Exhibit 26:   Housing Resource Center, Supportive Housing Options NYC, 2016 Edition (MG-Class00003284).

Exhibit 27:   OMH Housing Services presentation by C. Smith and J. Duncan (December 1, 2021) (D-00055607).

Exhibit 28:   Appendix D: Categories of Community Housing and Services Listing (MG-Class00003230).

Exhibit 29:   CNYPC CBO Manual, Policy #8.11: Care Coordination and Assertive Community Treatment (ACT) (June 28, 2016) (OMH-00062560).

Exhibit 30:   Department of Health, Health Home Standards and Requirements for Health Homes, Care Management Agencies, and Managed Care Organizations (January 2021) (MG-Class00039418).

Exhibit 31:   Health Home Plus for High-Need Individuals with Serious Mental Illness, Program Guidance (January 24, 2019) (MG-Class00034124).

Exhibit 32:   OMH, Forensic Homeless Intensive Case Management Program, New York City: Request for Proposals (August 2019) (MG-Class00033982).

Exhibit 33:   OMH Division of Forensic Services, Bureau of Institutional and

Transitional Services (October 7, 2020) (MG-Class00034359).

Exhibit 34: OMH, About ACT (March 28, 2019) (MG-Class00010595).

Exhibit 35: Forensic Assertive Community Treatment: Updating the Evidence by J. Morrissey and A. Louison (January 21, 2014) (MG-Class00035010).

Exhibit 36: NYC Health, Brief Guide to Field Based Behavioral Treatment, Care Coordination and Crisis Services (D-00001609).

Exhibit 37: Memorandum from N. Haggerty to Assertive Community Treatment (ACT) Teams re Discharge Workflow for ACT Recipients Enrolled in HARP (July 2016) (MG-Class00033502).

Exhibit 38: Email chain from L. McNeil to C. Dedes et al. (January 24, 2018) (OMH-00070169).

Exhibit 39: Health Homes Plus Program Guidance for High-Need Individuals with Serious Mental Illness (September 2021) (MG-Class00039525).

Exhibit 40: 2020 Local Services Plan for Mental Hygiene Services, Westchester Co. Dept of Community MH (September 6, 2019) (MG-Class00030406).

Exhibit 41: Email chain from C. Smulkukla to B. Hilton (February 8, 2018) (D-00070635).

Exhibit 42: Special Residency Conditions Report (March 2022) (D-00087815).

Exhibit 43: Email chain from W. Vogel to V. DeSimone et al. (July 11, 2019) (R-OMH-00021392).

Exhibit 44: Email from A. Bartlett to DOCCS Auburn Guidance et al. (May 2, 2017) (DOCCS-00004313).

Exhibit 45: Email chain from L. Kancyr to T. Conboy (May 31, 2018) (OMH-00038230).

Exhibit 46: Statement of the Department of Justice on Enforcement of the Integration Mandate of Title II of the Americans with Disabilities Act and *Olmstead* v. *L.C.* (MG-Class00039553).

Exhibit 47: DOCCS Fishkill Correctional Facility – Facility Operations Manual No. 2.005: Inmate Movement Facility Passes (April 15, 2019) (D-00004414).

Exhibit 48: Sullivan Correctional Facility, Specialized Mental Health Program Audit Report (March 28, 2019) (DOCCS-00002523).

Exhibit 49: DOCCS RTF Spreadsheet (September 19, 2022) (D-00066876).

Exhibit 50:   Requests for Special Residency / RTF for SARA and OMH Level 1, 1S or 2S Cases (May 2016) (D-00012163).

Exhibit 51:   DOCCS Memorandum from P. Pacheco to F. Gemmati (September 11, 2017) (DOCCS-00037976).

Exhibit 52:   Email chain from M. Hill to S. Lilly et al. (February 12, 2018) (OMH-00076860).

Exhibit 53:   DOCCS Memorandum from A. Josyln to B. Gable et al., re Non-SARA Residential Treatment Facility (RTF) KIPY Payroll Assignments (August 14, 2019) (DOCCS-00008378).

Exhibit 54:   Non-SARA RTF Spreadsheet (August 13, 2019) (DOCCS-00008380-UNREDACTED).

Exhibit 55:   Email chain from A. Bartlett to I. Machado et al. (November 7, 2018) (OMH-00039061).

Exhibit 56:   Excerpt from Greenhaven File on C.J. (DOCCS-00004397 at DOCCS-0004402-03).

Exhibit 57:   Chronological History for D.R. at Fishkill General (DOCCS-00040721).

Exhibit 58:   Email chain from R. Finnegan to A. Bartlett et al. (July 19, 2017) (D-00071408).

Exhibit 59:   Excerpt from File on M.J. (D-00077010 at D-00077017-19).

Exhibit 60:   Excerpt from File on D.R. (D-00076991 at D-00076997-98).

Exhibit 61:   Email chain from A. McGrath to A. Enright et al. (September 18, 2017) (D-00070264).

Exhibit 62:   Request SMI Homeless Releases Spreadsheet (January 19, 2022) (D-00010678-UNREDACTED).

Exhibit 63:   Homeless Release Tracker 2019-2021 (April 15, 2021) (D-00004661-UNREDACTED).

Exhibit 64:   Serious Mental Illness Homeless Releases and Referrals Spreadsheet prepared by Program Research Specialist A. Havlik (March 31, 2022) (D-00651033).

Exhibit 65:   Coalition for the Homeless, State of the Homeless 2022: New York at a Crossroads (March 2022) (MG-Class00039562).

Exhibit 66:   CDC's National Center on Birth Defects and Developmental Disabilities (MG-Class00039546).

Exhibit 67:   Excerpt from Prison Rape Elimination Act Audit Report of Bridges of Greater New York, Inc. (February 28, 2020) (MG-Class00031049 at MG-Class00031053-64).

Exhibit 68:   Email chain from A. Lynch to J. Rosenthal (October 7, 2020) (MG-Class00028414).

Exhibit 69:   2015 Annual CBO Statistical Report, CNYPC (MG-Class00000566).

Exhibit 70:   CNYPC CBO Manual, Policy #9.41: Special Programs Referral (January 27, 2014) (MG-Class00000033).

Exhibit 71:   CNYPC CBO Manual, Policy #2.0: Screened – Admitted to Services (June 1, 2016) (MG-Class00000043).

Exhibit 72:   CNYPC CBO Manual, Policy # 9.22: Treatment Plan (June 27, 2014) (MG-Class00000347).

Exhibit 73:   CNYPC CBO Manual, Policy # 2.4: Canceled/ Refused/Missed Callouts (July 3, 2015) (MG-Class00000050).

Exhibit 74:   Manhattan FACT 2, Progress Notes for S.D. from May 20, 2019 to October 30, 2020 (P-MEDICAL-0007906).

Exhibit 75:   F/ACT Psychiatric Evaluation of W.P. (July 16, 2021) (P-MEDICAL-0007664).

Exhibit 76:   OMH Residential Services (October 7, 2020) (MG-Class00035008).

Exhibit 77:   Rockland P.C. Transitional Placement Program (MG-Class00039549).

Exhibit 78:   Transitional Living Residence II (MG-Class00039551).

Exhibit 79:   Creedmoor Oak House Community Residence (MG-Class00039547).

Exhibit 80:   Pilgrim Psychiatric Center, Crisis Residence Policy and Procedure (May 23, 2018) (OMH-00080169).

Exhibit 81:   Defendant Ann Marie T. Sullivan's Third Supplemental Responses to Plaintiffs' Interrogatories (April 28, 2022).

Exhibit 82:   Transcript of Bench Ruling via Teleconference, *M.G.* v. *Cuomo*, No. 7:19-cv-00639-CS-LMS (September 25, 2020) (MG-Class00039455).

Exhibit 83:   DOCCS Facility Map (MG-Class00039524).

Exhibit 84:   Priority Releases for Individuals Held Past Release Date Spreadsheet (January 10, 2019) (D-00004579-UNREDACTED).

Exhibit 85:   Priority Releases for Individuals Held Past Release Date Spreadsheet (January 29, 2019) (D-00004583-UNREDACTED).

Exhibit 86:   Memorandum from L. Sorriento to A. Enright re Proposal to RTF and Priority Releases Spreadsheets Procedures (January 30, 2019) (D-00071966).

Exhibit 87:   Email chain from A. McGrath to M. Adams et al. (January 25, 2019) (DOCCS-00002624).

Exhibit 88:   Email chain from D. Martuscello to A. Enright et al. (January 27, 2019) (DOCCS-00004021).

Exhibit 89:   DOCCS Directive #8036: Parole Board Imposed Special Conditions of Release Regarding Residency (December 27, 2018) (DOCCS-00007021).

Exhibit 90:   DOCCS Directive #8306: Parole Board Imposed Special Conditions of Release Regarding Residency (April 22, 2022) (MG-Class00039520).

Exhibit 91:   Active RTF Spreadsheet (February 12, 2019) (D-00070009).

Exhibit 92:   Priority Releases for Individuals Held Past Release Date Spreadsheet (June 25, 2018) (D-00004611-UNREDACTED).

Exhibit 93:   Excerpt from M.G. Files (DOCCS-00038444 at DOCCS-00039747 and DOCCS-00039759).

Exhibit 94:   Correctional Association of New York, Fact Sheet: Solitary confinement in New York's prisons (2019) (MG-Class00039615).

Exhibit 95:   Excerpt from Transcript of Deposition of D.H. (November 17, 2022).

Exhibit 96:   Excerpt from Transcript of Deposition of S.D. (December 5, 2022).

## CLASS COUNSEL

4.   Paul, Weiss seeks appointment as co-counsel for the proposed Plaintiff classes in this action under Rule 23(g) of the Federal Rules of Civil Procedure. As set forth below, Paul, Weiss possesses the class action experience, knowledge of the relevant substantive areas of law, and resources necessary to fairly and adequately represent the interests of the proposed Plaintiff classes in this action.

5.   Paul, Weiss is a law firm with offices in New York, Washington, D.C., Delaware, San Francisco, London, Toronto, Beijing, Hong Kong, and Tokyo that represents clients ranging

from many of the largest publicly and privately held corporations and financial institutions in the United States and throughout the world to pro bono clients in need of legal representation. Paul, Weiss has helped establish law and public policy concerning, among other areas, civil rights, women's rights, rights of asylum seekers, rights of individuals who are or were formerly incarcerated, and the treatment of people who are homeless or housing insecure.

6. Throughout its history, Paul, Weiss, has provided pro bono legal assistance to those in need and to serve the public interest. Paul, Weiss has served as counsel in many cases fighting to protect the rights of the underserved, including O'Toole v. Hochul, No. 1:13-cv-04166 (E.D.N.Y.) (Olmstead class action brought by residents of adult homes in New York City with serious mental illness where the class was certified with Paul, Weiss attorneys appointed as class co-counsel); Brito v. New York City Housing Authority, No. 09-CV-1621 (E.D.N.Y.) (disability rights class action on behalf of mobility-impaired public housing residents regarding NYCHA's failure to maintain elevators in reasonable operating condition); Davis v. City of New York et al., No. 10-CV-699 (S.D.N.Y.) (class action lawsuit brought by individual residents and guests of New York City Housing Authority residences on behalf of a plaintiff class that challenged the NYPD's unlawful policy and practice of routinely stopping and arresting NYCHA residents and guests in a racially discriminatory manner without reasonable suspicion or probable cause of illegal conduct); and Port Authority Police Asian Jade Society of New York & New Jersey Inc. v. Port Authority of New York and New Jersey, No. 05-CV-3835 (S.D.N.Y.) (Title VII intentional discrimination case on behalf of Asian-American Port Authority police officers denied promotions to Sergeant).

7. Paul, Weiss first appeared in this action on March 19, 2019, and has been involved in identifying and investigating potential claims in this action.

8.      Paul, Weiss has committed, and will continue to commit, substantial resources to represent the Named Plaintiffs and proposed classes in this case.  The current Paul, Weiss team consists of one partner, one of counsel, five associates, and one paralegal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:        February 8, 2023
                    New York, New York

                                        */s/ Crystal Parker*
                                        Crystal Parker