# EXHIBIT 1

# MEMORANDUM OF UNDERSTANDING

## BETWEEN

# THE NEW YORK STATE OFFICE OF MENTAL HEALTH

## AND

# THE NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

09-14-16

Confidential

DOCCS-00006975

## Table of Contents

I.    Governance ....................................................................................................... 2

II.   Administration ................................................................................................. 3
      A. General Information ..................................................................................... 3
      B. Language Services ....................................................................................... 4
      C. Physical Environment .................................................................................. 4
      D. Equipment .................................................................................................... 5
      E. Emergency CNYPC ...................................................................................... 5

III.  Training ............................................................................................................ 5
      A. Generally ...................................................................................................... 5
      B. New Employees ........................................................................................... 6
      C. PREA ............................................................................................................ 6

IV.   Transportation and Security Services for OMH .......................................... 7

V.    OMH and DOCCS Staff Coverage .................................................................. 7

VI.   Collaborative Services Between DOCCS and OMH ...................................... 8
      A. Health Services ........................................................................................... 8
      B. Pharmacy Services ...................................................................................... 9
      C. Medical Clearance ....................................................................................... 9
      D. Medical Health Screenings in Reception Centers ...................................... 10
      E. Referrals for Mental Health Services ......................................................... 10
      F. Crisis Services/RCTP .................................................................................. 10
      G. Special Programs and Treatment Services ................................................ 11
      H. DOCCS/OMH Services for Inmate-Patients being Released ...................... 15
      I. Suicide Prevention ...................................................................................... 15
      J. PREA .......................................................................................................... 16

VII.  Evaluation Services ...................................................................................... 16
      A. Evaluations for DOCCS Programs .............................................................. 16
      B. Shy Bladder ................................................................................................ 17
      C. Evaluations for Cross Gender Pat Frisk Exemption ................................... 17
      D. Evaluations following an Escape or Abscondence ...................................... 17
      E. Evaluations for DOCCS Medical Consultations .......................................... 17
      F. Hunger Strike Evaluation ........................................................................... 17
      G. Sexual Abuse Incident Review ................................................................... 18
      H. Parole Board Decisions .............................................................................. 18
      I. Medical Treatment Over Objection Evaluations .......................................... 18
      J. Work Release .............................................................................................. 19
      K. Board Interview Evaluations ...................................................................... 19

VIII. Services to Inmates in Segregated Confinement ....................................... 19
      A. Mental Health Services in OMH Level 1 and 2 Facilities ............................ 19
      B. Mental Health Services in Level 3 and 4 Facilities ..................................... 20
      C. Mental Health Service Level 6 .................................................................... 20
      D. OMH Participation in DOCCS Tier III Disciplinary Hearings ...................... 21
      E. Joint Case Management Committee ............................................................ 22

i

DOCCS-00006976

F. Joint Central Office Review Committee................................................................. 22

IX.  Information Sharing.............................................................................................. 22
A. Confidentiality..................................................................................................... 22
B. Discharge from CNYPC....................................................................................... 24
C. General................................................................................................................ 24
D. OMH Reporting to DOCCS ................................................................................ 25
E. DOCCS Reporting to OMH ................................................................................ 27
F. Program Evaluation/Performance Improvement Activities .............................. 27
G. Incident Reporting and Investigating ................................................................ 27
H. Dispute Resolution ............................................................................................. 28

X.  Implementation of this Memorandum .................................................................. 28

Confidential

**MEMORANDUM OF UNDERSTANDING** entered into this 27 day of September, 2016, between the New York State Department of Corrections and Community Supervision (hereinafter referred to as "DOCCS") and the New York State Office of Mental Health (hereinafter referred to as "OMH").

**WHEREAS,** New York State Correction Law Section 401 mandates that the Commissioner of DOCCS, in cooperation with the Commissioner of OMH, establish programs including, but not limited to, residential mental health treatment units, in such correctional facilities as he or she may deem appropriate for the treatment of inmates with mental illness confined in state correctional facilities who are in need of psychiatric services, but who do not require hospitalization for the treatment of mental illness. The administration and operation of the residential mental health treatment units shall be the joint responsibility of the Commissioner of OMH and the Commissioner of DOCCS. All mental health clinical, administrative and support services for such programs will be the responsibility of OMH. All other personnel shall be employees of DOCCS. Nothing in this Memorandum shall be construed as altering this statutory requirement; and

**WHEREAS,** New York State Executive Law Section 259-i mandates that the Commissioner of DOCCS and the Commissioner of OMH shall furnish information as may be in their possession or control to the Board of Parole (hereinafter referred to as "Board") to facilitate the work of the Board and to enable the Board to perform its independent decision making functions; and

**WHEREAS,** New York State Correction Law, Section 402, provides for the commitment of inmates of DOCCS to Central New York Psychiatric Center (CNYPC) and that nothing in this MOU shall be construed as altering this statutory requirement; and

**WHEREAS,** the mission of CNYPC is to provide a continuum of behavioral health services for individuals with serious mental disorders and/or significant behavior disorders who reside in secure environments: and

**WHEREAS,** the mission of DOCCS is to improve public safety by providing a continuity of appropriate treatment services in safe and secure facilities where an individual's needs are addressed and they are prepared for release, followed by supportive services for those released under community supervision to facilitate a successful completion of their sentence.

**WHEREAS,** OMH through CNYPC operates a network of corrections-based mental health programs within DOCCS correctional facilities, such programs will provide access to varying levels of mental health services consistent with the agency's mission with particular focus on ensuring programs will be adequately staffed to provide mental health services to all inmates, subject to approvals and budgetary processes and contingent upon legislative appropriations. DOCCS ensures that services and resources exist to support the delivery of clinical services including, but not limited to, providing adequate space to deliver clinical services and prescribe medications, allow appropriate and timely availability of security escort services to ensure that inmates are present for scheduled clinical services, subject to approvals and budgetary processes and contingent upon legislative appropriations; and

**WHEREAS,** OMH provides clinical and/or consultation services depending upon the program or housing location to inmate-patients, including, but not limited to inmates-patients in the Behavioral Health Unit (BHU), all Special Housing Units (SHU), Community Orientation and Re-entry Program (CORP), Regional Medical Units (RMU), Special Needs Units (SNU), Transitional Special Needs Unit (Tri-SNU), Integrated Dual Disorder Treatment (IDDT) and Therapeutic

1

DOCCS-00006978

Behavioral Unit (TBU); Residential Mental Health Unit (RMHU); Transitional Intermediate Care Program (TrICP), Intermediate Care Programs (ICP), Intensive Intermediate Care Program (IICP); Group Therapy Program (GTP), Safe Transition and Empowerment Program (STEP), Correctional Alternative Rehabilitation (CAR); and

**WHEREAS,** OMH funds the personal services and non-personal services for OMH programs within  DOCCS facilities and DOCCS funds capital construction within DOCCS facilities and security staff for OMH programs; and funds the cost of ICP, IICP and the Work Release Program clinical services via Journal Vouchering funds; and

**WHEREAS,** OMH and DOCCS are governed by different statutes, regulations, policies and procedures; and

**WHEREAS,** OMH and DOCCS recognize that, with respect to persons on community supervision with serious mental illness, interagency collaboration can facilitate effective discharge planning and mental health treatment in the community. This, in turn can enhance the opportunities for those individuals to adapt to living in their communities, subsequently reducing the risk of undesirable outcomes, including criminal recidivism.

**WHEREAS,** OMH and DOCCS recognize that they have the mutual goals of ensuring that DOCCS facilities remain safe and that DOCCS inmate-patients receive quality mental health care within the correctional system and are linked to appropriate mental health care upon entry into the community; and

**THEREFORE,** OMH and DOCCS agree as follows:

## I. GOVERNANCE

The Commissioners of DOCCS and OMH agree to meet at least annually.

OMH and DOCCS representatives agree to meet quarterly to review capital project proposals, program development, quality improvement reports and pertinent issues for both agencies, including safety hazard reductions.

OMH and DOCCS agree that coordination of budget initiatives will occur, resulting in shared budget strategies and methodology for providing OMH service resources to accommodate DOCCS inmates' mental health service needs. OMH and DOCCS agree to continue to share program information, management indicator and program evaluation reports, and plans to coordinate new initiatives. This will enable OMH and DOCCS to coordinate allocation of resources and to request appropriate staffing resources to meet inmate mental health needs.

OMH and DOCCS will ensure that DOCCS funded items statewide for ICP, IICP and the Work Release Program are allocated and appropriately utilized.

DOCCS and OMH will mutually agree on capital projects necessary to support all mandated OMH services to DOCCS inmates.

DOCCS and OMH will confer prior to either agency making any changes in department or facility policies that could significantly alter the provision of OMH services, DOCCS operations, and/or inmate access to mental health services.

2

OMH and DOCCS will confer, prior to either agency taking any action, with respect to opening or closing OMH programs or initiating any changes in the mental health service level of DOCCS facilities.

DOCCS and OMH will collaborate to develop, monitor and change mutual policies and procedures that govern programs, and program operations and sharing of inmate information.

Annually, DOCCS and OMH, collaboratively, will conduct Quality Improvement audits at the facility level to ensure that the programs are providing the required services. Audits will be conducted by DOCCS and OMH at Level 1, 2 and 3 facilities. Both agencies will ensure that data contained in their reports are accurate.

The Quality Improvement Final Report will be shared with staff at the joint DOCCS/OMH Quarterly Meeting.

OMH will provide DOCCS with Program Evaluation reports, and Corrections-Based Management Indicator reports on a quarterly basis. DOCCS will provide OMH with Program Evaluation Reports, summary reports on a quarterly basis and electronic versions of other data required to support and maintain CNYPC's CNet Database. Every effort will be made to avoid duplicate data collection efforts and the effective sharing of data will minimize this occurrence.

OMH and DOCCS will provide reciprocal support when each agency seeks accreditation through their respective accrediting agency.

## II. ADMINISTRATION

### A. General Information

OMH and DOCCS recognize that they are strategic partners with the shared goal of ensuring that correctional facilities remain safe and that DOCCS inmate-patients receive quality mental health care within the correctional system and are linked to appropriate mental health care upon entry into the community. Therefore, the Central New York Psychiatric Center (CNYPC) satellite and mental health units will provide a range of services to DOCCS. OMH Unit Chiefs or Unit Coordinators will consult with facility Superintendents, or their designees, regarding issues or problems that affect the delivery of mental health services. DOCCS Superintendents will include the OMH Unit Chief/Coordinator whenever issues related to mental health service provisions are being reviewed. The following outlines specific services each agency provides to implement this joint mission.

All OMH units and OMH staff within DOCCS facilities are under the auspices of OMH and under the supervision of CNYPC. All OMH programs and staff must adhere to DOCCS directives and policies that relate to the security and operation of the facility. In the event that DOCCS takes action with respect to OMH employees (e.g., barring them from a facility), immediate notification will be given to the Executive Director of CNYPC and to the Assistant Commissioner or their designee. OMH Unit Chiefs/Coordinators will inform the facility Superintendent promptly, in writing, of any allegations involving staff that impacts the safety and security of the facility, staff or inmates.

Satellite and Mental Health Units are supervised by Unit Chiefs and Unit Coordinators who are responsible for the clinical and administrative operation of the mental health unit and

3

for maintaining daily relations with facility DOCCS personnel. The Unit Chief/Coordinator is responsible for ensuring that decisions/practices/interventions are consistent with OMH and CNYPC policies and procedures. Consideration will also be given to the American Correctional Association (ACA) standards. The Unit Chiefs/Coordinators are also responsible for the supervision of mental health services at the facilities within their Unit's designated catchment area. All DOCCS staff working within OMH programs, including those jointly-operated with DOCCS, are under the auspices of DOCCS and under the supervision of their respective DOCCS facility. However, DOCCS staff must accord due deference to OMH directives and policies that relate to the delivery of mental health services to inmates in DOCCS custody.

Security staff assigned to OMH units will take the necessary steps to ensure that all inmate-patients appear for any clinical appointments with OMH staff. Security staff will also take appropriate security measures in the mental health areas (e.g., routine pat-frisking of all inmates entering the area, ensuring appropriate restraints are utilized to secure inmates in accordance with DOCCS policy).

## B. Language Services

It is the intent of OMH and DOCCS to provide the highest quality of care to all inmate patients. Language needs, communication, capability, and cultural sensitivity are an integral component of the treatment process. Special arrangements for language supports must be made for those individuals who are Limited English Proficient Individuals.

Prior to initial contact with an inmate-patient, OMH will utilize the DOCCS FPMS 03 screen and/ or the CNet Corrections-Based Operations Program (CNet-CBO) Language screen to determine the inmate-patient's need for language interpretation services. For those individuals who are in need of language interpretation services, OMH staff will utilize interpretation services whenever possible. However, other means of communication may be utilized when necessary to address emergency situations or incidental/non-therapeutic contacts. Additionally, regardless of what CNet-CBO or DOCCS FPMS 03 screens indicate regarding an inmate's ability to speak and understand English or his or her preferred language, language interpretation services must be utilized if the clinician is not confident that the inmate is able to communicate effectively in English during a clinical contact. OMH will be responsible for the cost of language interpretation/translation services utilized by OMH staff.

OMH shall also provide to the inmate–patient vital documents in the preferred language which contain essential information about available programs, services, benefits or activities, access to which is essential in order to receive them, benefit from them or participate meaningfully in them.

## C. Physical Environment

DOCCS will maintain the physical environment of the space allocated to OMH in each correctional facility and ensure private confidential interview areas in or near the Residential Crisis Treatment Programs (RCTPs), SHUs, Separate Keeplock Units, Behavioral Health Unit (BHU), Group Therapy Programs (GTP), Intermediate Care Programs (ICP), the Intensive Intermediate Care Program (IICP), Residential Mental Health Units (RMHU), Therapeutic Behavioral Unit (TBU) and other areas where having

4

DOCCS-00006981

the ability to meet with inmate-patients in or near their housing or program areas would be most efficient.

## D. Equipment

OMH will provide computers and other office equipment, as well as video teleconferencing (VTC) equipment consistent with security protocols. The facility Data Processing Liaison (DPL) and Unit Chief/Coordinator will at least annually update lists of OMH staff with DOCCS e-mail access. DOCCS will also provide OMH with limited electronic access to inmate-patient information specific and necessary for the provision of mental health and Pre-Release Coordination services to inmate-patients. This will include read-only access to FPMS, laboratory services, ability to update the mental health service level, and cell-only indicators in the FHS1 system and any additional updated capabilities mutually agreed upon by the parties.

## E. Emergency CNYPC

In the event that OMH experiences an internal disturbance or critical situation at CNYPC involving either Forensic or Article 10 patients, which in the opinion of the Commissioner of OMH is beyond OMH's ability to manage, OMH may request the assistance of DOCCS. The Commissioner or Executive Deputy Commissioner of OMH shall only make a request for such emergency assistance to the Commissioner of DOCCS. Upon receipt of a request for emergency assistance, DOCCS shall, if feasible, advise and consult with the Governor's Deputy Secretary for Public Safety. If the decision is made to deploy DOCCS Correctional Emergency Response Team (CERT) personnel, such deployment shall be carried out without limiting the Commissioner of DOCCS full authority to implement, modify or terminate such operations deemed appropriate and necessary.

## III. Training

### A. Generally

All OMH-related training activities of DOCCS staff will be coordinated between the DOCCS Bureau of Mental Health Services and the CNYPC Executive Director or designee. The mental health curriculum for DOCCS staff will be shared with DOCCS prior to training to ensure the content is consistent with DOCCS policies and directives. OMH staff will be available to train DOCCS employees regarding mental health issues. Such training will be scheduled and coordinated by DOCCS in discussion with the Unit Chiefs/Coordinators. The training is designed for DOCCS staff assigned to SHU and Separate Keep Lock Units, as well as RCTP or other OMH special program areas.

When notified by the facility executive team or their designee of a new officer(s) who will be working regularly in an RCTP or other special program and a request that OMH provide an orientation, the Unit Chief/Coordinator and security supervisor will arrange a time to meet with the officer(s) to review procedures in the unit, including the role of security staff in ensuring inmate-patient safety and the mechanisms for routine communication between clinical and security staff.

OMH will provide a minimum of four hours of annual training on OMH issues to DOCCS staff who work in Mental Health Service Level 1 and 2 facilities' SHU, separate Keeplock

5

Unit or RCTP. The Training Lieutenant will coordinate dates of this training with the facility executive team or their designee.

DOCCS will ensure that all available staff who requires this training attends, including all security staff. DOCCS will provide relief coverage for correction officers to allow participation in this training. It is critical that DOCCS staff be able to participate in sufficient numbers to maximize efficient use of staff resources. The scheduling of training will be done collaboratively at times and locations that minimize disruption of mandated treatment programming and critical facility operations. Each agency will be responsible for documenting the attendance of their respective staff at scheduled trainings.

In accordance with Correction Law 401, DOCCS will ensure that the curriculum for new Correction Officers, and other new department staff who will regularly work in programs providing mental health treatment for inmates, shall include at least 8 hours of training about the types and symptoms of mental illnesses, the goals of mental health treatment, the prevention of suicide and training in how to effectively and safely manage inmates with mental illness. Additionally, all DOCCS staff who are transferring into a residential mental health treatment unit shall receive a minimum of 8 additional hours of such training and 8 hours of annual training as long as they work in such units. DOCCS shall provide additional training on these topics on an ongoing basis as deemed appropriate.

In addition, OMH agrees to assist DOCCS in their development of statewide training on mental illness and access to community based mental health services for community supervision staff and members of the Board.

## B. New Employees

DOCCS provides a standardized orientation to all new OMH employees working in correctional facilities. This is arranged between the Unit Chief and the Superintendent or Regional Training Lieutenant. This will be completed within the first week of an OMH employee's start date. The training will include an overview of safety and security within the facility and DOCCS policies and procedures. DOCCS will also provide TB testing to OMH employees working in DOCCS facilities.

Prior to reporting to a DOCCS facility for work, OMH staff will receive an orientation at CNYPC where they receive a copy of the DOCCS Employee Manual for which OMH employees will sign a receipt. OMH staff will be responsible for understanding and complying with the contents of the manual. However, if the new employee is to start at a DOCCS facility prior to the CNYPC Orientation taking place, they will receive a packet with basic rules and information regarding facility entrance procedures (No weapons, cell phones, glass picture frames, etc.) to review on their own. DOCCS will forward any updates to the DOCCS Employee Manual to CNYPC Education and Training Department. Facility Superintendents will notify Unit Chiefs/Coordinators when "Recognizing, Evaluating, and Controlling Aggressive Behavior (RECAB)" is being offered and it is expected that new OMH staff will attend. This training covers general principles of personal safety in the correctional setting.

## C. PREA

All full and part time OMH employees working in any DOCCS facility must participate in training provided by DOCCS as required by the Prison Rape Elimination Act (PREA), specifically 28 C.F.R. 115.31.

6

Additionally, all full and part time mental health care practitioners (a mental health professional who, by virtue of education, credentials, and experience, is permitted by law to evaluate and care for patients within the scope of his or her professional practice) shall participate in specialized training provided by DOCCS as required by PREA, 28 C.F.R. 115.35.

## IV. Transportation and Security Services for OMH

DOCCS security staff will transport inmate-patients to CNYPC, within 24 hours of the completion of the commitment, per Correction Law §402 (1) and §402 (9). Best efforts will be made to ensure transports to CNYPC will arrive before 3:00 p.m. Inmate-patients transported to CNYPC will arrive with articles limited to personal effects and legal mail.

All inmates being released from incarceration from a correctional facility who are to be committed to a civil psychiatric center will be transported to that institution by DOCCS personnel on the day the inmate is released. Inmates committed to a civil psychiatric hospital from CNYPC will be transported by OMH.

DOCCS will maintain security coverage for inmate-patients denied admission to CNYPC and admitted to local hospitals or who are discharged from CNYPC to an outside hospital for more than 7 days, due to physical illness. CNYPC will notify DOCCS Bureau of Mental Health, in writing, when an inmate-patient is admitted to an outside hospital for anything other than a routine procedure. CNYPC will notify DOCCS Bureau of Mental Health when information is received that the inmate-patient may be at the outside hospital for greater than 7 days or the inmate-patient's prognosis will preclude them from being medically cleared to return to CNYPC to allow for appropriate time to transfer custody from CNYPC to DOCCS. DOCCS Bureau of Mental Health will notify the CNYPC Director of CBO when the inmate-patient is discharged from the outside hospital and returning to a DOCCS correctional facility to ensure continuity of care.

On a case-by-case basis, DOCCS may provide security coverage for DOCCS Central Monitoring Cases who are out to court from CNYPC. DOCCS Central Office will coordinate coverage. When CNYPC arranges for Assisted Outpatient Treatment (AOT) for an inmate-patient being discharged from a correctional facility, DOCCS staff will transport the inmate-patient to an agreed upon location.

Transport services to Walsh Regional Medical Unit as agreed to by the MOU dated May 1, 2013, between DOCCS and OMH are incorporated by reference into this MOU.

## V. OMH and DOCCS Staff Coverage

In OMH Level 1 Satellite Units, there is a full time Unit Chief/Coordinator, and clinical staff working on site Monday through Friday sufficient to meet the needs of the mental health caseload. Under normal conditions there will be full time psychiatric coverage, by psychiatrist or psychiatric nurse practitioner, either on site or by VTC. Psychiatric nursing coverage will routinely be present seven days a week for both day and evening shifts. The Unit Chief/Coordinator will keep the Superintendent informed of significant staff changes and will also have contact information for clinicians in the event of an emergency and on an as needed

7

DOCCS-00006984

basis. In the RCTP, DOCCS provides sufficient number of correction officers on all shifts to provide appropriate supervision.

On rare occasions in OMH Level 1 correctional facilities, when there is a significant problem (e.g., a severe weather emergency), OMH or DOCCS may be temporarily unable to produce a sufficient number of nurses to cover their responsibilities. Under these circumstances, either the Superintendent or Unit Chief/Coordinator may request short-term assistance from the other agency to ensure medical or psychiatric medications are appropriately administered.

It is recognized and accepted by DOCCS and OMH that Correction Law §401 establishes the OMH as being responsible for the provision of mental health services. Further it is recognized and accepted that DOCCS health services is responsible for the provision of physical health services. Thus, in order to treat the whole person it is recognized that there must be close cooperation between DOCCS Health Services and OMH. Such cooperation must involve frequent, effective communication throughout all levels of the two departments and must involve coordinated health care delivery both in individual cases and at the system level. Regular meetings regarding collaboration on the care of individual patients should occur at each facility. Essential hand off communication is provided between shifts to OMH team members and to DOCCS medical staff regarding patient status and concerns. OMH nursing staff and DOCCS medical staff collaborate to ensure patient medical and physical needs are assessed and responded to as indicated. In the event of a medical emergency, OMH nurses will initiate basic life saving measures.

CNYPC will provide sufficient staffing at Mental Health Service Level 2, 3 and 4 facilities to meet the needs of the mental health caseload. DOCCS will provide adequate nursing staff to administer all psychiatric medications at all OMH Level 2 and 3 facilities. In Level 1 – 4 facilities, DOCCS will ensure OMH has access to facility visitor log books for the purpose of auditing the time and attendance of OMH Forensic Extra Service Program (ESP) providers. When keys are drawn by an ESP provider, DOCCS will keep a log of the time the keys are picked up and returned. This log will be available to that catchment area's OMH Satellite Unit Chief/Coordinator.

## VI. COLLABORATIVE SERVICES BETWEEN DOCCS AND OMH

### A. Health Services

DOCCS Health Services and OMH staff in Level 1 facilities and at facilities with Regional Medical Units (RMU) will meet at a minimum of every two weeks and in Level 2 facilities will meet monthly to discuss joint medical/mental health issues and care of individual inmate-patients. Based on ongoing monitoring and subsequent results and patterns, referrals may be submitted utilizing CNYPC MED 361 form "CNYPC Referral to DOCCS Medical" to DOCCS medical for necessary follow-up. Joint OMH/DOCCS medical meetings will be summarized using the standard format. Summary notes will be forwarded to the Director of DOCCS Bureau of Mental Health, the Assistant Commissioner of Health Services, and the CNYPC Clinical Director and CNYPC Medical Director.

DOCCS operates RMUs that are dedicated to managing the more medically complex inmate population. Inmates in the RMU are served by DOCCS physicians who coordinate their care since their principal need is medical, not psychiatric. To allow for better integration of care, OMH staff provides direct clinical services to the RMU population, providing findings to DOCCS medical staff that integrate the recommendations into the overall treatment plan for the inmates. Inmates who are on the active mental health caseload prior to entering the

8

RMU, will remain on the active caseload throughout their stay. Inmates in the RMU who require OMH services will be referred from DOCCS Medical to OMH by using the Form 3194 – DOCCS Request and Report of Consultation.

In situations when there is only one OMH psychiatrist available to initiate a CNYPC admission procedure, a DOCCS facility physician may evaluate the inmate-patient and complete the second certification, when appropriate and when available, in order to expedite the involuntary admission process.

When an inmate-patient is to be transferred per DOCCS Directive 4301, the sending facility FHSD, or designee, will ensure that all relevant medical information regarding the inmate–patient is made available to the Unit Chief/Coordinator and is conveyed to the FHSD at the receiving facility. Additionally, the FHSD or designee will ensure that the inmate-patient has no medical needs that would prevent transport or which could not be met by the receiving facility Satellite Unit. The sending FHSD will ensure that an adequate supply of all medical and psychotropic medication is provided to the receiving facility in accordance with DOCCS Health Service Policy 3.07, Preparing Medications for Inmates Leaving the Facility.

When an inmate has attempted suicide, regardless of method, the inmate will be evaluated by a DOCCS physician, or designee, to determine whether placement and treatment in the medical unit is required.

## B. Pharmacy Services

DOCCS pharmacists will honor prescriptions written by OMH psychiatrists and nurse practitioners for inmate-patients, including those who are transferred from other facilities. Newly hired in-patient and CBO prescriber information will be provided to Central Pharmacy Services within the first week of employment. OMH will provide psychiatrists' and nurse practitioners' names, signatures, DEA numbers, NYS license numbers and formulary acceptance to be kept on file in DOCCS facility pharmacies. OMH is responsible for providing and updating the list of all CNYPC Inpatient and Outpatient Prescribers on an annual basis. This list is forwarded by CNYPC to DOCCS Central Pharmacy Services and DOCCS Bureau of Mental Health.

DOCCS will provide psychiatric medications to the facilities where OMH nurses administer psychiatric medications. OMH will assume responsibility for medication storage, and administration at MHSL 1 facilities. The annual letter of responsibility and accountability will be completed by each facility and forwarded to the individual facility pharmacy and to DOCCS Central Pharmacy Services per Health Services Policy 3.08 Stock Drugs Storage and Accountability. DOCCS medical will be responsible for storage and administration of psychiatric medications at all other DOCCS facilities. OMH will utilize the DOCCS medication management software program. DOCCS will provide all equipment and training for OMH staff regarding the medication management software program. DOCCS and OMH will work together to provide a means of integrating medication profiles for both medical and psychiatric needs. OMH and DOCCS will be responsible for maintaining accurate medication profiles using the medication management software. OMH will make its clinical records available to DOCCS medical personnel who provide intervention when OMH staff members are not on site.

## C. Medical Clearance

Confidential                                                                                                                                    DOCCS-00006986

CNYPC does not have the capacity to provide 24-hour acute medical care or nursing services. When an inmate-patient at CNYPC is identified as requiring such services, he/she must be transferred to an area medical hospital. Therefore, prior to the commitment of an inmate-patient to CNYPC from a correctional facility, each DOCCS Facility Health Services Director (FHSD) will be responsible for conducting all necessary medical assessments of the inmate-patient and ensure he or she  is medically cleared for transfer to CNYPC. Documentation of such assessments by DOCCS medical personnel will be made using an instrument mutually agreed upon by the Deputy Commissioner and Chief Medical Officer of DOCCS and the Medical Director of CNYPC. The Facility Health Services Director (FHSD) will communicate any special medical needs, by telephone, to the Office of the Medical Director at CNYPC and by appropriate documentation in the DOCCS Ambulatory Health Record (AHR). Inmate-patients requiring inpatient hospital care due to a medical condition should not be transported to CNYPC.

### D. Mental Health Screenings in Reception Centers

OMH staff will conduct mental health screening on every inmate who enters DOCCS. DOCCS will make inmates available for OMH to conduct a mental health screening on the day of their arrival. DOCCS Health Services will collect documentation for every incoming inmate into reception and ensure that OMH receives the county transfer form prior to OMH's screening every inmate who enters DOCCS. If OMH is not available to screen the inmate on the day of their arrival, DOCCS Health Services staff will be responsible for completing Form #3152RC "Reception/Suicide Prevention Screening Guidelines." In cases where Form #3152RC is completed by DOCCS Health Services, OMH is responsible for additionally screening the inmate for suicidal risk within 48 hours of the inmate's arrival. OMH staff will ensure that cover orders are written and appropriate psychiatric medication provided to those county jail inmates received at Albion and Auburn Correctional Facilities prior to their transfer to Bedford Hills and Elmira Correctional Facilities, respectively, for reception center processing. An OMH service level designation will be determined for each reception inmate by the OMH clinician for entry into the Facility Health Service 1 Screen (FHS1) of the DOCCS computer system. Those inmates who do not require further OMH screening or follow-up will be designated MHSL 6. Those who are identified as needing additional screening are referred that day for a full screening and appropriate service level designation.

### E. Referrals for Mental Health Services

OMH and DOCCS agree that the DOCCS Mental Health Referral Form 3150 will be utilized as one means to ensure that inmates in every correctional facility in need of mental health services are identified and quickly referred for evaluation. As another means of referral, DOCCS physicians, nurse practitioners and physician's assistants will complete DOCCS Form 3194 Request and Report of Consultation to identify and refer inmates for further evaluation and consultation. The agencies further agree that inmates identified and referred will be screened for services by OMH and treated as indicated. Inmates from MHSL 6 facilities in need of a mental health evaluation for services will be evaluated by mental health at Satellite Unit facilities via a 4301 transfer.

### F. Crisis Services/RCTP

DOCCS Directive 4301 provides for the in-transit movement of an inmate to a Satellite facility when mental health services required are not available at the current facility. Residential Crisis Treatment Programs (RCTP) consist of observation cells and dormitory beds, separate from general population, that provide a secure structured environment for

Confidential                                                                 DOCCS-00006987

inmate-patients who require intensive assessment. During normal business hours only OMH staff can admit an inmate-patient to RCTP services. At the time of admission a CNYPC RCTP Monitoring Sheet that outlines what amenities are clinically indicated for each individual RCTP patient placed in an Observation Cell, will be completed by OMH. If DOCCS places an inmate on a suicide watch in the absence of OHM staff, DOCCS will not be required to complete the RCTP Monitoring Chart Form. However, a notation will be made in the Suicide Watch Log Book of who authorized what amenities, watch status and when the watch was initiated. OMH will be responsible for completing the form at the beginning of the next mental health shift and make any necessary adjustments based on their clinical assessment. All documentation must be recorded in the Suicide Watch Log Book in addition to the Unit Log Book.

DOCCS staff will typically adhere to and provide RCTP amenities consistent with this document. Should DOCCS decide not to provide the amenities clinically indicated on the form, OMH staff will document this safety/security decision on the RCTP monitoring sheet, including the date, time, and name of DOCCS staff who made the security decision. Progression of access to amenities should be expected and supported by DOCCS staff. DOCCS will be responsible for ordering and maintaining the basic amenities.

The Superintendent maintains the authority to place inmates in the RCTP to meet the security needs of the facility. If the Superintendent chooses to place an inmate in an RCTP for non-clinical security purposes (e.g., a drug watch) these inmates will not be served by OMH staff as RCTP observation status inmate-patients. Under this circumstance, security will be responsible for any and all documentation regarding the inmate-patient.

When OMH staff are off-duty, the Watch Commander, in consultation with DOCCS medical staff, may place an inmate in an RCTP cell and may also initiate a suicide watch. OMH staff will interview the inmate the next business day to determine any continued clinical needs. When an inmate-patient is clinically discharged from the RCTP, OMH will notify all appropriate DOCCS staff, including the Inmate Records Coordinator, who will ensure the inmate-patient is moved to an appropriate location, as soon as possible in accordance with DOCCS Directive 4301.

## G. Special Programs and Treatment Services

In accordance with New York State Correction Law, OMH and DOCCS have established a number of specialized programs statewide intended to provide a therapeutic treatment environment for inmate-patients. These units are not operated as disciplinary housing units and decisions about treatment and conditions of confinement are made based upon a clinical assessment of the therapeutic needs of the inmate as well as maintenance of adequate safety and security of the unit.

The Residential Mental Health Treatment Units (RMHTUs) are jointly operated by DOCCS and OMH. Each program has an individual operations manual outlining specific procedures and services. All referrals for these programs are sent to the CNYPC Special Programs Office and DOCCS Bureau of Mental Health who will, in consultation with DOCCS Classification and Movement, determine facility placement based upon the inmate-patient's programmatic and security needs. While the CNYPC Special Programs Office reviews these referrals and makes appropriate recommendations, the eventual placement of an inmate-patient in a special program is the result of a collaborative effort between DOCCS and OMH, with a final determination made by DOCCS.

11

DOCCS-00006988

1. **Residential Mental Health Unit (RMHU)**

   The RMHU is a jointly operated program that serves a target population of inmate-patients, currently diagnosed with a serious mental illness (SMI), who, because of their disciplinary status, are typically serving more than 30 days of segregated confinement. Segregated confinement refers to the disciplinary confinement of an inmate in SHU or in a Separate Keeplock Unit. Four hours of out-of-cell therapeutic programming is offered five days a week, after a brief orientation period. The RMHU offers specialized treatment depending upon the individual needs of each inmate-patient. OMH staff will provide approximately 60% of the proposed program hours and DOCCS staff will provide approximately 40%.

2. **Behavioral Health Unit (BHU)**

   The BHU is a jointly operated program that offers services to SMI inmate-patients who, due to their disciplinary status, have received more than 30 days of segregated confinement. Segregated confinement refers to the disciplinary confinement of an inmate in SHU or in a Separate Keeplock Unit. The BHU is a program that affords successful inmate-patients increasing degrees of incentives and increasing degrees of responsibility. The BHU offers inmate-patients 2 hours of out-of-cell therapeutic programming five days a week. OMH staff will provide approximately 60% of the proposed program hours and DOCCS staff will provide approximately 40%.

3. **Therapeutic Behavioral Unit (TBU)**

   The TBU is a jointly operated program for female SMI inmate-patients who have received disciplinary sanctions of over 30 days of segregated confinement. This program is located at Bedford Hills Correctional Facility. The TBU offers four hours of out-of-cell therapeutic programming, five days per week after a brief orientation. OMH staff will provide approximately 60% of the proposed program hours and DOCCS staff will provide approximately 40%.

4. **Intensive Intermediate Care Program (IICP)**
   IICP is a jointly operated residential program for SMI inmate-patients who have accumulated disciplinary infractions resulting in Long-term Keeplock and/or inmate-patients who require alternate placement from ICPs due to poor disciplinary/poor adjustment in correctional facilities. DOCCS reimburses OMH for four full-time dedicated clinical items for this program, given the heightened level of care. The goal of this program is to provide mental health treatment and programming that improves the inmate-patient's overall functioning.

5. **Intermediate Care Program (ICP)**

   The ICP is a jointly operated, therapeutic program that provides rehabilitative services for inmate-patients who, due to their mental illness, would benefit from the heightened level of care not available in general population. DOCCS reimburses OMH for three full-time dedicated clinical items (social workers, psychologists, and/or rehabilitation counselors) for each ICP. For those ICP programs with capacity for more than 50 inmate-patients, DOCCS reimburses for a fourth clinical item. DOCCS also provides dedicated funds for programming purposes. In the event these dedicated funds are expended, OMH may contribute supplies depending upon the nature of the requested expenditures. DOCCS and OMH staffing and scheduling are designed by the mutually agreed upon ICP Program Operations Manual. DOCCS and OMH will work

   12

collaboratively to provide four hours of out-of-cell therapeutic programming, five days a
week.

6.  **Group Therapy Program (GTP)**

GTP is a jointly operated Special Housing Unit (SHU) based program for SMI inmate-
patients who cannot be removed from SHU because of a determination of exceptional
circumstances as defined in Correction Law 137. GTP participants are offered two
hours of structured out-of-cell therapeutic programming and treatment five days a week.
The hours of programming offered is to be divided equally between DOCCS and OMH.

7.  **Transitional Intermediate Care Program (TrICP)**

The TrICP is a program that provides mental health services to inmate-patients in a
general population housing unit. These services mirror case management models in the
community and include outreach to inmate-patients in their vocational or work program
areas. OMH will offer two therapeutic groups weekly for each participant, as well as
outpatient clinic services. The goal is to assist in transition of the inmate-patient into or
out of RMHTUs.

8.  **Pre-Release Services, Release Evaluations and Transfer Notification Procedures**

Pre-Release Services are provided to inmate-patients who are on the active mental
health caseload in order to provide continuity of care upon release for community-based
mental health care. These services are based on the severity of mental illness and
functional impairment. OMH and DOCCS agree that discharge planning for inmate-
patients leaving DOCCS custody will be a coordinated effort between both agencies.
Beginning as early as six months prior to anticipated release, bi-weekly meetings in
MHSL 1 and 2 facilities involving the OMH Unit Chief/Coordinator, Unit Chief designee
and DOCCS Supervising Offender Rehabilitation Coordinator (SORC), Reentry
Services staff and the field parole staff (when assigned) and FHSD (if required) will take
place in order to collaborate on release plans.

OMH develops individualized and comprehensive mental health discharge plans for all
inmates on the mental health caseload, based on severity of mental illness and
functional impairment. OMH will prescribe and DOCCS will provide inmate-patients at
the time of release to the community, a supply of psychotropic medications (as per
Health Services Policy 3.07 "Preparing Medications for Inmates Leaving the Facility")
for those inmate-patients who are prescribed psychotropic medications for continuity of
care.

Upon request by an OMH employee, DOCCS FHSD will provide a comprehensive
medical summary within the previous six months and physical examinations completed
within the last year, upon request, for those inmates with chronic medical issues.
Included in this report will be the results of the TB test completed within the previous six
months. If that test was positive, DOCCS will provide a chest x-ray report completed
within the last year. For inmate-patients determined to have serious medical needs, in
addition to their mental health needs, DOCCS medical staff will make necessary post-
release medical follow up care appointment.

13

For individuals on the OMH caseload who have a SMI diagnosis and have a documented history of Intellectual Disability prior to the age of 22 or a documented WAIS score of 70 or below with functional limitations, OMH will work with the Office for People with Developmental Disabilities for an eligibility determination and make appropriate referrals for community-based treatment, in coordination with DOCCS Mental Health and assigned community supervision staff.

The Superintendent of a correctional facility where the inmate is housed will review and sign a petition for Assisted Outpatient Treatment (AOT) of said inmate prepared by OMH for filing. In any case where OMH files a petition for AOT, OMH will notify DOCCS Assistant Commissioner of Classification and Movement as soon as OMH has filed the petition, so that DOCCS can begin release preparations, notify other DOCCS staff as appropriate, direct transport as required and avert any unnecessary holds on the release of the case.

OMH will notify the DOCCS Associate Commissioner of Classification and Movement upon receipt of the Court's decision in the case. If AOT is ordered, OMH staff will forward a copy of the Court order to DOCCS as soon as it is received.

OMH will evaluate all inmates who are being discharged from DOCCS custody to the community who were on the OMH caseload in the previous three years to provide mental health discharge planning, according to New York State law. DOCCS and OMH will collaborate to ensure timely evaluations occur prior to release, including data sharing and transportation of inmates to mental health Satellite Units for evaluations.

a. Interstate Commission for Adult Offender Supervision (ICAOS)

DOCCS will identify inmate-patients who are seeking a transfer of their period of community supervision under the authority of the ICAOS agreement. Inmates eligible for release on parole, conditional release, or to a period of post-release supervision will submit their requests for a transfer of supervision to the Supervising Offender Rehabilitation Coordinator (SORC) or the Offender Rehabilitation Coordinator (ORC) at least four (4) months prior to the established release date. The SORC at the assigned DOCCS facility shall perform an initial assessment of the out of state program proposal to determine if there exists a viable residence and appropriate family support in the receiving state. Requests for a transfer of community supervision under the ICAOS agreement will be referred to the DOCCS/OMH Discharge Planning Committee at MHSL 1 and 2 facilities for further review, evaluation, and discharge planning. For other than MHSL 1 and 2 designated facilities, the SORC or designee will notify the appropriate OMH staff person responsible for discharge planning when an inmate has submitted a transfer request under the ICAOS agreement. DOCCS and OMH staff shall proceed in accordance with the Interstate Compact on Mental Health and the ICAOS agreement. If a determination is made that it is appropriate to proceed with the transfer request, the request will be submitted to the DOCCS Interstate Bureau.

All transfer request forms and related documentation will be prepared by DOCCS facility staff and submitted to the Interstate Bureau. The Interstate Bureau Chief is responsible for reviewing all requests received from inmates who have a diagnosis of mental illness and the Bureau Chief is responsible for coordinating transfer efforts with the parole authorities in the receiving state. The Interstate Bureau Chief will also communicate and coordinate directly with the CNYPC Director of Pre-Release

14

Services and the SORC. The CNYPC Director of Pre-Release Services will develop a plan for continuity of care for mental health services in the receiving state. The CNYPC Director of Pre-Release Services will communicate the plan to the Interstate Bureau Chief and the SORC (or designee). If the out of state transfer request is approved, OMH will provide DOCCS with a completed CNYPC Discharge Summary. Notification of the interstate transfer approval will be provided to the SORC and the Director of Pre-Release Services. Development and approval of the out of state travel plan and notification of arrival in the receiving state is the responsibility of the Interstate Bureau Chief.

9.  **Community Orientation and Re-Entry Program (CORP)**

CORP is a residential program for inmate-patients with SMI who are approaching release from prison. The goal of the program is to provide linkages to the mental health services these inmate-patients will require upon their return to the community. Approximately 120 days prior to release, approved inmate-patients from across the state, who are active on the mental health caseload, and returning to the greater New York Metropolitan Area, are transferred to the CORP unit at Sing Sing Correctional Facility. Five days a week, CORP inmate-patients move to a dedicated programming area to participate in a variety of modules comprising a specialized psychiatric rehabilitation day-treatment program. Staff from OMH and DOCCS deliver the program curriculum. In addition, OMH licensed community agencies provide in-reach services including the use of forensic peer specialists.

10.  **Safe Transition and Empowerment Program (STEP)**

STEP is a re-entry program, for female inmate-patients who have a SMI that provides in-reach services approximately 120 days prior to release from prison for those returning to New York City. STEP focuses on addressing the need for continuity of care through the provision of intensive mental health treatment pre-release and access to community-based case management services post-release. Approximately 120 days prior to release, approved inmate-patients are transferred to the Bedford Hills Correctional Facility to participate in the STEP program. Staff from OMH and an OMH licensed community agency provides in-reach services, including the use of forensic peer specialists.

H. **DOCCS/OMH Services for Inmate-patients being released to the community**

DOCCS offers the necessary Transitional Services to inmates who are nearing the end of their sentence, including those on the OMH caseload. These services may include assisting inmates in obtaining applications for documents necessary for success in the community including, but not limited to, driver's licenses, replacement social security cards, and birth certificates. DOCCS Offender Rehabilitation Coordinators assist inmates in planning for their return to the community by discussing individual concerns inmates may have during COMPAS and Inmate Status Reviews. DOCCS will also conduct pre-release coordination services for inmate-patients in the Unit for the Cognitively Impaired (UCI).

OMH offers pre-release services to inmate-patients on the active mental health caseload. These services may include, but are not limited to, arranging for clinic appointments, the continuation of psychiatric medication, case management services and housing, etc. and obtaining certain public entitlements.

15

                                                                 DOCCS-00006992

## I.   Suicide Prevention

The agencies will maintain a Joint Suicide Prevention Work Group that will meet monthly to discuss all suicide, explore any potential suicide trends, and make recommendations regarding policies and procedures, and other quality improvement measures that may enhance the Joint Suicide Prevention Initiatives, including, but not limited to staff training. The work group is comprised of DOCCS Central Office staff from the Bureau of Mental Health, Health Services, Special Operations, and OMH staff from Forensic Services, CNYPC In-patient and Corrections-Based Operations. The work group will meet monthly to discuss any suicides that occurred during the previous month, review summaries of completed Psychological Autopsies, suicide attempts, Joint Agency suicide prevention initiatives, and provide oversight to designated subcommittees responsible for specific tasks associated with suicide prevention. Subcommittees may be formulated to address a variety of suicide prevention initiatives, including, but not limited to, training development and focused reviews of suicide attempts. Any reports and recommendations received by the Justice Center and/or the State Commission on Corrections (SCOC) will also be reviewed and considered accordingly.

## J.   PREA

OMH acknowledges that, in accordance with 28 C.F.R. § 115.65, coordinated response, each facility shall develop a written institutional plan to coordinate actions taken in response to an incident of sexual abuse, among staff first responders, medical and mental health practitioners, investigators, and facility leadership.

OMH further acknowledges that, in accordance with 28 C.F.R.§ 115.83, mental health evaluation and treatment, as appropriate, shall be offered to all DOCCS inmates who have been identified as victims of sexual abuse in any prison, jail, lockup, or juvenile facility and are willing to undergo such evaluation and/or treatment. Further, the evaluation and treatment of such victims shall include, as appropriate, follow-up services, treatment plans, and, when necessary, referrals for continued care following their transfer to, or placement in, other facilities, or their release from custody. Further, the facility shall provide such victims with mental health services consistent with the community level of care.

## VII.  EVALUATION SERVICES

### A.   Evaluations for DOCCS Programs

DOCCS may refer inmates being considered for DOCCS programs such as Family Reunion, Work Release, or Furlough, to OMH for evaluation. Subsequent to the referral, OMH will conduct an evaluation when the referring source specifies the reason a mental status report is needed. These are not emergency evaluations and, as such, will generally be completed within two weeks. OMH will review the clinical records and assess the inmate's current mental health status and will complete the written referral form. These reports will generally not make specific recommendations regarding the inmate's participation in the DOCCS program, as that remains a DOCCS decision. When OMH staff are only periodically present at a facility (Level 3 and Level 4) these evaluations will be part of the routine schedule of call-outs.

OMH evaluations for program purposes, as described above, applies to inmates residing in all DOCCS facilities. Upon receipt of a mental health referral and subsequent screening by

16

medical in a Level 6 facility, the facility's highest ranking medical staff member will request in-transit movement to a Satellite Unit for an evaluation by mental health staff. OMH will agree to utilize VTC whenever possible.

**B. Shy Bladder**

When DOCCS is seeking to assess the veracity of an inmate's claim of "shy bladder," OMH will agree to review available mental health records to determine whether the inmate-patient has mentioned this issue previously. Form #4937D will be utilized.

**C. Evaluations for Cross Gender Pat Frisk Exemption Procedure (CGPFE)**

When a female inmate requests a cross-gender pat frisk exemption, DOCCS will refer the inmate to OMH. OMH will review records and interview the inmate if not already on the caseload. If a diagnosis of Posttraumatic Stress Disorder (PTSD) exists and/or a history of trauma is indicated, the Unit Chief/ Coordinator will notify the Superintendent or designee that the inmate meets criteria for a CGPFE.

**D. Evaluations following an Escape or Abscondence**

Any inmate being returned to a DOCCS correctional facility from an escape, attempted escape, or absconding from work release will be placed on a Suicide Watch by DOCCS. Such inmate will be seen the next business day that OMH staff is scheduled to be on site. OMH staff will evaluate the inmate and make a clinical determination regarding any needed follow-up services, including the assignment and data entry of the current mental health service level.

**E. Evaluations for DOCCS Medical Consultations**

Occasionally, a DOCCS physician may request an evaluation of an inmate who has a specific non-psychiatric medical condition with subsequent development of psychiatric symptoms. DOCCS Form 3194, Request & Report of Consultation will be submitted to the OMH Unit Chief to request the evaluation at the receiving satellite unit. The OMH clinician will complete the form and forward the original to DOCCS and maintain a copy. OMH staff will evaluate the inmate and make a clinical determination regarding any needed follow-up services.

**F. Hunger Strike Evaluations**

Inmates who are refusing to eat or are demonstrating behaviors that affect health and safety specific to nutrition/hydration necessary to sustain life, or has been identified by DOCCS or OMH staff as on a hunger strike, will receive special monitoring by both agencies. Upon receipt of any report of an inmate not eating, drinking, or demonstrating behavior indicating that his/her nutritional and fluid intake is not sufficient to maintain health, an OMH clinician will evaluate the inmate within one business day, at a Level 1 or 2 facility or upon transfer, to assess his/her mental status and to determine if the inmate's behavior is a function of symptoms related to a SMI.

If Health Services determines that the inmate's refusal to eat is a result of a medical condition, the inmate shall be referred for appropriate follow-up care with Health Services in accordance with DOCCS Directive 4309.

17

If OMH determines that the inmate's refusal to eat is a result of a psychiatric condition, the inmate will be referred for appropriate follow-up care with OMH staff in accordance with CNYPC Corrections-Based Operations Manual, Assessments, Policy 1.11, Hunger Strikes. Such care will include placement in an RCTP as soon as feasible. Medical stabilization, which may include obtaining relevant lab work, and any necessary IV hydration must occur prior to a hunger striking inmate- patient being placed in the RCTP and/or consideration for transfer to CNYPC. Hence, residence in the infirmary may be needed. If necessary, a hunger striker will be transferred to a facility with OMH staff and DOCCS Heath Services will continue to provide medical care for the inmate in accordance with DOCCS Directive 4309.

It is the responsibility of DOCCS Medical staff to closely monitor the fluid and nutritional intake, weight and electrolyte status for any inmate exhibiting non-eating behavior. It is the responsibility of DOCCS staff to determine when to start the application process for obtaining a court order to feed over objection. OMH will provide affidavits and testimony in connection with the application to force treat as necessary.

DOCCS and OMH staff will consider a hunger strike to have been resolved when the inmate consumes at least two meals each day for three consecutive days or the Facility Health Services Director (FHSD) or designee, in consultation with the Regional Medical Director (RMD), determines that the inmate's current intake and nutritional status is adequate to maintain the inmate's health. Inmate-patients on active hunger strikes will be discussed at the Bimonthly Joint medical meetings.

G. **Sexual Abuse Incident Review**

A request for mental health input in connection with a sexual abuse incident review conducted by a correctional facility review team pursuant to PREA and in accordance with 28 CFR 115.86, which has resulted in a finding other than unfounded, shall be directed to the Unit Chief. The Unit Chief will review the request, and if warranted, assign a clinical staff member to provide mental health input as deemed appropriate. Such review will be provided within one week of notification by DOCCS.

H. **Parole Board Decisions**

DOCCS staff will provide the OMH Unit Chief/Coordinator with the results of parole release interviews prior to distributing the results to inmates in order that OMH staff are able to consider the potential impact of the Board decisions on inmate-patients receiving active mental health services. In the event that OMH staff anticipate a possibly negative reaction by an inmate-patient, the Unit Chief/Coordinator will work with the Deputy Superintendent for Programs and Supervising Offender Rehabilitation Coordinator to coordinate how notification of the Board decision can best take place to effectively manage any possible negative reaction by the inmate-patient.

I. **Medical Treatment Over Objection Evaluations**

Each patient is generally entitled to refuse DOCCS medical treatment, provided that he or she has intact capacity. If there are concerns, a determination whether the refusal is due to rational decision making or manipulation vs. psychopathology must be made. OMH may be contacted by DOCCS medical staff when lack of capacity is questioned and asked to assist medical staff in determining whether or not the patient has capacity. If these issues cannot be resolved, OMH may be asked by DOCCS medical staff to evaluate the

18

DOCCS-00006995

inmate to determine whether the inmate has intact capacity to refuse medical treatment, at the time medical treatment or medication is proposed, based upon: 1. factual and rational understanding; 2. appreciation of the nature and consequences of the proposed treatment or medication including the benefits, risks and alternatives; and 3. the ability to make a voluntary rational decision regarding the same. When OMH determines that the inmate lacks capacity, it will provide affidavits and testimony working in collaboration with DOCCS to force medical treatment over objection as necessary.

## J.  Work Release

Inmate-patients on psychiatric medication who are referred by DOCCS, for evaluation for potential participation in Work Release programs, will receive an evaluation within 2 weeks by OMH, which considers their functional ability to meet the demands of the Work Release setting. Assessment by OMH will consider the following criteria: mental status, including imminent danger to self or others; ability to self-administer own medications as prescribed; history of medication compliance for a minimum of one consecutive year while incarcerated (if medication compliance has not been consistent, review of behavior and symptoms when off medication); stable functioning for one year (i.e. no RCTP, 4301 transfers, or CNYPC hospitalizations). If approved for Work Release, inmate-patients will receive appropriate instruction from OMH regarding self-administration of medication.

## K.  Board Interview Evaluations

Upon referral by DOCCS on behalf of the Board Chairperson and a valid OMH Consent for Release of Information form completed by the individual and submitted with each request, OMH will provide Mental Health Status Reports regarding inmates who meet any of the following criteria: (1) currently receiving active mental health services; (2) have a history of MHSL 1 during this incarceration; or (3) were closed to mental health services within 12 months preceding their parole board interview, or within 36 months preceding their parole board interview if the inmate was a MHSL 1. Referrals for Mental Health Status Reports for inmates not meeting the above criteria will be considered by OMH staff on a case-by-case basis. All such referrals will allow 30 days for completion of the report. The information provided on the Mental Health Status Report will include primary psychiatric diagnosis, current mental state, prescribed medication, medication compliance, precautions (if any), current treatment and recommended treatment in the community. It is recognized that these reports are not expected to make specific recommendations regarding an individual's discretionary release to community supervision. Upon referral of inmates with valid Consent for Release of Information forms who were on the mental health caseload at any time during this incarceration, but do not meet the above criteria, OMH will provide copies of termination/transfer notes.

## VIII. SERVICES TO INMATES IN SEGREGATED CONFINEMENT

OMH will assess and monitor the mental condition of inmate-patients housed in all Segregated Confinement Units. Services provided will be consistent with current law.

### A.  Mental Health Services in OMH Level 1 and 2 Facilities

Upon placement of an inmate into segregated confinement at a MHSL 1 or 2 facility, a suicide prevention screening instrument shall be administered by staff from DOCCS who has been trained for that purpose. If such screening instrument reveals that the inmate is

19

at risk of suicide, an OMH clinician shall be consulted and appropriate safety precautions shall be taken.

Additionally, within one business day of the placement of an inmate into segregated confinement at a MHSL 1 or 2 facility, the inmate shall be assessed by a mental health clinician.

All inmates in segregated confinement in a MHSL 1 or 2 facility who are not assessed with a SMI at the initial assessment, shall be offered at least one interview with a mental health clinician within 14 days of their initial mental health assessment. Additional interviews are offered at least every 30 days thereafter. These sessions will be offered to be conducted in a private interview space away from the inmate-patient's cell. DOCCS will provide a private interview space available for use by the clinical staff in meeting this requirement. DOCCS will also provide adequate security staffing to escort inmates to the private interviews at mutually agreeable times and locations. In the case that there are no escort Correction Officers available or the interview space is not available, OMH staff will notify the Superintendent.

At MHSL 1 facilities, an OMH clinician will conduct daily rounds of segregated confinement areas and the Unit Chief/Coordinator will conduct weekly rounds. In a MHSL 2 facility an OMH clinician will conduct weekly rounds of segregated confinement areas and the Unit Chief/Coordinator will conduct rounds twice monthly. During these rounds, the Unit Chief/Coordinator will consult with DOCCS security staff to facilitate communication and address any concerns. These rounds will be documented by DOCCS security staff in the unit activity logbook. The SHU clinician will meet with the SHU security staff, at least weekly, to facilitate communication and address any concerns. Daily rounds are conducted every weekday, excluding State holidays. While completing the SHU medication administration rounds on weekends and holidays, OMH nursing staff will consult with DOCCS security staff for any issues requiring mental health attention. These rounds will also be documented by DOCCS staff in the Unit Activity Logbook.

## B. Mental Health Services in Level 3 and 4 Facilities

Upon placement of an inmate into segregated confinement at a MHSL 3 or 4 facility, a suicide prevention screening instrument shall be administered by staff from DOCCS who has been trained for that purpose. If such a screening instrument reveals that the inmate is at risk of suicide, a mental health clinician shall be consulted and appropriate safety precautions shall be taken.

Additionally, all inmates placed in segregated confinement at a MHSL 3 or 4 facility shall be assessed by a mental health clinician within 14 days of such placement.

All inmates in segregated confinement in a MHSL 3 or 4 facility who are not assessed with a SMI at the initial assessment shall be offered at least one interview with a mental health clinician within 30 days of their initial mental health assessment. Additional interviews will occur at least every 90 days thereafter, unless the mental health clinician at the most recent interview recommends an earlier interview or assessment. Rounds are to be conducted every two weeks and documented by DOCCS staff in the Unit Activity Logbook. During rounds, the SHU clinician will meet with SHU security staff to facilitate communication and address any concerns.

## C. Mental Health Service Level 6

20

OMH does not provide on-site services to inmates located in MHSL 6 facilities. Inmates who require evaluation by OMH staff are transferred to an OMH satellite unit per DOCCS Directive 4301 for evaluation. Should the evaluation indicate the need for mental health services, the inmate's MHSL will be changed as indicated and the inmate-patient will be transferred to an appropriate facility as determined by DOCCS.

The Offender Rehabilitation Coordinator (ORC) will be responsible for maintaining a list of inmates in SHU that must be seen for the required 30 and 90 day mental health evaluations. The ORC will notify the respective OMH Unit Chief/ Coordinator to arrange the scheduling of these evaluations. All inmate refusals should be documented by DOCCS staff.

## D. OMH Participation in DOCCS Tier III Disciplinary Hearings

The issue of an inmate-patient's mental status is raised during the DOCCS Tier III disciplinary hearing process requiring OMH testimony when the inmate-patient is classified as a Mental Health Service Level 1; has been inpatient at CNYPC within the last 9 months; was assigned to a Special Program at the time of the incident; was charged with engaging in self harm; was being escorted to or from the Satellite Unit, ICP or CNYPC at the time of the incident; the inmate-patient became inpatient at CNYPC or was assigned to a Satellite Unit during the hearing resulting in delay or adjournment of the hearing; the Hearing Officer thinks that the inmate-patient may have been mentally impaired at the time of the incident or hearing; or the inmate patient is S designated. The Hearing Officer will request such testimony through the Unit Chief/Coordinator. The Unit Chief/Coordinator will assign a specifically designated clinical staff member to provide the necessary testimony to the hearing officer. Only OMH clinical staff trained and deemed competent in the Tier III disciplinary hearing process per CNYPC Education and Training Department and the Unit Chief/Coordinator will be assigned to provide testimony. If the Hearing Officer requests information about the inmate patient's mental status at the time of the hearing, the Unit Chief/Coordinator should be notified as soon as possible in order to arrange an interview of the inmate patient.

Hearing Officers are responsible for taking clinical testimony into account when making disposition decisions. Where appropriate, hearing officers may mitigate or decline to impose possible sanctions, as warranted based upon the testimony provided. Hearing officers are required to document how the testimony was considered on the disposition rendered sheet, without breaching confidentiality. DOCCS will forward copies of all hearing disposition sheets to OMH.

Clinical Testimony provided during Tier III hearings is protected from further disclosure under Mental Hygiene Law §33.13 and for reasons of safety and security. Therefore, any disclosure of this information to the inmate-patients or other persons is prohibited. OMH testimony will be recorded on a confidential tape without the inmate-patient being present. OMH will provide input and recommendations in disciplinary hearings based upon opinions, if any, formulated by the reporting OMH clinicians on issues of fitness to proceed, culpability, mitigation and duration of and suitability for disciplinary housing.

If an OMH employee is a witness to the event giving rise to the hearing, then OMH will participate in the hearing as a Witness to Fact. Such testimony will be limited to events or conditions that were actually observed by the OMH staff member. There is no requirement of confidentiality when OMH staff appears in disciplinary proceedings as a witness to fact, as long as testimony relates only to observed events and there is no request for clinical

21

opinions or to divulge clinical information. The Unit Chief/Coordinator will be notified in advance when an OMH staff member is called as a witness to fact. The Unit Chief/Coordinator will be informed of the allegations and issues in the matter.

## E. Joint Case Management Committee

Each MHSL 1 and 2 facility with a SHU will establish a Joint Case Management Committee (JCMC) with representation from DOCCS and OMH. The purpose of the JCMC will be to review, monitor and coordinate the behavior and treatment plan for all active inmate-patients housed in segregated confinement. The JCMC will be co-chaired by the DOCCS Deputy Superintendent for Security (DSS) and the OMH Unit Chief/Coordinator. Each committee will consist of at least 2 clinical staff from OMH and 2 officials from DOCCS and will meet at least every two weeks with other OMH and DOCCS staff. The JCMC's review of each inmate-patient's status will include the DOCCS disciplinary/criminal history, OMH clinical summary, and DOCCS Guidance programming and custodial history. Inmate-patients newly transferred into segregated confinement will be reviewed at the next JCMC meeting, whether or not they are actively receiving mental health services. OMH staff will take summary notes utilizing the JCMC summary note form. Summary notes will be forwarded to the facility Superintendent, the Deputy Superintendent for Security and the Director of DOCCS Bureau of Mental Health. After review of the inmate-patient's information, the JCMC, utilizing the Custodial & Clinical Recommendations Form, may recommend to the Superintendent the temporary or permanent restoration of one or more privileges, the suspension or reduction of confinement time, or a housing reassignment.

## F. Joint Central Office Review Committee

The Joint Central Office Review Committee (JCORC) is a committee comprised of Central Office Personnel from DOCCS and OMH. The committee serves to reinforce both agencies' commitment to providing appropriate services to inmate's in disciplinary confinement as well as any other issues of concern. The JCORC will review two facility JCMC meetings each month through video teleconferencing, reviewing individual cases and providing direction and feedback with regard to the care and treatment of inmate-patients who are mentally ill and placed in segregated confinement.

Also, in accordance with Correction Law §137, inmates who are not removed from segregated confinement due to exceptional circumstances will be documented in writing, including the reasons for this determination, and will be reviewed by JCORC as required by law.

## IX. INFORMATION SHARING

### A. Confidentiality

OMH is a Covered Entity within the meaning of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") including all pertinent regulations (45 CFR Parts 160 and 164) issued by the U.S. Department of Health and Human Services, as amended, and is therefore bound by the provisions of those rules. With respect to clinical records, OMH is also bound by the requirements of Section 33.13 of the New York State Mental Hygiene Law (MHL) pertaining to disclosure of information described in MHL § 33.13(c).

DOCCS is a "correctional institution" as defined in 45 C.F.R. 164.501 and receives from

22

OMH information relating to patients of OMH that is subject to protection under both HIPAA and the MHL, which is disclosed by OMH to DOCCS pursuant to MHL § 33.13(c) 10 and 45 CFR § 164.512(k)(5).

MHL Section 33.13(f) requires that any information disclosed pursuant to this section of law shall be kept confidential by the party receiving the information.

OMH and DOCCS wish to ensure that all protected health information received or created from, for or on behalf of the OMH is used, disclosed, accessed, stored, maintained, retained, and otherwise protected in accordance with all applicable state and federal laws, including, without limitation, MHL Sections 33.13 and 33.16 and 45 CFR Parts 160 and 164 (HIPAA), and associated OMH policies and procedures.

Therefore, OMH and DOCCS agree to the following:

1. For purposes of this Agreement, "protected health information," or PHI, includes, but is not limited to, the following information created or maintained by OMH concerning persons in the custody of DOCCS, and disclosed by OMH to DOCCS: mental health diagnosis, mental health programs attended and mental health service level.

2. OMH shall provide DOCCS with PHI as authorized pursuant to the MHL and HIPAA and consistent with DOCCS' duties and responsibilities under the Correction Law. DOCCS agrees to use or disclose PHI created or maintained by OMH only in accordance with HIPAA, MHL § 33.13, and this Agreement. DOCCS further agrees to keep PHI received from OMH confidential as required by law.

3. Should DOCCS receive a request for PHI obtained from OMH from the NYS Justice Center for the Protection of People with Special Needs, Disability Rights NY pursuant to PAIMI, or other external entity, DOCCS will timely notify OMH of the request. Prior to any disclosure in response to such a request the parties shall consult to determine what information shall be released. In the alternative, DOCCS may refer the requesting entity to OMH, as the source of the information.

4. If DOCCS receives a so ordered subpoena from a court of record ordering disclosure of a record containing PHI obtained from OMH based on a finding that the interests of justice significantly outweigh the need for confidentiality, pursuant to MHL Section 33.13(c)(1) , DOCCS will promptly notify OMH. Upon such notification, OMH shall provide input and assistance to DOCCS to enable timely disclosure of the requested information.

5. When disclosing a record containing PHI obtained from OMH, in the furtherance of a court proceeding, DOCCS shall de-identify any PHI from the record involving a non-party to the court proceeding, unless the Court has specifically ordered such disclosure based on a finding that the interests of justice significantly outweigh the need for confidentiality with respect to the non-party. Such de-identification shall be consistent with standards set forth in 45 C.F.R. Section 164.502(d).

6. DOCCS agrees to use appropriate administrative, physical, and technical safeguards to prevent use or disclosure of PHI other than as provided for by law or this Agreement,

7. DOCCS agrees to report to OMH any use or disclosure of PHI not provided for by this

23

Agreement or authorized by law, of which it becomes aware. For purposes of this Agreement, this shall include the unauthorized acquisition, use, or disclosure of PHI that compromises the privacy or security of such information. DOCCS agrees to mitigate, to the extent practicable, any harmful effect that is known to DOCCS of a use or disclosure of PHI by DOCCS in violation of the requirements of this Agreement.

Notwithstanding any provision above, nothing in this MOU shall be construed to expand upon the meaning, scope or protections afforded under applicable laws or regulations governing PHI.

## B. Discharge from CNYPC

Pursuant to Mental Hygiene Law 29.27(i), the Executive Director of CNYPC or designee will notify the Commissioner of DOCCS or designee upon the discharge/release of an inmate-patient from CNYPC. The Commissioner of DOCCS has designated the DOCCS Bureau of Mental Health Services to receive such notice.

The business day before the discharge of an inmate-patient from CNYPC, OMH will contact the receiving facility's Inmate Records Coordinator (IRC) and provide the inmate-patient's name, DIN, and date of arrival. CNYPC will also contact OMH staff at the receiving facility and provide all pertinent information from the discharge summary. Upon discharge of an inmate-patient from CNYPC, CNYPC will provide OMH staff at the receiving facility with copies of the inmate-patient's physical examination and laboratory reports as well as a listing of any medical diagnoses and medications including outside hospitalizations upon discharge. The OMH outpatient staff forwards this information to the FHSD on the date the inmate-patient is to be discharged to DOCCS custody. Patient Care Monitoring (PCM) will take place for inmate-patients upon placement on the CNYPC discharge list. The Unit Chief/Coordinator will invite the DOCCS Nurse Administrator or designee or the DOCCS Deputy Superintendent for Security or designee to participate in the PCM when medical or security issues have been identified during the CNYPC hospitalization. DOCCS will participate for the limited purpose of learning about medical and security issues and ability to participate in programs arising during the hospitalization. Additionally, OMH clinical and unit staff from CNYPC will participate in PCM's concerning any medical and/or security issues that may have occurred while in OMH custody.

When a court issues a Court Ordered Psychiatric Medication (COPM), OMH will include such information in the discharge summary along with a copy of the COPM.

Please refer to section IV. Transportation and Security Services for OMH regarding inmate-patients who are receiving inpatient services at CNYPC who require outside hospitalization for medical reasons.

## C. General

DOCCS IRCs will inform Unit Chiefs/Coordinators as soon as possible, of upcoming transfers to ensure time to prepare the records and ensure continuity of care. OMH will be given access to information about released inmate-patients for program evaluation and performance improvement purposes. DOCCS will provide OMH with pre-sentence reports and medical information as authorized by law. DOCCS will also provide OMH with Unusual Incident (UI) reports regarding suicides. CNYPC psychological autopsies and special investigation reports of all successful suicides will be discussed at Suicide Prevention Workgroup in a manner limited to disclosure of information that is necessary for a complete

24

DOCCS-00007001

discussion of specific issues. For other major incidents, UI's may be requested by the OMH Associate Commissioner of Forensic Services to the DOCCS Deputy Commissioner Correctional Facilities, if relevant to OMH's delivery of services to DOCCS inmate-patients.

OMH and DOCCS will jointly develop a protocol for the reciprocal release of identifying information and risk levels of inmate-patients required by law to register as sex offenders so that each agency can engage in appropriate program planning and development, treatment planning and risk assessment.

Information regarding clinical records, criminal justice history and community supervision should be shared between OMH and DOCCS in accordance with Mental Hygiene Law, Section 33.13 and Executive Law, sections 259-k and 259-l. The sharing of this information will facilitate determinations both within facilities and the community regarding health care, security, safety or the ability to participate in programs.

Any other requests for OMH or DOCCS information that are non-routine and not listed above should be requested either through administrative CNYPC staff or DOCCS Bureau of Mental Health staff only, respectively. These requests should not be made directly to facility based staff such as Unit Chiefs or Superintendents.

## D. OMH Reporting to DOCCS

The following situations require either automatic reporting to DOCCS staff or reporting upon a request from DOCCS. The consent of the inmate-patient is not required in these cases.

### 1. Active patients

The Catchment Unit Chief/Coordinator will provide a roster of all active inmate-patients for each facility to the Superintendent twice a month. This roster will include the current mental health service level, SMI designation, any cell-only designations for each inmate-patient and an indication of whether the inmate-patient is receiving medication.

### 2. Changes in Mental Health Service Level

Whenever an inmate-patient's mental health service level is assigned or changed, a copy of the Treatment Needs/Service Level Designation Form will be sent to the DOCCS Guidance Unit.

### 3. Verbal and Written Consultation

Upon request by the Superintendent or designee(s), OMH staff will provide verbal or written consultation with appropriate DOCCS staff regarding the mental health status of any inmate-patient on the OMH caseload as it affects the inmate-patient's health care, safety, security, or ability to participate in programs. This does not include access to the patient's clinical record.

### 4. Security Risks

The exchange of information between DOCCS and CNYPC will include any significant incidents involving inmate-patients occurring at CNYPC which are found to be a potential security risk. This will include gang-information, unusual incidents, threats, and enemies for inmate-patients being admitted to CNYPC.

25

DOCCS-00007002

5. **Sexual Misconduct**

OMH acknowledges that, in accordance with 28 C.F.R. § 115.61 "staff and agency reporting duties," paragraph (c), unless otherwise precluded by Federal, State, or local law, medical and mental health practitioners shall be required to report sexual abuse pursuant to paragraph (a) of section 115.61 and to inform inmates of the practitioner's duty to report, and the limitations of confidentiality, at the initiation of services.

The following situations require automatic reporting to DOCCS staff. The consent of the inmate-patient is not required in these cases:

Any sexual contact between any combination of inmates, or inmates and staff, while at CNYPC shall be reported as soon as possible, to the DOCCS Sexual Abuse Prevention & Education Office.

The Superintendent shall be contacted by OMH immediately regarding any sexual contact between any combination of inmates, or inmates and staff, that occurred while the inmate or inmates were in DOCCS custody, whether reported to OMH by an inmate or inmates while at a correctional facility or while at CNYPC. The Superintendent shall immediately thereafter report the matter to the DOCCS Inspector General.

6. **Unusual Incidents/Assaults**

Any incident that results in serious injury to any inmate or staff while the inmate is at CNYPC should be reported, as soon as possible, to the appropriate DOCCS Assistant Commissioner. Any other significant incident that occurs while the inmate is at CNYPC should also be reported to the appropriate DOCCS Assistant Commissioner.

7. **Transfers**

For an inmate-patient who is transferring to a facility without full-time OMH staff, and who requires psychiatric medication, the OMH staff from the sending facility will fax the current medication prescription and termination/transfer progress note to the DOCCS medical department in the receiving facility. In addition, OMH will be responsible for providing DOCCS Director of Mental Health with a list of inmates on Clozaril, on a monthly basis, so DOCCS may place a Mental Health hold on transfers.

8. **Medicated Patients**

At MHSL 1 facilities, OMH will provide DOCCS with a copy of all Doctor's orders at least on a weekly basis unless medication or dosage changes occur, in which case a notification will be sent to medical on the same day as the change for inclusion in the DOCCS AHR. At MHSL 2 and 3 facilities, OMH will provide prescriptions for the DOCCS Pharmacy/Vendors.

9. **Other Reporting and Consultation**

Upon discharge from CNYPC to DOCCS, OMH will provide DOCCS Medical Director with copies of all relevant medical records pertaining to medical treatment provided during admission to CNYPC.

26

Upon admission to CNYPC, DOCCS Medical Director will provide copies of all relevant medical records for active medical patients to OMH.

E. **DOCCS Reporting to OMH**

1. **Housing locations**

   DOCCS will provide to OMH the housing locations of all inmate-patients as requested.

2. **Electronic Data Files**

   DOCCS will provide to the extent practicable to OMH electronic versions of DOCCS data, agreed upon by both agencies, required to support and maintain CNYPC's CNet Database.

3. **Separation Information**

   Classification and Movement will notify CNYPC regarding enemy information of inmate-patients that are to be discharged from DOCCS custody and admitted to CNYPC.

4. **Additional Data**

   DOCCS will provide additional data necessary for OMH to complete program evaluation and quality assurance activities.

F. **Program Evaluation/Performance Improvement Activities**

DOCCS and OMH agree to share data regarding facilities and programs for budgetary and service need evaluation including staffing patterns and vacancy rates.

Upon request, OMH and DOCCS will share data about inmate-patients for program evaluation purposes. Such data will include, but is not limited to, demographic data about inmate-patients, number of inmate-patients being served by OMH, OMH staffing information, CNYPC inpatient admission and discharge numbers, management indicators, and general OMH caseload statistics for specific correctional facilities.

DOCCS and OMH will confer prior to implementing any evaluation of jointly operated programs. Any information will be reciprocated. DOCCS and OMH will take measures to ensure that data utilized is accurate and consistent with data produced in similar OMH and DOCCS management indicator reports.

For those efforts that will result in formal investigative studies/publications, OMH and DOCCS will seek approval from their respective agency authority. There is no requirement for one agency to seek approval from the other agencies IRB.

G. **Incident Reporting and Investigating**

At the time of an incident, the agency that has custody of the inmate-patient will take the lead in the investigation of the incident. The other agency will support the primary agency conducting the investigation.

27

DOCCS-00007004

When an OMH employee is involved in an incident (e.g., an inmate- patient related incident or a violation of DOCCS policy and procedure) OMH will conduct an investigation. In those cases where DOCCS is investigating such incidents concurrently, the agencies will cooperate in the investigation and share information as appropriate.

When a DOCCS employee is involved in an incident, OMH will report the incident and cooperate with the DOCCS investigation and appropriately share information.

Nothing in this MOU shall prevent the Executive Deputy Commissioners from OMH or DOCCS from designating their respective Agency investigation units to conduct separate investigations of incidents.

## H. Dispute Resolution

Both agencies agree to communicate on an ongoing basis about matters of mutual concern and to conduct meetings and share appropriate information. Operational issues arising at the facility level will be resolved through discussions between the Unit Chief/Coordinator and the Superintendent or designee. In the case of health services issues, such issues will be resolved through discussions between the FHSD and the Unit Chief/Coordinator.    If necessary, the Superintendent or designee will be involved. Operational issues affecting cases being released to community supervision will be resolved through discussion between the Director of Bureau of Diversion, Reentry and Community Education and the assigned Community Supervision Bureau Chief.    If necessary, the Regional Director will be involved.

Unresolved operational issues at the facility or community supervision field level will result in the dispute resolution being taken to the agency level.

Operational issues referred from the facility or community supervision field level, or statewide issues under this MEMORANDUM will be resolved through discussions/negotiations between the Director of DOCCS Bureau of Mental Health Services and the OMH Director of Bureau of Diversion, Reentry and Community Education. If necessary, the OMH Associate Commissioner, Forensic Services and the DOCCS Facility or Community Supervision Assistant Commissioner/Executive Assistant or designee as appropriate will meet to review unresolved issues.

## X. IMPLEMENTATION OF THIS MEMORANDUM

This MOU is not the sole and exclusive agreement between DOCCS and OMH. In addition to this MOU, DOCCS and OMH have entered into a separate agreements and may enter into other agreements regarding services.

OMH and DOCCS will be responsible for instructing their respective staff at the facility level of the terms and conditions of this **MEMORANDUM.**

The term of this **MEMORANDUM** shall be a period not to exceed seven years from the date of the signing of this agreement.

If mutually agreed upon in writing by DOCCS and OMH, this **MEMORANDUM** may be amended at any time during its term.

28

DOCCS-00007005

Exactly six months prior to the termination of the MEMORANDUM, the DOCCS Bureau of Mental Health Services in coordination with the Deputy Commissioner of Community Supervision or designee and CNYPC will forward a report in writing to their respective Commissioners regarding the implementation of this MEMORANDUM and its efficacy to include any recommendations concerning the continuation, modification or substantial alteration of the terms of this MEMORANDUM.

During the final six months of the term of this MEMORANDUM, OMH and DOCCS will consult with each other, and based on such consultation and examination of both reports to the Commissioners, will attempt to reach mutual agreement on the continuation or modification of the MEMORANDUM.

Acting Commissioner
NYS Department of Corrections
and Community Supervision

Dated:_____

Commissioner
NYS Office of Mental Health

Dated:_____ 9-27-16_____

29

Confidential