# EXHIBIT 2

| Central New York Psychiatric Center<br>**Corrections-Based Operations Manual**<br><br>**PRE-RELEASE COORDINATION** | Date: 6/28/16 | Policy #8.4 |
|---|---|---|
| | Supersedes:   1/8/08 | Page(s):  1 of 2 |
| Prepared By:  Wendy Vogel, Director, Pre-Release Services | Policy:<br>**Pre-Release Planning with DOCCS-Community Supervision** | |
| Approved By:  Lori Schatzel, Director, CBO | | |

**POLICY:**

CNYPC staff will collaborate with DOCCS-Community Supervision, specifically with Offender Rehabilitation Counselors (ORCs), and Field Parole on discharge planning for all inmate-patients to ensure continuity of care upon release into the community.

**PROCEDURES:**

1. CNYPC staff/Pre-Release Coordinator (PRC) will work in collaboration with Offender Rehabilitation Counselors (ORC) to develop comprehensive discharge plans pre-release.  Collaboration with Field Parole Officers is also required to finalize reentry plans.

2. PRC and Unit Chief/Treatment Team Leader will hold a monthly meeting with the facility ORCs to discuss all Level 1 and 2 discharges within 90 days of discharge. Minutes can be taken and distributed following the meeting and saved on the G drive.

3. The PRC will work in collaboration with ORCs to obtain notification of Parole Board results on a monthly basis for all inmate-patients at their facility and catchment facilities (Levels 1 – 4).

4. CNYPC staff should provide recommendations to ORCs for continuity of care and provide regular updates.  The PRC will maintain communication with the ORCs to develop discharge plans for Level 1 and 2 inmate-patients and Primary Therapists will provide this communication for Level 3 and 4 inmate-patients, as indicated.

| **Corrections-Based Operations Manual**  **PRE-RELEASE COORDINATION** *-Continuation Page-* | Date: 6/28/16 | Policy #8.4 | Page: 2 of 2 |
|---|---|---|---|
| | Policy: **Pre-Release Planning With DOCCS- Community Supervision** | | |

5. CNYPC staff will ask inmate-patients who will be under parole supervision upon release to sign a consent to release information (OMH-11c) to DOCCS-Community Supervision as soon as discharge planning begins and, whenever permitted to do so, will coordinate release planning with ORCs. An OMH-11c is not needed to share clinical information with DOCCS Community Supervision/Field Parole within 4 weeks of release.

6. County of release and residence require DOCCS-Community Supervision/Field Parole approval and should be developed in collaboration with the ORCs and Field Parole Officers, taking into account the inmate-patients treatment needs. Halfway Houses are not appropriate placements for inmate-patients with a community standard SMI diagnosis. If Parole approves a Halfway House, CNYPC staff should notify the Pre-Release Services Department.

7. For inmate-patients under community supervision, the Offender Rehabilitation Coordinator (ORC) should be notified of the refusal of discharge planning services. Inmate-patient consent is required if not within four weeks of release

8. A copy of the Discharge Summary will be forwarded to the facility ORC at minimum, within 2 weeks of the patient's release on parole, or as soon as possible, with consent. A Discharge Summary may be provided to Field Parole, upon request, within 4 weeks of release.

OMH-00068109