# EXHIBIT 5

**To:** Vogel, Wendy M (OMH)[Wendy.Vogel@omh.ny.gov]; Rohs, Karin E (OMH)[Karin.Rohs@omh.ny.gov]; Stowater, Pamela (OMH)[Pamela.Stowater@omh.ny.gov]; Hartless, Rebecca L (OMH)[Rebecca.Hartless@omh.ny.gov]; Wiedemann, Heidi L (OMH)[Heidi.Wiedemann@omh.ny.gov]
**From:** Luguri, Leta B (OMH)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=109A51B99AB7460C9250A10F693101D5-LUGURI, LET]
**Sent:** Thur 6/27/2019 11:51:41 AM Eastern Standard Time
**Subject:** 2018 Data by CF
**Attachment:** 2018 Data by CF.xls

As we have discussed Karin, I feel that having historical data can help us better understand each facility's unique position as well as our system as a whole. For instance, when PRC staff report an increase in volume at their CF and are challenged to meet this increase, we can use this data to objectively review the current situation. Since staffs' perception doesn't always match reality, having baseline data can help. I figured having a years' worth of data could be useful, so I put together the attached document with Akua's help. Since our time is limited it isn't as visually pleasing as it could be, but it does the job of capturing how many patients released from each CF during 2018. I included all level 1, 1S and 2S patients and sorted by SMI classification and then RD for each CF. There are 2 sheets in the attached document. The first sheet lists all the releases for each CF and provides the total # of patients released, the average per month and a breakdown of each SMI class. The second sheet provides a side by side comparison of the same data along with 2 lists that order the CF's in terms of overall volume (all SMI classes) and volume of SMI (SMI-V & SMI Non-V) releases. As to be expected, Midstate and Fishkill are numbers 1 and 2 on both lists. In fact, the top 5 on each list are the same, just in a slightly different order.

Here is a snapshot of the data in case you don't have time to review the entire report →

| | |
|---|---|
| Total # of Patient Released | 1311 |
| Total # of SMI Pts Released | 1047 |
| % of Pts Released that were SMI | 80% |
| Average # Pts Released Monthly | 109 |
| Average # Pts Released Weekly | 25 |
| Total # of SMI-V Pts Released | 688 |
| % of Pts Released that were SMI-V | 52% |

I hope you find this helpful for future reference.

**Leta Byrne Luguri**
Psychologist 2, CNYPC Pre-Release Services/Bureau of Diversion, Reentry & Community Education
**New York State Office of Mental Health**
Attn: CDPC Unit B – Pre-release & Re-entry Services
44 Holland Avenue, Albany, New York 12229
518.402.8016 | 518.956.9450 (F) | Leta.Luguri@omh.ny.gov
www.omh.ny.gov