# EXHIBIT 9

| Central New York Psychiatric Center<br>**Corrections-Based Operations Manual**<br><br>**PRE-RELEASE COORDINATION** | Date: 6/28/16 | Policy # 8.0 |
|---|---|---|
| | Supersedes: 1/8/08 | Page(s): 1 of 2 |
| Prepared By: Wendy Vogel, Director, Pre-Release Services | Policy:<br><br>**Discharge Planning for Levels of Mental Illness** | |
| Approved By: Lori Schatzel, Director, CBO | | |

**POLICY:**

OMH develops individualized and comprehensive mental health discharge plans for all inmates on the mental health caseload, based on severity of mental illness and functional impairment.

OMH will evaluate all inmates who are being discharged from corrections to the community who were on the OMH caseload in the previous three years to provide mental health discharge planning, according to NYS Law.

**PROCEDURE FOR INMATE-PATIENTS WHO ARE DIAGNOSED WITH AN SMI:**

A comprehensive discharge plan should be developed by the Pre-Release Coordinator (PRC) for all inmate-patients who are Level 1 and 2.

1. Discharge Plans for inmate-patients who are SMI should include:

    o   <u>Care Coordination Referral</u>: (Policy #8.11)

    o   <u>Housing Referral</u>: (Policy #8.13)

    o   <u>Clinic Appointment</u>:  (Policy #8.12)

    o   <u>Medication Grant Program (MGP)</u>: (Policy #8.15)

    o   <u>Social Security Income (SSI)/Social Security Disability Income (SSDI)</u>:  (Policy #8.14)

    o   <u>Assisted Outpatient Treatment (AOT)</u>:  (Policy #8.7)

    o   <u>Community Resource Guide</u>:  All inmate-patients will be provided with a copy of the Community Resource Guide for the County to which they will release.  Staff will review the resources and ensure the inmate-patient understands how to access services in the community.

OMH-00062554

| **Corrections-Based Operations Manual**  *-Continuation Page-* | Date: 6/28/16 | Policy #8.0 | Page: 1 of 2 |
|---|---|---|---|
| | Policy: **Discharge Planning for Levels of Mental Illness** | | |

### PROCEDURE FOR INMATE-PATIENTS WHO ARE NOT DIAGNOSED WITH AN SMI:

1. A discharge plan should be completed for inmate-patients who are not SMI by CNYPC staff. The discharge plan should include:

    o   <u>Housing Referral</u>: (Policy #8.13)

    o   <u>Clinic Appointment</u>:  (Policy #8.12)

    o   <u>Medication Grant Program (MGP)</u>: (Policy #8.15)

    o   <u>Community Resource Guide</u>:  All inmate-patients will be provided with a copy of the Community Resource Guide for the County to which they will release.  Staff will review the resources and ensure the inmate-patient understands how to access services in the community.