# EXHIBIT 11



# Community Supervision Training

August 7, 2018

August 7, 2018                                                                                     33

# Single Point of Access (SPOA)

- Centralized referral system for Housing, Case Management, and Outpatient Clinic Services for individuals with SMI getting released to the community

- The SPOA for NYC is the Reentry Coordination System (RCS), administered by the Center of Urban Community Services (CUCS) for OMH


NEW YORK STATE | Corrections and Community Supervision

Confidential
D-00002714