# EXHIBIT 12

## CNYPC Pre-Release Coordinator Discharge Planning Workflow

1) **Overview**
   a) PRC staff will utilize REMS to plan for upcoming S designated and level 1 releases from their facility.
   b) <u>PRC staff are expected to enter appropriate discharge planning information in real time in REMS</u>. Please see H:\Forensics\CBO\13. REMS\3. Training for further details. REMS reports should be utilized to identify upcoming releases and manage case load. For instructions on how to run and interpret reports please see: H:\Forensics\CBO\13. REMS\3. Training. REMS responsibilities are listed in purple within this document for easy reference.
   c) PRC staff must ensure their Pre-Release Supervisors are included in all communications with community providers, SPOA, RCS, Parole and DOCCS.
   d) PRC staff and PT will work together at the facility to ensure Albany record requests and questions are answered by deadlines. PRC staff should acknowledge receipt of record request via email.
   e) For patients being considered for ICE pick up, potential interstate transfer, pending warrant/charges, civil commitment (no VTC's) or potential loss of date; all discharge planning efforts, including housing referrals and VTC interviews, should continue until alternate release plan is confirmed.
   f) PRC staff must familiarize themselves with CBO folder on H Drive for all PRC related duties.

2) **Civil Commitment**
   a) Please inform Jenna Shersky, Civil Commitment Coordinator, ASAP when the team determines a civil commit recommendation is needed.

3) **Immigration & Customs Enforcement (ICE)**
   a) There is a single point of contact at Albany Pre-Release for Immigration & Customs Enforcement (ICE) related matters, referred to as the ICE Coordinator. Rachel Gurney is the ICE Coordinator. The ICE Coordinator will notify PRC staff via email when ICE is considering taking patients into custody upon release from prison. PRC staff are responsible for providing a draft discharge summary to the ICE Coordinator so that this can be provided to ICE for their review. Patient consent is required in order to provide a draft discharge summary unless the patient is within 28 days of release. The ICE Coordinator will notify PRC staff when ICE has made a final determination (i.e., they will take into custody or not). If ICE contacts PRC staff directly, PRC staff should forward the email to the ICE Coordinator and defer to them to respond. PRC staff are responsible for updating the discharge summary to reflect ICE determination. If ICE decides to

1

take the patient into custody, PRC staff are responsible for ensuring this plan is reflected in the discharge summary, which will be emailed to the ICE Coordinator.  PRC staff are responsible for notifying community providers (i.e., SPOA, SPA, RCS) of withdrawals of referrals for all cases other than AOT or civil commitment cases.

4)  **Warrants & Pending Charges**
    a)  The Albany Pre-Release Clinician is responsible for following up on any potential warrants or pending charges. The Clinician will notify PRC staff if they confirm the patient will be picked up on a warrant upon release from prison. Any communication regarding warrants or pending charges at the facility level should be forwarded by PRC staff to the Albany Pre-Release Clinician (CC Pre-Release Supervisor). If it is confirmed that the patient will be taken into custody upon release, PRC staff are responsible for ensuring this plan is reflected in the discharge summary.  PRC staff are responsible for notifying community providers (i.e., SPOA, SPA, RCS) of withdrawals of referrals for all cases other than AOT or civil commitment.

5)  **Interstate Transfers**
    a)  There is a single point of contact at Albany Pre-Release for Interstate Transfers, referred to as the Interstate Transfer Coordinator. Leta Luguri is the Interstate Transfer Coordinator. The Interstate Transfer Coordinator will notify PRC staff via email when DOCCS Interstate Transfer Bureau is considering a patient's request for interstate transfer. PRC staff are responsible for providing a draft discharge summary to the Interstate Transfer Coordinator so that this can be provided to DOCCS Interstate Transfer Bureau for their review. This includes confirming psychiatric stability, documenting level of compliance with any prescribed psychiatric medication, evidence of communication with family/friend whom the patient proposed out of state residence with, and linkages to treatment provider(s) near the proposed out of state residence. The Interstate Transfer Coordinator will notify PRC staff when DOCCS has made a final determination (i.e., whether they approve the request). If DOCCS Interstate Transfer Bureau contacts PRC staff directly, PRC staff should forward the email to the Interstate Transfer Coordinator and defer to them to respond. PRC staff are responsible for updating the discharge summary to reflect DOCCS determination. If DOCCS approves the interstate transfer, PRC staff are responsible for ensuring the discharge plan is reflected in the discharge summary.  PRC staff are responsible for notifying community providers (i.e., SPOA, SPA, RCS) of withdrawals of referrals for all cases other than AOT or civil commitment cases.

2

Updated 7/1/2019

**SMI by Community Standard Releases**

1) PRC staff schedule an initial session with the patient **3-6 months prior to release** and continue to meet with the patient at least monthly through release from prison.

2) PRC staff are responsible for assigning themselves as the Assigned PRC in REMS as well as entering the PRC Assigned Date, which represents the date they began discharge planning for the patient.

3) PRC staff are responsible for uploading and/or scanning into REMS: All available community/hospitalization records, PSR (if not already uploaded), last 3 months of signed PT/MD/PRC notes, and any RCTP notes from the past year. PRC staff are responsible for continuing to upload any and all progress notes into REMS throughout the discharge planning process.
   a) Enter details regarding community/hospitalization records requested and/or received in the Records Tab in REMS.

4) PRC staff should begin working on the discharge summary **3-6 months prior to DOCCS anticipated release date of the patient**. The discharge summary must be saved in the G drive under the Upcoming Releases folder for the appropriate CF. If a patient has been incarcerated previously and received OMH services, PRC staff should review the prior discharge summary in REMS (located within the Inmate Folder).

5) PRC staff are expected to review all available mental health history, housing history and criminal history as well as plans for release with patient **at initial PRC call out**, and document such in a progress note. All prior housing placements should be explored through phone contact with prior providers (after obtaining patient consent if necessary). For example, if a patient reports previous linkage with a specific adult home, VA housing provider, or mental health housing provider (e.g., PSTP), the possibility of referring back to identified agency/provider should be discussed with the patient.
   a) If proposed residence provided: PRC to call the person to confirm viable release plan with patient consent, note address and status of call on discharge summary. PRC to inform ORC and send email to field parole using template located @ H:\Forensics\CBO\Email Templates. Parole and CM. PRC staff will follow up as needed.

6) Consents signed typically include, but are not limited to:
   a) OMH 11C for discharge planning
   b) OMH 11C for family/supports

3

   c) OMH 11C for DOCCS/OMH

   d) NYC: Medicaid application (if applicable)

   e) NYC: HRA consents and RCS consents (Housing, Case Mngt, Clinic)

   f) Non-NYC: SPOA

   g) SSI/SSD consents (if applicable)

7) Any refusals for services: Pre-Release Supervisor must be notified, and refusal must be noted on discharge summary (reminder for patients on parole – mental health recommendation including housing is part of parole stipulation). All patients who refuse to participate in any aspect of the recommended discharge services are to sign the Discharge Planning Refusal Form with the service that is being refused clearly indicated. If patient refuses to sign the form, this should be noted in a progress note and filed in the OMH record. For patients under community supervision, the Offender Rehabilitation Coordinator (ORC) should be notified of the refusal of discharge planning services. Patient consent is required if not within four weeks of release. See Policy 8.18 for details.

8) OPWDD inquiry process and guidance for Albany Pre-Release Staff and PRC staff is in this location:  H:\Forensics\CBO\OPWDD.  Any questions about this process should be directed to OPWDD point of contact and PRC supervisor.

9) If a patient is noted to have a significant medical need that may impact his/her ability to qualify for mental health housing (e.g., ambulatory issues, Diabetes), a CMS needs to be requested from DOCCS Medical at the CF. This is the responsibility of PRC staff. Once obtained, the CMS should be uploaded to REMS. When DOCCS Medical staff complete a CMS, they will make certain recommendations, one of which is the need for a PRI to be completed for the purpose of potential nursing home/residential care facility placement. If the CMS indicates a PRI is recommended, then efforts to obtain the PRI must be made by PRC staff. PRIs must also be uploaded to REMS.

   a) Please note, for patients residing in a Regional Medical Unit (RMU), Rachel Gurney (at Albany Pre-Release) will attempt to obtain the CMS (and PRI when applicable). PRC staff should check the Inmate Folder in REMS to see if a CMS and/or PRI has been obtained by Ms. Gurney.

   b) When DOCCS Medical recommends nursing home/residential healthcare placement, PRC staff are responsible for emailing the final discharge summary to the assigned Albany Pre-Release Clinician. The APR clinician will upload the summary to REMS.

10) The Community Provider Referral Information (CPRI) form should be completed for all patients by PRC staff. It is a one-page face sheet that is used as the cover sheet for the referral packet. The CPRI should be filed in the Correspondence Section of

4

the UCR after discharge planning has been completed. The CPRI form can be found at H:\Forensics\CBO\0.4 Discharge Planning Forms\3. CPRI.

11) Medicaid/MGP applications:
   a) PRC staff are only responsible for submitting Medicaid applications for patients releasing to NYC. DOCCS is responsible for completing Medicaid applications for patients releasing outside of NYC. A report titled "No Medicaid Required List" is sent via email weekly to PRC staff. PRC staff must complete a Medicaid application for anyone releasing to NYC who is NOT on this list. Medicaid application packet should be submitted **30 days** **prior to release**. Medicaid application forms, examples and guidance can be found at H:\Forensics\CBO\Medicaid\3. Forms.
   b) Medicaid packet includes;
      - Medicaid Application
      - Supplement A (if applicable)
      - Birth Certificate Request
      - Cover Sheet
      - Copy of ID
      - CPRI Form
   c) Medicaid number or date application was submitted should be noted on the discharge summary.
      a. For Non-NYC releases, note on summary "Medicaid submitted by DOCCS".
   d) PRC staff responsible for uploading the Medicaid application cover sheet into REMS (if submitted).
   e) PRC staff to enter the date the Medicaid application was submitted in REMS under the Pre-Release Case page.
   f) PRC staff are responsible for enrolling patients in the Medication Grant Program (MGP) **at least 3 weeks prior to release** (when applicable, depending on county participation). MGP application form and guidance can be found at H:\Forensics\CBO\7. MGP.
      i) MGP enrollment form should be faxed to Magellan Health Services. Upon successful processing by Magellan, confirmation, as well as completed form (with MGP #) should be received within 48 hours of original fax. Send copy of returned enrollment form, and CPRI, to respective county MGP contact.
      ii) An MGP card is filled out with patient name, date of release and MGP #. This card is provided to the patient prior to release. See Policy 8.15 for details.
      iii) PRC staff are responsible for entering the MGP # on the discharge summary.
      iv) For counties that do not participate in MGP, please follow instructions located in the MGP here - H:\Forensics\CBO\7. MGP.

5

   v)  If a patient refuses MGP, their refusal should be noted on the discharge summary and on the discharge refusal form.

12) SSI/SSD applications should be submitted by PRC staff **at least 3 months prior to release** whenever possible.
   a)  With consent, PRC staff can contact the local Social Security Administration (SSA) to verify if the patient previously received benefits.
      i)  SSA contact information can be found via the CNYPC Intranet under Applications → Social Security Administration. Click on Contact Us then Find a Local Office.
      ii)  Individuals who were already receiving SSDI or were receiving SSI less than one year prior to incarceration will not need an application resubmitted as they will automatically be eligible upon release. The patient should be advised to follow-up with the local SSA office upon release to reinstate benefits.
      iii)  If SSA contact indicates benefits will reactivate or patient is eligible for aged benefits (age 65+) PRC staff should note this on the discharge summary.
   b)  If a patient refuses consent to contact the local SSA or to apply for SSI/SSDI, PRC staff should ask the patient to sign the refusal of services form. The patient's refusal should be noted on the discharge summary.
   c)  If an application is submitted, the date it was submitted should be noted on the discharge summary.
   d)  The PRC and/or patient may receive correspondence from SSA indicating approval or denial of SSI/SSDI. Any determination should be confirmed with the local SSA and the discharge summary should be updated to include such.
   e)  SSI/SSD application forms, examples and guidance can be found at H:\Forensics\CBO\SSA. See Policy 8.14 for details.

13) Housing Referrals: <u>An application for mental health housing should be completed for all patients who are SMI by community standard</u>, irrespective of whether they have proposed addresses. See Policies 8.13 for details.
   a)  **NYC Releases:** HRA application should be submitted online **10 weeks prior to release**. In order to complete the HRA application, an HRA Housing Consent must be completed. This form can be found on the HRA website (<u>https://a069-ra1.nyc.gov/dana-na/auth/url_77/welcome.cgi</u>)
      i)  Any treatment team recommendation for Level 2 housing will be discussed with the Pre-Release Supervisor <u>prior</u> to submitting the HRA application.
      ii)  Enter HRA submission date, who submitted the application and the outcome in REMS under the Housing Referrals tab on the Discharge Management page. Upload/Scan HRA determination letter into REMS. **Note date submitted on discharge summary.**

6

iii) Once HRA makes a determination the PRC staff member who submitted the HRA application will receive a generic email from HRA. PRC staff should return to the HRA website to review their submitted applications to determine which application has received a determination. PRC staff should review the Determination Letter to identify next steps.  If further clinical detail is required by HRA for determination, PRC should consult with PRC Supervisor for any questions and/or concerns on how to follow up HRA reviewer.  PRC needs to be prepared with a clinical rationale to support community care determination.  PRC Supervisor is responsible for updating REMS with appeal status.

    (1) PRC staff should consult with their Pre-Release Supervisor anytime the HRA determination = anything other than Community Care.

iv) Once HRA application has been approved, the full HRA application packet (i.e., HRA Summary, Mental Health Report, Vulnerability Assessment Report, NYC Housing & Homeless History Report, and Determination letter), RCS Referral Cover Sheet, and RCS Housing Consent must be forwarded to the Reentry Coordination System (RCS), along with the RCS application for mental health housing. All the above documents are considered the "RCS housing packet", which should be submitted to RCS via email **8 weeks prior to release**, CCing Pre-Release Supervisor.

    (1) RCS contact list located here - H:\Forensics\CBO\Contact Lists\RCS.

    (2) The RCS housing packet should be submitted in 1 PDF file, separate from the RCS Clinic and RCS Care Coordination referrals.

    (3) It is not necessary to encrypt emails to RCS as they are a secure domain.

    (4) Upload RCS housing packing to REMS.

v) RCS will send a confirmation email upon receipt of the referral. In addition, RCS will send a confirmation email upon transmission of referral to housing providers. This email will include a Provider Referral List. This list should be filed in the Correspondence section of the patient's chart.

    (1) PRC staff are responsible for ensuring these emails have been received and should follow up with RCS when necessary.

vi) Note date RCS housing packet was submitted on discharge summary.

vii) Enter housing referral information (including date RCS referral submitted, who submitted it, the outcome, and date of outcome) in REMS under the Housing Referrals tab on the Discharge Management Page. Update discharge summary with outcome as needed.

viii)     PRC staff are responsible for working with RCS to arrange for Video Teleconference (VTC) interviews or telephone interviews between the patient and potential housing providers as soon as possible. PRCs should prepare patients for housing interviews and attend the interview, when possible. If the PRC is unavailable, the primary therapist should attend.

Confidential

    (1) Enter housing provider information (including name of provider, date of housing interview/VTC, outcome date and outcome) in REMS under the Housing Provider tab within the Housing Referral tab. Update discharge summary with this information as needed.

    (2) For HIV + patients, it is recommended that their HIV status (including associated medications and treatment needs) be communicated directly to the housing provider, either during VTC or other communication.

ix) HASA Housing Options: For patients with HIV or AIDS, see guidance located @ H:\Forensics\CBO\1. Housing\4. HASA- NYC for additional referral options through HASA.

    (1) If HASA housing application is completed, PRC staff must enter housing referral information (including date referral submitted, who submitted it, the outcome, and date of outcome) in REMS under the Housing Referrals tab on the Discharge Management Page. Update discharge summary with this information as needed.

    (2) When applicable, enter housing provider information (including name of provider, date of housing interview/VTC, outcome date and outcome) in REMS under the Housing Provider tab within the Housing Referral tab. Update discharge summary with this information as needed.

x) VA Housing Options: For patients who are veterans, see guidance located @ H:\Forensics\CBO\Veterans Resources for additional referral options through the Veterans Administration (VA).

    (1) If VA housing application is completed, PRC staff must enter housing referral information (including date referral submitted, who submitted it, the outcome, and date of outcome) in REMS under the Housing Referrals tab on the Discharge Management Page. Update discharge summary with this information as needed.

    (2) When applicable, enter housing provider information (including name of provider, date of housing interview/VTC, outcome date and outcome) in REMS under the Housing Provider tab within the Housing Referral tab. Update discharge summary with this information as needed.

xi) Transitional Living Residence (TLR) Housing Options: TLRs include all state operated residences. Referrals for TLRs are determined by and coordinated through the Albany Pre-Release Services Department. PRC staff will be notified in real time if TLR placement is approved. Even if TLR placement is approved, PRC staff should continue all mental health housing efforts including VTC interviews until the patient's release from prison. All efforts should continue to be documented in REMS and on the discharge summary.

    (1) TLR referrals are tracked in the Housing Referrals tab in REMS. PRC staff are not responsible for entering this data. Instead, the Reentry Coordinator is charged with such.

8

Updated 7/1/2019

(2) All TLR requests from the County SPOA Coordinator or Parole should be directed to the Albany Pre-Release Unit Chief (Karin Rohs).

b) **Non-NYC ("Upstate") Releases:** PRC staff should submit the Single Point of Access (SPOA) application for mental health housing to the SPOA Coordinator in the County of Release **8 weeks prior to release.**

    i) Application should be submitted via fax or encrypted email. CC Pre-Release Supervisor.

       (1) Email SPOA Coordinator to confirm receipt and ensure packet is complete and being processed by SPOA.

    ii) Note date submitted and date confirmed with SPOA coordinator on discharge summary.

    iii) Enter housing referral information (including date SPOA referral submitted, who submitted it, the outcome, and date of outcome) in REMS under the Housing Referrals tab on the Discharge Management Page.

    iv) Upload SPOA/SPA application packet to REMS.

    v) PRC staff are responsible for ongoing communication with the SPOA Coordinator regarding the status of each referral. Detailed status of the referral should be noted in the discharge summary in real time and updated as needed. This may include VTC or telephone interviews, as requested.

    vi) Enter housing provider information (including name of provider, date of housing interview/VTC, outcome date and outcome) in REMS under the Housing Provider tab within the Housing Referral tab. Update discharge summary with this information as needed.

    vii) VA Housing Options: For patients who are veterans, see guidance located @ H:\Forensics\CBO\Veterans Resources for additional referral options through the Veterans Administration (VA).

       (1) If VA housing application is completed, PRC staff must enter housing referral information (including date referral submitted, who submitted it, the outcome, and date of outcome) in REMS under the Housing Referrals tab on the Discharge Management Page. Update discharge summary with this information as needed.

       (2) When applicable, enter housing provider information (including name of provider, date of housing interview/VTC, outcome date and outcome) in REMS under the Housing Provider tab within the Housing Referral tab. Update discharge summary with this information as needed.

    viii) Transitional Living Residence (TLR) Housing Options: TLRs include all state operated residences. Referrals for TLRs are determined by and coordinated through the Albany Pre-Release Services Department. PRC staff will be notified in real time if TLR placement is approved. Even if TLR placement is approved, PRC staff should continue all mental health housing

9

OMH-00068155

efforts including VTC interviews until the patient's release from prison. All
efforts should continue to be documented in REMS and on the discharge
summary.
   (1) TLR referrals are tracked in the Housing Referrals tab in REMS. PRC
       staff are not responsible for entering this data. Instead, the ReEntry
       Coordinator is charged with such.
   (2) All TLR requests from the County SPOA Coordinator or Parole should be
       directed to Albany Pre-Release Unit Chief.

14) Care Coordination Referrals: PRC staff should complete appropriate care
    coordination applications, depending on county of release, and keep the Senior
    Offender Rehabilitation Coordinator (SORC) informed as information is obtained.
    Referrals for care coordination do not require patient consent and should be
    submitted regardless of consent. Pre-Release Supervisors should be notified in
    these cases.

   a) **NYC Releases:** Care Coordination referrals should be submitted **6-8 weeks
      prior to release via email.** RCS contact list located @
      H:\Forensics\CBO\Contact Lists\RCS.
      i)   The RCS care coordination referral should be submitted in 1 PDF file,
           separate from the RCS Clinic and RCS Housing referrals.
      ii)  It is not necessary to encrypt emails to RCS as they are a secure domain.
      iii) RCS will send a confirmation email upon receipt of the referral. PRC staff are
           responsible for ensuring the referral has been received and should follow up
           with RCS when necessary.
      iv)  Note date RCS applications submitted on discharge summary and update
           status as needed.
      v)   Enter care coordination referral information (including type of referral, date
           referral submitted, who submitted it, the outcome, and date of outcome) in
           REMS under the Care Coordination Referral tab on the Discharge
           Management Page.
      vi)  RCS will assign a care coordinator prior to release and communicate the
           assignment to PRC staff via email. PRC staff are responsible for connecting
           with the assigned care coordinator **at least 3 weeks prior to release** and
           should offer to coordinate a conference call between the care coordinator
           and patient to facilitate the development of release plans.
      vii) If the patient doesn't have an approved address, the shelter address (i.e.,
           Bellevue Men's Shelter, Franklin Women's Shelter) should be provided to
           RCS.
      viii)    Enter Care Coordination plan details (including care coordination type,
           specific program, assigned care coordinator, contact info for CC) in REMS
           under the Care Coordination section of the Discharge Management page.

10

      ix) Referrals for Assertive Community Treatment (ACT)/Forensic Assertive Community Treatment (FACT) must be approved by the Albany Pre-Release Services Department prior to submission. PRC staff should notify the Reentry Coordinator (Cheryl Dedes) if the treatment team feels that a FACT referral is warranted. Also, if PRC staff are aware of a patient's prior connection (within past year) to a FACT team, they should notify the Reentry Coordinator. The Reentry Coordinator is responsible for following up with DOHMH to determine the current status of the FACT assignment.  The Reentry Coordinator is responsible for notifying RCS of withdrawal of care coordination for all cases assigned to FACT Team upon release.

         (1) PRC staff should submit the FACT application when the Pre-Release Services Department determines this is appropriate. PRC staff should follow the directions provided by the Reentry Coordinator. Guidance can be found @ H:\Forensics\CBO\4. Case Management\2. FACT\2. NYC FACT.

            (a) Enter care coordination referral information (including type of referral: NYC FACT, date referral submitted, who submitted it, the referral outcome, FACT outcome, and date of outcome) in REMS under the Care Coordination Referral tab on the Discharge Management Page.

         (2) If a FACT referral is made but there are no FACT slots available, RCS may offer Shelter ACT services. PRC staff should follow the directions provided by the ReEntry Coordinator.

   b) **Non-NYC ("Upstate") Releases:** PRC staff should submit the Single Point of Access (SPOA) application for care coordination to the SPOA Coordinator in the County of Release **6-8 weeks prior to release**.

      i)   Note date SPOA application submitted on discharge summary and update status as needed.

      ii)  Enter care coordination referral information (including type of referral, date referral submitted, who submitted it, the outcome, and date of outcome) in REMS under the Care Coordination Referral tab on the Discharge Management Page.

      iii) PRC staff is responsible for following-up with the County SPOA Coordinator to facilitate access to care coordination on release. PRC is responsible for connecting with the care coordinator **at least 3 weeks prior to release** and should offer to coordinate a conference call between the care coordinator and patient to facilitate the development of release plans.

      iv) Enter Care Coordination plan details (including care coordination type, specific program, assigned care coordinator, contact info for CC) in REMS under the Care Coordination section of the Discharge Management Page.

11

OMH-00068157

    v) Referrals for Assertive Community Treatment (ACT)/Forensic Assertive Community Treatment (FACT) must be approved by the Pre-Release Services Department prior to submission. PRC staff should notify the ReEntry Coordinator if the treatment team feels that a FACT referral is warranted.

        (1) PRC staff should submit the FACT application when the Pre-Release Services Department determines this is appropriate. PRC staff should follow the directions provided by the ReEntry Coordinator. Guidance can be found @ H:\Forensics\CBO\4. Case Management\2. FACT\3. Upstate FACT.

        (2) Enter care coordination referral information (including type of referral: Upstate FACT, date referral submitted, who submitted it, the referral outcome, FACT outcome, and date of outcome) in REMS under the Care Coordination Referral tab on the Discharge Management Page.

15) Mental Health Clinic Referrals: Referrals to licensed mental health clinic services should be provided for patients. Patient input regarding community referrals should be solicited and incorporated into the referral. Appointments should occur within one week following release. When patients refuse clinic referrals PRC staff should secure a clinic appt at a NYS OMH operated clinic and note this on the discharge summary. OMH operated clinics can be located using the CNYPC intranet. Go to Pre-Release Services then click on OMH Licensed Provider. Patient consent is not required for such. See Policy 8.12 for details.

    a) **NYC Releases:** Clinic Referrals are to be submitted **6-8 weeks prior to release**.

      i) Referrals for licensed mental health clinic services should be completed through the Reentry Coordination System (RCS). Patient input regarding community referrals should be solicited and incorporated into the referral.

        (1) The RCS clinic referral should be submitted in 1 PDF file, separate from the RCS Care Coordination and RCS Housing referrals.

        (2) It is not necessary to encrypt emails to RCS as they are a secure domain.

      ii) RCS will send a confirmation email upon receipt of the referral. PRC staff are responsible for ensuring the referral has been received and should follow up with RCS when necessary.

      iii) RCS will assign a clinic prior to release and communicate the assignment to PRC staff via email. PRC staff are responsible for ensuring the assigned provider is aware of any prescribed injectable medication, including the date due in the community. This must be noted on the discharge summary.

      iv) Enter clinic appointment information in REMS under the Clinic Appointments section of the Discharge Management Page.

    b) **Non NYC ("Upstate") Releases:** Clinic Referrals are to be submitted **6-8 weeks prior to release** via County SPOA Coordinator.

12

OMH-00068158

      i) Note date SPOA application submitted on discharge summary and update status as needed.

      ii) PRC staff are responsible for ensuring the assigned provider is aware of any prescribed injectable medication, including the date due in the community. This must be noted on the discharge summary.

      iii) Enter clinic appointment information in REMS under the Clinic Appointments section of the Discharge Management Page.

16) PRC staff are responsible for finalizing the discharge plan **2 weeks** prior to release, including the following:

   a) If it is an AOT case, PRC staff must coordinate with AOT clinician and Pre-Release Supervisor regarding responsibilities in finalizing discharge plan. AOT staff will have a warm hand off phone call with PRC staff upon approval to move forward with AOT process.

   b) Courtesy drop offs will be coordinated by PRC staff for patients who are maxing out with no PRS **3 weeks prior to release**. Options can include friend/family pick up at CF or DOCCS transport to care coordination agency, DSS, area parole office, DSS, etc. PRC staff responsible for finalizing who will meet patient on day of release and where. Guidance and templated email for reaching out to DOCCS is located at:  H:\Forensics\CBO\Email Templates. Parole and CM.

   c) PRC staff will coordinate day of release plans with case manager **3 weeks prior to release** to ensure CM meets patient at parole to escort to approved housing. Document contact, status and confirmation on discharge summary. PRC Supervisor will be notified if PRC staff are unable to obtain. Guidance and templated email for arranging day of release plan is located @ H:\Forensics\CBO\Email Templates. Parole and CM.

   d) PRC staff will contact and confirm field parole assignment **8 weeks prior to release** and then confirm transport address **3 weeks prior to release**.

      i) Document confirmation on discharge summary with PRC initials and date confirmed.

      ii) Confirm the Parole Bureau, PO and SPO are accurate in REMS. These are listed under the Post-Release section of the Pre-Release Case Page. If they are accurate then no further effort is required with regards to this. If they are not accurate then PRC staff must enter the correct information in these fields.

   e) PRC staff to ensure all progress notes are uploaded/scanned into REMS including one within 4 weeks of release to confirm stability for Albany Pre-Release Clinician.

   f) PRC staff will secure clinic appointment **at least 3 weeks prior to release**.

      i) Enter clinic appointment information in REMS under the Clinic Appointments section of the Discharge Management Page.

13

OMH-00068159

g) PRC staff are responsible for finalizing the housing plan, including final address approval, **2-4 weeks prior to release**. Guidance and templated emails for both expedite review of address and status of homelessness approval are located at: H:\Forensics\CBO\Email Templates. Parole and CM.

   i) Enter the release address details in REMS on the Discharge Management Page. Ensure the County is entered and accurate.

h) **PRC staff to notify their Pre-Release Supervisor if any difficulty securing complete plan 2 weeks prior to release.**

i) PRC staff are responsible for ensuring inter-facility scripts are sent to facility pharmacy, as well as following up prior to release to ensure scripts are filled/ready for the patients release.

j) If patient on IM, PRC staff to ensure clinic and CM is aware of when it is due in the community. This information should be included in the discharge summary. If the IM needs to be given earlier than anticipated due to plan to Intransit then it should be given by owning facility (when possible and approved by MD).

k) PRC to sign out patient within 48 hours of release/Close out in CNET and ensure all required fields are completed in REMS.

l) The final Discharge Summary should be presented to the patient within one week prior to release. The patient receives the first page of his discharge summary along with the Community Resource Guide for the County that he/she is returning to.

   i) PRC to upload the final signed discharge summary to REMS. The final summary must be signed by both the clinician and MD/NP provider prior to upload. Instructions located here - H:\Forensics\CBO\13. REMS\3. Training.

m) Please note that ALL information that is required to be entered into REMS must be done by close of business the day the patient releases from prison.

## Non SMI Releases
### (i.e., level 1 pts & S designated pts with non-community standard SMI dx)

1) PRC staff schedule an initial session with the patient **3-6 months prior to release** and continue to meet with the patient at least monthly through release from prison.

2) PRC staff are expected to review all available mental health history and criminal history as well as plans for release with patient **at initial PRC call out**, and document such in a progress note.

    a. If proposed residence provided: PRC to call the person to confirm viable release plan with patient consent, note address and status of call on discharge summary. PRC to inform ORC and send email to field parole

14

OMH-00068160

using template located @ H:\Forensics\CBO\Email Templates. Parole and CM. PRC staff will follow up as needed.

3) PRC staff should begin working on the discharge summary **3-6 months prior to DOCCS anticipated release date of the patient**. The discharge summary must be saved in the G drive under the Upcoming Releases folder for the appropriate CF. If a patient has been incarcerated previously and received OMH services, PRC staff should review the prior discharge summary in REMS (located within the Inmate Folder).

4) PRC staff are responsible for assigning themselves as the Assigned PRC in REMS as well as entering the PRC Assigned Date, which represents the date they began discharge planning for the patient.

5) PRC staff are responsible for ensuring the Level 1, Non SMI patient is not SMI and does not require this level of discharge plan.
   a. Please see the Non SMI Level 1 Clinical Flags for PRC's document located here, for further details: H:\Forensics\CBO\0.1 PRC Training Tools\2. PRC Discharge Planning Workflow\Level 1 Clinical Flags.

6) Scanning documentation into REMS **and responding to Albany Pre-Release emails/requests**.
   a. Upload/Scan into REMS: All available community/hospitalization records, PSR (if not already uploaded), last 3 months of signed PT/MD/PRC notes, and any RCTP notes from the past year. PRC staff are responsible for continuing to upload any and all progress notes into REMS throughout the discharge planning process.
      i. Enter details regarding community/hospitalization records requested and/or received in the Records Tab in REMS.

7) Submitting NYC Medicaid applications (when applicable) **30 days prior to release**.
   a. Upload Medicaid application cover sheet into REMS (if submitted).
   b. Enter the date the Medicaid application was submitted in REMS under the Pre-Release Case page.

8) PRC staff will contact and confirm field parole assignment **8 weeks prior to release**.
   a. Document confirmation on discharge summary with PRC initials and date confirmed.
   b. Confirm the Parole Bureau, PO and SPO are accurate in REMS. These are listed under the Post-Release section of the Pre-Release Case Page. If they are accurate then no further effort is required with regards to this. If they are not accurate then PRC staff must enter the correct information in these fields.

15

Updated 7/1/2019

PRC staff are responsible for finalizing the discharge plan **2 weeks** prior to release, including the following:

1) PRC staff to ensure all progress notes are uploaded/scanned into REMS including one within 4 weeks of release to confirm stability for Albany Pre-Release Clinician.

2) PRC staff are responsible for enrolling patients in the Medication Grant Program (MGP) **at least 3 weeks prior to release** (when applicable, depending on county participation). MGP application form and guidance can be found at H:\Forensics\CBO\7. MGP.

    (1) MGP enrollment form should be faxed to Magellan Health Services. Upon successful processing by Magellan, confirmation, as well as completed form (with MGP #) should be received within 48 hours of original fax. Send copy of returned enrollment form, and CPRI, to respective county MGP contact.

    (2) An MGP card is filled out with patient name, date of release and MGP #. This card is provided to the patient prior to release. See Policy 8.15 for details.

    (3) PRC staff are responsible for entering the MGP # on the discharge summary.

    (4) For counties that do not participate in MGP, please follow instructions located in the MGP here - H:\Forensics\CBO\7. MGP.

    (5) If a patient refuses MGP, their refusal should be noted on the discharge summary and on the discharge refusal form.

3) Securing clinic appointment at least **3 weeks prior to release.**

    (1) Enter clinic appointment information in REMS under the Clinic Appointments section of the Discharge Management Page.

4) PRC staff are responsible for finalizing the housing plan, including final address approval, **2-4 weeks prior to release**. Guidance and templated emails for both expedite review of address and status of homelessness approval are located at:  H:\Forensics\CBO\0.5 Email Templates. Parole and CM.

    (1) Enter the release address details in REMS on the Discharge Management Page. Ensure the County is entered and accurate.

5) Ensuring scripts are sent/filled to facility pharmacy.

6) PRC to sign out patient within 48 hours of release/Close out in CNET and ensure all required fields are completed in REMS.

7) PRC to upload the final signed discharge summary to REMS. The final summary must be signed by both the clinician and MD/NP provider prior to upload. Instructions located @ H:\Forensics\CBO\13. REMS\3. Training.

8) Please note that ALL information that is required to be entered into REMS must be done by close of business the day the patient releases from prison.

16