# EXHIBIT 14

**To:** Milone, Ralph F (OMH)[Ralph.Milone@omh.ny.gov]; Gueye, El Hadji (OMH)[ElHadji.Gueye@omh.ny.gov]; Vasquez-Rojas, Iris (OMH)[Iris.Vasquez-Rojas@omh.ny.gov]; Kancyr, Lisa (OMH)[Lisa.Kancyr@omh.ny.gov]; Velazquez-Denapoli, Lisa M (OMH)[Lisa.Velazquez-Denapoli@omh.ny.gov]
**Cc:** Rohs, Karin E (OMH)[Karin.Rohs@omh.ny.gov]; Nadratowski, Christine G (OMH)[Christine.Nadratowski@omh.ny.gov]
**From:** Luguri, Leta B (OMH)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=109A51B99AB7460C9250A10F693101D5-LUGURI, LET]
**Sent:** Thur 9/6/2018 11:05:31 AM (UTC-04:00)
**Subject:** FW: [REDACTED]

Just wanted to make sure everyone knew that DOCCS agreed to 9/10 RD for [REDACTED]

**Leta Byrne Luguri**
Psychologist 2, CNYPC Pre-Release Services/Bureau of Diversion, Reentry & Community Education

**New York State Office of Mental Health**
Attn: CDPC Unit B – Pre-release & Re-entry Services
44 Holland Avenue, Albany, New York 12229
518.402.8016 | 518.956.9450 (F) | Leta.Luguri@omh.ny.gov
www.omh.ny.gov

---

**From:** Luguri, Leta B (OMH)
**Sent:** Wednesday, September 05, 2018 12:46 PM
**To:** DOCCS.sm.CentralOffice.CM.OMHRELEASES <CMOMHRELEASES@doccs.ny.gov>; Doccs.sm.Fishkill.IRC <DoccsFishkillIRC@doccs.ny.gov>; DOCCS.sm.Fishkill.Guidance <DOCCS.sm.Fishkill.Guidance@doccs.ny.gov>
**Cc:** Arroyo, Jacqueline (DOCCS) <Jacqueline.Arroyo@doccs.ny.gov>; Rohs, Karin E (OMH) <Karin.Rohs@omh.ny.gov>
**Subject:** RE: [REDACTED]

Thank you. OMH will plan for 9/10 release.

**Leta Byrne Luguri**
Psychologist 2, CNYPC Pre-Release Services/Bureau of Diversion, Reentry & Community Education

**New York State Office of Mental Health**
Attn: CDPC Unit B – Pre-release & Re-entry Services
44 Holland Avenue, Albany, New York 12229
518.402.8016 | 518.956.9450 (F) | Leta.Luguri@omh.ny.gov
www.omh.ny.gov

---

**From:** DOCCS.sm.CentralOffice.CM.OMHRELEASES
**Sent:** Wednesday, September 05, 2018 12:41 PM
**To:** Doccs.sm.Fishkill.IRC <DoccsFishkillIRC@doccs.ny.gov>; DOCCS.sm.Fishkill.Guidance <DOCCS.sm.Fishkill.Guidance@doccs.ny.gov>
**Cc:** Arroyo, Jacqueline (DOCCS) <Jacqueline.Arroyo@doccs.ny.gov>; Luguri, Leta B (OMH) <Leta.Luguri@omh.ny.gov>; Rohs, Karin E (OMH) <Karin.Rohs@omh.ny.gov>
**Subject:** FW: [REDACTED]

Inmate will not be able to release tomorrow since a SMI discharge plan has not been completed. Please change release date to 9/10 to give OMH time to complete the d/c plan.

**Michael Erlwein**
Transportation Coordinator / CSC

Department of Corrections and Community Supervision
Office of Classification and Movement
The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226
518-457-6022 | michael.erlwein@doccs.ny.gov

---

**From:** Lieber, Thomas S (DOCCS)

**Sent:** Wednesday, September 05, 2018 12:05 PM
**To:** DOCCS.sm.CentralOffice.CM.OMHRELEASES <CMOMHRELEASES@doccs.ny.gov>
**Cc:** Rhoades, Laura M (DOCCS) <Laura.Rhoades@doccs.ny.gov>; Arroyo, Jacqueline (DOCCS) <Jacqueline.Arroyo@doccs.ny.gov>; Luguri, Leta B (OMH) <Leta.Luguri@omh.ny.gov>
**Subject:** RE: [redacted]

Mike,
OMH discharge planners definitely need to weigh in on the release date. Work with Fishkill and OMH to advise about postponement until it can be approved by OMH.

**Thomas S. Lieber**
Assistant Director
of Classification and Movement

New York State Department of Corrections
and Community Supervision
Office of Classification and Movement
1220 Washington Avenue, Bldg #2
Albany, NY 12226
phone: 518-485-7231
fax: 518-453-8472
Thomas.Lieber@doccs.ny.gov
www.doccs.ny.gov

---

**From:** DOCCS.sm.CentralOffice.CM.OMHRELEASES
**Sent:** Wednesday, September 05, 2018 11:35 AM
**To:** Lieber, Thomas S (DOCCS) <Thomas.Lieber@doccs.ny.gov>
**Subject:** FW: [redacted]
**Importance:** High

Can we wait until 9/10? He's RTF, correct?

**Michael Erlwein**
Transportation Coordinator / CSC

Department of Corrections and Community Supervision
Office of Classification and Movement
The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226
518-457-6022 | michael.erlwein@doccs.ny.gov

---

**From:** Luguri, Leta B (OMH)
**Sent:** Wednesday, September 05, 2018 11:19 AM
**To:** DOCCS.sm.CentralOffice.CM.OMHRELEASES <CMOMHRELEASES@doccs.ny.gov>
**Cc:** Rohs, Karin E (OMH) <Karin.Rohs@omh.ny.gov>; Stowater, Pamela (OMH) <Pamela.Stowater@omh.ny.gov>
**Subject:** RE: [redacted]
**Importance:** High

He was not on our radar as we were never informed of the new release date or approved address. The patient is SMI and therefore we are requesting adequate time to put together a SMI discharge plan. Would you be able to work with a Monday 9/10 release? If not, how about Friday 9/7?

**Leta Byrne Luguri**
Psychologist 2, CNYPC Pre-Release Services/Bureau of Diversion, Reentry & Community Education

**New York State Office of Mental Health**
Attn: CDPC Unit B – Pre-release & Re-entry Services
44 Holland Avenue, Albany, New York 12229

518.402.8016 | 518.956.9450 (F) | Leta.Luguri@omh.ny.gov
www.omh.ny.gov

---

**From:** DOCCS.sm.CentralOffice.CM.OMHRELEASES
**Sent:** Wednesday, September 05, 2018 9:06 AM
**To:** Luguri, Leta B (OMH) <Leta.Luguri@omh.ny.gov>; Rohs, Karin E (OMH) <Karin.Rohs@omh.ny.gov>; Stowater, Pamela (OMH) <Pamela.Stowater@omh.ny.gov>
**Cc:** DOCCS.sm.CentralOffice.CM.OMHRELEASES <CMOMHRELEASES@doccs.ny.gov>
**Subject:** FW: [REDACTED]
**Importance:** High

Good morning,

Fishkill is looking to release the above 2S inmate *tomorrow* but I don't see anything in Ashleys mail regarding him. Is he on your radar?

**Michael Erlwein**
Transportation Coordinator / CSC

Department of Corrections and Community Supervision
Office of Classification and Movement
The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226
518-457-6022 | michael.erlwein@doccs.ny.gov

---

**From:** Lieber, Thomas S (DOCCS)
**Sent:** Wednesday, September 05, 2018 9:02 AM
**To:** DOCCS.sm.CentralOffice.CM.OMHRELEASES <CMOMHRELEASES@doccs.ny.gov>
**Subject:** FW: [REDACTED]
**Importance:** High

Mike,
Are you aware? Fishkill is looking to release on 09/06. I don't see an email from OMH about transport…

**Thomas S. Lieber**
Assistant Director
of Classification and Movement

New York State Department of Corrections
and Community Supervision
Office of Classification and Movement
1220 Washington Avenue, Bldg #2
Albany, NY 12226
phone: 518-485-7231
fax: 518-453-8472
Thomas.Lieber@doccs.ny.gov
www.doccs.ny.gov

---

**From:** Rhoades, Laura M (DOCCS) **On Behalf Of** Doccs.sm.Fishkill.IRC
**Sent:** Wednesday, September 05, 2018 8:16 AM
**To:** Bartlett, Ashley A (DOCCS) <Ashley.Bartlett@doccs.ny.gov>; Lieber, Thomas S (DOCCS) <Thomas.Lieber@doccs.ny.gov>
**Cc:** Doccs.sm.Fishkill.IRC <DoccsFishkillIRC@doccs.ny.gov>
**Subject:** FW: [REDACTED]
**Importance:** High

9-6-18 RTF Release – OMH 2S – Please advise

---

**From:** Arroyo, Jacqueline (DOCCS)

**Sent:** Tuesday, September 04, 2018 1:18 PM
**To:** Lockwood, Beverly Y (DOCCS) <Beverly.Lockwood@doccs.ny.gov>; Campbell, Laurie A (DOCCS) <Laurie.Campbell@doccs.ny.gov>; Heady, Mark (DOCCS) <Mark.Heady@doccs.ny.gov>; Singletary, Erik F (DOCCS) <Erik.Singletary@doccs.ny.gov>; Doccs.sm.Fishkill.IRC <DoccsFishkillIRC@doccs.ny.gov>
**Cc:** Scott, Heather A (DOCCS) <Heather.Scott@doccs.ny.gov>; Gonzalez, Christina M (DOCCS) <Christina.Gonzalez@doccs.ny.gov>; Bartlett, Ashley A (DOCCS) <Ashley.Bartlett@doccs.ny.gov>
**Subject:** RE [redacted]

The subject will be released on Thursday, 9/6/18.

Best Regards,
**Jacqueline Arroyo**
Program Aide

Department of Corrections and Community Supervision
Fishkill CF, 18 Strack Drive, Beacon, NY 12508
845-831-4800 x 1116 I Jacqueline.Arroyo@doccs.ny.gov

www.doccs.ny.gov

---

**From:** Lockwood, Beverly Y (DOCCS)
**Sent:** Tuesday, September 04, 2018 12:38 PM
**To:** Campbell, Laurie A (DOCCS) <Laurie.Campbell@doccs.ny.gov>; Heady, Mark (DOCCS) <Mark.Heady@doccs.ny.gov>; Singletary, Erik F (DOCCS) <Erik.Singletary@doccs.ny.gov>
**Cc:** Scott, Heather A (DOCCS) <Heather.Scott@doccs.ny.gov>; Arroyo, Jacqueline (DOCCS) <Jacqueline.Arroyo@doccs.ny.gov>; Gonzalez, Christina M (DOCCS) <Christina.Gonzalez@doccs.ny.gov>; Bartlett, Ashley A (DOCCS) <Ashley.Bartlett@doccs.ny.gov>
**Subject:** RE: [redacted]

Parolee has an approved address and we will need 48-72 hours for release.

Current Area: NASS NASSAU    Created Area: NASS NASSAU
SPO: 0413 CHUNG,ROGER    SPO: 0415 POUGH,WAYNE
PO: 9998 PO,UNK BABB    PO: 0168 BABB,SHENIKA
DIN: [redacted]
Status: APPROVED  Start: 07/10/2018  End: 07/10/2018
Addr.Code: 00275    Is Address SARA Compliant?: .
Addr.Name: BRIDGES OF FREEPORT    Type: HALFWAY HOUSE
Street: 290 SOUTH OCEAN AVE    Apt.: ..........  Floor: ..
City: FREEPORT    State: NEW YORK    Zip: 11520-4939
County: NASSAU    Prct: ...    Country: UNITED STATES
County Placement Rsn: UNDOMICILED RELEASE AND LKA IN THIS CNTY
Phone No.: 516-608-9975 Ext.: .....    c/o Name: .............................
Comments: ..................................................................

---

**From:** Campbell, Laurie A (DOCCS)
**Sent:** Friday, August 31, 2018 1:54 PM
**To:** Heady, Mark (DOCCS) <Mark.Heady@doccs.ny.gov>
**Cc:** Lockwood, Beverly Y (DOCCS) <Beverly.Lockwood@doccs.ny.gov>
**Subject:** FW: [redacted]

RTF

---

**From:** Singletary, Erik F (DOCCS)
**Sent:** Thursday, August 30, 2018 2:57 PM
**To:** Heady, Mark (DOCCS) <Mark.Heady@doccs.ny.gov>; Campbell, Laurie A (DOCCS) <Laurie.Campbell@doccs.ny.gov>
**Cc:** Chung, Roger A (DOCCS) <Roger.Chung@doccs.ny.gov>; Arroyo, Martin D (DOCCS) <Martin.Arroyo@doccs.ny.gov>; Brown,

Sheryll M (DOCCS) <Sheryll.Brown@doccs.ny.gov>; Pierce, Nicholas (DOCCS) <Nicholas.Pierce@doccs.ny.gov>
**Subject:** [redacted]

Good Afternoon,

Please be advised housing has been located for the subject. The subject was accepted by Bridges of Freeport located at 290 South Ocean Avenue, Freeport, NY 11520. Please make arrangement for the subject to be released.

Subject must make his arrival report within 24 hours of his release to the Nassau Area Office located at 250 Fulton Avenue, Hempstead, NY 11550 to PO Pierce.

Thank you.

**Erik Singletary**
Reentry Manager

NYS Department of Corrections and Community Supervision
Queens/Long Island Region/Re-Entry Operations
92-36 Merrick Boulevard, Jamaica, New York 11433
(718)-558-5193 (T) | (646) 358-9237(M) | (718) 558--8685 (F) ) | Erik.Singletary@doccs.ny.gov

www.doccs.ny.gov

IMPORTANT NOTICE:
This e-mail is meant only for the use of the intended recipient. It may contain confidential information which is legally privileged or otherwise protected by law. If you received this e-mail in error or from someone who was not authorized to send it to you, you are strictly prohibited from reviewing, using, disseminating, distributing or copying the e-mail. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND DELETE THIS MESSAGE FROM YOUR SYSTEM. Thank you for your cooperation.