# EXHIBIT 17



ANDREW M. CUOMO
Governor

HOWARD A. ZUCKER, M.D., J.D.
Acting Commissioner, DOH

ANN MARIE T. SULLIVAN, M.D.
Commissioner, OMH

ARLENE GONZALEZ-SANCHEZ, M.S.,
Commissioner, OASAS

# New York Request for Qualifications for Adult Behavioral Health Benefit Administration:

# Managed Care Organizations and Health and Recovery Plans

July 3, 2015

MG-Class00034814

# 1.0 Background

## 1.1 Vision

New York seeks to create an environment where managed care plans, service providers, peers, families, and government partner to help members prevent chronic health conditions and recover from serious mental illness and substance use disorders. The partnership will be based on the following values:

1. *Person-Centered Care:* Care should be self-directed whenever possible and emphasize shared decision-making approaches that empower members, provide choice, and minimize stigma. Services should be designed to optimally treat illness and emphasize wellness and attention to the entirety of the person.

2. *Recovery-Oriented:* The system should include a broad range of services that support recovery from mental illness and/or substance use disorders. These services support the acquisition of living, vocational, and social skills, and are offered in settings that promote hope and encourage each member to establish an individual path towards recovery.

3. *Integrated:* Service providers should attend to both physical and behavioral health needs of members, and actively communicate with care coordinators and other providers to ensure health and wellness goals are met. Care coordination activities should be the foundation for care plans, along with efforts to foster individual responsibility for health awareness.

4. *Data-Driven:* Providers and plans should use data to define outcomes, monitor performance, and promote health and wellbeing. Plans should use service data to identify high-risk/high-need members in need of focused care management. Performance metrics should reflect a broad range of health and recovery indicators beyond those related to acute care.

5. *Evidence-Based:* The system should incentivize provider use of evidence-based practices (EBPs) and provide or enable continuing education activities to promote uptake of these practices.[2] NYS intends to partner with plans to educate and incentivize network providers to deliver EBPs. The NYS Office of Mental Health provides technical assistance through entities such as the Center for Practice Innovations at Columbia University/New York State Psychiatric Institute as well as the Managed Care Technical Assistance Center (a partnership between McSilver Center at NYU and CASA Columbia) Additionally, the Northeast Addition Technology Transfer Center provides technical assistance with EBP's for Substance Use Disorder programs.

## 1.2 The Current System of Care

**The Mental Health System:** The past 30 years have seen a transformation of the public mental health system. The State operated adult psychiatric hospital census has declined from over 20,000 to under 2,900. Access to outpatient treatment, community supports, rehabilitation, and general hospital psychiatric inpatient services have dramatically

---

[2] For review of EBPs for individuals with serious mental illness see: Dixon LD, Schwarz EC: Fifty years of progress in community mental health in US: the growth of evidence-based practices. *Epidemiology and Psychiatric Sciences,* published on-line November 12, 2013, DOI: 10.1017/S2045796013000620

8

Case 7:19-cv-00639-CS-AEK   Document 273-17   Filed 09/08/23   Page 4 of 5

NEW YORK REQUEST FOR QUALIFICATIONS FOR
BEHAVIORAL HEALTH BENEFIT ADMINISTRATION

STATE OF NEW YORK
MANAGED CARE ORGANIZATIONS AND
HEALTH AND RECOVERY PLANS

expanded. More than 38,000 units of state supported community housing for people living with mental illness have been developed. These community based resources have created a safety net which has helped the mental health system to evolve from a primarily hospital focused system to one of community support. The emergence of the peer recovery and empowerment movement in the 1990s has stimulated the shift in focus from support to recovery. The legal system's expansion of civil rights to include people with mental illness, as part of Olmstead Legislation and Americans with Disabilities Act, has begun to move policy from the concept of least restrictive setting to full community inclusion.

As a result of the growth in community services, OMH now funds and licenses more than 2,500 mental health programs serving 700,000 people annually. These programs are operated by the State, local governments, not-for profit agencies and for profit organizations. They provide outpatient and inpatient treatment, rehabilitation, emergency services, housing, community support and vocational services. The majority of services are delivered to individuals with a serious mental illness (SMI) or children and adolescents who have a serious emotional disturbance (SED). These individuals suffer from the most difficult and complex mental health conditions and often have co-morbid physical health and substance use ailments.

Funding for the system's array of services is a complex mix of Medicaid, State aid, county support, other funding, and private insurance. The Medicaid program is the State's largest payor for mental health services, and accounts for 48% of the public mental health system. Inpatient psychiatric services in discrete psychiatric units of general hospitals, private psychiatric hospitals and OMH-operated psychiatric centers represent $3.67 billion of total mental health spending.

As a result of history, population, funding, and local priorities, the structure and content of mental health services vary considerably by region and county. For a more complete overview of the New York Mental Health System, follow the links to OMH documents:

1. 2012 OMH 5.07 Plan
2. OMH Statistics and Reports

**The Substance Use System:** OASAS plans, develops and regulates the State's system of substance use disorder and gambling treatment agencies. This includes the direct operation of 12 Addiction Treatment Centers, which provide inpatient rehabilitation services to approximately 10,000 persons per year. In addition, the Office licenses, funds, and supervises nearly 1,000 community-based substance use disorder treatment programs, which serve about 100,000 persons on any given day and 245,000 unique individuals annually in a wide range of comprehensive services. The agency inspects and monitors these programs to guarantee quality of care and to ensure compliance with State and national standards.

Substance Use Disorders are chronic health conditions that often co-occur with associated mental health and physical health problems. Treatment is focused on life-long recovery and disease management skills including management of co-occurring disorders and a holistic plan for regaining health. Peer support, housing, family, social and spiritual supports are integral to successful treatment. Patients should receive care that is evidence-based

Case 7:19-cv-00639-CS-AEK  Document 273-17  Filed 09/08/23  Page 5 of 5

NEW YORK REQUEST FOR QUALIFICATIONS FOR
BEHAVIORAL HEALTH BENEFIT ADMINISTRATION

STATE OF NEW YORK
MANAGED CARE ORGANIZATIONS AND
HEALTH AND RECOVERY PLANS

including addiction and/or psychotropic medications when indicated by their history and symptoms.

Too many patients with SUD are re-admitted to crisis or inpatient services within a 12 month period because they were not connected to effective community based clinical and recovery services. In 2011, 91,734 people were admitted to a crisis level of service and 39,126 were admitted to an inpatient program. Of the 130,860 inpatient and detox admissions in CY 2011, 16,027 (12.3%) were linked to a community service within 14 days of discharge and 57,717 (44.1%) were readmitted to an inpatient or detox within 12 months. We need to build care coordination and recovery supports in the community to reduce unnecessary readmissions and improve outcomes for patients in SUD treatment.

For a more complete overview of the New York Substance Use Disorder System, follow the link to OASAS Planning Documents:

1. OASAS Statewide Comprehensive Plan
2. OASAS Planning Resources

## 1.3 Medicaid Redesign: Many Challenges Remain

While much progress has been made, achieving NY's vision for improved behavioral health and physical health, recovery, and community integration requires that public policy continue to be redesigned and resources reallocated. For many adults with serious mental illness and substance use disorder, the broad array of treatment options is difficult to navigate. The current service system does not always ensure priority access to individuals with the highest needs. Services provided by different clinicians are not always well-coordinated, and payments for services provided are not always structured to provide incentives that promote recovery.

Data collected through New York State's BHO I initiative shows that despite the efforts of many committed professionals, the connectivity from inpatient psychiatric care and/or inpatient detoxification to outpatient care – both behavioral health and physical health – remains low and hospital readmission rates remain high (see Attachment F for summary of BHO Phase I concurrent review activities and findings). Medicaid's behavioral health resources are still largely unmanaged and services are paid through a fee for service model which lacks accountability for outcomes and leads to fragmentation of care. A listing of system problems illustrates this.

i. More than 20% of people discharged from general hospital psychiatric units are readmitted within 30 days. The majority of these readmissions are to a different hospital.

ii. Discharge planning often lacks strong connectivity to outpatient aftercare and there is a lack of assertive engagement and accountability in ambulatory care. This weak accountability and proactive engagement contributes to readmissions, overuse of emergency rooms, poor outcomes, and public safety concerns.

iii. There is a lack of care coordination for people with serious SUD problems which leads to poor linkage to care following a crisis or inpatient treatment.

iv. A significant percentage of the homeless singles population has serious mental illness and/or substance use disorder.

MG-Class00034824