# EXHIBIT 18

# Mental Health, Office of

## Mission

The Office of Mental Health's (OMH) mission is to promote the mental health of all New Yorkers, with a particular focus on facilitating hope and recovery for adults and children with serious mental illness or emotional disturbances.

## Organization and Staffing

The Office of Mental Health (OMH) has a Central Office in Albany, which oversees State Operated and Local Programs, and the State directly operates 24 psychiatric facilities. The Local Programs are delivered by a combination of local government and community-based service providers; oversight is provided by OMH's Central Office program and fiscal staff, and by five regional Field Office Directors, who work with local Directors of Community Services, regional program and fiscal staff, and report to the Commissioner. The overall workforce is projected to increase by 6 FTEs to 13,875 in FY 2023.

## Budget Highlights

The Executive Budget provides $5.1 billion in All Funds appropriations, a net increase of $630.5 million from FY 2022, reflecting investments in the State and not-for-profit workforce through the Human Services cost of living adjustment (COLA), healthcare and mental hygiene worker bonuses and minimum wage increases, and continued investment in community-based services.

The Executive Budget demonstrates Governor Hochul's commitment to enhancing and expanding OMH community services to ensure people have access to the most appropriate and cost-effective community setting. OMH has continued to strengthen its service offerings in recent years by expanding supported housing units throughout the State, providing additional peer support services, and developing new services such as mobile crisis teams. Since FY 2015, the expansion in community-based services has resulted in nearly 106,000 previously unserved individuals including over 2,100 individuals served in reinvestment-funded supported housing beds. The success of these community investments has resulted in the reduction of nearly 800 unnecessary, vacant inpatient beds over the same period.

The Budget advances efforts that improve quality and expand capacity of services in the community. Specifically, the Budget will:

- **Support the Federal Creation of a 988 Crisis Hotline.** The Budget includes $35 million in FY 2023, increasing to $60 million in FY 2024, to support the implementation of the 988 Crisis Hotline in New York State; and legislation to authorize expanded supports and services and ensure the continuation of current suicide prevention call center resources.

- **Strengthen Suicide Prevention to Combat Increased Mental Health Challenges due to the Pandemic.** The Budget will enhance mental health and suicide prevention programs available for youth and families experiencing a mental health crisis. This includes an investment of $10 million to fund the expansion of the Home-Based Crisis Intervention (HBCI) program and the establishment of a Mental Wellness Community Workforce.

- **Establish Safe Options Support Teams.** OMH will partner with NYC to reach homeless individuals living on the streets by establishing 20 new teams of mental health professionals performing Critical Time Intervention, an evidence-based practice to help connect people to housing and services.

- **Increase Support for Existing Residential Programs.** The Budget makes a two-year commitment of an additional $104 million - $65 million in FY 2023 and $39 million in FY 2024 – for existing community-based residential programs and includes legislation to extend property pass-through provisions to include OMH's supported housing. This investment helps preserve access to housing, a critical component of recovery.

- **Expand the Joseph P. Dwyer Program Statewide.** The Budget includes $7.7 million to expand the Joseph P. Dwyer Peer-to-Peer Veterans' Support Program statewide, providing vital peer support and counseling services to veterans who are transitioning from military service to civilian life.

- **Enhance Children's Mental Health Programs.** The Budget will bolster mental health services for children and families by continuing to integrate behavioral health services into pediatric primary care visits through the HealthySteps program, investing an additional $7.5 million in Residential Treatment Facilities (RTFs) for children, and continuing expansion of other children's community mental health services.

For more information on this agency's budget recommendations located in the Executive Budget Briefing Book,

Confidential

D-00630748

NYS DOB | FY 2023 Executive Budget | Agency Appropriations

click on the following link:

## Program Highlights

New York State has a large, multi-faceted, public mental health system that serves more than 800,000 individuals each year. OMH operates psychiatric centers across the State, and regulates, certifies, and oversees more than 4,500 programs, which are operated by local governments and nonprofit agencies. These programs fall into four major categories:

- **State Operated Services**: OMH operates two world-renowned Research Institutes and 22 psychiatric centers that provide over 3,270 inpatient beds for Adult, Children and Youth, and Forensic populations. The agency also runs over 80 outpatient clinics, roughly 1,200 residential beds, and a range of community programs in State prison settings. As part of their ongoing transformation efforts, OMH continues to transition individuals with mental illness to more integrated community-based settings. These efforts have allowed OMH to decrease State operated census and workforce over the last five years without compromising clinical care.

- **Adult Residential Programs**: For individuals with mental illness, safe and affordable housing is an essential element of recovery. OMH oversees a large array of adult housing resources and residential habilitation programs in New York State, including congregate treatment, licensed apartments, single room residences, and supported housing. Each residential setting is designed to provide the supports and services necessary for individuals to live in the least restrictive setting possible.

- **Adult Non-Residential Programs**: OMH contracts with local governments and not-for-profit agencies to provide community-based services and supports for individuals with mental illness. The agency supports outpatient programs, including clinic treatment, crisis intervention, emergency services, advocacy and support, and other community services that promote recovery.

- **Children and Youth Programs**: OMH oversees a variety of programs to support children and youth, and their families, including inpatient programs, residential treatment facilities, and community-based services and supports.

### ALL FUNDS
### APPROPRIATIONS
### (dollars)

| Category | Available FY 2022 | Appropriations Recommended FY 2023 | Change From FY 2022 | Reappropriations Recommended FY 2023 |
|---|---|---|---|---|
| State Operations | 2,229,733,000 | 2,170,646,000 | (59,087,000) | 4,693,000 |
| Aid To Localities | 1,723,687,000 | 2,513,322,000 | 789,635,000 | 145,825,000 |
| Capital Projects | 534,472,000 | 434,472,000 | (100,000,000) | 2,669,644,000 |
| **Total** | **4,487,892,000** | **5,118,440,000** | **630,548,000** | **2,820,162,000** |

Confidential

D-00630749

NYS DOB | FY 2023 Executive Budget | Agency Appropriations
**ALL FUND TYPES**
**PROJECTED LEVELS OF EMPLOYMENT BY PROGRAM**
**FILLED ANNUAL SALARIED POSITIONS**

| Program | FY 2022 Estimated FTEs 03/31/22 | FY 2023 Estimated FTEs 03/31/23 | FTE Change |
|---|---|---|---|
| Administration and Finance | | | |
| General Fund | 386 | 392 | 6 |
| Special Revenue Funds - Federal | 11 | 11 | 0 |
| Internal Service Funds | 10 | 10 | 0 |
| Adult Services | | | |
| General Fund | 7,695 | 7,695 | 0 |
| Capital Planning | | | |
| Capital Projects Funds - Other | 683 | 683 | 0 |
| Children and Youth Services | | | |
| General Fund | 1,350 | 1,350 | 0 |
| Forensic Services | | | |
| General Fund | 2,706 | 2,706 | 0 |
| Research in Mental Illness | | | |
| General Fund | 393 | 393 | 0 |
| Secure Treatment | | | |
| General Fund | 635 | 635 | 0 |
| **Total** | **13,869** | **13,875** | **6** |

**STATE OPERATIONS**
**ALL FUNDS FINANCIAL REQUIREMENTS BY FUND TYPE**
**APPROPRIATIONS**
**(dollars)**

| Fund Type | Available FY 2022 | Recommended FY 2023 | Change |
|---|---|---|---|
| Enterprise Funds | 8,606,000 | 8,606,000 | 0 |
| General Fund | 2,196,035,000 | 2,136,948,000 | (59,087,000) |
| Internal Service Funds | 2,597,000 | 2,597,000 | 0 |
| Special Revenue Funds - Federal | 5,013,000 | 5,013,000 | 0 |
| Special Revenue Funds - Other | 17,482,000 | 17,482,000 | 0 |
| **Total** | **2,229,733,000** | **2,170,646,000** | **(59,087,000)** |

Confidential

D-00630750

# STATE OPERATIONS
## ALL FUNDS FINANCIAL REQUIREMENTS BY PROGRAM
## APPROPRIATIONS
### (dollars)

| Program | Available FY 2022 | Recommended FY 2023 | Change |
|---|---|---|---|
| Administration and Finance | | | |
| Enterprise Funds | 8,606,000 | 8,606,000 | 0 |
| General Fund | 85,369,000 | 83,964,000 | (1,405,000) |
| Internal Service Funds | 2,597,000 | 2,597,000 | 0 |
| Special Revenue Funds - Federal | 5,013,000 | 5,013,000 | 0 |
| Special Revenue Funds - Other | 4,402,000 | 4,402,000 | 0 |
| Adult Services | | | |
| General Fund | 1,367,071,000 | 1,334,303,000 | (32,768,000) |
| Special Revenue Funds - Other | 5,850,000 | 5,850,000 | 0 |
| Children and Youth Services | | | |
| General Fund | 242,652,000 | 231,490,000 | (11,162,000) |
| Forensic Services | | | |
| General Fund | 328,901,000 | 321,985,000 | (6,916,000) |
| Research in Mental Illness | | | |
| General Fund | 87,867,000 | 85,045,000 | (2,822,000) |
| Special Revenue Funds - Other | 7,230,000 | 7,230,000 | 0 |
| Secure Treatment | | | |
| General Fund | 84,175,000 | 80,161,000 | (4,014,000) |
| **Total** | **2,229,733,000** | **2,170,646,000** | **(59,087,000)** |

## STATE OPERATIONS - GENERAL FUND
## SUMMARY OF PERSONAL SERVICE APPROPRIATIONS AND CHANGES
## FY 2023 RECOMMENDED
### (dollars)

| Program | Total Amount | Change | Personal Service Regular (Annual Salaried) Amount | Change |
|---|---|---|---|---|
| Administration and Finance | 53,065,000 | 17,503,000 | 52,057,000 | 17,503,000 |
| Adult Services | 1,051,743,000 | 363,032,000 | 1,002,555,000 | 363,032,000 |
| Children and Youth Services | 194,480,000 | 62,292,000 | 182,696,000 | 62,292,000 |
| Forensic Services | 285,404,000 | 90,705,000 | 253,525,000 | 90,705,000 |
| Research in Mental Illness | 68,562,000 | 21,921,000 | 67,638,000 | 21,921,000 |
| Secure Treatment | 69,662,000 | 23,588,000 | 62,250,000 | 23,588,000 |
| **Total** | **1,722,916,000** | **579,041,000** | **1,620,721,000** | **579,041,000** |

Confidential

D-00630751

NYS DOB | FY 2023 Executive Budget | Agency Appropriations

| Program | Temporary Service (Nonannual Salaried) | | Holiday/Overtime Pay | |
|---|---|---|---|---|
| | Amount | Change | Amount | Change |
| Administration and Finance | 772,000 | 0 | 236,000 | 0 |
| Adult Services | 3,662,000 | 0 | 45,526,000 | 0 |
| Children and Youth Services | 2,410,000 | 0 | 9,374,000 | 0 |
| Forensic Services | 2,396,000 | 0 | 29,483,000 | 0 |
| Research in Mental Illness | 76,000 | 0 | 848,000 | 0 |
| Secure Treatment | 1,000,000 | 0 | 6,412,000 | 0 |
| **Total** | **10,316,000** | **0** | **91,879,000** | **0** |

## STATE OPERATIONS - GENERAL FUND
## SUMMARY OF NONPERSONAL SERVICE AND MAINTENANCE UNDISTRIBUTED APPROPRIATIONS AND CHANGES
## FY 2023 RECOMMENDED
### (dollars)

| Program | Total | | Supplies and Materials | |
|---|---|---|---|---|
| | Amount | Change | Amount | Change |
| Administration and Finance | 30,899,000 | (18,908,000) | 2,140,000 | 1,148,000 |
| Adult Services | 282,560,000 | (395,800,000) | 110,278,000 | 23,121,000 |
| Children and Youth Services | 37,010,000 | (73,454,000) | 16,688,000 | 3,850,000 |
| Forensic Services | 36,581,000 | (97,621,000) | 16,935,000 | 5,356,000 |
| Research in Mental Illness | 16,483,000 | (24,743,000) | 5,126,000 | 1,370,000 |
| Secure Treatment | 10,499,000 | (27,602,000) | 6,679,000 | 2,181,000 |
| **Total** | **414,032,000** | **(638,128,000)** | **157,846,000** | **37,026,000** |

| Program | Travel | | Contractual Services | |
|---|---|---|---|---|
| | Amount | Change | Amount | Change |
| Administration and Finance | 868,000 | 0 | 27,181,000 | 3,854,000 |
| Adult Services | 2,352,000 | 0 | 167,774,000 | 51,871,000 |
| Children and Youth Services | 673,000 | 0 | 18,794,000 | 4,728,000 |
| Forensic Services | 600,000 | 0 | 18,046,000 | 11,146,000 |
| Research in Mental Illness | 30,000 | 0 | 11,029,000 | 3,071,000 |
| Secure Treatment | 69,000 | 0 | 3,330,000 | 1,710,000 |
| **Total** | **4,592,000** | **0** | **246,154,000** | **76,380,000** |

Confidential

D-00630752

| Program | Equipment | | General State Charges | |
| --- | --- | --- | --- | --- |
| | Amount | Change | Amount | Change |
| Administration and Finance | 710,000 | 0 | 0 | (22,788,000) |
| Adult Services | 2,156,000 | 0 | 0 | (447,671,000) |
| Children and Youth Services | 855,000 | 0 | 0 | (78,182,000) |
| Forensic Services | 1,000,000 | 0 | 0 | (108,767,000) |
| Research in Mental Illness | 298,000 | 0 | 0 | (27,814,000) |
| Secure Treatment | 421,000 | 0 | 0 | (29,887,000) |
| **Total** | **5,440,000** | **0** | **0** | **(715,109,000)** |

| Program | Special Departmental Charges | |
| --- | --- | --- |
| | Amount | Change |
| Administration and Finance | 0 | (1,122,000) |
| Adult Services | 0 | (23,121,000) |
| Children and Youth Services | 0 | (3,850,000) |
| Forensic Services | 0 | (5,356,000) |
| Research in Mental Illness | 0 | (1,370,000) |
| Secure Treatment | 0 | (1,606,000) |
| **Total** | **0** | **(36,425,000)** |

### STATE OPERATIONS - OTHER THAN GENERAL FUND
### SUMMARY OF APPROPRIATIONS AND CHANGES
### FY 2023 RECOMMENDED
### (dollars)

| Program | Total | | Personal Service | |
| --- | --- | --- | --- | --- |
| | Amount | Change | Amount | Change |
| Administration and Finance | 20,618,000 | 0 | 4,885,000 | 0 |
| Adult Services | 5,850,000 | 0 | 0 | 0 |
| Research in Mental Illness | 7,230,000 | 0 | 1,915,000 | 0 |
| **Total** | **33,698,000** | **0** | **6,800,000** | **0** |

| Program | Nonpersonal Service | |
| --- | --- | --- |
| | Amount | Change |
| Administration and Finance | 15,733,000 | 0 |
| Adult Services | 5,850,000 | 0 |
| Research in Mental Illness | 5,315,000 | 0 |
| **Total** | **26,898,000** | **0** |

Confidential

D-00630753

NYS DOB | FY 2023 Executive Budget | Agency Appropriations

## AID TO LOCALITIES
### ALL FUNDS FINANCIAL REQUIREMENTS BY FUND TYPE
### APPROPRIATIONS
#### (dollars)

| Fund Type | Available FY 2022 | Recommended FY 2023 | Change |
|---|---|---|---|
| General Fund | 1,609,486,000 | 2,263,626,000 | 654,140,000 |
| Special Revenue Funds - Federal | 106,421,000 | 241,766,000 | 135,345,000 |
| Special Revenue Funds - Other | 7,780,000 | 7,930,000 | 150,000 |
| **Total** | **1,723,687,000** | **2,513,322,000** | **789,635,000** |

## AID TO LOCALITIES
### ALL FUNDS FINANCIAL REQUIREMENTS BY PROGRAM
### APPROPRIATIONS
#### (dollars)

| Program | Available FY 2022 | Recommended FY 2023 | Change |
|---|---|---|---|
| Adult Services | | | |
| General Fund | 1,362,169,000 | 1,935,100,000 | 572,931,000 |
| Special Revenue Funds - Federal | 89,525,000 | 202,738,000 | 113,213,000 |
| Special Revenue Funds - Other | 7,780,000 | 7,930,000 | 150,000 |
| Children and Youth Services | | | |
| General Fund | 247,317,000 | 328,526,000 | 81,209,000 |
| Special Revenue Funds - Federal | 16,896,000 | 39,028,000 | 22,132,000 |
| **Total** | **1,723,687,000** | **2,513,322,000** | **789,635,000** |

## CAPITAL PROJECTS
### ALL FUNDS FINANCIAL REQUIREMENTS BY PROGRAM
### APPROPRIATIONS
#### (dollars)

| Comprehensive Construction Program | Available FY 2022 | Recommended FY 2023 | Change | Reappropriations FY 2023 |
|---|---|---|---|---|
| Community Mental Health Facilities | | | | |
| Capital Projects Fund | 6,000,000 | 6,000,000 | 0 | 49,757,000 |
| MH Capital Improvements - Authority Bonds | 65,722,000 | 65,722,000 | 0 | 636,995,000 |
| Executive Direction | | | | |
| Capital Projects Fund | 0 | 0 | 0 | 2,445,000 |
| Maintenance and Improvements of Existing Facilities | | | | |
| Capital Projects Fund | 0 | 0 | 0 | 455,000 |
| MH Capital Improvements - Authority Bonds | 0 | 0 | 0 | 108,456,000 |
| Non-Bondable Projects | | | | |
| Capital Projects Fund | 1,000,000 | 1,000,000 | 0 | 6,045,000 |
| State Mental Health Facilities | | | | |
| Capital Projects Fund | 86,750,000 | 86,750,000 | 0 | 154,967,000 |
| MH Capital Improvements - Authority Bonds | 375,000,000 | 275,000,000 | (100,000,000) | 1,710,524,000 |
| **Total** | **534,472,000** | **434,472,000** | **(100,000,000)** | **2,669,644,000** |

Confidential

D-00630754

NYS DOB | FY 2023 Executive Budget | Agency Appropriations

Note: Most recent estimates as of 01/18/2022

Confidential

D-00630755