# EXHIBIT 19


**Office of Mental Health**

# New York State Office of Mental Health Adult Housing

## Housing Unit Presentation
## NYCFO

D-00062592

2

# The Housing Unit

- Work with Non Profit Agencies to Build Mixed Income Housing or Renovate Existing Buildings
- Work with Agencies During Start Up
- Select and Monitor Providers to Operate Scattered Site Supported Housing
- Participate with Forensic Housing Initiatives
- Oversee Housing SPOA & Use of Enhanced Funding
- Participate in 595 Reviews
- Conduct Supported Housing Reviews
- Monitor Crisis Respite Pilot Programs
- Oversee Implementation of the Adult Home Settlement and Nursing Home Settlement Agreement
- Represent OMH at Continuum of Care Meetings
- Review Housing EZ- PARs and Assist with Licensing Reviews of Housing Programs
- Resolve Consumer/Family Complaints; Provide Technical Assistance to Providers



2

D-00062593

# History of Housing

3

- OMH introduced Congregate Treatment Residences.
- OMH introduced apartment treatment
- The two apartment housing types, intensive supportive and supportive, were combined to apartment treatment in 1984.
- 1990's CR-SRO & SP-SRO's were developed.



D-00062594

# 2000 and beyond

4

- Mixed- Use Housing

- Empire State Supportive Housing Initiative (ESSHI)





5

# EXISTING HOUSING MODELS

- Congregate Treatment
- Apartment Treatment
- Adult Family Care
- CR-SRO
- *SP-SRO
- *Supported Housing
- *Mixed Use

*current models funded for new development





6

# OMH FUNDED HOUSING UNITS
# in NYC as of April 2016

- Congregate Treatment
- Apartment Treatment
- Adult Family Care
- CR-SRO
- SP-SRO
- Supported Housing
- Total Adult Housing

- 2,376 Beds
- 2,104 Beds
- Beds
- 2,184 Beds
- 4,646 Beds
- 9,216 Beds
- 20,526 Beds (excluding family care)

NEW YORK STATE OF OPPORTUNITY. | Office of Mental Health

D-00062597

7

# OMH HOUSING UNITS IN DEVELOPMENT

- Congregate Treatment
- Apartment Treatment
- Adult Family Care
- CR-SRO
- SP-SRO
- Supported Housing
- Total in Development
* Includes 3,000 units of SH for Adult Home Initiative, 400 units Nursing Home Initiative

- 0 Beds
- 0 Beds
- 0 Beds (varies)
- 124 Beds
- 1,262 Beds (+ ESSHI)
- 182 Beds (+AH units)
- 1,568 Beds



D-00062598

## Empire State Supportive Housing Initiative

- NYS's commitment to develop 20,000 units of housing over next 15 years
- Multi-Agency Initiative
- Targets homeless persons with special needs and life challenges
- Proposals Currently Under Review

8/24/2020                                                    8    NEW YORK STATE OF OPPORTUNITY. | Office of Mental Health

D-00062599

9

# Housing Development

- OMH works with not-for-profit sponsors to develop housing in New York State for persons with serious mental illness.

- OMH provides development, capital and operating funding to not-for-profit sponsors in order to create opportunities for persons with mental illness to access a range of good quality, affordable housing.

- OMH promotes integrated housing, serving people with and without disabilities at the same location.

- Sponsors are encouraged to apply for other State and Federal funding in addition to OMH funding.



**10**

# Basic Design Components for Housing

- Driven by its primary purpose:
  - to provide safe, stable and good quality housing
- Typically studio apartments but can be one or two bedroom apartments
  - o minimum of 300 square feet
  - o kitchens have full size apartment stove and refrigerator
  - o sufficient counter and cabinet space for meal preparation

NEW YORK
STATE OF
OPPORTUNITY.    Office of
Mental Health

D-00062601

**11**

# Basic Design Concepts continued

○ communal space (i.e.. Lounge, gathering place, fitness room, computer room)

○ laundry facilities on-site

○ storage areas

○ outdoor courtyard or roof garden

 NEW YORK STATE OF OPPORTUNITY. | **Office of Mental Health**

D-00062602

**12**

# Financing Model

- OMH covers pre-development costs (feasibility studies, environmental studies, appraisals etc.)
- OMH provides interim capital funding to cover 100% of the costs for site acquisition, architect fees, construction monitor, contractors, consultants etc. within acceptable budget parameters.
- Long Term financing is through the sale of municipal bonds by the Dormitory Authority of the State of New York (DASNY) or Homes and Community Renewal (HCR).  OMH covers 100% of the debt service.
- Low Income Housing Tax Credits (either 4% or 9%) infuses capital into the project.  A developer's fee covers cost overruns, and spurs new development.
- Other government funding or commercial bank loans (HHAP, HCR, HPD) may also provide funding.



8/24/2020

12

D-00062603

# Housing Targets Specific Populations

- NY NY I or II: Mentally Ill and 4 or more months in shelter system or 14 of the past 60 days in the shelter system or drop-in center or street homeless
- NY NY III Pop A: Mentally Ill and Chronically Homeless ( 2 out of the last 4 years in the shelter system.
- NY NY III Pop B: Mentally Ill and in an OMH Psychiatric Center
- NY NY III Pop C: Young Adult from RTF, RTC, OMH PC, OMH CR or foster care
- PC Long Stay: 2 or more years in an OMH PC or TLR
- Forensic: SMI and Released Directly from State Prison
- MRT: High Cost User of Medicaid
- "80-20": 80% of the housing targets OMH PC; 20% targets acute care
- Adult Home Beds
- Nursing Home Beds



14

# Congregate Treatment Housing

- Congregate Treatment is transitional, rehabilitative housing that teach skills, offer support, and help residents to achieve the highest level of independence possible.
- These residences are single-site facilities, with private or shared bedrooms, for up to 48 individuals.
- Three meals a day are provided, as well as on-site rehabilitative services and 24-hour staff coverage.
- OMH provides the highest level of service funding for this type of housing.
- This level of housing is appropriate for individuals who need rehabilitative services in a non-hospital setting prior to placement in more permanent community-based housing.



15

# Licensed Supportive Housing
## CR-SRO

- Looks like a typical apartment building
- Tenants have studio apartments or private bedrooms in suites
- 24-7 on-site staff
- Supportive services on site
- OMH licensed; extended-stay  (avg. stay: 4 years)



16

# Apartment Treatment Housing

- Apartment Treatment provides  high level of support and skills training to individuals in apartment settings.
- This licensed housing is designed to be transitional and usually one to three residents will occupy an apartment.
- Bedrooms may be private or shared.
- Residents gain skills and independence, learn to use community programs and develop a community support system of friends and family.
- Apartment Treatment sites are usually scattered-site rental units.  Staff work on-site with each resident, providing rehabilitative and supportive services designed to improve an individual's ability to live as independently as possible and eventually access community-based housing.
- The service funding for this program is slightly lower than the congregate treatment level of care.


NEW YORK STATE OF OPPORTUNITY. | Office of Mental Health

17

# Supportive Housing Congregate (SP-SR0)

- Looks like a typical apartment building
- Tenants have a studio apartment
- There may be units within the building for other individuals who are not mentally ill ( mixed use)
- Considered permanent housing; tenants have a lease
- 24-7 front desk security; some on-site supportive services; unlicensed



**18**

# Supportive Housing Scattered Site

- Most independent level of housing
- Scattered site apartments in the community
- Considered permanent housing; unlicensed
- Clients pay 30% of their income towards rent and utilities
- Clients hold own lease or providers sublease. It is preferred by OMH that clients hold their own lease.



**19**

# Challenges in Supported Housing

- Finding Affordable Apartments in Good Areas of the City
- Landlords Refusing to Renew Leases or Rent to Programs
- Consumer Expectations
- Shared Units and Roommate Issues
- Drug Use
- Consumer Rent Arrears
- Consumers renting out space within their apartment or inviting family members to live with them
- Locating first floor apartments that are handicapped accessible



8/24/2020                                             19

D-00062610

20

# Mixed-Use Housing

Mixed-use housing is described as affordable housing where OMH-funded units are targeted toward individuals with serious mental illness and is integrated among other affordable housing units. The other units may be targeted to low-income individuals and families.



21

# Benefits of Mixed Use Housing

- Reduces stigma
- Lessens community resistance
- Provide opportunities for recovery and rehabilitation
- Housing is in normal/mixed neighborhoods
- Funding for housing development is from several different sources, reduces cost



# OMH SRO Housing



D-00062613

23

# Case Examples- Bergen St.

New Construction in Brooklyn, 2016
55 NY NY III units; 35 low income family units
Solely developed by Concern.

55-Studios for OMH recipients
35-1 and 2 bedrooms for low income families.



8/24/2020                                                        23

D-00062614

24

# Case Example- Bergen St.



Progress
Photo of new
building
construction,
7.28.2016

8/24/2020



24

D-00062615

25

# Case Example- Bergen St.



Progress
Photo of
apartment
kitchen area.

8/24/2020

25



26

# PSCH 165th St

New Construction in Bronx, 2016

38 NY NY III units; 20 low income family units.

38-Studios for OMH recipients.

12-1 and 2 bedrooms for low income families.

8- studios for low income families.

Developed by PSCH and Christa developer, a for profit developer.



8/24/2020                                                    26

D-00062617

# PSCH 165th St



New Building
Construction in
Bronx, 2016

NEW YORK STATE OF OPPORTUNITY. | Office of Mental Health

8/24/2020    27

D-00062618

28

# PSCH 165th St



New Apartment/Kitchen Construction in Bronx, 2016

8/24/2020

28

NEW YORK STATE OF OPPORTUNITY. | Office of Mental Health

D-00062619

29

# What is Family Care?

- Family Care is the oldest & least costly residential program offered by the Office of Mental Health.

- Family Care Homes provide 24 hour residential services in small family settings that carefully match resident needs & provider skills in order to offer individually tailored supervision.



30

# Who resides in Family Care?

- Individuals who are unable to function in large group settings,
- Individuals who have reached their maximum level of independence & are in need of long term care,
- Individuals who are unable to function in their own homes,
- Physically disabled individuals



**31**

# How to Access Housing

- Submission of HRA 2010E
- HRA determines NY NY eligibility AND Level of Housing (Level II, Community Care or both)
- Housing Single Point of Access for non NY NY referrals
- Enhanced Service Dollar Availability





D-00062622

**32**

# Current Issues in Housing

- Congregate treatment: lack of beds available & Length of stay.
- How do we support institutionalized individuals in less restrictive housing settings?
- New service programs have emerged such as the Mobile Integration Teams (MIT) and Pathways Home and Parachute Treatment Programs.
- HCBS services including crisis services for HARP eligible people.
- Importance of Crisis Respite Services and Alternatives to Hospitalization. Expanding the role of the Peer.

 NEW YORK STATE OF OPPORTUNITY. | Office of Mental Health

D-00062623

33

# Adult Home & Nursing Home Settlement Agreements



8/24/2020

33

NEW YORK STATE OF OPPORTUNITY. **Office of Mental Health**

34

# What is an Adult Home?

- An Adult Home is an Adult Care Facility, licensed and regulated by DOH that provides long-term, supportive residential care to five or more individuals with disabilities, including many with a serious mental illness (SMI). They provide supportive services to those who need personal care assistance with ADLs and include onsite case management.



8/24/2020                                                          34

35

# Why the Adult Home Initiative?

- Olmstead – June 22, 1999
- Clinical Advisory – August 2012
- Lawsuit
- Settlement – July 23, 2013

8/24/2020                                    35    

**36**

# The Settlement states….

…that there are more than 4,000 individuals with serious mental illness who currently reside in **NYC Impacted Adult Homes**; and that NYC Impacted Adult Homes are segregated facilities that are not the most integrated setting appropriate for individuals with serious mental illness, virtually all of whom can be served in more integrated settings, specifically, supported housing;



8/24/2020                                                            36

D-00062627

37

# What is an Impacted Adult Home?

- A "NYC Impacted Adult Home" is defined in the Settlement as an Adult Home located in New York City with a certified capacity of 120 or more beds and a mental health census of 25% or more of the resident population or 25 persons, whichever is less.

8/24/2020                                                          37   

38

# Overview of the Settlement

To provide NYC Adult Home residents with serious mental illness the opportunity to live in the most integrated setting, to provide them with the information necessary to make informed choices about this opportunity, and to transition them to the community if they wish to move.



8/24/2020                                                            38

D-00062629

39

# The Settlement requires:

•The State to arrange for Housing Contractors to conduct in-reach to actively support AH residents in making an informed choice about moving to the community

•The State to arrange for Health Homes and MLTC Plans, as appropriate, to conduct a comprehensive assessment and develop a person-centered care plan

•The State to move class members who choose to transition

•The settlement was reached 7/23/13, signed by the judge 3/17/14, and first housing referral was received 7/7/14.

•By July 2018, assess and provide the opportunity to transition to all class members



8/24/2020                                                          39

40

# **Housing Contractors (HC)**

- OMH issued the first RFP for 1050 SH Units, 6 HCs in Brooklyn and Queens were awarded these units
- OMH issued a RFP for Bronx and Staten Island on 1/28/15 for another 900 SH units, 3 HCs were awarded these units
- There are currently 8 Housing Contractors
- The HC provides in-reach, in addition to their SH role
- Staffing – In Reach team and SH staff



8/24/2020                                                                 40

D-00062631

# Independent Reviewer

### Clarence Sundram, JD

The duties of the reviewer are to observe, review, report findings, and make recommendations with respect to the implementation of and compliance with the agreement.

All agencies, employees, and contractors must cooperate fully with the reviewer.

Additional IR staff include Tom Harmon, Steve Hirschhorn and Mindy Becker.



8/24/2020                                                                 41



D-00062633

43

# **Presumption of Supported Apartments**

The settlement requires that all the staff engaged in key implementation activities (conducting in-reach, doing assessment, implementing person centered care plans) approach their work with a presumption that Adult Home residents can live successfully in their own apartments.

*   The Intent: To ensure that individuals who are SMI may exercise their right to choose where they are going to live.  Taking into consideration of recipient's functional skills, range of affordable housing options and type and extent of resources that recipients require to maintain their residence.

NEW YORK
STATE OF
OPPORTUNITY.

**Office of
Mental Health**

8/24/2020                                                                         43

D-00062634

44

# The Work realized…

As of 8/2/16:

- Total In Reach: 4,215
- Yes: 1,915
- Uncertain: 100
- Not interested: 2,167
- Not discussed: 33
- Total Moves: 343



8/24/2020                                                            44

D-00062635

# Testimonials



8/24/2020

D-00062636

46

# Nursing Home (NH) Stipulation

- Olmstead Decision, 1999

- Nursing Home Lawsuit and Stipulation, 9/6/2011

- The State working together – Department of Health (DOH) and Office of Mental Health (OMH)

- Nursing Home Remedy Member (NHRM) Class

8/24/2020                                          46     

D-00062637

# Nursing Home (NH) Stipulation

## Assessment of Remedy Members

Beginning 11/8/12, persons with serious mental illness, who immediately prior to admission to the NH were discharged from a psychiatric hospital or unit, were assessed by TSI to determine their current ability to live in the community and be provided the opportunity to live in a more integrated setting



8/24/2020                                                                47

48

# Implementation of Stipulation

- DOH hired an assessment contractor to assess NHRMs, TSI of NY (started 11/8/12)
- OMH awarded 200 SH beds in various regions to facilitate flow of NHRM referrals
- Community Housing and Services Booklet
- BIP Enhancements for CRs and Apartment Treatment
- BIP enhancements for PROS

8/24/2020                                          48    

49

# Implementation of Stipulation

- TSI Assessment: purpose is to assess if the total needs of the NHRM are such that they can be met in an appropriate community setting and to determine types of community housing and services for those who desire to live in the community

- NH Discharge Planners follow the TSI recommendation for discharge planning



8/24/2020                                                    49

D-00062640

50

# Nursing Home Initiative

- Larger number of Level II housing needs
- RMs choose desired locations
- TSIs unique role
- NHRM are considered an priority population
- Needs are intensive
- Wrap around support

8/24/2020  50

D-00062641

51

# Nursing Home Initiative

- Providers:
- ICL- Queens 30 beds
- JBFCS-Queens/Bklyn/SI 60 beds
- PSCH -Queens 30 beds
- Catholic Charities- Queens 30 beds
- UPS-Man/Bx/WC 30 beds
- FREE- Nassau 20 beds



8/24/2020                                                51

D-00062642

52

# The work realized...

- **23 NHRMs discharged to the community: CRs, CR-SRO, Apt tx, SH**
- **Many have been assessed by TSI to be not ready for community placement due to extensive medical issues and dementia**
- **Several NHRMs have decided to remain in the NH due to personal choice**



8/24/2020                                        52

D-00062643

# Crisis Respite Pilots

- The crisis and transitional housing pilot includes short- term respite care, clinical monitoring, connection or re-connection to other mental health services, and peer support.
- These services are designed to improve transitions for individuals in crisis by reducing use of psychiatric emergency departments and hospitals, by diverting individuals in crisis from use of such services, and by providing a transitional step-down program following psychiatric hospitalization.
- These services are also available for those individuals already in the community who are experiencing a behavioral health crisis and can be diverted from incurring admission or readmission to inpatient care. In addition, other expensive emergency room, homeless, and criminal justice services can be avoided.

8/24/2020

53

NEW YORK
STATE OF
OPPORTUNITY. **Office of Mental Health**

D-00062644

54

# Crisis Respite Pilot

- The anticipated outcome of this pilot is to show that by addressing crisis and hospital diversion needs and by offering transitional step down services to the highest cost Medicaid users, individual's quality of care will be improved, costly hospital admission and readmission will be reduced, immediate Medicaid savings will be generated and evidence of the efficacy of such housing resources will be validated.

- Length of stay: No longer than 30 days.
- Staffing: 24/7
- 50% Full time Professional employees and must include a Peer

 NEW YORK STATE OF OPPORTUNITY. Agency Name

# Crisis Respite Pilot

- St. Josephs Medical Center: Program Supervisor; Angela Brown, Respite Bed Location: 1150 Castleton Ave, Staten Island, NY 10310.

- ACMH: Program Coordinator; Kearyann Austin. Respite Bed Location: 165 East 2nd Street, New York, NY 10009.

- SUS: Clinical Coordinator; Peggy Germain-Alexis. Respite Bed Location: 17-19 Montrose Avenue  Brooklyn, NY 11206.

- OHEL: Program Supervisor; Sarah Kahan. Respite Bed Location (Male-2) 1664 41st Street, Brooklyn, NY 11218 and Respite Bed Location (Female-1) 5211 Fort Hamilton Pkwy, Brooklyn, NY 11219.



56



# •Questions

Thank you for your interest in our work.

