# EXHIBIT 21

Statewide
Comprehensive Plan
2016-2020
NEW YORK
STATE OF
OPPORTUNITY.
Office of
Mental Health

# Chapter 7
# OMH Forensic Services Initiatives

Individuals with mental illness who are justice-involved or at risk for adverse incidents must be supported during critical transitions in care to ensure their safety and that of our communities. OMH is focusing on the fundamental role as a provider of safety net and forensic services for the most seriously ill and underserved, to continue to build a stronger, safer State of New York. This Chapter outlines three major forensic initiatives underway to support individuals with mental illness who are also involved with the criminal justice system.

## SMI-V Initiative

The SMI-V initiative seeks to enhance treatment services provided to inmate-patients who suffer from serious mental illnesses and have histories of violence. The new enhanced treatment services offered by OMH Central New York Forensic Psychiatric Center's (CNYPC) Corrections-Based Operations (CBO) will focus on addressing criminogenic needs with the ultimate goals of:

1. A reduced risk of future violence, and
2. Successful community reintegration through enhanced discharge planning services and community partnerships.

In order to accomplish these goals, a Screening and Assessment unit is being established at Downstate Correctional Facility. This unit will evaluate, for risk of violence, all incoming State prison inmates who have serious mental illness. These individuals will receive enhanced treatment planning that includes programming to reduce their risk of violence. In addition, three Intermediate Care Programs (ICP) will provide specialized violence reduction programming as well as programming to address participants' mental health needs.

The target population for these enhanced ICPs (E-ICPs) are imprisoned individuals with serious mental illness who require an ICP level of care and have histories of interpersonal violence. In addition, two other ICPs will be identified as enhanced discharge ICPs and will provide both specialized violence reduction programming and reentry planning for this high-needs population. The discharge ICPs will provide services to ICP individuals with histories of violence who are within 12 months of their anticipated prison release date. Treatment for individuals identified as SMI-V will be augmented by the services of specialized licensed regional psychologists. These regional psychologists will work in collaboration with the primary treatment providers to assess treatment progress, provide psychological testing services, offer clinical consultation, direct treatment, and other resources, as needed.

Specialized training will be provided to all SMI-V staff to ensure access to evidence-based treatment for violence reduction. Specific training initiatives in the current fiscal year include motivational interviewing, Core Corrections training, interactive journaling, Seeking Safety trauma intervention, START Now, and trauma-informed care. Additionally, SMI-V staff will be trained in specialized assessment tools such as the HCR-20, Violence Risk Appraisal Guide (VRAG), and the Violence Risk Scale (VRS).

## Forensic Supported Housing Initiative

OMH is committed to insuring that SMI individuals leaving prison have appropriate housing in the community. The SFY 2015-16 State budget authorized funding for the development of 200 units of Supported Housing allocated to eight Upstate counties (Erie, Oneida, Onondaga, Monroe, Nassau, Suffolk & Westchester) and NYC based on the distribution of SMI inmates returning to the community. In addition, OMH is allocating an additional 200 Supported Housing units for individuals discharged from NYS prisons to a psychiatric hospital for access once the individualized is stabilized for release to the community.

The OMH Forensic Housing Initiative provides support to participating housing providers through access to: enhanced services funding; transitional care coordination; dedicated mental health parole officers; and specialized staff training through the Academy for Justice-Informed Practice. Staff training opportunities include but are not limited to: understanding violence and staff safety; understanding the criminal justice system; working with parole; trauma-informed care for justice-involved individuals; reducing recidivism and promoting recovery; and the clinical impact of incarceration. The OMH Forensic Housing Initiative also offers targeted technical assistance upon request and convenes quarterly meetings with all funded providers and stakeholders to discuss cross-systems coordination challenges and to share information regarding program resources for the target population.

## Crisis Intervention Team Initiative

The Crisis Intervention Team (CIT) is a criminal justice diversion model designed to create partnerships between law enforcement, behavioral health professionals, service recipients and their families, and to provide a forum for effective community problem solving and communication. In 2014, the CIT Initiative was implemented in eight local jurisdictions with an additional ten local jurisdictions targeted in 2015.

Implementation of the CIT model includes "systems mapping," which brings together key stakeholders to detail how the criminal justice and behavioral health systems identify and handle individuals experiencing mental health-related crises. After strengths and gaps in the current system are identified, a model action plan is developed. In each jurisdiction, a 40-hour CIT training is provided to law enforcement personnel who are then assigned to a Crisis Intervention Team.

Additionally, Mental Health First Aid (MHFA), an international training program that teaches participants to identify, understand, and respond to signs of mental illnesses and substance use disorders, is provided to first responders and officers who do not receive the full 40-hour CIT training in each of the participating jurisdictions. To broaden the geographic impact of the initiative, regional Mental Health First Aid trainings also are conducted statewide and are thus available to officers in jurisdictions that have not received CIT training.