# EXHIBIT 23

## SUPPORTIVE HOUSING

| Program Type | Eligibility Criteria |
|---|---|
| **PC LONG STAY** | Originally designated for individuals residing in a State PC (inpatient or SOCR) for at least six consecutive months. In April, 2018 the criteria was revised to include individuals with SMI who are current residents in Community Residences with a length of stay greater than 2 years or individuals with SMI who are current residents in an Apartment Treatment Program with a length of stay greater than 3 years. |
| **MRT** | Designated for individuals who are enrolled in Medicaid or have used Medicaid in the past 12 months, enrolled in or eligible for a Health Home and potentially could be High-Cost Users of Medicaid. Individuals can come from State PCs, Art 28/31 hospitals, Prison, Adult Homes, Nursing Homes, Homeless situations, Private Residences.<br>Individuals currently in OMH Housing (CR, Atx, SH, CR/SRP) would not meet the criteria. |
| **RCE 80/20** | Originally designated for individuals residing in or being referred from State PCs (Inpatient of SOCR) or, Art 28/31, hospitals, 80% from State PCs, 20% from Art 28/31 hospitals. |
| **Transformation** | 1. Individuals with a serious mental illness who are being discharged from a State Psychiatric Center or State operated residential program.<br>2. Individuals with a serious mental illness who are being discharged from an Article 28 hospital or Article 31 hospital and in need of Supported Housing or for whom housing would assist in a state hospital diversion for a State PC.<br>3. Individuals with a serious mental illness residing in the region with allocated Supported Housing Units who have a mental illness and who are high cost users of Medicaid Services and referred by Health Homes.<br>4. Individuals with a serious mental illness who have been identified through PSYCKES as having had 4 or more admissions/ED visits over the past 12 months.<br>5. Individuals with a serious mental illness who are current residents of more service – intensive housing options (including Community Residences, Apartment Treatment, shelters, etc.).<br>6. Individuals, 18 years or older, with a serious mental illness who are being discharged from a Residential Treatment Facility. |
| **Adult Home** | Individuals identified through an in-reach process who have been residing in an Adult Home setting and have a SMI diagnosis. |
| **Nursing Home** | Individuals identified through an in-reach process who have been residing in a Nursing Home setting and have a SMI diagnosis. |
| **NY/NY III** | POP A – Chronically homeless single adults with a SMI diagnosis.<br>POP B – Single adults residing in NYS operated psychiatric centers or SOCRs & who could live independently in the community & would be at risk of homelessness if discharged without Supported Housing.<br>POP C – Young adults 18-24 with SMI or SED residing in an RTF, State Psychiatric Center, or are leaving or have recently left foster care and would be at risk of street or sheltered homelessness if discharged without supportive housing.<br>POP D – Chronically homeless families or families in serious rick of homelessness with a head of household with a SMI diagnosis. |

| | |
|---|---|
| **Forensic** | Individuals coming directly from State Prison to a community setting. Referrals are generated from Central NY Psychiatric Center Pre-Release Services. |
| | Individuals coming from State Prison to a State PC prior to being discharged to a community setting. Referrals are generated from an OMH Psychiatric Center. |
| **ESSHI** | The eligible target populations to be served under this program are families with a qualifying individual, individuals and/or young adults who are both homeless (see definition below) and who are identified as having an unmet housing need as determined by the CoC or local planning entity or through other supplemental local, state and federal data, **AND** have one or more disabling conditions or other life challenges, including: Serious mental illness (SMI); Substance Use Disorder (SUD); Persons living with HIV or AIDS; Victims/Survivors of domestic violence; Military service with disabilities (including veterans with other than honorable discharge); Chronic homelessness as defined by HUD (including families, and individuals experiencing street homelessness or long-term shelter stays); Youth / young adults who left foster care within the prior five years and who were in foster care at or over age 16; Homeless young adults between 18 and 25 years old; Adults, youth or young adults reentering the community from incarceration or juvenile justice placement, particularly those with disabling conditions; Frail Elderly/ Senior: Any person who is age 55 and older, who is enrolled in Medicaid, and requires assistance with one or more activities of daily living or instrumental activities of daily living. Eligible persons are referred from a Skilled Nursing Facility (SNF), or identified as homeless by a Health Home, hospital, Managed Care Organization (MCO), medical respite, Managed Long-Term Care (MLTC), Performing Provider System (PPS), or shelter); and Individuals with I/DD.<br><br>**Homeless:** In order to be considered homeless for the purposes of the ESSHI RFPs, an individual must meet one of the following criteria:<br>1. be an un-domiciled person (whether alone or as a member of a family) who is unable to secure permanent and stable housing without special assistance. This includes those who are inappropriately housed in an institutional facility and can safely live in the community and those who are at risk of homelessness;<br>2. be a youth or young adult who left foster care within the prior five years and who was in foster care at or over age 16, and who is without permanent and stable housing;<br>3. be an adult or young adult reentering the community from incarceration or juvenile justice placement, who was released or discharged, and who is without permanent and stable housing; or<br>4. be a young adult between the ages of 18 and 25 years of age without a permanent residence, including those aging out of a residential school for individuals with an intellectual or developmental disability.<br><br>Please note: projects with 15 or more ESSHI qualifying individuals with 30 or more dwelling units must set aside 25% of the units for high-cost, high-need Medicaid users who meet the MRT criteria. |
| **Supportive Housing** | Individuals with a serious mental illness who are:<br>1. Being discharged from State operated Psychiatric Centers or State operated residential programs;<br>2. Being discharged from an Article 28 hospital or Article 31 hospital and in need of Scattered-Site Supportive Housing or for whom housing would assist in a diversion from a State PC;<br>3. Residing in the region and who are high cost users of Medicaid Services and referred by Health Homes;<br>4. Being discharged from State prison or jail; |

5. Current residents of adult homes or nursing homes;
6. Current residents of an OMH licensed Community Residence operated by a voluntary provider agency, prioritizing individuals that have a Length of Stay (LOS) greater than two (2) years;
7. Current residents in an OMH licensed Apartment Treatment Program, operated by a voluntary provider agency, prioritizing individuals that have a Length of Stay (LOS) greater than three (3) years'
8. Individuals 18 years or older who are being discharged from a Residential Treatment Facility; , OR
9. Individuals who are currently homeless and living in the street or in a place not meant for human habitation or residing in a shelter.

**\*\*Please note that within these target population groups, individuals with an Assisted Outpatient Treatment (AOT) must receive priority access.\*\***