# EXHIBIT 24

## Residential Program Descriptions

- **Congregate Treatment** - Licensed transitional, rehabilitative residential programs that teach skills, offer support, and help residents achieve the highest level of independence possible. These residences are single-site facilities, with private or shared bedrooms, for up to 48 individuals. Meals are provided, as well as on-site rehabilitative services and 24 hour staff coverage. This level of housing is appropriate for individuals who need rehabilitative services in a non-hospital setting prior to placement in more permanent community-based housing.
- **Congregate Support** - Single-site residential programs that provide support designed to improve or maintain an individual's ability to live as independently as possible and eventually access generic housing. Interventions are provided consistent with the resident's desire, tolerance, and capacity to participate in services. Staff is on-site 24 hours per day.
- **CR/SRO (Community Residence/Single Room Occupancy)** - Service enriched, licensed, extended stay housing with on-site services for individuals who want private living units, but who have minimal self-maintenance and socialization skills. Living units are usually designed as studio apartments or as suites with single bedrooms around shared living spaces. A CR/SRO must maintain 24 hour front desk security and make services available (i.e., case management, life skills training, etc.).
- **SP/SRO (Supportive/Single Room Occupancy)** - Provides long-term or permanent housing where residents can access the support services they require to live successfully in the community. There is no OMH certification or licensing process. An SP/SRO can be located in a building existing solely as a SP/SRO, or integrated into a building that serves other population groups. Front desk coverage is proved 24 hours per day. However, other 24 hour staffing is not required. An SP/SRO must make services available to residents.
- **Apartment Treatment** - Provide a high level of support and skills training to individuals in apartment settings. This licensed program is designed to be transitional in nature, with an average length of stay of 18 months. Residents gain skills and independence, learn to use community programs, and develop a community support system of friends and family. Apartment sites are usually scattered-site rental units located in the community. Staff work on-site with each resident, providing rehabilitative and supportive services designed to improve an individual's ability to live as independently as possible, and eventually access more independent housing options.
- **SOCR (State-Operated Community Residence)** - Licensed residential program designed to provide a therapeutic living environment for residents with mental illness. SOCR assists residents to develop skills necessary for successful reintegration into the community at a pace commensurate with their levels of functioning. The program is both rehabilitative and transitional in nature and provides access to necessary treatment services.
- **Supportive Housing** - As an alternative program to licensed transitional housing Supportive Housing enables individuals to live more independently in the community. Supportive Housing recipients may be able to live in the community with a minimum of staff intervention from the sponsoring provider.
- **Family Care** - Family Care is a licensed residential service sponsored by OMH for persons who have been diagnosed with serious mental illness. The program places individuals in need of community placement (residents) with persons certified to deliver residential care in their own homes. Family Care providers receive training, support and financial reimbursement for their services. Residents receive the kind of support, guidance and companionship that naturally occurs in families and communities.