# EXHIBIT 25

# Housing Spectrum



## Licensed OMH Housing

- Level II approval on HRA 2010e
- More structured/ supervised
- Occupancy agreement
- Transitional
- Rehabilitative & restorative services provided
- Resident pays a program fee for housing & services
- 595 discharge regulations

## Supportive Housing

- Community Care approval on HRA 2010e
- More independent
- Unlicensed but permanent
- Lease or sublease
- Abide by supportive housing guidelines
- 30% of income toward rent & utilities

**CUCS Institute**

OMH-00070083

# Licensed OMH Housing

OMH Congregate Housing:

Congregate Treatment/Community Residences (CR)



Transitional – targeted length of stay is 18-24 months

3 meals a day are provided

Staff on site 24 hours a day

On-site rehabilitative services

# CUCS Institute

OMH-00070084

# Licensed OMH Housing

OMH Congregate Housing:
CR-SRO



## CUCS Institute

OMH-00070085

# Licensed OMH Housing

## Apartment Treatment



Transitional – targeted length of stay is 18-24 months

Staff deliver services at client's apartment

Staff on call 24 hours a day

Shared scattered site apartments for 1-3 people

## CUCS Institute

OMH-00070086

# Supportive Housing

## SP/SRO



- Fully Independent Studio Apartment in a Congregate Setting
- Some on site services and communal activities
- Mixed-use housing-emerging model of choice
- Tenants are linked to outside services

## CUCS Institute

OMH-00070087

## Supportive Housing

### Scatter Site



## CUCS Institute

OMH-00070088