# EXHIBIT 27

# OMH Housing Services

**Chris Smith**
**Associate Commissioner, Adult Community Care**

**Julie Duncan**
**Director, Bureau of Housing Development & Support**

NEW YORK
STATE OF OPPORTUNITY.
Office of
Mental Health

# Adult Housing Models

**Licensed Housing**
Community Residence (Congregate Treatment )
Apartment Treatment
CR/SRO

**Unlicensed Housing**
Congregate Supportive (SP/SRO)
Mixed Use Housing
Scattered-Site Supportive (Supported Housing)

Adult Family Care

NEW YORK
STATE OF
OPPORTUNITY.
Office of
Mental Health

# Community Residence

- The Community Residence model is transitional, rehabilitative housing that teaches skills, offers support, and helps residents to achieve the highest level of independence possible.
- Three meals a day are provided, as well as on-site rehabilitative services and 24-hour staff coverage.
- This level of housing is appropriate for individuals who need rehabilitative services in a non-hospital setting prior to placement in more permanent community-based housing.
- Programs 16 units or under can bill Medicaid under the rehab option for rehabilitative services offered to clients.
- Licensed Program and Follows Part 595 Regulations

NEW YORK
STATE OF OPPORTUNITY.
Office of
Mental Health

# Apartment Treatment Housing

- Apartment Treatment provides high level of support and skills training to individuals in apartment settings.
- Usually scattered-site rental units.
- This licensed housing is designed to be transitional and usually one to three residents will occupy an apartment.
- Bedrooms may be private or shared.
- Residents gain skills and independence, learn to use community programs, and develop a community support system of friends and family.
- Rehabilitative and supportive services are provided on-site designed to improve an individual's ability to live as independently as possible and eventually access community-based housing.
- Programs can bill Medicaid under the rehab option for rehabilitative services offered to clients.
- Licensed Program and Follows Part 595 Regulations

NEW YORK
STATE OF OPPORTUNITY.
Office of
Mental Health

# Licensed Supportive Housing (CR/SRO)

- Looks like a typical apartment building
- Tenants have studio apartments or private bedrooms in suites
- 24/7 on-site staff
- Supportive services on site, though typically less intensive than other licensed models
- Program typically provides 1 meal per day, but some programs provide all 3 meals
- OMH-licensed and follows Part 595 Regulations
- Extended-stay

NEW YORK
STATE OF OPPORTUNITY.
Office of Mental Health

# Congregate Supportive Housing (formally known as SP/SRO)

- Mixed use housing model with units within the building for individuals who are not mentally ill.
- Looks like a typical apartment building--Tenants typically have studio or one bedroom apartment
- Permanent housing – tenants have a lease and can remain in the program for as long as they need support services and/or a rental stipend.
- On-site supportive services and 24/7 front desk security
- Service frequency is a minimum of 1 visit per month
- Unlicensed

NEW YORK
STATE OF OPPORTUNITY.
Office of
Mental Health

## Scattered-Site Supportive Housing (formerly known as Supported Housing)

- Most independent level of housing
- Scattered-site apartments in the community
- Permanent Housing—tenants have a lease and can remain in the program for as long as they need support services and/or a rental stipend.
- Support Services focused on tenancy issues and maintaining housing stability
- Wrap-around services can be provided by other entities (CORE, Visiting Nurse, etc).

NEW YORK
STATE OF OPPORTUNITY.
Office of
Mental Health

# Family Care

- Family Care is the oldest & least costly residential program offered by the Office of Mental Health.
- Family Care Homes provide 24 hour residential services in small family settings that carefully match resident needs & provider skills in order to offer individually tailored supervision
- Operating Certificates are issued to qualified individuals in the community who agree to offer specified residential services in their own homes to no more than six persons with mental illness (average home has 3 residents)
- Family Care providers are reimbursed for expenses incurred in providing care
- Sponsored by OMH State Operated Psychiatric Centers. Family Care providers are considered contractors, not State employees.
- The sponsor is responsible for training the Family Care provider, securing emergency support services, and monitoring the home for compliance with OMH policy & regulations.

NEW YORK
STATE OF OPPORTUNITY.
Office of
Mental Health

# Access to Housing--SPOA

- Access to all levels of OMH community housing should managed through the county's SPOA (or HRA in NYC)
- SPOA is responsible for matching individuals to needed services in their community
- SPOA should triage access to housing so those most in need are prioritized. Individuals coming from PCs (inpatient or residential) are considered a priority population.



# Access to Housing—Completing a Housing Application

- Housing applications should accurately reflect an individual's skill set
- Housing applications should be strengths based
- PC discharge teams should identify services beyond just housing in order to meet an individual's needs and ensure successful transition to the community

NEW YORK
STATE OF OPPORTUNITY.
Office of
Mental Health



11
Questions?
NEW YORK STATE OF OPPORTUNITY.
Office of Mental Health

D-00055617