# EXHIBIT 29

| Central New York Psychiatric Center<br>**Corrections-Based Operations Manual**<br><br>**PRE-RELEASE COORDINATION** | Date: 6/28/16 | Policy #8.11 |
|---|---|---|
| | Supersedes: 7/13/09 | Page(s): 1 of 2 |
| Prepared By: Wendy Vogel, Director, Pre-Release Services | Policy:<br>**Care Coordination and Assertive Community Treatment (ACT)** | |
| Approved By: Lori Schatzel, Director, CBO | | |

**POLICY:**

Pre-Release staff will refer inmate-patients who have a serious mental illness (SMI) to care coordination services for support, advocacy and assistance with connecting to community resources.

**PROCEDURES:**

1. Pre-Release staff should complete appropriate care coordination applications, depending on county of release, and keep the Senior Offender Rehabilitation Coordinator (SORC) informed as information is obtained.

**NYC Care Coordination**

1. Pre-Release staff should submit the Reentry Coordination System (RCS) application for care coordination at least 60 days prior to release. Pre-Release staff should advise RCS if an inmate-patient has been reviewed and approved for Assisted Outpatient Treatment (AOT).

2. RCS will assign a care coordinator prior to release and communicate the assignment to the CNYPC staff. CNYPC staff is responsible for connecting with the care coordinator at least 2 weeks prior to release and should offer to coordinate a conference call between the care coordinator and inmate-patient at least 2 weeks prior to release to facilitate the development of release plans.

**Non-NYC Care Coordination**

1. Pre-Release staff should submit the Single Point of Access (SPOA) application for mental health care coordination to the SPOA Coordinator in the County of Release at least 60 days prior to release.

2. Pre-Release staff is responsible for following-up with the County SPOA Coordinator to facilitate access to care coordination on release. Pre-Release staff is responsible for connecting with the care coordinator at least 2 weeks prior to release and should offer to coordinate a conference call between the care coordinator and inmate-patient to facilitate the development of release plans.

| Corrections-Based Operations Manual | Date: 6/28/16 | Policy #8.11 | Page: 2 of 2 |
|---|---|---|---|
| PRE-RELEASE COORDINATION<br>*-Continuation Page-* | Policy:<br>**Care Coordination and Assertive Community Treatment (ACT)** | | |

### Assertive Community Treatment (ACT)

ACT services are considered the highest level of community care and are designated for inmate-patients who are considered SMI and expected to need significant outreach by all members of the treatment team. Referrals for ACT must be approved by the Pre-Release Services Department prior to submission.

1. NYC: PRCs should submit the Reentry Coordination System (RCS) application for care coordination at least 60 days prior to release and indicate that ACT services are requested. Continue to follow the additional procedures as indicated above for care coordination.

2. Non-NYC: PRCs should submit the Single Point of Access (SPOA) application for mental health care coordination to the SPOA Coordinator in the County of Release at least 60 days prior to release and indicate that ACT services are requested. Continue to follow the additional procedures as indicated above for care coordination.