# EXHIBIT 33



October 7, 2020 | 2:16 pm

# Information on Novel Coronavirus

Coronavirus is still active in New York. We have to be smart. Wear a mask, maintain six feet distance in public and download the official New York State exposure notification app, COVID Alert NY.

**GET THE FACTS** >

## Office of Mental Health

- Forensic Home
- Division of Forensic Services
- Bureau of Institutional and Transitional Services (BITS)
- Bureau of Sex Offender Evaluation and Community Treatment (BSOECT)
- Bureau of Institutional Sex Offender Treatment (BISOT)
- Diversion, Reentry, and Community Education Unit
- Links
- Populations Served
- Psychiatric Centers
- Resource Handbook

## New York State Office of Mental Health (OMH)
## Division of Forensic Services
## Bureau of Institutional and Transitional Services (BITS)

Bureau of Institutional and Transitional Services (BITS) functions include,

1. designating forensic placements in OMH facilities subsequent to court orders for hospitalization;
2. providing central office support for the treatment and movement of forensic patients served by OMH facilities, exclusive of SOTPs;
3. reviewing, on behalf of the Commissioner, applications for patient retention, transfer or discharge and making related recommendations;
4. working, in collaboration with other State and local agencies, to facilitate training of police, probation, parole, court personnel, and correctional staff who interact with mentally-ill, justice-involved individuals; and
5. assisting in the transition of inmate-patients from prison back into the community; and
6. facilitating the implementation of transitional programs such as,
   a. **Parole Support and Treatment Program (PSTP)**, which provides clinical and housing services for homeless parolees with serious and persistent mental illness who have a co-occurring substance abuse disorder and are being released from prison to New York City.
   b. **Community Orientation and Reentry Program (CORP)**, which provides in-reach services for SMI male prisoners leaving Sing Sing Correctional Facility.
   c. **Safe Transition and Empowerment Project (STEP)**, a transitional Intensive Case Management program for women with serious mental illness leaving prison, reentering New York City;
   d. **Reentry Coordination System (RCS) in New York**, a referral coordination system operated by Center for Urban Community Services (CUCS) for persons with serious mental illness who are returning to New York City from State prison.
   e. **OMH Forensic Intensive Case Management (ICM) Team**, a forensic ICM team located in NYC to provide transitional case management for select SMI individuals leaving prison and returning to NYC.

Please fax/email all CPL 330.20 and 730 court orders and related documents to either Forensic Bits or (518) 956-9451.

MG-Class00034359

# Office of Mental Health

## About OMH

Agency Information

Organization Chart

OMH Transformation

Procurement Opportunities

## Contact Us

**Customer Relations**
44 Holland Avenue
Albany, NY 12229
1-800-597-8481

Facilities

Feedback

Field Offices

## Help

Community Services Directory

Find a Mental Health Program

Domestic Violence Information

National Suicide Prevention Lifeline

## Language Assistance

Español

РУССКИЙ

Kreyòl ayisyen

中文

Italiano

More...

## Resources

Accessibility

Employment

Privacy

Disclaimer

Freedom of Information Law (FOIL)

Site Index

### CONNECT WITH US

MG-Class00034360

MG-Class00034361