# EXHIBIT 34

# Office of Mental Health

## About ACT

### What Is Assertive Community Treatment?

Assertive Community Treatment (ACT) is an Evidence-Based Practice Model designed to provide treatment, rehabilitation and support services to individuals who are diagnosed with a serious mental illness and whose needs have not been well met by more traditional mental health services. The ACT team provides services directly to an individual that are tailored to meet his or her specific needs. ACT teams are multi-disciplinary and include members from the fields of psychiatry, nursing, social work, substance abuse and vocational rehabilitation. Based on their respective areas of expertise, the team members collaborate to deliver integrated services of the recipients' choice, assist in making progress towards goals, and adjust services over time to meet recipients' changing needs and goals. The staff-to-recipient ratio is small (one clinician for every ten recipients), and services are provided 24-hours a day, seven days a week, for as long as they are needed.

ACT teams deliver comprehensive and flexible treatment, support, and rehabilitation services to individuals in their natural living settings rather than in hospital or clinic settings. This means that services are carried out at the locations where individuals live, work, and socialize and where support is needed. ACT teams share responsibility for the people they serve and use assertive engagement to proactively engage individuals in treatment.

### Why Is Assertive Community Treatment Important?

ACT improves recipient outcomes. When comparing recipients before and after receiving ACT services, studies have shown ACT recipients experience greater reductions in psychiatric hospitalization rates, emergency room visits and higher levels of housing stability after receiving ACT services. Research has also shown that ACT is more satisfactory to recipients and their families. Evidence of ACT's effectiveness has led mental health advocacy groups, including the National Alliance on Mental Illness (NAMI), to endorse ACT as a key service with proven positive outcomes.

### ACT Services

The purpose of Assertive Community Treatment (ACT) is to deliver comprehensive and effective services to individuals who are diagnosed with a serious mental illness and whose needs have not been well met by more traditional service delivery approaches.

The ultimate goal of ACT is to assist individuals to reach a point where having a mental illness is not central to their life.

### What do ACT teams offer?

**Multidisciplinary team approach:** ACT services are provided using a multi-disciplinary

team approach. Each team includes staff members from different mental health care specialties who work closely with the client to provide comprehensive services. Team members consist of a psychiatrist, nurse(s), and other professionals including vocational, family, wellness, and substance abuse treatment specialists. Many teams also include a peer specialist. Because team members share responsibility for providing treatment and rehabilitation services, the entire team supports each client's personalized goal of recovery.

**Small caseload and continuity of care:** With staff of diverse specialties and a low client to staff ratio of ten to one, ACT teams are able to provide tailored, individualized services to clients. Since clients typically receive services from each staff member on the team, care is continuous and coordinated, even if someone is on vacation or leaves the team.

**Community service provision:** ACT services are delivered primarily in community settings of the client's choice, including client homes, workplaces, parks, recreational sites, and other locations. Service delivery in the community makes getting treatment easier and more convenient for clients. It also allows team members to provide treatment in a more relaxed and informal atmosphere, and assists clients to build skills in the context of the communities where they live.

**Flexible individualized services:** Supporting client choices for their recovery is a major value of ACT services. Treatment plans are developed collaboratively by the team and client based on the individual's strengths, needs, desires, goals and culture. Treatment plans are modified as needed through ongoing assessment and goal setting. ACT teams meet daily to discuss each client's progress, allowing the team to plan or quickly adjust the services to meet clients' needs.

ACT teams deliver mutually agreed upon services and support each client's need to live successfully in the community and reach his or her recovery goals. ACT team specialists help to ensure that ACT teams provide clients with care that is coordinated, comprehensive, and continuous.

- Vocational specialists assist clients to participate in community employment and educational opportunities by providing related rehabilitation and support services.
- Family specialists work with the client's natural support system, with client permission. They provide education and support to the family with the goal of improving family relationships, and include the client's natural supports in treatment and ACT services.
- Wellness self-management specialists work with recipients to develop skills that will support their recovery and attainment of their goals.
- Substance abuse specialists work with the client to provide integrated dual disorders treatment (IDDT). Free training is available through the Center for Practice Innovations (CPI) Focus on Integrated Treatment (FIT) initiative.

ACT teams help clients with psychiatric symptom management, getting a job, securing and keeping housing, substance use reduction or abstinence, and family and friend relationships. They can assist with the development of a wide range of skills including food shopping, cooking, cleaning, budgeting/banking, and other every day living skills. There is no time limit for receiving ACT services; the services are available to clients for as long as they need them.

**Crisis coverage:** ACT teams have primary responsibility for crisis response and are the first contact for after-hours crisis calls for the client and/or family. Each team has a staff member who is 'on-call' to assist clients when there is an after-hours crisis or emergency.

MG-Class00010596

## Resources and Contacts

### How to access ACT Services

Individual referrals for ACT services may be made by anyone with the information to complete the ACT referral packet, and can include the following:

- the individual, on his or her own behalf
- family member
- mental health agency or hospital
- mental health service provider
- police
- court system

The process and paperwork needed for an ACT referral can vary by county. ACT services are accessed through the Single Point of Access (SPOA) process, which can also vary by county.

### Individuals who reside:

i. In the five boroughs of New York City:

There is one SPOA that serves the five boroughs. To obtain the referral form, click on the link for the Single Point of Access (SPOA) Care Coordination/ACT Programs OR you can call or email to the following contact info: spoa@health.nyc.gov or 347-396-7258.

ii. In any county outside of the five boroughs of New York City:

Contact the county mental health services office in the county where the individual resides for detailed referral information. To find the contact information of the Office of the County Director for a specific county, go to County / New York City Directory.

### ACT Institute - ACT Training Curriculum
ACT Institute - ACT Training Curriculum

### Links to Related Websites

New York State ACT Institute - The New York State ACT Institute mission is to provide training, support, and technical assistance to ensure the consistent and effective implementation and continued adherence to the practice of Assertive Community Treatment (ACT) and other Evidence Based Practices (EBP) by ACT teams in New York State. The ACT Institute is part of the Center for Practice Innovations, NYS Psychiatric Institute, Columbia University.

National Alliance on Mental Illness (NAMI) - NAMI is the nation's largest grassroots mental health organization and is dedicated to improving the lives of persons living with serious mental illness and their families.

SAMHSA'S National Mental Health Information Center - The SAMHSA Assertive Community Treatment Toolkit and other resources are available at this site. The Toolkit contains information sheets for all stakeholders, videos, and workbooks and manuals for

MG-Class00010597

practitioners.

New York Association of Psychiatric Rehabilitation Services (NYAPRS) - NYAPRS is a statewide coalition of people who use and/or provide recovery-oriented community based services.

OMH Evidence-Based Practice Web Page - OMH is dedicated to providing mental health services that are based on the best evidence available and improve outcomes and quality of life for people diagnosed with a mental illness. This link to the Center for Practice Innovations, NYS Psychiatric Institute, Columbia University, provides information about the OMH Evidence-Based Practices initiative.

Assisted Outpatient Treatment Reports (AOT) - New York State's AOT program was developed to ensure that individuals with mental illness, and a history of hospitalizations or violence participate in community-based services appropriate to their needs. This link provides information collected on AOT recipients.

OMH Balanced Scorecard - The OMH Balanced Scorecard allows anyone to view and assess the agency's progress toward achieving its strategic goals. The Scorecard uses up-to-date quantitative data to compare actual performance against specific measurable targets. Content areas include outcomes experienced by individuals served in the NYS public mental health system, results of public mental health efforts undertaken by OMH, and critical indicators of organizational performance.

The Office of Consumer Affairs
Self-Help and Peer Support - These OMH web pages provide an overview of self-help and peer support and links to resources in New York State. Self-help refers to methods that individuals use to help or improve themselves without assistance from others. Peer support refers to groups of people who share the common experience of having received a diagnosis of mental illness, who come together in order to provide each other with moral support, information, and advice.

### ACT Contacts

NY State ACT Teams Directory

## Assertive Community Treatment (ACT)

Assertive Community Treatment is an evidenced-based practice that offers treatment, rehabilitation, and support services, using a person-centered, recovery-based approach, to individuals that have been diagnosed with a severe and persistent mental illness. Assertive Community Treatment services - assertive outreach, mental health treatment, health, vocational, integrated dual disorder treatment, family education, wellness skills, community linkages, and peer support - are provided to individuals by a mobile, multi-disciplinary team in community settings. The goal of Assertive Community Treatment services is to assist individuals to achieve their personally meaningful goals and life roles.

ACT - Health Home Transition: Interim Instruction
ACT in Health Homes: Joining Health Home Networks
ACT/Health Home Webinar Recording 12/10/13
Assertive Community Treatment Standards of Care
ACT Program Guidelines 2007

<u>ACT Transition and Utilization Management Guidance</u>
<u>Discharge Workflow for ACT Recipients Enrolled in HARP</u>

## NY State ACT Teams Directory

stuff

## Counties Served by ACT Teams

stuff

## Stakeholder Perceptions of ACT

**Family Perspective:** Historically, families of individuals diagnosed with a mental illness have served as de facto case managers, providing and coordinating care for their relatives when there are gaps in the system of services. This role often creates great strains on families who have to work have responsibility for other family members or who are elderly or disabled themselves. At local family support and education meetings, families often express their concerns about who will take care of their ill family member after they are gone. With ACT, families with a relative diagnosed with a mental illness have an easier time relating to one another as family members and have fewer concerns about the future.

Because of this, the <u>National Alliance on Mental Illness (NAMI)</u> has promoted an aggressive, national grassroots effort to educate people about ACT programs. Their goal is to make these programs available wherever they are needed.

**Recipient Perspective:** Research suggests that when people have adequate information regarding their options and are supported in their decision-making, they are likely to make healthier and more positive choices (Waller, 2001). The person who advocates for his/her choices in regards to services and/or course of treatment is likely to recovery more quickly (Waller, 2001). It is essential that ACT teams provide non-coercive services that are based on informed choice.

**Cultural Perspective:** Research has shown that members of minority groups often receive their initial mental health treatment in the most restrictive environments or when help seeking has been delayed to a point of greater disability. All aspects of ACT from team development to individual discharge planning to program evaluation need to be viewed through the lens of cultural competence and focused on building strong family and community connections. Service effectiveness is tied to creating ACT teams with the language capacities, community knowledge and connections to resources that will sustain skill-building efforts. In addition to assuring language access services, ACT teams need a working knowledge of cultural considerations and community and family norms to adapt and provide culturally relevant services.

## Goals and Features of ACT

The purpose of Assertive Community Treatment (ACT) is to deliver comprehensive and effective services to individuals who are diagnosed with a severe mental illness and whose needs have not been well met by more traditional service delivery approaches.

The ultimate goal of ACT is to assist individuals to reach a point where having a mental illness

MG-Class00010599

is not central to their life.

**What do ACT teams offer?**

**Multidisciplinary team approach:** ACT services are provided using a multi-disciplinary team approach. Each team includes staff members from different mental health care specialties who work closely with the client to provide comprehensive services. Team members consist of a psychiatrist, nurse(s), and other professionals including vocational, family, wellness, and substance abuse treatment specialists. Many teams also include a peer specialist. Because team members share responsibility for providing treatment and rehabilitation services, the entire team supports each client's personalized goal of recovery.

**Small caseload and continuity of care:** With staff of diverse specialties and a low client to staff ratio of ten to one, ACT teams are able to provide tailored, individualized services to clients. Since clients typically receive services from each staff member on the team, care is continuous and coordinated, even if someone is on vacation or leaves the team.

**Community service provision:** ACT services are delivered primarily in community settings of the client's choice, including client homes, workplaces, parks, recreational sites, and other locations. Service delivery in the community makes getting treatment easier and more convenient for clients. It also allows team members to provide treatment in a more relaxed and informal atmosphere, and assists clients to build skills in the context of the communities where they live.

**Flexible individualized services:** Supporting client choices for their recovery is a major value of ACT services. Treatment plans are developed collaboratively by the team and client based on the individual's strengths, needs, desires, goals and culture. Treatment plans are modified as needed through ongoing assessment and goal setting. ACT teams meet daily to discuss each client's progress, allowing the team to plan or quickly adjust the services to meet clients' needs.

ACT teams deliver mutually agreed upon services and support each client's need to live successfully in the community and reach his or her recovery goals. ACT team specialists help to ensure that ACT teams provide clients with care that is coordinated, comprehensive, and continuous.

- Vocational specialists assist clients to participate in community employment and educational opportunities by providing related rehabilitation and support services.
- Family specialists work with the client's natural support system, with client permission. They provide education and support to the family with the goal of improving family relationships, and include the client's natural supports in treatment and ACT services.
- Wellness self-management specialists work with recipients to develop skills that will support their recovery and attainment of their goals.
- Substance abuse specialists work with the client to provide integrated dual disorders treatment (IDDT). Free training is available through the Center for Practice Innovations (CPI) Focus on Integrated Treatment (FIT) initiative.

ACT teams help clients with psychiatric symptom management, getting a job, securing and keeping housing, substance use reduction or abstinence, and family and friend relationships. They can assist with the development of a wide range of skills including food shopping, cooking, cleaning, budgeting/banking, and other every day living skills. There is no time limit for receiving ACT services; the services are available to clients for as long as they need them.

**Crisis coverage:** ACT teams have primary responsibility for crisis response and are the first contact for after-hours crisis calls for the client and/or family. Each team has a staff member who is 'on-call' to assist clients when there is an after-hours crisis or emergency.