# EXHIBIT 35



**SAMHSA'S GAINS Center for Behavioral Health and Justice Transformation**

# Forensic Assertive Community Treatment: Updating the Evidence

January 21, 2014

Joseph P. Morrissey, PhD, UNC-Chapel Hill
Ann-Marie Louison, CASES, NYC

http://gainscenter.samhsa.gov

MG-Class00035010

# Forensic Assertive Community Treatment (FACT): Updating the Evidence

Presenters:
Joseph P. Morrissey, PhD, UNC-Chapel Hill
Ann-Marie Louison, CASES, NYC

**SAMHSA's GAINS Center for Behavioral Health and Justice Transformation
Webinar Series: Part 1
on Evidence-Based Practices for Justice-Involved Persons**

MG-Class00035011

# Topics for Today's Webinar

1. FACT evidence update (Joe Morrissey)

2. Best Practices: Opinions from the Field (Ann-Marie Louison)

3. Questions & Answers (All)

MG-Class00035012

# 1. Evidence Update

Reference Document: "Forensic Assertive Community Treatment: Updating the Evidence," SAMHSA'S GAINS Center Evidence-Based Practice Fact Sheet, December 2013. Available at: http://gainscenter.samhsa.gov/cms-assets/documents/141801-618932.fact-fact-sheet---joe-morrissey.pdf

MG-Class00035013

# FACT rests upon ACT

- FACT is an adaptation of assertive community treatment (ACT) for persons involved with the criminal justice system
- ACT is a psychosocial intervention developed for people with <u>severe mental illness</u>* who have significant difficulty living independently, high service needs, and repeated psychiatric hospitalizations

      * SMI= a subset of serious mental illness, marked by a higher degree of functional disability

MG-Class00035014

# ACT: key principles

- ❖ Multidisciplinary staff
- ❖ Integrated services
- ❖ Team approach
- ❖ Low consumer-staff ratios
- ❖ Locus of contact in community
- ❖ Medication management

- ❖ Focus on everyday problems in living
- ❖ Rapid access (24-7)
- ❖ Assertive outreach
- ❖ Individualized services
- ❖ Time unlimited services

- ▪ Origins in 1970s; slow adoption but now widespread use throughout US, Canada, Europe & Australia
- ▪ Program model has been standardized and DACT fidelity scale developed

MG-Class00035015

# ACT: evidence

➢24+ controlled studies in U.S & abroad

MG-Class00035016

# ACT: evidence

- 24+ controlled studies in U.S & abroad
- ➤ Most consistent finding: decreased use & days of psychiatric hospitalization

  Inconsistent results regarding symptoms & quality of life

MG-Class00035017

# ACT: evidence

- 24+ controlled studies in U.S & abroad

- Most consistent finding: decreased use & days of psychiatric hospitalization

- Inconsistent results regarding symptoms & quality of life

➢ 1st generation studies also showed no consistent improvement in social adjustment, substance abuse, arrests/jail time

MG-Class00035018

# ACT: evidence

- 24+ controlled studies in U.S & abroad
- Most consistent finding: decreased use & days of psychiatric hospitalization
- Inconsistent results regarding symptoms & quality of life
- 1st generation studies also showed no consistent improvement in social adjustment, substance abuse, arrests/jail time

➢ACT has become a platform for leveraging other Evidence-Based Practices such as integrated dual disorder treatment and supported employment

MG-Class00035019

# ACT: evidence

- 24+ controlled studies in U.S & abroad

- Most consistent finding: decreased use & days of psychiatric hospitalization

- Inconsistent results regarding symptoms & quality of life

- 1st generation studies also showed no consistent improvement in social adjustment, substance abuse, arrests/jail time

- ACT has become a platform for leveraging other Evidence-Based Practices such as integrated dual disorder treatment and supported employment

➢FACT teams have been trying to follow the same pathway

MG-Class00035020

# FACT: adaptations

New goals
- ✓ Keep folks out of jail & prison
- ✓ Avoid/reduce arrests
- ✓ Interface with CJ system

MG-Class00035021

# FACT: adaptations

**New goals**
- ✓ Keep folks out of jail & prison
- ✓ Avoid/reduce arrests
- ✓ Interface with CJ system

**ACT Team add-ons**
- Enroll only folks with SMI and prior arrests and detentions
- Partner with CJ agencies / add CJ personnel to treatment team
- Use of court sanctions to encourage participation
- Residential treatment units for folks with dual diagnoses
- Cognitive-behavioral approaches

MG-Class00035022

# FACT: evidence[1]

- FACT practices have disseminated rapidly around the U.S., far out-stripping the evidence base supporting their effectiveness

MG-Class00035023

# FACT: evidence[1]

- FACT has been adopted much more rapidly than has the evidence base to support its effectiveness
- To date, only a handful of reports about the effectiveness of FACT or FACT-like programs have been published with mixed results
  - Two pre-post (no control group) studies
    - Project Link in Rochester NY (2001, 2004)
    - Thresholds Jail Linkage Project in Chicago, Il (2004)
  - Three randomized control trials (RCTs)
    - Philadelphia (1995)
    - California Bay Area (2006)
    - California Central Valley (2010)

MG-Class00035024

# FACT: evidence[2]

- Pre-post studies
  1. Rochester: jail diversion, 12 mo. follow-up, N= 41-60
     + Significant reductions in jail days, arrests, hospitalizations, hospital days
     + Improved psychological functioning and substance treatment engagement
     + Significant reductions in annual costs per participant

MG-Class00035025

# FACT: evidence[2]

- Pre-post studies
    1. Rochester: jail diversion, 12 mo. follow-up, N= 41-60
        + Significant reductions in jail days, arrests, hospitalizations, hospital days
        + Improved psychological functioning and substance treatment engagement
        + Significant reductions in annual costs per participant
    2. Chicago: jail diversion, 12 mo. follow-up, N= 24
        + Decreased jail days and days in hospital
        + Reduced jail and hospital costs

MG-Class00035026

# FACT: evidence[2]

- Pre-post studies
    1. Rochester: jail diversion, 12 mo. follow-up, N= 41-60
        + Significant reductions in jail days, arrests, hospitalizations, hospital days
        + Improved psychological functioning and substance treatment engagement
        + Significant reductions in annual costs per participant
    2. Chicago: jail diversion, 12 mo. follow-up, N= 24
        + Decreased jail days and days in hospital
        + Reduced jail and hospital costs

- Weakness: Small pilot studies; lack of control group makes it unclear that gains can be uniquely attributed to FACT

MG-Class00035027

# FACT: evidence[3]

- Controlled studies
    1. Philadelphia: jail diversion, randomized, 12 mo. follow-up, N= 94
        + No statistically significant differences between groups; FACT had higher re-arrest rate
        + Number of methodological difficulties re recruitment, retention, ACT fidelity, violations

MG-Class00035028

# FACT: evidence[3]

- Controlled studies
    1. Philadelphia: jail diversion, randomized, 12 mo. follow-up, N= 94
        + No statistically significant differences between groups; FACT had higher re-arrest rate
        + Number of methodological difficulties re recruitment, retention, ACT fidelity, violations
    2. California Bay Area: jail diversion, randomized, 19 mo. follow-up, N= 182
        + Dual disorder intervention (IDDT) in FACT-like setting
        + No statistically significant differences between groups on arrests and jail days but intervention group (IG) fewer incarcerations and lower likelihood of multiple convictions
        + Intervention group also had improved service receipt and engagement on a number of indicators
        + Finding tempered by methodological limitations: unequal FACT exposure among intervention participants, baseline differences, high attrition rates in post-period

MG-Class00035029

# FACT: evidence[3]

- Controlled studies
  - 3. California Central Valley: jail diversion, randomized, 24 mo. follow-up, N= 134
    - + High DACT fidelity at baseline
    - + At 12 and 24 mos. FACT participants had significantly fewer jail bookings
    - + FACT participants were more likely to avoid jail; however, if jailed, there were no differences in jail days between groups
    - + FACT participants' higher outpatient mental health service use and costs were offset by lower inpatient use and costs
    - + **These are the strongest findings to date demonstrating that FACT interventions can improve both criminal justice and behavioral health outcomes for jail detainees with SMI**

MG-Class00035030

# FACT: some unanswered questions

Unlike ACT . . . FACT still lacks a well-validated clinical or program model that specifies:

- Who is most appropriate for this approach?
- What are their needs (crimnogenic v. psychogenic)?
- How can we meet these needs?
- How can we manualize the interventions?
- What are the best outcomes?
- What are the best outcome measures?

22

MG-Class00035031

# FACT: growing the evidence base

1. The clinical / program model for FACT needs to be carefully specified

23

MG-Class00035032

# FACT: growing the evidence base

1. The clinical / program model for FACT needs to be carefully specified

2. Then, more high quality, multi-site, large N, controlled studies are needed
   - To consolidate current findings
   - To demonstrate reproducibility of findings across diverse communities and geographical areas

MG-Class00035033

# FACT: growing the evidence base

1. The clinical / program model for FACT needs to be carefully specified

2. Then, more high quality, multi-site, large N, controlled studies are needed
   - To consolidate current findings
   - To demonstrate reproducibility of findings across diverse communities and geographical areas

3. With a stronger evidence base, FACT programs can be relied upon to help individuals with SMI avoid criminal justice contacts and improve community functioning

MG-Class00035034



2. Best Practices

MG-Class00035035

# Best Practices: Opinions from the Field

Ann-Marie Louison

*Director Adult Behavioral Health Programs,*

*CASES, NYC*

alouison@cases.org

MG-Class00035036

# CASES – New York City



**Youth Programs**

Court Employment Project

Choices ATD

Queens Justice Corps

Justice Scholars

Civic Justice Corps



**Adult Behavioral Health Programs**

Manhattan START

Nathaniel ACT ATI Team

Manhattan ACT Team

Nathaniel Housing

MG-Class00035037

# Why was Nathaniel ACT Alternative to Incarceration Created?

*"Criminal "*
*Not ACT consumer*

　　　　*"Dangerous"*

*"Drug use"*



- **Bias**
- **Distrust**
- **Prejudice**
- **Fear**
- **Avoidance**

# Reduced Access

29

MG-Class00035038



MG-Class00035039



MG-Class00035040

# FACT Recipients

**Co-Occurring Substance Use**



**Schizophrenia**



**Outpatient Commitment**



**Homeless**



**High Use Psychiatric Hospitals**



**High Use ER visits**



MG-Class00035041

| Felony Convictions |
| --- |
| Assault |
| Criminal Sale Controlled Substance |
| Robbery |
| Burglary |
| Grand Larceny |
| Criminal Contempt |

MG-Class00035042



MG-Class00035043

# Criminogenic Need Clinical Profiles

| Variable | Low | Medium | High | Very High |
|---|---|---|---|---|
| Risk Total Score | 7.67 | 14.67 | 23.82 | 31.28 |
| Criminal History | .67 | 1.84 | 3.58 | 4.06 |
| Antisocial Associates | .17 | 1.07 | 1.84 | 3.11 |
| Antisocial Cognition | .22 | .49 | 1.68 | 3.06 |
| Antisocial Personality | .44 | .87 | 2.16 | 2.89 |

MG-Class00035044

# Criminogenic Needs Influence Outcomes

| RISK GROUP | LOW | MEDIUM | HIGH/ VERY HIGH | TOTAL |
|---|---|---|---|---|
| Nathaniel Consumers | 15% | 35% | 50% | 100% |
| Re-Arrested in 2-Years | 0% | 30% | 52% | 36% |

MG-Class00035045

# ACT *Plus* = FACT

**Consumer Characteristics**

Psychiatric Diagnosis

Co-Occurring Substance Abuse

**Criminal Justice Status and CJ History**

**Criminogenic Needs**

Health Problems

Homeless at Intake

General Demographics

| Gender |
| Race |
| Age |

Baseline Utilization History        Hospital & ER

37

MG-Class00035046

# Criminal Justice Responsibilities

**Alternatives to Incarceration**

Comprehensive Screening & Intake Advocacy

Integration of Supervision into MH Treatment

Court Liaison Social Worker Escorting Participants to Court, Probation, and regular progress reports and notification of change in status

**Treatment & Supervision**

**Behavioral Health & Public Safety Outcomes**

Treatment for Mental Health, Substance Use, & Psych-social Needs

Assessment for Risk and Rehabilitation to address risk for re-arrest

Assertive treatment based on needs and current circumstances

38

MG-Class00035047

# Clinical Integrity of ACT Model



MG-Class00035048



MG-Class00035049

# Forensic ACT

- Adheres to national ACT fidelity standards
- All core elements of ACT
- Adheres to local ACT standards for  eligibility
- Integrates assessment, service-planning and services related to community integration after incarceration, for successful community supervision, and on-going risks of reoffending and recidivism

MG-Class00035050

# Clinical Model

Criminal History

Anti-social attitudes

Anti-social friends and peers

Anti-social personality pattern

Substance abuse

Family and/or marital factors

Lack of education/Poor employment history

Lack of pro-social leisure activities

Nature of Relationship with Criminal Justice

Criminal Justice Partner Member of Team

Criminal Justice Outcomes

MG-Class00035051

# Case Study 1



MG-Class00035052



# Case Study 2

Risk Level (Score)

MG-Class00035053



MG-Class00035054

# Clinical Model Impacts Outcomes



MG-Class00035055



MG-Class00035056



# 3. Questions?

MG-Class00035057



# FACT Discussion Group

## "Ask the Experts" discussion session

- Joseph P. Morrissey, PhD, UNC-Chapel Hill
- Ann-Marie Louison, CASES, NYC

    - Monday, February 3, 2041 from 3:00 – 4:00 pm EST

    - To register:
    http://prainc.adobeconnect.com/factreg/event/registration.html

    \*\*Details will also be sent out via the GAINS Center listserv



http://gainscenter.samhsa.gov

MG-Class00035058



# SAMHSA's GAINS Center *for*
## Behavioral Health and Justice Transformation

345 Delaware Avenue
Delmar, NY 12054
PH: (518) 439-7415
FAX: (518) 439-7612

http://gainscenter.samhsa.gov/

 

MG-Class00035059