# EXHIBIT 36

# Brief Guide to Field Based Behavioral Health Treatment, Care Coordination and Crisis Services



NYC has a wide array of behavioral health services that visit people in the community who may struggle to attend appointments or otherwise engage in traditional mental health clinic settings.

**Longer term services that go into a person's home or place of residence, including shelter:**

1. *Assertive Community Treatment (ACT)* teams include mental health & substance use professionals & sometimes peer specialists who typically meet a person six times per month in the community to provide evidence based mental health treatment, including medication. Refer by submitting a Universal Referral Form to SPOA. Call 347-396-7258 for help.

2. *Forensic Assertive Community Treatment (FACT)* teams include the same service as ACT and are specially trained to work with people who have had current or recent interactions with the criminal justice system. Refer by submitting a Universal Referral Form to SPOA. Call 347-396-7258 for help.

3. *Intensive Mobile Treatment (IMT)* teams include mental health & substance use professionals and peer specialists who have the flexibility to meet with people as often and as long as needed. IMT is especially good for people with very complex life situations and a high likelihood of moving between boroughs, shelter and criminal justice systems. IMTs provide mental health and substance use treatment wherever a person may be in NYC, including medication. Refer by submitting a Universal Referral Form to SPOA. Call 347-396-7258 for help.

4. *Care Coordination* provides individuals with a worker who assists them in achieving goals related to health, mental health, and overall wellness. Care Coordination is not treatment, but can link an individual to treatment. People without Medicaid can get referred to Non-Medicaid Care Coordination by submitting a Universal Referral form to SPOA. Call 347-396-7258 for help. People with Medicaid can get Care Coordination through a Health Home. SPOA can help or you can call a Health Home directly: https://www.health.ny.gov/health_care/medicaid/program/medicaid_health_homes/contact_information/county_list.htm

**Shorter term crisis services that work with people in the community (parks, street, etc.), a person's home or place of residence, including shelter. Not a replacement for 911 when an immediate crisis response is required.**

1. *Mobile Crisis Teams (MCT)* include mental health professionals who can visit a person where they live (except street) in a mental health crisis who is unable or unwilling to attend treatment appointments. MCTs operate 7 days a week with extended business hours & respond in 2-48 hours, depending on the situation's urgency. MCTs provide crisis de-escalation, assessment & referral to ongoing services, including those listed above. Refer by calling 1-888-NYC-WELL.

2. *Co-Response Teams (CRT)* is an NYPD/DOHMH unit comprised of clinicians & law enforcement who engage people with mental illness/substance use identified as having escalating behaviors and increasing risk to themselves or the community. Conceptually, the unit's practice is a pre-911 or post-911 model. Referrals to the unit are made by NYPD precincts, other City agencies, and service providers. Refer by calling 646-610-5877, 11-5pm Monday-Friday.

3. *Homeless Outreach Teams* engage people who are street/subway homeless and encourage them to move into housing. The teams offer immediate assistance, transportation to shelter and ongoing case management. They can assess for medical and mental health crises that may require emergency response. Refer by calling 311.

**Assisted Outpatient Treatment (AOT):**

AOT is court ordered outpatient mental health treatment for people with mental illness who are unlikely to survive safely in the community without help. A judge will order a person who meets the legal criteria for AOT to participate in outpatient mental health treatment (ACT, clinic, etc.) and care coordination. Refer by calling a borough based team: Manhattan-347-396-7373; Queens-347-396-7004; Bronx: 347-396-7375; Brooklyn/Staten Island-347-396-7374.