# EXHIBIT 38

**To:** Dedes, Cheryl (OMH)[Cheryl.Dedes@omh.ny.gov]
**Cc:** Vogel, Wendy M (OMH)[wendy.vogel@omh.ny.gov]
**From:** McNeil, Lisa[Lisa.McNeil@erie.gov]
**Sent:** Wed 1/24/2018 3:23:03 PM (UTC-05:00)
**Subject:** RE: ACT/FACT Referral questions (Erie)

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Cheryl,

Hi. When we don't have any ACT/FACT openings or the client is deemed ACT/FACT inappropriate, we always assign it to case management. This includes when we add someone to ACT/FACT wait list. The only exception would be if the client doesn't have an SMI diagnosis. I believe there was one referral that this occurred. You only need to submit one referral regardless of the request for level of care.
I hope this clarifies.
Thanks.

--
Lisa McNeil | Coordinator, Adult Single Point of Access and Accountability
Erie County | Dept of Mental Health
95 Franklin St., Room 1237 | Buffalo, NY 14202

Lisa.McNeil@erie.gov | http://www.erie.gov

IMPORTANT NOTICE : This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail and any attachments.

**From:** Dedes, Cheryl (OMH) [mailto:Cheryl.Dedes@omh.ny.gov]
**Sent:** Friday, January 19, 2018 4:12 PM
**To:** McNeil, Lisa
**Cc:** Vogel, Wendy M (OMH)
**Subject:** ACT/FACT Referral questions (Erie)

Hi,

We are trying to streamline the ACT/FACT process as much as possible, and we have a few questions for you.

In cases when an ACT/FACT referral is being requested, should we also submit a CM? In many cases I know that a CM has already been requested, but in cases where one has not- should we only send ACT/FACT referrals?

In cases where the ACT/FACT team rejects the patient, what happens? Is a CM assigned? If so, can the CM referral be used that was previously submitted? We want to make sure you have everything you need in each eventuality. If FACT rejects the client, we don't want the process to get delayed as we know that many releases don't give us much time to plan as it is.


Thank you so much!

Cheryl


**Cheryl Dedes**
Mental Health Program Specialist 1
Diversion, Re-Entry and Community Education

**Division of Forensic Service – NYS Office of Mental Health**
44 Holland Avenue, Unit B
Albany, New York 12229

Cheryl.Dedes@omh.ny.gov
www.omh.ny.gov

IMPORTANT NOTICE:

This e-mail is meant only for the use of the intended recipient. It may contain confidential information which is legally privileged or otherwise protected by law. If you received this e-mail in error or from someone who was not authorized to send it to you, you are strictly prohibited from reviewing, using, disseminating, distributing or copying the e-mail. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND DELETE THIS MESSAGE FROM YOUR SYSTEM. Thank you for your cooperation.