# EXHIBIT 45

## CONFIDENTIAL – FILED UNDER SEAL