# EXHIBIT 47

| NEW YORK STATE **Corrections and Community Supervision**<br><br>**Fishkill Correctional Facility** | | FACILITY OPERATIONS MANUAL<br>TITLE<br><br>**INMATE MOVEMENT FACILITY PASSES** | FOM. NO.<br>2.005<br>DATE<br>04/15/19 |
|---|---|---|---|
| SUPERSEDES<br>F.O.P. 2.005 Dated 3/12/18 | DISTRIBUTION<br>A & B | | PAGE<br>1 OF 4 |
| REFERENCES | | APPROVING AUTHORITY | |

I.   **APPLICABILITY:** To all security and program staff.

II.  **PURPOSE:** To provide accountability of inmate movement and location

III. **POLICY:** This will establish a policy for controlled movement of inmates within the facility. It will assure maximum accountability of inmates, and will assist in maximum program access of the inmate population. Housing Unit doors and all other areas of facility will have doors locked during non-movement times. There are 3 types of inmate movement within the facility; escorted, program, and by pass.

IV.  **PROCEDURE:**

A. **Escorted Movement:**

For inmate movement after hours and for movement related to a program, medication runs, utility gang, laundry, etc., under the direct supervision and escort of an officer(s) or civilian employee (maintenance, chapel, etc.) from one area of the facility to another.

B. **Program Movement:**

An announcement will be made on PAS and Two way radios that program movement is now in progress. Inmates will move throughout facility taking a direct route with their ID Card and Program Card to assigned programs. Staff along walkways and check points will monitor inmate movement to ensure compliance.

C. **Porter Pool Movement:**

An announcement will be made on PAS and Two-way radios for inmates assigned to porter pool to report to their assigned program.

D. **Appointments for all areas of the facility:**

Inmate appointments will be scheduled on the half hour. Inmates will obtain a PASS from unit officer. Inmate will take direct route from housing unit to the appointment location. Inmates in program will obtain a PASS from program area taking the most direct route to the appointment location. Check point and walk way officers will review inmate passes to ensure compliance. Inmate will return to area of issuance upon completing call-out and return pass to issuing officer.

Confidential                                              D-00004414

| **FISHKILL**<br>**Correctional Facility** | FOM Title: INMATE MOVEMENT<br>FACILITY PASSES | FOM #:<br>2.005 |
|---|---|---|
| DIST:    **A & B** | Page 2 of 4 | Date:    04/15/19 |

## E. Yard Movement:

An announcement will be made over PAS and Two-way radios of yard movement. The movement will be staggered between Main North and Main South, and also staggered between 21 and 21A (example: Main North and 21A Yard may open at same time but Main North and Main South cannot). Inmates will turn ID Card, Passes to Yard Officer and also show Program Card upon entry into yard.

## F. Returning from Program Areas:

An announcement will be made on PAS and Two-way radios that program module is completed and that Walkways are opened for inmates to report back to their housing units. Inmates returning from assigned programs will report back to assigned housing unit taking the most direct route and will have their ID Card and Program Card. Staff along walkways and check points will monitor inmate movement to ensure compliance.

## G. Facility Codes:

All inmate movement will cease during a Code 10 or response until the event is cleared via the Arsenal. Inmates on the walkway will be held up by the walkway and c heck point officers until cleared. Each Housing Unit will be responsible to ensure that all entry/exit doors and gates are secured. The Housing Unit will remain secured until the Code 10 is cleared via the Arsenal.

## H. Facility PASS System:

### 1. Captain/Administration Lieutenant Offices:
   a. The Captains Office will maintain and issue pass books to all Housing Unit and Program Officers.
   b. The administration Lieutenant Office will be responsible for maintaining and retention of the completed passbooks. PASS books will be issued on a needed basis. The completed pass books will be turned into the administration Lieutenants office.

### 2. Housing Unit Officer Tour I:
   a. Will reconcile all passes issued daily from the housing unit PASS book (matching the White Pass with its canary copy).
   b. Upon reconciliation will notify their area supervisor if passes are missing for that day. The area supervisor will notify the watch commander if they cannot ascertain or correct the missing passes.

Confidential

D-00004415

| **FISHKILL**<br>**Correctional Facility** | FOM Title: INMATE MOVEMENT<br>FACILITY PASSES | FOM #:<br>2.005 |
|---|---|---|
| DIST:    **A & B** | Page 3 of 4 | Date:   04/15/19 |

3. **Program/Laundry/Commissary/Industry Officers:**
   a. Tour II Officers will reconcile their passbooks before the end of their shift. (matching the White Pass with its canary copy).
   b. Upon reconciliation will notify their area supervisor if passes are missing for that day. The area supervisor will notify the watch commander if they cannot ascertain or correct the missing passes.

4. **Watch Commander:**
   Upon notification of missing passes will generate an e-mail to the perspective Watch Commander of missing pass(es), from what area, time pass issued if known, inmate involved if known, and time of return if known. A carbon copy of e-mail will be sent to Captains' Office.

5. The perspective Watch Commander will direct subordinate supervisor to obtain a memorandum from issuing officer identifying the circumstances to why the pass was not accounted for and if circumstance warrants, will direct that corrective action be taken.

6. **Housing Unit and Program Officers:**
   a. Will identify inmates requiring a pass for other than program or yard movement.
   b. Will issue pass to inmate after verifying with ID Card, noting Inmate's name, number, from where, issuing officer, time of departure, and destination (Line 1). Issuing Officer will write VOID in sections 2-4. **\*\*Pass will be used for multiple destinations with the exception of Specialty Passes identified on page 4.**
   c. Instruct inmate that upon his return, the pass will be returned to issuing officer.
   d. Program area will receive pass from inmate upon entry for callout, note the time inmate arrived, sign, and maintain custody of pass. Upon completion of callout, note time inmate left, and sign.
   e. Program area issuing pass (example: School to Line 1 RMU for callout) upon verification fill out pass indicating inmate's name, number, from, issued by, time of departure, and destination. Program area officer will write VOID in sections 2-4 on pass. Inmate is to return back to program upon completion of callout.
   f. Upon inmate completing or returning from callout, the housing unit or program area officer will collect the pass, note the time the inmate returned, and sign.

Confidential D-00004416

| FISHKILL Correctional Facility | FOM    Title:    INMATE    MOVEMENT FACILITY PASSES | FOM #: 2.005 |
|---|---|---|
| DIST:    A & B | Page 4 of 4 | Date:  04/15/19 |

g. The completed pass will be attached to PASS book by paperclip and maintained by securing them in the officer's station until the passbook is completed.

## I. SPECIALTY PASSES:

Inmate Liaison Committee (ILC) Executive Team Members will be issued a pass from the Deputy Superintendent for Security (DSS). This pass will be maintained by Housing Unit Officer whenever inmate is not conducting official ILC business during approved designated hours.

1. During business hours will be allowed access to ILC office.
2. Will notify check point officer of the areas he would like to go to for conducting official ILC business.
3. Check point officer will call the areas for authorization.
4. Inmate will have ID Card, Program Card, and ILC Specialty Pass on his person.
5. Check point officer will issue a pass from PASS book indicating up to 4 approved areas for official business.
6. Each area will note the time inmate arrived, time departed, and sign the pass indicating same.
7. Check point officer will indicate time inmate returned and sign.
8. Check point officer will maintain the pass and secure their passbook in their station until the passbook is completed. .

## J. RETENTION PERIOD:

Per Departmental Directive # 2011 all passes will be retained for 6 months.

Confidential

D-00004417