# EXHIBIT 51

## CONFIDENTIAL – FILED UNDER SEAL