# EXHIBIT 52

| To: | Lilly, Stephanie L (OMH)[Stephanie.Lilly@omh.ny.gov]; Vogel, Wendy M (OMH)[Wendy.Vogel@omh.ny.gov] |
| From: | Hill, Meghan (OMH)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=60EF7A8ADBB34E14BDC7C8219EC7A362-HILL, MEGHA] |
| Sent: | Mon 2/12/2018 1:31:22 PM (UTC-05:00) |
| Subject: | RE: Inmates past date - RESPONSE NEEDED |

Ok, no problem. Thanks Stephanie.

## Meghan Hill, LMSW
Assistant Director of Pre-Release Services- CNYPC
Diversion, Reentry and Community Education

**Division of Forensic Services - Office of Mental Health**
44 Holland Ave., Unit B, Albany, NY 12229
(518) 549-5060 | (F) (518) 956-9450 | Meghan.Hill@omh.ny.gov
www.omh.ny.gov

**From:** Lilly, Stephanie L (OMH)
**Sent:** Monday, February 12, 2018 1:27 PM
**To:** Hill, Meghan (OMH) <Meghan.Hill@omh.ny.gov>; Vogel, Wendy M (OMH) <Wendy.Vogel@omh.ny.gov>
**Subject:** RE: Inmates past date - RESPONSE NEEDED

Yes it helps – sorry I forgot to send the name, but I don't think I need to do that now.

Thanks.
Stephanie



## Stephanie Lilly, MA
Mental Hygiene Program Evaluation Specialist 4
Director, Program Evaluation

**New York State Office of Mental Health**
**Central New York Psychiatric Center**
PO Box 300, Marcy, New York 13403
315.765.3673 | 315.765.3679 (F)
stephanie.lilly@omh.ny.gov

**From:** Hill, Meghan (OMH)
**Sent:** Monday, February 12, 2018 1:26 PM
**To:** Lilly, Stephanie L (OMH) <Stephanie.Lilly@omh.ny.gov>; Vogel, Wendy M (OMH) <Wendy.Vogel@omh.ny.gov>
**Subject:** RE: Inmates past date - RESPONSE NEEDED

Hi Stephanie,
What inmate are you referring to? Inmates releasing to RTF (Residential treatment Facility) are not considered community releases. Their formal custodial status is parole, however, they are still residing in prison. Inmates often leave RTF upon their ME dates or when housing has been located. DOCCS emails me individually on immediate release cases- which could be an inmate in RTF who has had housing located. Does this help?

## Meghan Hill, LMSW
Assistant Director of Pre-Release Services- CNYPC
Diversion, Reentry and Community Education

Division of Forensic Services - Office of Mental Health
44 Holland Ave., Unit B, Albany, NY 12229
(518) 549-5060 | (F) (518) 956-9450 | Meghan.Hill@omh.ny.gov
www.omh.ny.gov

---

**From:** Lilly, Stephanie L (OMH)
**Sent:** Monday, February 12, 2018 1:04 PM
**To:** Hill, Meghan (OMH) <Meghan.Hill@omh.ny.gov>; Vogel, Wendy M (OMH) <Wendy.Vogel@omh.ny.gov>
**Subject:** RE: Inmates past date - RESPONSE NEEDED

I have a question about the inmate below. He was on our list as being past his date because Parole refused to release him due to lack of approved program/residence. Then on 02/09/18, he was paroled to an RTF. He didn't show up in this week's list because he no longer had a release date. His 7818 evaluation was completed in October per a release date of 11/23/17. He had been on Megan's delayed release tab.

Without me knowing that he had been approved for parole, he wasn't on last week's list because as far as I could tell he didn't have a viable release date. Is this a case that would have come through you as an immediate release? Or no because he's at an RTF?

Should we have screened him before he went to the RTF? Or does it not matter because he's at an RTF and we will hopefully screen him before he leaves the RTF?

Do those going to an RTF have to be screened?

Stephanie



**Stephanie Lilly, MA**
Mental Hygiene Program Evaluation Specialist 4
Director, Program Evaluation

**New York State Office of Mental Health**
**Central New York Psychiatric Center**
PO Box 300, Marcy, New York 13403
315.765.3673 | 315.765.3679 (F)
stephanie.lilly@omh.ny.gov

**From:** Hill, Meghan (OMH)
**Sent:** Monday, February 12, 2018 9:41 AM
**To:** Lilly, Stephanie L (OMH) <Stephanie.Lilly@omh.ny.gov>; Vogel, Wendy M (OMH) <Wendy.Vogel@omh.ny.gov>
**Subject:** RE: Inmates past date - RESPONSE NEEDED

Good Morning Stephanie,
If any inmate is not on the upcoming releases report, then we assume they do not have a viable release date. If an inmate is on the report with a release date that has past, they have been held for a variety of reasons and unless DOCCS tells us he/she is in fact releasing, then we assume they continue to be held. Pre-release does not manually verify any information for cases that are not currently on the pre-release caseload (1S and 2S).

**Meghan Hill, LMSW**
Assistant Director of Pre-Release Services- CNYPC

Confidential                                                                                    OMH-00076861

**Division of Forensic Services - Office of Mental Health**
44 Holland Ave., Unit B, Albany, NY 12229
(518) 549-5060 | (F) (518) 956-9450 | Meghan.Hill@omh.ny.gov
www.omh.ny.gov

---

**From:** Lilly, Stephanie L (OMH)
**Sent:** Monday, February 12, 2018 8:21 AM
**To:** Vogel, Wendy M (OMH) <Wendy.Vogel@omh.ny.gov>; Hill, Meghan (OMH) <Meghan.Hill@omh.ny.gov>
**Subject:** Inmates past date - RESPONSE NEEDED

Good morning,

As I understood our recent conversation, f a MHL 6 inmate is not on the upcoming releases report then they are not being released. You want these cases to be deleted from the 7818 evaluation list. If FPMS has a ME date this or next month it is irrelevant because pre-release services has verified the inmate is not leaving next month if they are not in the report.

Are those statements correct?

I sent this last week and did not receive a response. Please respond so I can proceed accordingly with the 7818 evaluation list.

Thank you,
Stephanie



**Stephanie Lilly, MA**
Mental Hygiene Program Evaluation Specialist 4
Director, Program Evaluation

**New York State Office of Mental Health**
**Central New York Psychiatric Center**
PO Box 300, Marcy, New York 13403
315.765-3673 | 315.765.3679 (F)
stephanie.lilly@omh.ny.gov

IMPORTANT NOTICE:
This e-mail is meant only for the use of the intended recipient. It may contain confidential information which is legally privileged or otherwise protected by law. If you received this e-mail in error or from someone who was not authorized to send it to you, you are strictly prohibited from reviewing, using, disseminating, distributing or copying the e-mail. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND DELETE THIS MESSAGE FROM YOUR SYSTEM. Thank you for your cooperation.