# EXHIBIT 53



**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## MEMORANDUM

**TO:** Betty Jo Gable, Deputy Superintendent for Programs, Wende C.F.
Patricia Ciulla, Deputy Superintendent for Programs, Albion C.F.
Laurie Fisher, Deputy Superintendent for Program Services, Coxsackie C.F.
Angel Justiniano, Deputy Superintendent for Program Services, Sullivan C.F.
Teri Kozak, Acting, Deputy Superintendent for Programs, Mid-State CF
Marilyn Kopp, Deputy Superintendent for Program Services, Green Haven CF
Eric Miller, Deputy Superintendent for Program Services, Bedford Hills C.F.
Karen Phillips, Deputy Superintendent for Program Services, Mohawk C.F.
John Wood, Deputy Superintendent for Prog

**FROM:** Anne Joslyn, Assistant Commissioner for Program Services

**SUBJECT:** **Non-SARA Residential Treatment Facility (RTF) KIPY Payroll Assignments**

**DATE:** August 14, 2019

It has been determined all releasees in RTF status will be paid RTF wages from the date released to a Residential Treatment Facility. Historically, only SARA designated RTF cases had received RTF pay. The ITS project has been completed to allow for the assignment of Non-SARA RTF releasees in KIPY.

Non-SARA RTF releasees commonly have medical or mental health issues requiring additional time for discharge planning in order find a suitable residence in the community. There are also times when the individual is assigned to a designated RTF but is retained at the current facility for continuity of services.

The non-SARA RTF releases are to be designated separately from the SARA RTF releasees who are assigned in KIPY, in Shop Code 093 – RESIDENTIAL TREATMENT FACILITY.

A new Shop Code has been created, **Shop 089 - RTF MEDICAL/OMH/OTHER,** to distinctly identify and assign the Non-SARA RTF. Overload items are to be created at the facility as needed using Shop 089 RTF – MEDICAL/OMH/OTHER, **Title Code 11851 - RTF ASSIGNMENT**, AM/PM, 6 hours per day, 30 hours per week, Grade 5, $5 per day/$25 per week. If the inmate is also assigned to a specialized medical or mental health program, they should be programmed to that Shop in KIPY as a non-paid participant, in addition to their Shop 089 assignment

While all facilities need to be aware of this policy, this memorandum is being directed to the DSPs at facilities who are mostly likely to have the non-SARA RTF releasees. The current non-SARA RTF releasees are identified on the attached spreadsheet.

Please ensure this information is communicated to your Program Committee Chairperson and Guidance staff to ensure appropriate action. Any future non-SARA inmate designated for RTF, should be identified, assigned and paid in keeping with this direction.

Any questions may be directed to Megan MacTavish, Director of Guidance and Counseling at ▮▮▮▮▮.

cc: Jeff Mckoy, Deputy Commissioner, Program Services
    Anna Enright, Deputy Commissioner, Community Supervision
    Bryan Hilton, Associate Commissioner, Mental Health
    Joseph Joseph, Assistant Commissioner, Program Services
    Joan Smith, Assistant Commissioner, Health Services
    All Superintendents
    All Deputy Superintendents for Programs
    Caroline Cipolino, Senior Budget Analyisist, Inmate Accounts
    Megan MacTavish, Director, Guidance and Counseling