# EXHIBIT 54

## CONFIDENTIAL – FILED UNDER SEAL