# EXHIBIT 55

## CONFIDENTIAL – FILED UNDER SEAL