# EXHIBIT 56

## CONFIDENTIAL – FILED UNDER SEAL