# EXHIBIT 57

## CONFIDENTIAL – FILED UNDER SEAL