# EXHIBIT 58

## CONFIDENTIAL – FILED UNDER SEAL