# EXHIBIT 59

## CONFIDENTIAL – FILED UNDER SEAL