# EXHIBIT 60

## CONFIDENTIAL – FILED UNDER SEAL