# EXHIBIT 61

## CONFIDENTIAL – FILED UNDER SEAL