# EXHIBIT 62

## CONFIDENTIAL – FILED UNDER SEAL