# EXHIBIT 63

## CONFIDENTIAL – FILED UNDER SEAL