# EXHIBIT 64

## CONFIDENTIAL – FILED UNDER SEAL