# EXHIBIT 66

# CDC's National Center on Birth Defects and Developmental Disabilities
# DISABILITY IMPACTS NEW YORK



Everyone can play a role in supporting more inclusive state programs, communities, and health care to help people with, or at risk for, disabilities be well and active in their communities. Join CDC and its partners as we work together to improve the health of people with disabilities.



**3,273,589 adults in New York have a disability**[1]
This is equal to 21% or 1 in 5 adults in New York



Percentage of adults in New York with select functional disability types:
- Mobility: 11%
- Cognition: 9%
- Independent Living: 6%
- Hearing: 4%
- Vision: 4%
- Self-care: 3%

**Disability Types**

**Mobility**: Serious difficulty walking or climbing stairs

**Cognition**: Serious difficulty concentrating, remembering, or making decisions

**Independent living**: Serious difficulty doing errands alone, such as visiting a doctor's office

**Hearing**: Deafness or serious difficulty hearing

**Vision**: Blind or serious difficulty seeing, even when wearing glasses

**Self-care**: Difficulty dressing or bathing

## Adults with disabilities in **New York** experience health disparities and are more likely to...[1]



| Condition | With Disability | Without Disability |
|---|---|---|
| Have Depression | 41% | 12% |
| Have Obesity | 35% | 24% |
| Smoke | 21% | 10% |
| Have Diabetes | 18% | 6% |
| Have Heart Disease | 9% | 4% |

Visit **dhds.cdc.gov** for more disability and health data across the United States.

## $ DISABILITY HEALTHCARE COSTS **IN NEW YORK**[2]

- About **$71.8 BILLION** per year, or up to **39%** of the state's healthcare spending
- About **$23,101** per person with a disability



39%

Learn how CDC and state programs support people with disabilities at
www.cdc.gov/ncbddd/disabilityandhealth/programs.html.

NOTE: DATA ARE ROUNDED TO THE NEAREST WHOLE FIGURE. FOR MORE PRECISE PREVALENCE DATA, PLEASE VISIT DHDS.CDC.GOV.

1. DATA SOURCE: 2020 BEHAVIORAL RISK FACTOR SURVEILLANCE SYSTEM (BRFSS).
2. DISABILITY HEALTHCARE COSTS ARE PRESENTED IN 2017 DOLLARS AS REPORTED IN KHAVJOU, ET AL. STATE-LEVEL HEALTH CARE EXPENDITURES ASSOCIATED WITH DISABILITY. 2021. PUBLIC HEALTH REP.



MG-Class00039546