# EXHIBIT 67

# Prison Rape Elimination Act (PREA) Audit Report
## Community Confinement Facilities

☐ **Interim**    ☒ **Final**

**Date of Report**   02/28/2020

## Auditor Information

| | | | |
|---|---|---|---|
| **Name:** Chris Sweney | | **Email:** csweney.prea@gmail.com | |
| **Company Name:** Sweney Group LLC. | | | |
| **Mailing Address:** P.O. Box 8840 | | **City, State, Zip:** Omaha, NE 68108 | |
| **Telephone:** (402) 658-0344 | | **Date of Facility Visit:** 10/29/2019 – 10/30/2019 | |

## Agency Information

| | | | |
|---|---|---|---|
| **Name of Agency:** | | **Governing Authority or Parent Agency** *(If Applicable)***:** | |
| Bridges of Greater New York, Inc. | | Bridges International | |
| **Physical Address:** ▰▰▰▰ | | **City, State, Zip:** Newburgh  NY 12550 | |
| **Mailing Address:** P.O. Box 7717 | | **City, State, Zip:** Freeport, NY 11520 | |
| **The Agency Is:** | ☐ Military | ☐ Private for Profit | ☒ Private not for Profit |
| ☐ Municipal | ☐ County | ☐ State | ☐ Federal |
| **Agency Website with PREA Information:** http://www.bridgesofnewyork.org/index.html | | | |

## Agency Chief Executive Officer

| | | |
|---|---|---|
| **Name:** Karen Milazzo | | |
| **Email:** kmilazzo@bridgesofny.org | **Telephone:** (407) 520-8794 | |

## Agency-Wide PREA Coordinator

| | |
|---|---|
| **Name:** Paula Hinton | |
| **Email:** phinton@bridgesofny.org | **Telephone:** (516)608-9975/ (516) 376-0922 |
| **PREA Coordinator Reports to:**<br>Karen Milazzo | **Number of Compliance Managers who report to the PREA Coordinator:**<br>2 |

MG-Class00031049

| Medical and Mental Health Services and Forensic Medical Exams | |
|---|---|
| **Are medical services provided on-site?** | ☐ Yes   ☒ No |
| **Are mental health services provided on-site?** | ☐ Yes   ☒ No |
| **Where are sexual assault forensic medical exams provided? Select all that apply.** | ☐ On-site<br>☒ Local hospital/clinic<br>☒ Rape Crisis Center<br>☐ Other (please name or describe: Click or tap here to enter text.) |

## Investigations

| Criminal Investigations | |
|---|---|
| **Number of investigators employed by the agency and/or facility who are responsible for conducting CRIMINAL investigations into allegations of sexual abuse or sexual harassment:** | 0 |
| **When the facility received allegations of sexual abuse or sexual harassment (whether staff-on-resident or resident-on-resident), CRIMINAL INVESTIGATIONS are conducted by: Select all that apply.** | ☐ Facility investigators<br>☐ Agency investigators<br>☒ An external investigative entity |
| **Select all external entities responsible for CRIMINAL INVESTIGATIONS: Select all that apply (N/A if no external entities are responsible for criminal investigations)** | ☐ Local police department<br>☐ Local sheriff's department<br>☐ State police<br>☐ A U.S. Department of Justice component<br>☒ Other (please name or describe: NYDOCCS Department of Corrections)<br>☐ N/A |
| Administrative Investigations | |
| **Number of investigators employed by the agency and/or facility who are responsible for conducting ADMINISTRATIVE investigations into allegations of sexual abuse or sexual harassment?** | 1 |
| **When the facility receives allegations of sexual abuse or sexual harassment (whether staff-on-resident or resident-on-resident), ADMINISTRATIVE INVESTIGATIONS are conducted by: Select all that apply** | ☒ Facility investigators<br>☐ Agency investigators<br>☐ An external investigative entity |
| **Select all external entities responsible for ADMINISTRATIVE INVESTIGATIONS: Select all that apply (N/A if no external entities are responsible for administrative investigations)** | ☐ Local police department<br>☐ Local sheriff's department<br>☐ State police<br>☐ A U.S. Department of Justice component<br>☒ Other (please name or describe: New York Department of |

MG-Class00031053

| | Corrections) |
| --- | --- |
| | ☐ N/A |

MG-Class00031054

# Audit Findings

## Audit Narrative

On October 29th – 30th, 2019 an audit of the Bridges of New York Newburgh Facility was completed to assess compliance with the Prison Rape Elimination Act (PREA) Community Confinement Facilities Standards. The audit was conducted by Chris Sweney, a U.S Department of Justice (USDOJ) Certified PREA Auditor. This was the Newburgh Facility's initial PREA audit.

The Newburgh Facility was provided with a "Notification of Audit" that was posted prior to the audit. The notification contained information of the upcoming visit and stated that any resident or staff member with information about the facility as it relates to PREA may contact the auditor. During the facility tour, the auditor observed the posting in all areas throughout the facility accessible to residents, staff and the public. The auditor did not receive any letters prior to the Newburgh Facility Audit.

Prior to the onsite review, the auditor received the pre-audit questionnaire (PAQ), policies, memos, procedures and training documents.

Upon arrival at the facility a meeting was held with the Residential Director/Case Manager, PREA Compliance Manager and other staff to discuss logistics, the audit process and expectations.

After the opening meeting, the auditor conducted a site review where access to all areas of the facility was available. The auditor observed PREA related materials in all housing and common areas. Following the site review a random selection of resident file were reviewed and found to contain required documentation.

Following the site review, the auditor was provided a list of staff assigned to the facility. A total of four (4) random staff interviews from the day and evening shift were conducted. Interviews of the Residential Director/Case Manager, PREA Coordinator, Bridges of New York Compliance Manager, facility Case Manager, NYDOCCS Contract Monitor and NYDOCCS Investigator were also completed. All specialized staff interviews were completed except SANE/SAFE and investigative staff. All SANE/SAFE exams are performed at Montefiore St. Luke's Cornwall Hospital. A total of 10 formal staff interviews were complete.

On the second day, the auditor conducted interviews with random and targeted residents. The resident population on the first day of the onsite review was 12. All reasonable efforts were made to conduct the required number of targeted resident interviews. The Newburgh Facility did not have any residents identified as youthful, blind, deaf or hard of hearing or in segregation because they were at high risk of being sexually victimized. The auditor selected additional residents from the available targeted populations and increased the number of random resident interviews to ensure that the appropriate numbers of residents were interviewed. There were a total of 10 formal resident interviews conducted. The auditor selected random residents by using a full roster provided on the second day of the on-site review. Interviews were conducted with at least one resident for each living area.

The PAQ that was provided to the auditor indicated that there were zero allegations of sexual abuse or sexual harassment received by either the Newburgh Facility or the NYDOCCS during the audit period.

MG-Class00031055

Prior to leaving the facility the auditor met with Director/Case Manager, PREA Compliance Manager to discuss Newburgh Facility's compliance with the PREA standards and recommendations.

Following the onsite review, the auditor utilized the Auditor Compliance Tool for Community Confinement Facilities as a guide in determining compliance with each standard. To determine compliance, this auditor used the information and documentation provided during the pre-audit, information obtained during the staff and resident interviews as well as observations during the onsite review.

## Facility Characteristics

The Bridges of New York, Newburgh Facility is a transitional living facility with two individual living units and five multiple living units for adults transitioning out of the New York State Department of Corrections and Community Supervision. Residents on average remain at Newburgh Facility around sixty-two days. Each resident is assigned a Case Manager to assist them in obtaining community services/resources and in pursuing employment as they move toward more permanent housing.

## Summary of Audit Findings

*The summary should include the number and list of standards exceeded, number of standards met, and number and list of standards not met.*

***Auditor Note:*** *No standard should be found to be "Not Applicable" or "NA". A compliance determination must be made for each standard.*

## Standards Exceeded

**Number of Standards Exceeded:   0**

## Standards Met

**115.211: Zero tolerance of sexual abuse and sexual harassment**
**115.212 Contracting with other entities for the confinement of residents.**
**115.213 Supervision and monitoring.**
**115.214 Reserved.**
**115.215 Limits to cross-gender viewing and searches.**
**115.216 Residents with disabilities and residents who are limited English proficient.**
**115.217 Hiring and promotion decisions.**
**115.218 Upgrades to facilities and technologies.**
**115.221 Evidence protocol and forensic medical examinations.**
**115.222 Policies to ensure referrals of allegations for investigations.**
**115.231: Employee training**
**115.232 Volunteer and contractor training.**
**115.233: Resident education**

MG-Class00031056

115.234 Specialized training: Investigations.
115.235 Specialized training: Medical and mental health care.
115.241 Screening for risk of victimization and abusiveness.
115.242 Use of screening information.
115.243 Reserved.
115.251 Resident reporting.
115.252 Exhaustion of administrative remedies.
115.253 Resident access to outside confidential support services.
115.254 Third-party reporting.
115.261 Staff and agency reporting duties.
115.262 Agency protection duties.
115.263 Reporting to other confinement facilities.
115.264 Staff first responder duties.
115.265 Coordinated response.
115.266 Preservation of ability to protect residents from contact with abusers.
115.267 Agency protection against retaliation.
115.268 Reserved.
115.271 Criminal and administrative agency investigations.
115.272 Evidentiary standard for administrative investigations.
115.273 Reporting to residents.
115.276 Disciplinary sanctions for staff.
115.277 Corrective action for contractors and volunteers.
115.278 Disciplinary sanctions for residents
115.281 Reserved.
115.282 Access to emergency medical and mental health services.
115.283 Ongoing medical and mental health care for sexual abuse victims and abusers.
115.286 Sexual abuse incident reviews.
115.287 Data collection.
115.288 Data review for corrective action.
115.289 Data storage, publication, and destruction

## Standards Not Met

Number of Standards Not Met:    0

# PREVENTION PLANNING

## Standard 115.211: Zero tolerance of sexual abuse and sexual harassment; PREA coordinator

**All Yes/No Questions Must Be Answered by The Auditor to Complete the Report**

**115.211 (a)**

- Does the agency have a written policy mandating zero tolerance toward all forms of sexual abuse and sexual harassment?   ☒ Yes   ☐ No

- Does the written policy outline the agency's approach to preventing, detecting, and responding to sexual abuse and sexual harassment?   ☒ Yes   ☐ No

**115.211 (b)**

- Has the agency employed or designated an agency-wide PREA Coordinator?   ☒ Yes   ☐ No

- Is the PREA Coordinator position in the upper-level of the agency hierarchy?   ☒ Yes   ☐ No

- Does the PREA Coordinator have sufficient time and authority to develop, implement, and oversee agency efforts to comply with the PREA standards in all of its facilities? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

    ☐    **Exceeds Standard** (*Substantially exceeds requirement of standards*)

    ☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

    ☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

*The narrative below must include a comprehensive discussion of all the evidence relied upon in making the compliance or non-compliance determination, the auditor's analysis and reasoning, and the auditor's conclusions. This discussion must also include corrective action recommendations where the facility does not meet the standard. These recommendations must be included in the Final Report, accompanied by information on specific corrective actions taken by the facility.*

The  Bridges of New York  Newburgh Facility provided the following documents to assist the auditor in determining compliance with the standard:

MG-Class00031058

Bridges of New York Policy 40-11-038 PREA, 30-12-007 Sexual Misconduct and 30-12-036
Sexual Harassment
Bridges of New York Organizational Chart

Interviews:

1. Residential Director/Case Manager
2. Bridges of New York PREA Compliance Manager

Site Review Observations:

1. Observations during on-site review of physical plant

The Newburgh Facility has a zero tolerance policy towards all forms of sexual abuse and
harassment. The policy outlines how the department prevents, detects, and responds to
incidents of sexual abuse and sexual harassment. The policy also includes definitions of
prohibited behaviors and sanctions for those who participated in those behaviors. The policy
includes a description of agency strategies and responses to reduce and prevent sexual abuse
and sexual harassment of residents.

The Newburgh Facility's designated PREA Coordinator is indicated in the Bridges of New York
organizational chart. The PREA Coordinator indicated during his interview that he has sufficient
time and authority to develop, implement, and oversee agency efforts to comply with the PREA
standards.

Based upon the review and analysis of all of the available evidence, the auditor has determined
that the agency is fully compliant with this standard.

## Standard 115.212: Contracting with other entities for the confinement of residents

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.212 (a)**

- If this agency is public and it contracts for the confinement of its residents with private agencies
  or other entities including other government agencies, has the agency included the entity's
  obligation to comply with the PREA standards in any new contract or contract renewal signed on
  or after August 20, 2012? (N/A if the agency does not contract with private agencies or other
  entities for the confinement of residents.)   ☐ Yes   ☐ No   ☒ NA

**115.212 (b)**

- Does any new contract or contract renewal signed on or after August 20, 2012 provide for
  agency contract monitoring to ensure that the contractor is complying with the PREA standards?
  (N/A if the agency does not contract with private agencies or other entities for the confinement
  of residents.)   ☐ Yes   ☐ No   ☒ NA

MG-Class00031059

**115.212 (c)**

- If the agency has entered into a contract with an entity that fails to comply with the PREA standards, did the agency do so only in emergency circumstances after making all reasonable attempts to find a PREA compliant private agency or other entity to confine residents? (N/A if the agency has not entered into a contract with an entity that fails to comply with the PREA standards.) ☐ Yes    ☐ No    ☒ NA

- In such a case, does the agency document its unsuccessful attempts to find an entity in compliance with the standards? (N/A if the agency has not entered into a contract with an entity that fails to comply with the PREA standards.) ☐ Yes    ☐ No    ☒ NA

**Auditor Overall Compliance Determination**

☐    **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

*The narrative below must include a comprehensive discussion of all the evidence relied upon in making the compliance or non-compliance determination, the auditor's analysis and reasoning, and the auditor's conclusions. This discussion must also include corrective action recommendations where the facility does not meet the standard. These recommendations must be included in the Final Report, accompanied by information on specific corrective actions taken by the facility.*

The Bridges of New York Newburgh Facility provided the following documents to assist the auditor in determining compliance with the standard:

1. Bridges of New York Policy 40-11-038 PREA, 30-12-007 Sexual Misconduct and 30-12-036 Sexual Harassment

Interviews:

1. Residential Director/Case Manager
2. Bridges of New York PREA Compliance Manager

Site Review Observations:

1. Observations during on-site review of physical plant

Bridges of New York does not contract with other entities to house their residents

Based upon the review and analysis of all of the available evidence, the auditor has determined that the agency is fully compliant with this standard.

MG-Class00031060

## Standard 115.213: Supervision and monitoring

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.213 (a)**

- Does the facility have a documented staffing plan that provides for adequate levels of staffing and, where applicable, video monitoring, to protect residents against sexual abuse?
- ☒ Yes  ☐ No   In calculating adequate staffing levels and determining the need for video monitoring, does the staffing plan take into consideration: The physical layout of each facility? ☒ Yes  ☐ No

- In calculating adequate staffing levels and determining the need for video monitoring, does the staffing plan take into consideration: The composition of the resident population? ☒ Yes  ☐ No

- In calculating adequate staffing levels and determining the need for video monitoring, does the staffing plan take into consideration: The prevalence of substantiated and unsubstantiated incidents of sexual abuse? ☒ Yes  ☐ No

- In calculating adequate staffing levels and determining the need for video monitoring, does the staffing plan take into consideration: Any other relevant factors? ☒ Yes  ☐ No

**115.213 (b)**

- In circumstances where the staffing plan is not complied with, does the facility document and justify all deviations from the plan? (N/A if no deviations from staffing plan.)
  ☐ Yes  ☐ No  ☒ NA

**115.213 (c)**

- In the past 12 months, has the facility assessed, determined, and documented whether adjustments are needed to the staffing plan established pursuant to paragraph (a) of this section? ☒ Yes  ☐ No

- In the past 12 months, has the facility assessed, determined, and documented whether adjustments are needed to prevailing staffing patterns? ☒ Yes  ☐ No

- In the past 12 months, has the facility assessed, determined, and documented whether adjustments are needed to the facility's deployment of video monitoring systems and other monitoring technologies? ☒ Yes  ☐ No

- In the past 12 months, has the facility assessed, determined, and documented whether adjustments are needed to the resources the facility has available to commit to ensure adequate staffing levels? ☒ Yes  ☐ No

MG-Class00031061

**Auditor Overall Compliance Determination**

☐    **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

*The narrative below must include a comprehensive discussion of all the evidence relied upon in making the compliance or non-compliance determination, the auditor's analysis and reasoning, and the auditor's conclusions. This discussion must also include corrective action recommendations where the facility does not meet the standard. These recommendations must be included in the Final Report, accompanied by information on specific corrective actions taken by the facility.*

The Bridges of New York Newburgh Facility provided the following documents to assist the auditor in determining compliance with the standard:

1. Bridges of New York Policy 40-11-038 PREA, 30-12-007 Sexual Misconduct and 30-12-036 Sexual Harassment
2. Staffing Plan

Interviews:

1. Residential Director/Case Manager
2. Bridges of New York PREA Compliance Manager
3. House Manager Interview

Site Review Observations:

3. Observations during on-site review of physical plant

Bridges of New York has a staffing plan which accounts for generally accepted practices; Bridges of New York follows applicable regulations and standards to determine staffing levels. All components of the facility's physical plant, video monitoring system, composition of the resident population and placement of supervisory staff are also considered. Deviations from the staffing plan are documented and reported to the Facility Director. Staffing requirements are assessed annually and adjustments are made if necessary. Any changes to Newburgh Facility staffing levels must be mutually agreed to by the NYDOCCS and Bridges of New York. Vacancies at any positon are reported to the contract monitor at the New York Department of Corrections and Community Supervision.

Based upon the review and analysis of all of the available evidence, the auditor has determined that the agency is fully compliant with this standard.

MG-Class00031062

## Standard 115.215: Limits to cross-gender viewing and searches

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

### 115.215 (a)

- Does the facility always refrain from conducting any cross-gender strip or cross-gender visual body cavity searches, except in exigent circumstances or by medical practitioners?
  ☒ Yes   ☐ No

### 115.215 (b)

- Does the facility always refrain from conducting cross-gender pat-down searches of female residents, except in exigent circumstances? (N/A if the facility does not have female residents.)
  ☐ Yes   ☐ No   ☒ NA

- Does the facility always refrain from restricting female residents' access to regularly available programming or other outside opportunities in order to comply with this provision? (N/A if the facility does not have female residents.) ☐ Yes   ☐ No   ☒ NA

### 115.215 (c)

- Does the facility document all cross-gender strip searches and cross-gender visual body cavity searches? ☒ Yes   ☐ No

- Does the facility document all cross-gender pat-down searches of female residents? (N/A if facility does not have female residents).   ☐ Yes   ☐ No   ☒ NA

### 115.215 (d)

- Does the facility have policies that enable residents to shower, perform bodily functions, and change clothing without nonmedical staff of the opposite gender viewing their breasts, buttocks, or genitalia, except in exigent circumstances or when such viewing is incidental to routine cell checks? ☒ Yes   ☐ No

- Does the facility have procedures that enables residents to shower, perform bodily functions, and change clothing without nonmedical staff of the opposite gender viewing their breasts, buttocks, or genitalia, except in exigent circumstances or when such viewing is incidental to routine cell checks? ☒ Yes   ☐ No

- Does the facility require staff of the opposite gender to announce their presence when entering an area where residents are likely to be showering, performing bodily functions, or changing clothing? ☒ Yes   ☐ No

### 115.215 (e)

MG-Class00031063

- Does the facility always refrain from searching or physically examining transgender or intersex residents for the sole purpose of determining the resident's genital status? ☒ Yes    ☐ No

- If a resident's genital status is unknown, does the facility determine genital status during conversations with the resident, by reviewing medical records, or, if necessary, by learning that information as part of a broader medical examination conducted in private by a medical practitioner? ☒ Yes    ☐ No

## 115.215 (f)

- Does the facility/agency train security staff in how to conduct cross-gender pat down searches in a professional and respectful manner, and in the least intrusive manner possible, consistent with security needs? ☒ Yes    ☐ No

- Does the facility/agency train security staff in how to conduct searches of transgender and intersex residents in a professional and respectful manner, and in the least intrusive manner possible, consistent with security needs? ☒ Yes    ☐ No

**Auditor Overall Compliance Determination**

☐    **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒    **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐    **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

*The narrative below must include a comprehensive discussion of all the evidence relied upon in making the compliance or non-compliance determination, the auditor's analysis and reasoning, and the auditor's conclusions. This discussion must also include corrective action recommendations where the facility does not meet the standard. These recommendations must be included in the Final Report, accompanied by information on specific corrective actions taken by the facility.*

The  Bridges of New York  Newburgh Facility provided the following documents to assist the auditor in determining compliance with the standard:

1. Bridges of New York Policy 40-11-038 PREA, 30-12-007 Sexual Misconduct and 30-12-036 Sexual Harassment

Interviews:

1. Residential Director/Case Manager
2. PREA Coordinator Interview
3. Random Staff Interviews
4. Random Resident Interviews

MG-Class00031064