# EXHIBIT 68

## CONFIDENTIAL – FILED UNDER SEAL