# EXHIBIT 70

| Central New York Psychiatric Center *CORRECTIONS-BASED OPERATIONS MANUAL* **UNIFORM CASE RECORD** | Date: 1/27/14 | Policy # 9.41 |
|---|---|---|
| | Supersedes: 07/15/09 | Page(s): 1 of 3 |
| Prepared By: Joanne Buschor, Director of H.I.M. for Corrections-Based Operations; William Vertoske, Director of CNYPC Special Programs | Policy: **Special Programs Referral** | |
| Approved By: Laurie Turnbull, Director of Quality Management; Peter Russell, Director of Corrections-Based Operations | | |

**POLICY:**

CNYPC staff will follow a standardized procedure when making referrals to special programs for those inmate-patients designated with serious mental illness (SMI), with qualifying disciplinary sanctions, housed in DOCCS segregated confinement (Special Housing Unit or Separate Keep Lock Unit), and requiring placement in a residential mental health setting.

These programs are located in specific locations, as follows:

- A. Behavioral Health Unit – Phase 1 at Great Meadow Correctional Facility
- B. Residential Mental Health Unit (RMHU)- at Marcy Correctional Facility, Five Points Corrections Facility, and Attica Correctional Facility.
- C. Intensive Intermediate Care Program – at Wende Correctional Facility
- D. Therapeutic Behavioral Unit – at Bedford Hills Correctional Facility

**RESPONSIBLE STAFF:**

Unit Chief/Primary Therapist
CNYPC Director of Special Programs

**FORM:** Special Program Referral Form, MED CNY 489

**PROCEDURE:**

REFERRAL REVIEW AND SCREENING PROCESS:

1. For SMI designated inmate-patients in a correctional facility who receive greater than 30 days of disciplinary sanction and are housed in a DOCCS Special Housing Unit (SHU) or Separate Keep Lock Unit, also referred to as a Long Term Keep Lock (LTKL) Unit, are referred via submission of a Special Program Referral Form, to the Special Programs Office for review by the CNYPC Director of Special Programs

   A. Sections I and II of the referral form are completed by the CNYPC Corrections-Based staff.
   B. The referral form is sent via e-mail to the Special Programs Office

| | Date: 1/27/14 | Policy # 9.41 | Page: 2 of 3 |
|---|---|---|---|
| *CORRECTIONS-BASED OPERATIONS MANUAL* **UNIFORM CASE RECORD** *-Continuation Page-* | Subject: **Special Programs** | | |

2. For inmate-patients that were not previously designated SMI, but as a result of their evaluation and treatment at CNYPC inpatient, have been determined to meet SMI criteria and will be discharged back to a correctional facility with SHU or LTKL sanction in excess of 30 days, the assigned treatment staff will complete and submit a Special Program Referral Form as noted above in Steps 1A and 1B.

3. The CNYPC Director of Special Programs reviews the referral form and makes a recommendation to DOCCS Bureau of Mental Health Services staff for the most appropriate special program for the inmate-patient, which results in a DOCCS review for such. Should an inmate-patient note be deemed appropriate per DOCCS for the initial recommended program, the Director of Special Programs will continue close collaboration with DOCCS mental Health staff until a suitable program placement is identified. Section III of the referral form is then completed.

4. The referring unit will file a copy of the referral form in the patient's clinical record and forward an electronic copy to the Special Programs Office.

5. The Receiving unit is responsible for logging in the receipt of the referral form and printing out pertinent documents contained in DOCCS "FPMS", OMH "MHARS" and "MHARS Portal".

6. Once a special program placement has been approved by CNYPC Special Programs staff and DOCCS Mental Health Services staff, the CNYPC Director of Special Programs prints, signs, and returns the signed original referral form to the referring Corrections-Based mental health unit for filing in the inmate patient's clinical record.

7. DOCCS Classification and Movement staff facilitates the transportation of the inmate-patient to the special program into which they have been approved.

8. After receiving notification via DOCCS e-mail from the facility Inmate Records Coordinator (IRC), that an inmate-patient is scheduled for transfer to the approved special program, the original referring unit and CBO staff will follow the procedures noted in **7.2, "Active Transfers"** to insure that all appropriate hand-off communication and transfer of the treatment records are done to facilitate continuity of care.

| *CORRECTIONS-BASED OPERATIONS MANUAL* **UNIFORM CASE RECORD** *-Continuation Page-* | Date: 1/27/14 | Policy # 9.41 | Page: 3 of 3 |
|---|---|---|---|
| | Subject: **Special Programs Referral** | | |

**INPATIENT REQUIREMENT:** An Alternate Placement Request must be filed with the C.N.Y.P.C. Director of Operations (Inpatient) Office if the inmate is not returning to their original facility.

A.  Upon approval for an identified Special Program, the DOCCS Bureau of Mental Health will notify the referring facility and an assigned DOCCS Offender Rehabilitation Counselor will submit an Unscheduled Transfer Review (UTR). This request will be sent in accordance with Directive #4302, to DOCCS Classification and Movement to start the transfer process.

B.  Once the transfer is approved by Classification and Movement and a Transfer Order (T.O.) has been issued, the standard O.M.H. transfer mechanisms should be followed.

C.  The original copy of the referral form is forwarded to the Special Program facility, for filing In the patient's clinical record.

FILING ORDER

A.  A copy of the Special Program Referral Form should be placed in the patient's Uniform Case Record, chronologically, filed in the "Referrals/Correspondence" section.

B.  The original application and decision, regarding placement into the program will be filed in the clinical record at the summation of the process.

C.  In cases where the referral form is forwarded to an alternate program, a copy of the original referral form (with the screening committee's determination, if applicable) will remain at the sending facility where additional review may be necessary.

**FORM(S):**
Special Program Referral Form  MED CNY  489

Index Terms:  Special Program Referral