# EXHIBIT 71

| Central New York Psychiatric Center<br>***CORRECTIONS-BASED OPERATIONS MANUAL***<br><br>**ACTIVE MENTAL HEALTH SERVICES** | Date: 6/1/16 | Policy # 2.0 |
|---|---|---|
| | Supercedes: 4/23/14 | Page(s): 1 of 3 |
| Prepared By: Katrina Kemmery, FPA | Policy:<br>**Screened – Admitted to Services** ||
| Approved By:<br>Medical Staff Executive Committee |||

**POLICY:** Corrections-Based staff will ensure that inmates referred for mental health services will receive a thorough mental health screening. Those inmates assessed as requiring active mental health services are admitted to services in a standardized manner.

**PROCEDURE:**

1. Patient will be given the Patient Rights and Responsibilities Document (see Policy #2.2), as well as the Mental Health Discharge/Transfer Instructions Document (see Policy #2.3). An entry in the Screening/Admission Note will reflect the receipt of materials as well as any questions/comments the patient may have had.

2. If not previously accomplished, PSYCKES research must be completed when authorized by the inmate-patient.

3. Documentation - For those inmates who, following the screening procedure described in CBO Policy 1.4 "Mental Health Screenings" are admitted to services, the following additional UCR documents are completed as part of the admission process:

    A. Core History - See UCR Policy #9.14. Note: The Core History must be completed within 30 days of admission to services or within 45 days if the inmate-patient is transferred to another facility within 30 days of admission to services.

    B. Treatment Plan - See UCR Policy #9.22. Note: The Treatment Plan must be completed within 30 days of admission to services or within 45 days if the inmate-patient is transferred to another facility within 30 days of admission to services.

    C. Trauma Screening (either on Trauma Screening form or in the electronic version of the Core History), when indicated, as described in UCR policy #9.15.

    D. Comprehensive Suicide Risk Assessment form – see UCR Policy #9.16. Note: The CSRA must be completed within 30 days of admission to services or prior to any transfer to another facility occurring within 30 days of admission to services.

    E. If a Pre-Sentence Report is not already in the patient's chart (current, or archived), the PSR will be requested from DOCCS Guidance. If the requested PSR is not provided, documentation of the request shall be noted in the UCR by using the attached memo. This memo must be filed in the Correspondence section of the UCR.

4. Deferred Diagnosis - In the event that an inmate is evaluated to require mental health services but there is insufficient information available from the inmate's presentation or available records to determine the most appropriate diagnosis, the use of "799.9 Diagnosis

| *CORRECTIONS-BASED OPERATIONS MANUAL* | Date: 6/1/16 | Policy # 2.0 | Page: 2 of 3 |
|---|---|---|---|
| **ACTIVE MENTAL HEALTH SERVICES** *-Continuation Page-* | Policy: **Screened—Admitted to Services** |||

or Condition Deferred on Mental Health Diagnosis" is encouraged. The Screening Admission Note, subsequent Primary Therapist progress notes as well as the initial and any subsequent Psychiatric Progress Notes must clearly document the diagnostic dilemma, the provisional (tentative) diagnosis or differential diagnoses, the rationale for the onset of active treatment services and the efforts to gain further information to allow for a determinant diagnosis. A deferred diagnosis may remain in effect for no longer than 30 days following admission to services.

Once the treatment team arrives at a determinant diagnosis within thirty days of admission to services, a Med 15 form must be completed to document that the diagnosis is no longer deferred and to specify the determinant diagnosis, as described in CBO Policy 9.10, "Diagnosis Record (Med 15)".

5. Information regarding prior clinical treatment both before and after incarceration can be gathered from Patient report, family contacts, MHARS Portal, PSYCKES, and other available DOCCS resources. For those inmates being admitted to mental health services who have been found to have received prior mental health services, the following efforts will be made to obtain information pertaining to the services listed in the findings:

    A. Records from CNYPC Corrections-Based Mental Health Services

        1) The CNYPC satellite unit last having provided services, per review of MHARS Portal information, is contacted to obtain the patient's prior mental health record.

        2) If that satellite unit had sent the mental health record to The Archive, the record is requested and obtained from the archive facility.

    B. Records from Other OMH Facilities - A request is made via fax (no consent required) to the identified OMH Forensic facility for a copy of most recent discharge summary and core history.

    C. Records from Non-NYSOMH Inpatient Hospitalizations (Mental health services from other states and inpatient psychiatric services delivered at local community hospitals)

        1) Form OMH 11, is completed and sent to the mental health agency or provider, requesting a discharge summary for any services provided.

    D. Records from Veterans Administration Inpatient Services

        1) A signed VA Consent for Release of Information (including address) will be obtained by the admitting clinician and forwarded to the MHU clerical for mailing and filing.

| | Date: 6/1/16 | Policy # 2.0 | Page: 3 of 3 |
|---|---|---|---|
| *CORRECTIONS-BASED OPERATIONS MANUAL*<br>**ACTIVE MENTAL HEALTH SERVICES**<br>*-Continuation Page-* | Policy: **Screened—Admitted to Services** | | |

    2) A copy of the most recent discharge summary and core history or social assessment is requested.

  E. Records from Non-NYSOMH Outpatient Providers

    1) Consent for Release of Information - Form OMH 11, is completed and sent to the mental health agency or provider, requesting a discharge summary or clinical summary for any services provided.

**FORM(S):**
Consent for Release of Information - Form OMH 11
Authorization and Consent to Release Information to the Department of Veterans Affairs (VA)
Request for and Consent to Release of Information from Individuals Records (VA)
Trauma Screening MED CNY 428
Comprehensive Suicide Risk Assessment Form
Patient Rights and Responsibilities (English Version)
Patient Rights and Responsibilities (Spanish Version)
Mental Health Transfer/Discharge Instructions (English version)
Mental Health Transfer/Discharge Instructions (Spanish version)
Request for PSR

Index Terms: Admit to services, Admission, Active Services, Past Records, PSYCKES, Patient Rights, PSR

MG-Class00000045