# EXHIBIT 72

| Central New York Psychiatric Center<br>*CORRECTIONS-BASED OPERATIONS MANUAL*<br><br>**UNIFORM CASE RECORD** | Date: 06/27/14 | Policy # 9.22 |
|---|---|---|
| | Supercedes: 04/11/11 | Page: 1 of 4 |
| Prepared By: Katrina Kemmery, FPA | Policy:<br><br>**Treatment Plan** | |
| Approved By: Medical Staff Executive Committee | | |

### POLICY:

For every individual admitted for services, a clinician will develop the Treatment Plan, allowing the patient and family an opportunity for input. The Treatment Plan flows directly from the treatment needs and recommendations identified in the assessment process (completion of the Screening/Admission Note, Core History, Initial Psychiatric Progress Note; Comprehensive Suicide Risk Assessment, and any other applicable assessments). It is an ongoing dynamic process that begins at the time of admission and continues throughout the course of the patient's treatment. The Treatment Plan serves to:

- List all of the patient's problems, issues, and concerns and prioritize those that are central to the patient's treatment.
- Review and/or establish diagnoses (reported on the 725/MED 15).
- Implement treatment goals and objectives.
- Document the status of the goals and objectives throughout the course of treatment.
- Initiate the discharge planning process.

### FORM:

Treatment Plan 331 MED CNYPC

### RESPONSIBILITY:

Primary Therapist
Psychiatrist/ Nurse Practitioner, Psychiatric

### TIME FRAMES (all programs):

Initial treatment plan is noted on Screening Admission Note. The Treatment Plan form is required to be completed within 30 days of the patient's admission to services (provided the patient is not transferred to another unit within this time frame). If the patient is transferred to another unit during the first 30 days of his/her admission to services, the Treatment Plan is required to be completed by day 45.

Updated as change in patient's condition indicates. Rewritten a minimum of every two years.

Updates on the patient's progress toward goals and objectives shall be documented on the Treatment Plan Review form (see Treatment Plan Review Policy, UCR 236, for timeframes).

| *CORRECTIONS-BASED OPERATIONS MANUAL* **UNIFORM CASE RECORD** *-Continuation Page-* | Date: 06/27/14 | Policy # 9.22 | Page: 2 of 4 |
|---|---|---|---|
| | Subject: **Treatment Plan** | | |

## PROCEDURE:

**On the treatment plan form, enter the following:**

- Patient identification information in the upper right hand column.
- Date completed and date of first review in left column.

**Diagnosis Section:**

Include current Principle Diagnosis and any other Additional Diagnoses. Any Change in diagnosis requires a MED 15 be completed (i.e. addition or deletion of a diagnosis, or change in principal diagnosis.

**Treatment Issues:**

After review of all assessments/evaluations (including but not limited to: the Core History; Screening/Admission Note; MD/NP Progress Notes; Comprehensive Suicide Risk Assessment; Nursing Assessments), determine the patient's problems and identified needs which form the basis of the treatment plan. List and prioritize problems, issues, and concerns central to this outpatient's treatment and recovery (Include mental health, physical/medical health, rehabilitation and social support issues). Include rationale/reasons for treatment or non-treatment of identified issues in the Comment column. Indicate the date and disposition code (T=Treat, R=Refer, D=Defer, I=Inactive, and C=Close) of each. Physical/medical health issues which impact upon the patient and his or her mental health and recovery shall be incorporated into the goal plan section of the treatment plan. Physical/medical health issues which do not impact on the patient's mental health/treatment may be noted as such and "deferred to DOCs" on the problem list and do not need to be addressed in the goal plan section.

**Language:**

Document the patient's preferred language, and whether or not translation services are necessary for this patient.

**Patient/Family Statement:**

Obtain patient and family input for the Treatment Plan, including areas of agreement/disagreement when possible. Obtain the patient's signature if possible or document the reason for no signature. NOTE: If the patient is not available to sign at the time the treatment plan review is written, the patient's signature should be obtained at the next appointment.

| *CORRECTIONS-BASED OPERATIONS MANUAL* | Date: 06/27/14 | Policy # 9.22 | Page: 3 of 4 |
|---|---|---|---|
| **UNIFORM CASE RECORD** *-Continuation Page-* | Subject: **Treatment Plan** | | |

**Participants:**

List all participants, including family members who provided input.

**Staff Signature/Reviewer Signature:**

Primary Therapist signs, titles and dates the treatment plan. The physician or nurse practitioner involved in the care of the patient must also sign the treatment plan.

**Goal Plan**   Treatment Plan (331A MED CNYPC)

Document the major treatment goals as they relate to the patient's mental health, physical health, and number each consecutively as, "1", "2", etc. A number is unique to a goal only during one admission. If a new goal is established, it is assigned a new number. If a goal is reactivated during the same admission, it retains the old number. Indicate the date the goal is established.

Also, document the steps a patient would need to take to both achieve this goal as well as to be ready for discharge from either the program, or active mental health services.

*Example of goal:* Patient will be free of self-destructive behavior and will describe himself as being free of suicide ideation.

   **Objectives**

a.) Objectives are steps to attaining the goal. Objectives must describe a specific intended outcome, be measurable, and have a target date for attainment. All objectives are assigned an identification letter in alphabetical order. The same letter should not be assigned to more than one objective in the same goal.

*Example:* Objective A: Within 10 days, the patient will discuss his/her suicidal feelings with his/her therapist for one month.

b.) Date Established - Each objective must have a date that the objective is established.

c.) Target Date - Document the date the objectives are expected to be achieved. In most cases, the target date should be no later than the date of the next review.

d.) Methods - Enter methods to attain objectives. Each method must document staff treatment interventions that include: duration, frequency, and responsible staff. An objective may require more than one method and a single method may relate to more

| *CORRECTIONS-BASED OPERATIONS MANUAL* **UNIFORM CASE RECORD** *-Continuation Page-* | Date: 06/27/14 | Policy # 9.22 | Page: 4 of 4 |
|---|---|---|---|
| | Subject: **Treatment Plan** | | |

than one objective; however, the method must be written out for each objective.

### Status/Date of Goals and Objectives

The codes listed below are used to document the status of the goal and objectives at the time of the Treatment Plan Review:

A = Attained
D/C = Discontinued
R = Revised

For example, if the patient has attained all objectives and goals, place an "A" and the date next to the letter in the same column.

### Disposition of Goals and Objectives

At the time of termination from services, all goals and objectives must be addressed with the appropriate status code and date. Discussion of the status of the goals and objectives must be addressed in the Discharge Summary or Termination/Transfer Progress Note.

**FORM(S):**
Treatment Plan 331 MED CNYPC
Treatment Plan Goal Plan 331A MED CNYPC
Treatment Plan Training Template

Index Terms: treatment plan