# EXHIBIT 73

| Central New York Psychiatric Center *CORRECTIONS-BASED OPERATIONS MANUAL* **ACTIVE MENTAL HEALTH SERVICES** | Date: 7/3/15 | Policy #2.4 |
|---|---|---|
| | Supercedes: 9/13/12 | Page(s): 1 of 1 |
| Prepared By: Katrina Kemmery, FPA | Policy: **Canceled/Refused/Missed Callouts** | |
| Reviewed By: MSEC | | |

**POLICY:** Corrections-Based staff will maintain regularly scheduled contact with inmate-patients through the use of the DOCCS callout system. Any disruption of the callout process will be addressed in a standardized manner.

**PROCEDURE:**

1. The Unit Chief/Coordinator will insure that each DOCCS Facility Executive Team designate mental health callouts as mandatory.

2. Mental Health staff will work with DOCCS security staff to determine the reason for any missed mental health callout.

3. When Mental Health callouts are missed for any reason, the staff person with whom the patient missed the appointment will review the inmate-patient's mental health record the next time they are on site and reschedule the callout for an appointment within two (2) weeks, or sooner if clinically indicated. The staff person will then document the reason for the missed appointment (ie. patient refused, patient did not show, educational testing, etc), and the time frame in which the next callout will be scheduled.

4. Should an inmate-patient miss the re-scheduled mental health callout, a Mental Health clinician will conduct a cell-side visit with the inmate-patient within three (3) business days of the missed rescheduled callout. The clinician will:
    A. Assess the inmate-patient's mental status,
    B. Attempt to determine the reason for the inmate-patient missing both the initial and the rescheduled callouts,
    C. Inform the inmate-patient that his/her callout will be scheduled and encourage compliance with mental health treatment efforts, and
    D. Document the relevant information gained from the cell-side visit in a progress note.

Index terms: callouts, refusal, missed, canceled

MG-Class00000050