# EXHIBIT 74

## CONFIDENTIAL – FILED UNDER SEAL