# EXHIBIT 75

## CONFIDENTIAL – FILED UNDER SEAL