# EXHIBIT 76

October 7, 2020 | 2:16 pm

# Information on Novel Coronavirus

Coronavirus is still active in New York. We have to be smart. Wear a mask, maintain six feet distance in public and download the official New York State exposure notification app, COVID Alert NY.

GET THE FACTS >

## Office of Mental Health

## Residential Services

**Crisis Residence:**
For those in mental health treatment but temporarily without housing, this residence provides short term housing while the client and treatment team attempt to secure more permanent living accommodations.

**Transitional Living Residence I & II:**
For patients who cannot make the transition directly from the hospital to a community residence, this provides an interim, short term supportive residence located on Ward's Island from which they can further develop the necessary skills to live in the community, develop a positive track record demonstrating community living skills, and to further promote recovery and self advocacy to live more independently in the greater community.

Comments or questions about the information on this page can be directed to the Manhattan Psychiatric Center.

K

## Office of Mental Health

**About OMH**

Agency Information                OMH Transformation

Organization Chart                Procurement Opportunities

**Contact Us**

Customer Relations                Facilities
44 Holland Avenue
Albany, NY 12229                  Feedback
1-800-597-8481
                                  Field Offices

## Help

Community Services Directory

Domestic Violence Information

Find a Mental Health Program

National Suicide Prevention Lifeline

## Language Assistance

Español

中文

РУССКИЙ

Italiano

Kreyòl ayisyen

More...

## Resources

Accessibility

Disclaimer

Employment

Freedom of Information Law (FOIL)

Privacy

Site Index

## CONNECT WITH US

MG-Class00035009