# EXHIBIT 78

# Program Transitional Living Residence II:

**KNOW WHAT YOU NEED?**
Click here for a keyword search

**NEED HELP FINDING THE RIGHT SERVICES?**
Click here for a self-guided search

**WANT TO EXPLORE OPTIONS?**
Click here to browse by category

Home    Resource Type Detail

Add to Favorites    Request Information    Print Page    Email Page    Export Selected

## Transitional Living Residence II

**Description:**

A group-living designed residential program which focuses on interventions necessary to address the specific functional and behavioral deficits which prevent residents from accessing generic housing. These interventions are goal-oriented, intensive, and usually of limited duration. Staff is on-site 24 hours/day. This is a type of Licensed Housing/Community Residential program for adults as defined in 14NYCRR595.

**Provider:** Manhattan Psychiatric Center

**Provider Address:** 600 E. 125th Street, Ward's Island Complex, New York, NY, 10035

**Areas Served:** New York

**Website:** http://www.omh.ny.gov/omhweb/facilities/mapc

**Last Update:** 1/8/2023 7:23 PM

**Target Population:** Adults

**Program Location:** On site



## Eligibility Requirements

**Female Age From:** 18

**Female Age To:** 10

**Male Age From:** 18

**Male Age To:** 10

## NY Connects

| PORTAL LINKS | CONTACT US | LANGUAGE ASSISTANCE |
|---|---|---|
| NYSDOH Caregiver Guide | **Address:** New York State Office for the Aging | English |
| About Us | 2 Empire State Plaza Albany, New York 12223-1251 | العربية **Arabic** |
| Frequently Asked Questions | **Telephone:** 1-800-342-9871 | বাংলা **Bengali** |
| Statewide Map of Food Pantries | | 中文 - **Chinese** |

MG-Class00039551

- Find Local Offices
- Site Map
- Accessibility
- Disclaimer
- Helpful Links
- Glossary

- Español - Spanish
- Kreyòl Ayisyen - Haitian Creole
- Italiano - Italian
- 한국의 - Korean
- Русский - Russian
- אידיש – Yiddish
- polski – Polish

Powered by CareDirector