# EXHIBIT 81

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated, <br><br> *Plaintiffs*, <br><br> -against- <br><br> ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision, <br><br> *Defendants*. | 7:19-CV-00639 (CS) (AEK) |

**DEFENDANT ANN MARIE T. SULLIVAN'S THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFFS' INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Civil Rules for the Southern District of New York, Defendant Ann Marie Sullivan ("Commissioner Sullivan"), by her attorney, Letitia James, the Attorney General of the State of New York, hereby supplements her Responses to certain Interrogatories set forth in Plaintiffs' First Set of Interrogatories dated June 20, 2019 and Second Set of Interrogatories dated January 17, 2020, as follows:

**PRELIMINARY STATEMENT**

1. The supplemental responses set forth herein constitute the best information presently available to Commissioner Sullivan based on reasonable searches proportional to the needs of the litigation. Commissioner Sullivan reserves the right to supplement the responses with additional information should such information or documents become available to counsel for Commissioner Sullivan. Commissioner Sullivan also reserves the right to object to the further disclosure of any such information.

2. By providing the supplemental information below, Commissioner Sullivan does not in any way waive, or intend to waive and is preserving, (a) all objections to competency, relevance, materiality and admissibility of the responses or the subject matter thereof; (b) all objections as to vagueness, ambiguity, or undue burden; (c) all rights to object on any ground to the use of any of said responses or the subject matter thereof, in any subsequent proceeding, including the trial of this or any other action; and (d) all right to object on any ground to any request for further responses to these or any discovery requests involving or relating to the subject matter of the request.

3. By referring Plaintiffs to documents, Commissioner Sullivan does not concede the admissibility or relevance of any document produced or referred to or that the document is original, true, accurate, complete, or authentic. Commissioner Sullivan reserves the right to challenge the competency, relevance, materiality, and admissibility of, or to object on any ground to the use of, any information set forth herein or documents produced in any subsequent proceeding or the trial of this or any other action.

4. The inadvertent disclosure of any information that is privileged, was prepared in anticipation of litigation, or is otherwise excludable from discovery, shall not constitute a waiver

of any privilege or of any other ground for objecting to discovery with respect to that information, document or any other document, its subject matter, the information contained therein, or of Commissioner Sullivan or the New York State Office of Mental Health's ("OMH") right to object to the use of any such document or the information contained therein during any proceeding in this litigation or otherwise.

5. Commissioner Sullivan continues to object to the Interrogatories to the extent that they seek documents or information in the possession, custody or control of the New York Department of Corrections and Community Supervision ("DOCCS"), or any governmental entity that is not a party to this action.

6. Commissioner Sullivan continues to object to the Interrogatories to the extent that they are not limited in time and/or scope from January 1, 2017 to the present.

7. Commissioner Sullivan continues to object to the Interrogatories insofar as they incorporate definitions of words or terms that are inconsistent with, contrary to, broader than, or narrower than the definition of such words or terms by OMH.

8. These responses are being provided by Commissioner Sullivan in her official capacity and any response herein shall not be deemed to be based on Commissioner Sullivan's personal knowledge.

Without waiving the foregoing, Commissioner Sullivan supplements her Responses to Plaintiffs' Interrogatories as follows:

**INTERROGATORY NO. 5:**

Provide a list of the types of housing (e.g., scattered-site supportive housing, apartment treatment programs, single-room occupancy residences, community residences, transitional residences, crisis residences, shelters) provided to Persons with Serious Mental Illness who were

3

released from prison, from 1/1/2014 to the present, including a yearly number of people admitted into each type of housing.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

Commissioner Sullivan objects to Interrogatory No. 5 as outside the scope of S.D.N.Y. Local Rule 33.3 to the extent it does not seek the names of witnesses with knowledge of information relevant to the subject matter of the action or the existence, custodian, location and general description of relevant documents.

Without waiving any objection, Commissioner Sullivan responds that, based on information provided by community providers, the following types of placements were provided to persons with serious mental illness who were released from prison from January 1, 2016, through December 31, 2021:

| Placement | 2016 | 2017 | 2018 |
|---|---|---|---|
| Adult Home | 0 | 0 | 2 |
| Bronx MH Shelter/Ana's Place | 17 | 17 | 11 |
| Dedicated Forensic Housing | 186 | 201 | 153 |
| DSS | 34 | 74 | 125 |
| Family/Friend | 147 | 160 | 172 |
| HASA Housing | 2 | 7 | 1 |
| Hotel/Motel | 14 | 23 | 32 |
| MH Housing | 32 | 55 | 40 |
| Nursing Home | 2 | 1 | 5 |
| OPWDD | 3 | 1 | 0 |
| Own Residence | 11 | 3 | 16 |
| Parole Housing | 24 | 30 | 30 |
| SA Housing | 7 | 4 | 6 |

4

| | | | |
|---|---|---|---|
| Shelter | 115 | 144 | 254 |
| TLR/TPP/Crisis | 43 | 52 | 28 |
| Transitional Housing | 4 | 7 | 1 |
| VA Housing | 1 | 0 | 1 |

| Placement | 2019 | 2020 | 2021 |
|---|---|---|---|
| Adult Home | 0 | 1 | 0 |
| Bronx MH Shelter/Ana's Place | 15 | 16 | 14 |
| Dedicated Forensic Housing | 178 | 137 | 125 |
| DSS | 113 | 72 | 65 |
| Family/Friend | 181 | 161 | 100 |
| HASA Housing | 3 | 1 | 1 |
| Hotel/Motel | 27 | 39 | 29 |
| MH Housing | 22 | 13 | 10 |
| Nursing Home | 3 | 7 | 3 |
| OMH Facility | 0 | 0 | 1 |
| OPWDD | 3 | 0 | 1 |
| Own Residence | 6 | 8 | 7 |
| Parole Housing | 60 | 35 | 28 |
| SA Housing | 11 | 2 | 5 |
| Shelter | 199 | 124 | 72 |
| TLR/TPP/Crisis | 46 | 25 | 34 |
| Transitional Housing | 3 | 5 | 4 |
| VA Housing | 1 | 0 | 0 |

Dated: New York, New York
April 28, 2022

        LETITIA JAMES
        Attorney General
        State of New York
        *Attorney for Defendants*

        By: /s/ Owen T. Conroy
        Adam Sansolo
        Erin Kandel
        Gee Won Cha
        Owen T. Conroy
        Assistant Attorneys General
        28 Liberty Street
        New York, New York 10005
        Tel.: (212) 416-6382
        Email: Owen.Conroy@ag.ny.gov

To: All counsel of record

**VERIFICATION**

LI-WEN LEE, M.D., Associate Commissioner for the New York State Office of Mental Health Division of Forensic Services, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that to the best of my knowledge and understanding, based on personal knowledge, the records of the Office of Mental Health and/or information provided to me by employees of the Office of Mental Health, the foregoing Second Supplemental Responses to the Interrogatories propounded to Ann Marie T. Sullivan, Commissioner of the Office of Mental Health, are true and correct.

Dated: Albany, New York
       April 28, 2022

_____
Li-Wen Lee, M.D.
Associate Commissioner
New York State Office of Mental Health
44 Holland Avenue
Albany, NY 12229