# EXHIBIT 83

# EXHIBIT 83

