# EXHIBIT 84

## CONFIDENTIAL – FILED UNDER SEAL