# EXHIBIT 85

## CONFIDENTIAL – FILED UNDER SEAL