# EXHIBIT 86



ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

# MEMORANDUM

**TO:** Ana Enright, Deputy Commissioner for Community Supervision
Don Arras, Assistant Commissioner for Community Supervision

**FROM:** Lisa Sorriento, Reentry Manager

**DATE:** January 30, 2019

**RE:** Proposal to RTF and Priority Releases Spreadsheets Procedures

---

## Weekly RTF Efforts Spreadsheets

### Currently:

The cases on the RTF Spreadsheets are cases that are past their ME and being held in the RTF by special condition or Commissioner RTF designation. They are being held due to a lack of an approvable residence for one (or more) of the following reasons: Sex Offender with a SARA Condition, SMI in need of an OMH structured setting, Medical issues that require a medical facility, Developmental Disability in need of OPWDD services.

The RTF spreadsheet is generated by Ashley Bartlett in Class and Movement. Ashley sends out an updated spreadsheet weekly. Ava "Maria" Holmes, formats that spreadsheet and sends it out to the field. Each Region adds the weekly efforts made for each case for their Region and sends to their chain of command, with a copy to me (Lisa Sorriento). I collect all the spreadsheets from each Region and compile the information into one master Weekly RTF Efforts Spreadsheet for every week. At the end of the month I email the spreadsheets for the month to my chain of command.

### Proposal:

Ashley Bartlett should distribute the updated RTF Spreadsheet monthly rather than weekly, first day of each month. Ava Maria Holmes should continue to format and distribute to Reentry and Field staff. The Regions update on a **monthly** basis, with all of the ongoing and continuous efforts for the month on each case. The updated list should be due on the 15th of every month to their chain of command with a copy to me (Lisa Sorriento). I will compile into one master monthly RTF Efforts Spreadsheet. Every case, on both tabs (SARA and NON-SARA) must be completed.

---

The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 | (518) 457-8126 | www.doccs.ny.gov

## Priority Release Spreadsheets

**Currently:**

The contents of the Priority Releases Spreadsheet are cases that have been held past an approved released date by a Board Imposed Special Condition and have not reached their ME. These are not RTF cases.

The Priority Releases Spreadsheet has been received by Lisa Sorriento from ITS twice monthly, upon request. I reformat the spreadsheet, separate out Article 10 Pending cases (because they aren't immediately available for release) and then distribute to the field. January 2018 is when this list was first generated. There were cases dating back to release dates as old as 2009. Throughout 2018, the number of cases 2016 or older were reduced from 80+ to 18. The 18 remaining have significant issues preventing their release.

On 1/24/19, 121 cases were identified that need to be added to the priority releases list. These cases were not on the list being generated by ITS as they were past their release date but did not have any special conditions imposed. The list can be generated moving forward to include all active community prep cases so that this type of case is no longer left off the list. Up to this point, the list is provided 2 times monthly to the field. The cases are identified as priority releases in which there are to be continuous, ongoing efforts to find an approvable residence. The older cases being given priority. The only reporting back on the cases on this list has been done by the Reentry Mangers. The REM's report all releases from this list, for the month, on their monthly report to Director of Reentry Operations, Christina Hernandez.

The priority releases list historically averages around 320 cases total, with approximately 65 Article 10 Pending cases, which leaves approximately 260 cases available for immediate release. This list remains around the same number as cases are added and released on an ongoing basis.

**Proposal:**

The Priority Releases list should be generated by ITS on a monthly basis, at the close of every month. Ava Maria Holmes will now begin to take the list provided by ITS and reformat before distributing to the Field and Reentry. The Regions will report their ongoing and consistent efforts to find housing and reason for hold on a monthly basis, due by the 15th of month, for the preceding month. Completed spreadsheets will be sent by the Regional Directors for each Region to me, Lisa Sorriento. I will compile into one master list for the month and distribute to Community Supervision Executive staff. Both the Priority Releases and the RTF spreadsheets should be due at the same time each month.

I do not recommend combining the Priority Releases list and the RTF cases into one list because the two lists are generated differently. Class and Movement maintains the RTF list and ITS generates the Priority Releases list. However, Ava Maria Homes, should send out one monthly email, with both the RTF Spreadsheet and the Priority Releases Spreadsheet, to the Regional Directors, Reentry and Bureau Chiefs for updating.

**ITS Summary:**

SOMU Director, Mary Kopp Adams, and I have worked with ITS to ensure that the Priority Releases Spreadsheet contains cases that are held past a release date of any type.

Moving forward the Priority Releases spreadsheet will contain:

All cases in community prep status that are past a release date (of any type) or are in non-report status and still in a correctional facility. ITS will then exclude the following from the list; SIST Cases, ADM to RTF, Willard, PDP, Article 10 Pending and OTC. At this time, this list contains approximately 375 cases.