# EXHIBIT 87

**To:** Adams, Mary K (DOCCS)[Mary.Adams@doccs.ny.gov]
**Cc:** Arras, Donald M (DOCCS)[Donald.Arras@doccs.ny.gov]
**From:** Mcgrath, Annemarie M (DOCCS)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C90D4EAEEA82438EA11A241BA943E59E-MCGRATH, AN]
**Sent:** Fri 1/25/2019 1:29:29 PM (UTC-05:00)
**Subject:** FW: incarcerated offenders past earliest release date
01-24-2019 Past Earliest Release Date.xlsx

---

**From:** Mcgrath, Annemarie M (DOCCS)
**Sent:** Thursday, January 24, 2019 5:14 PM
**To:** Annucci, Anthony J (DOCCS) <Anthony.Annucci@doccs.ny.gov>; Tiffany, Michael W (DOCCS) <Michael.Tiffany@doccs.ny.gov>; Bruen, Kevin P (DOCCS) <Kevin.Bruen@DOCCS.NY.GOV>; Sheehan, Cathy Y (DOCCS) <Cathy.Sheehan@DOCCS.NY.GOV>; Enright, Ana M (DOCCS) <Ana.Enright@doccs.ny.gov>; Hilton, Bryan G (DOCCS) <Bryan.Hilton@doccs.ny.gov>; Martuscello, Daniel F (DOCCS) <Daniel.Martuscello@doccs.ny.gov>
**Subject:** FW: incarcerated offenders past earliest release date

Attached is a list from Research of 574 inmates past their ERD.

Removing the 123 that are past ME (either RTF or SOMTA) takes us to 451. And another 48 with rescheduled PB Interviews leaves 403:

    Past CR            273    (24 are SMI)
    Past Open Date     130    (26 are SMI)

While I cannot tell the reason for the "hold", I have included the number of SMI cases in each of the categories.

Let me know if there are questions.

---

**From:** Staley, Michele M (DOCCS)
**Sent:** Thursday, January 24, 2019 4:33 PM
**To:** Mcgrath, Annemarie M (DOCCS) <AnneMarie.Mcgrath@doccs.ny.gov>
**Cc:** Bryant, Jennifer I (DOCCS) <Jennifer.Bryant@doccs.ny.gov>
**Subject:** incarcerated offenders past earliest release date

DC McGrath,

Per your request, please see the attached list of 574 offenders who were past their earliest release date as of January 19, 2019. The list is sorted by facility and includes an indicator of which date the offender is past; we examined tentative release date, CR date, and ME date. These dates are included for your reference along with parole hearing date. The list also contains a flag for those admitted with an RTF admission code.

Please let us know if you would like any changes or need additional information.

**Michele Staley**
Director

Department of Corrections and Community Supervision
Division of Program Planning, Research & Evaluation
1220 Washington Avenue, Albany, NY 12226
| Michele.Staley@doccs.ny.gov

www.doccs.ny.gov