# EXHIBIT 88

**To:** Enright, Ana M (DOCCS)[Ana.Enright@doccs.ny.gov]; Arras, Donald M (DOCCS)[Donald.Arras@doccs.ny.gov]
**Cc:** Mcgrath, Annemarie M (DOCCS)[AnneMarie.Mcgrath@doccs.ny.gov]; Sheehan, Cathy Y (DOCCS)[Cathy.Sheehan@doccs.ny.gov]; Tiffany, Michael W (DOCCS)[Michael.Tiffany@doccs.ny.gov]; Bruen, Kevin P (DOCCS)[Kevin.Bruen@doccs.ny.gov]; Annucci, Anthony J (DOCCS)[Anthony.Annucci@doccs.ny.gov]
**From:** Martuscello, Daniel F (DOCCS)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5FA06C145294440DB8097E9156197BD9-MARTUSCELLO]
**Sent:** Sun 1/27/2019 11:58:51 AM (UTC-05:00)
**Subject:** FW: incarcerated offenders past earliest release date
Community Prep Cases Past Release Date - 1-25-19 (002) (002).xlsx

I appreciate the explanation of why there were 121 missing cases from your Priority Releases List vs. the list Research created of those past their release date. I assume you will be working with DC McKoy to get a memo out reminding staff of the obligation?

With that said, I am concerned about the nearly 400 inmates held on special residency conditions. While a portion are sex offenders awaiting SARA housing, many are not. I just want to confirm that we are conducting a Central Office review to determine if the designation is actually appropriate and why so we can then meet to discuss each one individually.

**From:** Enright, Ana M (DOCCS)
**Sent:** Friday, January 25, 2019 7:12 PM
**To:** Martuscello, Daniel F (DOCCS) <Daniel.Martuscello@doccs.ny.gov>; Mcgrath, Annemarie M (DOCCS) <AnneMarie.Mcgrath@doccs.ny.gov>; Annucci, Anthony J (DOCCS) <Anthony.Annucci@doccs.ny.gov>; Bruen, Kevin P (DOCCS) <Kevin.Bruen@doccs.ny.gov>; Tiffany, Michael W (DOCCS) <Michael.Tiffany@doccs.ny.gov>; Sheehan, Cathy Y (DOCCS) <Cathy.Sheehan@doccs.ny.gov>
**Cc:** Arras, Donald M (DOCCS) <Donald.Arras@doccs.ny.gov>
**Subject:** Fwd: incarcerated offenders past earliest release date

Please see attached and below summary explanation as to why there are cases being held past release dates but not in RTF and not being held on special conditions. It appears there is a cohort where the facility staff were not entering the Board special conditions in GES, thus not making theirs names appear on our priority release dates we were tracking.. See below for further details.

**Ana M. Enright**
Deputy Commissioner

**Department of Corrections and Community Supervision**
1220 Washington Avenue, Albany, NY 12226
███████ | Cell: ███████ |Ana.enright@doccs.ny.gov

www.doccs.ny.gov

Begin forwarded message:

> **From:** "Arras, Donald M (DOCCS)" <Donald.Arras@doccs.ny.gov>
> **Date:** January 25, 2019 at 6:53:22 PM EST
> **To:** "Enright, Ana M (DOCCS)" <Ana.Enright@doccs.ny.gov>
> **Subject: FW: incarcerated offenders past earliest release date**
>
> Attached you will find an updated list of individuals who are being held past their release date.
>
> After removing all the names of those offenders who have any special residency conditions imposed, the number of cases being held past release is 121.

Confidential                                                                                                                    DOCCS-00004021

Of these cases, 20 are SMI: Past CR 4
Case 7:19-cv-00639-CS-AEK   Document 273-88   Filed 09/08/23   Page 3 of 3
Past Open Date 16

As to the explanation for why the 121 cases are being held past their release date, the following main reasons apply:

- 29 – Loss Good Time (LGT)
- 14 – Recission Hearing
- 11 – Refusal by Inmate
- 7 – Out to Court (OTC)
- 7 Medical

Other reasons include detainers, commutation, and new convictions (awaiting new release date calculation), and SARA.

In reviewing the attached list of cases, one issue noted that is causing several cases with Open Dates to not appear on the Priority Releases List is that facility staff are failing to enter the Board special conditions in GES. To explain, cases that are being held past their Open Date will continue to go back before the Parole Board every 6 months for review. The facility is supposed to reenter the Board conditions in GES every time such inmates go back before the Board. Instead, some facilities are taking a short cut and entering, in substance, "same conditions as the last appearance." When they take this short cut, the special conditions no longer carry over to CMS, which is what ITS utilizes to create the Priority Releases List. Thus, the cases do not then appear on the Priority Releases List.

**Don Arras**
Assistant Commissioner

Department of Corrections and Community Supervision
97 Central Avenue, Albany, NY 12206
■■■■ cell ■■■■ | donald.arras@doccs.ny.gov

www.doccs.ny.gov