# EXHIBIT 91

## CONFIDENTIAL – FILED UNDER SEAL