# EXHIBIT 92

## CONFIDENTIAL – FILED UNDER SEAL