# EXHIBIT 93

## CONFIDENTIAL – FILED UNDER SEAL