# EXHIBIT 95

## CONFIDENTIAL – FILED UNDER SEAL