# EXHIBIT 96

## CONFIDENTIAL – FILED UNDER SEAL