UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                        Plaintiffs,

    -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                        Defendants.

------------------------------------------------------------------------ x

No. 7:19-CV-639 (CS) (AEK)

## DECLARATION OF ELIZABETH S. WOODS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Elizabeth S. Woods, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a staff attorney at Disability Rights New York, co-counsel for M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H. ("Named Plaintiffs"), and all others similarly situated (together, "Plaintiffs").

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification, including the appointment of Disability Rights New York, The Legal Aid Society, and Paul, Weiss as counsel to the classes. This declaration is based on my personal knowledge.

## CLASS COUNSEL

3.  DRNY seeks appointment as co-counsel for the proposed Plaintiff classes in this action under Rule 23(g) of the Federal Rules of Civil Procedure. As set forth below, DRNY possesses the class action experience, knowledge of the relevant substantive areas of law, and resources necessary to fairly and adequately represent the interests of the proposed Plaintiff classes in this action.

4.  Disability Advocates Inc., now doing business as Disability Rights New York ("DRNY"), is New York State's Protection and Advocacy System and Client Assistance Program. Since 1989 DRNY has assisted people with disabilities in New York State to enforce their rights under local, state and federal anti-discrimination laws. DRNY's advocacy and litigation has assisted countless individuals with disabilities in achieving the equal access they are entitled to under the law.

5.  DRNY has extensive experience in litigating disability rights cases, including class actions. DRNY has been litigating matters under the Americans with Disabilities Act of 1990 and Section 504 of the Rehabilitation Act of 1973 in pursuit of individual and systemic justice for people with disabilities since its inception in 2013, and for decades prior under the moniker Disability Advocates, Inc.

6.  DRNY first appeared in this action on January 23, 2019.

7.  DRNY has committed, and will continue to commit, substantial resources to represent the Named Plaintiffs and proposed classes in this case. Counsel from the DRNY team consists of three staff attorneys from DRNY's Protection and Advocacy for Individuals with Mental Illness ("PAIMI") program, which provides both systemic and individual advocacy to people with a mental health diagnosis with a particular emphasis on individuals in congregate

facilities including correctional facilities as well as congregate care settings in the community, working closely with the PAIMI Director.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2023  /s/ *Elizabeth S. Woods*
Albany, New York  Elizabeth S. Woods