UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                      Plaintiffs,

       -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                      Defendants.

------------------------------------------------------------------------ x

7:19-cv-0639 (CS) (AEK)

## DECLARATION OF M.J. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, M.J., being competent to make this declaration and having personal knowledge of the matters stated herein, hereby declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am 36 years old, and I was born in Manhattan, New York.

2. I was incarcerated in New York State prison in 2016.

3. My maximum expiration date was June 18, 2018. However, I was not released from prison until February 19, 2019.

4. Between approximately June 18, 2018 and February 19, 2019, I was held in Fishkill Correctional Facility and then Green Haven Correctional Facility.

5. I have a mental health diagnosis of bipolar I disorder. I was also diagnosed with a substance use disorder.

6. My current mental health treatment involves taking mental health medications including Depakote, Haldol, and Cogentin. I sometimes struggle with symptoms. Treatment helps me to manage symptoms of my mental illness.

7. I received mental health treatment while incarcerated. The Office of Mental Health ("OMH") classified me as "1-S," which indicated that I have a serious mental illness. I was placed in programs for people with serious mental illness, including the Intensive Intermediate Care Program, Intermediate Care Program, and Behavioral Health Unit.

8. I understand that OMH submitted a housing application for me the month before my maximum expiration date.

9. I wanted to reside and receive programs and services in integrated settings in the community after my release date.

10. Shortly before my maximum expiration date, I was told I was being transferred to a Residential Treatment Facility (RTF). I didn't know what the RTF was.

11. On June 18, 2018, I was transferred from Great Meadow Correctional Facility to Fishkill Correctional Facility, and I remained in prison past this date.

12. I was still referred to, and treated like, an inmate at Fishkill, despite my RTF status. In fact, I was placed in segregated confinement as punishment for disciplinary infractions, even after the expiration of my prison sentence.

13. I told my Fishkill OMH discharge planner that I wanted to be released. She could not tell me anything about my pending release or housing options. She said that nothing else needed to be done.

14. I was never informed of different housing options.

15. Marc Heady, my DOCCS discharge planner, told me that finding housing for me was going to take a while because there was little available housing in Orange County.

16. I became a Plaintiff in this case on January 23, 2019.

17. About a week after the Complaint was filed, I was called down for an unexpected video interview with Middletown Transitional Residence staff.

18. On February 19, 2019, I was released from custody to Middletown Transitional Residence.

19. Middletown was really a place for mental health patients who were low functioning. On at least one occasion, a fellow resident was so heavily medicated that he barged in on me when I was in the bathroom.

20. At Middletown, residents are supervised at all times. For example, I was not allowed to take food and drinks outside of the dining area even though I purchased them.

21. I was told that it was uncommon for someone like me to be housed at Middletown because I am kind of advanced for placement there.

22. I was told that I was on a waiting list for housing in a studio or one-bedroom apartment. I was told that it could take two to three years before I was placed in an apartment.

23. After a few months of being at Middletown, I became very upset and frustrated about my placement because Middletown didn't seem like a good place for me. Middletown seemed to me to be just a "crisis" center. I did not feel like the staff there understood that I was trying to establish a life for myself in the community.

24. In May 2019, I was charged with violating conditions of my post-release supervision for leaving Middletown and not reporting to my parole officer, for being discharged

from a program that parole mandated I complete, and for breaking a door handle in the Middletown laundry room. I was arrested and held at the Orange County jail.

25. I was returned to DOCCS in June 2019 to serve additional time for the parole charges. I quickly deteriorated, and the next month, was transferred to Central New York Psychiatric Center for inpatient hospitalization.

26. When I was discharged from the hospital at the end of my sentence, I was civilly committed to Rockland Psychiatric Center.

27. After my discharge from Rockland Psychiatric Center, I was released to New York City in late September 2020. I was assigned to Assisted Outpatient Treatment and intensive case management, and I was placed in a community residence on Ward's Island operated by the Jewish Board.

28. I was going through a hard time at the end of 2020. After an altercation with staff at a drug rehabilitation program in January 2021, I was arrested, charged with parole violations, and held in jail.

29. During my detention, I lost my place in the housing program. When I was released from jail in March 2022, I was again placed on a waitlist for housing.

30. I currently live in a homeless shelter.

31. I want to reside and receive programs and services in integrated settings in the community.

32. I understand that I am part of a class action lawsuit, and this is not only for my benefit, but for the benefit of other class members as well.

33. I understand the responsibilities of being a class representative, including that I am seeking to represent all members of a proposed class of people with serious mental illness,

who are housed or will be housed in a state prison, whose open dates for parole release, approved conditional release dates, or maximum expiration dates have passed, and who are appropriate for community-based mental health housing and supportive services upon their release from prison.

34. I understand that this case is also being brought on behalf of individuals who were harmed by DOCCS and OMH's failure to provide adequate community-based mental health housing and supportive services. As a result of this failure, DOCCS and OMH discharged people to segregated and/or inappropriate settings, such as halfway houses.

35. I understand that the goal of this lawsuit is to require DOCCS and OMH to take certain actions to stop their harmful practices and to provide care and treatment in the most integrated setting appropriate to the needs of individuals with serious mental illness who are discharged from prison.

36. I do not have interests that are inconsistent with the interests of the class members I seek to represent. I will adequately represent those class members.

37. As a class representative, I will always consider the interests of class members just as I would consider my own interests, and I understand that I must put the interests of class members above my own interests.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __1__ day of __FEBRUARY__, 2023 in New York, NY.

_____
M.J.