UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H.,
individually and on behalf of all similarly situated,

Plaintiffs,

-against-

ANDREW CUOMO, in his official capacity as the Governor
of the State of New York, the NEW YORK STATE OFFICE
OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in
her official capacity as the Commissioner of the New York
State Office of Mental Health, the NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION, ANTHONY J.
ANNUCCI, in his official capacity as the Acting
Commissioner of the New York State Department of
Corrections and Community Supervision, ANNE MARIE
MCGRATH, in her official capacity as Deputy
Commissioner of the New York State Department of
Corrections and Community Supervision,

Defendants.

------------------------------------------------------------------------ x

7:19-cv-0639 (CS) (AEK)

# DECLARATION OF SETH CRIDER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**Table of Contents**

I.    Introduction ......................................................................................................................... 1

II.   Summary of Findings ........................................................................................................... 1

III.  Methods and Findings .......................................................................................................... 2

   A.   General Class .................................................................................................................. 2

     i.   Prolonged Incarceration in Priority Release Lists ................................................... 2

     ii.  Owning Facilities in Priority Release Lists .............................................................. 5

     iii. Single Point of Access and Re-entry Coordination System Applications ..................... 5

     iv. Special Residency Condition Reports ....................................................................... 5

   B.   Analysis of RTF Reports ................................................................................................ 6

   C.   Discharge Class .............................................................................................................. 7

     i.   Analysis of SMI Homeless Releases Tracker .......................................................... 8

     ii.  Analysis of Homeless Release Tracker .................................................................... 9

     iii. Analysis of SMI Releases by Housing Location, Care Coordination, and Housing
        Referrals ............................................................................................................... 10

Appendix A – Priority Release Lists ........................................................................................ 12

Appendix B – Inferred OMH Level Files ................................................................................. 17

Appendix C – Residential Mental Health Treatment Units in Priority Release Lists ................. 19

Appendix D – SPOA Analysis Files ........................................................................................ 20

Appendix E – Special Residency Condition Report Files .......................................................... 21

I, Seth Crider, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, hereby state and declare the following to be true and correct:

## I.     Introduction

1.  I am an E-Discovery Data Science Advisor at Paul, Weiss, Rifkind, Wharton & Garrison LLP, which is serving as counsel for the Named Plaintiffs and putative classes in the above-captioned matter.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  This declaration provides a summary and analysis of documents produced by the New York State Department of Corrections and Community Supervision (DOCCS) and Office of Mental Health (OMH) in this case.

2.  The purpose of this summary and analysis is to identify class members in the above-captioned lawsuit.  The class members fall into three categories:

    - The General Class, which consists of all persons (1) housed or who will be housed in a state prison, (2) with serious mental illness (SMI),[1] (3) whose open dates for parole release, approved conditional release dates, or maximum expiration dates have passed, (4) who are not subject to residency restrictions under the Sexual Assault Reform Act (SARA), and (5) who are appropriate for integrated, community-based mental health housing and supportive services.

    - The Residential Treatment Facility (RTF) Subclass of the General Class, which consists of all persons (1) housed or who will be housed in a state prison pursuant to Penal Law § 70.45 or Correction Law § 73, (2) with SMI, (3) whose maximum expiration dates have passed, (4) who are not subject to residency restrictions under SARA, and (5) who are appropriate for integrated, community-based mental health housing and supportive services.

    - The Discharge Class, which consists of all persons (1) with SMI, (2) who are or will be appropriate for and desire community-based mental health housing and supportive services upon their release from state prison, (3) who, upon their release, do not receive such services, and (4) who reside in segregated settings or who are at serious risk of becoming institutionalized.

## II.     Summary of Findings

3.  *General Class*.  At least 393 people with SMI who were not subject to SARA or other sex offender restrictions were held in prison past their release dates from January 2018 through September 2022; at the time this lawsuit was filed, there were 48 such people, and people with SMI continue to be held past their release dates.  Moreover, 102 people with SMI were held past their release dates over the same time period even though a Single Point of Access (SPOA) or Re-entry Coordination System (RCS) application had been submitted for them.

---

[1]   For purposes of this report, I define a person as having SMI if they have an OMH level of either 1S, 1, 2S, or 2.  Additionally, some OMH listed levels have a "Y" at the end.  I understand "Y" indicates the person should not share a cell with another person, and does not alter the consideration of whether they have SMI.

Additionally, at least 99 people were held in prison past their release dates because of their SMI, a practice which continued at least through April 2022.

4. *RTF Subclass*.  At least 66 individuals with SMI not subject to SARA or other sex offense restrictions were held in prison on RTF status past their maximum expiration dates from 2014 through 2019, and this practice abruptly decreased after the initial filing of this litigation.

5. *Discharge Class*.  Though disparate and overlapping data made a unified analysis difficult, the independent analysis of three censuses and trackers revealed the following.  *First*, at least 387 people with SMI were released from prison to shelters or similar locations from February 2020 through December 2021, though 216 and 131 had SPOA and RCS applications submitted, respectively.  *Second*, 686 individuals with SMI were released from prison to shelters or similar locations from February 2019 through April 2021.  *Third*, from January 2020 through December 2021, OMH tracked 988 people with SMI released from prison.  388 of those people were released to shelters or hotels/motels, 299 of which had a SPOA or RCS application submitted for them, and only 69 had some form of assertive community treatment (ACT) services upon their release.

## III.  Methods and Findings

### A.  General Class

#### i.  Prolonged Incarceration in Priority Release Lists

6. I analyzed priority release lists (PRLs) generated by DOCCS, which I understand reflect lists of people that DOCCS held in prison past their scheduled release dates as of the date the PRL was generated.[2]  Defendants produced 107 of these PRLs dated January 31, 2018 and September 12, 2022, as reflected in Appendix A.[3]  There is at least one list for each month during this time period.

7. As an initial step, I combined the data from these PRLs into a master list, but added a new column titled "Reference File" indicating what PRL each row of data originated from.  I excluded data from spreadsheets which acted as "Keys" to interpreting some of the column headings.  I also excluded data on tabs titled "Article 10" or "Article 10 Pending," as these tabs included information relating to civil commitment for sex offenders under Article 10 of the Mental Hygiene Law, and thus likely subject to SARA.

8. Next, I normalized columns across the different PRLs that indicated similar types of data, i.e., concatenating columns with similar but varying column names meant to indicate the same data.  For example, the PRLs include columns titled "67 / SC29," "67 SC29," and "67/SC29."  According to keys included in some PRLs, each of these variations indicates the

---

[2]  Reflective of this, many of these documents have the file name "Priority Releases for Individuals Held Past Release Date."  *See* Appendix A.

[3]  I understand these PRLs, specifically those pre-filing, may be missing cases of additional people held in prison past their release dates.  *See* DOCCS-00004021 (acknowledging that, as of January 2019, "there were 121 missing cases from [the] Priority Release List vs. the list [DOCCS] Research created of those past their release date.").

same hold description:  "I will propose a residence to be approved by DOCCS and will assist DOCCS in any efforts it may make on my behalf to develop an approved residence."

9.  *Master OMH Levels.*  70 of these PRLs, from November 20, 2019 onward, include a data column labeled "OMH level."  I understand OMH levels range from 1-7, with lower numbers indicating more severe mental illness.  Levels 1 and 2 may also include an "S" designation, such that 1S indicates more acute mental illness than 1, 1 indicates more acute mental illness than 2S, and 2S indicates more acute mental illness than 2 (i.e., 1S is more severe than 1, which is more severe than 2S, which is more severe than 2).

10.  For entries appearing in PRLs where OMH levels are not specified, I inferred OMH level based on the most severe recorded OMH level found in their appearance in a later PRL.

11.  If a person did not appear in any PRL with OMH levels, I inferred levels based on other documents produced by Defendants in discovery, identified by counsel, that listed OMH levels for people with serious mental illness held past their release dates, as reflected in Appendix B.  I then normalized and synchronized the data across these documents, and combined them into a single document ("OMH Inference" tab).  I used this data, along with the PRL OMH data, to identify the most severe OMH level associated with each person on the PRLs (Master OMH Level).

12.  *Excluded Statuses.*  The PRLs include several columns which indicate a person is being held because of something related to a prior sex offense, rather than their mental health.  People with "Yes" indicated in the following categories were thus excluded from this analysis:

- 96-SC28, which indicates the hold description "I will abide by the mandatory condition imposed by the Sexual Assault Reform Act (SARA), Chapter 1 of the Laws of 2000";

- F1-FC01, which indicates the hold description "SOH220 Sex Offender Housing Special Condition (RTF 220)"; and

- Article Ten Pending, which indicates the hold description of civil confinement as a sex offender under Article 10 of the Mental Hygiene Law.

13.  *Analysis.*  After deduplicating these results based on each person's NYSID, excluding the statuses mentioned above, and filtering to only people with a Master OMH Level indicating SMI, there were 393 people left in the PRLs.

14.  In order to better understand the extent to which DOCCS has held people with SMI past their release dates and continues to do so, I divided certain findings into four time periods:

- "Pre-Filing"—before the January 23, 2019 filing of the complaint in *M.G.* v. *Cuomo*;

- "At Filing"—the PRLs from January 10, 2019 and January 29, 2019, the two PRLs immediately before and after the initial filing;

- "Pre-Memo"—between January 23, 2019 and December 10, 2019, when DOCCS Deputy Commissioner Ana Enright issued a memorandum purporting to halt the practice of prolonged incarceration (DOCCS Memorandum, ECF No. 92-1); and

- "Post-Memo"—after the December 10, 2019 DOCCS Memorandum was issued.

15. Based on the PRLs and the methodology above, below is the number of people with SMI, and at each OMH Level indicating SMI, over each of these four time periods, as well an analysis of the total number of people each month from January 2018 through September 2022.

| Time Period // OMH Level | Pre-Filing | At Filing | Pre-Memo | Post-Memo | Total |
|---|---|---|---|---|---|
| 1S | 53 | 34 | 82 | 135 | 229 |
| 1 | 5 | 1 | 4 | 26 | 32 |
| 2S | 1 | 1 | 1 | 6 | 8 |
| 2 | 5 | 12 | 20 | 106 | 124 |
| SMI | 64 | 48 | 107 | 273 | 393 |



Individuals Over Time by Date and OMH Level

ii.    Owning Facilities in Priority Release Lists

16. The PRLs also indicate "Owning Facility," which I understand means the facility that each person is kept in past their release dates. I analyzed how many of these people were held in Residential Mental Health Treatment Units (RMHTUs), which I understand include Behavioral Health Units (BHU), Residential Mental Health Units (RMHU), Intermediate Care Programs (ICP), Intensive Intermediate Care Program (IICP), Therapeutic Behavior Units (TBU), and Special Treatment Programs (STP). The specific Owning Facilities I considered RMHTUs are reflected in Appendix C.

17. Of the 393 people with SMI held past their scheduled release dates analyzed above, 57 were held in these Residential Mental Health Treatment Units. Additionally, 8 others were held in SING SING CORP. Below is an analysis of this prolonged incarceration of people with SMI in Residential Mental Health Treatment Units and in SING SING CORP over time.

| Time Period // Owning Facility | Pre-Filing | At Filing | Pre-Memo | Post-Memo | Total |
|---|---|---|---|---|---|
| RMHTU | 6 | 10 | 22 | 43 | 57 |
| SING SING CORP | 0 | 0 | 4 | 4 | 8 |
| Total | 6 | 10 | 26 | 47 | 65 |

iii.    Single Point of Access and Re-entry Coordination System Applications

18. I also reviewed documents produced by Defendants that indicate whether a Single Point of Access (SPOA) or Re-entry Coordination System (RCS) application has been filed for a person scheduled for release from prison. I normalized and synchronized the data across the 7 lists analyzed, as reflected in Appendix D, and cross-referenced that data with the PRL data. This reflects that 102 people with SMI were held in prison past their release dates even though they had a SPOA or RCS application submitted for them.[4]

iv.    Special Residency Condition Reports

19. Defendants produced Special Residency Condition reports (SRCs) which have a column titled "Reason for Hold." This column indicates reasons people were held in prison past their release dates under a special residency condition, and often indicated each person's OMH level. Defendants produced 105 of these reports from April 2018 through March 2022, as reflected in Appendix E.

20. I normalized and synchronized the data across these files and combined them into a single spreadsheet. I then deduplicated the entries by NYSID. This revealed that 99 people with a "Reason for Hold" listing an OMH level indicating SMI, and excluding those with SARA or other sex offense restrictions, were held in prison past their release dates from April 2018 through March 2022. It also demonstrated that 59 people were specifically held due to their

---

[4]    I understand Defendants have represented that it is OMH policy "to prepare a SPOA application for all inmates with SMI who are at risk of homelessness and who are approaching their scheduled release date." Vogel Decl. ¶ 3, ECF No. 91. However, I note that there were many entries for people with SMI who did not have a SPOA or RCS application noted. Therefore, this analysis may be underinclusive.

OMH levels under parole SRC 29 or 30.   This practice continued through at least April 1, 2022, the date of the most recent SRC Report produced by Defendants (D-00087815), which indicated two people with SMI, exclusive of SARA or other sex offense restrictions, were being held past their release dates due to their OMH levels.

### B.    Analysis of RTF Reports

21. Defendants provided file D-00066876, generated by DOCCS on September 19, 2022, which contains a tab titled 'Non-SARA RTF' listing individuals held in RTF past their release dates from 2014–2022.

22. A column titled "reason RTF" contains a note indicating the reason for the hold.  Five people appear on this list more than once, each having at least one of their holds attributed to mental health.  This file contains date columns titled "SCHED REL DATE," "ARRIVAL DATE," and "REL DATE," which presumably indicate each person's originally scheduled release date, arrival date at the RTF, and actual release date from the RTF.[5]  I estimated the monthly number of people held in RTFs past their release dates based on the time elapsed between each person's originally scheduled release date and their actual release date.

23. 66 individuals in the non-SARA RTF list held past their original release dates have a reason RTF indicating SMI (i.e., an OMH level of 1, 1S, 1SY, or 2).  The average period of time these people were held in prison past their Maximum Expiration Date was 128 days, the median length of time was 74 days, and the longest period was 908 days.  11 individuals were held in RTF status for their SMI as of January 2019, the month this action was filed, and an additional 23 were held between then and December 2019, when the DOCCS Memorandum was issued.

---

[5]    This analysis also excluded entries where no REL DATE was listed, or where the REL DATE was prior in time to the SCHED REL DATE.  However, it includes entries where REL DATE indicated a release date after SCHED REL DATE but also included a notation such as "violated" or "removed/violated."  Also excluded from this analysis is any entry indicating the person is SARA or other sex offender status.

24. The graph below visualizes the monthly number of non-SARA status people with SMI as at least one reason for their hold who were held past their originally scheduled release date. This practice peaks in 2017 and 2018, and abruptly decreases after the initial filing of this litigation in January 2019.



Non-Sara Status with SMI Held in RTFs Past Release

25. In addition to those with SMI explicitly noted, 6 people have holds for mental health without specifying an OMH level:  "Pending MH housing," "Disc./MH," "MH & disc.," "OMH 2PC," and "OMH / Disc."

26. 28 people have holds for reasons other than mental health ("COVID-19," "out to Court," "Pending AOT," "Medical," "No Housing (Non-MH)") or which are ambiguous ("No housing," "Release planning," "Not Stable," "OPWDD," "IQ/Disc," "UCI").  Finally, 32 do not specify any reason at all.

### C.    Discharge Class

27. Defendants produced certain censuses and trackers regarding the release of people with SMI from prison.  However, the documents generated by DOCCS and OMH had varying people listed, numbers of people in each year, and different categories of data.  Accordingly, I analyzed each dataset independently.

i.    Analysis of SMI Homeless Releases Tracker

28. I analyzed a spreadsheet generated by OMH titled "SMI Homeless Releases," dated January 20, 2022 (D-00010678-UNREDACTED). This chart tracks the categories of housing that 387 people with SMI were released to from prison, as well as the housing referral that DOCCS and OMH submitted, from February 3, 2020 through December 31, 2021. I understand that "DSS" refers to Department of Social Services, "Bronx MH Shelter/Ana's Place" refers to the mental health shelter called Ana's Place in the Bronx, and "TLR" refers to Transitional Living Residences, "TPP" refers to Transitional Placement Programs, and "ALR" refers to Assisted Living Residences.

| Release Locations//Housing Referral Type | *Shelter* | *Hotel/Motel* | *DSS* | *Bronx MH Shelter/Ana's Place* | Total |
|---|---|---|---|---|---|
| *County SPOA/SPA* | 47 | 57 | 113 | 0 | *216* |
| *RCS* | 99 | 4 | 0 | 29 | *131* |
| *TLR/TPP/ALR* | 9 | 0 | 2 | 0 | *11* |
| *Patient Refused* | 10 | 2 | 2 | 0 | *14* |
| *Not Applicable* | 15 | 0 | 2 | 0 | *17* |
| Total | *178* | *63* | *119* | *29* | 387 |

29. An analysis of these releases over time by housing category and referral types, excluding people with the Housing Referral Types indicating Patient Refused and Not Applicable, is below.



Housing Location
Bronx MH Shelter/Ana's Place   Hotel/Motel
DSS   Shelter

D-00010678-UNREDACTED
Individuals Over Time by Release Date and Housing Location

ii.     <u>Analysis of Homeless Release Tracker</u>

30. I also analyzed a spreadsheet generated by DOCCS titled "Homeless Release Tracker 2019 – 2021" (D-00004661-UNREDACTED).  This spreadsheet tracks 686 people with OMH levels from 2S to 1S who were released from prison from February 8, 2019 through April 15, 2021. It also indicates each person's release county and a descriptive "Housing Plan."  I categorized the housing that people were released to in a manner similar to the housing categories used in the OMH SMI Homeless Releases tracker, i.e., Shelter, Hotel/Motel, and DSS, as well as categories for Homeless and Other.

31. While some Housing Plan entries reflect SPOA and RCS applications were submitted, many contain no details beyond the discharge location.  I therefore did not believe this data captured a wholly accurate picture of the release plan, and did not analyze housing referral types potentially analogous to the OMH SMI Homeless Releases tracker.

| Release Locations // Release Year | *Shelter* | *Hotel/Motel* | *DSS* | *Homeless* | *Other* | **Total** |
|---|---|---|---|---|---|---|
| *Feb.-Dec. 2019* | 227 | 24 | 108 | 3 | 6 | *367* |
| *Jan.-Dec. 2020* | 174 | 21 | 106 | 1 | 2 | *303* |
| *Jan.-Apr. 2021* | 25 | 6 | 21 | 0 | 2 | *54* |
| **Total** | *413* | *49* | *218* | *4* | *10* | **686** |

32. An analysis of these releases over time by housing category is below.





D-00004661-UNREDACTED
Individuals Over Time by Release Date and Location

9

iii.    Analysis of SMI Releases by Housing Location, Care Coordination, and
Housing Referrals

33. Finally, I analyzed a spreadsheet generated by OMH (D-00651033), which I understand
details releases of people with SMI from January 2020 through December 2021.  This chart
tracks the categories of housing locations that people were released to and the care
coordination they received upon release.  I understand that "ACT" refers to assertive
community treatment, "FACT" refers to forensic ACT, "OPWDD" refers to the Office for
People with Developmental Disabilities, "SA Housing" refers to substance abuse housing,
and "HASA" refers to the HIV/AIDS Services Administration.  A breakdown of these
releases by housing location and their first care coordination referral type, based on unique
NYSIDs, is below.

| Care Coordination// Housing Location | ACT, FACT, Shelter ACT | Health Home | Non-Medicaid Care Coordination (Legacy TCM) | Transitional Forensic | PSTP | No Coordination Type, Not Applicable | Total |
|---|---|---|---|---|---|---|---|
| Adult Home | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Shelter, DSS, Bronx MH Shelter / Ana's Place | 63 | 119 | 20 | 130 | 2 | 2 | 332 |
| Hotel/Motel | 6 | 41 | 3 | 6 | 0 | 0 | 56 |
| MH Housing | 3 | 11 | 3 | 3 | 1 | 0 | 21 |
| OPWDD | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Own Residence, Family/Friend | 25 | 119 | 6 | 87 | 4 | 4 | 244 |
| Parole Housing | 8 | 44 | 0 | 4 | 0 | 1 | 57 |
| SA Housing | 0 | 3 | 0 | 3 | 0 | 0 | 6 |
| Transitional Housing | 0 | 7 | 0 | 2 | 0 | 0 | 9 |
| TLR/TPP/ Crisis | 17 | 13 | 0 | 18 | 0 | 0 | 48 |
| Dedicated Forensic Housing | 22 | 36 | 7 | 124 | 52 | 0 | 241 |
| HASA Housing | 0 | 1 | 0 | 1 | 0 | 0 | 2 |
| Total | 142 | 381 | 39 | 375 | 59 | 7 | 988 |

10

34. This spreadsheet also tracked the types of housing referrals that were made for each individual. I understand that "VA" refers to the Department of Veterans Affairs. A breakdown of these releases by housing location and the first type of housing referral submitted, deduplicated using unique NYSIDs, is below.

| Housing Referral Type // Housing Location | RCS, County SPOA/ SPA | TLR/ TPP/ ALR | OPWDD | Substance Abuse | VA | Patient Refused | No Housing Referral Type, Not Applicable | Total |
|---|---|---|---|---|---|---|---|---|
| Adult Home | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Shelter, DSS, Bronx MH Shelter / Ana's Place | 249 | 61 | 0 | 0 | 0 | 11 | 14 | 332 |
| Hotel/Motel | 50 | 5 | 0 | 0 | 0 | 1 | 0 | 56 |
| MH Housing | 16 | 4 | 0 | 0 | 0 | 0 | 1 | 21 |
| OPWDD | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Own Residence, Family/Friend | 167 | 37 | 0 | 0 | 1 | 6 | 35 | 244 |
| Parole Housing | 41 | 11 | 0 | 5 | 0 | 0 | 1 | 57 |
| SA Housing | 4 | 0 | 0 | 0 | 0 | 1 | 1 | 6 |
| Transitional Housing | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| TLR/TPP/ Crisis | 22 | 26 | 0 | 0 | 0 | 0 | 0 | 48 |
| Dedicated Forensic Housing | 173 | 68 | 0 | 0 | 0 | 0 | 1 | 241 |
| HASA Housing | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |
| Total | 709 | 210 | 1 | 5 | 1 | 20 | 53 | 988 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 8, 2023
                New York, New York

_0210812023_

Seth Crider

11

## Appendix A – Priority Release Lists

| Assumed Date | Bates Number | File Name |
|---|---|---|
| 1/31/2018 | D-00004586-UNREDACTED | 01312018 Priority Releases for Sex Offenders Held Past Release Date.xlsx |
| 2/23/2018 | D-00004590-UNREDACTED | 02232018 Priority Releases for Sex Offenders Held Past Release Date.xlsx |
| 3/14/2018 | D-00004594-UNREDACTED | 03142018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 3/28/2018 | D-00004597-UNREDACTED | 03282018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 4/12/2018 | D-00004598-UNREDACTED | 04122018 Priority Releases For Individuals Held Past Release Date.xlsx |
| 5/1/2018 | D-00004602-UNREDACTED | 05012018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 5/16/2018 | D-00004604-UNREDACTED | 05162018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 6/6/2018 | D-00004607-UNREDACTED | 06062018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 6/25/2018 | D-00004611-UNREDACTED | 06252018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 7/13/2018 | D-00004614-UNREDACTED | 07132018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 7/26/2018 | D-00004618-UNREDACTED | 07262018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 8/14/2018 | D-00004623-UNREDACTED | 08142018 Priority Releases for individuals held past release date.xlsx |
| 8/28/2018 | D-00004627-UNREDACTED | 08282018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 9/12/2018 | D-00004630-UNREDACTED | 09122018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 9/26/2018 | D-00004633-UNREDACTED | 0926218 Priority Releases for Individuals Held Past Release Date.xlsx |
| 10/15/2018 | D-00004639-UNREDACTED | 10152018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 11/2/2018 | D-00004642-UNREDACTED | 11022018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 11/15/2018 | D-00004645-UNREDACTED | 11152018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 12/7/2018 | D-00004649-UNREDACTED | 12072018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 12/20/2018 | D-00004652-UNREDACTED | 12202018 Priority Releases for Individuals Held Past Release Date.xlsx |
| 1/10/2019 | D-00004579-UNREDACTED | 01102019 Priority Releases for Individuals Held Past Release Date.xlsx |

| Assumed Date | Bates Number | File Name |
|---|---|---|
| 1/29/2019 | D-00004583-UNREDACTED | 01292019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 2/11/2019 | D-00004587-UNREDACTED | 02112019 Priority Releases for Individuals Held Past Release Date revised.xlsx |
| 3/1/2019 | D-00004592-UNREDACTED | 03012019 Priority Releases.xlsx |
| 3/25/2019 | D-00004596-UNREDACTED | 03252019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 4/29/2019 | D-00004601-UNREDACTED | 04292019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 5/23/2019 | D-00004605-UNREDACTED | 05232019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 6/19/2019 | D-00004609-UNREDACTED | 06192019 Priority Releases.xlsx |
| 7/11/2019 | D-00004613-UNREDACTED | 07112019 Priority Releases.xlsx |
| 7/31/2019 | D-00004619-UNREDACTED | 07312019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 8/12/2019 | D-00004622-UNREDACTED | 08122019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 8/26/2019 | D-00004626-UNREDACTED | 08262019 Priority Releases.xlsx |
| 9/11/2019 | D-00004628-UNREDACTED | 09112019 Priority Releases.xlsx |
| 9/24/2019 | D-00004631-UNREDACTED | 09242019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 10/11/2019 | D-00004636-UNREDACTED | 10112019 Priority Releases for Individuals Held Past Releases Date .xlsx |
| 10/24/2019 | D-00004640-UNREDACTED | 10242019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 11/12/2019 | D-00004643-UNREDACTED | 11122019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 11/20/2019 | D-00004646-UNREDACTED | 11202019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 11/25/2019 | D-00004648-UNREDACTED | 11252019 Priority Releases for Individuals Held Past Releases.xlsx |
| 12/11/2019 | D-00004650-UNREDACTED | 12112019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 12/24/2019 | D-00004653-UNREDACTED | 12242019 Priority Releases for Individuals Held Past Release Date.xlsx |
| 1/13/2020 | D-00004581-UNREDACTED | 01132020 Priority Release for Individuals Held Past Release Date.xlsx |
| 1/24/2020 | D-00004582-UNREDACTED | 01242020 Priority Releases for Individuals Held Past Release Date.xlsx |

| Assumed Date | Bates Number | File Name |
|---|---|---|
| 2/11/2020 | D-00004589-UNREDACTED | 02112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 2/24/2020 | D-00004591-UNREDACTED | 02242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 3/11/2020 | D-00004593-UNREDACTED | 03112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 3/24/2020 | D-00004595-UNREDACTED | 03242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 4/13/2020 | D-00004599-UNREDACTED | 04132020 PRIORITY RELEASE FOR INDIVIAUAL THAT ARE HELD PAST THERE RELASE DATE.xlsx |
| 4/24/2020 | D-00004600-UNREDACTED | 04242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 5/11/2020 | D-00004603-UNREDACTED | 05112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 5/26/2020 | D-00004606-UNREDACTED | 05262020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 6/12/2020 | D-00004608-UNREDACTED | 06122020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 6/24/2020 | D-00004610-UNREDACTED | 06242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 6/26/2020 | D-00004612-UNREDACTED | 06262020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 7/13/2020 | D-00004616-UNREDACTED | 07132020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 7/24/2020 | D-00004617-UNREDACTED | 07242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 8/11/2020 | D-00004620-UNREDACTED | 08112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 8/23/2020 | D-00004624-UNREDACTED | 08232020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 8/24/2020 | D-00004625-UNREDACTED | 08242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 9/11/2020 | D-00004629-UNREDACTED | 09112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 9/24/2020 | D-00004632-UNREDACTED | 09242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 10/13/2020 | D-00004638-UNREDACTED | 10132020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 10/26/2020 | D-00004641-UNREDACTED | 10262020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 11/12/2020 | D-00004644-UNREDACTED | 11122020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 11/24/2020 | D-00004647-UNREDACTED | 11242020 Priority Releases for Individuals Held Past Release Date.xlsx |

| Assumed Date | Bates Number | File Name |
|---|---|---|
| 12/11/2020 | D-00004651-UNREDACTED | 12112020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 12/24/2020 | D-00004654-UNREDACTED | 12242020 Priority Releases for Individuals Held Past Release Date.xlsx |
| 1/5/2021 | D-00004635-UNREDACTED | 1.25.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 1/12/2021 | D-00004634-UNREDACTED | 1.12.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 2/11/2021 | D-00004655-UNREDACTED | 2.11.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 2/24/2021 | D-00004656-UNREDACTED | 2.24.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 3/11/2021 | D-00004657-UNREDACTED | 3.11.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 3/24/2021 | D-00004658-UNREDACTED | 3.24.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 4/12/2021 | D-00004659-UNREDACTED | 4.12.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 4/26/2021 | D-00066856 | 4.26.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 5/11/2021 | D-00066857 | 5.11.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 5/24/2021 | D-00066859 | 5.24.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 6/11/2021 | D-00066861 | 6.11.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 6/24/2021 | D-00066863 | 6.24.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 7/12/2021 | D-00066866 | 7.12.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 7/26/2021 | D-00066868 | 7.26.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 8/11/2021 | D-00066869 | 8.11.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 8/24/2021 | D-00066871 | 8.24.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 9/13/2021 | D-00066874 | 9.13.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 9/24/2021 | D-00066875 | 9.24.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 10/12/2021 | D-00066845 | 10.12.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 10/25/2021 | D-00066846 | 10.25.21 Priority Releases for Individuals Held Past Release Date.xlsx |

| Assumed Date | Bates Number | File Name |
|---|---|---|
| 11/12/2021 | D-00066847 | 11.12.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 11/24/2021 | D-00066848 | 11.24.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 12/13/2021 | D-00066849 | 12.13.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 12/24/2021 | D-00066850 | 12.24.21 Priority Releases for Individuals Held Past Release Date.xlsx |
| 1/11/2022 | D-00066843 | 1.11.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 1/24/2022 | D-00066844 | 1.24.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 2/11/2022 | D-00066851 | 2.11.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 2/24/2022 | D-00066852 | 2.24.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 3/24/2022 | D-00066853 | 3.24.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 4/11/2022 | D-00066854 | 4.11.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 4/25/2022 | D-00066855 | 4.25.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 5/11/2022 | D-00066858 | 5.11.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 5/24/2022 | D-00066860 | 5.24.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 6/13/2022 | D-00066862 | 6.13.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 6/24/2022 | D-00066864 | 6.24.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 7/11/2022 | D-00066865 | 7.11.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 7/25/2022 | D-00066867 | 7.25.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 8/11/2022 | D-00066870 | 8.11.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 8/24/2022 | D-00066872 | 8.24.22 Priority Releases for Individuals Held Past Release Date.xlsx |
| 9/12/2022 | D-00066873 | 9.12.22 Priority Releases for Individuals Held Past Release Date.xlsx |

### Appendix B – Inferred OMH Level Files

| Assumed Date | Bates Number | File Name |
|---|---|---|
| 10/10/2017 | OMH-00022633-UNREDACTED | SMI_Releases_Report-2017.10.10.xlsx |
| 10/23/2017 | OMH-00022638-UNREDACTED | SMI_Releases_Report-2017.10.23.xlsx |
| 11/20/2017 | OMH-00022645-UNREDACTED | SMI_Releases_Report-2017.11.20.xlsx |
| 12/4/2017 | OMH-00022657-UNREDACTED | SMI_Releases_Report-2017.12.04.xlsx |
| 12/18/2017 | OMH-00022652-UNREDACTED | SMI_Releases_Report-2017.12.18.xlsx |
| 5/21/2018 | OMH-00049683-UNREDACTED | SMI_Releases_Report-2018.05.21.xlsx |
| 6/5/2018 | OMH-00049697-UNREDACTED | SMI_Releases_Report-2018.06.05.xlsx |
| 6/18/2018 | OMH-00049690-UNREDACTED | SMI_Releases_Report-2018.06.18.xlsx |
| 11/2/2018 | DOCCS-00027909-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 12/3/2018 | DOCCS-00027898-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 1/2/2019 | DOCCS-00027886-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 1/24/2019 | OMH-00062295-UNREDACTED | RTF Cases.xlsx |
| 1/24/2019 | DOCCS-00002625-UNREDACTED | 01-24-2019 Past Earliest Release Date.xlsx |
| 1/24/2019 | DOCCS-00002804-UNREDACTED | 01-24-2019 Past Earliest Release Date.xlsx |
| 1/25/2019 | DOCCS-00004023-UNREDACTED | Community Prep Cases Past Release Date - 1-25-19 (002) (002).xlsx |
| 2/1/2019 | DOCCS-00027841-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 2/11/2019 | OMH-00012633-UNREDACTED | SMI_Releases_Report-2019.02.11.xlsx |
| 3/1/2019 | DOCCS-00027811-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 6/3/2019 | DOCCS-00027708-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 6/17/2019 | OMH-00010761-UNREDACTED | SMI_Releases_Report-2019.06.17.xlsx |
| 8/13/2019 | OMH-00019901-UNREDACTED | 2019.08.13-Past_Release_Date_SMIs.xlsx |

| Assumed Date | Bates Number | File Name |
|---|---|---|
| 8/13/2019 | OMH-00019867-UNREDACTED | 2019.08.13-Past_Release_Date_SMIs.xlsx |
| 8/13/2019 | OMH-00019702-UNREDACTED | 2019.08.13-Past_Release_Date_SMIs_Andrew.xlsx |
| 9/20/2019 | OMH-00076698-UNREDACTED | 2019.09.20-Data_Request_SPOA.xlsx |
| 12/27/2019 | DOCCS-00030229-UNREDACTED | SMI Releases from RTF and Priority Releases Lists 2018 and 2019.xlsx |
| 10/21/2020 | DOCCS-00038236-UNREDACTED | OMH Inmates on RTF.xlsx |
| 10/10/2017 | OMH-00022633-UNREDACTED | SMI_Releases_Report-2017.10.10.xlsx |
| 10/23/2017 | OMH-00022638-UNREDACTED | SMI_Releases_Report-2017.10.23.xlsx |

<u>**Appendix C – Residential Mental Health Treatment Units in Priority Release Lists**</u>

- ALBION ICP

- ATTICA ICP

- AUBURN ICP

- BEDFORD HILLS ICP

- CLINTON ICP

- ELMIRA ICP

- FISHKILL ICP

- FIVE PT RES MHU

- GREAT MEADOW BHU

- GREAT MEADOW ICP

- GREEN HAVEN ICP

- MARCY RES MNTL HLTH UNIT

- MIDSTATE ICP

- SING SING ICP

- SULLIVAN ICP

- WENDE ICP

**Appendix D – SPOA Analysis Files**

| Assumed Date | Bates Number | File Name |
|---|---|---|
| 2/28/2020 | D-00004173-UNREDACTED | Request-2020_02_28-SMI_SPOAs.xlsx |
| 3/4/2021 | D-00004174-UNREDACTED | Request-2021_03_04-SMI_SPOAs.xlsx |
| 4/12/2021 | D-00653154 | Request-2021_04_12-SPOA_RCS.xlsx |
| 1/20/2022 | D-00010678-UNREDACTED | Request-2022_01_20-SMI_Homeless_Releases.xlsx |
| 3/30/2022 | D-00651030 | Request-2022_03_30-SMI_Referrals.xlsx |
| 3/31/2022 | D-00651033 | Request-2022_03_31-SMI_Releases_and_Referrals.xlsx |

**Appendix E – Special Residency Condition Report Files**

| Date | Bates Number | File Name |
|---|---|---|
| 12/4/2017 | DOCCS-00028023-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 1/3/2018 | DOCCS-00028017-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 2/2/2018 | DOCCS-00028006-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 3/1/2018 | DOCCS-00027995-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 4/2/2018 | DOCCS-00027984-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 5/2/2018 | DOCCS-00027977-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 6/4/2018 | DOCCS-00027970-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 7/2/2018 | DOCCS-00027955-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 7/2/2018 | D-00080175 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/2/2018 | DOCCS-00027945-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/2/2018 | D-00076364 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/3/2018 | D-00077259 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/3/2018 | D-00077237 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/3/2018 | D-00077234 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/3/2018 | D-00071586 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/3/2018 | D-00071567 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/3/2018 | D-00071570 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/3/2018 | D-00071573 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/13/2018 | D-00071655 | SPEC RESID CONDITIONS REPORT.xlsx |

| Date | Bates Number | File Name |
|------|--------------|-----------|
| 9/4/2018 | DOCCS-00027934-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 9/4/2018 | D-00076362 | SPEC RESID CONDITIONS REPORT.xlsx |
| 9/5/2018 | D-00071602 | SPEC RESID CONDITIONS REPORT.xlsx |
| 10/2/2018 | DOCCS-00027923-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 10/2/2018 | D-00076399 | SPEC RESID CONDITIONS REPORT.xlsx |
| 11/2/2018 | DOCCS-00027909-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 11/2/2018 | D-00077120 | SPEC RESID CONDITIONS REPORT.xlsx |
| 12/3/2018 | DOCCS-00027898-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 12/3/2018 | D-00077112 | SPEC RESID CONDITIONS REPORT.xlsx |
| 1/2/2019 | DOCCS-00027886-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 1/2/2019 | D-00077110 | SPEC RESID CONDITIONS REPORT.xlsx |
| 2/1/2019 | DOCCS-00027841-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 2/5/2019 | D-00072440 | SPEC RESID CONDITIONS REPORT.xlsx |
| 3/1/2019 | DOCCS-00027811-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 3/1/2019 | D-00093136 | SPEC RESID CONDITIONS REPORT.xlsx |
| 3/2/2019 | D-00071470 | SPEC RESID CONDITIONS REPORT.xlsx |
| 3/2/2019 | D-00071792 | SPEC RESID CONDITIONS REPORT.xlsx |
| 3/2/2019 | D-00071881 | SPEC RESID CONDITIONS REPORT.xlsx |
| 3/4/2019 | D-00072437 | SPEC RESID CONDITIONS REPORT.xlsx |
| 4/1/2019 | DOCCS-00027778-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |

| Date | Bates Number | File Name |
|------|-------------|-----------|
| 4/2/2019 | D-00072435 | SPEC RESID CONDITIONS REPORT.xlsx |
| 5/1/2019 | DOCCS-00027747-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 5/1/2019 | D-00071453 | SPEC RESID CONDITIONS REPORT.xlsx |
| 5/1/2019 | D-00071849 | SPEC RESID CONDITIONS REPORT.xlsx |
| 5/1/2019 | D-00080100 | SPEC RESID CONDITIONS REPORT.xlsx |
| 6/3/2019 | DOCCS-00027708-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 6/3/2019 | D-00071407 | SPEC RESID CONDITIONS REPORT.xlsx |
| 7/1/2019 | DOCCS-00027669-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 7/3/2019 | D-00071401 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/1/2019 | DOCCS-00027659-UNREDACTED | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/1/2019 | D-00093652 | SPEC RESID CONDITIONS REPORT.xlsx |
| 9/3/2019 | D-00076650 | SPEC RESID CONDITIONS REPORT.xlsx |
| 10/3/2019 | D-00072427 | SPEC RESID CONDITIONS REPORT.xlsx |
| 11/1/2019 | D-00077066 | SPEC RESID CONDITIONS REPORT.xlsx |
| 12/3/2019 | D-00077064 | SPEC RESID CONDITIONS REPORT.xlsx |
| 1/2/2020 | D-00076856 | SPEC RESID CONDITIONS REPORT.xlsx |
| 2/3/2020 | D-00076854 | SPEC RESID CONDITIONS REPORT.xlsx |
| 3/2/2020 | D-00076817 | SPEC RESID CONDITIONS REPORT.xlsx |
| 4/1/2020 | D-00076811 | SPEC RESID CONDITIONS REPORT.xlsx |
| 5/1/2020 | D-00076799 | SPEC RESID CONDITIONS REPORT.xlsx |

| Date | Bates Number | File Name |
|---|---|---|
| 6/1/2020 | D-00076732 | SPEC RESID CONDITIONS REPORT.xlsx |
| 7/1/2020 | D-00080312 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/3/2020 | D-00080310 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/3/2020 | D-00083232 | SPEC RESID CONDITIONS REPORT.xlsx |
| 9/1/2020 | D-00082132 | SPEC RESID CONDITIONS REPORT.xlsx |
| 10/1/2020 | D-00082128 | SPEC RESID CONDITIONS REPORT.xlsx |
| 11/2/2020 | D-00099325 | SPEC RESID CONDITIONS REPORT.xlsx |
| 12/1/2020 | D-00082981 | SPEC RESID CONDITIONS REPORT.xlsx |
| 1/4/2021 | D-00099545 | SPEC RESID CONDITIONS REPORT.xlsx |
| 2/1/2021 | D-00084215 | SPEC RESID CONDITIONS REPORT.xlsx |
| 3/1/2021 | D-00099392 | SPEC RESID CONDITIONS REPORT.xlsx |
| 4/1/2021 | D-00086718 | SPEC RESID CONDITIONS REPORT.xlsx |
| 4/1/2021 | D-00099390 | SPEC RESID CONDITIONS REPORT.xlsx |
| 5/4/2021 | D-00086647 | SPEC RESID CONDITIONS REPORT.xlsx |
| 6/1/2021 | D-00083792 | SPEC RESID CONDITIONS REPORT.xlsx |
| 7/1/2021 | D-00099549 | SPEC RESID CONDITIONS REPORT.xlsx |
| 8/2/2021 | D-00099547 | SPEC RESID CONDITIONS REPORT.xlsx |
| 9/1/2021 | D-00085040 | SPEC RESID CONDITIONS REPORT.xlsx |
| 10/5/2021 | D-00086899 | SPEC RESID CONDITIONS REPORT.xlsx |
| 11/1/2021 | D-00084270 | SPEC RESID CONDITIONS REPORT.xlsx |

| Date | Bates Number | File Name |
|---|---|---|
| 12/1/2021 | D-00084313 | SPEC RESID CONDITIONS REPORT.xlsx |
| 1/3/2022 | D-00087905 | SPEC RESID CONDITIONS REPORT.xlsx |
| 2/1/2022 | D-00087832 | SPEC RESID CONDITIONS REPORT.xlsx |
| 3/1/2022 | D-00087867 | SPEC RESID CONDITIONS REPORT.xlsx |
| 4/1/2022 | D-00087815 | SPEC RESID CONDITIONS REPORT.xlsx |