UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                                  Plaintiffs,

          -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                                  Defendants.

7:19-cv-639 (CS) (AEK)

------------------------------------------------------------------------ x

## DECLARATION OF ROBERT FACTOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Robert Factor, M.D., Ph.D., pursuant to 28 U.S.C. § 1746 and under penalty of perjury, hereby state and declare the following to be true and correct:

      1.      I have been retained as an expert by Paul, Weiss, Rifkind, Wharton & Garrison LLP, Disability Rights New York, and the Legal Aid Society, who are serving as lawyers for the Named Plaintiffs and putative classes in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

      2.      I was retained in the above-entitled action to provide analyses and opinions regarding community-based mental health housing and supportive services.

3. Attached as **Exhibit 1** is a true and correct copy of my expert report, dated February 7, 2023 ("Expert Report"). I hereby incorporate by reference the contents of the Expert Report as my sworn testimony as if fully rewritten herein. A true and correct description of my background and qualifications is set forth in the Expert Report at ¶¶ 7-13 and Appendix A. The opinions rendered in the Expert Report and the bases thereof are detailed in various sections of my Expert Report, including, but not limited to, Section I, Sections III-V, and Appendix B.

4. The information and sources that form the factual predicate for my findings, conclusions, and opinions in the Expert Report include, among other things, scholarly sources, clinical experience, deposition transcripts, interviews, and the other sources detailed in the Expert Report at Section III and Appendix B.

5. I affirm that the findings, statements, conclusions, and opinions in the Expert Report and in this Declaration are truthful and accurate.

[Remainder of Page Intentionally Left Blank]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 8, 2023
              Madison, Wisconsin

*Robert M. Factor*
Robert Factor, M.D., Ph.D.