UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                      Plaintiffs,

        -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                      Defendants.

7:19-cv-0639 (CS) (AEK)

------------------------------------------------------------------------ x

**DECLARATION OF MELODIE J. PEET, M.P.H., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

      I, Melodie J. Peet, M.P.H., pursuant to 28 U.S.C. § 1746 and under penalty of perjury, hereby state and declare the following to be true and correct:

      1.     I have been retained as an expert by Paul, Weiss, Rifkind, Wharton & Garrison LLP, Disability Rights New York, and the Legal Aid Society, who are serving as lawyers for the Named Plaintiffs and putative classes in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

2. I was retained in the above-entitled action to provide analyses and opinions regarding mental health systems and community-based services as well as patterns of institutionalization.

3. Attached as **Exhibit 1** is a true and correct copy of my expert report, dated February 7, 2023 ("Expert Report"). I hereby incorporate by reference the contents of the Expert Report as my sworn testimony as if fully rewritten herein. A true and correct description of my background and qualifications is set forth in the Expert Report, *Section C*, and **Appendix A**. The opinions rendered in the Expert Report and the bases thereof are detailed in various sections of my Expert Report, including, but not limited to, *Sections A through H,* and **Appendix B.**

4. The information and sources that form the factual predicate for my findings, conclusions, and opinions in the Expert Report include, among other things, my background and experience, professional literature that addresses mental health strategies for formerly incarcerated people, New York State Office of Mental Health Plans and data reports, New York County Local Services plans, data from the New York State Department of Corrections and Community Supervision, Best Practices Reports from both the Substance Abuse and Mental Health Administration ("SAMHSA"), which is a branch of the United States Department of Health and Human Services, and the National Association of State Mental Health Program Directors ("NASMHPD") (the trade association for state Mental Health Commissioners), documents prepared by organizations addressing the issue of homelessness in New York State, Dr. Robert Factor's report as to the manifestation of the system issues related to the lack of CBMHHSS, and the Declaration of Seth Crider in

Support of Plaintiff's Motion for Class Certification, among other sources cited to in the Expert Report and referenced in **Appendix B.**

     5.     I affirm that the findings, statements, conclusions, and opinions in the Expert Report and in this Declaration are truthful and accurate.

[Remainder of Page Intentionally Left Blank]

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on:  February 7, 2023
              GUILFORD, CONNECTICUT

*/s/ Melodie J. Peet, MPH*
MELODIE J. PEET, M.P.H.