UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                  Plaintiffs,

      -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

7:19-cv-0639 (CS) (AEK)

                                  Defendants.
------------------------------------------------------------------------ x

DECLARATION OF DAVID CONDLIFFE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, David Condliffe, of full age, hereby certify as follows:

1. I am over 18 years of age and competent to testify regarding the matters described herein.

2. I have been the Executive Director of Center for Community Alternatives (CCA), a 501 (c)(3) non-profit organization since 2015. Our mission is to promote reintegrative justice and a reduced reliance on incarceration through advocacy, services, and public policy development in pursuit of civil and human rights. We provide direct services to communities in New York City, Syracuse, and Rochester, engaging youth and adults who

might otherwise be incarcerated but for an alternative to incarceration or who are incarcerated and will return to our communities. Services include gender-based substance treatment and recovery communities, sentence mitigation, court advocacy, workforce readiness, civic restoration services, violence prevention, youth mentoring, afterschool programming, career exploration for justice-involved youth, and emergency/transitional housing.

3. Founded in 1981, CCA is one of the first community-based alternatives-to-incarceration programs in New York State. Some of CCA's groundbreaking success includes persuading the New York State Legislature to adopt "reintegration" as a goal of sentencing, reforming New York State's drug laws, and reorientating the juvenile justice system away from detention or incarceration towards placing more youth in community-based-programs.

4. More recently, CCA has achieved several policy victories including the passing of "Raise the Age" legislation and reducing barriers to college admission on SUNY admission applications for people with criminal records, as well as the passage of bail, discovery, and speedy trial reform in 2019. In 2020, CCA launched pioneering housing services.

5. Stable housing coupled with individualized services supports successful reentry and reduces recidivism, saving the State large amounts of money, and promoting public safety. Emergency shelter programs that limit stays to 30-45 days are often insufficient for successful reentry into society. Instead, what is needed is transitional housing programs, which provide supportive services and allow the necessary time for participants to build a strong foundation as they move to permanent, stable housing. This declaration gives examples of housing programs to highlight this need for longer-term

transitional housing options, which are currently lacking in most parts of New York State.

6. New York State has funded a paucity of specialized housing for people who are in reentry from incarceration, including people with mental illness and other disabilities, but there is still not enough because the need is so great. Stable housing options supports successful reentry and reduces recidivism, for this population.

7. CCA has learned, through experience, that there needs to be a variety of housing available that addresses people's differing and changing needs. There are good evidence-based models of housing coupled with individualized services for people returning to the community from incarceration, but funding restrictions interfere with replicating these housing models throughout New York State.

8. One successful model of re-entry housing is The Fortune Society's Castle and Castle Gardens, located in New York City. The Castle and Castle Gardens provide short-term emergency housing and longer-term transitional supportive housing, respectively. The Castle provides on-site supportive services designed to help people build the skills they need to live independently.

9. In 2014, Governor Cuomo formed the Council on Community Re-Entry and Reintegration to address barriers to re-entry. The Council, of which I am a member, sought to determine whether there were obstacles to developing housing like the Castle and Castle Gardens in upstate New York. Multiple government agencies (DCJS, HCR, OTDA, ETC) then collaborated to replicate these models upstate, specifically in Syracuse, NY.

10. The State selected CCA to develop housing coupled with individualized services in Syracuse, NY. Freedom Commons opened in 2019.

11. Freedom Commons is a joint venture with the Syracuse Housing Authority that provides three types of housing for the community, including justice impacted people, - permanent affordable, permanent supportive, and emergency housing.

12. Freedom Commons consist of 43 affordable apartments, 11 supportive apartment and two-story townhouses in a three-story building. There are apartments available to meet physical disabilities, including units with hearing and vision impairment accessibility features.

13. In January 2020, the final component of Freedom Commons—Freedom Commons Academy—opened as a tailored reentry program that includes an emergency shelter for men and women returning to Onondaga County after incarceration. As a reentry program with housing, it is designed as an alternative to traditional homeless shelters. Academy residents must maintain at least 30 hours of constructive time per week. Every Wednesday night residents meet to share their achievements and struggles. They learn from one another and foster a culture of community and peer centered problem solving. Staff are present 24 hours a day to support Academy residents, including Freedom Commons' Project Director, Permanent Supportive Housing Case Manager, Academy Case Manager, Housing Specialist, and Resident Advisors. While Freedom Commons Academy is a valuable emergency housing program, true replication of the Castle and the Castle Gardens would provide not only emergency housing services but ***would also provide transitional housing services.***

14. Freedom Commons Academy has not been as successful as its counterpart at the Castle because its services are only funded as "shelter" services. This means it is limited to short-term emergency housing. Many people in reentry need ***both*** short-term emergency

and transitional services, which together would allow for longer lengths of stay, ideally six to 12 months. This contrasts with the goal of much shorter lengths of stay in Onondaga emergency shelter programs, which is 30 days.

15. People in reentry who are homeless have concurrent, multiple needs— beginning employment/income, budgeting, renewing family relationships, addressing mental and physical health, substance use disorder treatment/recovery, building independent living skills, and others.  Moving quickly to permanent housing is a sound policy for people who are homeless and for *some* people who are in reentry. However, many people in reentry need transitional housing as they acclimate to independent life on the outside and build a sturdy foundation of life skills with community supports. In contrast to people who are homeless and who live a highly unstructured life on the streets, people in reentry are leaving a structured and controlled environment for an unstructured environment in which success and long-term stability depends on their own initiative.  This adjustment is enormous and takes time and support. Transitional housing programs, like the Castle, aid in that adjustment.

16. The Castle has been able to provide both emergency and transitional housing because it is funded by agencies that do not impose a length-of-stay restriction.  Freedom Commons Academy, on the other hand, is funded through Onondaga County's Department of Social Services – Economic Security Emergency Shelter Program ("DSS").  Because DSS funds Freedom Commons as an emergency shelter program, not as a transitional housing program, DSS only allows a length of stay of approximately 30 days.  This means that some residents must move out of the program quickly before they are ready to adjust to independent living. Further, it has become clear that Onondaga County cannot mix

emergency shelter funds with other (non-emergency shelter) funds to lengthen the allowable length of stay. We have found that without the proper foundation, participants' ability to *support* permanent housing, without returning to homelessness or incarceration, is significantly hampered.

17. Our experience proves New York State must develop expanded funding for transitional housing services for people released from incarceration in upstate New York. In particular, there must be more transitional housing that assists and supports people in developing the skills they need to be successful and live independently in the community.

I declare under penalty of perjury that the foregoing is true and accurate.

*David C. Condliffe* (signature)
David Condliffe, Executive Director

_____January 13, 2023_____