# EXHIBIT 1

**Subject:** Email from anonymous ▇▇▇ staff member received by the Coalition for the Homeless
**Date:** Friday, December 3, 2021 at 5:06:42 PM Eastern Standard Time
**From:** Deborah Diamant
**To:** Rodriguez, Iris, Tinsley Ballard, Yvonne, Russell, Sonya
**CC:** Carolyn Wolpert, Martha Calhoun, Goldfein, Joshua

Dear Iris, Yvonne, and Sonya:

The Coalition was recently contacted by an anonymous employee of ▇▇▇▇▇▇▇ Shelter, who asked us to share their concerns about client safety with DHS management. They expressed particular concern about the structure and staffing of shelters with mental health and MICA beds, and felt that inadequate staffing and the size of dorms, to quote the email we received, "is actively deteriorating clients' mental and general wellbeing."

They expressed concern that security staff are not trained in interacting with clients with mental health and substance use issues, and that they default to calling operations or social services staff if any client issues arise. They noted that the security screening at the entrance has not kept items like loose razor blades and pepper spray from being brought into the shelter. The staff member said that the operations director has called for more locker searches, a response they feel is inadequate. Instead, they feel strongly that at least one staff member should be posted on all floors to monitor client safety.

They expressed particular concern about client safety at night, stating "[t]he possibility for violence is very real[.]" The staff member explained they have raised their concerns with shelter management, who said they wish things could change. She said when a client assaults another client that "staff really only know how to deescalate situations, not actually intervene in physical fights. . .I am not afraid for myself, I am afraid for my clients."

The staff member raised concerns about the inability of clients to get adequate rest at night due to the congregate nature of the shelter. They wrote, "NO ONE IS ABLE TO GET AN ADEQUATELY RESTFUL NIGHT'S SLEEP, unless heavily medicated." They described new clients complaining about the inability to sleep because their dormmates are responding to auditory hallucinations or are preoccupied by a delusion. They wrote, "clients are aware that they are residing with individuals who are not mentally stable, and who could be possibly violent.  Additionally, most of our clients suffer from *at least* Anxiety, Depression, and PTSD; if not some form of schizophrenia or psychosis.  The paranoia that exists amongst our clients is almost palpable sometimes, and congregate sleeping arrangements only exacerbate these very real and very debilitating mental health symptoms." They continued that, "[a]s a mental health professional, it is obvious to me that the environment is intentionally set up. . .to impair our client's general well-being and incentivize them to give up and leave the shelter[.] Service providers literally cannot provide clients with environments that feel safe and are then are overwhelmed with all the issues that come along." They wrote, "[c]lients see how overwhelmed staff are, and intuit that staff cannot be supportive or provide protection when an incident invariably arises.  And the cycle continues to reinforce itself."

They closed their email by adding, "I just feel like, what's the point of having an inside place to sleep, if the detrimental mental health impacts of sleeping on the street continue in the shelter?"

Thank you for reviewing these concerns shared with the Coalition. We would be happy to forward a response from you to the ▇▇▇ staff member.

Best,

Deborah

_____
Deborah B. Diamant, Esq.
Director of Government Relations and Legal Affairs
Coalition for the Homeless
129 Fulton Street
New York, New York 10038
T: 212-776-2123
[ddiamant@cfthomeless.org](mailto:ddiamant@cfthomeless.org)
www.coalitionforthehomeless.org
Pronouns: she/her