UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                                  Plaintiffs,

                    -against-                                  7:19-cv-00639 (CS) (AEK)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                 **ORAL ARGUMENT REQUESTED**

                                              Defendants.
---------------------------------------------------------------------x

## NOTICE OF MOTION TO EXCLUDE
## THE OPINIONS AND TESTIMONY OF
## PLAINTIFFS' CLASS CERTIFICATION EXPERTS

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, dated July 21, 2023, the Declaration of Owen T. Conroy, dated July 21, 2023, and its exhibits, the Declaration of April Wojtkiewicz, dated July 14, 2023, and its exhibits, and the Declaration of Scott Wunder, dated June 27, 2023, and upon all of the proceedings heretofore had herein, Defendants, by their attorney, Letitia James, Attorney General of the State of New York, will move this Court before the Honorable Cathy Seibel, United States District Judge, at the United States Courthouse, 300 Quarropas St., White Plains, New York 10601-4150, at a time and date to be set by the Court, for an order excluding the opinions and testimony of Plaintiffs' proposed class certification experts Melodie J. Peet and Dr. Robert Factor,

and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule set by the Court, Plaintiffs' response to Defendants' motion, if any, must be served on or before August 18, 2023. Defendants' reply papers, if any, will be served on or before September 8, 2023.

Dated: New York, New York
July 21, 2023

                                                    Respectfully submitted,

                                                    LETITIA JAMES
                                                    Attorney General
                                                    State of New York
                                                    *Attorney for Defendants*

                                                    By: /s/ Owen T. Conroy
                                                    Gee Won Cha
                                                    Adam Sansolo
                                                    Caroline Wallitt
                                                    Owen T. Conroy

                                                    Assistant Attorneys General
                                                    28 Liberty Street
                                                    New York, New York 10005
                                                    Tel.: (212) 416-6382
                                                    Email: Owen.Conroy@ag.ny.gov

To: All counsel of record