UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                        Plaintiffs,

-against-                         7:19-cv-00639 (CS) (AEK)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                        Defendants.
------------------------------------------------------------------- X

## DECLARATION OF OWEN T. CONROY

**OWEN T. CONROY** declares the following to be true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.     I am an Assistant Attorney General in the Office of the Attorney General of the State of New York, counsel for Defendants. I am providing this declaration in support of the Defendants' opposition to Plaintiffs' motion for class certification and motion to strike the opinions and testimony of Plaintiffs' proposed class certification experts. I am familiar with the facts set forth herein based on my personal knowledge and my review of records produced in this litigation.

2.     Attached as Defendants' Exhibit 1 is a copy of Defendants' summary chart of the last known status of each of the Named Plaintiffs.

1

3. Attached as Defendants' Exhibits 2 through 72, and Exhibit 78, are true and accurate copies of transcripts and records produced by the parties in this matter and cited in Defendants' opposition brief and motion to strike, as follows:

**Records Regarding Plaintiff WP**

4. Attached as Defendants' Exhibit 2 is a true and accurate copy of excerpts from the deposition of Plaintiff WP, held on November 10, 2022.

5. Attached as Defendants' Exhibit 3 is a true and accurate copy of a New York State Office of Mental Health ("OMH") Central New York Psychiatric Center ("CNYPC") Discharge Summary for WP, dated May 10, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers D-00010671 through D-00010674.

6. Attached as Defendants' Exhibit 4 is a true and accurate copy of an Inmate Status Report for Parole Board Appearance for WP, dated January 26, 1996, retrieved from New York State Department of Corrections and Community Supervision ("DOCCS") business records and produced by Defendants with Bates numbers D-00005888 through D-00005895.

7. Attached as Defendants' Exhibit 5 is a true and accurate copy of a New York City Department of Probation report, dated July 19, 2001, retrieved from DOCCS business records and produced by Defendants with Bates numbers D-00007457 through D-00007463.

8. Attached as Defendants' Exhibit 6 is a true and accurate copy of a letter to the New York State Division of Parole from Assistant District Attorney James Brennan, dated December 23, 2004, retrieved from DOCCS business records and produced by Defendants with Bates numbers D-00005921 through D-00005922.

9. Attached as Defendants' Exhibit 7 is a true and accurate copy of an excerpt from a housing referral report, the original of which was retrieved from OMH business records and produced

by Defendants with Bates number OMH-00011132-UNREDACTED. Given the voluminous nature of the original produced report, this exhibit only reproduces the lines of the report related to WP.

10. Attached as Defendants' Exhibit 8 is a true and accurate copy of an OMH Progress Note for WP dated May 3, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers D-00010675 through D-00010677.

11. Attached as Defendants' Exhibit 9 is a true and accurate copy of a letter from WP's Forensic Assertive Community Treatment ("FACT") team dated April 8, 2022, produced by Plaintiffs with Bates number MG-Class00038537.

12. Attached as Defendants' Exhibit 10 is a true and accurate copy of a determination for WP from the New York City Human Resources Administration dated August 28, 2019, produced by Plaintiffs with Bates numbers MG-Class00036623 through MG-Class00036650.

13. Attached as Defendants' Exhibit 11 is a true and accurate copy of excerpts of treatment notes from WP's FACT team. The full set of treatment notes was produced by the FACT team provider, CASES, to the New York State Office of the Attorney General pursuant to releases provided by WP. Because Plaintiffs' expert Dr. Factor asserted that WP's FACT team failed to provide WP with peer support services, this exhibit includes treatment notes from all of the peer specialist contacts reflected in these records. The records contain documentation of peer support contacts on the following dates:

1. 5-23-2019
2. 12-30-2019
3. 1-6-2020
4. 4-22-2020
5. 5-27-2020
6. 6-24-2020
7. 7-6-2020
8. 7-8-2020
9. 7-15-2020
10. 7-22-2020
11. 7-24-2020

3

12. 8-5-2020
13. 8-14-2020
14. 8-19-2020
15. 8-26-2020
16. 9-2-2020
17. 9-4-2020
18. 9-21-2020
19. 9-23-2020
20. 10-2-2020
21. 10-7-2020
22. 10-14-2020
23. 11-12-2020
24. 11-13-2020
25. 11-20-2020
26. 12-16-2020
27. 12-21-2020
28. 12-23-2020
29. 12-30-2020
30. 1-13-2021
31. 1-15-2021
32. 3-31-2021
33. 4-7-2021
34. 6-2-2021
35. 7-21-2021
36. 7-23-2021
37. 8-13-2021
38. 9-27-2021
39. 10-4-2021
40. 10-25-2021
41. 1-4-2022
42. 1-13-2022
43. 5-13-2022

**Records Regarding Plaintiff DH**

14.     Attached as Defendants' Exhibit 12 is a true and accurate copy of excerpts from the deposition of Plaintiff DH, held on November 17, 2022.

15.     Attached as Defendants' Exhibit 13 is a true and accurate copy of an OMH CNYPC Discharge Summary for DH, dated June 16, 2020, retrieved from OMH business records and produced by Defendants with Bates numbers D-00010660 through D-00010664.

16. Attached as Defendants' Exhibit 14 is a true and accurate copy of an OMH CNYPC Discharge Summary for DH, dated May 13, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers D-00010651 through D-00010654.

17. Attached as Defendants' Exhibit 15 is a true and accurate copy of an OMH CNYPC Discharge Summary for DH, dated December 17, 2018, retrieved from OMH business records and produced by Defendants with Bates numbers D-00684697 through D-00684703.

18. Attached as Defendants' Exhibit 16 is a true and accurate copy of an Orange County Single Point of Access application and determination for DH, produced by Plaintiffs with Bates numbers MG-Class00024980 through MG-Class00024988.

19. Attached as Defendants' Exhibit 17 is a true and accurate copy of excerpts from a DOCCS Parolee Chrono Report for DH, retrieved from DOCCS business records. The complete document was produced by Defendants with Bates numbers D-00008867 through D-00008945.

20. Attached as Defendants' Exhibit 18 is a true and accurate copy of excerpts of treatment notes for DH from the Cornerstone Treatment Facilities Network. The complete set of treatment notes was produced by Cornerstone to the New York State Office of the Attorney General pursuant to releases provided by DH. The Office of the Attorney General produced the complete set of Loeb House records to Plaintiffs.

21. Attached as Defendants' Exhibit 19 is a true and accurate copy of excerpts of treatment notes for DH from the Loeb House, the provider that operates the Lukens House mentally ill chemical abuse housing program. The full set of treatment notes was produced by Loeb House to the New York State Office of the Attorney General pursuant to releases provided by DH. The Office of the Attorney General produced the complete set of Loeb House records to Plaintiffs.

22. Attached as Defendants' Exhibit 20 is a true and accurate copy of DH's Patient Care Plan from Rehabilitation Support Services as of December 20, 2021. Rehabilitation Support Services

5

produced its full set of treatment records for DH to the New York State Office of the Attorney General pursuant to releases provided by DH. The Office of the Attorney General produced the complete set of Rehabilitation Support Services records to Plaintiffs.

23. Attached as Defendants' Exhibit 21 is a true and accurate copy of excerpts of treatment notes for DH from OMH's Newburgh Mental Health Clinic, retrieved from OMH business records. Defendants produced the complete set of treatment notes to Plaintiffs.

**Records Regarding Plaintiff SD**

24. Attached as Defendants' Exhibit 22 is a true and accurate copy of excerpts from the deposition of Plaintiff SD, held on December 5, 2022.

25. Attached as Defendants' Exhibit 23 is a true and accurate copy of an OMH CNYPC Discharge Summary for SD, dated May 14, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers D-00010665 through D-00010670.

26. Attached as Defendants' Exhibit 24 is a true and accurate copy of a New York City mental health housing application and determination for SD, produced by Plaintiffs with Bates numbers MG-Class00035482 through MG-Class00035502.

27. Attached as Defendants' Exhibit 25 is a true and accurate copy of Progress Notes for SD from the Center for Urban Community Services, produced by Plaintiffs with Bates numbers MG-Class00035441 through MG-Class00035443.

28. Attached as Defendants' Exhibit 26 is a true and accurate copy of excerpts of treatment notes from SD's FACT team. The full set of treatment notes was produced by CASES to the New York State Office of the Attorney General pursuant to releases provided by SD. The Office of the Attorney General produced the full set of SD CASES records to Plaintiffs.

29. Attached as Defendants' Exhibit 27 is a true and accurate copy of excerpts from SD's treatment records from OMH's Manhattan Psychiatric Center ("MPC"). The full set of SD's MPC

treatment records were retrieved from OMH business records and produced by Defendants to Plaintiffs.

30. Attached as Defendants' Exhibit 28 is a true and accurate copy of a felony complaint, as produced by Plaintiffs with Bates numbers MG-Class00035515.

**Records Regarding Plaintiff PC**

31. Attached as Defendants' Exhibit 29 is a true and accurate copy of an OMH CNYPC Discharge Summary for PC, dated April 27, 2020, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00072778 through OMH-00072779.

32. Attached as Defendants' Exhibit 30 is a true and accurate copy of an OMH Core History for PC, dated November 26, 2018, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00072784 through OMH-00072794.

33. Attached as Defendants' Exhibit 31 is a true and accurate copy of Single Point of Access Long Island housing application for PC, dated November 30, 2017, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00001209 through OMH-00001225.

34. Attached as Defendants' Exhibit 32 is a true and accurate copy of memorandum regarding PC from the DOCCS Chief of the Nassau Area Office to the DOCCS Regional Director for Queens and Long Island, dated December 12, 2017, retrieved from DOCCS business records and produced by Defendants with Bates number D-00072870.

35. Attached as Defendants' Exhibit 33 is a true and accurate copy of an OMH Progress Note for PC, dated July 16, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00010059 through OMH-00010061.

36. Attached as Defendants' Exhibit 34 is a true and accurate copy of an email among OMH employees regarding PC's housing screening interview, dated December 22, 2017, retrieved

from OMH business records and produced by Defendants with Bates numbers D-00654234 through D-00654240.

37. Attached as Defendants' Exhibit 35 is a true and accurate copy of an OMH Disposition document for PC, dated June 17, 2020, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00072940 through OMH-00072942.

**Records Regarding Plaintiff MG**

38. Attached as Defendants' Exhibit 36 is a true and accurate copy of an OMH CNYPC Discharge Summary for MG, dated June 14, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers D-00735101 through D-00735105.

39. Attached as Defendants' Exhibit 37 is a true and accurate copy of an Inmate Status Report for Parole Board Appearance for MG, dated February 15, 2013, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00004618 through DOCCS-00004622.

40. Attached as Defendants' Exhibit 38 is a true and accurate copy of a Parole Board Release Decision Notice for MG, dated May 29, 2019, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00004623 through DOCCS-00004624.

41. Attached as Defendants' Exhibit 39 is a true and accurate copy of a Dutchess County Single Point of Access Referral Form for MG, dated May 3, 2017, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00000630 through OMH-00000656.

42. Attached as Defendants' Exhibit 40 is a true and accurate copy of an email among DOCCS employees regarding MG, dated May 2, 2017, retrieved from DOCCS business records and produced by Defendants with Bates number DOCCS-00004818.

**Records Regarding Plaintiff CJ**

43. Attached as Defendants' Exhibit 41 is a true and accurate copy of an OMH CNYPC Discharge Summary for CJ, dated March 11, 2020, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00072600 through OMH-00072603.

44. Attached as Defendants' Exhibit 42 is a true and accurate copy of a Pre-Sentence Investigation Report for CJ, dated December 29, 2008, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00032978 through DOCCS-00032984.

45. Attached as Defendants' Exhibit 43 is a true and accurate copy of a sentencing transcript for CJ, dated April 3, 2009, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00032990 through DOCCS-00032997.

46. Attached as Defendants' Exhibit 44 is a true and accurate copy of an email and attachment regarding CJ's Residential Treatment Facility placement, dated September 22, 2017, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00023249 through DOCCS-00023251.

47. Attached as Defendants' Exhibit 45 is a true and accurate copy of an Orange County Single Point of Access Referral Form for CJ, dated February 7, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00002183 through OMH-00002198.

48. Attached as Defendants' Exhibit 46 is a true and accurate copy of an OMH Community Residence Admission Note for CJ, dated February 12, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00002122 through OMH-00002123.

49. Attached as Defendants' Exhibit 47 is a true and accurate copy of Middletown Transitional Living Residence Progress Notes for CJ, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00002217 through OMH-00002218.

50. Attached as Defendants' Exhibit 48 is a true and accurate copy of a Violation of Release Report for CJ, dated April 9, 2020, retrieved from DOCCS business records and produced by Defendants with Bates numbers D-00028952 through D-00028956.

51. Attached as Defendants' Exhibit 49 is a true and accurate copy of excerpts from the DOCCS Parolee Chrono Report for CJ, dated September 24, 2020, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00031078 through DOCCS-00031085.

**Records Regarding Plaintiff MJ**

52. Attached as Defendants' Exhibit 50 is a true and accurate copy of an Orange County Single Point of Access Referral Form for MJ, dated April 30, 2018, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00018363 through OMH-00018377.

53. Attached as Defendants' Exhibit 51 is a true and accurate copy of a DOCCS Program and Security Assessment Summary for MJ, dated June 26, 2019, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00003623 through DOCCS-00003624.

54. Attached as Defendants' Exhibit 52 is a true and accurate copy of a DOCCS RTF request for MJ, dated June 6, 2018, retrieved from DOCCS business records and produced by Defendants with Bates number DOCCS-00001061.

55. Attached as Defendants' Exhibit 53 is a true and accurate copy of a Community Residence Admission Note for MJ, dated February 19, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00002424 through OMH-00002425.

56. Attached as Defendants' Exhibit 54 is a true and accurate copy of a DOCCS Violation of Release Report for MJ, dated May 23, 2019, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00006120 through DOCCS-00006125.

57. Attached as Defendants' Exhibit 55 is a true and accurate copy of a report from Restorative Management Corp. to DOCCS regarding an incident involving MJ, dated May 16, 2019, retrieved from DOCCS business records and produced by Defendants with Bates number DOCCS-00006133.

58. Attached as Defendants' Exhibit 56 is a true and accurate copy of excerpts from Rockland Psychiatric Center inpatient progress notes for MJ, containing various dates, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00072995 through OMH-00073036.

59. Attached as Defendants' Exhibit 57 is a true and accurate copy of an excerpt from the DOCCS Parolee Chrono Report for MJ, dated January 5, 2021, retrieved from DOCCS business records and produced by Defendants with Bates number DOCCS-00032841.

**Records Regarding Plaintiff JR**

60. Attached as Defendants' Exhibit 58 is a true and accurate copy of an OMH CNYPC Discharge Summary for JR, dated March 15, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00018289 through OMH-00018292.

61. Attached as Defendants' Exhibit 59 is a true and accurate copy of excerpts from a DOCCS Guidance File for JR, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00034755 through DOCCS-00034764.

62. Attached as Defendants' Exhibit 60 is a true and accurate copy of a DOCCS memorandum regarding JR's RTF placement, dated June 4, 2018, retrieved from DOCCS business records and produced by Defendants with Bates number DOCCS-00007610.

63. Attached as Defendants' Exhibit 61 is a true and accurate copy of a DOCCS memorandum regarding JR's RTF placement, dated November 14, 2018, retrieved from DOCCS business records and produced by Defendants with Bates number DOCCS-00008376.

64. Attached as Defendants' Exhibit 62 is a true and accurate copy of an excerpt from the DOCCS Parolee Chrono Report for JR, retrieved from DOCCS business records and produced by Defendants with Bates number DOCCS-00029130.

**Records Regarding Plaintiff DR**

65. Attached as Defendants' Exhibit 63 is a true and accurate copy of an OMH CNYPC Discharge Summary for DR, dated February 11, 2018, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00014164 through OMH-00014169.

66. Attached as Defendants' Exhibit 64 is a true and accurate copy of a DOCCS Program and Security Assessment Summary for DR, retrieved from DOCCS business records and produced by Defendants with Bates number DOCCS-00006813.

67. Attached as Defendants' Exhibit 65 is a true and accurate copy of a Nassau County Police Department Arrest Report regarding an arrest of DR on June 18, 2016, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00005061 through DOCCS-00005063.

68. Attached as Defendants' Exhibit 66 is a true and accurate copy of a DOCCS Violation of Release Report for DR, dated July 13, 2016, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00005159 through DOCCS-00005162.

69. Attached as Defendants' Exhibit 67 is a true and accurate copy of a Parole Violation Decision Notice for DR, dated October 20, 2016, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00005150 through DOCCS-00005155.

70. Attached as Defendants' Exhibit 68 is a true and accurate copy of an email among DOCCS employees attaching an RTF designation for DR, dated December 22, 2017, retrieved from DOCCS business records and produced by Defendants with Bates numbers DOCCS-00005041 through DOCCS-00005043.

71. Attached as Defendants' Exhibit 69 is a true and accurate copy of an email among OMH employees attaching a Community Transitional Support Weekly Report, dated April 4, 2019, retrieved from OMH business records and produced by Defendants with Bates numbers OMH-00016360 through OMH-00016377. Content regarding confidential treatment information for OMH clients other than DR was redacted from this document.

### Records Related to Plaintiffs' Class Certification Experts

72. Attached as Defendants' Exhibit 70 is a true and accurate copy of excerpts from the deposition of Melodie Peet, held on June 13, 2023.

73. Attached as Defendants' Exhibit 71 is a true and accurate copy of excerpts from the deposition of Dr. Robert Factor, held on June 16, 2023.

74. Attached as Defendants' Exhibit 72 is a true and accurate copy of Dr. Factor's handwritten notes from his interview of Plaintiff SD. These notes were produced by Plaintiffs to Defendants at Dr. Factor's deposition, where it was marked as Factor Deposition Exhibit 12. Plaintiffs subsequently produced the version attached here, which is identical to the one provided at the deposition, except for the addition of Bates numbers FACTOR-000003 through FACTOR-000006.

### Other Records

75. Defendants' Exhibits 73 through 77 are attached to the accompanying declarations of Julie Duncan and April Wojtkiewicz.

76. Attached as Defendants' Exhibit 78 is a true and accurate copy of a report provided to OMH by the National Association of State Mental Health Program Directors Research Institute ("NRI"), and produced by Defendants with Bates numbers D-01685029 through D-01685036. NRI is a national organization that supports State mental health agencies and tracks ranked data on State mental health authority-controlled revenues and expenditures. *See* www.nri-inc.org. Exhibit 78 shows NRI's analysis of New York's comparative mental health revenues and expenditures. This exhibit was

introduced and discussed at the Peet deposition, where it was marked as Peet Deposition Exhibit 6. *See* Defendants' Ex. 70 at 167:9-172:6.

    77.    Defendants' Exhibit 79 is attached to the accompanying declaration of Marco Ricci.

Dated: July 21, 2023
New York, New York

*Owen T. Conroy*
_____
OWEN T. CONROY