# DEFENDANTS' EXHIBIT 1

MG v. Cuomo, 7:19-cv-00639 (SDNY)
Defendants' Opposition to Motion for Class Certification

**Defendants' Exhibit 1: Summary Chart of Last Known Status of Named Plaintiffs**

| Class | Plaintiff | Status | Support |
|---|---|---|---|
| Discharge | WP | Refused multiple housing placements at the interview stage and has not yet accepted a placement. Has Forensic ACT Team services. Living in a private room at a hotel converted for temporary housing. | Defts.' Opp. at 9-12 |
| Discharge | DH | Placed in a mentally ill chemical abuse treatment and housing program in Rockland County, but began using drugs in violation of house rules. Received termination notice and decided to leave the house. Recently hospitalized after smashing the windows of a state vehicle at Middletown Clinic. Recently charged with felony criminal possession, criminal mischief, and shoplifting. | Defts.' Opp. at 12-14 |
| Discharge | SD | Currently incarcerated after assaulting an elderly psychiatric patient at Manhattan Psychiatric Center. Previously was in the community a short time, where he had Forensic ACT Team services. | Defts.' Opp. at 14-16 |
| General | PC | Placed in a State-operated mental health community residence in ███████ New York. | Defts.' Opp. at 16-17 |
| General | MG | Placed in community-based mental health residence in Dutchess County operated by housing provider PEOPLE, Inc. Recently passed away. | Defts.' Opp. at 17-18 |
| General and RTF | CJ | Placed in a State-operated Transitional Living Residence, but ran away. During second release from prison, declined to seek housing through SPOA process, told his parole officers he intended to abscond from parole, and refused community mental health treatment. Currently incarcerated. | Defts.' Opp. at 19 |
| General and RTF | MJ | Placed in a State-operated Transitional Living Residence, where he kicked in a door and threatened staff. Then hospitalized at Rockland P.C., where he repeatedly assaulted vulnerable patients. Received placement in a community residence, but assaulted a nurse at a substance abuse program and was arrested, causing him to lose residential placement. Has been released from prison and is in a shelter. | Defts.' Opp. at 20 |
| General and RTF | JR | Placed in community-based mental health residence operated by housing provider PEOPLE, Inc., where he resided until September 2021. He left the residence and OMH has no record of his current location. | Defts.' Opp. at 21 |
| General and RTF | DR | Placed in a stand-alone residence in a supportive housing program run by housing provider Family Residences and Essential Enterprises. | Defts.' Opp. at 22 |