# DEFENDANTS' EXHIBIT 2

# FILED UNDER SEAL