# DEFENDANTS' EXHIBIT 4

# FILED UNDER SEAL