# DEFENDANTS' EXHIBIT 5

# FILED UNDER SEAL