# DEFENDANTS' EXHIBIT 6

# FILED UNDER SEAL