# DEFENDANTS' EXHIBIT 7

# FILED UNDER SEAL