# DEFENDANTS' EXHIBIT 8

# FILED UNDER SEAL