# DEFENDANTS' EXHIBIT 9

# FILED UNDER SEAL