# DEFENDANTS' EXHIBIT 10

# FILED UNDER SEAL