# DEFENDANTS' EXHIBIT 11

# FILED UNDER SEAL