# DEFENDANTS' EXHIBIT 12

# FILED UNDER SEAL