# DEFENDANTS' EXHIBIT 13

# FILED UNDER SEAL