# DEFENDANTS' EXHIBIT 14

# FILED UNDER SEAL