# DEFENDANTS' EXHIBIT 15

# FILED UNDER SEAL