# DEFENDANTS' EXHIBIT 16

# FILED UNDER SEAL