# DEFENDANTS' EXHIBIT 17

# FILED UNDER SEAL