# DEFENDANTS' EXHIBIT 18

# FILED UNDER SEAL