# DEFENDANTS' EXHIBIT 19

# FILED UNDER SEAL