# DEFENDANTS' EXHIBIT 20

# FILED UNDER SEAL