# DEFENDANTS' EXHIBIT 21

# FILED UNDER SEAL