# DEFENDANTS' EXHIBIT 22

# FILED UNDER SEAL