# DEFENDANTS' EXHIBIT 23

# FILED UNDER SEAL