# DEFENDANTS' EXHIBIT 24

# FILED UNDER SEAL