# DEFENDANTS' EXHIBIT 25

# FILED UNDER SEAL