# DEFENDANTS' EXHIBIT 26

# FILED UNDER SEAL