# DEFENDANTS' EXHIBIT 27

# FILED UNDER SEAL