# DEFENDANTS' EXHIBIT 28

# FILED UNDER SEAL