# DEFENDANTS' EXHIBIT 29

# FILED UNDER SEAL