# DEFENDANTS' EXHIBIT 30

# FILED UNDER SEAL