# DEFENDANTS' EXHIBIT 31

# FILED UNDER SEAL