# DEFENDANTS' EXHIBIT 32

# FILED UNDER SEAL