# DEFENDANTS' EXHIBIT 33

# FILED UNDER SEAL