# DEFENDANTS' EXHIBIT 34

# FILED UNDER SEAL