# DEFENDANTS' EXHIBIT 35

# FILED UNDER SEAL