# DEFENDANTS' EXHIBIT 36

# FILED UNDER SEAL