# DEFENDANTS' EXHIBIT 37

# FILED UNDER SEAL