# DEFENDANTS' EXHIBIT 38

# FILED UNDER SEAL