# DEFENDANTS' EXHIBIT 39

# FILED UNDER SEAL