# DEFENDANTS' EXHIBIT 40

# FILED UNDER SEAL