# DEFENDANTS' EXHIBIT 41

# FILED UNDER SEAL