# DEFENDANTS' EXHIBIT 42

# FILED UNDER SEAL