# DEFENDANTS' EXHIBIT 43

# FILED UNDER SEAL