# DEFENDANTS' EXHIBIT 44

# FILED UNDER SEAL