# DEFENDANTS' EXHIBIT 45

# FILED UNDER SEAL