# DEFENDANTS' EXHIBIT 46

# FILED UNDER SEAL