# DEFENDANTS' EXHIBIT 47

# FILED UNDER SEAL