# DEFENDANTS' EXHIBIT 48

# FILED UNDER SEAL