# DEFENDANTS' EXHIBIT 49

# FILED UNDER SEAL