# DEFENDANTS' EXHIBIT 50

# FILED UNDER SEAL