# DEFENDANTS' EXHIBIT 51

# FILED UNDER SEAL