# DEFENDANTS' EXHIBIT 52

# FILED UNDER SEAL