# DEFENDANTS' EXHIBIT 53

# FILED UNDER SEAL