# DEFENDANTS' EXHIBIT 54

# FILED UNDER SEAL