# DEFENDANTS' EXHIBIT 55

# FILED UNDER SEAL