# DEFENDANTS' EXHIBIT 56

# FILED UNDER SEAL