# DEFENDANTS' EXHIBIT 57

# FILED UNDER SEAL