# DEFENDANTS' EXHIBIT 58

# FILED UNDER SEAL