# DEFENDANTS' EXHIBIT 59

# FILED UNDER SEAL