# DEFENDANTS' EXHIBIT 60

# FILED UNDER SEAL