# DEFENDANTS' EXHIBIT 61

# FILED UNDER SEAL