# DEFENDANTS' EXHIBIT 62

# FILED UNDER SEAL