# DEFENDANTS' EXHIBIT 63

# FILED UNDER SEAL