# DEFENDANTS' EXHIBIT 64

# FILED UNDER SEAL