# DEFENDANTS' EXHIBIT 65

# FILED UNDER SEAL