# DEFENDANTS' EXHIBIT 66

# FILED UNDER SEAL