# DEFENDANTS' EXHIBIT 67

# FILED UNDER SEAL