# DEFENDANTS' EXHIBIT 68

# FILED UNDER SEAL