# DEFENDANTS' EXHIBIT 69

# FILED UNDER SEAL