# DEFENDANTS' EXHIBIT 72

# FILED UNDER SEAL