# DEFENDANTS' EXHIBIT 78

# New York
**Fiscal Year 2019 SMHA-Controlled Revenues and Expenditures**

| By Program Type | FY'19 | Rank | Per Capita | Rank | National Per Capita |
|---|---|---|---|---|---|
| State Population | 19,428,617 | 4 | | | |
| State Psychiatric Hospital-Inpatient | $1,255,200,000 | 2 | $64.61 | 4 | $35.48 |
| Community-Based MH | $5,314,700,000 | 2 | $273.55 | 5 | $109.28 |
| SMHA-Central Office/Research & Training | $296,200,000 | 1 | $15.25 | 3 | $3.09 |
| Total SMHA-Controlled | $6,866,100,000 | 2 | $353.40 | 4 | $144.92 |

| By Service Type | FY'19 | Rank | Per Capita | Rank | National Per Capita |
|---|---|---|---|---|---|
| All Inpatient Services | $3,337,400,000 | 1 | $171.78 | 1 | $45.44 |
| All Residential Services | $961,700,000 | 2 | $49.50 | 6 | $16.42 |
| All Ambulatory Services | $2,270,800,000 | 3 | $116.88 | 11 | $69.42 |
| Unknown/Unallocated Services | $0 | | $0.00 | | $10.60 |
| Forensic Mental Health Services | $385,427 | 3 | $0.02 | 13 | $0.01 |

*Note: All Ranks are based on 52 states reporting (including the District of Columbia & Puerto Rico).*



*Note: All Ranks are based on 52 states reporting (including the District of Columbia & Puerto Rico).*

NASMHPD Research Institute, Fiscal Year 2019 SMHA-Controlled Revenues and Expenditure Study    as of 4/13/2023

D-01685029

**New York SMHA-Controlled Expenditures for Mental Health, FY 1981 to FY 2019**

| | State Hospital | | | | Community | | | | Central Office | | | | Total SMHA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Expenditures | Rank | Per Capita | Rank | % of Total | Expenditures | Rank | Per Capita | Rank | % of Total | Expenditures | Rank | Per Capita | Rank | % of Total | Expenditures | Rank | Per Capita | Rank |
| 2019 | $1,255,200,000 | 2 | $64.61 | 4 | 18.3% | $5,314,700,000 | 2 | $273.55 | 5 | 77.4% | $296,200,000 | 1 | $15.25 | 3 | 4.3% | $6,866,100,000 | 2 | $353.40 | 4 |
| 2015 | $1,289,500,000 | 2 | $65.22 | 2 | 24.2% | $3,765,700,000 | 2 | $190.47 | 8 | 70.8% | $264,100,000 | 1 | $13.36 | 4 | 5.0% | $5,319,300,000 | 2 | $269.05 | 7 |
| 2014 | $1,218,000,000 | 2 | $61.76 | 2 | 23.8% | $3,680,400,000 | 2 | $186.63 | 6 | 71.9% | $222,900,000 | 1 | $11.30 | 3 | 4.4% | $5,118,300,000 | 2 | $259.55 | 6 |
| 2013 | $1,215,000,000 | 2 | $61.77 | 5 | 23.7% | $3,680,400,000 | 2 | $187.10 | 6 | 71.9% | $222,900,000 | 1 | $11.33 | 3 | 4.4% | $5,118,300,000 | 2 | $260.20 | 6 |
| 2012 | $1,296,900,000 | 2 | $66.25 | 2 | 24.6% | $3,732,300,000 | 2 | $190.65 | 6 | 70.8% | $239,200,000 | 1 | $12.22 | 3 | 4.5% | $5,268,400,000 | 2 | $269.12 | 5 |
| 2011 | $1,271,100,000 | 2 | $65.19 | 2 | 25.1% | $3,554,900,000 | 3 | $182.32 | 6 | 70.3% | $229,600,000 | 1 | $11.78 | 3 | 4.5% | $5,055,600,000 | 2 | $259.29 | 5 |
| 2010 | $1,308,100,000 | 1 | $67.51 | 2 | 26.3% | $3,424,400,000 | 2 | $176.74 | 6 | 69.0% | $232,500,000 | 1 | $12.00 | 4 | 4.7% | $4,965,000,000 | 2 | $256.25 | 5 |
| 2009 | $1,295,000,000 | 1 | $66.35 | 2 | 27.5% | $3,200,600,000 | 2 | $163.98 | 7 | 67.9% | $219,800,000 | 1 | $11.26 | 4 | 4.7% | $4,715,400,000 | 2 | $241.59 | 5 |
| 2008 | $1,207,300,000 | 1 | $62.02 | 2 | 26.9% | $3,079,200,000 | 2 | $158.19 | 7 | 68.5% | $206,100,000 | 1 | $10.59 | 4 | 4.6% | $4,492,600,000 | 2 | $230.80 | 5 |
| 2007 | $1,173,200,000 | 1 | $60.90 | 3 | 27.2% | $2,961,800,000 | 2 | $153.75 | 7 | 68.6% | $184,400,000 | 1 | $9.57 | 5 | 4.3% | $4,319,400,000 | 2 | $224.23 | 5 |
| 2006 | $1,108,100,000 | 1 | $57.52 | 3 | 27.0% | $2,827,700,000 | 2 | $146.79 | 6 | 68.8% | $171,700,000 | 1 | $8.91 | 3 | 4.2% | $4,107,500,000 | 2 | $213.23 | 4 |
| 2005 | $1,072,900,000 | 1 | $55.62 | 3 | 27.0% | $2,733,600,000 | 2 | $141.72 | 5 | 68.7% | $171,000,000 | 1 | $8.87 | 3 | 4.3% | $3,977,500,000 | 2 | $206.21 | 3 |
| 2004 | $1,056,400,000 | 1 | $55.01 | 2 | 27.5% | $2,619,200,000 | 2 | $136.40 | 5 | 68.2% | $165,300,000 | 1 | $8.61 | 5 | 4.3% | $3,840,900,000 | 2 | $200.02 | 3 |
| 2003 | $1,045,500,000 | 1 | $54.55 | 2 | 28.4% | $2,479,400,000 | 2 | $129.36 | 3 | 67.3% | $156,500,000 | 1 | $8.17 | 4 | 4.3% | $3,681,400,000 | 2 | $192.07 | 3 |
| 2002 | $1,052,800,000 | 1 | $55.02 | 3 | 29.9% | $2,327,600,000 | 2 | $121.65 | 4 | 66.0% | $146,400,000 | 1 | $7.65 | 5 | 4.2% | $3,526,800,000 | 2 | $184.32 | 2 |
| 2001 | $992,565,135 | 1 | $52.42 | 3 | 29.8% | $2,210,189,041 | 2 | $116.73 | 4 | 66.3% | $128,934,042 | 1 | $6.81 | 3 | 3.9% | $3,331,688,218 | 1 | $175.97 | 2 |
| 1997 | $944,382,320 | 1 | $52.17 | 2 | 46.3% | $987,240,100 | 2 | $54.54 | 9 | 48.4% | $106,087,044 | 1 | $5.86 | 3 | 5.2% | $2,037,709,464 | 1 | $112.57 | 3 |
| 1993 | $1,292,200,000 | 1 | $71.01 | 2 | 54.2% | $1,090,500,000 | 2 | $59.93 | 2 | 45.8% | $0 | 51 | $0.00 | NA | 0.0% | $2,382,700,000 | 1 | $130.94 | 2 |
| 1990 | $1,326,820,730 | 1 | $73.75 | 2 | 62.3% | $703,487,839 | 2 | $39.10 | 3 | 33.0% | $98,689,487 | 1 | $5.49 | 3 | 4.6% | $2,128,998,056 | 1 | $118.34 | 2 |
| 1987 | $1,213,299,996 | 1 | $68.14 | 1 | 68.9% | $469,002,236 | 2 | $26.34 | 3 | 26.6% | $79,286,185 | 1 | $4.45 | 2 | 4.5% | $1,761,588,417 | 1 | $98.93 | 2 |
| 1985 | $1,129,580,512 | 1 | $63.65 | 1 | 70.6% | $397,452,615 | 2 | $22.40 | 3 | 24.8% | $73,099,316 | 1 | $4.12 | 3 | 4.6% | $1,600,132,443 | 1 | $90.17 | 1 |
| 1983 | $908,826,000 | 1 | $51.46 | 1 | 69.6% | $339,030,562 | 2 | $19.20 | 5 | 26.0% | $58,203,000 | 1 | $3.30 | 2 | 4.5% | $1,306,059,562 | 1 | $73.96 | 1 |
| 1981 | $850,315,000 | 1 | $48.50 | 1 | 72.6% | $260,616,181 | 2 | $14.87 | 2 | 22.2% | $60,846,000 | 1 | $3.47 | 3 | 5.2% | $1,171,777,181 | 1 | $66.84 | 1 |



New York SMHA-Controlled Expenditures for Mental Health, FY 1981 to FY 2019

D-01685030

# New York

**Fiscal Year 2019 SMHA-Controlled Revenues and Expenditures**

| Change in MH Expenditures | FY'01 | FY'10 | FY'15 | FY'19 | New York FY'01 to '19 Change | FY'15 to 19 Change | US Ave. FY'01 to FY'19 | US Average FY'15 to FY'19 |
|---|---|---|---|---|---|---|---|---|
| State Psychiatric Hospital-Inpatient | $992,565,135 | $1,308,100,000 | $1,289,500,000 | $1,255,200,000 | 26% | -2.7% | 57% | 18.7% |
| Community - Based MH | $2,210,189,041 | $3,424,400,000 | $3,765,700,000 | $5,314,700,000 | 140% | 41.1% | 133% | 8.4% |
| SMHA-Central Office / Support | $128,934,042 | $232,500,000 | $264,100,000 | $296,200,000 | 130% | 12.2% | 75% | 22.8% |
| Total SMHA-Controlled | $3,331,688,218 | $4,965,000,000 | $5,319,300,000 | $6,866,100,000 | 106% | 29.1% | 108% | 22.0% |



**Change in SMHA-Controlled MH Expenditures: FY'01 to FY'19**

| | State Psychiatric Hospital-Inpatient | Community - Based MH | SMHA-Central Office / Support | Total SMHA-Controlled |
|---|---|---|---|---|
| New York FY'01 to '19 Change | 26% | 140% | 130% | 106% |
| US Ave. FY'01 to FY'19 | 57% | 133% | 75% | 108% |

| SMHA-Controlled Major Funding Sources | FY'01 | FY'10 | FY'15 | FY'19 | FY'01 to '19 | FY'15 to FY'19 | US Ave. FY'01 to '19 | US Ave. FY'15 to '19 |
|---|---|---|---|---|---|---|---|---|
| State General & Special Funds | $669,828,808 | $1,332,800,000 | $1,446,200,000 | $1,754,700,000 | 162% | 21.3% | 49.9% | 6.9% |
| - State Funds for State Hospitals | $167,818,804 | $593,900,000 | $656,900,000 | $785,100,000 | 368% | 19.5% | 92.4% | 25.5% |
| - State Funds for Community MH | $373,075,962 | $522,300,000 | $539,600,000 | $641,500,000 | 72% | 18.9% | 25.0% | -8.4% |
| Medicaid (State & Federal) | $1,886,415,298 | $2,547,900,000 | $2,651,300,000 | $3,020,000,000 | 60% | 13.9% | 174.5% | 5.8% |
| - Medicaid for State Hospitals | $1,059,184,406 | $1,096,000,000 | $1,096,700,000 | $916,800,000 | -13% | -16.4% | -9.3% | -10.5% |
| - Medicaid for Community MH | $827,230,892 | $1,437,200,000 | $1,532,200,000 | $2,103,200,000 | 154% | 37.3% | 245.0% | 7.9% |
| Community MH Block Grant | $29,600,000 | $24,200,000 | $25,500,000 | $33,200,000 | 12% | 30.2% | 54.6% | 40.2% |
| Other Federal | $253,119,784 | $372,400,000 | $403,000,000 | $644,400,000 | 155% | 59.9% | 38.2% | 8.6% |
| Other Funds | $305,215,174 | $368,000,000 | $582,400,000 | $678,600,000 | 122% | 16.5% | 202.1% | 26.5% |
| Total Revenues | $3,144,179,064 | $4,645,300,000 | $5,108,400,000 | $6,130,900,000 | 95% | 20.0% | 103.5% | 8.0% |

*Note: All Ranks are based on 52 states reporting (including the District of Columbia & Puerto Rico).*

NASMHPD Research Institute, Fiscal Year 2014 SMHA-Controlled Revenues and Expenditure Study        as of 4/13/2023

D-01685031

# New York

### Fiscal Year 2019 SMHA-Controlled Revenues and Expenditures

| SMHA Expenditures as a share of Total State Government | New York FY'01 | New York FY'15 | New York FY'19 | FY'01 to 19 Change | FY'01 SMHA as % of Total State | FY'19 SMHA as % of Total State | FY'01 SMHA % of Total State Rank | FY'19 SMHA % of Total State Rank |
|---|---|---|---|---|---|---|---|---|
| SMHA-Controlled MH | $3,331,688,218 | $5,319,300,000 | $6,866,100,000 | 106.1% | 4.18% | 4.02% | 2 | 6 |
| Total State Government Expenditures | $79,753,000,000 | $143,891,000,000 | $170,875,000,000 | 114.3% | | | | |

*Note: All Ranks are based on 52 States*

| SMHA Expenditures as a share of Total State Government | New York FY'01 | New York FY'10 | New York FY'15 | New York FY'19 | New York FY'15 to 19 Change | New York FY'01 to 19 Change | U.S. Average FY'15 to 19 Change | U.S. Average FY'01 to 19 Change |
|---|---|---|---|---|---|---|---|---|
| SMHA-Controlled MH | $3,331,688,218 | $4,965,000,000 | $5,319,300,000 | $6,866,100,000 | 29.1% | 106.1% | 22.0% | 107.5% |
| Total State Government Expenditures | $79,753,000,000 | $128,937,000,000 | $143,891,000,000 | $170,875,000,000 | 18.8% | 114.3% | 14.1% | 106.5% |
| Primary Education | $16,322,000,000 | $26,363,000,000 | $27,326,000,000 | $32,793,000,000 | 20.0% | 100.9% | 15.4% | 83.0% |
| Higher Education | $5,725,000,000 | $9,686,000,000 | $10,680,000,000 | $10,989,000,000 | 2.9% | 91.9% | 13.4% | 83.8% |
| Public Assistance | $2,648,000,000 | $3,909,000,000 | $3,771,000,000 | $4,126,000,000 | 9.4% | 55.8% | -1.4% | 11.1% |
| Medicaid | $20,203,000,000 | $37,025,000,000 | $45,668,000,000 | $60,374,000,000 | 32.2% | 198.8% | 16.2% | 202.9% |
| Corrections | $2,653,000,000 | $3,485,000,000 | $3,140,000,000 | $2,980,000,000 | -5.1% | 12.3% | 11.7% | 66.5% |
| Transportation | $4,402,000,000 | $7,883,000,000 | $9,455,000,000 | $9,852,000,000 | 4.2% | 123.8% | 15.4% | 81.9% |
| Capital | $4,460,000,000 | $7,112,000,000 | $7,547,000,000 | $12,266,000,000 | 62.5% | 175.0% | 19.8% | 74.6% |
| All Other State Government | $27,800,000,000 | $40,586,000,000 | $43,851,000,000 | $49,761,000,000 | 13.5% | 79.0% | 12.1% | 90.0% |



*Note: All Other State Government data is from the National Association of State Budget Officers, NASBO, FY2019*

NASMHPD Research Institute, Fiscal Year 2019 SMHA-State Profiles/SMHA Controlled Revenues and Expenditure Study        as of 4/13/2023

D-01685032













NASMHPD Research Institute, Fiscal Year 2019 State Mental Health Agency Revenue/Expenditure Study    as of 4/13/2023

D-01685036