UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                                  Plaintiffs,

                -against-                              7:19-cv-00639 (CS) (AEK)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                                  Defendants.
------------------------------------------------------------------- X

## DECLARATION OF APRIL WOJTKIEWICZ

**APRIL WOJTKIEWICZ** declares the following to be true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746:

    1.    I am the Director of Community Budget and Financial Management for the New York State Office of Mental Health ("OMH"). I have held this position since September 17, 2015. In this position, my duties include administration, management, and oversight of $2.3 billion in the OMH Local Assistance Budget, which supports more than 700 providers throughout New York State, and more than $6 billion in community mental health system funding.

    2.    I submit this declaration in support of the Defendants' opposition to Plaintiffs' motion for class certification. I have been asked to provide the Court with an overview of New

1

York State's current and ongoing investment in community-based mental health housing and supportive services. This declaration is based upon my personal knowledge and my review of OMH records maintained in the normal course of business.

### **New York State Investment in Mental Health Housing**

3.  There are currently approximately 48,000 units of community-based mental health housing statewide. There is always a demand for more units of mental health housing, and New York State continues to invest in developing additional units each year.

4.  Since 2014, New York State has implemented a statewide "Transformation Plan" designed to serve more New Yorkers with mental illness in home and community-based settings. Since State Fiscal Year 2014-15, OMH has invested millions of dollars in savings from inpatient bed reductions to develop and expand community-based services. An overview of the OMH Transformation Plan is available at: https://omh.ny.gov/omhweb/transformation/

5.  In recent years, New York State has developed new community mental health housing units through an ongoing interagency process called the Empire State Supportive Housing Initiative. A copy of the 2022 Empire State Supportive Housing Initiative Inter-Agency Service and Operating Funding Opportunity Request for Proposals is attached as Defendants' Exhibit 74. This document is also publicly available at: https://omh.ny.gov/omhweb/rfp/2022/esshi/esshi-round-seven-rfp.pdf. As noted in this document: "The State intends to develop a total of 20,000 units over a period of 15 years. As such, the State is issuing this Request for Proposals (RFP) to advance the goal of developing 1,400 units of supportive housing annually for persons identified as homeless with special needs, conditions, or other life challenges."

6.  OMH has spent well over half a billion dollars per year in State funds on non-crisis residential mental health programs over the last several years, as follows:

- FY 2018-2019: $716,229,533

2

- FY 2019-2020: $741,192,607
- FY 2020-2021: $769,033,368
- FY 2021-2022: $838,682,028

7.In addition to those sums, OMH has spent hundreds of thousands of additional dollars of State funds each year on outpatient treatment programs, crisis residential programs, community support, and related programs.

**Historic Billion Dollar Investment in FY 2024 State Budget**

8.In January of 2023, Governor Hochul announced a proposal for a new one billion dollar State investment to substantially expand community based mental health housing and services for New Yorkers. A true and accurate copy of the Governor's announcement is attached as Defendants' Exhibit 75. In May of 2023, the legislature passed the FY 2024 budget and Governor Hochul signed it into law. The final budget included the Governor's mental health housing and services proposal.

9.Attached as Defendants' Exhibit 76 is a true and accurate copy of the FY 2024 Executive Budget Briefing Book section on mental hygiene, and attached as Defendants' Exhibit 77 is a true and accurate copy of a May 8, 2023 press release announcing the highlights of the new billion dollar investment. The FY 2024 budget includes a significant expansion in the State's investment in mental health housing and services, including:

- $890 million in new capital to develop new residential units, plus $120 million in annual operating costs, which will establish and operate 3,500 new residential units serving those with mental illness;
- $25 million in new capital and $7.3 million annually to increase operational capacity for inpatient psychiatric treatment;
- $60 million in new capital and $121.6 million annually to expand outpatient services;
- Funding to create 42 additional Assertive Community Treatment ("ACT") teams to provide mobile, high intensity services to the most at-risk New Yorkers.

- Tens of millions of dollars in other new mental health investments, such as $28 million annually to improve post-hospital discharge connections to services through the creation of 50 new Critical Time Intervention care coordination teams, and $30 million annually to expand mental health services for school-aged children.

Dated: July 14, 2023
Albany, New York

APRIL WOJTKIEWICZ