# DEFENDANTS' EXHIBIT 76



# MENTAL HYGIENE

D-01685088

## OVERVIEW

The Mental Hygiene agencies and associated community-based programs provide services to individuals living with developmental disabilities, mental illness, and addictions. These agencies include the Office for People With Developmental Disabilities (OPWDD), the Office of Mental Health (OMH), the Office of Addiction Services And Supports (OASAS), the Developmental Disabilities Planning Council (DDPC), and the Justice Center for the Protection of People with Special Needs (Justice Center). The Mental Hygiene agencies support services for more than 1 million individuals, including approximately 900,000 people with mental illness, 731,000 individuals in substance use disorder or problem gambling programs, and nearly 131,000 people with developmental disabilities.

## CARING FOR NEW YORK'S VULNERABLE CITIZENS

The State's Mental Hygiene system provides or oversees care and services for individuals in State-operated and voluntary-operated programs that help individuals live in the most integrated setting possible and lead full and productive lives. These services include prevention, harm reduction, residential, outpatient, clinic, habilitative, treatment and recovery programs, and institutional and research facilities.

The Executive Budget reflects the Governor's priority to fundamentally improve the quality of care, services, and protection of vulnerable individuals. Proposed actions for the Mental Hygiene agencies include investments across the continuum of care for mental health, targeted efforts to combat the opioid crisis, continued support for community-based services -including residential programs, and a 2.5 percent Cost of Living Adjustment for voluntary operated providers. Other proposals reflect ongoing efforts by these agencies to safely respond to the needs of vulnerable populations during the pandemic. The Executive Budget proposals result in Mental Hygiene system spending of $10.5 billion in FY 2024, reflecting annual spending growth of $709 million (7.2 percent).

| Summary of All Funds Mental Hygiene State Spending | | | | |
|---|---|---|---|---|
| CATEGORY | FY 2023 *(MILLIONS OF DOLLARS)* | FY 2024 *(MILLIONS OF DOLLARS)* | DOLLAR CHANGE *(MILLIONS OF DOLLARS)* | PERCENT CHANGE *(%)* |
| OPWDD | 4,774.03 | 4,791.65 | 17.62 | 0.4 |
| OMH | 3,970.20 | 4,650.41 | 680.21 | 17.1 |
| OASAS | 1,020.65 | 1,031.82 | 11.18 | 1.1 |
| Justice Center | 48.68 | 48.76 | 0.08 | 0.2 |
| DDPC | 4.20 | 4.20 | 0.00 | 0 |
| **SUBTOTAL** | **9,817.75** | **10,526.84** | **709.09** | **7.2** |
| Adjustments - OPWDD | (460.13) | 513.90 | 974.03 | N/A |
| **TOTAL** | **9,357.62** | **11,040.74** | **1,683.12** | **18** |

*OPWDD Adjustments reflect OPWDD-related local share expenses that will be funded outside of the DOH Global Cap through use of additional Financial Plan resources. This shift has no impact on OPWDD service delivery or operations.

## PROPOSED FY 2024 BUDGET ACTIONS

The Executive Budget continues to support agencies' responses to the pandemic, combat the opioid epidemic through harm reduction and innovations in treatment and recovery programs, and fund initiatives to ensure access to care and supportive services. The Executive Budget expands community-based care and continues investments in the direct care workforce to ensure that individuals receiving mental hygiene services are in the most integrated, appropriate, and cost-effective setting possible.

## SUPPORTING PEOPLE WITH DEVELOPMENTAL DISABILITIES AND THEIR FAMILIES

Governor Hochul's commitment to improving the overall quality, availability, and cost-effectiveness of community-based, person-centered services for individuals with developmental disabilities is demonstrated by targeted investments in OPWDD to address critical needs and support important policy reforms.

The Executive Budget honors the State's pledge to support individuals with developmental disabilities in the most appropriate community-based settings. Specifically, the Executive Budget will:

**Establish a Statewide Ombudsman Program.** The Executive Budget includes $2 million to establish an ombudsman program, which will provide client advocate services for individuals eligible for OPWDD services. The program will provide an independent advocate for individuals who are not able to speak for themselves and provide training and support to those who can make their own decisions to help them achieve greater independence. This program will be available across the entire OPWDD service system.

**Expand Intensive Treatment Opportunity (ITO) Capacity.** The Executive Budget includes $11.7 million in capital funding to develop additional ITO units at the former Finger Lakes Developmental Center campus. Once operational, these units will have the capacity to serve 39 individuals who require this level of support. ITOs are inpatient treatment settings that are certified as Intermediate Care Facilities (ICFs).

Currently, there are ITO units operated at Sunmount in Tupper Lake and Valley Ridge in Norwich.

**Conduct an Independent Study on the Institute for Basic Research in Developmental Disabilities (IBR).** The Executive Budget includes funding for a two-year independent study focused on how IBR's functions align with OPWDD's strategic goals and the feasibility of revitalizing the facility.

**Continue Investments in New Service Opportunities.** The Executive Budget continues to invest State resources to support OPWDD priority program reforms that ensure individuals receive the support they need. This includes individuals who are entering the system for the first time and seeking access to services, and individuals already receiving services, but whose needs have changed.

**Commit an Additional $15 Million to Develop Housing.** The FY 2024 Executive Budget continues to expand independent living opportunities for individuals with intellectual and developmental disabilities. Since FY 2016, the State has invested $110 million in capital resources to develop safe and accessible residential opportunities, and the Executive Budget raises this investment to a total of $125 million. These funds are distinct from, and in addition to, resources that are available from the five-year, $25 billion affordable and supportive housing plan, which is also helping support the development of residential opportunities for people with intellectual and developmental disabilities.

**Evaluate an OPWDD Transition to Managed Care.** The State continues to assess the potential effectiveness and sustainability of the proposed delivery system to ensure individuals continue receiving appropriate services in the most cost-effective manner. The State is evaluating how managed care could assist OPWDD in improving services and supports for people with intellectual and developmental disabilities. Work is being done to analyze existing research, data and implementation trends, and stakeholder feedback to assess whether other service delivery models, including managed care, should be pursued to advance the stated goals and objectives of the OPWDD Strategic Plan.

**Provide Flexibilities for Delegated Nursing Tasks.** The Executive Budget includes legislation that would allow greater flexibility for the performance of certain nursing tasks by unlicensed employees of providers certified by OPWDD in non-certified community-based settings. This would allow more individuals to remain in or transition to more independent settings, decreasing the reliance on certified residential settings.

## PROMOTING MENTAL HEALTH

The Executive Budget demonstrates Governor Hochul's commitment to enhancing and expanding access to mental health services to ensure people receive the support they need in the most appropriate and effective setting. OMH has continued to strengthen its service offerings in recent years by expanding supported housing units throughout the State, providing additional peer support services, and developing new services such as mobile crisis teams. Since FY 2015, the expansion in community-based services has resulted in more than 125,000 previously unserved individuals receiving services. The Budget advances efforts that improve quality and expand capacity of services in the community. Specifically, the Budget will:

**Expand Residential Programs.** Governor Hochul is investing $890 million in capital to build 2,150 new residential beds for people with mental illness who need varying levels of supports. This includes 500 new Community Residence – Single Room Occupancy (CR-SRO) beds, 900 Transitional Step-Down Beds, and 750 permanent Supportive Housing beds. The Governor's plan also calls for 600 licensed Apartment Treatment beds and 750 scattered site Supportive Housing beds, for a total of 3,500 new units throughout the State. In addition, the Budget also provides $25 million in capital resources to develop 60 community step-down units designed to serve formerly unhoused individuals who are transitioning from inpatient care.


*State landmarks illuminated to raise awareness for suicide prevention month*

**Expand Outpatient Services.** The Executive Budget supports the Governor's proposal to significantly expand outpatient mental health services throughout the State by funding 12 new Comprehensive Psychiatric Emergency Programs, including $60 million in capital; 42 new Assertive Community Treatment teams; eight new Safe Options Support teams, to expand the Critical Time Intervention (CTI) initiative started in 2022; 42 new Health Home Plus Care Managers; and start-up funding and operating costs for expanded clinic capacity at 20 sites.

**Expand Inpatient Bed Capacity.** The FY 2024 Executive Budget includes funding for the opening of 1,000 inpatient psychiatric beds which is part of a multi-year plan to increase operational capacity at mental health facilities. These beds will help to meet the increased need for mental health services across the State. Added beds include 850 currently offline, inpatient psychiatric beds at public hospitals licensed under Article 28; and 150 new State-operated inpatient psychiatric beds.

**Support the Development of the 988 Crisis Hotline.** Building on an initial investment of $35 million in FY 2023, the Executive Budget provides $60 million in FY 2024, to fund the expanded crisis center network to support people contacting the 988 Crisis Hotline in New York State through call, chat, and text.

These centers will connect individuals to a variety of community-based crisis intervention programs including mobile crisis services, crisis stabilization centers, crisis residences, and other community-based supports.

**Strengthen Suicide Prevention and Emotional Supports.** The Executive Budget will enhance mental health and suicide prevention programs available for individuals and families. This includes an investment of $10 million in grants to suicide prevention programs targeting high-risk youth and $400,000 to fund FarmNet, which works with Cornell University to support farmers and their family members.

**Increase Support for Existing Residential Programs.** The FY 2023 Enacted Budget made a two-year commitment of an additional $104 million – $65 million in FY 2023 and another $39 million in FY 2024 – for existing community-based residential programs and included legislation to extend property pass-through provisions to include OMH's supported housing. This continued investment helps preserve access to housing, a critical component of recovery.

**Enhance Children's Mental Health Programs.** The Executive Budget will expand mental health services for children and families by investing an additional $12 million in the HealthySteps program and Home-Based Crisis Intervention (HBCI) teams, $5 million for High Fidelity wrap around supports, and $10 million to develop school-based clinics, building on the Governor's State of the State initiative from 2022.

**Expand INSET Program.** The Executive Budget includes $2.8 million to expand the Intensive and Sustained Engagement Treatment (INSET) program. Funding supports the creation of three new teams which will offer peer-based outreach and engagement for adults with serious mental illness. INSET helps to support recovery, reduce emergency room visits and hospitalizations, and ensures the appropriate utilization of Assisted Outpatient Treatment (AOT) orders, where possible.

**Enhance Eating Disorder Program**. The Executive Budget includes $3.1 million to bolster treatment of individuals with eating disorders. Investments will support three existing Comprehensive Care Center for Eating Disorders (CCCED) and OMH will pursue Medicaid coverage for licensed residential eating disorder programs.

**Individual Placement and Supports (IPS).** The Executive Budget includes an investment of $3.3 million for the implementation of the Individual Placement and Support (IPS) program, which is an evidence-based model of supported employment for adults with mental illness and behavioral health issues.

**Create a Qualified Mental Health Associate Title.** The establishment of this title will provide a career ladder and additional training for paraprofessionals to provide services more independently and improve the quality and access to care in OMH funded and licensed settings.

## ADDRESSING ADDICTION AND THE OPIOID CRISIS

Under Governor Hochul's leadership, OASAS is taking significant steps to address the opioid crisis by improving access to addiction treatment services, removing barriers to treatment, developing new and innovative treatment models, and incorporating life-saving harm reduction principles throughout New York State's network of community-based addiction treatment providers.

The Executive Budget continues the historic investments made in FY 2023, which included significant increases in operating and capital support for addiction prevention, treatment, harm reduction, and recovery programs which serve people with addiction throughout the State, their families, and their communities.

The Executive Budget sustains New York State's commitment to critical initiatives, including:

**Strengthen Supportive Housing Programs.** The Executive Budget includes $6.5 million to maintain over 1,500 OASAS residential recovery units. This investment will fully fund current rental and supportive services costs for existing units.

**Address the Opioid Epidemic Using a Public Health Approach.** OASAS will continue to oversee one of the nation's largest substance use disorder systems of care with approximately 1,700 prevention, treatment, harm reduction and recovery programs serving over 731,000 individuals per year. As the State's opioid treatment authority, OASAS will continue to coordinate State-federal relations in addiction services and implement a statewide harm reduction strategy, in collaboration with the Department of Health (DOH), which is designed to meet people where they are and prevent overdoses. At Governor Hochul's direction, OASAS established a new Division of Harm Reduction to coordinate the implementation of low-threshold, patient-centered approaches in communities around the State.

**Community Health Access to Addiction and Mental Healthcare Project (CHAMP) Ombudsman Program.** CHAMP is the New York State independent health insurance ombudsman program for substance use disorder and mental health care that, through a joint program with OASAS and OMH, partners with community-based organizations to educate and assist New Yorkers in maximizing insurance coverage for substance use and mental health. The Executive Budget continues funding for CHAMP to be available statewide, and increases funding for OASAS and OMH parity enforcement activities by $3.5 million.

**Opioid Settlement Fund Investments.** Since 2021, the State of New York has reached settlement agreements with several of the pharmaceutical companies responsible for the opioid epidemic which are expected to provide more than $2 billion to the State and to municipal governments through 2040. Through the end of FY 2024, over $320 million in payments related to those settlement agreements will be deposited in the State's Opioid Settlement Fund, which will be used to support addiction services throughout the State. OASAS is working with other State agencies including DOH and OMH to implement a range of initiatives to address the opioid crisis guided by recommendations issued by the Opioid Settlement Fund Advisory Board, in a manner consistent with the terms of the opioid settlement agreements. Board members issued their first recommendations on November 1, 2022, identifying the expansion of harm reduction services, treatment, and investments across the service continuum as top priorities.

**Opioid Stewardship Investments.** The FY 2023 Enacted Budget appropriated $200 million to invest monies owed to the State retroactive to 2017 and 2018, after the Opioid Stewardship Act was upheld by the U.S. Supreme Court. The Executive Budget reappropriates these funds to support a variety of initiatives overseen by both OASAS and DOH. During FY 2024, OASAS will utilize Opioid Stewardship Funds to pursue a number of harm reduction initiatives, including equipping street outreach teams with cutting-edge equipment which will allow individuals to test their drugs for fentanyl, a grant program to establish 15 community-based harm reduction programs throughout the State, and the development of a training program designed to help police departments, jails, and other elements of the criminal justice system implement harm reduction strategies designed to save lives.

## PROTECTING VULNERABLE PEOPLE

To protect the health and safety of vulnerable people under the State's care or oversight, the Justice Center has primary responsibility for receiving, investigating and/or reviewing abuse and neglect allegations at certain facilities and programs that are operated, certified, or licensed by the following six agencies: OMH, OPWDD, OASAS, DOH, OCFS, and the SED. The Justice Center is responsible for ensuring the safety and well-being of the approximately one million adults and children who, due to physical or intellectual disabilities, or the need for services or placement, are receiving care from one of the approximately 3,500 facilities or service providers overseen by the six State agencies. The FY 2024 Executive Budget continues to support investments made in IT, which has helped to streamline their processes. The ability to investigate incidents in a timely fashion improves the care and safety of all those in their purview.

## MULTI-AGENCY BUDGET ACTIONS

**Cost Of Living Adjustment (COLA).** The Executive Budget includes a 2.5 percent COLA to human services providers in FY 2024. The COLA applies to voluntary operated providers of services for OPWDD, OMH, OASAS, Office of Children and Family Services (OCFS), Office of Temporary and Disability Assistance (OTDA), and the State Office for the Aging (SOFA). For the Mental Hygiene agencies, this amounts to $188.6 million ($314.1 million including federal matching funds) for OPWDD, OMH, and OASAS voluntary operated programs, and will provide fiscal relief to providers, enabling them to offer more competitive wages to their staff to address workforce recruitment and retention issues and better support the individuals they serve.

**Minimum Wage.** The Executive Budget leverages an additional $38 million in State funds to support minimum wage increases, including indexing minimum wage to inflation, for staff at programs licensed, certified, or otherwise authorized by OPWDD, OMH, and OASAS.

**Interagency Coordinating Council for Services to Persons who are Deaf, Deafblind, or Hard of Hearing.** The FY 2024 Budget includes $250,000 to restore the Interagency Coordinating Council for Services to Persons who are Deaf, Deafblind, or Hard of Hearing, within the Office of the Chief Disability Officer (CDO). The CDO will help coordinate council operations, engage with stakeholders across the State, gather data, and formulate policies to serve the community.

**Certified Community Behavioral Health Clinic (CCBHC) Expansion.** CCBHCs are an effective model for delivering integrated physical and behavioral healthcare for people with mental illness and/or substance use disorder and are an important part of the Governor's plan to ensure access to care. The Budget will establish joint licensure by OMH and OASAS for these programs, and create an Indigent Care Program to protect providers from uncompensated care. The Budget also includes resources to create 26 new Certified Community Behavioral Health Clinics (CCBHCs), tripling capacity to 39 programs statewide.

**Commercial and Medicaid Coverage Expansion.** Legislation will require New York State-regulated insurers to cover and reimburse for behavioral health services, including medications for substance use disorder and telehealth payments for behavioral health and developmental disability services.