UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                  Plaintiffs,

        -against-                            7:19-cv-00639 (CS) (AEK)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                  Defendants.
------------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

**OWEN T. CONROY** declares the following to be true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am an Assistant Attorney General in the Office of the Attorney General of the State of New York, counsel for Defendants. I hereby certify that on July 21, 2023, the following documents were served on Plaintiffs' counsel of record by sending an email with a password-protected link to the OAG Secure Cloud website, on which electronic copies of the documents were made available.

- Defendants' Opposition to Plaintiffs' Motion for Class Certification

- Defendants' Notice of Motion to Exclude the Opinions and Testimony of Plaintiffs' Class Certification Experts

1

- Memorandum of Law in Support of Defendants' Motion to Exclude the Opinions and Testimony of Plaintiffs' Class Certification Experts

- Declaration of AAG Owen T. Conroy and Defendants' Exhibits 1 through 72 and 78, attached thereto

- Declaration of Julie Duncan, OMH Director of Housing Development and Support and Defendants' Exhibit 73 attached thereto

- Declaration of April Wojtkiewicz, OMH Director of Community Budget and Financial Management and Defendants' Exhibits 74 through 77 attached thereto

- Supplemental Declaration of Wendy Vogel, OMH Director of Pre-Release Services and Community Re-Entry for Central New York Psychiatric Center

- Declaration of Scott Wunder, OMH Social Worker

- Declaration of Marco Ricci, DOCCS Deputy Commissioner for Parole Operations and Reentry Services and Defendants' Exhibit 79 attached thereto

Dated: July 21, 2023
New York, New York

*Owen T. Conroy*
OWEN T. CONROY