UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                                   Plaintiffs,

           -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                                  Defendants.

7:19-cv-0639 (CS) (AEK)

------------------------------------------------------------------- x

## SUPPLEMENTAL DECLARATION OF CRYSTAL PARKER

I, Crystal Parker, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, do hereby state and declare the following to be true and correct:

      1.      I am a partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), and I am among counsel for Plaintiffs in the above-referenced action.

      2.      I submit this supplemental declaration in support of Plaintiffs' Reply Memorandum of Law in Support of Their Motion for Class Certification and Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Plaintiffs' Class Certification Experts. This declaration is based on my personal knowledge.

**EXHIBITS**

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 97:     Transcript of Expert Deposition of Melodie Peet (June 13, 2023).

Exhibit 98:     Transcript of Expert Deposition of Robert Factor (June 16, 2023).

Exhibit 99:     Transcript of Deposition of W.P. (November 10, 2022).

Exhibit 100:    DOCCS "Supervising the Mentally Ill in New York State" Mental Health Community Reintegration Program Presentation (June 7, 2021) (D-00001183).

Exhibit 101:    OMH Housing Referral Report (July 5, 2019) (D-00125430).

Exhibit 102:    OMH Housing Referral Report (July 5, 2019) (OMH-00011132-UNREDACTED).

Exhibit 103:    OMH Priority List Report (December 9, 2021) (D-00067358).

Exhibit 104:    Parolee Lookup for DH2 (last accessed Aug. 4, 2023).

Exhibit 105:    Excerpt of Office of the Chief Disabilty Officer, The Most Integrated Setting Coordinating Council (MISCC), available at https://www.ny.gov/office-chief-disability-officer/most-integrated-setting-coordinating-council-miscc.

Exhibit 106:    DOCCS Priority Release List Report (January 11, 2022) (D-00066850).

Exhibit 107:    DOCCS Priority Release List Report (December 24, 2021) (D-00066843).

Exhibit 108:    Email chain from W. Vogel to K. Rohs et al. (December 10, 2021) (D-01184429).

Exhibit 109:    Email chain from K. Rohs to W. Vogel (December 12, 2021) (D-01059605).

Exhibit 110:    OMH Priority Release List Report (December 22, 2021) (D-00067401).

Exhibit 111:    DOCCS Priority Releases for Individuals Held Past Release Date Report (January 11, 2022) (D-00087921).

Exhibit 112:    DOCCS Priority Releases for Individuals Held Past Release Date Report (January 11, 2022) (D-00088762).

Exhibit 113:    DOCCS Priority Releases for Individuals Held Past Release Date Report (December 24, 2021) (D-00088764).

Exhibit 114:    DOCCS Priority Releases for Individuals Held Past Release Date Report (December 24, 2021) (D-00103486).

Exhibit 115:   DOCCS Priority Releases for Individuals Held Past Release Date Report (January 11, 2022) (D-00103753).

Exhibit 116:   OMH Priority Release List Report (December 29, 2021) (D-00067396).

Exhibit 117:   OMH Housing Referral Report (December 22, 2021) (D-00067008).

Exhibit 118:   New York Office of Mental Health: Housing and the Public Mental Health (October 2022).

Exhibit 119:   2021 Annual Report Pursuant to Mental Hygiene Law Section 33.07(i): The Use of Federal Benefits Received by Directors of Office of Mental Health Facilities as Representative Payee.

Exhibit 120:   Letter to Residents of Howard Johnson Emergency Hotel (April 11, 2023) (MF-Class00039636).

Exhibit 121:   Excerpt from Encounter Notes for D.H. (P-MEDICAL-0008265 at P-MEDICAL-0008512).

Exhibit 122:   Excerpt of Progress Note for D.H. (D-00009001 at D-0009423).

Exhibit 123:   Letter from L. Luguri re Expectations regarding Medication Grant Program, last updated November 21, 2019 (MGP) (D-00000843).

Exhibit 124:   Excerpt of Progress Note for W.P. (D-00010355 at D-00010557).

Exhibit 125:   D. Hall, et al., "Predictors of General and Violent Recidivism Among SMI Prisoners Returning to Communities in New York State," 40 J. Am. Acad. Psychiatry Law, 221–231 (2012) (MG-Class0036188).

Exhibit 126:   OMH Housing Referral Report (September 6, 2022) (D-00067271).

Exhibit 127:   OMH Care Coordination Report (September 6, 2022) (D-00067264).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 18, 2023
               New York, New York

                                              */s/ Crystal Parker*
                                              Crystal Parker