# EXHIBIT 99

## CONFIDENTIAL – FILED UNDER SEAL