# EXHIBIT 100

## CONFIDENTIAL – FILED UNDER SEAL