# EXHIBIT 101

## CONFIDENTIAL – FILED UNDER SEAL