# EXHIBIT 102

## CONFIDENTIAL – FILED UNDER SEAL