# EXHIBIT 103

## CONFIDENTIAL – FILED UNDER SEAL