# EXHIBIT 104

## CONFIDENTIAL – FILED UNDER SEAL