# EXHIBIT 105

**‹ Office of the Chief Disability Officer**

# The Most Integrated Setting Coordinating Council (MISCC)

Share 

## Overview



American Sign Language version of the Most Integrated Setting Coordinating Council (MISCC) webpage.

**Background**

In its 1999 Olmstead v. L.C. decision, the U.S. Supreme Court ruled that States, in accordance with the Americans with Disabilities Act (ADA), have an obligation to provide services to individuals with disabilities in the most integrated setting appropriate to their needs.

New York State developed a comprehensive Olmstead Implementation Plan in 2013 that addressed four primary domains: housing, employment, transportation, and community engagement. New York's Olmstead Implementation Plan affirmed the State's position as a national leader related to the rights of individuals with disabilities. The oversight body for New York's work in this arena is the Most Integrated Setting Coordinating Council.

**Most Integrated Setting Coordinating Council**

The Most Integrated Setting Coordinating Council (MISCC) was established by Chapter 551 of the Laws of 2002. The MISCC is responsible for ensuring that New Yorkers of all ages with physical, intellectual, developmental, and mental health disabilities receive care and services in the most integrated settings appropriate to their individual needs.

New York State's first ever Chief Disability Officer, Kim Hill, now leads the MISCC. Kim Hill has made serving individuals with disabilities in the most integrated setting a top priority throughout her career.

The Council is a cross-systems partnership consisting of representatives from multiple state agencies and nine appointed public representatives. The NYS Agency Council Members include the Office of Mental Health, the Office for People With Developmental Disabilities, the Department of Health, the Office for the Aging, the Education Department inclusive of the Adult Continuing Education Services – Vocational Rehabilitation, the Office of Alcohol and Substance Abuse Services, the Division of Housing and Community Renewal, the Department of Transportation, the Office of Children and Family Services inclusive of the Commission for the Blind, the Office of Temporary and Disability Assistance, and the Justice Center for the Protection of People with Special Needs.

Together, these agencies, in partnership and collaboration with public advocates and community based partners, are working hard to ensure that all New Yorkers with disabilities are afforded the opportunity to live lives of inclusion where people live, work, travel, and engage in their community. Kim Hill and the MISCC have set updating the State's 2013 Olmstead Plan as a focus of their work.

# Meetings

**Upcoming MISCC Meetings:**

**June 27, 2023: 1:00 - 3:00pm**
Empire State Plaza, Meeting Room 6
Meeting Agenda
Register Here

**September 6, 2023: 1:00 - 3:00pm**
Empire State Plaza, Meeting Room 6

**December 12, 2023: 1:00 - 3:00pm**
Empire State Plaza, Meeting Room 6

**Past MISCC Meetings:**

**December 1, 2022: 1:00 - 3:00pm**
View Recording You must register before viewing the meeting.
Meeting Agenda

**March 23, 2022: 1:00 - 3:00pm**
View Recording You must register before viewing the meeting.
Meeting Agenda

**September 29, 2021: 1:00 - 3:00pm**
View Recording You must register before viewing the meeting.

[Meeting Agenda](#)

### June 30, 2021: 1:00 - 3:00pm
[View Recording](#) You must register before viewing the meeting.

### March 24, 2021: 1:00 - 3:00pm
[View Recording](#) You must register before viewing the meeting.
[Meeting Agenda](#)

### December 9, 2020: 1:00pm - 3:00pm
[View Recording](#) You must register before viewing the meeting.
[Meeting Agenda](#)

### September 23, 2020: 1:00pm - 3:00pm
[View Recording](#) You must register before viewing the meeting.
[Meeting Agenda](#)

### June 29, 2020: 10:00am - 12:00pm
[View Recording](#) You must register before viewing the meeting.
[Meeting Agenda](#)

### September 5, 2018: 1 p.m. - 3 p.m. - CANCELED
Empire State Plaza, Meeting Room 6

### December 6, 2018: 1 p.m. - 3 p.m.
Empire State Plaza, Meeting Room 6

### June 13, 2018: 1 p.m.-3 p.m.
Empire State Plaza, Meeting Room 6

[View Recording](#) You must register before viewing the meeting.

[Meeting Agenda](#)

**April 16, 2018: 1 p.m.-3 p.m.**

Empire State Plaza, Meeting Room 6

[Meeting Agenda](#)

**November 15, 2017: 1 p.m.-3 p.m.**

Empire State Plaza, Meeting Room 6

[View Recording](#) You must register before viewing the meeting.

[Meeting Agenda](#)

**September 7, 2017 - *CANCELED***

1 PM - 3 PM

Empire State Plaza, Meeting Room 6

**May 11, 2017: 1 PM - 3 PM**

Empire State Plaza, Meeting Rooms 2-4

- [Meeting Agenda](#)

- Presentation: [Study to Design a Mobility Management Program in New York State](#)

- Presentation: Employment First Updates: [State Employment and Business Outreach Toolkit](#)

- [View Recording](#) You must register before viewing the meeting.

**February 9, 2017 - *CANCELED DUE TO WEATHER***

Empire State Plaza

- [Meeting agenda](#): *Due to the snow on February 9, the meeting of the Most Integrated Setting Coordinating Council (MISCC) was canceled. The meeting was to include a presentation regarding the Mobility Management Study conducted by the Public

Consulting Group, which was issued to the legislature and Governor's Office on February 8. While we hope to reschedule the PCG presentation, we invite comment on the study which is posted below.

- Study to Design a Mobility Management Program – Final Recommendation Report
- Study to Design a Mobility Management Program – Gap Analysis
- Study to Design a Mobility Management Program - Best Practices Research

# Documents

The 2010-12 MISCC Plan identifies baseline data and creates measureable agency specific housing, employment, transportation and long term care goals that will assist New Yorkers with disabilities to avoid institutionalization and live in the most integrated settings.

**THE MISCC PLAN**

**Additional Documents**

MISCC Bylaws

The Olmstead v. L.C. Decision

Executive Order 84: Establishing the Olmstead Plan Development and Implementation Cabinet

# Success Stories

With the implementation of the Olmstead plan, New York has become a leader in transitioning people out of institutional settings. Their individual stories provide insight into how the Olmstead decision and New York's Olmstead plan implementation have positively affected their lives:

**Kevin R.** moved from a developmental center to a community residence in August of 2013. Kevin now works as a custodian while he learns to effectively manage his money. While living in a home, he has the responsibilities that accompany it: keeping the house clean, doing laundry, learning to cook; all being mastered with an eye towards further independence. His mother, who he contacts once a week, says she has also noticed a change with his openness during conversations. Kevin has always been a quiet person who used to spend most of his time in his room. Today, he is more confident, outgoing, and self-directed.

**Mark T.** resided in Monroe Developmental Center for many years. While there, he had a difficult time staying healthy; he was not motivated to exercise or eat right despite several attempts to address his health and weight issues. After making progress at the center, he moved to a community residence where a new Mark emerged. Today, he prepares a salad every day to for lunch. He follows his own diet, walks, and maintains great health. Mark says living in the community "makes me feel really good, really happy. There is no fence and I'm not closed in. It is wide open and just trees. The people in my group home are like my family and I do things with them like a family, like go shopping, go for walks, and go to movies."

**Jeremy D.** has made a strong transition from institutional to community living. He budgets his own money, is eager to further his vocational experience, and someday would like a job in the community where he can apply his yard work skills. Jeremy has also been able to pursue his passion for auto mechanics since his community transition and has strengthened his relationship with his father who introduced him to the world of engine-building.

# Contact

Contact MISCC at accessibility@exec.ny.gov with feedback, questions or concerns.

# ASL Version

ASL version of the Most Integrated Setting Coordinating Council (MISCC) webpage.

https://www.youtube.com/embed/CRz2DSqaFvk

---

 **Translation Services**

This page is available in other languages

7/30/23, 7:50 PM

Case 7:19-cv-00639-CS-AEK  The Most Integrated Setting Coordinating Council (MISCC)  Document 305-9   Filed 09/08/23   Page 10 of 10

**Translate**