# EXHIBIT 106

## CONFIDENTIAL – FILED UNDER SEAL