# EXHIBIT 107

## CONFIDENTIAL – FILED UNDER SEAL