# EXHIBIT 108

## CONFIDENTIAL – FILED UNDER SEAL