# EXHIBIT 109

## CONFIDENTIAL – FILED UNDER SEAL