# EXHIBIT 110

## CONFIDENTIAL – FILED UNDER SEAL