# EXHIBIT 111

## CONFIDENTIAL – FILED UNDER SEAL