# EXHIBIT 112

## CONFIDENTIAL – FILED UNDER SEAL