# EXHIBIT 113

## CONFIDENTIAL – FILED UNDER SEAL