# EXHIBIT 114

## CONFIDENTIAL – FILED UNDER SEAL