# EXHIBIT 115

## CONFIDENTIAL – FILED UNDER SEAL