# EXHIBIT 116

## CONFIDENTIAL – FILED UNDER SEAL