# EXHIBIT 117

## CONFIDENTIAL – FILED UNDER SEAL