# EXHIBIT 120

## CONFIDENTIAL – FILED UNDER SEAL