# EXHIBIT 121

## CONFIDENTIAL – FILED UNDER SEAL