# EXHIBIT 122

## CONFIDENTIAL – FILED UNDER SEAL