# EXHIBIT 123

<span style="color:red">
**UPDATES IN RED BY WENDY VOGEL ON 2/15/19**
**NYC UPDATE as of 7/3/19**
**Clinton County update: 11/1/2019**
**Dutchess county update: 11/21/19**
</span>

**From:** Luguri, Leta B (OMH)
**Sent:** Wednesday, November 21, 2018 10:56 AM

Good morning everyone,
	I am writing to remind you of the expectations regarding the **Medication Grant Program (MGP)** when discharge planning for our patients. **You should be completing a MGP application for all patients releasing on medication except those who decline this specific service or those who are releasing to counties who do not participate in MGP.** The list of counties who do not participate include; Allegany, Chenango, Delaware, Essex, Genesee, Greene, Jefferson, Livingston, Niagara, Onondaga, Orleans, <span style="color:red">Orange</span>, Oswego, Otsego, Schoharie, Schuyler, Seneca, Steuben, and Ulster.

The process for completing a MGP application is as follows;
1) Complete MGP Enrollment Application form along with the MGP Transmittal/Authorization form
2) Submit both to Magellan by faxing to the number on the Enrollment Application (1-877-209-6021)
3) File originals in the Correspondence Section of the patient's chart
4) Magellan will send a fax back with the effective date and the patient's assigned MGP #
5) File copy of returned/stamped enrollment form in the Correspondence Section of the patient's chart
6) Send via <span style="color:red">fax</span> to the county contact; A copy of the returned/stamped enrollment form, a copy of completed ROI for Medicaid/MGP, and a copy of completed CPRI form
7) Write the assigned MGP # and enrollment date on the MGP card that you plan to give to the patient

==***If the inmate patient will not release as expected you must inform Magellan and the county.==

Phone number for Magellan in case you need to contact them is 877-209-6054.

Like many of our discharge planning efforts, there are some county specific nuances you need to be aware of –

1) <span style="color:red"><u>New York City-</u> Complete enrollment as usual, but there is no need to fax the county contact the completed forms.  Contact is Arriana Khan (EAC Network)</span>
2) <span style="color:red"><u>Clinton County:</u> completed/stamped MGP enrollment forms can be sent via encrypted email to Mary Baker (MGP coordinator) at mbaker@bhsn.org.</span>

D-00000843

2) <u>Suffolk County</u> – Send MGP Enrollment to Lisa Newman for all releases, regardless of OMH level
3) <u>Dutchess County</u> – Does not participate in MGP, but has a similar program called Medication Assistance Program (MAP).  There is no need to fill out forms for this program as the patient can complete this after release at their outpatient clinic.
4) <u>Yates County</u> – Complete MGP enrollment form but DO NOT fax to Magellan.  Instead, submit completed form to county contact along with ROI for Medicaid/MGP and CPRI
<u>5) Orange County</u> – Send MGP Enrollment to John Cusack (Transition Manager) for all releases, regardless of OMH level. Orange does not participate in MGP but their process is to use the MGP application to facilitate access to medication upon release. Please include the Discharge Summary when faxing the MGP Enrollment to 855-320-8732. For Orange County Case Management referrals, please submit the discharge summary and MGP enrollment form to John Cusack. He will provide transitional case management for 30 days and make the referral himself if the client continues to need case management services. He does not typically assist with day of release escort but can be asked case by case if the patient has no family or parole cannot assist. His contact information is –

**John Cusack**
**Orange County Transition Manager**
<u>**Access Supports for Living**</u>
<u>**280 Broadway 1st Floor**</u>
<u>**Newburgh NY 12550**</u>
<u>**Phone: 845-674-5852**</u>
<u>**Fax: 855-320-8732**</u>


From: Vogel, Wendy M (OMH)
Sent: Thursday, October 04, 2018 9:28 AM

Good morning all,

To address a few questions related to this procedure:

1. Medicaid applications for Orange and all Upstate counties is completed by DOCCS.  <u>However, Pre-Release staff should still complete MGP</u>.

2. Orange does not participate in MGP.  However, the MGP application should be sent to transition manager John Cusack per the policy outlined below.  Their process is to use the MGP application to facilitate access to medication upon release.

3. <u>This procedure applies to ALL OMH Levels 1, 1S, 2, 2S, 3 and 4</u>.

Thanks,
Wendy

D-00000845