# EXHIBIT 124

## CONFIDENTIAL – FILED UNDER SEAL