# EXHIBIT 126

## CONFIDENTIAL – FILED UNDER SEAL