# EXHIBIT 127

## CONFIDENTIAL – FILED UNDER SEAL