UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                    Plaintiffs,

      -against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                    Defendants.

------------------------------------------------------------------------ x

7:19-cv-639 (CS) (AEK)

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18, 2023, the following documents were served via a File Transfer Protocol ("FTP") on attorneys of record for Defendants listed below, pursuant to the parties' case schedule (ECF No. 260):

1. Plaintiffs' Reply Memorandum of Law in Support of Their Motion for Class Certification;
2. Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Plaintiffs' Class Certification Experts; and
3. The Supplemental Declaration of Crystal Parker and Exhibits 97–127

                                            */s/ Crystal Parker*
                                            Crystal Parker

FTP Recipients:

Owen T. Conroy
Erin Kandel
Adam Sansolo
Gee Won Cha
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Owen.Conroy@ag.ny.gov
Erin.Kandel@ag.ny.gov
Adam.Sansolo@ag.ny.gov
GeeWon.Cha@ag.ny.gov

*Attorneys of record for Defendants*