UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                            Plaintiffs,

      -against-                         7:19-cv-00639 (CS) (AEK)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                            Defendants.
------------------------------------------------------------------- X

## SUPPLEMENTAL DECLARATION OF OWEN T. CONROY

**OWEN T. CONROY** declares the following to be true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.    I am an Assistant Attorney General in the Office of the Attorney General of the State of New York, counsel for Defendants. I am providing this supplemental declaration to accompany the Defendants' reply memorandum of law in support of the motion to exclude the opinions and testimony of Plaintiffs' proposed class certification experts. I am familiar with the facts set forth herein based on my personal knowledge and my review of records produced in this litigation.

1

2

2. Attached as Defendants' Exhibit 80 is a true and accurate copy of additional excerpts from the deposition of Melodie Peet, held on June 13, 2023, cited in Defendants' reply brief, along with an errata sheet provided by Ms. Peet.

Dated: September 8, 2023
New York, New York

*Owen T. Conroy*
OWEN T. CONROY