UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
M.G., et al.,

                                      Plaintiffs,

      -against –

ANDREW CUOMO, et al.,

                                     Defendants.
-------------------------------------------------------------------x

**19-CV-0639 (CS) (AEK)**

**NOTICE OF CHANGE OF ADDRESS**

**TO:   THE ATTORNEY SERVICES CLERK AND ALL PARTIES**

*PLEASE TAKE NOTICE*, under Local Rule 1.3 of this Court, that the address for the undersigned co-counsel for the Plaintiffs has changed. The new address is:

        The Legal Aid Society
        Prisoners' Rights Project
        49 Thomas Street, 10th Floor
        New York, New York 10013

The undersigned will continue to act as co-counsel for the Plaintiffs in this matter.

Dated:   New York, New York
           September 11, 2023

_____
Sophia A. Gebreselassie
The Legal Aid Society, Criminal Defense Practice
Prisoners' Rights Project
49 Thomas Street, 10th Floor
New York, New York 10013
646-369-8647 (cell, preferred)
212-577-3530 (office)
646-616-4384 (fax)
e: sgebreselassie@legal-aid.org