UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                        Plaintiffs,

            -against-                        7:19-cv-00639 (CS) (AEK)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                        Defendants.

------------------------------------------------------------------------x

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants write to respectfully notify the Court of the attached opinion and order of the United States Court of Appeals for the Fifth Circuit in *United States v. Mississippi*, No. 21-60772, 2023 WL 6138536 (5th Cir. Sept. 20, 2023).

Plaintiffs, in their opposition to Defendants' motion to exclude Plaintiffs' class certification experts, cited *United States v. Mississippi* as an example of a case in which a district court had "accepted [Melodie] Peet's expert testimony evaluating the functioning of the state's mental health system against the integration mandate of the Americans with Disabilities Act ["ADA"] and opinions regarding the adequacy of community-based mental health services." ECF No. 308 at 10 n.6. In that case, the district court held a bench trial in which Ms. Peet offered opinion testimony for the United States. Following

trial, the district court accepted Ms. Peet's opinions, held that Mississippi's mental health care system violated Title II of the ADA, and issued an injunction modifying various components of Mississippi's mental health care system. *See United States v. Mississippi*, 400 F. Supp. 3d 546 (S.D. Miss. 2019).

Yesterday, the Fifth Circuit reversed, holding in the attached opinion that the district court abused its discretion. The Fifth Circuit held that the United States had not proved a cause of action for discrimination in violation of the ADA. 2023 WL 6138536, at *3-9.[1] The court also held that the district court's institutional reform injunction was overly broad and raised federalism concerns. *Id.* at *9-11.

Dated: New York, New York
      September 21, 2023

                                         LETITIA JAMES
                                         Attorney General
                                         State of New York
                                         *Attorney for Defendants*

                                         By: <u>Owen T. Conroy</u>
                                         Gee Won Cha
                                         Adam Sansolo
                                         Caroline Wallitt
                                         Owen T. Conroy
                                         Assistant Attorneys General
                                         28 Liberty Street
                                         New York, New York 10005
                                         Tel.: (212) 416-6382
                                         Email: Owen.Conroy@ag.ny.gov

---

[1] The Fifth Circuit distinguished *Davis v. Shah*, 821 F.3d 231 (2d Cir. 2016) and other cases endorsing "risk of institutionalization" claims under Title II. 2023 WL 6138536, at *7.