The Clerk of Court is respectfully directed to terminate Ms. Kandel as counse for Defendants, and to terminate ECF No. 316.

SO ORDERED.

*Cathy Seibel*   10/3/23

CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., P.C., C.J., M.J., J.R., and D.R., individually and on behalf of all similarly situated,

*Plaintiffs*,

- against -

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

*Defendants*.

19-CV-0639-AEK

**APPLICATION BY ERIN KANDEL PURSUANT TO LOCAL CIVIL RULE 1.4 FOR LEAVE TO WITHDRAW AS COUNSEL**

ERIN KANDEL, an attorney duly admitted to practice before this Csourt, declares under penalty of perjury that the following is true and correct, pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Attorney General in the office of Letitia James, the Attorney General of the State of New York, attorney for defendants the New York State Office Of Mental Health, Ann Marie T. Sullivan, the New York State Department Of Corrections and Community Supervision, Anthony J. Annucci, and Anne Marie McGrath ("Defendants").

2. On December 9, 2021, I filed a notice appearance in this action on behalf of the Defendants (ECF No. 194).

3. I will no longer be employed as Assistant Attorney General in the Litigation Bureau of the New York State Office of the Attorney General, effective close of business on September 29, 2023.

4. In light of my imminent departure from the Litigation Bureau, and the continuing representation of the Defendants by the New York State Office of the Attorney General and AAGs Adam Sansolo (ECF No. 164), Owen Conroy (ECF No. 175), Gee Won Cha (ECF No. 201), I respectfully request that my name be removed from the docket as an attorney representing the Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 29, 2023

*Erin Kandel*
ERIN KANDEL
Assistant Attorney General

Executed on September 29, 2023 in New York, New York.

2