**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| M.G., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　- against -<br><br>ANDREW CUOMO, *et al.*,<br><br>　　　　　　　　Defendants. | No. 19-CV-639 (CS-AEK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs P.C., C.J., M.J., J.R., D.R., S.D., D.H., and W.P. individually and on behalf of all similarly situated.

Dated:　New York, New York
　　　　　October 4, 2023

　　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　　　　　GARRISON LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/ *Brian Erickson*
　　　　　　　　　　　　　　　　　　　　　　　Brian Erickson

　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10019-6064
　　　　　　　　　　　　　　　　　　　　Tel.:　(212) 373-3741
　　　　　　　　　　　　　　　　　　　　Fax:　(212) 492-0741
　　　　　　　　　　　　　　　　　　　　berickson@paulweiss.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*