UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

M.G., *et al.*,

                      Plaintiffs,                    **ORDER**

       -against-                                19 Civ. 639 (CS) (AEK)

ANDREW CUOMO, *et al.*,

                      Defendants.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    The Court held a conference on November 1, 2023, during which the following deadlines were set:

1. By November 3, 2023, Plaintiffs are to submit a revised proposed case management plan to memorialize the revised schedule set by the Court during the conference.

2. By November 3, 2023, Plaintiffs must respond to the deposition schedule proposed by Defendants, with a particular focus on finalizing the dates for depositions to take place in November.

3. By November 3, 2023, Plaintiffs must respond to Defendants' objections to Plaintiffs' Rule 30(b)(6) deposition notices, so that the parties will be able to meet and confer about these issues during the week of November 6, 2023.

4. By November 13, 2023, the parties must submit a joint status letter explaining the parties' progress in their negotiations surrounding the Rule 30(b)(6) depositions.  Depending on what the parties report in this letter, the Court may set deadlines for additional submissions, and may schedule an in-person conference during the week of November 27, 2023.

5. With respect to Plaintiffs' additional document demands, the Court's understanding is that Defendants' responses currently are due to be served on or before November 16, 2023.  Between November 16, 2023 and December 1, 2023, the parties must meet and confer in an attempt to narrow and/or resolve their disputes.

6. To the extent these negotiations do not fully resolve all questions regarding the scope of additional document productions, Plaintiffs must submit a letter to the Court by December 6, 2023 outlining their position as to the remaining issues in dispute; Defendants' response is to be filed by December 12, 2023.  The letters are not to exceed five single-spaced pages.

2

7. An in-person conference is scheduled for December 15, 2023 at 10:00 a.m. in Courtroom 250 at the White Plains federal courthouse. The purpose of this conference is for the Court to hear further argument on any disputes raised concerning Plaintiffs' October 17, 2023 document demands.

Dated: November 1, 2023
       White Plains, New York                       **SO ORDERED.**

                                                                  ANDREW E. KRAUSE
                                                                  United States Magistrate Judge