**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K. GARRISON  (1946-1991)<br>RANDOLPH E. PAUL  (1946-1956)<br>SIMON H. RIFKIND  (1950-1995)<br>LOUIS S. WEISS  (1927-1950)<br>JOHN F. WHARTON  (1927-1977) | UNIT 5201, FORTUNE FINANCIAL CENTER<br>5 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT, BEIJING 100020, CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>SUITES 3601 – 3606 & 3610<br>36/F, GLOUCESTER TOWER<br>THE LANDMARK<br>15 QUEEN'S ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, UNITED KINGDOM<br>TELEPHONE (44 20) 7367 1600<br><br>535 MISSION STREET, 24TH FLOOR<br>SAN FRANCISCO, CA 94105<br>TELEPHONE (628) 432-5100<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>2001 K STREET, NW<br>WASHINGTON, DC  20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 |

WRITER'S DIRECT DIAL NUMBER

(212) 373-3069

WRITER'S DIRECT FACSIMILE

(212) 492-0069

WRITER'S DIRECT E-MAIL ADDRESS

cparker@paulweiss.com

[Firm attorney roster omitted]

*NOT ADMITTED TO THE NEW YORK BAR

November 3, 2023

By ECF

The Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

> The schedule set forth in this letter is hereby ADOPTED.
>
> Dated: November 6, 2023
>
> **SO ORDERED.**
>
> _/s/ Andrew Krause_
>
> ANDREW E. KRAUSE
> United States Magistrate Judge

Re: ***M.G. v. Cuomo***, 19-cv-0639 (CS) (AEK)
    **Joint Proposed Revised Case Schedule**

Dear Judge Krause:

Pursuant to the Court's instruction at the November 1, 2023 hearing, the parties jointly propose the following revised schedule for this matter:

1. Fact depositions completed: January 19, 2024

2. Any further interrogatories and requests for production must be served: January 19, 2024

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

3. Requests to admit must be served: January 19, 2024

4. Plaintiffs' merits expert disclosures, including service of expert reports: February 12, 2024

5. All fact discovery must be completed: February 20, 2024

6. Defendants' merits expert disclosures, including service of expert reports: March 13, 2024

7. All expert discovery, including expert depositions: May 1, 2024

8. All discovery must be completed: May 1, 2024

9. Should either party wish to file a summary judgment motion, that party must submit a premotion conference letter in accordance with Judge Seibel's Individual Practices no later than 14 days after the close of all discovery.

\*   \*   \*

The parties jointly request that the Court adopt this schedule as an order of the Court. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Crystal L. Parker

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Crystal L. Parker (cparker@paulweiss.com)
Walter Ricciardi (wricciardi@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
Brian Erickson (berickson@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

DISABILITY RIGHTS NEW YORK
Elizabeth Woods (elizabeth.woods@drny.org)
Sabina Khan (sabina.khan@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

THE LEGAL AID SOCIETY
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

*Attorneys for Plaintiffs*

/s/ Owen T. Conroy
_____

NYS OFFICE OF THE ATTORNEY GENERAL
Adam Sansolo (adam.sansolo@ag.ny.gov)
Gee Won Cha (geewon.cha@ag.ny.gov)
Owen T. Conroy (owen.conroy@ag.ny.gov)
28 Liberty Street
New York, NY 10005
(212) 416-6382

*Attorneys for Defendants*