**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3069

WRITER'S DIRECT FACSIMILE

(212) 492-0069

WRITER'S DIRECT E-MAIL ADDRESS

cparker@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

November 8, 2023

By ECF

The Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)

Dear Judge Krause:

The parties write in response to Your Honor's request at the November 1, 2023, conference for an update as to the three proposed dates for November depositions. The parties have agreed to proceed with two of the three depositions, on November 14 and 16, 2023. The parties have agreed not to proceed with the deposition originally proposed to be taken on November 15, 2023, because Plaintiffs wish to question the deponent offered for that date on documents produced last week. The parties are conferring as to dates for this deposition and will inform the Court should they run into any issues.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Respectfully submitted,

/s/ Crystal L. Parker

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Crystal L. Parker (cparker@paulweiss.com)
Walter Ricciardi (wricciardi@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
Brian Erickson (berickson@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

DISABILITY RIGHTS NEW YORK
Elizabeth Woods (elizabeth.woods@drny.org)
Sabina Khan (sabina.khan@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861

THE LEGAL AID SOCIETY
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

*Attorneys for Plaintiffs*

/s/ Owen T. Conroy

NYS OFFICE OF THE ATTORNEY GENERAL
Adam Sansolo (adam.sansolo@ag.ny.gov)
Gee Won Cha (geewon.cha@ag.ny.gov)
Owen T. Conroy (owen.conroy@ag.ny.gov)
28 Liberty Street
New York, NY 10005
(212) 416-6382

*Attorneys for Defendants*