

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DIVISION OF STATE COUNSEL
ATTORNEY GENERAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LITIGATION BUREAU

November 20, 2023

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

　　　Re:　*M.G. v. Cuomo*, **19-cv-0639 (CS) (AEK)**
　　　　　**Joint Status Report**

Dear Judge Krause:

　　　The parties write in accordance with Your Honor's November 14, 2023 Order to submit a joint status letter regarding the parties' progress in their negotiations surrounding the Rule 30(b)(6) depositions by November 20, 2023. (ECF No. 327).

　　　On Thursday, November 16, 2023, Plaintiffs submitted their responses and counter-proposals to Defendants' November 10, 2023 counter-proposal for 30(b)(6) topics. To date, the parties are in agreement as to 12 of 34 Rule 30(b)(6) topics for DOCCS and 20 of 30 Rule 30(b)(6) topics for OMH. Plaintiffs have recommended a follow up meet and confer on the topics in disagreement. Defendants are currently reviewing the proposal with their clients. Given this week's holiday, Defendants may not be able to provide their next response this week, but expect to be able to do so the week of November 27, 2023.

　　　In a good-faith effort to keep the schedule moving forward, Plaintiffs are willing to proceed with Rule 30(b)(1) depositions in December 2023 while the parties continue negotiations regarding the topics in dispute. The parties will continue to keep the Court apprised of updates.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Owen T. Conroy
　　　　　　　　　　　　　　　　　　　　　Adam Sansolo
　　　　　　　　　　　　　　　　　　　　　Caroline Wallitt
　　　　　　　　　　　　　　　　　　　　　Gee Won Cha
　　　　　　　　　　　　　　　　　　　　　Owen T. Conroy

　　　　　　　　　　　　　　　　　　　　　Assistant Attorneys General

Hon. Andrew E. Krause
November 20, 2023
Page 2

*Counsel for Defendants*


DISABILITY RIGHTS NEW YORK

_____
Elizabeth Woods (elizabeth.woods@drny.org)
Sabina Khan (sabina.khan@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861


THE LEGAL AID SOCIETY
Twyla Carter, Attorney-in-Charge

_____
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ Crystal L. Parker_____
Walter Ricciardi (wricciardi@paulweiss.com)
Crystal L. Parker (cparker@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Chantalle Hanna (channa@paulweiss.com)
Samuel Margolis (smargolis@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)