# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                      Plaintiffs,

          -against-                              7:19-cv-00639 (CS) (AEK)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                      Defendants.
-------------------------------------------------------------------- X

## DECLARATION OF DANIELLE DILL

**DANIELLE DILL** declares the following to be true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746:

      1.      I am the Executive Director of Central New York Psychiatric Center ("CNYPC"), which is a part of the New York State Office of Mental Health ("OMH"). CNYPC is a comprehensive mental health service delivery system providing a full range of care and treatment to persons incarcerated in the New York State Correctional Facilities.

      2.      I have reviewed the Plaintiffs' requests for production of documents and communications related to 143 previously incarcerated individuals. I have been asked to explain to

the Court how CNYPC records are maintained and what would be required to search for the records requested by Plaintiffs.

3.  CNYPC does not have a fully electronic record system. The official clinical record is maintained in the patient's hard copy clinical chart. However, not all of the categories of documents requested by Plaintiffs are part of the clinical record. Some documents, such as SMI summary notes and suicide attempt incident reports, are maintained separately from the official patient clinical records, by different departments at CNYPC.

4.  For currently incarcerated CNYPC patients, their hard copy clinical charts are located at CNYPC Corrections Based Operations Mental Health/Satellite Unit within the correctional facility where they reside. The chart moves with the patient over time, if the patient is transferred to a different correctional facility.

5.  After the patient is released from prison to the community, CNYPC Corrections Based Operations Mental Health/Satellite Unit located within the correctional facility will archive the clinical records. If the patient is released to a civil hospital from Inpatient, CNYPC Inpatient maintains the clinical records from both inpatient and corrections based operations for four years, after which it is sent to archives.

6.  Fulfilling Plaintiffs' request would require an extraordinary amount of resources and coordination across multiple different departments and locations. Depending on the status and correctional and treatment history of each one of the 143 individuals, the records requested by Plaintiffs may be located in some combination of electronic storage, hard copy storage at CNYPC Inpatient, off-site archives, and other locations within CNYPC Corrections Based Operations.

Dated: <u>Dec. 7</u>, 2023
Marcy, New York

_____
DANIELLE DILL