**Defendants' December 12, 2023 Letter - Exhibit 3**     *MG v. Cuomo*, 19-cv-0639 (CS) (AEK)

| NAME | DP_HOUSING_LOCATION_DESC | DP_DISCHARGE_PLACEMENT_DESC | CARE_COORDINATION_TYPE_DESC |
|---|---|---|---|
| | Adult Home | Community Release | ACT |
| | Bronx MH Shelter/Ana's Place | Community Release | Transitional Forensic |
| | Bronx MH Shelter/Ana's Place | Community Release | Shelter ACT |
| | Bronx MH Shelter/Ana's Place | Community Release | Health Home |
| | Bronx MH Shelter/Ana's Place | Community Release | Transitional Forensic |
| | Bronx MH Shelter/Ana's Place | Community Release | Transitional Forensic |
| | Bronx MH Shelter/Ana's Place | Community Release | Transitional Forensic |
| | Bronx MH Shelter/Ana's Place | Community Release | Shelter ACT |
| | Bronx MH Shelter/Ana's Place | Community Release | Transitional Forensic |
| | Bronx MH Shelter/Ana's Place | Community Release | Health Home |
| | Bronx MH Shelter/Ana's Place | Community Release | Transitional Forensic |
| | Bronx MH Shelter/Ana's Place | Community Release | Transitional Forensic |
| | Bronx MH Shelter/Ana's Place | Community Release | Transitional Forensic |
| | Bronx MH Shelter/Ana's Place | Community Release | Transitional Forensic |
| | CPEP | Community Release | Transitional Forensic |
| | CPEP | Community Release | FACT |
| | CPEP | Community Release | Transitional Forensic |
| | CPEP | Community Release | Health Home |
| | CPEP | Community Release | Not Applicable |
| | CPEP | Community Release | |
| | CPEP | Community Release | Transitional Forensic |
| | CPEP | Community Release | Health Home |
| | CPEP | Community Release | Transitional Forensic |
| | CPEP | Community Release | Transitional Forensic |
| | CPEP | Community Release | |
| | CPEP | Community Release | FACT |
| | CPEP | Community Release | |
| | CPEP | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | ACT |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | State ICM |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | State ICM |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | IMT |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | ACT |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Health Home |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | Transitional Forensic |
| | Dedicated Forensic Housing | Community Release | PSTP |
| | Dedicated Forensic Housing | Community Release | State ICM |

**Yellow highlighting = Plaintiffs' Appendix A**
**Orange highlighting = Plaintiffs' Appendix B**

| | | |
|---|---|---|
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | IMT |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | FACT |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | FACT |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | FACT |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | State ICM - do not use |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | FACT |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | |

| | | |
|---|---|---|
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | State ICM - do not use |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | IMT |
| Dedicated Forensic Housing | Community Release | IMT |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | IMT |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | ACT |
| Dedicated Forensic Housing | Community Release | State ICM |
| Dedicated Forensic Housing | Community Release | FACT |
| Dedicated Forensic Housing | Community Release | Health Home |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | Transitional Forensic |
| Dedicated Forensic Housing | Community Release | PSTP |
| Dedicated Forensic Housing | Community Release | PSTP |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | |
| DSS | Community Release | |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Transitional Forensic |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | FACT |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |

| | | |
|---|---|---|
| DSS | Community Release | Transitional Forensic |
| DSS | Community Release | Transitional Forensic |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | No Coordination Type |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | ACT |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Shelter ACT |
| DSS | Community Release | Transitional Forensic |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | OPWDD CCO/HH |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | ACT |
| DSS | Community Release | Health Home |
| DSS | Community Release | Transitional Forensic |
| DSS | Community Release | |
| DSS | Community Release | State ICM - do not use |
| DSS | Community Release | Health Home |
| DSS | Community Release | State ICM - do not use |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Transitional Forensic |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| DSS | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | State ICM - do not use |
| Family/Friend | Community Release | State ICM - do not use |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | OPWDD CCO/HH |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | ACT |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | ACT |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | IMT |
| Family/Friend | Community Release | Transitional Forensic |

| | | |
|---|---|---|
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | State ICM - do not use |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | ACT |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | ACT |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | ACT |
| Family/Friend | Community Release | State ICM - do not use |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Non-Medicaid Care Coordination (Legacy TCM) |
| Family/Friend | Community Release | |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | PSTP |
| Family/Friend | Community Release | ACT |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Transitional Forensic |
| Family/Friend | Community Release | Health Home |
| Family/Friend | Community Release | Health Home |
| HASA Housing | Community Release | Transitional Forensic |
| HASA Housing | Community Release | FACT |
| HASA Housing | Community Release | Transitional Forensic |
| HASA Housing | Community Release | Transitional Forensic |
| Hotel/Motel | Community Release | Not Applicable |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Transitional Forensic |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Transitional Forensic |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |

| | | |
|---|---|---|
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | State ICM |
| Hotel/Motel | Community Release | ACT |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Transitional Forensic |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Transitional Forensic |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | State ICM - do not use |
| Hotel/Motel | Community Release | Transitional Forensic |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| Hotel/Motel | Community Release | Health Home |
| MH Housing | Community Release | State ICM |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | State ICM |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | ACT |
| MH Housing | Community Release | FACT |
| MH Housing | Community Release | Health Home |
| MH Housing | Community Release | Health Home |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | Health Home |
| MH Housing | Community Release | Health Home |
| MH Housing | Community Release | Health Home |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | Health Home |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | FACT |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | Health Home |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | Health Home |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | State ICM - do not use |
| MH Housing | Community Release | FACT |
| MH Housing | Community Release | Transitional Forensic |
| MH Housing | Community Release | IMT |
| MH Housing | Community Release | Transitional Forensic |
| Nursing Home | Community Release | Not Applicable |
| OMH Facility | 508 | |
| OPWDD | Community Release | OPWDD CCO/HH |
| OPWDD | Community Release | OPWDD CCO/HH |
| Own Residence | Community Release | Health Home |
| Own Residence | Community Release | OPWDD CCO/HH |
| Own Residence | Community Release | Health Home |
| Own Residence | Community Release | Health Home |
| Own Residence | Community Release | Health Home |
| Own Residence | Community Release | Health Home |
| Own Residence | Community Release | |
| Own Residence | Community Release | Health Home |
| Own Residence | Community Release | ACT |
| Own Residence | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | State ICM |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |

| | | |
|---|---|---|
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | ACT |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Parole Housing | Community Release | Health Home |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | ACT |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | FACT |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | PSTP |
| Shelter | Community Release | PSTP |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Shelter ACT |
| Shelter | Community Release | Shelter ACT |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Shelter ACT |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Shelter ACT |
| Shelter | Community Release | Shelter ACT |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | ACT |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Shelter ACT |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | FACT |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Shelter ACT |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | FACT |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | FACT |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Health Home |

| | | |
|---|---|---|
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | ACT |
| Shelter | Community Release | ACT |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | Transitional Forensic |
| Shelter | Community Release | ACT |
| Shelter | Community Release | Health Home |
| Shelter | Community Release | Shelter ACT |
| Shelter | Community Release | FACT |
| Shelter | Community Release | Non-Medicaid Care Coordination (Legacy TCM) |
| Shelter | Community Release | Transitional Forensic |
| TLR/TPP/Crisis | Community Release | FACT |
| TLR/TPP/Crisis | Community Release | Transitional Forensic |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | ACT |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | State ICM - do not use |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | ACT |
| TLR/TPP/Crisis | Community Release | State ICM - do not use |
| TLR/TPP/Crisis | Community Release | ACT |
| TLR/TPP/Crisis | Community Release | FACT |
| TLR/TPP/Crisis | Community Release | Transitional Forensic |
| TLR/TPP/Crisis | Community Release | ACT |
| TLR/TPP/Crisis | Community Release | ACT |
| TLR/TPP/Crisis | Community Release | State ICM - do not use |
| TLR/TPP/Crisis | Community Release | ACT |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | Transitional Forensic |
| TLR/TPP/Crisis | Community Release | Transitional Forensic |
| TLR/TPP/Crisis | Community Release | ACT |
| TLR/TPP/Crisis | Community Release | Transitional Forensic |
| TLR/TPP/Crisis | Community Release | Transitional Forensic |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | Transitional Forensic |
| TLR/TPP/Crisis | Community Release | Health Home |
| TLR/TPP/Crisis | Community Release | Transitional Forensic |
| Transitional Housing | Community Release | No Coordination Type |
| Transitional Housing | Community Release | Transitional Forensic |
| Transitional Housing | Community Release | Transitional Forensic |
| Transitional Housing | Community Release | Transitional Forensic |
| VA Housing | Community Release | No Coordination Type |
| | SOMTA | |
| | | |
| | | |
| | 2PC | |
| | ICE | Not Applicable |
| | 2PC | |
| | Interstate Transfer | Not Applicable |
| | ICE | |
| | 2PC from 402.9 | |
| | Warrant/County Jail | Transitional Forensic |
| | SOMTA | |
| | 2PC | |
| | Warrant/County Jail | |
| | Warrant/County Jail | |
| | Warrant/County Jail | |
| | 2PC from 402.9 | |
| | 2PC from 402.9 | |
| | 2PC | |

| | | |
|---|---|---|
| | 2PC | |
| | Warrant/County Jail | |
| | ICE | |
| | 2PC | |
| | 2PC from 402.9 | |
| | SOMTA | |
| | Warrant/County Jail | |
| | 2PC | |
| | SOMTA | |
| | 2PC from 402.9 | |
| | 2PC | |
| | 2PC | |
| | SOMTA | |
| | 2PC | |
| | 2PC | |
| | Warrant/County Jail | Health Home |
| | 2PC | |
| | Warrant/County Jail | |
| | ICE | |
| | 2PC | |
| | 2PC | |
| | Warrant/County Jail | |
| | 2PC | |
| | OPWDD | |
| | 2PC | |
| | ICE | |
| | 2PC | |
| | Warrant/County Jail | |
| | 2PC | |
| | 2PC | |
| | 2PC | |
| | 2PC | |
| | 2PC | |
| | 2PC | |
| | 2PC from 402.9 | |
| | 2PC from 402.9 | |
| | SOMTA | |
| | 2PC | |
| | 2PC | |
| | 2PC | |
| | 2PC | |
| | CPL 330.20 | |
| | Warrant/County Jail | |
| | Warrant/County Jail | |
| | Warrant/County Jail | |
| | 2PC | |
| | 2PC | |
| | 2PC | |
| | 2PC from 402.9 | |
| | 2PC | |
| | 2PC from 402.9 | |
| | 2PC | |
| | 2PC from 402.9 | |
| | | |
| | Warrant/County Jail | |
| | 2PC | |
| | 2PC | |
| | 2PC | |
| | ICE | |
| | Warrant/County Jail | Transitional Forensic |
| | 2PC | |
| | 2PC | |
| | 2PC | No Coordination Type |
| | 2PC | |
| | 2PC | |
| | ICE | |
| | 2PC | |
| | SOMTA | |
| | 2PC from 402.9 | |
| | 2PC | |
| | 2PC | |
| | ICE | |
| | 2PC from 402.9 | |
| | 2PC | |
| | 2PC | |
| | 2PC | |

| | | | |
|---|---|---|---|
| | | Warrant/County Jail | |
| | | Warrant/County Jail | |
| | | 2PC | |
| | | 2PC | |
| | | 2PC | |
| | | 2PC | |
| | | 2PC | |
| | | Interstate Transfer | Not Applicable |
| | | Warrant/County Jail | State ICM |
| | | | |
| | | Warrant/County Jail | |
| | | Interstate Transfer | |
| | | Warrant/County Jail | Transitional Forensic |
| | | 2PC | |
| | | 2PC | |
| | | 2PC | |
| | | Interstate Transfer | |
| | | 2PC | |
| | | 2PC | |
| | | Warrant/County Jail | Transitional Forensic |
| | | 2PC | |
| | | Warrant/County Jail | |
| | | 2PC | |
| | | 2PC | |
| | | 2PC | |
| | | ICE | |
| | | 2PC | |
| | | Warrant/County Jail | Transitional Forensic |
| | | 2PC | |
| | | 2PC | |
| | | 2PC | |
| | | 2PC | |
| | | 2PC | |
| | | ICE | |
| | | 2PC | |
| | | 2PC | |
| | | Warrant/County Jail | Transitional Forensic |
| | | 2PC | |
| | | 2PC | |
| | | 2PC | |
| | | 2PC from 402.9 | |
| | | 2PC | |
| | | Warrant/County Jail | |
| | | CPL 330.20 | |
| | | 2PC | |
| | | 2PC | |
| | | 2PC | |
| | | ICE | |
| | | | |
| | | 2PC from 402.9 | |
| | | ICE | |
| | | 2PC | |
| | | SOMTA | |
| | | ICE | |
| | | ICE | |
| | | 2PC from 402.9 | |
| | | ICE | |
| | | 2PC from 402.9 | |