**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| M.G., *et al.*,<br><br>  Plaintiffs,<br><br>  - against -<br><br>ANDREW CUOMO, *et al.*,<br><br>  Defendants. | No. 19-CV-639 (CS-AEK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs P.C., C.J., M.J., J.R., D.R., S.D., D.H., and W.P. individually and on behalf of all similarly situated.

Dated:  New York, New York
        December 15, 2023

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                          GARRISON LLP

                                        By:  /s/ *Michael S. Dauber*
                                              Michael S. Dauber

                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Tel.:  (212) 373-3638
                                        Fax:  (212) 492-0638
                                        mdauber@paulweiss.com

                                        *Attorney for Plaintiffs*