UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>         Plaintiffs,<br><br>  - against -<br><br>ANDREW CUOMO, *et al.*,<br><br>         Defendants. | No. 19-cv-639 (CS-AEK) |

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Chantalle Hanna, and subject to the approval of the Court, Chantalle Hanna hereby withdraws as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. My colleague Crystal Parker is a partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP and will continue to represent Plaintiffs in this proceeding.

DATED: New York, New York
     December 20, 2023

                 PAUL, WEISS, RIFKIND, WHARTON &
                 GARRISON LLP
                 */s/ Chantalle Hanna*

                 Chantalle Hanna
                 1285 Avenue of the Americas
                 New York, NY 10019
                 Tel: 212-373-3944
                 channa@paulweiss.com

SO ORDERED.

*Cathy Seibel*   12/20/23
CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., *et al.*,

        Plaintiffs,

   - against -

ANDREW CUOMO, *et al.*,

        Defendants.

No. 19-cv-639 (CS-AEK)

**DECLARATION OF CHANTALLE HANNA**

   Chantalle Hanna, pursuant to 28 U.S.C. § 1746, declares as follows:

   1.  I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Plaintiffs in the above-captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

   2.  Crystal Parker of Paul, Weiss will continue to represent Plaintiffs in this matter.

   3.  My withdrawal will not delay the matter or prejudice any party and will not otherwise affect any dates or deadlines in this action.

   4.  I am not retaining or charging a lien.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2023
New York, New York

            */s/ Chantalle Hanna*
            Chantalle Hanna

## **CERTIFICATE OF SERVICE**

    I, Chantalle Hanna, hereby certify that on December 20, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

December 20, 2023
New York, New York

                           */s/ Chantalle Hanna*
                           Chantalle Hanna