# Exhibit A

**Plaintiffs' Revised Proposal for Third Request for Production**

December 22, 2023

100. All Documents in DOCCS's possession, custody, or control concerning all persons identified in Appendix A and Appendix B relating to crime and sentence information for the instant offense; ~~legal date computations; chronological histories; transfer histories; chronological entry sheets; Parole Board decisions;~~ parolee chrono or progress reports; ~~community prep investigation reports; memoranda regarding Special Condition 37 pursuant to Penal Law 70.45; RTF Continuation Designations pursuant to Correction Law 73(10); all documents related to Parole Board special conditions, including underlying documents, requests, and Offender Rehabilitation Coordinator recommendations; all documents from prior incarceration(s); probation, parole, and legal documents; MHCRP documents; case plans;~~ and risk assessments~~; special conditions of release; special conditions of community supervision; classification documents; mental health referrals; health screening forms; and documents related to screening, referrals, and evaluations for special programs, including but not limited to the Intermediate Care Program, Transitional Intermediate Care Program, Residential Mental Health Treatment Unit, Enhanced Intermediate Care Program, and Discharge Intermediate Care Program~~, for the period beginning one year prior to the release date indicated in D-01685103 through to that release date.

101. All Documents in DOCCS's possession, custody, or control concerning all persons identified in Appendix A and Appendix B relating to incarceration(s) subsequent to the release date indicated in D-01685103, including crime and sentence information; ~~legal date computations; chronological histories; transfer histories; chronological entry sheets; Parole Board decisions;~~ parolee chrono or progress reports; ~~community prep investigation reports;~~

~~probation, parole, and legal documents; MHCRP documents; case plans;~~ and risk assessments~~; special conditions of release; special conditions of community supervision; and documents related to screening, referrals, and evaluations for special programs, including but not limited to Special Needs Unit, Intermediate Care Program, Transitional Intermediate Care Program, Residential Mental Health Treatment Unit, Enhanced Intermediate Care Program, and Discharge Intermediate Care Program~~.

    102. All Documents in OMH's possession, custody, or control concerning all persons identified in Appendix A and Appendix B relating to treatment needs and mental health service level designations; admission and screening forms; diagnosis record; core history (including but not limited to history of treatment, education, and employment); psychiatric evaluations; RCTP admission and discharge notes; comprehensive suicide risk assessments; transfer documents (including but not limited to termination transfer notes); medication administration record; discharge planning documents; pre-release evaluations; SMI Summary Notes; SPOA Applications; documents generated or relied upon in preparing SPOA Applications; responses to SPOA Applications from county agencies; responses to SPOA Applications from Service Providers, including denials and acceptances; CNYPC CBO Chronological Records; chronological history reports; all CNYPC and OMH inpatient admission and discharge summaries, evaluations, and medication administration records; mental health reports for parole; and all discharge recommendations, for the period beginning one year prior to the release date indicated in D-01685103 through to that release date.

    103. ~~All Communications in OMH's possession, custody, or control concerning all persons identified in Appendix A and Appendix B relating to SPOA Applications; responses to SPOA Applications from county agencies; and responses to SPOA~~

~~Applications from Service Providers, including denials and acceptances, for the period beginning one year prior to the release date indicated in D-01685103 through to that release date.~~

104. All Documents in OMH's possession, custody, or control concerning all persons identified in Appendix A and Appendix B relating to OMH's PSYCKES database five- year Clinical Summary and any keys and/or definitions for terms used in the Clinical Summary; for all psychiatric hospitalizations occurring within eighteen months of the release date indicated in D-01685103, admission and screening forms, psychiatric evaluations, and admission and discharge summaries.

105. ~~All data in OMH's "re-entry database" concerning persons identified in Appendix A and Appendix B related to their legal system involvement (crime description, arrest date, conviction date, sentence date); FACT referral; discharge placement; housing location; homeless; county upon release; care coordination type; program; and mental health clinic.~~

106. All Documents in OMH's possession, custody, or control concerning all persons identified in Appendix A and Appendix B relating to OMH's PSYCKES database reports concerning Health Home and Health Home Plus care management programs; housing programs; Assertive Community Treatment programs; Forensic Assertive Community Treatment programs; Assisted Outpatient Treatment programs; suicide attempt incidents; Intensive Mobile Treatment programs; intensive case management programs; and homeless shelter programs, for the eighteen-month period following the release date indicated in D-01685103.

107. All Documents in DOCCS's and OMH's possession, custody, or

control concerning all persons identified in Appendix A and Appendix B ~~relating to~~ <ins>containing the most up to date</ins> contact information following the release date indicated in D-01685103.