# DEFENDANTS' EXHIBIT 3

| | |
|---|---|
| **From:** | Elena Landriscina |
| **To:** | Conroy, Owen; Sansolo, Adam; Cha, Gee Won; Wallitt, Caroline |
| **Cc:** | Stefen Short; Robert Quackenbush; Sophie Gebreselassie; Elizabeth Woods; Sabina Khan; teresa.caturano@drny.org; Ricciardi, Walter G; Parker, Crystal; Vance, Emily A; Hanna, Chantalle; Margolis, Sam C.; berickson@paulweiss.com; Dauber, Michael; Abbadi, Claire |
| **Subject:** | M.G. v. Cuomo - regarding Plaintiffs" request for extension of scheduling order |
| **Date:** | Friday, October 27, 2023 12:37:37 PM |

**[EXTERNAL]**

Counsel:

Plaintiffs are aware that Defendants intend to object to Plaintiffs' Third Request for Production and continue to object to Plaintiffs' request for a global extension of the deadlines in the scheduling order. In the interest of furthering Defendants' consideration of Plaintiffs' position, Plaintiffs wish to provide further detail regarding their request for an extension of the discovery deadlines.

As previously stated, Plaintiffs believe that a reasonable extension of all deadlines in the scheduling order serves both parties. With respect to the deadline for Plaintiffs' merits expert disclosures specifically, Plaintiffs believe that their experts will require nine months following the conclusion of production of the putative Discharge Class member records to complete their review and prepare a merits expert report.

Sincerely,

Elena

**Elena Landriscina**
Staff Attorney, Special Litigation
Criminal Defense Practice

The Legal Aid Society
49 Thomas Street
New York, NY 10013
elandriscina@legal-aid.org
Pronouns: she, her

*This email may contain privileged or confidential information. If you receive it in error, do not read it. Please delete it and advise me of the error. Thank you.*