# DEFENDANTS' EXHIBIT 4

| From: | Margolis, Sam C. |
|---|---|
| To: | Conroy, Owen; Sansolo, Adam; Wallitt, Caroline; Cha, Gee Won |
| Cc: | elandriscina@legal-aid.org; Stefen Short; Robert Quackenbush; SGebreselassie@legal-aid.org; Elizabeth Woods; Sabina.Khan@drny.org; Teresa.Caturano@DRNY.org; Ricciardi, Walter G; Parker, Crystal; Vance, Emily A; Hanna, Chantalle; Erickson, Brian; Abbadi, Claire; Dauber, Michael; Mehring, Samantha |
| Subject: | MG - Plaintiffs" Revised Proposal re Third RFP |
| Date: | Friday, December 22, 2023 12:38:48 PM |
| Attachments: | Plaintiffs' Revised Proposal for Third RFP.DOCX |

**[EXTERNAL]**

Counsel:

Pursuant to the Court's December 12, 2023 order, Plaintiffs make the following revised proposal regarding their Third Request for Production, as outlined below and reflected in the attached. We will be following up later today regarding Rule 30(b)(6) deposition topics.

Plaintiffs withdraw Request Nos. 103 and 105 in their entirety. Plaintiffs also limit Request Nos. 100 and 102 to only crime and sentence information, parolee chrono or progress reports, and risk assessments, and limit Request No. 106 to only the most up to date contact information in DOCCS and OMH's possession.

Plaintiffs maintain their original requests for Request Nos. 104 and 106 in their entirety, as Plaintiffs understand that the reports from the PSYCKES database requested in Request Nos. 104 and 106 are accessible electronically and should place minimal burden on OMH. Plaintiffs also maintain their original request for Request No. 102, which contains key records that, in connection with the other requested documents, will enable their experts to ascertain whether the sampled discharge class members were placed at serious risk of institutionalization due to the lack of community-based mental health housing and supportive services.

However, Plaintiffs also understand Defendants' concerns regarding burden. As such, Plaintiffs believe the parties would benefit from additional meet and confers so that Plaintiffs can understand how difficult some documents are to obtain than others, and so that the parties can discuss whether and how to limit this request either by type of document or by number of individuals used in the sample.

We look forward to your response. Happy holidays and happy New Year.

Best,
Sam

**Sam Margolis** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3357 (Direct Phone) | +1 212 492 0357 (Direct Fax)
smargolis@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.