# DEFENDANTS' EXHIBIT 5

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------x
     M.G., P.C., C.J, M.J, J.R., D.R.,
 3   S.D., W.P., and D.H.,
     individually and on behalf of all
 4   similarly situated,

 5                 Plaintiffs,

 6            -against-                          19 cv 639 (CS) (AEK)
                                                 Conference
 7   ANDREW CUOMO, in his official
     capacity as the Governor of the
 8   State of New York, et al.,

 9                 Defendants.
     ------------------------------------x
10
                                          United States Courthouse
11                                        White Plains, New York
                                          November 1, 2023
12

13   B e f o r e:   THE HONORABLE ANDREW E. KRAUSE,
                                          United States Magistrate Judge
14
     PAUL WEISS
15            Attorneys for Plaintiffs
              1285 Avenue of the Americas
16            New York, New York 10019
     SAMUEL MARGOLIS
17   STEFEN SHORT

18                  -and-

19   THE LEGAL AID SOCIETY
              Attorneys for Plaintiffs
20            199 Water Street
              New York, New York 10038
21   ELENA LANDRISCINA

22
     NEW YORK STATE OFFICE OF ATTORNEY GENERAL
23            Attorneys for Defendants
              28 Liberty Street, 15th Floor
24            New York, New York 10005
     OWEN CONROY
25   ADAM J. SANSOLO

              Angela O'Donnell - Official Court Reporter
                           (914)390-4025
```

1              THE DEPUTY CLERK:  Good morning, all.  This is the
2     matter.  M.G. versus Cuomo, Docket Number 19CV639.  The
3     Honorable Andrew Krause presiding.
4              Counsel, note your appearance for the record,
5     starting with plaintiffs' counsel.
6              MR. MARGOLIS:  Good morning, your Honor.
7              Sam Margolis for plaintiffs from Paul Weiss, along
8     with my colleague, Stefen Short, and Elena Landriscina from the
9     Legal Aid Society.
10             THE COURT:  Good afternoon, everybody.
11             MR. CONROY:  Owen Conroy from the New York State
12    Office of the Attorney General on behalf of the defendants,
13    along with my colleague, Adam Sansolo.
14             Good afternoon, your Honor.
15             THE COURT:  Good afternoon to you both.
16             All right.  We're here for a status conference today
17    to talk about scheduling.  I think we're going to have to be
18    back here together in a few weeks to talk about some other
19    matters, as well, unless, perhaps, I can prevail upon you to
20    reach some sort of agreement as to those issues, but, I've read
21    the last couple of letters and, obviously, there's some
22    percolating disputes that are going to require further
23    attention from the parties and, in all likelihood, from the
24    Court.
25             I wanted to have you in to discuss the scheduling in

1    for that purpose.
2            MR. CONROY:  That is correct.  That's our view.
3            And in addition to that, I mean, generally we're
4    trying our best to sort of land the plane here --
5            THE COURT:  Right.
6            MR. CONROY:  -- and get the finish line in sight to
7    this case.  And our sense, on our side is, we've been
8    frustrated with the very open-ended nature of these recent
9    requests and the idea that there is going to sort of be an
10   endless parade of additional deposition notices is quite
11   concerning to us.
12           THE COURT:  Okay.  It's not going to be endless,
13   okay?  You made the point a number of times in your letter that
14   this case has been pending for almost five years.
15           I mean, yes, almost, not quite yet, but we're getting
16   there.  But there have been long delays.  There have been
17   reasons why discovery hasn't been proceeding.  There have been
18   multiple motions to dismiss.  Discovery was at various stages
19   of pause during parts of those motions.  We had, I don't know,
20   eight or nine-month process where we were trying to mediate the
21   case.  Discovery was largely paused during that time as well.
22           So, it's just not, in my view, quite accurate to say
23   that they, the plaintiffs, have been hammering away at
24   discovery for five years.  I know it may feel that way to you,
25   and I can understand that.  But part of the reason why this

1  phase of the discovery was extended in the way that it was, was
2  the reasonable request made at some prior conference for the
3  defendants to have more time to review this volume of
4  documents.  Right?
5           If this were in the offices of Paul Weiss, they could
6  have reviewed those documents faster, because they have many
7  more people to review the documents and resources to throw at
8  it.  That's not a criticism of anybody.  That's just a
9  statement of fact.
10          It was perfectly appropriate for you to request that
11 time.  I made remarks at the time about the scope of discovery
12 and taking into account the resources and someone suggested
13 that the State just hire contract attorneys.  Well, you can't
14 do that, really, at least not easily.  So part of the delay,
15 and again, I'm not saying it's your fault, it's just the
16 circumstances and the volume and the complexity of the case.
17          So there are a lot of reasons why this has taken as
18 long as it has, and some of the points that you are going to
19 want to raise at our conference to discuss the additional
20 discovery demands, will be of that nature as well, and I've
21 made some preliminary remarks in my order about that.  I may be
22 more receptive to some of those arguments in that context, but
23 as far as the depositions go, it's not going to be an endless
24 parade of depositions, because the plaintiffs have recognized,
25 appropriately, that in order to be able to take more than ten

1  depositions, they have to seek leave of the Court.

2          So that's going to be a threshold they're going to

3  have to cross, and they'll have to demonstrate why that is

4  genuinely necessary.  But I'm not going to artificially limit

5  that process here because we've all been through cases where

6  you learn things during the deposition process that force a

7  change in strategy or an additional witness comes to light that

8  was perhaps not thought to be as significant.  And so to say

9  that they can't come back and ask for other witnesses because

10 of the timing of the notices, does not seem appropriate to me.

11         That said.  No one should assume that I'm going to

12 allow more than ten depositions to take place.  So one thing

13 that you should think about very carefully on the plaintiffs'

14 side is if you start to hear testimony in these November

15 depositions that suggest to you that certain witnesses may be

16 more appropriate than others, I mean, you said you went through

17 a whole culling process to determine which ten witnesses or

18 which eight 30(b)(1) witnesses to request, it may be that once

19 you hear some of that testimony, you'll say, hmm, some people

20 that we had taken off the list, maybe should be on.  You should

21 be thinking about substituting them, not adding them, right?

22         So I'm sure that's something you'll think about.

23 Having the depositions spread over these at least two chunks of

24 time, and probably will wind of being a third chunk of time as

25 well.  Well, there will have to be a third chunk of time, just

1  depends which witnesses fall where.  We'll give you an
2  opportunity to do that.  You'll order the transcripts.  You'll
3  analyze them and you'll figure out if certain people need to be
4  substituted in.
5           And if you then come back and say, even with all the
6  substituting and swapping and analyzing we've done, we still
7  need to take a 11th witness and these are the compelling
8  reasons why we need to do that, then I'll consider that
9  application.  Look, maybe the plaintiffs will even, or the
10 defendants will even accept that that might be appropriate,
11 given how the testimony comes in.
12          So to the extent there's an application to limit the
13 opportunity for plaintiffs to come back and ask to take an
14 additional deposition, if circumstances warrant, that
15 application is denied.  The depositions will proceed in a more
16 ordinary way in the sense that if things come to light in the
17 course of the depositions that lead the plaintiffs to conclude
18 that they want to request additional witnesses beyond what is
19 permitted by Rule 30, they can make those applications.
20          But, again, they're going to have to be supported by
21 substantial justification.  I'm not creating a new standard.
22 I'm just using words that I'm trying to convey to you that,
23 again, in part for the reasons that we've talked about, in part
24 because of the length of time we've had here on this case, I'm
25 going to want to see a substantial showing that those

1    additional witnesses will be necessary.

2             MR. MARGOLIS:  Understood.  Thank you, your Honor.

3             THE COURT:  Okay.  So I think we are in a position
4    where we can set a deadline and then extend the other deadlines
5    accordingly.  But it's with the recognition that that might
6    need to be adjusted a bit further because we don't have dates
7    for everyone quite yet, and we might need to then have an
8    additional carveout or addendum or whatever you might want to
9    call it, to allow for the depositions of the plaintiffs to take
10   place if they're not in a position psychiatrically to sit for
11   their depositions within the window that we establish.

12            But be advised that that may wind of being just a
13   codicil only for them.  Right?  So we're going to set a
14   deadline with the idea that all the depositions can be
15   completed, but if we need to extend it for the plaintiffs, that
16   will not necessarily amount to an extension across the board
17   for additional depositions of the defendants.

18            Does that make sense?

19            MR. MARGOLIS:  Yes, that makes sense for us, your
20   Honor.

21            THE COURT:  Mr. Conroy.

22            MR. CONROY:  Yes, your Honor.

23            THE COURT:  Okay.  So, look, I also want to make sure
24   that to the extent people have holiday plans that you can enjoy
25   those holiday plans.  It's important to take that time,