STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 1, 2024

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
              Joint Status Report on Plaintiffs' Rule 30(b)(6) Depositions

Dear Judge Krause:

      The parties write jointly in advance of the February 5, 2024 discovery conference to provide a brief update regarding their negotiations around logistics for Plaintiffs' Rule 30(b)(6) depositions of Defendants New York State Office of Mental Health ("OMH") and New York State Department of Corrections and Community Supervision ("DOCCS").

      As noted in the recent discovery letters, the parties have reached agreement on all Rule 30(b)(6) topics. OMH intends to split the topics among five witnesses. The parties have reached agreement that the total cumulative time on the record for the five OMH Rule 30(b)(6) depositions will not exceed 16 hours, with no single deposition exceeding seven hours of time on the record. DOCCS intends to designate one witness to address all topics.

      Defendants respectfully request that the deadline for completion of the Rule 30(b)(6) depositions be extended, due to the number of depositions to be scheduled and additional time required to prepare the witnesses on all topics. The current deadline is February 16, 2024. Defendants request that the deadline for the DOCCS deposition and four of the five OMH depositions be extended by four weeks, to March 15, 2024. Defendants request a slightly longer extension for the fifth OMH witness. April Wojtkiewicz, OMH Director of Community Budget and Financial Management, will be designated to testify on two topics related to OMH's budget. Plaintiffs previously took Ms. Wojtkiewicz's deposition as a Rule 30(b)(1) witness. The period between now and March is the State's peak budget season, during which Ms. Wojtkiewicz has extremely limited availability to prepare and testify. For that reason, Defendants request that the deadline for Ms. Wojtkiewicz's Rule 30(b)(6) deposition be extended until April 5, 2024. Plaintiffs do not oppose these requests.

Hon. Andrew E. Krause
February 1, 2024
Page 2

    Defendants have also requested that Plaintiffs agree to take the Rule 30(b)(6) depositions remotely, in order to reduce the burden on Defendants' witnesses. Plaintiffs are considering Defendants' request.

    Thank you for your time and consideration of this matter.

    Respectfully submitted,

/s/ Owen T. Conroy
Adam Sansolo
Caroline Wallitt
Gee Won Cha
Owen T. Conroy

Assistant Attorneys General
*Counsel for Defendants*


DISABILITY RIGHTS NEW YORK

/s/ Elizabeth Woods
Elizabeth Woods (elizabeth.woods@drny.org)
Sabina Khan (sabina.khan@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861


THE LEGAL AID SOCIETY
Twyla Carter, Attorney-in-Charge

_____
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

Hon. Andrew E. Krause
February 1, 2024
Page 3

        PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP

        Walter Ricciardi (wricciardi@paulweiss.com)
        Crystal L. Parker (cparker@paulweiss.com)
        Emily Vance (evance@paulweiss.com)
        Samuel Margolis (smargolis@paulweiss.com)
        Brian Erickson (berickson@paulweiss.com)
        Michael Dauber (mdauber@paulweiss.com)
        1285 Avenue of the Americas
        New York, New York 10019-6064
        (212) 373-3000

        *Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)