STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 12, 2024

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
     **Defendants' Update on OMH Records**

Dear Judge Krause:

Defendants write pursuant to the Court's instruction at the February 5, 2024 discovery conference, to provide an update on which categories of documents in Plaintiffs' Request for Production Number 102 are retrievable by the New York State Office of Mental Health ("OMH") in a centralized, electronic repository or database.

SMI Summary Notes may be retrieved electronically from a centralized repository. However, SMI Summary Notes are generated only for individuals with a history of serious mental illness and certain types of violent crimes. Therefore, not all individuals in Plaintiffs' final sample of 45 individuals will necessarily have SMI Summary Notes available.

In addition, discrete core history summary reports are retrievable electronically from a central repository—but *not* each individual's full clinical history as reflected in their clinical chart, including documents related to their history of treatment, education, and employment.

Finally, OMH inpatient admission and discharge summaries, if any exist for the individual, are retrievable electronically from a central repository.

The remaining documents listed in RFP No. 102 are not electronically available to Defendants from a centralized repository or database.

Hon. Andrew E. Krause
February 12, 2024
Page 2

   Pursuant to the Court's order and instructions at the February 5, 2024 conference, Defendants will produce the following categories of documents, for a sample of up to 45 previously incarcerated individuals listed on spreadsheet D-01685103, for the period beginning one year prior to the release date indicated in D-01685103 through to that release date: (1) OMH Discharge Summaries; (2) DOCCS community supervision parolee chrono reports; (3) DOCCS crime and sentence information; (3) SMI Summary Notes, if any; (4) core history summary reports; and (5) OMH inpatient admission and discharge summaries, if any.

   Thank you for your time and consideration of this matter.

            Respectfully submitted,

            /s/ Owen T. Conroy
            Adam Sansolo
            Caroline Wallitt
            Gee Won Cha
            Owen T. Conroy

            Assistant Attorneys General
            *Counsel for Defendants*

cc: All counsel of record (via ECF)