UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., *et al.*,

                Plaintiffs,

   - against -

ANDREW CUOMO, *et al.*,

                Defendants.

No. 19-cv-639 (CS-AEK)

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Samuel Margolis, and subject to the approval of the Court, Samuel Margolis hereby withdraws as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. My colleague Crystal Parker is a partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP and will continue to represent Plaintiffs in this proceeding.

DATED: New York, New York
          February 21, 2024

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
*/s/ Samuel Margolis*

Samuel Margolis
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3357
smargolis@paulweiss.com

SO ORDERED:

_____
Honorable Cathy Seibel
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>                    Plaintiffs,<br><br>        - against -<br><br>ANDREW CUOMO, *et al.*,<br><br>                    Defendants. | No. 19-cv-639 (CS-AEK)<br><br>**DECLARATION OF SAMUEL MARGOLIS** |

Samuel Margolis, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Plaintiffs in the above-captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

2. Crystal Parker of Paul, Weiss will continue to represent Plaintiffs in this matter.

3. My withdrawal will not delay the matter or prejudice any party and will not otherwise affect any dates or deadlines in this action.

4. I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2024
New York, New York

                            */s/ Samuel Margolis*
                            Samuel Margolis

## **CERTIFICATE OF SERVICE**

        I, Samuel Margolis, hereby certify that on February 21, 2024, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

February 21, 2024
New York, New York

                                                      */s/ Samuel Margolis*
                                                      Samuel Margolis