PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING                TOKYO
HONG KONG              TORONTO
LONDON                 WASHINGTON, DC
LOS ANGELES            WILMINGTON
SAN FRANCISCO

Direct Dial:  (212) 373-3069

Email:  cparker@paulweiss.com

---

Dated: February 29, 2024

**SO ORDERED.**

*[signature]*

ANDREW E. KRAUSE
United States Magistrate Judge

---

February 29, 2024

By ECF

The Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re:  *M.G.* v. *Cuomo*, 19-cv-0639 (CS) (AEK)**
**Joint Proposed Revised Discovery Schedule**

Dear Judge Krause:

Pursuant to the Court's instructions in its February 26, 2024 Order (ECF No. 345), the parties write jointly to provide a proposed revised schedule for completion of discovery.

The parties' proposed revised schedule, in compliance with the Court's order, is set forth below.

1. The deadline for service of interrogatories, requests for production, and requests to admit has expired.

2. All fact depositions completed, except for the Rule 30(b)(6) deposition of OMH designee April Wojtkiewicz: <u>March 15, 2024</u>

3. Rule 30(b)(6) deposition of OMH designee April Wojtkiewicz completed: <u>April 5, 2024</u>

4. All fact discovery completed, including Defendants' productions of documents in response to Plaintiffs' Third and Fourth Requests for the Production of Documents: <u>April 5, 2024</u>

5. Status report confirming that fact discovery has been completed: <u>April 10, 2024</u>

6. Plaintiffs' merits expert disclosures, including service of expert reports: <u>August 16, 2024</u>

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Andrew E. Krause
February 29, 2024                                                                                            2

7.  Defendants' merits expert disclosures, including service of expert reports: <u>October 4, 2024</u>

8.  All expert discovery, including expert depositions: <u>November 15, 2024</u>

9.  All discovery must be completed: <u>November 15, 2024</u>

10. Should either party wish to file a summary judgment motion, that party must submit a pre-motion conference letter in accordance with Judge Seibel's Individual Practices no later than 14 days after the close of all discovery.

*        *        *

The parties jointly request that the Court adopt this schedule as an order of the Court.


Respectfully submitted,

*/s/ Crystal Parker*

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
Crystal L. Parker (cparker@paulweiss.com)
Walter Ricciardi (wricciardi@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Brian Erickson (berickson@paulweiss.com)
Michael Dauber (mdauber@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

DISABILITY RIGHTS NEW YORK
Elizabeth Woods (elizabeth.woods@drny.org)
Sabina Khan (sabina.khan@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861

THE LEGAL AID SOCIETY
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short (sshort@legal-aid.org)

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Andrew E. Krause
February 29, 2024                                                                 3

Robert M. Quackenbush (rquackenbush@legal-aid.org)
Sophia A. Gebreselassie (sgebreselassie@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

*Attorneys for Plaintiffs*


/s/ Owen T. Conroy

NYS OFFICE OF THE ATTORNEY GENERAL
Adam Sansolo (adam.sansolo@ag.ny.gov)
Gee Won Cha (geewon.cha@ag.ny.gov)
Owen T. Conroy (owen.conroy@ag.ny.gov)
28 Liberty Street
New York, NY 10005
(212) 416-6382

*Attorneys for Defendants*


cc: All counsel of record (via ECF)