**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

M.G., *et al.*,

                Plaintiffs,

    - against -

ANDREW CUOMO, *et al.*,

                Defendants.

No. 19-CV-639 (CS-AEK)

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs P.C., C.J., M.J., J.R., D.R., S.D., D.H., and W.P. individually and on behalf of all similarly situated.

Dated:  New York, New York
          March 1, 2024

                                            PAUL, WEISS, RIFKIND, WHARTON &
                                              GARRISON LLP

                                              By:  /s/ *Claire Abbadi*
                                                       Claire Abbadi

                                              1285 Avenue of the Americas
                                              New York, New York 10019-6064
                                              Tel.:  (212) 373-3736
                                              Fax:  (212) 492-0736
                                              cabbadi@paulweiss.com

                                              *Attorney for Plaintiffs*