# **Exhibit A**

| | |
|---|---|
| **From:** | Conroy, Owen |
| **To:** | Elizabeth Woods; Sansolo, Adam; Wallitt, Caroline; Cha, Gee Won |
| **Cc:** | elandriscina@legal-aid.org; Stefen Short; Robert Quackenbush; Lauren Nakamura; Parker, Crystal; Ricciardi, Walter G; Vance, Emily A; Erickson, Brian; Dauber, Michael; Abbadi, Claire; Mehring, Samantha; Teresa.Caturano@DRNY.org; Sabina.Khan@drny.org |
| **Subject:** | RE: M.G. v. Cuomo - RFP 110 |
| **Date:** | Monday, April 1, 2024 5:00:32 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

Counsel:

Defendants have already agreed to conduct an extensive search for the previously identified categories of centrally available documents related to the 45 individuals, pursuant to Judge Krause's specific instructions and the parties' discussions. Defendants are continuing to identify, collect, and review those documents, in order to complete all outstanding document productions by the April 5 discovery deadline. With just a few days until the deadline, and an additional OMH Rule 30(b)(6) deposition this week, Defendants are not able to expand the scope of the previously ordered and agreed-to document collection to add additional categories of documents related to the 45 individuals.

**Owen T. Conroy**
**Assistant Attorney General | Litigation Bureau**
Deputy Section Chief, Mental Health Agencies Section
New York State Office of the Attorney General
28 Liberty Street | New York, NY 10005

(212) 416-6382 | Owen.Conroy@ag.ny.gov | www.ag.ny.gov

---

**From:** Elizabeth Woods <Elizabeth.Woods@drny.org>
**Sent:** Friday, March 29, 2024 4:08 PM
**To:** Conroy, Owen <Owen.Conroy@ag.ny.gov>; Sansolo, Adam <Adam.Sansolo@ag.ny.gov>; Wallitt, Caroline <Caroline.Wallitt@ag.ny.gov>; Cha, Gee Won <GeeWon.Cha@ag.ny.gov>
**Cc:** Landriscina, Elena <ELandriscina@legal-aid.org>; Short, Stefen <SShort@legal-aid.org>; Quackenbush, Robert <RQuackenbush@legal-aid.org>; Lauren Nakamura <lnakamura@legal-aid.org>; Parker, Crystal <cparker@paulweiss.com>; Ricciardi, Walter G <wricciardi@paulweiss.com>; Vance, Emily A <evance@paulweiss.com>; Erickson, Brian <berickson@paulweiss.com>; Dauber, Michael <mdauber@paulweiss.com>; Abbadi, Claire <cabbadi@paulweiss.com>; Mehring, Samantha <smehring@paulweiss.com>; Teresa Caturano <Teresa.Caturano@drny.org>; Sabina Khan <Sabina.Khan@drny.org>
**Subject:** M.G. v. Cuomo - RFP 110

**[EXTERNAL]**

Counsel:

I write regarding RFP 110:

> For the years 2022-2024, documents sufficient to show the written residency agreements, written notices of resident responsibilities and the conditions of residency, and resident grievance procedures for the Transitional Living Residences, Transitional Placement Programs, Crisis Residences and State Operated Community Residences that any person listed on Appendix A was discharged to as listed on D-01685103.

Having now had an opportunity to review the recently produced parolee chrono reports for the more limited sample of 45 people, Plaintiffs have discerned that there are only three OMH locations to which our sample members were sent:

- Hutching Psychiatric Center (Emergency Housing and Respite Services), 620 Madison Street, Syracuse 13210
- Rochester Psychiatric Center (Alternate Living Residence or ALR) 1788 South Avenue, Rochester 14620, and

Manhattan Psychiatric Center (TLR), 110 Rivers Edge Road, New York NY 10035

    This is a very small document request now.  It should also not require any manual file review because Plaintiffs do not need the exact copy of the resident rules and procedures signed by the sample members. If the rules are the same for all residents at these facilities, then an unsigned copy of these basic residency documents will suffice.  Our understanding is that every resident receives these basic residency documents at time of admission, and they should be readily available and printable. We also discovered in the chrono report that one of the sample members discharged to Rochester Psychiatric Center-ALR is recently deceased, making it more important that these documents be produced since he cannot be interviewed about his experiences there.  Given this new information, please advise as soon as possible whether Defendants will provide this very small set of documents that Plaintiffs believe are highly relevant to the claims before the close of fact discovery.

I can send a secure email shortly with names/DINS if that is helpful. Please let me know if you want further information or if you have any questions.

Best,

Elizabeth



**Elizabeth Woods**
Staff Attorney
(She/Her/Hers/Ms.)

**Phone:** 518-512-4857
**Email:** Elizabeth.Woods@drny.org
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144

www.drny.org

Toll Free: 800-993-8982 | Fax: 518-427-6561

*This email may contain privileged or confidential information. If you receive it in error, do not read it. Please delete it and advise me of the error. Thank you.*

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.