# Exhibit C

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
M.G., P.C., C.J, M.J, J.R., D.R.,
S.D., W.P., and D.H.,
individually and on behalf of all
similarly situated,

                Plaintiffs,

           -against-                          19 cv 639 (CS) (AEK)
                                              Conference
ANDREW CUOMO, in his official
capacity as the Governor of the
State of New York, et al.,

                Defendants.
------------------------------------x
                                       United States Courthouse
                                       White Plains, New York
                                       November 1, 2023


B e f o r e:   THE HONORABLE ANDREW E. KRAUSE,
                                       United States Magistrate Judge

PAUL WEISS
         Attorneys for Plaintiffs
         1285 Avenue of the Americas
         New York, New York 10019
SAMUEL MARGOLIS
STEFEN SHORT

               -and-

THE LEGAL AID SOCIETY
         Attorneys for Plaintiffs
         199 Water Street
         New York, New York 10038
ELENA LANDRISCINA


NEW YORK STATE OFFICE OF ATTORNEY GENERAL
         Attorneys for Defendants
         28 Liberty Street, 15th Floor
         New York, New York 10005
OWEN CONROY
ADAM J. SANSOLO
```

Angela O'Donnell - Official Court Reporter
(914)390-4025

1          THE DEPUTY CLERK:  Good morning, all.  This is the
2  matter.  M.G. versus Cuomo, Docket Number 19CV639.  The
3  Honorable Andrew Krause presiding.
4          Counsel, note your appearance for the record,
5  starting with plaintiffs' counsel.
6          MR. MARGOLIS:  Good morning, your Honor.
7          Sam Margolis for plaintiffs from Paul Weiss, along
8  with my colleague, Stefen Short, and Elena Landriscina from the
9  Legal Aid Society.
10         THE COURT:  Good afternoon, everybody.
11         MR. CONROY:  Owen Conroy from the New York State
12 Office of the Attorney General on behalf of the defendants,
13 along with my colleague, Adam Sansolo.
14         Good afternoon, your Honor.
15         THE COURT:  Good afternoon to you both.
16         All right.  We're here for a status conference today
17 to talk about scheduling.  I think we're going to have to be
18 back here together in a few weeks to talk about some other
19 matters, as well, unless, perhaps, I can prevail upon you to
20 reach some sort of agreement as to those issues, but, I've read
21 the last couple of letters and, obviously, there's some
22 percolating disputes that are going to require further
23 attention from the parties and, in all likelihood, from the
24 Court.
25         I wanted to have you in to discuss the scheduling in

1  additional witnesses will be necessary.
2          MR. MARGOLIS:  Understood.  Thank you, your Honor.
3          THE COURT:  Okay.  So I think we are in a position
4  where we can set a deadline and then extend the other deadlines
5  accordingly.  But it's with the recognition that that might
6  need to be adjusted a bit further because we don't have dates
7  for everyone quite yet, and we might need to then have an
8  additional carveout or addendum or whatever you might want to
9  call it, to allow for the depositions of the plaintiffs to take
10 place if they're not in a position psychiatrically to sit for
11 their depositions within the window that we establish.
12         But be advised that that may wind of being just a
13 codicil only for them.  Right?  So we're going to set a
14 deadline with the idea that all the depositions can be
15 completed, but if we need to extend it for the plaintiffs, that
16 will not necessarily amount to an extension across the board
17 for additional depositions of the defendants.
18         Does that make sense?
19         MR. MARGOLIS:  Yes, that makes sense for us, your
20 Honor.
21         THE COURT:  Mr. Conroy.
22         MR. CONROY:  Yes, your Honor.
23         THE COURT:  Okay.  So, look, I also want to make sure
24 that to the extent people have holiday plans that you can enjoy
25 those holiday plans.  It's important to take that time,

1   whatever it might be; whether it's just to take a break or to
2   be with your family, or to doing whatever you might want to be
3   doing other than work for some period of time around the
4   holiday season, if that is what you have in mind.  So I'm
5   inclined to set a deadline somewhere in the mid- to late
6   January window for completion of depositions, with the
7   understanding that, depending on how things play out,
8   especially on the 30(b)(6) negotiations, that might need to be
9   adjusted, both based on the timing of those determinations and
10  the availability of the witnesses.
11           So I'm going to set the deadline for completion of
12  fact depositions at January 19.  And if we need to have further
13  discussion about that, we will.
14           I'm going to ask that you go back to the joint
15  proposed revised case schedule, which was so ordered by Judge
16  Seibel on March 8.  That's ECF Number 260, and then just adjust
17  all of the other dates by a corresponding amount of time.  And
18  then you can resubmit that to me by Friday to be so ordered.
19  I'll let Judge Seibel know that's happening.  I'm sure she'll
20  have no objection to that, given all of the things we've talked
21  about here today.
22           Okay.  I'm just looking through my agenda here to see
23  what else I wanted to discuss with you before I turn it over to
24  you to let me know what else we should cover.
25           The one plaintiff who has refused to participate in

1  deposition, it sounded to me in the way that that was presented
2  in the letters that that is a relatively permanent position,
3  Mr. Short.  Is that your understanding?  There was some talk
4  about him withdrawing -- him or her, I should say, withdrawing
5  as a plaintiff in this case?
6            MR. SHORT:  Yes, that's a relatively permanent
7  position.  He's -- it's not necessarily that he's refused to
8  sit for a deposition, it's that, unfortunately, he's in the
9  wind and so it's a relatively permanent situation.
10           THE COURT:  I see.  I mean, the problem is you don't
11 know where he is?
12           MR. SHORT:  That happens, your Honor.
13           THE COURT:  I mean, I'm not faulting you for that,
14 especially given the particular challenges of the plaintiffs in
15 this case.
16           That could change, I suppose.  I mean -- let me ask
17 it this way.  How would you like to handle that?  Are you
18 prepared to dismiss that person's claim now?  Would you like to
19 wait until the end of the deposition window?
20           I mean, it seems to me that there's no harm,
21 necessarily, to waiting until the end of the deposition window.
22 If that person is not present and able to sit or his deposition
23 or her deposition-- is it a him or her?  So I can stop saying
24 that?
25           MR. SHORT:  It's a him.

```
 1              THE COURT:  Okay.  For his deposition within that
 2   window, then you can take the appropriate steps to dismiss him
 3   from the case.
 4              MR. SHORT:  That sounds appropriate.
 5              THE COURT:  Okay.
 6              Mr. Conroy, does that seem workable from your point
 7   of view?
 8              MR. CONROY:  Yes, your Honor.  That sounds fine.
 9              THE COURT:  Okay.
10              MR. CONROY:  Thank you.
11              THE COURT:  And look, hopefully, you'll be able to
12   re-establish contact.  Hopefully he will be in a position where
13   he can participate in a deposition from a psychiatric
14   standpoint and he can continue to be part of the case.  But if
15   not, we have a road map for what to do when we get to that
16   point.
17              There's some back-and-forth in the letters about the
18   current state of settlement negotiations.  I know Judge Seibel
19   had encouraged you to engage in those negotiations.  Obviously,
20   that has to be happening in parallel with everything else
21   that's going on.
22              Let me ask you to think about this.  I'm not going to
23   put anybody on the spot now, because I don't want anybody to
24   say things that they think I want to hear.  I think I've said
25   this to both parties, both sides in this case, but I am of a
```