STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

April 23, 2024

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:    *M.G. v. Cuomo*, **19-cv-0639 (CS) (AEK)**
             **Defendants' Request for Leave to Take Deposition of In-Custody Deponent**

Dear Judge Krause:

    Pursuant to the Court's order dated April 19, 2024 (ECF No. 357), the parties are making arrangements for Defendants to take Named Plaintiff CJ's deposition. CJ is currently in custody at the Orange County Correctional Facility. Defendants therefore respectfully request the Court's leave pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) to take CJ's deposition at the correctional facility. Plaintiffs consent to this request. A proposed order is attached hereto.

    Thank you for your time and consideration of this matter.

                                           Respectfully submitted,

                                           /s/ Owen T. Conroy
                                           Adam Sansolo
                                           Caroline Wallitt
                                           Gee Won Cha
                                           Owen T. Conroy

                                           Assistant Attorneys General
                                           *Counsel for Defendants*

cc: All counsel of record (via ECF)