UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                        Plaintiffs,

            -against-                          7:19-cv-00639 (CS) (AEK)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                        Defendants.
------------------------------------------------------------------- X

      [PROPOSED] ORDER

      IT IS HEREBY ORDERED that an Assistant Attorney General may take the deposition of Plaintiff C.J. before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at the Orange County Correctional Facility or any other facility where he is currently housed, upon notice to Plaintiff and the superintendent of the correctional facility.

Dated: _____

                                        SO ORDERED

                                        _____
                                        HON. ANDREW E. KRAUSE
                                        United States Magistrate Judge