STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

April 23, 2024

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
**Defendants' Request to Adjourn May 16, 2024 Conference**

Dear Judge Krause:

Defendants write to respectfully request that the in-person conference scheduled for Thursday, May 16, 2024 at 10:30 a.m. be adjourned to a different date the following week. The reason for this request is that undersigned defense counsel has a pre-existing family commitment on May 16.

Plaintiffs consent to this request. The parties are jointly available on any of the following dates: May 20, 21, or 23.

Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/ Owen T. Conroy
Owen T. Conroy

Assistant Attorney General
*Counsel for Defendants*

cc: All counsel of record (via ECF)