

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

April 26, 2024

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:   *M.G. v. Cuomo*, **19-cv-0639 (CS) (AEK)**
           **Defendants' Update Regarding Plaintiffs' RFP No. 110**

Dear Judge Krause:

    Defendants write to provide an update regarding the dispute arising from Plaintiffs' Request for Production No. 110. In light of the Court's order dated April 19, 2024, ECF No. 356, Defendants will collect and produce the documents requested by Plaintiffs, as narrowed by Plaintiffs in their March 29, 2024 email and in the April 10, 2024 status report. Pursuant to the Court's instructions, Defendants will produce these documents on or before May 10, 2024.

    Thank you for your time and consideration of this matter.

                              Respectfully submitted,

                              /s/ Owen T. Conroy
                              Adam Sansolo
                              Caroline Wallitt
                              Gee Won Cha
                              Owen T. Conroy

                              Assistant Attorneys General
                              *Counsel for Defendants*

cc: All counsel of record (via ECF)