UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.G., *et al.*,

                Plaintiffs,

     - against -

ANDREW CUOMO, *et al.*,

                Defendants.

No. 19-cv-639 (CS-AEK)

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Brian Erickson, and subject to the approval of the Court, Brian Erickson hereby withdraws as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. My colleague Crystal Parker is a partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP and will continue to represent Plaintiffs in this proceeding.

DATED: New York, New York
             May 15, 2024

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Brian Erickson*

Brian Erickson
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3741
berickson@paulweiss.com

The Clerk of Court is respectfully directed to terminate Mr. Erickson as counsel for Plaintiffs.

SO ORDERED.

*Cathy Seibel*     5/15/24
CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., *et al.*,

                Plaintiffs,

- against -

ANDREW CUOMO, *et al.*,

                Defendants.

No. 19-cv-639 (CS-AEK)

**DECLARATION OF BRIAN ERICKSON**

Brian Erickson, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Plaintiffs in the above-captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

2. Crystal Parker of Paul, Weiss will continue to represent Plaintiffs in this matter.

3. My withdrawal will not delay the matter or prejudice any party and will not otherwise affect any dates or deadlines in this action.

4. I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2024
New York, New York

                              */s/ Brian Erickson*
                              Brian Erickson

## **CERTIFICATE OF SERVICE**

      I, Brian Erickson, hereby certify that on May 15, 2024, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

May 15, 2024
New York, New York

                                        */s/ Brian Erickson*
                                        Brian Erickson