

**INTENSIVE MOBILE TREATMENT**
1783 Madison Ave, New York, NY 10035, www.cucs.org

May 20th, 2024

To Whom It May Concern,

      I am writing to you in my role as the treating psychiatrist for MJ. I treat him as part of his enrollment in the Center for Urban and Community Services (CUCS) Intensive Mobile Treatment (IMT) Team, in which he has been enrolled since 2022. Ms. Landriscina has been keeping me up to date on matters related to his legal matters in court. At the present time, MJ is not doing well clinically. He suffers from schizoaffective disorder, cocaine use disorder, severe, and cannabis use disorder, severe, and he has continued to present as clinically unstable and decompensated for much of this calendar year, despite ongoing efforts to continue to engage him by our team. He has presented with disorganized thinking, paranoid ideation, and executive dysfunction from his schizoaffective disorder, as well as impaired judgement, pathological compulsive behavior, and frequent intoxication from his severe substance use disorders. He has been inconsistently engaged with treatment visits, inconsistently taking his prescribed medication, and very inconsistently been able to engage with social support services at all.

      This has all been in context of continued housing instability, as MJ has consistently voiced being unable to safely stay in the shelters to which he has been assigned largely due to violence and theft within the shelter system, as well as his own concerns about increased proximity to active substance use onsite at the shelters. MJ has reported that his cocaine use began due to exposure to others using it at his shelter at The Jerome Avenue Men's Shelter around March 2023, and is very quickly escalated to the severe level that it is currently at. Consequently, he has spent the bulk of his time sleeping and living on the streets, without a consistent place for the team to engage him in community visits, as well as under increase chronic stress which has led him to further disengage from treatment and increasingly rely on substance use as a coping mechanism. He has been psychiatrically hospitalized for reporting suicidal ideation multiple times in this calendar year, and thus far advocacy with the hospital systems to more strongly coordinate to get him to inpatient drug rehab or more stable housing have been unsuccessful. I met with him when he was briefly psychiatrically hospitalized at Harlem Hospital on 5/6/24 when he presented as agitated and expressing suicidal ideation. He presented as above, irritable, paranoid, labile of mood, focused on continued substance use, and refusing additional supports and ending the visit with me after only a few minutes. His presentation that day has been corroborated to have continued during his interactions with other team members as well as his CASES case worker.

      At this time, it is my clinical opinion that he would not be able to adequately navigate and participate in an official deposition. Furthermore, I believe that the additional stress of a deposition would be counterproductive to the delicate work being done at present to maintain and strengthen our therapeutic relationship with MJ, as the additional stress would more likely than not further increase his reliance on pathological coping mechanisms that will negatively impact his physical and mental health.

_____

Justin Kung, MD
Janian Medical Care
198 East 121st Street
New York, New York 10035
p (929)515-1068
f (646)430-8173