**CUCS — center for urban community services**

*Rebuilding lives together*

**INTENSIVE MOBILE TREATMENT**
1789 Madison Ave, New York, NY 10035, www.cucs.org

_____

To Whom It May Concern,

I'm the social worker on MJ's Intensive Mobile Treatment (IMT) team, which provides wraparound outpatient mental health, medical and social services to at-risk individuals. MJ has been on the IMT team since 3/3/22.

It is our team's assessment that MJ would not be able to sit for a deposition at this time. He carries a significant trauma history, including abuse, addiction and gang involvement. He has a history of mental health and substance use disorder diagnoses. He is currently street homeless. He is not currently attending to his basic physical and psychiatric needs. This includes and is not limited to: poor personal hygiene, not eating adequately, not dressing appropriately for the weather, and not attending to wound-care that could lead to infection. He has not been adherent with prescribed oral medications. His distress tolerance is currently very low and he has been getting into physical altercations in the community regularly. He has had several recent arrests. Due to behavioral concerns, he has not been allowed to enter the office of his court-mandated supervised release program.

It is my clinical assessment that requiring MJ to sit for a deposition would likely exacerbate his condition and cause him to decompensate further.

At this time, I cannot think of a reasonable accommodation that would facilitate his ability to participate in the deposition. In the future, if MJ is in a more stable setting/facility, such as a rehab or hospital, his symptoms may improve to the point of him being able to tolerate the deposition.

Sincerely,
Max Ross, LMSW
Social Worker
CUCS IMT Team 7
maxwell.ross@cucs.org
(929) 265-7268