UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
M. G. et al,

                          Plaintiff(s)

      -against-

Cuomo et al,

                          Defendant(s).
-------------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

7:19-CV-00639 (CS)

A Bench Ruling as to the pending motion(s) is scheduled for **June 24, 2024 at 9:45 a.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                          /s/ Walter Clark, Courtroom Deputy

Dated: June 10, 2024
        White Plains, New York