# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                                    Plaintiffs,

          -against-                             7:19-cv-00639 (CS) (AEK)

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                                    Defendants.
------------------------------------------------------------------- X

## NOTICE OF DEPOSITION OF PLAINTIFF J.R.

     PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants, by their attorney, LETITIA JAMES, Attorney General of the State of New York, will take the deposition upon oral examination under oath of Plaintiff J.R. on Friday, June 7, 2024, commencing at 10:00 a.m. and continuing from day to day until completed, before a notary public or other person authorized to administer oaths, at the Office of the Attorney General of the State of New York, 28 Liberty Street, 16th Floor, New York, NY 10005. The deposition may be recorded by audio, video, and stenographic means.

     PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 37(d) of the Federal Rules of

Civil Procedure, a plaintiff who fails to attend his or her own deposition may be subject to sanctions.

Dated:    New York, New York
          May 22, 2024

                                                        LETITIA JAMES
Attorney General
State of New York

By: /s/ Owen T. Conroy
Adam Sansolo
Erin Kandel
Gee Won Cha
Owen T. Conroy
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-6382
Owen.Conroy@ag.ny.gov

TO: All Plaintiffs' counsel of record