

49 THOMAS STREET   NEW YORK, NY 10013   TEL: 212-577-3300   http://www.legalaidnyc.org

**Alan Levine**
*President*

**Twyla Carter**
*Attorney-in-Chief*

**Justine M. Luongo**
*Chief Attorney*
Criminal Practice

**Philip Desgranges**
*Attorney-in-Charge*
Law Reform and Special Litigation

**Via ECF**

June 28, 2024

Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    M.G. v. Cuomo, 19-cv-0639 (CS) (AEK) – Status Update regarding Plaintiff M.J.

Dear Judge Krause:

      Pursuant to the Court's Minute Entry on May 21, 2024, Plaintiffs write to provide the update that Plaintiff M.J. is able to sit for his own deposition. Under the Court's schedule, Plaintiff M.J.'s deposition must be completed by August 16, 2024. Plaintiffs intend to confer with Defendants as to scheduling the date for the deposition.

      Respectfully,

      The LEGAL AID SOCIETY

      /s/  Elena Landriscina
      _____

      Elena Landriscina (elandriscina@legal-aid.org)
      Stefen R. Short, Of Counsel (sshort@legal-aid.org)
      Robert M. Quackenbush (rquackenbush@legal-aid.org)
      Lauren Nakamura (lnakamura@legal-aid.org)
      Veronica Vela (vvela@legal-aid.org)
      49 Thomas Street, 10th Floor
      New York, New York 10013
      (212) 577-3530

        PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP
        Walter Ricciardi (wricciardi@paulweiss.com)
        Emily Vance (evance@paulweiss.com)
        Michael Dauber (mdauber@paulweiss.com)
        Claire Abbadi (cabbadi@paulweiss.com)
        1285 Avenue of the Americas
        New York, New York 10019-6064
        (212) 373-3000

        DISABILITY RIGHTS NEW YORK
        Elizabeth Woods (elizabeth.woods@drny.org)
        Sabina Khan (sabina.khan@drny.org)
        279 Troy Road, Ste 9
        PMB 236
        Rensselaer, NY 12144
        *Attorneys for Plaintiffs*

cc:    Counsel of record (via ECF)