STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

July 3, 2024

**By ECF**
Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
**Defendants' Response to Proposed Order**

Dear Judge Seibel:

The Office of the Attorney General represents the Defendants in the above-captioned matter. Defendants write in response to the Proposed Order filed by Plaintiffs at ECF No. 370. The Proposed Order appears to accurately reflect the result of the Court's June 24, 2024 bench decision as to the Court's ruling on Plaintiffs' motion for class certification. However, the Proposed Order does not reflect the Court's parallel ruling on Defendants' *Daubert* motion to exclude the opinions and testimony of Plaintiffs' proposed class certification experts.

As an alternative to issuing the Proposed Order, Defendants respectfully request that the Court consider converting the June 24, 2024 bench ruling into a written decision. Earlier in this case, when the Court issued a bench ruling denying Defendants' motion to dismiss the Second Amended Complaint, Plaintiffs and the United States of America, as an interested party, each submitted requests that the Court convert that ruling into a written decision, given the significant legal and policy concerns at issue in this litigation. *See* ECF Nos. 178 & 179. The Court subsequently issued a written opinion and order memorializing that decision. ECF No. 185.

The present circumstances are much the same. The Court's decision granting in part and denying in part Plaintiffs' motion for class certification, and its decision granting in part and denying in part the *Daubert* motion, are rulings of special interest. As the United States previously articulated, a "written opinion available in legal databases and which may be published in the Federal Supplement would provide guidance to future litigants and help ensure the correct and consistent interpretation and application of Title II in subsequent cases." ECF No. 178 at 1. The present ruling, like the earlier one, "addresses several issues of national importance and clarifies the law in important areas." ECF No. 179 at 1.

Hon. Cathy Seibel
July 3, 2024
Page 2

      For all of these reasons, Defendants respectfully request that the Court convert the June 24, 2024 bench ruling into a written opinion. Thank you for your consideration of this request.

                        Respectfully submitted,

                        /s/ Owen T. Conroy
                        Adam Sansolo
                        Caroline Wallitt
                        Gee Won Cha
                        Owen T. Conroy

                        Assistant Attorneys General
                        *Counsel for Defendants*

cc: All counsel of record (via ECF)