AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| M.G., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-cv-0639 (CS) (AEK) |
| Cuomo, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

M.G., P.C., C.J., M.J., J.R., D.R, S.D., D.H., and W.P. individually and on behalf of all similarly situated.

Date: 07/03/2024

/s/ Philip Desgranges
*Attorney's signature*

Philip Desgranges, Bar No. 319332
*Printed name and bar number*
The Legal Aid Society
Criminal Law Reform
49 Thomas Street, 10th Floor
New York, NY 10013
*Address*

pdesgranges@legal-aid.org
*E-mail address*

(212) 577-3367
*Telephone number*

(646) 616-4726
*FAX number*