PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3350
EMAIL: WRICCIARDI@PAULWEISS.COM

BEIJING         SAN FRANCISCO
BRUSSELS        TOKYO
HONG KONG       TORONTO
LONDON          WASHINGTON, DC
LOS ANGELES     WILMINGTON

August 2, 2024

**Via ECF**

Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:  *M.G. v. Cuomo*, 19-cv-639 (CS) (AEK)

Dear Judge Krause:

      We write on behalf of Plaintiffs in the above-captioned action to request a one-week extension of the upcoming August 16 deadline for Plaintiffs to serve their expert disclosures upon Defendants. Plaintiffs request this additional week due to several conflicts in the schedules of their expert witnesses, which will make it difficult for them to complete their expert reports by the current deadline. This is Plaintiffs' first request for an extension of this deadline and Plaintiffs do not anticipate making additional requests.

      Regrettably, Defendants oppose Plaintiffs' request for this one-week courtesy extension. As background, Plaintiffs initially requested that Defendants consent to a three-week extension to the deadlines in the expert discovery schedule. Defendants indicated that they opposed, and to avoid burdening the Court with a dispute, Plaintiffs sought Defendants' consent to a one-week extension as a compromise. Defendants have indicated that they continue to oppose, and stated that they will promptly file a letter with the Court explaining the bases for their opposition.

      In the below chart, Plaintiffs set forth a revised set of proposed deadlines for the remainder of the schedule, reflecting their requested one-week extension.

|  | **Existing Deadline** | **Proposed New Deadline** |
|---|---|---|
| Service of Plaintiffs' merits expert disclosures | August 16, 2024 | August 23, 2024 |
| Service of Defendants' merits experts disclosures | October 4, 2024 | October 11, 2024 |
| Close of all expert discovery, including expert depositions | November 15, 2024 | November 22, 2024 |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Andrew E. Krause                                                                 2

| Close of all discovery | November 15, 2024 | November 22, 2024 |
| --- | --- | --- |
| Pre-Motion Conference Letters for Any Summary Judgment Motions | November 29, 2024 | December 6, 2024 |

This modest extension has the additional benefit of moving the current pre-motion letter deadline from November 29, 2024, which is the day after Thanksgiving, to the following week.

We thank the Court for its consideration in this matter.

Respectfully,

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

*/s/ Walter Ricciardi*
Walter Ricciardi (wricciardi@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Michael Dauber (mdauber@paulweiss.com)
Claire Abbadi (cabbadi@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

DISABILITY RIGHTS NEW YORK
Elizabeth Woods (elizabeth.woods@drny.org)
Sabina Khan (sabina.khan@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861

The LEGAL AID SOCIETY
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short, Of Counsel (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Lauren Nakamura (lnakamura@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
Philip L. Desgranges (pdesgranges@legal-aid.org)
49 Thomas Street, 10th Floor
New York, New York 10013
(212) 577-3530
*Attorneys for Plaintiffs*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

cc: Counsel of Record (via ECF)