PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

DIRECT DIAL: (212) 373-3350
EMAIL: WRICCIARDI@PAULWEISS.COM

August 28, 2024

<u>By ECF</u>

The Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *M.G.* v. *Cuomo*, 19-cv-0639 (CS) (AEK)
      Joint Discovery Status Report

Dear Judge Krause:

Pursuant to the Court's instructions in its July 8, 2024 Order (ECF No. 374), as amended in its August 5, 2024 Order (ECF No. 378), the parties write jointly to provide a status report on fact discovery and interest in a settlement conference.

Plaintiffs have served their merits expert disclosures and expert reports. Plaintiffs have requested that Defendants supplement certain previously served discovery requests, about which the parties are still conferring.

Plaintiff M.J. did not attend his noticed deposition by the August 16, 2024 deadline. Defendants served a notice of M.J.'s deposition on October 11, 2023. Defendants therefore renew their request for permission to file a pre-motion letter seeking dismissal of M.J. for failure to prosecute.

Plaintiffs oppose this request. As Plaintiffs have informed Defendants, M.J. has been discharged from the facility at which he was receiving treatment to homelessness with no cellphone. In the weeks before his discharge, Plaintiffs' counsel had multiple conversations with M.J. in which he conveyed that he wishes to proceed with his deposition and to continue prosecuting this case. Plaintiffs' counsel also communicated with the facility to plan for M.J.'s deposition and apprised Defendants of those efforts. Currently, Plaintiffs' counsel are working diligently with M.J.'s Intensive Mobile Treatment team to get in contact with M.J. and schedule a deposition date. Plaintiffs will continue to provide updates to Defendants as this situation

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Andrew E. Krause
August 28, 2024                                                                                                              2

evolves.  At this time, Plaintiffs' counsel have no reason to doubt that M.J. continues to wish to proceed with this case and thus will oppose any motion seeking dismissal of M.J. for failure to prosecute.

        The parties have met and conferred, and are interested in a settlement conference with the Court.

        Respectfully submitted,

        */s/ Walter Ricciardi*

        Walter Ricciardi