**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

M.G., *et al.*,

                Plaintiffs,

    - against -

ANDREW CUOMO, *et al.*,

                Defendants.

No. 19-CV-639 (CS-AEK)

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs P.C., C.J., M.J., D.R., S.D., D.H., and W.P. individually and on behalf of all similarly situated.

Dated:  New York, New York
          September 17, 2024

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                           GARRISON LLP

                                        By:  /s/ *Ethan C. Stern*
                                                   Ethan C. Stern

                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Tel.:  (212) 373-3471
                                        Fax:  (212) 492-0471
                                        estern@paulweiss.com

                                        *Attorney for Plaintiffs*