UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

M.G., *et al.*,

                    Plaintiffs,              **SCHEDULING ORDER**

       -against-                            19 Civ. 639 (CS) (AEK)

CUOMO, *et al.*,

                    Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Wednesday, October 16, 2024 at 9:30 a.m.**

    On or before **Wednesday, October 9, 2024**, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's proposed resolution and the rationale for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. As discussed at the September 18, 2024 status conference, the *ex parte* submissions must also attach the most recent letters regarding settlement proposals that the parties have exchanged or will exchange in advance of the conference. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

    Defense counsel must arrange to have the appropriate representatives from the New York State Department of Corrections and Community Supervision and the New York State Office of Mental Health participate in the conference.

    This conference will be conducted by video, using Microsoft Teams. A link and instructions will be provided to the parties by email prior to the conference. Should anyone

2

experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: September 18, 2024
       White Plains, New York

                                     **SO ORDERED.**

*[signature]*

ANDREW E. KRAUSE
United States Magistrate Judge

2