STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 19, 2024

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
      **Joint Letter Motion to Seal**

Dear Judge Krause:

As discussed with Your Honor at yesterday's conference, the parties are making arrangements for Defendants to take Named Plaintiff MJ's deposition at Rikers Island Correctional Facility on September 27, 2024. Defendants will shortly file a letter and proposed order requesting the Court's leave pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) to take MJ's deposition at the correctional facility.

The proposed order contains MJ's full name and NYCDOC book and case number. The parties jointly request permission to file a public version of the proposed order with that identifying information redacted, and an unredacted version of the proposed order under seal. If the Court grants Defendants' request to take MJ's deposition and signs the proposed order, the parties request that the public version of the order likewise redact MJ's full name and NYCDOC book and case number.

The reason for this request is that on February 7, 2019, Judge Seibel granted Plaintiffs' *ex parte* motion to proceed anonymously and ordered that filings that "reveal the identities of the Plaintiffs" may be filed under seal. Dkt. No. 35. Judge Seibel's order found that Plaintiffs have a compelling interest in proceeding anonymously. *Id.* On May 15, 2019, Judge Seibel signed the parties' "Stipulation and Protective Order" and entered the order on the docket. Dkt. No. 42. Documents may be filed under seal if "the privacy interests of those resisting disclosure" outweigh the presumption of public access to judicial documents. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

Hon. Andrew E. Krause
September 19, 2024
Page 2

Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/ Owen T. Conroy
Adam Sansolo
Caroline Wallitt
Gee Won Cha
Owen T. Conroy

Assistant Attorneys General
*Counsel for Defendants*

cc: All counsel of record (via ECF)