**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 19, 2024

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
      **Consent Request for Leave to Take Deposition of In-Custody Deponent**

Dear Judge Krause:

As discussed with Your Honor at yesterday's conference, the parties are making arrangements for Defendants to take Named Plaintiff MJ's deposition at Rikers Island Correctional Facility on September 27, 2024. Defendants respectfully request the Court's leave pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) to take MJ's deposition at the correctional facility. Plaintiffs consent to this request.

A proposed order is attached hereto. Because the proposed order contains MJ's full name and NYCDOC book and case number, that information has been redacted from the publicly filed proposed order. Defendants are contemporaneously filing a joint letter motion to seal and a sealed, unredacted version of the proposed order. If the Court grants this request and signs the proposed order, the parties request that the public version of the order likewise redact MJ's full name and NYCDOC book and case number.

Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/ Owen T. Conroy
Adam Sansolo
Caroline Wallitt
Gee Won Cha
Owen T. Conroy

Assistant Attorneys General
*Counsel for Defendants*

cc: All counsel of record (via ECF)