UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

M.G., P.C., C.J., M.J., J.R., D.R., S.D., W.P., and D.H., individually and on behalf of all similarly situated,

                        Plaintiffs,

-against-

ANDREW CUOMO, in his official capacity as the Governor of the State of New York, the NEW YORK STATE OFFICE OF MENTAL HEALTH, ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ANTHONY J. ANNUCCI, in his official capacity as the Acting Commissioner of the New York State Department of Corrections and Community Supervision, ANNE MARIE MCGRATH, in her official capacity as Deputy Commissioner of the New York State Department of Corrections and Community Supervision,

                        Defendants.
------------------------------------------------------------------- X

7:19-cv-00639 (CS) (AEK)

**[PROPOSED] ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

      IT IS HEREBY ORDERED pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) that an Assistant Attorney General from the Office of the Attorney General of the State of New York may take the deposition of plaintiff M▮▮▮▮ J▮▮▮▮▮, B&C No. ▮▮▮▮▮▮▮, at Rikers Island Facility or any facility where he is currently housed, on September 27, 2024 at 10:00 a.m. and continuing that day until its completion, by stenographic means. A private room will be required to conduct the deposition and a separate private room will be required for breaks during the deposition. In attendance will be Assistant Attorney General Owen Conroy; Elena Landriscina and Jeffrey Berman, from The Legal Aid Society; Chynna Williams, who is a member of Mr. J▮▮▮▮▮'s Intensive Mobile Treatment team; and a court reporter from Veritext Legal Solutions who will be

assigned at a later date prior to the deposition. The court reporter from Veritext will be utilizing stenographic equipment that may include a stenographic machine, machine attachments, a charger, extension cords, pens, pencils, a blank paper pad, and a laptop computer. Additionally, Owen Conroy, Elena Landriscina, Jeffrey Berman, each expect to bring a writing pads, pens, and folders containing documents. In addition, Elena Landriscina and Jeffrey Berman each expect to bring water bottles and lunch food.

Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing his claims.

Dated: _____

                          SO ORDERED

                          _____
                          HON. ANDREW E. KRAUSE
                          United States Magistrate Judge