**THE LEGAL AID SOCIETY CRIMINAL DEFENSE**

49 THOMAS STREET  NEW YORK, NY 10013  TEL: 212-577-3300   http://www.legalaidnyc.org

**Alan Levine**
*President*

**Twyla Carter**
*Attorney-in-Chief*

**Justine M. Luongo**
*Chief Attorney*
Criminal Practice

**Philip Desgranges**
*Attorney-in-Charge*
Law Reform and Special Litigation

**Via ECF**

September 27, 2024

Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re: M.G. v. Cuomo, 19-cv-0639 (CS) (AEK) – Named Plaintiff M.J.

Dear Judge Krause:

    Plaintiffs write to inform the Court that Named Plaintiff M.J. has advised Plaintiffs' counsel that he wishes to withdraw from the litigation as a plaintiff and a class representative. On Wednesday, September 25, 2024, Plaintiffs' counsel informed Defendants of M.J.'s decision to withdraw from the litigation and to not sit for the deposition noticed for Friday, September 27, 2024.

    Plaintiff M.J. advised counsel of his decision during an in-person meeting on Rikers Island, subsequent to the parties' conference with the Court on September 18, 2024. Plaintiffs are appreciative of the Court's and Defendants' patience and accommodations as M.J. has navigated challenges related to his serious mental illness and homelessness.

    The parties have prepared and executed a stipulation of dismissal pursuant to Rule 41, which Plaintiffs have filed on ECF as docket entry 389.

    Respectfully,

    The LEGAL AID SOCIETY

    /s/  Elena Landriscina

    Elena Landriscina (elandriscina@legal-aid.org)

Stefen R. Short, Of Counsel (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Lauren Nakamura (lnakamura@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
Philip Desgranges (pdesgranges@legal-aid.org)
49 Thomas Street, 10th Floor
New York, New York 10013
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Walter Ricciardi (wricciardi@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Ethan Stern (estern@paulweiss.com)
Michael Dauber (mdauber@paulweiss.com)
Claire Abbadi (cabbadi@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

DISABILITY RIGHTS NEW YORK
Elizabeth Woods (elizabeth.woods@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
*Attorneys for Plaintiffs*

cc:   Counsel of record (via ECF)