UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>                Plaintiffs,<br><br>  - against -<br><br>ANDREW CUOMO, et al.,<br><br>                Defendants. | No. 19-CV-639 (CS-AEK) |

**STIPULATION OF VOLUTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Plaintiff M.J. and Defendants, through their respective counsel, hereby stipulate and agree that all individual claims asserted by M.J. against Defendants in the above-captioned action are dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation of dismissal shall have no bearing on the claims of any other Plaintiff or class member in the above-captioned action. M.J. and Defendants shall bear their own costs, expenses, and attorneys' fees.

Dated: September 30, 2024
New York, New York

Respectfully submitted,

**The LEGAL AID SOCIETY**

*/s/ Elena Landriscina*
_____
Elena Landriscina (elandriscina@legal-aid.org)
Stefen R. Short, Of Counsel (sshort@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Lauren Nakamura (lnakamura@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
Philip L. Desgranges (pdesgranges@legal-aid.org)
49 Thomas Street, 10th Floor

New York, New York 10013
(212) 577-3530

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Walter Ricciardi (wricciardi@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Ethan Stern (estern@paulweiss.com)
Michael Dauber (mdauber@paulweiss.com)
Claire Abbadi (cabbadi@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

**DISABILITY RIGHTS NEW YORK**
Elizabeth Woods (elizabeth.woods@drny.org)
Sabina Khan (sabina.khan@drny.org)
279 Troy Road, Ste 9 PMB 236
Rensselaer, NY 12144
(518) 432-7861

*Attorneys for Plaintiffs*

**NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL**

_____
Owen T. Conroy (Owen.Conroy@ag.ny.gov)
Adam Sansolo (Adam.Sansolo@ag.ny.gov)
Caroline Wallitt (Caroline.Wallitt@ag.ny.gov)
Gee Won Cha (GeeWon.Cha@ag.ny.gov)
28 Liberty Street
New York, New York 10005
(212) 416-8610

*Counsel for Defendants*