UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>       Plaintiffs,<br><br> - against -<br><br>ANDREW CUOMO, *et al.*,<br><br>       Defendants. | No. 19-CV-639 (CS-AEK) |

## **NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Sabina Khan, Esq. and subject to the approval of the Court, Sabina Khan, Esq. hereby withdraws as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. My colleague Elizabeth Woods, Esq. is an attorney at Disability Rights New York (DRNY) and will continue to represent Plaintiffs in this proceeding

Dated: October 31, 2024
New York, New York

                        Respectfully submitted,

                        *Sabina Khan, Esq.*
                        Sabina Khan, Esq.

                        Disability Rights New York
                        279 Troy Road, Ste 9
                        PMB 236
                        Rensselaer, NY 12144
                        (518) 432-7861
                        Sabina.Khan@drny.org

So Ordered:

_____

Honorable Cathy Seibel
United States District Judge