UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>                  Plaintiffs,<br><br>   - against -<br><br>ANDREW CUOMO, et al.,<br><br>                 Defendants. | No. 19-CV-639 (CS-AEK)<br>DECLARATION OF SABINA KHAN, ESQ. |

Sabina Khan, Esq. pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at Disability Rights New York (DRNY), counsel for Plaintiffs in the above-captioned case.
2. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of DRNY.
3. My colleague, Elizabeth Woods, Esq., will continue to represent Plaintiffs in this matter.
4. My withdrawal will not delay the matter or prejudice any party and will not otherwise affect any dates or deadlines in this action.
5. I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 31, 2024
New York, New York

*Sabina Khan, Esq.*
Sabina Khan, Esq.

Disability Rights New York
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861
Sabina.Khan@drny.org