**CERTIFICATE OF SERVICE**

I, Sabina Khan, Esq., hereby certify that on October 31, 2024, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

*Sabina Khan, Esq.*
Sabina Khan, Esq.

Disability Rights New York
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861
Sabina.Khan@drny.org