UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>      Plaintiffs,<br><br> - against -<br><br>ANDREW CUOMO, *et al.*,<br><br>      Defendants. | No. 19-CV-639 (CS-AEK) |

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Sabina Khan, Esq. and subject to the approval of the Court, Sabina Khan, Esq. hereby withdraws as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. My colleague Elizabeth Woods, Esq. is an attorney at Disability Rights New York (DRNY) and will continue to represent Plaintiffs in this proceeding

Dated: October 31, 2024
New York, New York

                   Respectfully submitted,

                   *Sabina Khan, Esq.*
                   Sabina Khan, Esq.

                   Disability Rights New York
                   279 Troy Road, Ste 9
                   PMB 236
                   Rensselaer, NY 12144
                   (518) 432-7861
                   Sabina.Khan@drny.org

The Clerk of Court is respectfully directed to terminate Ms. Khan as counsel for Plaintiffs.

SO ORDERED.

*Cathy Seibel*  10/31/24
CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>                Plaintiffs,<br><br>  - against -<br><br>ANDREW CUOMO, et al.,<br><br>                Defendants. | No. 19-CV-639 (CS-AEK)<br>DECLARATION OF SABINA KHAN, ESQ. |

Sabina Khan, Esq. pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at Disability Rights New York (DRNY), counsel for Plaintiffs in the above-captioned case.
2. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of DRNY.
3. My colleague, Elizabeth Woods, Esq., will continue to represent Plaintiffs in this matter.
4. My withdrawal will not delay the matter or prejudice any party and will not otherwise affect any dates or deadlines in this action.
5. I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 31, 2024
New York, New York

*Sabina Khan, Esq.*
Sabina Khan, Esq.

Disability Rights New York
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861
Sabina.Khan@drny.org

## CERTIFICATE OF SERVICE

I, Sabina Khan, Esq., hereby certify that on October 31, 2024, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

*Sabina Khan, Esq.*
Sabina Khan, Esq.

Disability Rights New York
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
(518) 432-7861
Sabina.Khan@drny.org