UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., *et al*.

        *Plaintiffs*,

- against -

ANDREW CUOMO, *et al.*,

        *Defendants*.

<u>**NOTICE OF APPEARANCE**</u>

19-CV-639 (CS) (AEK)

   **PLEASE TAKE NOTICE** that LETITIA JAMES, Attorney General of the State of New York, by Caroline P. Wallitt, Assistant Attorney General, hereby appears as counsel of record for Defendants in the above-captioned action, and requests that all pleadings, notices of applications and proceedings, and other papers in this action be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    November 25, 2024

            LETITIA JAMES
            Attorney General of the
             State of New York
            *Counsel for Defendants*

            By:

            _____/s/_____
            CAROLINE P. WALLITT
            Assistant Attorney General
            28 Liberty Street
            New York, New York 10005
            Tel: (212) 416-6228

To: All Counsel of Record (By ECF)  Caroline.Wallitt@ag.ny.gov