

**Office of the New York State Attorney General**  **Letitia James Attorney General**

November 26, 2024

**By ECF**
Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Pre-motion letters regarding summary judgment due 1/6/25.

SO ORDERED.   11/26/24
*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

      Re:   *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
              **Joint Request for Extension of Pre-Summary Judgment Letter Deadline**

Dear Judge Seibel:

      The parties write jointly to provide an update on the status of this matter and to respectfully request a 30-day extension of the summary judgment pre-motion letter deadline.

      As of November 22, 2024, the parties completed fact and expert discovery pursuant to the case management schedule set by Magistrate Judge Krause (ECF No. 378).[1] The case management schedule calls for summary judgment pre-motion letters to be filed, pursuant to Your Honor's Individual Rules, by Friday, December 6, 2024.

      On October 16, 2024, the parties attended a settlement conference with Magistrate Judge Krause. Following that conference, the parties have continued to discuss the possibility of settlement. Earlier today, the parties sent Magistrate Judge Krause a joint status report regarding the status of settlement discussions.

      The parties jointly request that the summary judgment pre-motion letter deadline be extended 30 days, to January 6, 2025, in order to give space for the parties to continue to assess the possibility of a settlement. This is the first request for an extension of the summary judgment pre-motion letter deadline (although this deadline has previously been moved multiple times as part of global adjustments to the case management schedule). The requested extension would not affect any other scheduled dates.

      The parties thank Your Honor for your time and attention to this request.

---

[1] Subject to one request by Defendants for a document (or documents) mentioned in the deposition testimony of Plaintiffs' proposed expert Melodie Peet. Defendants followed up in writing on November 20, 2024, to request the document(s), and Plaintiffs have informed Defendants that they will respond to Defendants' request.

Hon. Cathy Seibel  Page 2 of 2
November 26, 2024

Respectfully submitted,

/s/ Owen T. Conroy
Adam Sansolo
Caroline Wallitt
Gee Won Cha
Owen T. Conroy

Assistant Attorneys General
*Counsel for Defendants*

DISABILITY RIGHTS NEW YORK

/s/ Elizabeth Woods
Elizabeth Woods

The LEGAL AID SOCIETY

Elena Landriscina
Robert M. Quackenbush
Lauren Nakamura
Veronica Vela
Philip L. Desgranges

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Walter Ricciardi
Emily Vance
Ethan Stern
Michael Dauber
Claire Abbadi

*Counsel for Plaintiffs*