

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

December 30, 2024

**By ECF**
Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
            **Joint Request for Interim Stay of Pre-Summary Judgment Letter Deadline**

Dear Judge Seibel:

      The parties write jointly to provide an update on the status of this matter and to respectfully request an interim stay of the January 6, 2025, summary judgment pre-motion letter deadline.

      Following the conclusion of discovery, the parties have continued to engage in settlement negotiations. The parties have been submitting settlement status reports to Magistrate Judge Krause. The parties' next settlement status report is due to be submitted to Judge Krause on or before January 14, 2025. *See* ECF No. 402.

      Summary judgment pre-motion letters are currently due to be filed by January 6, 2025. *See* ECF No. 399. The parties respectfully request that the Court issue an interim stay of the summary judgment pre-motion letter deadline so that the parties may continue to discuss the possibility of a settlement. The parties respectfully propose to submit a joint status update to Your Honor in 60 days, on or before February 24, 2025.

      This is the second joint request for an extension of the summary judgment pre-motion letter deadline. The requested extension would not affect any other scheduled dates.

      The parties thank Your Honor for your time and attention to this request.

                                                         Respectfully submitted,

                                                         /s/ Owen T. Conroy
                                                         Adam Sansolo
                                                         Caroline Wallitt
                                                         Gee Won Cha
                                                        Owen T. Conroy

Hon. Cathy Seibel  
December 30, 2024

Page 2 of 2

Assistant Attorneys General
*Counsel for Defendants*

DISABILITY RIGHTS NEW YORK

Elizabeth Woods

The LEGAL AID SOCIETY

Elena Landriscina
Robert M. Quackenbush
Lauren Nakamura
Veronica Vela
Philip L. Desgranges

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Walter Ricciardi
Walter Ricciardi
Emily Vance
Ethan Stern
Michael Dauber
Claire Abbadi

*Counsel for Plaintiffs*