

**Office of the New York State Attorney General**

**Letitia James Attorney General**

February 24, 2025

**By ECF**
Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
              **Joint Status Update**

Dear Judge Seibel:

      The parties write jointly to provide an update on the status of this matter pursuant to the Court's Order dated December 30, 2024 (ECF No. 404).

      The parties are continuing to engage in settlement negotiations and have been submitting regular status reports regarding the settlement negotiations to Magistrate Judge Krause. The parties' next settlement status report is due to be submitted to Judge Krause on or before March 13, 2025.

      The parties respectfully request that the deadline for pre-motion letters related to summary judgment continue to be held in abeyance pending the outcome of the settlement discussions. The parties jointly propose to submit a further joint status update to Your Honor in 60 days, on or before April 25, 2025.

      The parties thank Your Honor for your time and attention to this matter.

                                                      Respectfully submitted,

                                                      /s/ Owen T. Conroy
                                                    Adam Sansolo
                                                    Caroline Wallitt
                                                    Gee Won Cha
                                                    Owen T. Conroy

                                                    Assistant Attorneys General
                                                    *Counsel for Defendants*

Hon. Cathy Seibel  Page 2 of 2
February 24, 2025

        DISABILITY RIGHTS NEW YORK

        Elizabeth Woods


        The LEGAL AID SOCIETY

        /s/ Robert M. Quackenbush
        Elena Landriscina
        Robert M. Quackenbush
        Lauren Nakamura
        Veronica Vela
        Philip L. Desgranges


        PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP

        Walter Ricciardi
        Emily Vance
        Ethan Stern
        Michael Dauber
        Claire Abbadi


        *Counsel for Plaintiffs*