UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> ANDREW CUOMO, *et al.*, <br><br> Defendants. | No. 19-CV-639 (CS-AEK) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, attorney Michael S. Dauber, of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), moves to withdraw as an attorney for Plaintiffs in the above-captioned matter, on the grounds that he is leaving his employment with Paul, Weiss.

Paul, Weiss, by and through the remaining attorneys of record identified on ECF, has and will continue to represent Plaintiffs in this matter and no party will be prejudiced if this Motion is granted.

The undersigned does not assert a retaining or charging lien.

WHEREFORE, the undersigned counsel respectfully requests that this Court permit Michael S. Dauber to withdraw as counsel for Plaintiffs in this matter.

Dated: New York, New York
       February 28, 2025

                                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Michael S. Dauber*
      Michael S. Dauber

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3638
Fax: (212) 492-0638
mdauber@paulweiss.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Michael S. Dauber, hereby certify that on February 28, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

February 28, 2025
New York, New York

/s/ *Michael S. Dauber*
Michael S. Dauber