UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., et al.,

        *Plaintiffs*,

-v-

ANDREW CUOMO, et al.,

        *Defendants.*

No. 19-CV-639 (CS-AEK)

**NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of Disability Rights New York, is hereby entering an appearance in the above captioned matter as counsel of record for Plaintiffs P.C., C.J., M.J., J.R., D.R., S.D., D.H., and W.P. individually and on behalf of all similarly situated. I certify that I am admitted to practice in this Court.

May 12, 2025
Rensselaer, New York

DISABILITY RIGHTS NEW YORK

/s/ Molly J. Paris
Molly J. Paris
DISABILITY RIGHTS NEW YORK
279 Troy Road, Suite 9, PMB 236
Rensselaer, NY 12144
Phone: 518-512-4836
Fax: 518-427-6561 (not for service)
molly.paris@drny.org

*Attorney for Plaintiffs*