UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

M.G., *et al.*,

                          Plaintiffs,                        **SCHEDULING ORDER**

        -against-                                      19 Civ. 639 (CS) (AEK)

CUOMO, *et al.*,

                          Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Wednesday, June 25, 2025 at 9:30 a.m.** Per the request of the parties, the settlement conference will focus on the claims asserted by individual plaintiffs W.P., S.D., and D.H. At the conclusion of the conference, the Court will also ask the parties to provide a report on the progress of all other aspects of the potential settlement of this case.

      On or before **Monday, June 23, 2025**, the parties must each submit a confidential, *ex parte* letter not to exceed ten pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's proposed resolution and the rationale for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. The Court typically expects parties to file pre-conference letters of no longer than five pages, but because the letters will be addressing settlement positions of three different individuals, the Court is authorizing longer submissions. The pre-conference letters should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      Parties—and not just attorneys—are expected to attend the settlement conference. Plaintiffs' counsel must arrange for W.P., S.D., and D.H. to attend the conference, unless counsel

submits an application to have one or more of the individual plaintiffs excused from the proceeding. Defense counsel must arrange to have the appropriate representatives from the New York State Department of Corrections and Community Supervision and the New York State Office of Mental Health participate in the conference, and must have an appropriate representative from the Office of the Attorney General available to discuss any potential changes to pre-approved settlement authority.

This conference will be conducted by video, using Microsoft Teams. Links and instructions will be provided to the parties by email prior to the conference. Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: May 16, 2025
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge