UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., *et al,*,

                                    Plaintiffs,

        -against-

ANDREW CUOMO, *et al.*,

                       Defendants.       7:19-cv-639 (CS-AEK)

------------------------------------------------------------------------ x

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

    PLEASE TAKE NOTICE that, upon the annexed declaration of Elizabeth Woods, and subject to the approval of the Court, Elizabeth Woods hereby withdraws as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. My colleague Molly Paris is a Staff Attorney at Disability Rights New York and will continue to represent Plaintiffs in this proceeding.

DATED: Albany, New York
           May 21, 2025

                                                          DISABILITY RIGHTS NEW YRORK
                                                          */s/ Elizabeth Woods*

                                                            Elizabeth Woods
                                                           279 Troy Road, Ste. 9 #236
                                                           Rensselaer NY, 12144
                                                          Tel: (518) 512-4857
                                                          elizabeth.woods@drny.org

SO ORDERED.

*[signature]*   5/21/25
CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., *et al,*,

                                 Plaintiffs,      7:19-cv-639 (CS-AEK)

    -against-

ANDREW CUOMO, *et al.*,                              **DECLARATION OF ELIZABETH WOODS**

                                 Defendants.

------------------------------------------------------------------------ x

Elizabeth Woods, pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am an attorney at Disability Rights New York, counsel for Plaintiffs in the above-captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Disability Rights New York.

    2.    Molly Paris of Disability Rights New York will continue to represent Plaintiffs in this matter.

    3.    My withdrawal will not delay the matter or prejudice any party and will not otherwise affect any dates or deadlines in this action.

    4.    I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2025
Albany, New York

                              */s/ Elizabeth Woods*
                              Elizabeth Woods

## **CERTIFICATE OF SERVICE**

I, Elizabeth Woods, hereby certify that on May 21, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

May 21, 2025
Albany, New York

*/s/ Elizabeth Woods*
Elizabeth Woods
