**THE LEGAL AID SOCIETY CRIMINAL DEFENSE**

49 THOMAS STREET  NEW YORK, NY 10013  TEL: 212-577-3300   http://www.legalaidnyc.org

**Alan Levine**
*President*

**Twyla Carter**
*Attorney-in-Chief*

**Justine M. Luongo**
*Chief Attorney*
Criminal Practice

**Philip Desgranges**
*Attorney-in-Charge*
Law Reform and Special Litigation

**VIA ECF**

June 6, 2025

Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

     Re:    *M.G.* v. *Cuomo*, 19-cv-0639 (CS) (AEK) – Regarding upcoming settlement conference

Dear Judge Krause:

     Pursuant to the Court's scheduling order regarding the settlement conference on Wednesday, June 25, 2025 at 9:30am (ECF No. 415), Plaintiffs' counsel have been actively engaged in communicating with the individual named plaintiffs and making the necessary arrangements to facilitate their remote attendance at the conference. Because of logistical complexities related to where the individual named plaintiffs are situated, Plaintiffs respectfully request modification of the time of the conference to the afternoon of June 25, 2025, if the Court's schedule permits. Further, Plaintiffs respectfully request that the Court accommodate a hybrid conference permitting both in-person attendance and virtual participation by the individual named plaintiffs and counsel. Defendants have no objections to either request.

     The individual named plaintiffs' placements in different institutions have created certain logistical complexities. S.D. is currently psychiatrically hospitalized in a hospital in Westchester County. D.H. is psychiatrically hospitalized in Rockland Psychiatric Center, a New York State Office of Mental Health facility. W.P. is detained in a jail on Rikers Island.

     In W.P.'s case, the New York City Department of Correction's legal counsel has confirmed that the Department will neither accommodate counsel's request that W.P. participate in the virtual settlement conference from a confidential room, nor counsel's request that a

member of the counsel team be present with W.P. during the conference.[1] Plaintiffs respectfully request that the Court accommodate W.P.'s in-person participation in the settlement conference at the White Plains courthouse. We additionally request that the conference time be moved to the afternoon, if possible, to avoid the likely outcome of the Department being unable or unwilling to transport W.P. to the courthouse before 9:30AM.

If the Court can accommodate in-person participation at the courthouse during the afternoon of June 25, 2025, Plaintiffs' counsel will prepare proposed Orders to Produce for both W.P. and D.H., as D.H. wishes to attend in person as well. Plaintiffs note that they will prepare the Orders to Produce for filing under seal, consistent with the Court's Order on Plaintiffs' Ex Parte Motion to Proceed Anonymously (ECF No. 35).

Finally, due to S.D.'s condition, Plaintiffs' counsel has been unable to meet with S.D. about the upcoming conference. We remain hopeful that his condition will improve and believe that S.D. may prefer participating virtually, in which case one of Plaintiffs' counsel will plan to be present with S.D. during the conference, whether it is in the hospital or in a residence. However, in light of S.D.'s fluid situation, Plaintiffs' counsel intend to swiftly ascertain S.D.'s preferences and communicate them to Defendants and the Court, as necessary.

Plaintiffs understand that Defendants' representatives from the New York State Department of Correction and Community Supervision and the New York State Office of Mental Health wish to participate virtually, as originally planned. Defendants' counsel from the Office of the Attorney General are amenable to participating in person or remotely. The required appropriate representative from the Office of the Attorney General who will be available to discuss any potential changes to pre-approved settlement authority wishes to participate remotely, if needed. Plaintiffs have no objections to a hybrid settlement conference on the afternoon of June 25. If the afternoon of June 25 is not convenient for the Court, the parties will be happy to revert back on any afternoon dates Your Honor provides.

We thank the Court for its continued attention to this matter.

Respectfully,

The LEGAL AID SOCIETY

/s/  Elena Landriscina

―――――――――――――――――――――

Elena Landriscina (elandriscina@legal-aid.org)
Robert M. Quackenbush (rquackenbush@legal-aid.org)
Lauren Nakamura (lnakamura@legal-aid.org)
Veronica Vela (vvela@legal-aid.org)
49 Thomas Street, 10th Floor
New York, New York 10013

---

[1] Counsel believes that their presence is necessary to ensure that W.P. meaningfully participates in the conference due to his mental illness, to respond to any technology problems that may arise, and to more expeditiously address any delayed escort problems. The latter two issues are very common problems in the Department's facilities.

(212) 577-3530


PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Walter Ricciardi (wricciardi@paulweiss.com)
Emily Vance (evance@paulweiss.com)
Ethan Stern (estern@paulweiss.com)
Claire Abbadi (cabbadi@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

DISABILITY RIGHTS NEW YORK
Molly Paris (molly.paris@drny.org)
279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144
*Attorneys for Plaintiffs*


cc:     Counsel of record (via ECF)