

**Office of the New York State Attorney General**

**Letitia James Attorney General**

June 9, 2025

**By ECF**
Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

    Re:   *M.G. v. Cuomo*, 19-cv-0639 (CS) (AEK)
            **Defendants' Request to Adjourn Conference**

Dear Judge Krause:

    Defendants write in response to the Court's Order scheduling a video conference for June 11, 2025, at 12:00 p.m. Defense counsel are scheduled to appear for an in-person settlement conference in another matter (*Neville v. Sullivan, et al.*, 05-cv-4310 (EDNY)), starting at 10:30 a.m. on June 11, 2025. The conference may not end with enough time for counsel to join a 12:00 p.m. conference in this matter. Defendants therefore respectfully request that the Court adjourn the conference.

    Plaintiffs consent to this request. The parties are jointly available to attend the conference on Friday, June 13, 2025, between 11 a.m. and 2 p.m. If the Court is not available at that date and time, the parties would be happy to propose additional dates.

    Thank you for your consideration of this request.

                                Respectfully submitted,

                                /s/ Owen T. Conroy
                                Adam Sansolo
                                Caroline Wallitt
                                Gee Won Cha
                                Owen T. Conroy

                                Assistant Attorneys General
                                *Counsel for Defendants*

cc: All counsel of record (via ECF)