# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Walter G. Ricciardi**
**Direct Dial:** +1 212 373 3350
**Email:** wricciardi@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

June 18, 2025

<u>Via CM/ECF</u>

Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *M.G.* v. *Cuomo*, No. 19-cv-0639-CS-AEK
       <u>Joint Status Report Regarding Settlement Conference Availability</u>

Dear Judge Krause:

The parties write jointly to provide a status report regarding availability for a settlement conference, pursuant to Your Honor's request at the June 16, 2025, status conference.

Of the dates Your Honor suggested at the status conference, the parties are available on July 17, 2025, at 12:00 p.m.

Plaintiffs D.H. and W.P., as well as counsel for Plaintiffs, plan to attend in person. Plaintiffs' counsel discussed the conference with S.D.—who remains psychiatrically hospitalized in a hospital in Westchester County—and he does not wish to attend, but has conveyed full settlement authority to Plaintiffs' counsel.

Defendants' representatives from the New York State Department of Correction and Community Supervision and the New York State Office of Mental Health, Defendants' counsel from the Office of the Attorney General, and the required appropriate representative from the Office of the Attorney General who will be available to discuss any potential changes to pre-approved settlement authority, wish to appear remotely.

If the Court can accommodate this date, Plaintiffs' counsel will prepare proposed Orders to Produce for both W.P., who is detained in a jail on Rikers Island, and D.H., who is psychiatrically hospitalized in Rockland Psychiatric Center, a New York State Office of Mental Healthy facility.  Plaintiffs note that they will prepare the Orders to Produce for filing under seal, consistent with the Court's Order on Plaintiffs' Ex Parte Motion to Proceed Anonymously (ECF No. 35).

If the Court is not available on July 17, the parties will work together and coordinate with your Courtroom Deputy to suggest dates that work for all parties and the Court.

The parties thank Your Honor for your time and attention to this matter.

           Respectfully submitted,

           PAUL, WEISS, RIFKIND, WHARTON
           & GARRISON LLP

           /s/ *Walter Ricciardi*
           Walter Ricciardi (wricciardi@paulweiss.com)
           Emily Vance (evance@paulweiss.com)
           Ethan Stern (estern@paulweiss.com)
           Claire Abbadi (cabbadi@paulweiss.com)
           1285 Avenue of the Americas
           New York, New York 10019-6064
           (212) 373-3000

           The LEGAL AID SOCIETY
           Elena Landriscina (elandriscina@legal-aid.org)
           Robert M. Quackenbush (rquackenbush@legal-aid.org)
           Lauren Nakamura (lnakamura@legal-aid.org)
           Veronica Vela (vvela@legal-aid.org)
           49 Thomas Street, 10th Floor
           New York, New York 10013
           (212) 577-3530

           DISABILITY RIGHTS NEW YORK
           Molly Paris (molly.paris@drny.org)
           279 Troy Road, Ste 9
           PMB 236
           Rensselaer, NY 12144

           *Attorneys for Plaintiffs*

OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL
Adam Sansolo
Caroline Wallitt
Gee Won Cha
Owen T. Conroy

Assistant Attorneys General
*Attorneys for Defendants*