UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *et al.*,<br><br>                      Plaintiffs,<br><br>    - against -<br><br>ANDREW CUOMO, *et al.*,<br><br>                      Defendants. | No. 19-CV-639 (CS-AEK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for plaintiffs P.C., C.J., D.R., S.D., D.H., and W.P. individually and on behalf of all similarly situated.

Dated: New York, New York
         July 7, 2025

                                          PAUL, WEISS, RIFKIND, WHARTON &
                                            GARRISON LLP

                                        By: /s/ Samuel C. Margolis
                                              Samuel C. Margolis
                                        1285 Avenue of the Americas
                                        New York, New York 10019
                                        Tel.: (212) 373-2221
                                        Fax: (646) 514-9321
                                        smargolis@paulweiss.com

                                        *Attorney for Plaintiffs*