UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

M.G., et. al.,

                        Plaintiffs,

      -against-

ANDREW CUOMO, et. al.,

                       Defendants.

------------------------------------------------------------------------ x

7:19-cv-0639 (CS)(AEK)

**ORDER TO PRODUCE PATIENT FOR SETTLEMENT CONFERENCE**

TO NEW YORK STATE OFFICE OF MENTAL HEALTH, ROCKLAND PSYCHIATRIC CENTER:

      YOU ARE HEREBY ORDERED to produce ███████████, presently hospitalized at Rockland Psychiatric Center ("RPC"), so that he may participate at a settlement conference in the above-captioned case before this Court, White Plains Federal Courthouse located at 300 Quarropas Street, Courtroom 250, White Plains, NY 10601-4150 on July 17, 2025 at noon.

      YOU ARE FURTHER HEREBY ORDERED to return the aforementioned individual, ███████████, to RPC immediately following the conclusion of the settlement conference.

Dated:    White Plains, New York
           July 9, 2025

                                                               *Andrew Krause*
                                                   Hon. Andrew E. Krause
                                                   United States Magistrate Judge