UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

M.G., et. al.,

                              Plaintiffs,

-against-

ANDREW CUOMO, et. al.,

                              Defendants.

------------------------------------------------------------------------ x

7:19-cv-0639
(CS)(AEK)

**ORDER TO PRODUCE INMATE FOR SETTLEMENT CONFERENCE**

TO THE NEW YORK CITY DEPARTMENT OF CORRECTION:

    YOU ARE HEREBY ORDERED to produce the inmate ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, presently housed at the Otis Bantum Correctional Center ("OBCC"), so that he may participate at a settlement conference in the above-captioned case before this Court, White Plains Federal Courthouse located at 300 Quarropas Street, Courtroom 250, White Plains, NY 10601-4150 on August 11, 2025 at noon.

    YOU ARE FURTHER HEREBY ORDERED to return the aforementioned inmate, ▮▮▮▮▮▮▮▮▮▮, to OBCC (or wherever else the New York City Department of Correction may house him) immediately following the conclusion of the settlement conference.

Dated:     White Plains, New York
            July 22, 2025

                                                            _Andrew Krause_
                                                   Hon. Andrew E. Krause
                                                   United States Magistrate Judge