UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

M.G., et. al.,

                               Plaintiffs,

       -against-

ANDREW CUOMO, et. al.,

                              Defendants.

------------------------------------------------------------------------ x

7:19-cv-0639 (CS)(AEK)

**ORDER TO PRODUCE PATIENT FOR SETTLEMENT CONFERENCE**

TO NEW YORK STATE OFFICE OF MENTAL HEALTH, ROCKLAND PSYCHIATRIC CENTER:

    YOU ARE HEREBY ORDERED to produce ███████████, presently hospitalized at Rockland Psychiatric Center ("RPC"), so that he may participate at a settlement conference in the above-captioned case before this Court, White Plains Federal Courthouse located at 300 Quarropas Street, Courtroom 250, White Plains, NY 10601-4150 on August 11, 2025 at noon.

    YOU ARE FURTHER HEREBY ORDERED to return the aforementioned individual, ███████████, to RPC immediately following the conclusion of the settlement conference.

Dated:    White Plains, New York
            July 22, 2025

                                                                          *Andrew Krause*
                                                                        Hon. Andrew E. Krause
                                                                        United States Magistrate Judge