*The Clerk of Court is respectfully directed to terminate Ms. Abbadi as counsel for Plaintiff and to terminate ECF No. 439.*

SO ORDERED.

*Cathy Seibel* 9/12/25
CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., *et al.*,

                Plaintiffs,

- against -

ANDREW CUOMO, *et al.*,

                Defendants.

No. 19-CV-639 (CS-AEK)

## MOTION TO WITHDRAW AS COUNSEL

      Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, attorney Claire Z. Abbadi, of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), moves to withdraw as an attorney for Plaintiffs in the above-captioned matter, on the grounds that she is leaving her employment with Paul, Weiss.

      Paul, Weiss, by and through the remaining attorneys of record identified on ECF, has and will continue to represent Plaintiffs in this matter and no party will be prejudiced if this Motion is granted.

      The undersigned does not assert a retaining or charging lien.

      WHEREFORE, the undersigned counsel respectfully requests that this Court permit Claire Z. Abbadi to withdraw as counsel for Plaintiffs in this matter.

Dated: New York, New York
      September 12, 2025

                              PAUL, WEISS, RIFKIND,
                                 WHARTON & GARRISON LLP

                              By: /s/ *Claire Z. Abbadi*
                                 Claire Z. Abbadi

                              1285 Avenue of the Americas
                              New York, New York 10019-6064
                              Tel.:  (212) 373-3736
                              Fax:  (212) 492-0736
                              cabbadi@paulweiss.com

                              *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Claire Z. Abbadi, hereby certify that on September 12, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

September 12, 2025
New York, New York

                                               */s/ Claire Z. Abbadi*
                                               Claire Z. Abbadi