UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
M.G., et al.,

                            Plaintiffs,

      -against-                          No. 19-CV-639 (CS) (AEK)

ANDREW CUOMO, et al.,

                            Defendants.
-------------------------------------------------------x

*Application granted. The Clerk of Court is respectfully directed to terminate Mr. Quackenbush as counsel for Plaintiffs and to terminate ECF No. 444.*

SO ORDERED.

*[signature]* CATHY SEIBEL, U.S.D.J.

12/8/25

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, attorney Robert M. Quackenbush of The Legal Aid Society moves to withdraw as an attorney for Plaintiffs in the above-captioned matter, on the grounds that he is leaving his employment with The Legal Aid Society.

The Legal Aid Society, by and through the remaining attorneys of record identified on ECF, has and will continue to represent Plaintiffs in this matter and no party will be prejudiced if this Motion is granted.

The undersigned does not assert a retaining or charging lien.

WHEREFORE, the undersigned counsel respectfully requests that this Court permit Robert M. Quackenbush to withdraw as counsel for Plaintiffs in this matter.

Dated:        New York, New York
                 December 8, 2025

*[signature]*
_____
Robert M. Quackenbush
The Legal Aid Society
Criminal Law Reform
Prisoners' Rights Project
49 Thomas Street, 10th Floor
New York, New York 10013
c: 202-210-3476 (primary)
e: rquackenbush@legal-aid.org