UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

M.G., *et al.*,

                              Plaintiffs,                    **SCHEDULING ORDER**

               -against-                          19 Civ. 639 (CS) (AEK)

CUOMO, *et al.*,

                              Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Monday, April 27, 2026 at 1:30 p.m.**

      By no later than April 21, 2026, the parties must each provide *ex parte* letters via email to KrauseNYSDChambers@nysd.uscourts.gov to update the Court on the status of the negotiations.  Each letter should explain which issues have been resolved, which issues remain outstanding, and the party's position on the issues that remain in dispute, and should also include any other information that the party believes would help the Court to prepare for the conference.

This conference will be conducted by video, using Microsoft Teams.  A link and instructions will be provided to the parties by email prior to the conference.  Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated:  March 10, 2026
        White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge